U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Luke Frazza, et al.

vs.

United States of America

No. 1:06CV01410 CKK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO  GUICE, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint for Damages, Exhibit A and Attachments A-B in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:00 pm on August 17, 2006, I served United States of America c/o Honorable Alberto Gonzales, Attorney General of the United States of America at 601 D Street, NW, Washington, DC 20001 by serving Duane Woodard, Mailroom Clerk, authorized to accept. Described herein:

```
SEX-    MALE
AGE-    27
HEIGHT- 5'8"
HAIR-   RED
WEIGHT- 160
RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on **8-23-06**
              Date

AMBIKO  GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 175435

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


Luke Frazza, et al.

vs.

United States of America

No. 1:06CV01410 CKK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC


I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint for Damages, Exhibit A and Attachments A-B in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:13 pm on August 17, 2006, I served United States of America c/o Honorable Kenneth Wainstein, U.S. Attorney for the District of Columbia at 501 3rd Street, NW, Room 5806-A, Washington, DC 20530 by serving Gary Nalls, Docket Clerk, authorized to accept. Described herein:

```
    SEX-    MALE
    AGE-    29
 HEIGHT-    5'10"
   HAIR-    BLACK
 WEIGHT-    170
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.


Executed on _8-23-06_
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 175439