## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LUKE FRAZZA, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 06-1410 (CKK/JMF)** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## <u>PLAINTIFFS' RULE 26 INITIAL DISCLOSURES</u>

Pursuant to FRCP 26(a), plaintiffs make the following initial disclosures.

**(A) [T]he name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

Response:

1.    Plaintiffs Luke Frazza and Mary Frazza.

2.    Defendant United States of America and its agents who are responsible for maintaining the press area of the White House.

3.    Lawrence Jackson
      Staff Photographer- Associated Press
      2021 K St., NW
      Washington, DC.
      202-776-9510

      Mr. Jackson is expected to testify about his knowledge of the occurrence, including the weather that day, the slippery condition of the floor, and lack of posted warnings and/or a mat. In addition, Mr. Jackson witnessed Mr. Frazza slip and fall and is expected to testify about the nature of the fall.

4.      Mr. Frazza's treating physicians. The names and addresses of those
        witnesses are listed below and are in the medical records produced
        herewith.

5.      Robert Pearson
        AFP Director of Photography for North America
        Southern Railway Building
        1500 K Street, NW, Suite 600
        20005 Washington DC
        202-289 0700

     Mr. Pearson was Mr. Frazza's supervisor for 10 years. He recently retired. He
is expected to testify that Mr. Frazza was a superior photographer and the go-to
photographer at AFP.  Mr. Pearson is expected to testify that he supervised event
coverages and that he assigned the top coverage events to Mr. Frazza.  In addition,
Mr. Pearson will testify about the change in Mr. Frazza after the occurrence, such
as Mr. Frazza's inability to work at AFP.

6.      Jill Zuckman
        Chicago Tribune Political Reporter (based in Washington, D.C.)
        3007 Porter St., NW
        Washington, DC.
        202-244-4631

     Ms. Zuckman is expected to testify about covering the 2000 Gore
Campaign and the 2004 Kerry Campaign with Mr. Frazza.  She also is expected to
testify about Mr. Frazza's reputation as a tireless worker, and about the high
regard in which he was held by other members of the media and the campaign
staff.  Ms. Zuckman also is expected to testify about the changes in Mr. Frazza
since the occurrence.

7.      Winfred McNamee
        Chief Photographer, Getty Images
        6106 No. 29th St.
        Arlington, VA  22207
        703-532-0866

     Mr. McNamee has worked on assignments with Mr. Frazza. He is expected
to testify about Mr. Frazza's professional accomplishments and standing in the
photojournalism community, and about Mr. Frazza's inability to work after the
occurrence.

2

8.     Jim Lo Scalzo
       Staff Photographer, US News & World Report
       202-244-8453

       Mr. Scalzo has worked on several assignments with Mr. Frazza.  He is
expected to testify about Mr. Frazza's professional accomplishments and standing
in the photojournalism community, and about Mr. Frazza's inability to work after
the occurrence.

9.     Gary Cameron
       Senior Photographer and Desk Editor, Reuters News Pictures
       604 Woodside Pwy.
       Silver Spring, VA 20910
       301-587-2033

       Mr. Cameron has worked on several assignments with Mr. Frazza. He is
expected to testify about Mr. Frazza's professional accomplishments and standing
in the photojournalism community, and Mr. Frazza's inability to work after the
occurrence.

10.    Mike Driscoll
       3 Lilac Ln
        Danbury, CT 06810-7289
       914-422-5208

       Mr. Driscoll is a close friend of Mr. Frazza.  He is expected to testify about
Mr. Frazza's mental and physical state both before and after the occurrence, and
the effect the injuries have had on Mr. Frazza's life.

**(B) [A] copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses:**

The following medical records are being produced herewith:

1.    Gordon Avery, M.D. (6 pages)
      **Gordon Avery, M.D. -1 - Gordon Avery, M.D. -6**

2.    INOVA Fairfax Hospital (103 pages)
      **INOVA Fairfax Hospital -1 - INOVA Fairfax Hospital -103**

3.    Fairfax Radiology (4 pages)
      **Fairfax Radiology -1 - Fairfax Radiology -4**

4.    Ronald C. Childs, M.D. (5 pages)
      **Ronald C. Childs, M.D. -1 - Ronald C. Childs, M.D. -5**

5.    Charles Riedel, M.D. (33 pages)
      **Charles Riedel, M.D. - 1 - Charles Riedel, M.D. -33**

6.    Riedel's Ltrs/Prescrptns (5 pages)
      **Riedel's Ltrs/Prescrptns -1 - Riedel's Ltrs/Prescrptns -5**

7.    VA Hospital Center (82 pages)
      **VA Hospital Center -1 - VA Hospital Center -82**

8.    VHC Radiology (8 pages)
      **VHC Radiology -1 - VHC Radiology -8**

9.    Charles Ottavio, PT (10 pages)
      **Charles Ottavio, PT - 1 - Charles Ottavio, PT -10**

10.   INOVA Urgent Care (5 pages)
      **INOVA Urgent Care -1 - INOVA Urgent Care -5**

11.   M. Sirdofsky, M.D. (4 pages)
      **M. Sirdofsky, M.D. -1 - M. Sirdofsky, M.D. -4**

12.   Ross Myerson, M.D. (3 pages)
      **Ross Myerson, M.D. -1 - Ross Myerson, M.D. -3**

13.     Washington Hospital Center (125 pages)
        **WHC 06/29/06 -1 - WHC 06/29/06 -125**

14.     John K. Starr, M.D. (7 pages)
        **John K. Starr, M.D. -1 - John K. Starr, M.D. -7**

15.     Andy Stynchula, D.C. (14 pages)
        **Andy Stynchula -1 - Andy Stynchula -14**

The following radiographic films are being produced herewith:

**Virginia Hospital Center (2 CDs)**
**CD # 1**
| 04/22/05 | Chest x-ray | | (8:2) |
|---|---|---|---|
| 04/26/05 | 11:24:08 | Lumbar spine-operative | (8:3) |
| 04/26/05 | 12:09:30 | Lumbar spine-operative | (8:4) |
| 04/26/05 | 14:21:46 | Lumbar spine-operative | (8:5) |
| 01/16/06 | 14:59:21 | Lumbar spine w/flex & ext. | (8:6) |

**CD # 2**
| 01/17/06 | MRI lumbar spine w/wo contrast | (5:19-20) |
|---|---|---|

**Dr. Starr (6 films)**
| 07/12/06 | Spine x-ray | (2 films) |
|---|---|---|
| 08/16/06 | Spine x-ray | (2 films) |
| 09/27/06 | Spine x-ray | (2 films) |

**(C) [A] computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;**

Computations of damages made to date include:

Medical Expenses totalling:  **$116,516.33**

The following invoices in plaintiffs' possession reflecting medical expenses are enclosed herewith:

    1.    **Commonwealth Orthopaedic & Rehab., PC**
        PO Box 60318
        Charlotte, NC 28260
        06/18/2003-04/19/2005
        **Commonwealth 01- Commonwealth 03**

    2.    **Inova Fairfax Hospital**
        2990 Telestar Court
        Falls Church, VA 22042-1207
        01/21/04, 02/04/04, 04/11/05
        **Inova Hosp Bills 001- Inova Hosp Bills 003**

    3.    **Fairfax Radiological Consultants**
        PO Box 3650
        Merrifield, VA 22116
        4/11/2005
        **Fairfax Rad Bills 001**

    4.    **Virginia Neurosurgeons, PC**
        1625 North George Mason Drive
        Suite 445
        Arlington, VA 22205
        04/21/05-5/18/06
        **VA Neuro 001- VA Neuro 002**

    5.    **Virginia Hospital Center**
        1701 N. George Mason Drive

6

Arlington, VA 22205
04/22/05, 04/26/05, 01/16/06
**VHC Bills 001-VHC Bills 006**

6.     **Orthopedic Physical Therapy of Northern Virginia, Ltd.**
7023 Little River Tpk, Suite 400
Annandale, VA 22003
7/27/05-3/13/06
**Ortho Phys Bills 001-Ortho Phys Bills 005**

7.     **MedStar Georgetown Medical Center**
Billing Customer Service- Hospital & Physicians
2115 Wisconsin Avenue, NW Ste. 200
Washington, D.C. 20007
3/16/06
**MedStar Bills 001- MedStar Bills 004**

8.     **Washington Hospital Center**
06/29/06-07/04/06
**WHC Bills 001- WHC Bills 008**

9.     **Center Radiology**
Mailing Address: Dept. 680                Business Office:
Washington, DC 20042-0680                Silver Spring, MD
5/31/06, 06/16/06, 06/29/06
**Center Rad Bills 001-Center Rad Bills 004**

As additional calculations become available, they will be disclosed.

**(D) [F]or inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

This disclosure is inapplicable to Plaintiffs.

Respectfully submitted,

*Ari S. Casper*
Patrick A. Malone (Bar #397142)
Ari S. Casper (Bar#471013)
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
(202) 737-7777
Attorneys for Plaintiffs

8