# Luke Frazza
# Medical Records Index

1.  Gordon Avery, M.D. (6 pages)
    **Gordon Avery, M.D. -1 - Gordon Avery, M.D. -6**

2.  INOVA Fairfax Hospital (103 pages)
    **INOVA Fairfax Hospital -1 - INOVA Fairfax Hospital -103**

3.  Fairfax Radiology (4 pages)
    **Fairfax Radiology -1 - Fairfax Radiology -4**

4.  Ronald C. Childs, M.D. (5 pages)
    **Ronald C. Childs, M.D. -1 - Ronald C. Childs, M.D. -5**

5.  Charles Riedel, M.D. (33 pages)
    **Charles Riedel, M.D. - 1 - Charles Riedel, M.D. -33**

6.  Riedel's Ltrs/Prescrptns (5 pages)
    **Riedel's Ltrs/Prescrptns -1 - Riedel's Ltrs/Prescrptns -5**

7.  VA Hospital Center (82 pages)
    **VA Hospital Center -1 - VA Hospital Center -82**

8.  VHC Radiology (8 pages)
    **VHC Radiology -1 - VHC Radiology -8**

9.  Charles Ottavio, PT (10 pages)
    **Charles Ottavio, PT - 1 - Charles Ottavio, PT -10**

10. INOVA Urgent Care (5 pages)
    **INOVA Urgent Care -1 - INOVA Urgent Care -5**

11. M. Sirdofsky, M.D. (4 pages)
    **M. Sirdofsky, M.D. -1 - M. Sirdofsky, M.D. -4**

12. Ross Myerson, M.D. (3 pages)
    **Ross Myerson, M.D. -1 - Ross Myerson, M.D. -3**

13. Washington Hospital Center (125 pages)
    **WHC 06/29/06 -1 - WHC 06/29/06 -125**

14. John K. Starr, M.D. (7 pages)
    **John K. Starr, M.D. -1 - John K. Starr, M.D. -7**

15. Andy Stynchula, D.C. (14 pages)
    **Andy Stynchula -1 - Andy Stynchula -14**

1-2

☐ Chris C. Annunziata, M.D.
☐ Gordon L. Avery, M.D.
☐ Charles S. Lefton, M.D.
☐ John P. McConnell, M.D.

*COMMONWEALTH ORTHOPAEDICS*
*and*
*REHABILITATION, P.C.*

☐ Frank A. Pettrone, M.D.
☐ David W. Romness, M.D.
☐ Robert M. White, M.D.

*Progress Note*

LUKE FRAZZA
MRN: 1480220
06/18/2003

Twelve days ago, he was twisting and then turning.  He had acute
onset of severe low back pain.  It became progressively worse
over 2 to 3 days and was confined to bed.  No radicular symptoms
and he was taking some over-the-counter NSAIDs.  His symptoms
have improved rather dramatically and he is here concerned about
his pain.  He has had some intermittent back problems in the
past but not to this extent.  He is otherwise in good health.

Exam:    Examination of the lumbar spine reveals slight
limitation of motion in all planes.  There is no focal midline
tenderness.   There is some tenderness in the paraspinous
musculature on the right.  There is no sciatic notch tenderness.
Straight leg raising test is negative.  Neurologic exam of the
lower extremities including MS and DTR is WNL.  Hip motion is
painless.

X-R:     X-rays of the lumbar spine are normal.

A:      It is my impression that this patient has an
lumbosacral strain and sprain.

P:      I discussed the problem with him in detail.  I have
given him some Voltaren.  He will follow up on a p.r.n. basis.

GLA:cbs/ls    DOD: 06/18/2003    DOT: 06/19/2003

Gordon Avery, M.D. - 1

☐ 1635 N. George Mason Dr., Suite 310
   Arlington, VA 22205
   703-525-6100
   FAX 703-525-6131

☐ 8320 Old Courthouse Road, Suite 100
   Vienna, VA 22182
   703-288-7891
   FAX 703-288-7892

☐ Chris C. Annunziata, M.D.  
☐ Gordon L. Avery, M.D.  
☐ Charles S. Lefton, M.D.  
☐ John P. McConnell, M.D.

**COMMONWEALTH ORTHOPAEDICS**  
*and*  
*REHABILITATION, P.C.*

☐ Frank A. Pettrone, M.D.  
☐ David W. Romness, M.D.  
☐ Robert M. White, M.D.

## *Progress Note*

LUKE FRAZZA  
MRN: 1480220  
01/21/2004

The patient is a professional photographer who presents with a complaint of right index finger pain for about a month or so. He associates it with shooting photographs and using his mouse. There has been no trauma. He is aware of some swelling however at the PIP joint of the index finger. He has had no triggering. No bruising. No generalized hand swelling or joint pain.

Exam:       Examination of the hand reveals some swelling in the PIP joint of the index finger. There is however normal motion. There is no problem with flexion or extension. No triggering. No tenderness over the flexors or extensors. There is some diffuse tenderness over the radial aspect of the PIP joint but no instability is noted. No proximal tenderness. Neurovascular status is intact.

X-R:       X-rays of the index finger are normal.

A:       I suspect that we are dealing with some early arthritic changes in this joint.

P:       I have placed him on some Celebrex and I have asked him to follow up with me on a p.r.n. basis.

GLA:cbs/ls        DOD: 01/21/2004        DOT: 01/22/2004

☐ **1635 N. George Mason Dr., Suite 310**  
**Arlington, VA 22205**  
**703-525-6100**  
**FAX 703-525-6131**

☐ **8320 Old Courthouse Road, Suite 100**  
**Vienna, VA 22182**  
**703-288-7891**  
**FAX 703-288-7892**

Gordon Avery, M.D. - 2



**COMMONWE**     *ORTHOPAEDICS & REHABILITATION* PC

George Aguiar, MD
Christopher C. Annunziata, MD
Gordon L. Avery, MD
Dean R. Bennett, MD
Anne M. Bielamowicz, MD
Ronald C. Childs, MD
Allen G. DeLaney, MD, ME
Robert M. Dombrowski, MD
J. Mark Evans, MD
Jeffrey L. Hanway, MD
Mark C. Hartley, MD
William A. Hazel, Jr., MD
Ben W. Kittredge, IV, MD
Thomas J. Klein, MD
H. Edward Lane, III, MD
Charles S. Lefton, MD
Mark P. Madden, MD
Thomas A. Martinelli, MD
John P. McConnell, MD
Mark R. McMahon, MD
David J. Novak, MD
Tushar Ch. Patel, MD
Frank A. Pettrone, MD
David W. Romness, MD
Kevin Sumida, MD
Charles R. Ubelhart, MD
Peter J. Verdin, Jr., MD
Brantley P. Vitek, Jr., MD
Daniel E. Weingold, MD
Young J. You, MD
Bruce S. Zimmer, MD


1635 N. George Mason Drive
Suite 310
Arlington, VA 22205
703-525-6100
703-525-6131 FAX

8320 Old Courthouse Road
Suite 100
Vienna, VA 22182
703-288-7891
703-288-7892 FAX

February 16, 2005


Alan Terlinsky, M.D.
611 South Carlin Springs, #411
Arlington, VA 22204

Re:  Luke Frazza
MRN:  1480220

Dear Alan:

I again had the pleasure of seeing Luke Frazza for a new complaint of left hip. It developed after he did a split and injured himself last week. He noted lateral left hip pain radiating pain down to the outside of his thigh. It did extend distally below the knees, not having any back pain. He is not having any groin pain. He has no numbness, weakness, or tingling in the extremities. He has been loading up with Aleve but this has not alleviated his symptoms. He has to go Europe this weekend on business. No past history of similar problems.

Examination of the left hip reveals no swelling or ecchymosis. He has full painless range of motion in all planes. He has exquisite localized tenderness over the trochanter at the insertion of the abductor tendons.

X-ray, AP and lateral of the hips, were entirely normal.



Gordon Avery, M.D. - 3

**Alexandria      Arlington      Burke      Fairfax      Herndon      Reston      Springfield      Tysons Corner**

Luke Frazza
February 16, 2005
Page Two

The patient has a tendinitis of the abductors of the left hip. I have injected it with 2 cc of Kenalog and lidocaine. He obtained excellent immediate relief from the symptoms. I anticipate that this should eliminate the problem. He will follow up here on a p.r.n. basis.

Thank you for allowing me to participate in the care of this patient. If I can be of any further assistance, please call me.

With kindest regards,


Gordon L. Avery, M.D.
GLA:cbs/ls

❑ Chris C. Annunziata, M.D.          *COMMONWEALTH ORTHOPAEDICS*          ❑ Frank A. Pettrone, M.D.
❑ Gordon L. Avery, M.D.                          *and*                    ❑ David W. Romness, M.D.
❑ Charles S. Lefton, M.D.              *REHABILITATION, P.C.*             ❑ Robert M. White, M.D.
❑ John P. McConnell, M.D.

*Progress Note*

LUKE FRAZZA
MRN: 1480220
04/07/2005

The patient is having persistent pain. He states that the
injection helped the lateral hip pain but he is still having
buttock pain and radiating pain down the leg. A long plane trip
back in Afghanistan aggravated his symptoms. He is having
numbness and tingling in the calf and pain in the back.

Exam:     On examination, he has limited back motion. There is
no midline tenderness to palpation or percussion. There is
sciatic notch tenderness on the left. Straight leg raising test
is negative. Neurologic exam fails to reveal any motor deficit.
Deep tendon reflexes are present and symmetrical. There is a
decreased sensory deficit over both the L5 and on the S1
dermatome. Vascular status is intact.

A:        The patient has an herniated nucleus pulposus lumbar.

P:        I am getting an MRI. I have placed him on Medrol
pack. Follow up here next week.

GLA:cbs/ls     DOD: 04/07/2005     DOT: 04/08/2005

❑ **1635 North George Mason Drive, Suite 310**
   **Arlington, VA 22205**

                                    ❑ **8320 Old Courthouse Rd., Suite 100**
                                       **Vienna, VA 22182**

Gordon Avery, M.D. - 5

JUN-28-2005 TUE 10:21 AM COMMONWEALTH ORTHO DR        FAX NO. 7032887892                P. 04

☐ Chris C. Annunziata, M.D.          *COMMONWEALTH ORTHOPAEDICS*          ☐ Frank A. Pettrone, M.D.
☐ Gordon L. Avery, M.D.                          *and*                    ☐ David W. Romness, M.D.
☐ Charles S. Lefton, M.D.          *REHABILITATION, P.C.*                 ☐ Robert M. White, M.D.
☐ John P. McConnell, M.D.

*Progress Note*

LUKE FRAZZA
MRN: 1480220
04/14/2005

The patient's symptoms and findings are absolutely unchanged.
We reviewed the MRI scan, which shows an extruded fragment
between L3 and L4.  It is my opinion he is going to require
surgical removal of this fragment.  I have referred him to Dr.
Charles Reidel, briefly discussed the surgery with him.  He will
follow up here on a p.r.n. basis.

GLA:cbs/ls      DOD:  04/14/2005      DOT:  04/16/2005

☐ **1635 North George Mason Drive, Suite 310**
   **Arlington, VA 22205**

                              ☐   **8320 Old Courthouse Rd., Suite 100**
                                  **Vienna, VA 22182**

2

INOVA HEALTH SYSTEMS
FAIRFAX HOSPITAL
PATIENT REGISTRATION
DUPLICATE RECORD

Srvc/RM-Bed: WES/F358-02          MR#: 01668048
FRAZZA, Luke                          35    M
Referring MD: BURGESS, JAMES        #9906
Attending MD: BURGESS, JAMES        #9906
Acct Type: I                    Acct #: 011679602
Acct Start: 08/25/98  Admit:08/25/98-07:46  DOB:07/10/63
Scheduled Admit Date:        D/C Date: 8-26-98

## D E M O G R A P H I C S

Patient Name: FRAZZA, Luke     .        SSN: 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    Interp:    VIP:    DNA:
Address:  3427 ASTON ST                  ,
(H): (703)641-9381        (W): (202)414-0557     ANNANDALE    ,VA 22003
                          Employer: AFP PHOTO

## C O N T A C T S

Patient Marital Status: M              Spouse: FRAZZA, MARY    .
Next of Kin: FRAZZA, Mary    .        Rel: W   (H): (703)641-9381    (W): (703)917-2369
Emer Contact: FRAZZA, Mary    .       Rel: W   (H): (703)641-9381    (W): (703)917-2369

## G U A R A N T O R

Guarantor: FRAZZA, Luke    .           Rel: P   (H): (703)641-9381    (W): (202)414-0557
Address:  3427 ASTON ST                    ,
                                         ANNANDALE    ,VA 22003

## I N S U R A N C E

Ins Plan 1: ONE HEATLH-818 ONE HEALTH PLAN    Pol#: 144545368      Group Name: AFP PHOTO
Bill to:One Health Plan-PO BOX 920        FREDERICK   ,MD 21705     Group Num: 161679
Subr: FRAZZA, Luke                        Rel: 01  Employer: AFP PHOTO
Auth Phone: (800)685-4030                 Precert/Auth#: ALV1R601
Precert:
Lab:
Rad:
PCP:
Ins Plan 2:              .                 Pol#:                    Group Name:
Bill to:                 .                                          Group Num:
Subr:                                     Rel:    ,  Employer:
Auth Phone:                               Precert/Auth#:
Precert:
Lab:
Rad:
PCP:
Ins Plan 3:              .                 Pol#:                    Group Name:

## V I S I T / A D M I S S I O N   D A T A

c/o: HEADACHE AND NECK PAIN              Admitting MD: BURGESS, JAMES    #9906 ELOS: 000
Admitting Dx: CNS DISORDER NOS           Code: 349.9                          ALOS: 001
Primary Op Dx:                           Primary Care MD:                   Source:  7
Sched Inpt Proc:                         Teach?                             Status:  1

PTFACEDUP

                                         CARTER, JEAN          1Sep1998/ 8:38pm

THE FAIRFAX HOSPITAL
PHYSICIAN ATTESTATION STATEMENT                PAGE:  1

------------------------------------------------------------------
NAME FRAZZA LUKE            ACCT 016680488237    MED REC NO 001668048
ADM/VST DATE 08/25/98  DIS/DEPART DATE 08/26/98        ROOM/BED
DATE OF BIRTH 07/10/63   AGE  35   SEX M   LOS 001  DSCH DISP 1
ATTENDING PHYSICIAN 9906   BURGESS, JAMES E
------------------------------------------------------------------
MDC 001 DIS AND DISOR OF THE NERVOUS SYSTEM
DRG 025 SEIZURE & HEADACHE AGE >17 W/O CC
OUTLIER STATUS        CHARGES    3283.90      REIMB    2966.07
------------------------------------------------------------------

ADMITTING DIAGNOSIS
    784.0    HEADACHE

PRINCIPAL DIAGNOSIS
1.  784.0    HEADACHE

SECONDARY DIAGNOSES                   DIAGNOSIS TYPE
2.  723.1    CERVICALGIA                    S
3.  V15.5    HX OF INJURY                   S


PROCEDURES                            PROCEDURE TYPE        DATE
1.  N/A      PRINCPL PROC. NOT DEFINED      S

------------------------------------------------------------------
I CERTIFY THAT THE NARRATIVE DESCRIPTIONS OF THE PRINCIPAL AND SECONDARY
DIAGNOSES AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE
TO THE BEST OF MY KNOWLEDGE.

                                              9/23/98
-------------------------              -------------------------
    ATTENDING PHYSICIAN                      CURRENT DATE

**RELEVANT DIAGNOSES ESTABLISHED BY TIME OF DISCHARGE**

| | |
|---|---|
| Admit Date | 8/25/98 |
| Discharge Date | 8/26/98 |

**ICD-9-CM CODES**

**PRINCIPAL DIAGNOSIS**  *(show the acute condition...the condition established after study, to be chiefly responsible for occasioning this admission of the patient to the hospital.)*

P 484.0

**ADDITIONAL DIAGNOSES**  *(show additional conditions that coexist at the time of admission, or develop subsequently, and which have an effect on the treatment received or the length of stay.)*

723.1

1/13.5

**ADVERSE DRUG REACTION**  Did the patient experience a newly identified adverse drug or allergic reaction during this admission?  ☐ Yes  ☐ No (If yes, list probable drug and reaction under Additional Diagnoses)

**PRINCIPAL PROCEDURE**  *(show the procedure performed for definitive treatment and most related to the principal diagnosis)*

P

**ADDITIONAL PROCEDURE**  *(include invasive diagnostic procedures.)*

**ATTESTATION**

I certify that the narrative descriptions of the principal and secondary diagnoses and the major procedures performed are accurate and complete to the best of my knowledge.

Signature of Physician _____  Date _____

☐ Additional Diagnoses/Procedures continued on next page.

*(Shaded Areas For Medical Record Department Use)*

| Attending | No. | Discharge Service |
|---|---|---|
| BURGESS 9906 | | NES |

| Consultants | No. |
|---|---|
| SIMSARIAN 1066 | |

| Surgeons | No. |
|---|---|

MRS Abstract Data
Disp: 1    Wt:
Dis or St.    FD:
Pr Ab:    LMP:

**ICD-9 -CM CODES**

| | Date | Initial |
|---|---|---|
| Received | 9/1/98 | E- |
| Analyzed | | |
| Initial | 9-1-0? | |
| Final | 10-9-? | |
| Coded | | |
| Initial | | |
| Final | | |

PATIENT IDENTIFICATION



**INOVA FAIRFAX HOSPITAL**

**INPATIENT SUMMARY RECORD**

MR-3625/R2-92 • PADS OF 50 • CAT. #97-510

Patient Name: _Luke Frayne_

Date of Service: _____

Patient History #: _____

Admission #: _____

**NOTICE**

I understand that many of the physicians and surgeons furnishing services to me, either individually or through professional corporations including, but not limited to radiologists, anesthesiologists, neonatologists, physiatrists and others, are independent contractors and are not employees or agents of Fairfax Hospital. Therefore, I may receive separate bills for such independent contractor services.

I also understand that certain physicians and surgeons who render services to me, such as physicians on call to the Emergency Department, certain anesthesiologists, radiologists and others, may not be participating physician members of my managed care health plan. My plan may consider these services as non-covered services. Consequently, I understand that, in the event that my managed care health plan does not reimburse these non-participating physicians in full for services provided to me, my managed care health plan may make me responsible for any balance that it declined to pay for such services.

**AUTHORIZATION TO PROCESS CLAIMS & RELEASE OF INFORMATION**

I authorize Fairfax Hospital and the independent contractor physicians and/or professional corporations that render services to me to process claims for payment by my insurance carrier on my behalf for covered services rendered to me at Fairfax Hospital.

I understand that this authorization may be revoked by me at any time in writing to the Patient Registration and Financial Services Department.

I authorize the release of necessary information, including medical information, regarding medical services rendered during this admission or any related services or claim, to my insurance carrier(s), including any managed care plan or other payor, past and/or present employer(s), Medicare, Champus, authorized private review entities and/or utilization review entities acting on behalf of such insurance carrier(s), payors, managed care plans and/or employer(s), the billing agents and collection agents or attorneys of Fairfax Hospital and/or the independent contractor physicians and/or professional corporations, my employer's Worker's Compensation carrier, and, as applicable, the Social Security Administration, the Health Care Financing Administration, the Peer Review Organization acting on behalf of the federal government, and/or any other federal or state agency for the purpose(s) of satisfying charges billed and/or facilitating utilization review and/or otherwise complying with the obligations of state or federal law. A photocopy of this Authorization may be honored.

**NON-RESPONSIBILITY FOR PERSONAL PROPERTY**

I understand that Fairfax Hospital maintains a safe for the safekeeping of money and other valuables. I agree to send personal belongings home or to place money or valuable in the Hospital safe. I understand and agree that Fairfax Hospital and Inova Health System Hospitals cannot be responsible for any valuables not deposited in the Hospital safe. I further understand, agree and authorize that any such money and/or belongings not claimed within sixty (60) days of my discharge from the Hospital may be destroyed or disposed of at the Hospital's discretion, and that any interest or right I may have had in such money or other valuables shall cease.

**ASSIGNMENT OF BENEFITS**

I hereby assign, and request payment from my insurance carrier or professional corporation that provide services to me. (In the case of Medicare Part B benefits, I request payment either to myself or to the party who accepts assignment. The direct payment hereby assigned and authorized includes any hospital and/or medical insurance benefits to which I am otherwise entitled, including any Major Medical Benefits otherwise payable to me under the terms of my policy, but is not to exceed the balance due to Fairfax Hospital, the independent contractor physicians and/or professional corporations for services rendered to me during the applicable periods of medical care.

**COORDINATION OF BENEFITS**

I agree to provide the hospital information regarding all group hospitalization, workers compensation or other hospital benefits to which I/the patient may be entitled, including the following information:

a) These services were the result of:
a motor vehicle accident ☐ yes ☐ no    an on-the-job injury _____ ☐ yes ☐ no
If yes, I intend to receive the cost of this non-plan treatment through:
Auto insurance _____    Workers' Compensation _____ ☐ yes ☐ no

b) These are my primary and secondary policies by name and number:
_____ primary    _____ secondary    _____ tertiary

c) I am covered under: Medicare _____ ☐ yes ☐ no    Medicare is my primary coverage _____ ☐ yes ☐ no

d) I am covered under: Champus _____ ☐ yes ☐ no

**RESPONSIBILITY FOR PAYMENT**

In my capacity as patient, legal representative or representative payee for the patient, I agree to pay all charges for which I may be legally responsible. In the event my account must be placed with an attorney or collection agency to obtain payment, I agree to pay reasonable attorneys' fees and other collection costs.

The undersigned certifies that he or she has read this form and understands its terms. The undersigned certifies that he/she has received a copy of it and that the undersigned is either the patient or is duly authorized to sign this form and accept its terms.

Patient (Guardian/Responsible Party) _____    Date X 8/25/98

Witness _____    Date 25 Aug 98

PATIENT IDENTIFICATION

08/25/98

**INOVA FAIRFAX HOSPITAL**
**AUTHORIZATION FOR**
**CLAIMS AND PAYMENT**

96275

*White:* Hospital *Canary:* Anesthesia *Pink:* Radiology *Goldenrod:* Billing

**EMERGENCY DEPARTMENT — MEDICAL RECORD**
**FAIRFAX HOSPITAL    FALLS CHURCH, VIRGINIA**

FRAZZA, LUISE

MODE OF ARRIVAL TO TRIAGE:
☐ RESCUE ☑ AMBULATORY ☐ WHEELCHAIR/STRETCHER    TIME: 0444
TRIAGE ASSESSMENT ☑ YES ☐ NO    ☐ CODE # SEVERITY

CHIEF COMPLAINT: _____ 08/25/98

TRIAGE ASSESSMENT: _Headache_ ↑
_neck pain x 24_
_hrs_    8.25.98

PATIENT IDENTIFICATION    DOB 7/10/63

| LAST ED VISIT: | VISUAL ACUITY |
|---|---|
| ☐ WITHIN 30 DAYS | OS |
| ☐ WITHIN 72 HOURS | OU |

| VITAL SIGNS | | MEDICATIONS: | CURRENT MED. HX | ALLERGIES | DRUG SENSITIVITIES: |
|---|---|---|---|---|---|
| TIME | 0445 | Ø | Ø | NKDA | |
| TEMP. | 99.3 | | | | |
| PULSE | 90 | | | | |
| RESP. | 16 | ☐ LNMP DATE | | DATE OF LAST TETANUS: | WEIGHT: |
| B/P | 117/77 | | | | |

PHYSICIAN HISTORY/PHYSICAL EXAM    INFORMED CONSENT OBTAINED    TIME: _____    PMD ☐ NO

35 y.o. ♀ presents c c/o HA since ___
Monday morning. ___ pain is now in upper
back. HA ___. Took few doses
of Advil, ___ relief. mild nausea, ⊖ vomiting
⊕ neck stiffness. ⊖ fever. ⊕ photophobia.

R.O.S.: ___ sore throat
⊕ ear pain
⊕ cough
⊕ visual changes

Past Medical Hx: knee operation

Family Hx:

PE: ___ 
PERRL, ___ c nystagmus
CN II-XII intact, moves all extremities s/s
lungs: CTA ⊕ ___
CV: RRR, ___ s/s
Abd: ⊕ SS, soft, ___

Social Hx: ⊖ tob/EtOH

☐ NO PAGE 2
☐ TRAUMA FLOW SHEET
☐ M SET SHEET
☐ CONTINUATION SHEET

| LABORATORY | | | | | OTHER | X-RAY | CHEST |
|---|---|---|---|---|---|---|---|
| ☐ ABG (F,O₂) | ☐ DRUG LEVELS: CO | ☐ TRAUMA | I    II | ☐ OLD RECORDS | | ☐ CHEST | |
| ☐ AMYLASE | DIG ETOH | | PEDS | | | Head CT | |
| ☐ BHCG QL QT | THEO | ☐ TYPE & HOLD | | | | r/o bleed | |
| ☐ CCU PROFILE | ☐ PT/PTT | ☐ TYPE | | | | | |
| ☐ CHEM 14 23 | ☐ TOX SCREEN | ☐ TPA | | | | | |
| ☐ C & S | SOURCE | | | | | | |
| | TYPE | | | | | | |

| ☑ CBC | | ☑ CHM7 | | U DIP | | | |
|---|---|---|---|---|---|---|---|
| Hb 15.5 | WBC 8.5 | 136 | 102 | 17 | A MICRO | ☐ ABG | ☐ O₂ L/MIN ☐ MASK |
| Hct 45 | Plt 166 | 3.4 | 23 | 104 | | F.O₂ | ☐ NC |
| | | | | 8 | B EKG | PH | ☐ PULSE |
| | | CR | | | C MONITOR | PCO₂ | OXIMETER PEAK PRE |
| | | | | | ED INTERPRETATION | PO₂ | FLOW POST |
| | | | | | | HCO₃ | |

CLINICAL ANALYSIS:
r/o SAH
r/o hemorrhage
r/o ___

IMPRESSION: CNS lesion

CASE DISCUSSED WITH:
Dr. ___
Dr. ___

DISPOSITION OF PATIENT
☐ DISCHARGE TIME
☐ ADMIT Dr. Burgess
☑ AMA Neurosurg
☐ TRANSFERRED TO:
ACCEPTED BY:

STATUS
☐ IMPROVED
☐ NO CHANGE
☑ STABLE

E.D. STAFF PHY. SIGNATURE: ___

ATTD. STAFF PHY. SIGNATURE: ___

NURSE SIGNATURE: ___ RN

PRINTED ON REGENESIS® POST CONSUMER RECYCLED PAPER

**MEDICAL RECORDS**

ED-3611/R11-95
CAT. NO. 96210
PKG. (100)

# EMERGENCY DEPARTMENT — MEDICAL RECORD
## FAIRFAX HOSPITAL     FALLS CHURCH, VIRGINIA

MODE OF ARRIVAL TO TRIAGE:
☐ RESCUE ☐ AMBULATORY   ☐ WHEELCHAIR/STRETCHER   TIME: 0444
TRIAGE ASSESSMENT ☐ YES ☐ NO     ☐ CODE # SEVERITY

CHIEF COMPLAINT: _____ 08/29/98

TRIAGE ASSESSMENT: Headache, _ _
neck pain x 24
hrs

8.25.98

FRAZZA, LUCE

PATIENT IDENTIFICATION DB 7/10/63

LAST ED VISIT:
☐ WITHIN 30 DAYS
☐ WITHIN 72 HOURS

VISUAL ACUITY
OD
OS
OU

**VITAL SIGNS**

| TIME | 0449 | | |
|------|------|---|---|
| TEMP. | 99.3 | | |
| PULSE | 90 | | |
| RESP. | 16 | | |
| B/P | 127/77 | | |

MEDICATIONS: ∅

CURRENT MED. HX ∅

ALLERGIES: NKDA

DRUG SENSITIVITIES:

☐ LNMP DATE ____   DATE OF LAST TETANUS:   WEIGHT:

**PHYSICIAN HISTORY / PHYSICAL EXAM**   INFORMED CONSENT OBTAINED:   PMD
TIME: ____   ☐ NO

R.O.S.

35 yo ♂ presents c̄ c/o HA since ...

Past Medical Hx:

Family Hx:

Social Hx:

☐ NO PAGE 2
☐ TRAUMA FLOW SHEET
☐ M SET SHEET
☐ CONTINUATION SHEET

**LABORATORY**
☐ ABG (F,O₂)
☐ AMYLASE
☐ BHCG QL QT
☐ CCU PROFILE
☐ CHEM 14 23
☐ C & S

**DRUG LEVELS:** CO
DIG ETOH
THEO
☐ PT/PTT
☐ TOX SCREEN
SOURCE
TYPE

**TRAUMA**
I    II    PEDS
☐ TYPE & HOLD
☐ TYPE
☐ TPA

**OLD RECORDS**

**XRAY**

**CHEST**

☐ CBC
Hb 15.5   WBC 8.5
Hct 45   Plt 166

☐ CHM7
136 | 102 | 17
3.4 | 23 | 104
CR | ... | 8

U  ☐ DIP
A  ☐ MICRO
☐ EKG
☐ MONITOR

☐ ABG
F,O₂
PH
PCO₂
PO₂
HCO₃

ED INTERPRETATION

☐ O₂   L/MIN   ☐ MASK
☐ NC
☐ PULSE
OXIMETER   PEAK   PRE
FLOW   POST

**CLINICAL ANALYSIS:**

R/O SAH
R/O meningitis
R/O _____

IMPRESSION: CNS lesion

**DISPOSITION OF PATIENT**
CASE DISCUSSED WITH: Dr. Burkart
Dr. Burgess

☐ DISCHARGE TIME
☐ ADMIT Dr. Burgess
☐ AMA  Neurosurg
☐ TRANSFERRED TO:
ACCEPTED BY:

**STATUS**
☐ IMPROVED
☐ NO CHANGE
☐ STABLE

E.D. STAFF
PHY. SIGNATURES

ATTD. STAFF
PHY. SIGNATURE

NURSE SIGNATURE

ED-3511/R11-95
CAT. NO. 96210
PKG. (100)
PRINTED ON REGENESIS® POST CONSUMER RECYCLED PAPER

MEDICAL RECORDS

**EMERGENCY DEPARTMENT - MEDICAL RECORD**
**FAIRFAX HOSPITAL          FALLS CHURCH, VIRGINIA**

Page 2

07/13/

PATIENT IDENTIFICATION

| TIME | PHYSICIAN REASSESSMENT | NURSE ASSESSMENT |
|---|---|---|
| | | TIME: 0512  ☐ PMD TO MEET   ☐ ORDERS GIVEN   ☐ NOTIFIED/TIME |
| | | PMD  ☐ NONE   OTHER MD |
| | | ☐ EDP TO CALL BACK # |

TO ED # 8 ambulatory
c/o posterior neck + head
pain - headache started
as frontal HA on Monday
not helped by motrin -
denies nasal congestion or
injury to head or neck
0512 - saline lock in
Duricef c 200g clavyle
0548 - to CT by stretcher
0605 - returned to ED 8
0700 - Report to Dave
                  Neil Sykes RN

**TREATMENTS / ORDERS / PROCEDURE(S):**

Band # 3  2  p.o  @ 0511

| ORTHOSTATICS | TIME | BP | PULSE | TIME | BP | PULSE | |
|---|---|---|---|---|---|---|---|
| LYING: | | | | | | | |
| SITTING: | | | | | | | |
| STANDING: | | | | | | | |

| MEDICATIONS | | | | | ROUTE | SITE | TIME | SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| TT | dT | DT | DPT | TIG | | | | |
| | | | | | | | | |

**PARENTERAL**

| SOLUTIONS & ADDITIVES | SITE | NEEDLE | RATE | START TIME | STOP | AMT | SIGN |
|---|---|---|---|---|---|---|---|
| D5W | | | | | | | |

| CATH | | NG TUBE: | |
|---|---|---|---|
| | TOTAL INTAKE | | TOTAL OUTPUT | |
| | P.O | U.O | |
| | I.V | N.G | |
| | OTHER | OTHER | |
| | NURSE | | |

| ED. STAFF PHY. SIGNATURE | ATTD STAFF PHY/SIGNATURE | NURSE SIGNATURES Neil Sykes RN |
|---|---|---|

MEDICAL RECORDS

EO-3512
CAT. NO. 96215
R 10-89
(Rev 100)

Inova Fairfax Hosp - 7

| Discharging Unit: | Important Phone #s: | Hospital ....698-1110<br>Lost & Found ....698-3494<br>Medical Records ....698-3261<br>Patient Billing ....321-4320 |
|---|---|---|

**PLEASE MAKE THIS FORM AVAILABLE TO YOUR HEALTH CARE PROVIDERS.**

Discharge to: ________ Diet: ☐ Regular

Diagnosis at discharge:

Activities ☐ No Restrictions

| | | Sheets Attached |
|---|---|---|
| MEDICATIONS<br>*See attached special information sheets* | 1. [illegible] 500 BID<br>2. | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| See attached medication administration guide. | | |

PHYSICIAN FOLLOW UP APPOINTMENTS:

Burger 3w

Physician Name: J. Burger Specialty: Neurosurg Phone # 781 8247

Physician Signature: ________ NOTE: If you have questions regarding your medications, call your physician.

Nurse Name:

| Nurse Signature: | | Date: |
|---|---|---|
| ☐ No other disciplines involved | Patient Signature: | Date: |

PATIENT IDENTIFICATION

FAIRFAX HOSPITAL
INOVA HEALTH SYSTEM

**Patient Discharge Instructions**
Page 1 of 2

*White:* Patient
*Canary:* Medical Records
*Pink:* Physician
*Goldenrod:* Consultant

CAT #98049 / R3-96 • PKGS OF 100 SETS

*D30*

**HISTORY & PHYSICAL EXAMINATION MUST BE RECORDED WITHIN 24 HOURS OF ADMISSION**

CHIEF COMPLAINT:

HISTORY OF PRESENT ILLNESS:
35 y/o ♂ woke up c̄ headache yesterday. Headache positional. Not usual of headache.
Others like this in past.
CT: Ⓡ temporal lobe mass.
MR: Ⓡ ant. temp. lobe tumor Ross
c/o headache [illegible] positional, mild photophobia

HISTORY OF PAST ILLNESS:
age 15 hit by car dementia of brain (fx skull.
x3 Ⓡ knee surgery — age 16, 19, 18

PSYCHOSOCIAL NEEDS ASSESSMENT: MARITAL STATUS: ☐ Married ☐ Single ☐ Widowed

SUPPORT SYSTEM AVAILABLE AT HOME: ☐ Yes ☐ No HOME CARE CONSULTATION NEEDED: ☐ Yes ☐ No

SOCIAL AND FAMILY HISTORY:
[illegible] + 7th grade
[illegible] in [illegible]

REVIEW OF SYSTEMS:

PATIENT IDENTIFICATION

FAIRFAX HOSPITAL
**HISTORY & PHYSICAL EXAMINATION**
Page 1 of 2
MR-900/R1-97 • PADS OF 50 • CAT. #98-205

*H10*

**HISTORY & PHYSICAL EXAMINATION MUST BE RECORDED WITHIN 24 HOURS OF ADMISSION**

B.P. _____ / _____   PULSE _____   TEMP. _____   RESP. _____   WT. _____

L.M.P _____

### PERTINENT PHYSICAL FINDINGS

General Condition: _awake alert_

Skin: _clear_

HEENT: _P. N in alert_

Neck/Nodes: _no murches rigidity_

Chest: _clear_

Breast: _—_

Heart: _R R_

Abdomen: _soft_

Genitalia: 

Pelvic: 

Rectal: 

Musculoskeletal/Extremities: (—)    (R) _time sung ident_

Neurological: (—)

IMPRESSIONS: _headache, NOS_

STATEMENT OF PLAN: _normal exam/X_

PATIENT IDENTIFICATION

**INOVA FAIRFAX HOSPITAL**

## HISTORY & PHYSICAL EXAMINATION

Page 2 of 2

CAT #9821Q/R8-88  •  PADS OF 50



**H10**

358-2
Pc
4-26

# INOVA FAIRFAX HOSPITAL

### Inova Health System

**CONSULTATION REPORT**

**FRAZZA, LUKE**                          #166-80-48

**DATE OF CONSULTATION:**                 8/25/98

**DATE OF ADMISSION:**                     8/25/1998

**CONSULTANT:**                            JAMES P. SIMSARIAN, M.D.

**CONSULTED SERVICE:**                     NEUROLOGY

**ATTENDING PHYSICIAN:**                   JAMES E. BURGESS, M.D.

**ATTENDING SERVICE:**                     NEUROSURGERY.

**REASON FOR CONSULTATION:**               HEADACHE.

**HISTORY OF PRESENT ILLNESS:** This 35-year-old gentleman states that he awoke on Monday morning at his usual time and was aware that he had a frontal pressure pounding headache. He took Advil through the day but the headache persisted. He noted neck muscle soreness. Last evening he states he did not sleep well, the headache persisted and he came to the emergency room about 4 o'clock in the morning. Initial CAT scan was read as abnormal, either a cyst or a tumor. MRI scan showed tissue loss in the anterior temporal lobe on the right secondary to a prior motor vehicle accident with head injury at age of 15.

He states he has had prior headaches, but not as severe as this one. He has no associated visual problems, motor or sensory problems, loss of conscious- ness, seizure activity, fevers, chills, or toxic exposure. He has allergies and swollen glands.

**PAST HISTORY** is remarkable for his prior head injury and allergies.

**FAMILY HISTORY** negative for neurological problems.

**SOCIAL HISTORY:** Not remarkable.

**REVIEW OF SYSTEMS:** He denies constitutional symptoms, fevers, or chills, pulmonary, cardiac, gastrointestinal, hepatic, genitourinary, psychiatric, or skin problems. He has had knee surgery.

**EXAMINATION** reveals an alert, pleasant gentleman in no distress. He has marked tenderness of cervical muscles, with full neck movement. Skull is not tender. Speech, language, memory and content of thoughts are intact.

Cranial nerve examination shows normal discs and vessels. Peripheral fields are normal. Eye movements are full. Pupils are round, and react to light. Facial sensation and motor strength are normal. Hearing is normal. Gag is normal. Tongue protrudes in the midline.

Muscle bulk, strength, and tone are normal. Reflexes one plus and equal. Toes are downgoing.

Pin, touch, position and vibration are intact.

Finger-to-nose and heel-to-shin testing are normal.

# INOVA FAIRFAX HOSPITAL

### Inova Health System

CONSULTATION REPORT

FRAZZA, LUKE                     #166-80-48

DATE OF CONSULTATION:            8/25/98

PAGE 2

Gait and station are intact.  He can toe walk, heel walk, and tandem walk.

IMPRESSION:

1.  Headache, persisting.  Etiology to be defined.
2.  Cervical musculoskeletal pain, probable role in production of headache.
3.  Abnormal MRI scan, probably secondary to previous auto accident at age 15.

SUGGEST:

1.  Naprosyn 500 mg twice a day as anti-inflammatory agent.
2.  Heat to neck.
3.  Physical therapy to neck and shoulders.
4.  Tylenol with codeine if needed for pain.
5.  Up and ambulate.
6.  Evaluate above management and continue as outpatient if remains stable.

Thank you for asking us to consult on this gentleman and to assist in his care.  We will assist in his care in the hospital.

JAMES F. SIMSARIAN, M.D.

/066

JPS/gmc
D: 8/25/98
T: 8/25/98
J: 7029                          "END OF REPORT"

| Date | |
|---|---|

**MRI Completed**
Date 8/25/8 Exam Brain c̄ gad 1100 AC5
_L.James BS RT_

8/25  Neurosurg

MRI: tissue loss anterior temp.
lobe on (R) 2° to mva and
head injy at age 15.

C/O headache, photophobia

Neurol. eval.

8/25  Neuro
     consult dietitil
     Adm = Dr.
       neck tender
     Abnl MRI 2° MVA age 15yo
     Plan
       / Heat
       Naprosyn
       Tylenol #3
       PT

8/26/18  Physical Therapy
        Evaluation completed. Notes in auxillary section
        C.Cartwright PT #1509

PATIENT IDENTIFICATION
01668048    MES    07/10/63
FRAZZA, LUKE      35  M
  0116-9002            FH
BURGESS, JAMES         9966
BURGESS, JAMES         9966
08/29/98        08/29/8

FAIRFAX HOSPITAL
**PHYSICIAN'S
PROGRESS NOTES**
MR-554/R9-89 • PKGS OF 250 • CAT. #97-186

* P 1 0 *

| Date | |
|---|---|
| 8/26 | Neurosurg |
| | Pts headache, neck pain |
| | resolved |
| | OK for d/c p neurologist visit |
| | this evening |
| 8/26 | Neuro |
| | otn resolved |
| | neck better |
| | using heat |
| | pt → exercises |
| | Exc. tender cervical full ROM |

**PATIENT IDENTIFICATION**

01668048   NES   07/10/63
FRAZZA, LUKE      35  M
0116-9602
BURGESS, JAMES
BURGESS, JAMES
08/25/?8          08/25/?8

**FAIRFAX HOSPITAL**

**PHYSICIAN'S PROGRESS NOTES**

MR-554/R9-89 • PKGS OF 250 • CAT. #97-186

* P 1 0 *

**USE BLACK BALLPOINT PEN — PRESS FIRMLY**

Authorization is hereby given to dispense a chemically identical drug
(according to hospital formulary) unless otherwise specified.

| Date/Hour | ORDERS | |
|---|---|---|
| 8/28 | *[handwritten orders, illegible]* | Physician Signature: |
| | | Printed MD Name or ID # |
| | | Physician Signature: |
| | | Printed MD Name or ID # |
| | | Physician Signature: |
| 8/25 | Tylenol #3 ii tabs po q6° prn *[illegible]* | Physician Signature: |
| | | Printed MD Name or ID # |

**◀ DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS**

PATIENT IDENTIFICATION     DRUG SENSITIVITIES

**FAIRFAX HOSPITAL**

**PHYSICIAN'S ORDERS**

PHA 2255/92
CAT. NO. 99065 PKGS 150

**USE BLACK BALLPOINT PEN — PRESS FIRMLY**

Authorization is hereby given to dispense a chemically identical drug
*(according to hospital formulary)* unless otherwise specified.

| Date/Hour | ORDERS | |
|---|---|---|
| 8/25 | *[handwritten]* up ad lib | Physician Signature: |
| | Moist Kaypad to neck & shoulders apply tonight | |
| | Napursyn 500 mg po c̄ Breakfast & Dinner | Printed MD Name or ID # |
| | Dose now | |
| | PT to neck + shoulders | |
| | Moist Heat. Modalities | |
| | exercise | Physician Signature: |
| | *[signature]* | |
| | DISCont. 8-26-98 *[illegible]* | Printed MD Name or ID # |
| 8-26 0900 | Recopy pharmacy | |
| | Naprosyn 500 mg po. after Breakfast and Dinner | |
| | Dose now (given 9 2120) | Physician Signature: |
| | *[signature]* | |
| 8-26 09 | Recopy pharmacy #2. | |
| | give 500 mg Naprosyn 9 2120 | Printed MD Name or ID # |
| 8-26-98 0520 & Nov 3 Oct. 240 & 3 Oct. | please put in Computer. (Dose) Thanks *[signature]* | |

**← DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS**

PATIENT IDENTIFICATION                    DRUG SENSITIVITIES

**FAIRFAX HOSPITAL**

**PHYSICIAN'S ORDERS**

PHA 2255/92
CAT. NO. 99065 PKGS 150

**USE BLACK BALLPOINT PEN — PRESS FIRMLY**
Authorization is hereby given to dispense a chemically identical drug
*(according to hospital formulary)* unless otherwise specified.

| Date/Hour | ORDERS | |
|---|---|---|
| | | Physician Signature: |



**➜ DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS**

| PATIENT IDENTIFICATION | DRUG SENSITIVITIES | |
|---|---|---|

G-0568048    MES    07/10/63
EDERTA, LUKE         35   M
   011679602              FM
BURGESS, JAMES       9906
BURGESS, JAMES       9906
08/25/98         08/25/98

**FAIRFAX HOSPITAL**

# PHYSICIAN'S ORDERS

PHA 2255/92
CAT. NO. 99065 PKGS 150



**FAIRFAX HOSPITAL**
*Department of Radiology*
*3300 Gallows Rd., Falls Church, VA.*
*(703)698-3161*

**INOVA**
**HEALTH SYSTEM**

**RADIOLOGY REPORT**

---

PATIENT NAME: **FRAZZA, LUKE**
MED REC #: 1668048
ORD. DR.: DRUCKENBROD, GLENN
ATN. DR.: BURGESS, JAMES

NS/BED: T3E 358 F358-02
ADM.#: 11679602
D.O.B.: 07/10/1963
REQUEST #: 90001

---

*Page 1 of 1*

**CLINICAL DATA:** Headache and neck pain.

**DATE OF EXAM:** 08/25/1998 05:58
**EXAMINATION:** -CT HEAD WO CONTRAST

**INTERPRETATION:** There is an area of diminished attenuation approximating CSF in the ventrolateral aspect of the right middle fossa measuring 4 cm in ventral dorsal dimension and 2 cm in right to left dimension. The right temporal horn is enlarged and the overall pattern suggests old tissue loss. This could be related to previous trauma or possibly an old right middle cerebral branch infarct which could even be neonatal or prenatal in origin. There are no old studies available for comparison. The sulci in the right Sylvian region are also somewhat more prominent compared to the contralateral Sylvian region further supporting the probability of tissue loss. Overall ventricular size is otherwise normal. The sulci at the vertex in both cerebral hemispheres are moderately prominent which is probably of only incidental note and could simply reflect the state of the patient's hydration.

**CONCLUSION:** Radiographic findings most consistent with tissue loss in the right temporal lobe. If the patient has a history of seizures or other significant neurologic disease an MRI scan would add additional information.

**READ AND APPROVED BY: CLIFFORD LADER MD    -08/25/1998**
*SSS - 08/25/1998 09:59 - 574916*

RAD 5230
CAT. #99078



**FAIRFAX HOSPITAL**
Department of Radiology
3300 Gallows Rd., Falls Church, VA.
(703)698-3161



## INOVA HEALTH SYSTEM

**RADIOLOGY REPORT**

| | |
|---|---|
| PATIENT NAME: **FRAZZA, LUKE** | NS/BED: T3E 358 F358-02 |
| MED REC #: 1668048 | ADM.#: 11679602 |
| ORD. DR.: ELJAIEK, LUIS | D.O.B.: 07/10/1963 |
| ATN. DR.: BURGESS, JAMES | REQUEST #: 90002 |

Page 1 of 1

**CLINICAL DATA:** Right temporal lobe injury versus mass.

**DATE OF EXAM:** 08/25/1998 11:15
**EXAMINATION:** -MRI BRAIN W/WO CONTRAST

**INTERPRETATION:** Tissue loss is present in the lateral aspect of the right temporal lobe resulting in a CSF space measuring 5 cm in ventrodorsal dimension, 2.5 cm in right-to-left dimension, and 3 cm in cephalocaudal dimension. There is mild extraocular enlargement of the right temporal horn and the sulci surrounding the right sylvian fissure are prominent, both of which are related to the above-described tissue loss. There is no evidence of a mass lesion. Vascular structures at the skull base are patent. The remainder of the cerebral parenchyma and ventricular system is normal. Mild mucosal membrane thickening is present in the inferior aspects of the maxillary antra, right side to a greater degree than left.

**CONCLUSION:**
1. Old right temporal lobe tissue loss. Trauma or old infarction would appear to be a likely etiology. There is no significant remodeling or mass effect to suggest an arachnoid cyst.
2. Mild inflammatory changes in the maxillary antra.

**READ AND APPROVED BY: CLIFFORD LADER MD   -08/25/1998**
MW - 08/25/1998 12:42 - 574934

RAD 5230
CAT. #99078



Fairfax Hospital
3300 Gallows Road
Falls Church, VA 22046

**FRAZZA, Luke**
MED REC #:  (0003)01668048
FINANCIAL #: 000011679602

AGE:     35 YRS    DOB:     07/10/1963        SEX: M
PATIENT TYPE: I       T3E Neurosciences FX
ADMITTING DR.: BURGESS, JAMES E.

ADMIT DATE: 08/25/98    DISCHARGE DATE: 08/26/98

## ROUTINE HEMATOLOGY

COLLECTION DATE  08/25/98
COLLECTION TIME    0544

|  |  | UNITS REF. RANGE |
|---|---|---|
| **COMPLETE BLOOD COUNT** |  |  |
| WBC X 10^3 | 8.5 | /CUMM (4.8-10.8) |
| RBC X 10^6 | 5.19 | /CUMM (4.70-6.00) |
| HEMOGLOBIN | 15.5 | G/DL (13.0-17.0) |
| HEMATOCRIT | 45.4 | % (42.0-52.0) |
| MCV | 87.3 | FL (80.0-100.0) |
| MCH | 29.9 | PG (28.0-32.0) |
| MCHC | 34.2 | G/DL (32.0-36.0) |
| RDW | 12.5 | % (11.5-15.0) |
| PLATELET X 10^3 | 166 | /CUMM (140-400) |
| MEAN PLT VOL | 8.4 | FL (7.4-10.4) |
| **AUTOMATED DIFFERENTIAL** |  |  |
| GRAN% | 68 | % (52-75) |
| LYMPH% | 22 | % (15-41) |
| MONO% | 8 | % (0-8) |
| EOS% | 2.5 | % (0.0-5.0) |
| BASO% | 0.2 | % (0.0-2.0) |
| GRAN# X 10^3 | 5.9 | /CUMM (2.5-8.1) |
| LYMPH# X 10^3 | 1.8 | /CUMM (0.7-4.4) |
| MONO# X 10^3 | 0.6 | /CUMM (0.0-1.0) |
| EOS# X 10^3 | 0.2 | /CUMM (0.0-0.7) |
| BASO# X 10^3 | 0.0 | /CUMM (0.0-0.2) |
| SMREV'D | YES |  |

PRINTED: 08/27/98 AT 0035
PAGE:  1    (cont.)

**RT HEMATOLOGY**

**FRAZZA, Luke**
MED REC #: (0003)01668048

LAB 10263 (8/94)
Cat.# 96881

Inova Fairfax Hosp - 20


Fairfax Hospital

**FRAZZA, Luke**
MED REC #: (0003)01668048
AGE:   .5 YRS    DOB:   02/10/19(?)    SEX: M

## ROUTINE CHEMISTRY

COLLECTION DATE  08/25/98
COLLECTION TIME   0544

|  |  | UNITS | REF. RANGE |
|---|---|---|---|
| GLUCOSE RANDOM | 104H | MG/DL | (70-100) |
| BUN | 17 | MG/DL | (8-20) |
| CREATININE | 0.8 | MG/DL | (0.6-1.5) |
| SODIUM | 136 | MEQ/L | (136-146) |
| POTASSIUM | 3.9 | MEQ/L | (3.5-5.3) |
| CHLORIDE | 102 | MEQ/L | (98-107) |
| CO2 | 23 | MEQ/L | (21-30) |

LEGEND
H = HIGH

PRINTED: 08/27/98 AT 0035
PAGE:  2   (end of report)

*RT CHEMISTRY*

**FRAZZA, Luke**
MED REC #: (0003)01668048

LAB 10263 (8/94)
Cat.# 96881

**PRIMARY DX:** HA

**FIRST EPISODE?** ☑ YES ☐ NO

**PRESENT ILLNESS:** 35 y.o. M adm 8/25 c̄ neck pain & headache & light sensitivity. Has been on Kpac in room. Now c̄ minimal discomfort. HA has resolved. Neck is pain free.

**RX. ORDER:** PT to neck & shoulders. **REFERRING M.D.:** ? Samsonian / surgical Moist heat, modalities, exercises.

**PAST MEDICAL HX:** MVA c̄ TBI @ age 15, (R) knee surgery x 3

**SOCIAL BACKGROUND:** Photojournalist - Carries equip over shoul.

**X-RAYS / TESTS / MEDS:** MRI (R) old (R) temp lobe tissue loss, mild inflammation Dx maxillary antra

**FUNCTIONAL LIMITATIONS:**

**PAIN LEVEL (CIRCLE BEST & WORST)** 0 ①2 3 4 5 6 7 8 9 10

**WHAT MAKES YOUR PAIN BETTER?** heat

**WHAT MAKES YOUR PAIN WORSE?** Head movements

**SENSATION:** intact

**POSTURE / INSPECTION:** FH, forward shouls.

| ROM: % | | L | R |
|---|---|---|---|
| CERVICAL SPINE: | FLEXION | | |
| | EXTENSION | WFL | |
| | ROTATION | WFL | WFL |
| | LATERAL FLEX. | | |
| SHOULDER | | WFL | |

| STRENGTH: | L | R |
|---|---|---|
| DELTOID (C5) | WFL | WFL |
| BICEPS (C6) | | |
| WRIST FLEX/TRICEPS (C7) | | |
| FINGER FLEX/INTEROSSEI (C8, T1) | | |

**PALPATION:** tight traps, otherwise ∅ abnormal findings.

**VERTEBRAL ARTERY TEST:** NT

**OTHER:**

**TX GIVEN:** Eval as above. US to c spine & upper back, instructed c/s stretches, axial ext, & shoul blade squeeze. HEP x 5 min.   not

**SHORT TERM GOALS: (in ___ sessions)**
☑ Decrease pain level to 0/10 during _____ (functional activity)
☑ Indep. ex. program

**ASSESSMENT: Chief Problems:** Pt's HA & neck pain has resolved. Presents c̄ poor posture & tight traps
☐ Neck care education completed
☐ Increase cervical ROM by ___ %
☐ Able to sleep through night
☐

**Precautions:**

**Discussed goals and plan with patient.** ☑ Yes ☐ No ☐ Comprehension?   Cooperation ☐ Yes ☐ No ☐ Limited

**PLAN:** Pt's pain has resolved. Instructed in basic HEP. Can use heat @ home PRN. May return to Sam Flu outpt P.T. for HEP instruction or institute if pain returns. D/C inpt P.T.

**Date:** 07/10/98 **Time:** 1200 **Signature:** C. Arthur P.T.

07/10/98  NES  07/10/98  log
FRAZZA, LUKE      39 M
0116 79602      FH
BURGESS, JAMES      9906
BURGESS, JAMES      9906
08/25/98      08/25/98

FAIRFAX HOSPITAL
INOVA HEALTH SYSTEM

**DEPARTMENT OF REHABILITATION**

**Neck Evaluation**

CAT #99314 / R11-96 • PADS OF 100

Therapist(s): _____ / _____ / _____

**KEY:**

| | | |
|---|---|---|
| I = Independent | Min A = Minimal Assistance | D = Dependent |
| M/I = Modified Independence | Mod A = Moderate Assistance | |
| S = Supervision / Cues | Max A = Maximal Assistance | |

| TREATMENT DATE: | 8\26\98 | | | | | COMMENTS: |
|---|---|---|---|---|---|---|
| TIME: | \255 100 | | | | | 8\26   See eval |
| P.T. Eval/Reassessment | ✓ | | | | | C. Authur PT. |
| Pt/Family Education | | | | | | |
| Bed Mobility | | | | | | |
| Sit-Stand | | | | | | |
| Transfer Training | | | | | | |
| Gait: WB Status | | | | | | |
| Assist Device | | | | | | |
| Assist Level | | | | | | |
| Distance | | | | | | |
| Stairs/Curbs | | | | | | |
| Exercise | | | | | | |
| Balance Training | | | | | | |
| Coordination Training | | | | | | |
| W/C Skills | | | | | | |
| Whirlpool | | | | | | |
| Wound Care | | | | | | |
| Modalities | ✓ | | | | | |
| Positioning | | | | | | |
| Developmental Intervention | | | | | | |
| Cancellation Visit | | | | | | |
| See Comments | ✓ | | | | | |
| Therapist's Initials | CA | | | | | |

| DATE: | GOALS IN ___ RX SESSIONS | DATE: | OUTCOME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**PROGRESS SUMMARY:**

01668048     NEW    07/10/63
FRAZZA, LUKE      35  M
011679602            FH
BURGESS, JAMES         9906
BURGESS, JAMES         9906
08/25/98          08/25/98

✚ **FAIRFAX HOSPITAL**
INOVA HEALTH SYSTEM

**DEPARTMENT OF REHABILITATION**
**THERAPIST'S PROGRESS NOTES**
**Physical Therapy**

CAT #99838 • PKGS OF 100



**Vital Signs Graphic Report**

Run Date/Time: 27Aug1998  6:03am

Chart Page  1

**01668048  FRAZZA, Luke**

FAIRFAX HOSPITAL

Day of Admission =  3.

```
                        DISCHARGE MEDICATION ADMINISTRATION PROFILE              FAIRFAX HOSPITAL                        PAGE   1

FROM: 25-Aug-1998 07:46  TO: 26-Aug-1998 19:15                MR#: O1668048 ACCT: I//NES. 11679602  ATTD: BURGESS, JAMES E. DR

F358-02   FRAZZA, Luke                                        INTERP:                                HGT(CM):        .00 WGT(KG):   .00
          AGE: 35  DOB: 10-JUL-1963  SEX: M                   ISOLATION:                             ALLERGIES:
          CC: HEADACHE AND NECK PAIN                          ADA DISABIL:                           ** NO MED ALLERGIES FOUND **
          DX: CNS DISORDER NOS
          REASON:

Start Date    Ord #      Med Description                 Dose      Units    Route     Rate/Units
End Date                 Comments/Syn/Ingred                                Freq/**/PRN
Order MD                 Ord Date/Time                                      Chgd Date/Time
                         Ord By                                             Chgd By
=======================================================================================================================
Start: 25Aug98   Ord #:  14   CODEINE/APAP                      2     TAB      PO
End:                          SYN: (TYLENOL #3 TABLETS  )                     Q4H         PRN
BURGESS, JAMES E. DR
                              Ord Date/Time: 25Aug98 16:39                    Chgd Date/Time: 25Aug98 16:39
                              Ord By: TACHIE-MENSON, URSULA, PHARMACIST       Chgd By: TACHIE-MENSON, URSULA, PH

          Scheduled        Administered          Dose/Units   Site  Charted     Clinician
          25Aug98 16:39    25Aug98 12:15         2.000 TAB          Given       BIRCH, JANE, CNI  PNI
          25Aug98 16:39    25Aug98 17:30         2.000 TAB          Given       BIRCH, JANE, CNI  PNI
          25Aug98 16:39    25Aug98 23:30         2.000 TAB          Given       COIT, SUSAN T., CNI  PNI
=======================================================================================================================
Start: 25Aug98   Ord #:  17   NAPROXEN                         500    MG       PO
End:                          SYN: (NAPROSYN 250MG TAB   )                     BIDMLS
BURGESS, JAMES E. DR          PHARM: W/BREAKFAAST & DINNER
                              Ord Date/Time: 25Aug98 21:10                    Chgd Date/Time: 25Aug98 21:10
                              Ord By: TACHIE-MENSON, URSULA, PHARMACIST       Chgd By: TACHIE-MENSON, URSULA, PH

          Scheduled        Administered          Dose/Units   Site  Charted     Clinician
          25Aug98 18:00    25Aug98 21:20         500.000 MG         Given       COIT, SUSAN T., CNI  PNI
          26Aug98 08:00    25Aug98 08:00         500.000 MG         Given       WILSON, SONYA A., RN
          26Aug98 17:00    25Aug98 17:00         500.000 MG         Given       WELLES, MERRY, PRN NURSE
=======================================================================================================================
Start: 25Aug98   Ord #:  10   OXYCODONE/ASPIRIN                 1     TAB      PO
End:                          SYN: (PERCODAN TABLET      )                     FLSTK
                              Ord Date/Time: 25Aug98 10:45                    Chgd Date/Time: 25Aug98 10:45
                              Ord By: YOHEY, NANCY L., CNI PNI                 Chgd By: YOHEY, NANCY L., CNI PNI

          Scheduled        Administered          Dose/Units   Site  Charted     Clinician
          25Aug98 10:43    25Aug98 10:43         1.000 TAB          Given       YOHEY, NANCY L., CNI PNI
          25Aug98 10:43    25Aug98 10:43         1.000 TAB          Given       YOHEY, NANCY L., CNI PNI
```

FORM: 8LP1

| Problem No | Date Initiated | Initials | Problem | Date Resolved | Initials |
|---|---|---|---|---|---|
| 1 | 8/25 | Jo | Knowledge Deficit of: T32 protocol | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 2 | 8/25 | Jo | Discharge/Transfer Planning  Home  Projected Date  8/26? | | |
| | | | | | |
| 3 | 8/25 | Jo | Alteration in comfort related HA | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

08/25/98            08/25/98
9066                BURGESS, JAMES
9066                BURGESS, JAMES
FH                  FRAZZA, LUKE    35 H
016680648 NES      07/10/63
0116756000

**FAIRFAX HOSPITAL**

**PATIENT PROBLEM LIST**

NUR-4607/R3-96 • PADS OF 50 • CAT. #97-170

* N 1 0 *

## REASON FOR ADMISSION

HA - Frontal.
↑ Neck. pain

**Do you have a Living Will or a durable power of attorney for health care?**   ☐ Yes   ☒ No
*For further information see Guidelines on the back of this form*
**If yes please provide a copy to be placed with your medical record**

Have you donated blood for yourself?   ☐ Yes   ☒ No

Has a family member or friend donated blood for you?   ☐ Yes   ☒ No

Did you bring any personal medications to the hospital with you?   ☐ Yes   ☒ No

### WHAT MEDICATIONS HAS THE PATIENT BEEN TAKING AT HOME?

| MED: NAME, DOSE, ROUTE, FREQUENCY | LAST DOSE | REASON FOR TAKING |
|---|---|---|
| ⌀ | | |
| | | |
| | | |
| | | |
| | | |

### ALLERGY & INTOLERANCE HISTORY

| MEDICATION | REACTION | FOOD & OTHER | REACTION |
|---|---|---|---|
| NKA | | | |
| | | | |
| | | | |

### EMERGENCY CONTACT

| NAME | RELATIONSHIP | PHONE NUMBER |
|---|---|---|
| Beth | Wife | (H) 677-9531 (W) 687-0336 (H) (W) |

08/25/98
08/25/98
9906
FH
35  M
07/10/63
BURGESS, JAMES
PATIENT IDENTIFICATION
016690048  RES
FRA224. LUKE
0116J9602

**FAIRFAX HOSPITAL**

**PATIENT ADMISSION HISTORY**
Page 1 of 2

NUR-4571 • PKGS OF 100 • CAT. #97-934

\* N 1 0 \*

Inova Fairfax Hosp - 27

## SAFETY HISTORY — FILL IN THE BLANK OR ✓ THE BOX IF THE QUESTION IS ANSWERED YES FOR THE PATIENT.

Daily activities are performed
- independently ☑
- with assistance ☐
- dependently ☐
- Use of walker ☐
- Use of cane ☐
- Use of wheelchair ☐

Hearing impairment ☐
    Hearing aid ☐
Visual impairment ☐
    glasses ☒
    contacts ☐
Dentures   Full ☐   Upper ☐
           Partial ☐   Lower ☐
Other _____

## FILL IN THE BLANK OR ✓ THE BOX IF THE QUESTION IS ANSWERED YES FOR THE PATIENT.

Needs an interpreter ☐ yes
    For what language? _____

Do you have someone to assist you after discharge if necessary? ☐ yes
    If yes, who? _____

Has the patient ever been seen by a Home Health Agency? ☐ yes
Name of agency _____

Smoking _No_ ☐ _____ packs per day _____ / # years _____

Alcohol ☐
    drinks per day _Excess_

Recreational Drugs ☐
    What ∅

Other _____

## FILL IN THE BLANK OR ✓ THE BOX IF THE QUESTION IS ANSWERED YES FOR THE PATIENT.

Chronic Pain ☐
Describe _____
Personal comfort item _____
Difficulties Sleeping ☐
Other _____

Weight change _195_ ☐ gain ☐ loss
Weight _____
Height _5'7"_
Diet before admission _____
Religious diet restrictions ☐
    What _____

_____
Signature of person completing the form

_Jane F. Bird_ (signature)
Signature of RN reviewer

Date & Time _____

Date & Time _____

UNABLE TO COMPLETE PER POLICY DUE TO PATIENT AND/OR FAMILY CIRCUMSTANCES.
_____ (initials of RN) Date & Time _____

96/25/98
9066    BURGESS, JAMES
9066    BURGESS, JAMES
FH    0TTP TM902
25 M    FAIRFAX
PATIENT IDENTIFICATION
0166854B    NE3    07/10/63

**FAIRFAX HOSPITAL**

**PATIENT ADMISSION HISTORY**
Page 2 of 2

NUR-4572 • PKGS OF 100 • CAT. #97-835

* N 10 *

| ❑ Transfer From | Admit From | TIME: | TIME INITIALS | TIME INITIALS |
|---|---|---|---|---|
| | | | NO PROBLEMS ❑ | NO PROBLEMS ❑ |

## NEUROLOGICAL ❑ System Assessed No Problems Identified INITIALS:

| | | GLASCOW COMA SCALE | |
|---|---|---|---|
| **1. Speech** <br> ❑ Trach <br> ❑ Aphasic <br> ❑ Slurred | Pupil Size <br> Reaction: <br> Brisk <br> Sluggish <br> Fixed <br> Rebound | **EYES OPEN** | Spontaneously ........... 4 <br> To Speech ...............3 <br> To Pain....................2 <br> None ......................1 |
| **2. Visual** <br> ❑ Deficit <br> Explain: | | | |
| **3. Hearing** <br> ❑ Deficit <br> Explain: | | **BEST VERBAL RESPONSE** | Oriented .....................5 <br> Confused ...................4 <br> Inappropriate Words .........3 <br> Incomprehensible Sounds..2 <br> None ......................1 |
| **4. Level of Consciousness** <br> ❑ Sedated <br> ❑ Unresponsiveness <br> ❑ Disoriented <br> ❑ Person <br> ❑ Place <br> ❑ Time | | **BEST MOTOR RESPONSE** | Obeys Commands ......6 <br> Localizes Pain ...........5 <br> Withdraws to Pain .........4 <br> Flexes to Pain ............3 <br> Extends to Pain ...........2 <br> None ......................1 |
| | | Glascow Coma        Total | |

Comments: *Frontal H/A above eyes.*

## RESPIRATORY ❑ System Assessed No Problems Identified

| | SYSTEM ASSESSED NO PROBLEM ❑ | SYSTEM ASSESSED NO PROBLEM ❑ |
|---|---|---|

**1. Respirations:** ❑ Labored ❑ Nasal Flaring ❑ Stridor ❑ SOB

**Retractions:** ❑ Intercostal ❑ Substernal ❑ Subcostal

**2. Breathing Pattern:** ❑ Shallow ❑ Irregular ❑ Apnea, Seconds

**3. Chest Excursion:** ❑ Asymmetrical Describe:

**4. Cough:** ❑ Productive ❑ Non-Productive

**5. Sputum:** Color _____ Amount: ❑ Scant ❑ Mod ❑ Copious

**6. Tracheostomy:** Appliance / Size _____ Site Condition

**7. Breath Sounds:**

| | R | L | | R | L |
|---|---|---|---|---|---|
| Anterior: | | | Posterior | | |
| Crackles | ❑ | ❑ | Crackles | ❑ | ❑ |
| Wheezes Ins/Exp | ❑ | ❑ | Wheezes Ins/Exp | ❑ | ❑ |
| Diminished | ❑ | ❑ | Diminished | ❑ | ❑ |
| Absent | ❑ | ❑ | Absent | ❑ | ❑ |

**8. Oxygen Source:** _____ % O₂ _____ Sats _____

**9. Chest Tubes:** Type of Device: _____

Suction: ❑ Water Seal ❑ Wall Suction CM Suction _____

Anterior: ❑ R ❑ L Lateral: ❑ R ❑ L Mediastinal: ❑ R ❑ L

Character of Drainage: ❑ Serous ❑ Sanguinous ❑ Serosanguinous ❑ Purulent

❑ Tidling ❑ Airleak ❑ Crepitus Location _____

Comments:

PATIENT IDENTIFICATION

**FAIRFAX HOSPITAL**
Page 1 of 3

**MED-SURG DAILY ASSESSMENT**

Date: *8/25/98*

NUR-4575.A/R3-96 • CAT #96175 • PKGS OF 100 SETS

\* N 1 0 \*

Inova Fairfax Hosp - 29

| | TIME: | | TIME: INITIALS | TIME INITIALS |
|---|---|---|---|---|
| **CARDIOVASCULAR**   ☐ System Assessed No Problems Identified | INITIALS: | | NO PROBLEMS ☐ | NO PROBLEMS ☐ |

1. Edema: ☐ Generalized ☐ Sacral ☐ Extremity Location _____
2. Heart Rhythm: ☐ Irregular ☐ Pacemaker ☐ PPP
3. AV Shunt Access: Location _____ Bruit: ☐ no
4. Vascular Catheter:

| Line Type | Condition | Date of Insertion | Solution | Type of Infusion Device | Site Condition | Date Tubing/ Cap Changed | | |
|---|---|---|---|---|---|---|---|---|
| SL | Chand | 8/25 | S.L. | Ø | Lt Sym | | nl | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Comments:

| **GASTROINTESTINAL**   ☐ System Assessed No Problems Identified | SYSTEM ASSESSED NO PROBLEM ☑ | SYSTEM ASSESSED NO PROBLEM ☐ |
|---|---|---|

1. Abdomen: ☐ Firm ☑ Rigid ☐ Distended ☐ Tender
2. Bowel Sounds: ☐ Hyperactive ☐ Hypoactive ☐ Absent
3. Gastric Tube: ☐ Smallbore Feeding Tube ☐ Salem ☐ Levine ☐ Gastrostomy
   ☐ Intermittent Suction ☐ Continuous Suction ☐ Lavage ☐ Intermittent Feeding
   ☐ Continuous Feeding ☐ Gravity ☐ Clamped
4. Gastric Drainage: Color: _____ Guaiac: ☐ Positive
5. Flatus: ☐ Yes ☐ No
6. Stools: Character: ☐ Liquid ☐ Soft ☐ Constipated (Date of Last BM: ___8/24___ )
   Color: ☐ Brown ☐ Black ☐ Green ☐ Bloody ☐ Incontinent Guaiace: ☐ Positive
   ☐ Ileostomy ☐ Colostomy
7. Nausea: ☐ Present ☐ Emesis

Comments:

| **GENITOURINARY**   ☐ System Assessed No Problems Identified | SYSTEM ASSESSED NO PROBLEM ☐ | SYSTEM ASSESSED NO PROBLEM ☐ |
|---|---|---|

1. Urine: Color: ☐ Amber ☐ Bloody ☐ Other Odor: ☐ Foul ☐ Fruity
   Character: ☐ Cloudy ☐ Sediment ☐ HNV
   Catheter: ☐ External ☐ Suprapubic ☐ Foley Insert Date: _____ Size: _____
   Urostomy: ☐          Nephrostomy Tube: ☐
2. Genitalia: ☐ Swollen ☐ Ecchymotic ☐ Serous Drainage ☐ Purulent Drainage ☐ Menses

Comments:

| **MUSCULOSKELTAL**   ☐ System Assessed No Problems Identified | SYSTEM ASSESSED NO PROBLEM ☐ | SYSTEM ASSESSED NO PROBLEM ☐ |
|---|---|---|

1. Motor Function:   Gait: ☐ Unsteady
   RUE ☐ Weak ☐ Absent   LUE ☐ Weak ☐ Absent
   RLE ☐ Weak ☐ Absent   LLE ☐ Weak ☐ Absent
   Traction: Location: _____ Type: _____ Weight: _____

Comments:

**FAIRFAX HOSPITAL**
Page 2 of 3

**MED-SURG DAILY ASSESSMENT**

Date: 8/25/98

NUR-4575.B/R3-96 • CAT #96175 • PKGS OF 100 SETS



Inova Fairfax Hosp - 30

| | TIME: | INITIALS: | TIME | INITIALS | TIME | INITIALS |
|---|---|---|---|---|---|---|
| **INTEGUMENTARY** ☐ System Assessed No Problems Identified | | | NO PROBLEMS ☐ | | NO PROBLEMS ☐ | |

**1. Skin Turgor:** ☐ Poor ☑ Taut

**2. Skin Temperature:** ☐ Hot ☐ Cool ☐ Clammy ☐ Diaphoretic

**3. Skin Color:** ☐ Pale ☐ Cyanotic ☐ Jaundiced ☐ Eccymotic  Location:
   **Mucous Membranes:** ☐ Pale ☐ Cyanotic ☐ Jaundiced

**4. Rash/Lesion/Urticaria:**  Location: _____ Type: _____

**5. Pressure Ulcers:**

| Site | Stage | Size in Inches | Dressing Type |
|---|---|---|---|
| | ☐1 ☐2 ☐3 ☐4 | | |
| | ☐1 ☐2 ☐3 ☐4 | | |
| | ☐1 ☐2 ☐3 ☐4 | | |

**6. Wounds ☐/Drains ☐/Drainage ☐:**  Incision: ☐ OTA ☐ Staples ☐ Sutures ☐ Dressing
   Location: _____ Type: _____ ☐ Serosanguinous ☐ Serous
   Condition: _____ ☐ Sanguinous ☐ Purulent
   Location: _____ Type: _____ ☐ Serosanguinous ☐ Serous
   Condition: _____ ☐ Sanguinous ☐ Purulent
   Location: _____ Type: _____ ☐ Serosanguinous ☐ Serous
   Condition: _____ ☐ Sanguinous ☐ Purulent
   Location: _____ Type: _____ ☐ Serosanguinous ☐ Serous
   Condition: _____ ☐ Sanguinous ☐ Purulent

Comments:

**COMFORT** ☐ System Assessed No Problems Identified   SYSTEM ASSESSED NO PROBLEMS ☐   SYSTEM ASSESSED NO PROBLEM ☐
Pain Scale 0-10 Site ___
See Pain Management Sheet ☐
Comments: H.A. 1230-1315 medicate prn

**PSYCHOSOCIAL** ☐ System Assessed No Problems Identified   SYSTEM ASSESSED NO PROBLEM ☐   SYSTEM ASSESSED NO PROBLEM ☐
**1. Unable to Assess:** ☐ Patient ☐ Family ☐ Communication Barrier
**2. Fears:** Pain ☐ Patient ☐ Family
   Being Alone: ☐ Patient ☐ Family  Dying: ☐ Patient ☐ Family
   Other:
**3. Coping:** Ineffective ☐ Patient ☐ Family
**4. Emotional:** Anxious ☐ Patient ☐ Family
   Tearful: ☐ Patient ☐ Family  Withdrawn: ☐ Patient ☐ Family
   Hostile: ☐ Patient ☐ Family  Agitated: ☐ Patient ☐ Family
   Other:
**5. Learning:** Readiness: Changing Topics: ☐ Patient ☐ Family
   Asking Questions: ☑ Patient ☐ Family  Verbalize Info: ☑ Patient ☐ Family
   See Teaching Checklist: ☐
Comments:

**ENVIRONMENT**   SYSTEM ASSESSED NO PROBLEM ☐   SYSTEM ASSESSED NO PROBLEM ☐
**1. Patient on Falls Protocol:** ☑ Yes ☐ No
**2. Siderails:** ☐ RT ☑ LT ☐ RB ☐ LB ☐ RF ☐ LF
**3. Call Light:** ☑ Yes ☐ No  Low Bed Position: ☑ Yes ☐ No
**4. Restraints:** ☐ RA ☐ RL ☐ LA ☐ LL ☐ Chest
**5. Specific Isolation:** ☐ Strict ☐ Respiratory ☐ Protective ☐ Blocked Room
**6. Precautions:** ☐ Seizure ☐ Aspiration ☐ Other
Comments:

**FAIRFAX HOSPITAL**
Page 3 of 3
**MED-SURG DAILY ASSESSMENT**
Date: 8/25/98
NUR-4575.C/R3-96 • CAT #96175 • PKGS OF 100 SETS



| ☐ Transfer From | Admit From | TIME: 0800 | TIME 2000 INITIALS hm | TIME    INITIALS |
|---|---|---|---|---|

| **NEUROLOGICAL** | ☐ System Assessed No Problems Identified | INITIALS: ml | NO PROBLEMS X | NO PROBLEMS ☐ |

### GLASCOW COMA SCALE

**1. Speech**
☐ Trach
☐ Aphasic
☐ Slurred

**2. Visual**
☐ Deficit
Explain: _Glasses_

**3. Hearing**
☐ Deficit
Explain: _____

**4. Level of Consciousness**
☐ Sedated
☐ Unresponsiveness
☐ Disoriented
  ☐ Person
  ☐ Place
  ☐ Time

Pupil Size  R 3  L 3
Reaction:
Brisk
Sluggish
Fixed
Rebound

| EYES OPEN | Spontaneously ............ (4) |
| | To Speech .............. 3 |
| | To Pain ................ 2 |
| | None ................... 1 |

| BEST VERBAL RESPONSE | Oriented ................. (5) |
| | Confused ............... 4 |
| | Inappropriate Words .... 3 |
| | Incomprehensible Sounds . 2 |
| | None ................... 1 |

| BEST MOTOR RESPONSE | Obeys Commands ...... (6) |
| | Localizes Pain ......... 5 |
| | Withdraws to Pain ...... 4 |
| | Flexes to Pain ......... 3 |
| | Extends to Pain ........ 2 |
| | None ................... 1 |

| Glascow Coma | Total 15 |

Comments: _Denies pain or visual disturbances._
_Making_

| **RESPIRATORY** | ☑ System Assessed No Problems Identified | SYSTEM ASSESSED NO PROBLEM ✓ | SYSTEM ASSESSED NO PROBLEM ☐ |
|---|---|---|---|

**1. Respirations:** ☐ Labored  ☐ Nasal Flaring  ☐ Stridor  ☐ SOB

**Retractions:** ☐ Intercostal  ☐ Substernal  ☐ Subcostal

**2. Breathing Pattern:** ☐ Shallow  ☐ Irregular  ☐ Apnea, Seconds

**3. Chest Excursion:** ☐ Asymmetrical Describe:

**4. Cough:** ☐ Productive  ☐ Non-Productive

**5. Sputum:** Color _____  Amount: ☐ Scant  ☐ Mod  ☐ Copious

**6. Tracheostomy:** Appliance / Size _____  Site Condition

**7. Breath Sounds:**

| | R | L | | R | L |
|---|---|---|---|---|---|
| Anterior: | | | Posterior: | | |
| Crackles | ☐ | ☐ | Crackles | ☐ | ☐ |
| Wheezes Ins/Exp | ☐ | ☐ | Wheezes Ins/Exp | ☐ | ☐ |
| Diminished | ☐ | ☐ | Diminished | ☐ | ☐ |
| Absent | ☐ | ☐ | Absent | ☐ | ☐ |

_1600 pulse ox 96% on room air._

**8. Oxygen Source:** _RA_ % O₂ _____  Sats _____

**9. Chest Tubes:** Type of Device: _____

Suction: ☐ Water Seal  ☐ Wall Suction  CM Suction _____

Anterior: ☐ R  ☐ L   Lateral: ☐ R  ☐ L   Mediastinal: ☐ R  ☐ L

Character of Drainage: ☐ Serous  ☐ Sanguinous  ☐ Serosanguinous  ☐ Purulent

☐ Tidling  ☐ Airleak  ☐ Crepitus   Location _____

Comments: _No BS._

PATIENT IDENTIFICATION

**FAIRFAX HOSPITAL**
Page 1 of 3
**MED-SURG DAILY ASSESSMENT**
Date: _8/26/98_

NUR-4575.A/R3-96 • CAT #96175 • PKGS OF 100 SETS


* N 1 0 *

Inova Fairfax Hosp - 32

| | TIME: ꝑ8 ꝑꝑ | TIME 2000 INITIALS *mu* | TIME        INITIALS |
|---|---|---|---|
| **CARDIOVASCULAR** ☑ System Assessed No Problems Identified   INITIALS: *ev* | | NO PROBLEMS ☑ | NO PROBLEMS ☐ |

**1. Edema:** ☐ Generalized ☐ Sacral ☐ Extremity Location

**2. Heart Rhythm:** ☐ Irregular ☐ Pacemaker ☐ PPP

**3. AV Shunt Access:** Location _____ Bruit: ☐ no

**4. Vascular Catheter:**

| Line Type | Location | Date of Insertion | Solution | Type of Infusion Device | Site Condition | Date Tubing/ Cap Changed |
|---|---|---|---|---|---|---|
| RIV | rt hand | 8/25 | HL | | WNL | *Saline lock removed.* |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Comments: ⊕ ꝑ ꝑ

---

| **GASTROINTESTINAL** ☑ System Assessed No Problems Identified | SYSTEM ASSESSED NO PROBLEM ☑ | SYSTEM ASSESSED NO PROBLEM ☐ |
|---|---|---|

**1. Abdomen:** ☐ Firm ☐ Rigid ☐ Distended ☐ Tender

**2. Bowel Sounds:** ☐ Hyperactive ☐ Hypoactive ☐ Absent

**3. Gastric Tube:** ☐ Smallbore Feeding Tube ☐ Salem ☐ Levine ☐ Gastrostomy
☐ Intermittent Suction ☐ Continuous Suction ☐ Lavage ☐ Intermittent Feeding
☐ Continuous Feeding ☐ Gravity ☐ Clamped

**4. Gastric Drainage:** Color: _____ Guaiac: ☐ Positive

**5. Flatus:** ☐ Yes ☐ No

**6. Stools:** Character: ☐ Liquid ☐ Soft ☐ Constipated (Date of Last BM: *PTA* )
Color: ☐ Brown ☐ Black ☐ Green ☐ Bloody ☐ Incontinent  Gualace: ☐ Positive
☐ Ileostomy ☐ Colostomy

**7. Nausea:** ☐ Present ☐ Emesis

Comments:

---

| **GENITOURINARY** ☑ System Assessed No Problems Identified | SYSTEM ASSESSED NO PROBLEM ☑ | SYSTEM ASSESSED NO PROBLEM ☐ |
|---|---|---|

**1. Urine:** Color: ☐ Amber ☐ Bloody ☐ Other  Odor: ☐ Foul ☐ Fruity
Character: ☐ Cloudy ☐ Sediment ☐ HNV
Catheter: ☐ External ☐ Suprapubic ☐ Foley  Insert Date: _____ Size: _____
Urostomy: ☐      Nephrostomy Tube: ☐

**2. Genitalia:** ☐ Swollen ☐ Ecchymotic ☐ Serous Drainage ☐ Purulent Drainage ☐ Menses

Comments: Voiding in BR

---

| **MUSCULOSKELETAL** ☑ System Assessed No Problems Identified | SYSTEM ASSESSED NO PROBLEM ☑ | SYSTEM ASSESSED NO PROBLEM ☐ |
|---|---|---|

**1. Motor Function:**    Gait: ☐ Unsteady
RUE ☐ Weak ☐ Absent  LUE ☐ Weak ☐ Absent
RLE ☐ Weak ☐ Absent  LLE ☐ Weak ☐ Absent
Traction:  Location: _____ Type: _____ Weight: _____

Comments: ⊕ ad lib c̄ diffic.

PATIENT IDENTIFICATION
01668048      NES    07/10/63
FRAZZA, LUKE       35  M
011679602             FN
BURGESS, JAMES        9906
BURGESS, JAMES        9906
08/25/98           08/25/98

**FAIRFAX HOSPITAL**
Page 2 of 3

**MED-SURG DAILY ASSESSMENT**

Date: 8/26/98


**\* N 1 0 \***

NUR-4575.B/R3-96 • CAT #96175 • PKGS OF 100 SETS

| | TIME: 0800 | TIME: 2000 INITIALS: AW | TIME: _____ INITIALS: _____ |
|---|---|---|---|
| **INTEGUMENTARY** ☑ System Assessed No Problems Identified INITIALS: ___ | NO PROBLEMS ☐ | NO PROBLEMS ☐ |

| | | |
|---|---|---|
| **1. Skin Turgor:** ☐ Poor ☐ Taut | | |
| **2. Skin Temperature:** ☐ Hot ☐ Cool ☐ Clammy ☐ Diaphoretic | | |
| **3. Skin Color:** ☐ Pale ☐ Cyanotic ☐ Jaundiced ☐ Eccymotic  Location: ___ | | |
|   **Mucous Membranes:** ☐ Pale ☐ Cyanotic ☐ Jaundiced | | |
| **4.** ☐ Rash/Lesion/Urticaria:  Location: _____  Type: ___ | | |

**5. Pressure Ulcers:**

| Site | Stage | Size in Inches | Dressing Type |
|---|---|---|---|
| | ☐1 ☐2 ☐3 ☐4 | | |
| | ☐1 ☐2 ☐3 ☐4 | | |
| | ☐1 ☐2 ☐3 ☐4 | | |

| | | |
|---|---|---|
| **6. Wounds** ☐ **/Drains** ☐ **/Drainage** ☐   Incision: ☐ OTA ☐ Staples ☐ Sutures ☐ Dressing | | |
| Location: _____ Type: ___ ☐ Serosanguinous ☐ Serous | | |
| Condition: _____ ☐ Sanguinous ☐ Purulent | | |
| Location: _____ Type: ___ ☐ Serosanguinous ☐ Serous | | |
| Condition: _____ ☐ Sanguinous ☐ Purulent | | |
| Location: _____ Type: ___ ☐ Serosanguinous ☐ Serous | | |
| Condition: _____ ☐ Sanguinous ☐ Purulent | | |
| Location: _____ Type: ___ ☐ Serosanguinous ☐ Serous | | |
| Condition: _____ ☐ Sanguinous ☐ Purulent | | |
| Comments: | Pt took a shower. | |

| **COMFORT** ☑ System Assessed No Problems Identified | SYSTEM ASSESSED NO PROBLEM ☑ | SYSTEM ASSESSED NO PROBLEM ☐ |
|---|---|---|
| Pain Scale 0-10 Site ___ | | |
| See Pain Management Sheet ☐ | | |
| Comments: *Denies* | | |

| **PSYCHOSOCIAL** ☑ System Assessed No Problems Identified | SYSTEM ASSESSED NO PROBLEM ☑ | SYSTEM ASSESSED NO PROBLEM ☐ |
|---|---|---|
| **1. Unable to Assess:** ☐ Patient ☐ Family ☐ Communication Barrier | | |
| **2. Fears:** Pain ☐ Patient ☐ Family | | |
|   **Being Alone:** ☐ Patient ☐ Family  **Dying:** ☐ Patient ☐ Family | | |
|   Other: ___ | | |
| **3. Coping:** Ineffective ☐ Patient ☐ Family | | |
| **4. Emotional:** Anxious ☑ Patient ☐ Family | | |
|   **Tearful:** ☐ Patient ☐ Family  **Withdrawn:** ☐ Patient ☐ Family | | |
|   **Hostile:** ☐ Patient ☐ Family  **Agitated:** ☐ Patient ☐ Family | | |
|   Other: ___ | | |
| **5. Learning:** ☐ Readiness:  **Changing Topics:** ☐ Patient ☐ Family | | |
|   Asking Questions: ☐ Patient ☐ Family  Verbalize Info: ☐ Patient ☐ Family | | |
|   See Teaching Checklists: ☐ | | |
| Comments: *anxious to be DC'd* | Pt. DC'd @ 1915. | |

| **ENVIRONMENT** | SYSTEM ASSESSED NO PROBLEM ☑ | SYSTEM ASSESSED NO PROBLEM ☐ |
|---|---|---|
| **1. Patient on Falls Protocol:** ☐ Yes ☑ No | | |
| **2. Siderails:** ☐ RT ☑ LT ☐ RB ☐ LB ☐ RF ☐ LF | | |
| **3. Call Light:** ☑ Yes ☐ No  Low Bed Position: ☑ Yes ☐ No | | |
| **4. Restraints:** ☐ RA ☐ RL ☐ LA ☐ LL ☐ Chest | | |
| **5. Specific Isolation:** ☐ Strict ☐ Respiratory ☐ Protective ☐ Blocked Room | | |
| **6. Precautions:** ☐ Seizure ☐ Aspiration ☐ Other ___ | | |
| Comments: | | |

PATIENT IDENTIFICATION

```
01668048    NES    07/10/63
FRAZZA, LUKE        35  M
    011679602            FH
BURGESS, JAMES      9906
BURGESS, JAMES      9906
08/25/98            08/25/98
```

**FAIRFAX HOSPITAL**
Page 3 of 3

**MED-SURG DAILY ASSESSMENT**

Date: _____



NUR-4575.C/R3-96 • CAT #96175 • PKGS of 100 SCTS

Inova Fairfax Hosp - 34

| Section | Item | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NUTRITION | Feeding T A (S) Diet: | [illegible] | | | | | Reg. | | | | Reg. | | | | | | | | | | | | | | |
| | % Consumed | | | | | | 75% | | | | 100 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| GASTROINTESTINAL | Gastric Tube ____ | | | | | | | | | | | | | | | | | | | | | | | | |
| | Placement check q4° | | | | | | | | | | | | | | | | | | | | | | | | |
| | Site cleaned/Tape Δ'd | | | | | | | | | | | | | | | | | | | | | | | | |
| | NG/Corpak flush or irrig. | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYGIENE | Bath T/A/(S) | | | [illegible] | | | | | | | | | | | | | | | | | | | | | |
| | Oral Care T/A/(S) | | | | | | | | | | | | | | | | | | | | | | | | |
| | Foley/Peri Care | | | | | | | | | | | | | | | | | | | | | | | | |
| | Skin Care T/A/(S) | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| ACTIVITY | Activity T/A/(S) | [illegible] | [illegible] | | | | | | | | | | | | [illegible] | | | | | | | | | | |
| | Turn/Position | [illegible] | | | | | | | | | | | | | | | | | | | | | | | |
| | ROM/Leg Exercises | | | | | | | | | | | | | | | | | | | | | | | | |
| | Assistive Devices | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROCEDURES | Prep for test or proc. | | | | | | | | | | | | | | | | | | | | | | | | |
| | Specimen Collection | | | | | | | | | | | | | | | | | | | | | | | | |
| | MRI | | | [illegible] | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |

| TIME | COMMENTS |
|---|---|
| | |
| | |
| | |
| | |

PATIENT IDENTIFICATION

**FAIRFAX HOSPITAL**

**ADULT TREATMENT RECORD**

Date: 8/25/98

PAGE 1 OF 2

* N 1 0 *

NUR-4885.A/R13-98 • CAT #96886 • PKGS OF 100 SETS

| | | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R E S P I R A T O R Y | Incentive Spirometry | | | | | | | | | | | | | | | | | | | | | | | | |
| | Cough/Deep Breath | | | | | | | | | | | | | | | | | | | | | | | | |
| | Suctioned | | | | | | | | | | | | | | | | | | | | | | | | |
| | Trach Care | | | | | | | | | | | | | | | | | | | | | | | | |
| I V | IV Start/Restart | | | | | | | | | | | | | | | | | | | | | | | | |
| | Solution, Time, Site, Cath. Size, Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| | SL/HL Flush | | | | | | | | | | | | | | | | | | | | | | | | |
| | Central Line Dsg. Δ/Dc'd | | | | | | | | | | | | | | | | | | | | | | | | |
| | Mediport Access/Deaccess | | | | | | | | | | | | | | | | | | | | | | | | |
| | Check IV | | | | | | | | | | | | | | | | | | | | | | | | |
| I N T E R V E N T I O N S | Restraints On | | | | | | | | | | | | | | | | | | | | | | | | |
| | Restraints Released | | | | | | | | | | | | | | | | | | | | | | | | |
| | TEDS/PAS Stockings | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Rounds | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dressing Changes | | | | | | | | | | | | | | | | | | | | | | | | |
| | Telemetry | | | | | | | | | | | | | | | | | | | | | | | | |
| | Heat/Cool Devices | | | | | | | | | | | | | | | | | | | | | | | | |
| | Circulation Checks | | | | | | | | | | | | | | | | | | | | | | | | |
| M I S C E L L | | | | | | | | | | | | | | | | | | | | | | | | | |

| TIME | COMMENTS |
|---|---|
| | |
| | |
| | |
| | |
| | |

PATIENT IDENTIFICATION
BURGESS, JAMES    9906
077P7J96O2       FH
FRAZZA, LUKE     25  M
016680448  NE5  07/10/63

FAIRFAX HOSPITAL
**ADULT TREATMENT
RECORD**

Date: 8/25/98

PAGE 2 OF 2

NUR-4886.B/R3-96 • CAT #96885 • PKGS OF 100 SETS

★ N 1 O ★



| | | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| **NUTRITION** | Feeding T A | Diet: | Reg → → → | | | | | | | | | | → | | | | | | | | | | | | |
| | | % Consumed | 95% | | | | | | | | | | 95% | | | | | | | | | | | | |
| | | | | | | | | | | | | | | w | | | | | | | | | | | |
| **GASTROINTESTINAL** | Gastric Tube ___ | | | | | | | | | | | | | | | | | | | | | | | | |
| | Placement check q4° | | | | | | | | | | | | | | | | | | | | | | | | |
| | Site cleaned/Tape Δ'd | | | | | | | | | | | | | | | | | | | | | | | | |
| | NG/Corpak flush or irrig. | | | | | | | | | | | | | | | | | | | | | | | | |
| **HYGIENE** | Bath T/A/S | | w | | | | | | | | | | | | | | | | | | | | | | |
| | Oral Care T/A/S | | w | | | | | | | | | | | | | | | | | | | | | | |
| | Foley/Peri Care | | w | | | | | | | | | | | | | | | | | | | | | | |
| | Skin Care T/A/S | | w | | | | | | | | | | | | | | | | | | | | | | |
| **ACTIVITY** | Activity T/A/S | | w | | | | | | w | w → | | | → | | | | | | | | | | | |
| | Turn/Position | | w | | | | | | w | w → | | | → | | | | | | | | | | | |
| | ROM/Leg Exercises | | | | | | | | | | | | | | | | | | | | | | | | |
| | Assistive Devices | | | | | | | | | | | | | | | | | | | | | | | | |
| | EOB | | w | | w | | w | | w | | | | | | | | | | | | | | | | |
| | ambul. | | | | w | | | | w → | | | → | | | | | | | | | | | | |
| **PROCEDURES** | Prep for test or proc. | | | | | | | | | | | | | | | | | | | | | | | | |
| | Specimen Collection | | w | | | | | | | | | | | | | | | | | | | | | | |
| | R? | | | | | | w | | | | | | | | | | | | | | | | | | |
| | Pt DCd | | | | | | | | | | | | w | | | | | | | | | | | | |

| TIME | COMMENTS |
|------|----------|
| 1500-1900 | Assumed care of pt. ———— M Walls, N |
| | |
| | |

C1?68048    NES    07/10/98
FRAZZA,
0816-9502
BURGESS, JAMES
BURGESS, JAMES
08/??/?8    03/2?/?8

**FAIRFAX HOSPITAL**
## ADULT TREATMENT RECORD

Date: 8/26/98

PAGE 1 OF 2

NUR-4885.VR13-96 • CAT #96895 • PKGS OF 100 SETS

**\* N 1 0 \***

|  |  | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **R E S P I R A T O R Y** | Incentive Spirometry | | | | | | | | | | | | | | | | | | | | | | | | |
| | Cough/Deep Breath | | | | | | | | | | | | | | | | | | | | | | | | |
| | Suctioned | | | | | | | | | | | | | | | | | | | | | | | | |
| | Trach Care | | | | | | | | | | | | | | | | | | | | | | | | |
| **I V** | IV Start/Restart | | | | | | | | | | | | | | | | | | | | | | | | |
| | Solution, Time, Site, Cath. Size, Initials | | | | | | | | | | | | | | | | | | | | | | | | |
| | SL/HL Flush | | | | | | | | | | | | | | | | | | | | | | | | |
| | Central Line Dsg. Δ/Dc'd | | | | | | | | | | | | | | | | | | | | | | | | |
| | Mediport Access/Deaccess | | | | | | | | | | | | | | | | | | | | | | | | |
| | Check IV | | | | | | | | | | | | | | | | | | | | | | | | |
| **I N T E R V E N T I O N S** | Restraints On | | | | | | | | | | | | | | | | | | | | | | | | |
| | Restraints Released | | | | | | | | | | | | | | | | | | | | | | | | |
| | TEDS/PAS Stockings | | | | | | | | | | | | | | | | | | | | | | | | |
| | Patient Rounds | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dressing Changes | | | | | | | | | | | | | | | | | | | | | | | | |
| | Telemetry | | | | | | | | | | | | | | | | | | | | | | | | |
| | Heat/Cool Devices | | | | | | | | | | | | | | | | | | | | | | | | |
| | Circulation Checks | | | | | | | | | | | | | | | | | | | | | | | | |
| **M I S C E L L** | | | | | | | | | | | | | | | | | | | | | | | | | |

| TIME | COMMENTS |
|---|---|
| | |
| | |
| | |
| | |
| | |

FRAZLA, LUKE
PATIENT IDENTIFICATION
011679602
BURGESS, JANES
BURGESS, JANES
08/25/98
35    M
FM
9906
9906
08/25/98

**FAIRFAX HOSPITAL**
**ADULT TREATMENT**
**RECORD**
Date: 8/26/98
PAGE 2 OF 2
NUR-4885-B/R3-96 • CAT #96885 • PKGS OF 100 SETS


★ N 1 0 ★

Inova Fairfax Hosp - 38

| DATE | |
|---|---|
| | 8/25/98 Adm. |
| 1755 | Pt#1 Pt & wife oriented to rm & call bell. Instructed on MRI. Only prn med. ordered. Neurology to be in this am on consult. Pt#1 Verbalizes understanding. Bed#2 DC possible 8/26/98. Pt#3 Medicated ī Tylenol #3 ī tabs at 1215 + 1730 for c/o Frontal HA. Pt#3 HA decreased. ___ 8-26-98 |
| 0400 | Pt#3 K po given ī good effect. ā Tylenol #3 po @ 2330 for c/o HA ā relieve. ĀĀōx3 PERRL. ___ |
| 8/26/98 1215 | Pt#1 Pt. anxious to go home 2° business trip. No neuro deficits noted. Ambul. PRN ī difficulty. Pt#2 Ongoing. Pt. hopes for DC today. Pt#3 Denies any pain @ this time. Tolerated 2000 ___ Pt. med to home. Pink prescription for Naproxen given to pt. DC instruction completed. Pt. took all belongings ī him. Pt. stable @DC. ___ |

08/25/98          08/25/98
9906              BURGESS, JAMES
9906              BURGESS, JAMES
FH                011b19b02
                  NES 07/10/63
016b9748          FRAZZA, LUKE  35 M
PATIENT IDENTIFICATION

INOVA FAIRFAX HOSPITAL
PATIENT
PROGRESS RECORD
NUR-575/R10-90 • PKGS. OF 250 • CAT. #97200

* N 1 0 *

| DATE | INITIAL | PRINTED FULL NAME | SIGNATURE INCLUDING TITLE |
|------|---------|-------------------|---------------------------|
| 8/20/98 | JB | Jane E Birch | Jane E Birch |
| 8/20/98 | | SUSAN Coit | |
| 8/14 | SW | Sonya Wilson | S Wilson RN |
| 8/26/98 | mw | Merry Wells | Merry Wells, RN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FAIRFAX HOSPITAL

**SIGNATURE LIST**

NUR-4508
PADS OF 50
CAT. #97-171



* N 1 0 *