# Continuation of Medical Records
# 2

INOVA HEALTH SYSTEMS
FAIRFAX HOSPITAL EMERGENCY PATIENT
REGISTRATION RECORD

Location: EDN
FRAZZA, Luke  .
EDP: EDP, PHYSICIAN
Acct Type: E
Acct Start: 10/26/98

MR#: 01668048
    35   M
    # 6
Acct #: 012403416
DOB: 07/10/63

## D E M O G R A P H I C S
Patient Name: FRAZZA, Luke  .
Address:  3427 ASTON ST
(H): (703)641-9381          (W): (202)414-0557

SSN:  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     Interp:      VIP:      DNA:
          ANNANDALE      ,VA 22003
Employer: AFP PHOTO

## C O N T A C T S
Patient Marital Status:  M
Next of Kin:  FRAZZA, Mary  .
Emer Contact:  FRAZZA, Mary  .

Spouse: FRAZZA, MARY  .
Rel: W   (H): (703)641-9381   (W): (703)917-2369
Rel: W   (H): (703)641-9381   (W): (703)917-2369

## G U A R A N T O R
Guarantor: FRAZZA, Luke  .
Address:  3427 ASTON ST

Rel: P   (H): (703)641-9381   (W): (202)414-0557
          ANNANDALE      ,VA  22003

## I N S U R A N C E
Ins Plan 1: ONE HEATLH-818 ONE HEATLH PLAN
Bill to:One Health Plan-PO BOX 920
Subr: FRAZZA, Luke
Auth Phone:
Precert:
Lab:
Rad:
PCP:
Ins Plan 2:
Bill to:
Subr:
Auth Phone:
Precert:
Lab:
Rad:
PCP:
Ins Plan 3:

Pol#: 144545368                    Group Name: AFP PHOTO
FREDERICK      ,MD  21705          Group Num: 161679
Rel: 01  Employer: AFP PHOTO
Precert/Auth#:

*OD792*                            92H'S
                                   E 916

Pol#:                              Group Name:
                                   Group Num:
Rel:    Employer:
Precert/Auth#:

Pol#:  S                           Group Name:
                                   MB 11/3

## V I S I T   D A T A
Chief Complaint: DROPPED PLEXIGLASS ONTO RIGHT     Dx #1: COMPLIC MED CARE NEC    Dx #2:
                                                   Pr #1:                         Pr #2:
Arrival Mode: Walk-in/WC
                                                   Personal MD: DR. TERLINSKY
Arrival Acuity: Fast Track
                                                        Date       Time     LOS
Encounter Flags:                                   Sign-in: 10/26/98  17:45   015
                                                   Triaged: 10/26/98  18:00   023
                                                   Reg'd:   10/26/98  18:23   000
                                                                              0000

[ ✓ ] R.N. Checked
[   ] M.D. Checked

FEDFACEMR              Medical Records Copy         STALLARD, FATEMA    26Oct1998/ 6:24pm

**EMERGENCY DEPARTMENT — MEDICAL RECORD**
**FAIRFAX HOSPITAL     FALLS CHURCH, VIRGINIA**

MODE OF ARRIVAL TO TRIAGE:
☐ RESCUE  ☑ AMBULATORY  ☐ WHEELCHAIR/STRETCHER  TIME: 1745
TRIAGE ASSESSMENT ☑ YES  ☐ NO       ☐ CODE # SEVERITY

CHIEF COMPLAINT: _dropped plexiglas_
TRIAGE ASSESSMENT: _onto Ct foot_
_new to pain in all_
_toes & swelling_  10-26-98

LAST ED VISIT:
☐ WITHIN 30 DAYS
☐ WITHIN 72 HOURS

VISUAL ACUITY
OD
OS
OU

PATIENT IDENTIFICATION  7-10-63

VITAL SIGNS
| TIME | 1800 |
| TEMP. | 96.9 |
| PULSE | 76 |
| RESP. | |
| B/P | 130/80 |

MEDICATIONS Ø     CURRENT MED. HX Ø

ALLERGIES: NCDA

DRUG SENSITIVITIES:

☐ LNMP DATE

DATE OF LAST TETANUS:     WEIGHT:

PHYSICIAN HISTORY/PHYSICIAN EXAM     TIME: 1930°     INFORMED CONSENT OBTAINED:
PMD _____
☐ NONE

R.O.S.

Past Medical Hx: Ø

Family Hx:

Social Hx:

☐ NO PAGE 2
☐ TRAUMA FLOW SHEET
☐ M SET SHEET
☑ CONTINUATION SHEET

LABORATORY:
☐ ABG (F.O₂)
☐ AMYLASE
☐ BHCG QL QT
☐ CCU PROFILE
☐ CHEM 14 23
☐ C & S ☐
☐

DRUG LEVELS: CO
DIG ETOH
THEO
☐ PT/PTT
☐ TOX SCREEN
SOURCE
TYPE

TRAUMA
I  II  PEDS
☐ TYPE & HOLD
☐ TYPE & #
☐ TPA

OTHER:

☐ OLD RECORDS

X-RAY
CHEST
_Rt foot_
☐ YES
☐ NO

☐ CBC
Hb ___ WBC ___
Hct ___ Plt ___

☐ CHM7
CR

U DIP
A MICRO
☐
☐ EKG
☐ MONITOR
ED INTERPRETATION

☐ ABG
F.O₂
PH
PCO₂
PO₂
HCO₃

☐ O₂  L/MIN  ☐ MASK
☐ NC
☐ PULSE
OXIMETER
PEAK
FLOW
PRE
POST

CLINICAL ANALYSIS:

IMPRESSION: No fx

E.D. STAFF
PHY. SIGNATURE

ATTD. STAFF
PHY. SIGNATURE

CASE DISCUSSED WITH:

DISPOSITION OF PATIENT
DISCHARGE TIME 1935
☐ ADMIT Dr.
☐ AMA
☐ TRANSFERRED TO:
► ACCEPTED BY:

STATUS
☑ IMPROVED
☐ NO CHANGE
☐ STABLE
☐

NURSE
SIGNATURE

PRINTED ON REGENESIS/POST CONSUMER RECYCLED PAPER

ED-3611/R11-95
CAT. NO. 98210
PKG. (100)

**MEDICAL RECORDS**

**EMERGENCY DEPARTMENT - MEDICAL RECORD**
**FAIRFAX HOSPITAL        FALLS CHURCH, VIRGINIA**

Page 2

| TIME | PHYSICIAN REASSESSMENT | | | PATIENT IDENTIFICATION |
|---|---|---|---|---|

NURSE ASSESSMENT

TIME: _____ ☐ PMD TO MEET   ☐ ORDERS GIVEN   ☐ NOTIFIED: TIME: _____

PMD   OTHER MD
☐ NONE
☐ EDP TO CALL BACK #

1840: Arrived on unit via
Ambulatory. States he scraped
plexiglass on Rt. Foot
1930. Pt given meds to go.
Pt already given D/C
instructions by ED Resident
Pleasure to her.

**TREATMENTS / ORDERS / PROCEDURE(S)**

Pt forward to go.

Lancel the large purse of
Rt foot c pled or
subungual hemat. Applied
bed pn

| ORTHOSTATICS | TIME | | PULSE | | TIME | BP | PULSE |
|---|---|---|---|---|---|---|---|
| LYING: | | | | | | | |
| SITTING: | | | | | | | |
| STANDING: | | | | | | | |

| MEDICATIONS | | | | ROUTE | | TIME | SIGNATURE |
|---|---|---|---|---|---|---|---|
| Percocet 2 To go | | | | | | 1930 | UPPN |

| SOLUTIONS & ADDITIVES | | | | | |
|---|---|---|---|---|---|
| D5W | | | | | |

| CATH: | | NG TUBE: | | |
|---|---|---|---|---|

| | TOTAL INPUT | | TOTAL OUTPUT | |
|---|---|---|---|---|
| P.O. | | U.O. | | |
| I.V. | | N.G. | | |
| OTHER | | OTHER | | |
| NURSE | | | | |

ED. STAFF PHY. SIGNATURE _____     ATTD. STAFF PHY. SIGNATURE _____

NURSE SIGNATURE _____

PRINTED ON REGENESIS® POST CONSUMER RECYCLED PAPER

ED-3512
CAT. NO. 96215
R 10-89
(Pkg 100)

**MEDICAL RECORDS**

Patient Name: _____    Patient History #: _____

Date of Service: _____    Admission #: _____

**NOTICE**

I understand that many of the physicians and surgeons furnishing services to me, either individually or through professional corporations including, but not limited to radiologists, anesthesiologists, neonatologists, physiatrists and others, are independent contractors and are not employees or agents of Inova Fairfax Hospital. Therefore, I may receive separate bills for such independent contractor services.

I also understand that certain physicians and surgeons who render services to me, such as physicians on call to the Emergency Department, certain anesthesiologists, radiologists and others, may not be participating physician members of my managed care health plan. My plan may consider these services as non-covered services. Consequently, I understand that, in the event that my managed care health plan does not reimburse these non-participating physicians in full for services provided to me, my managed care health plan may make me responsible for any balance that it declined to pay for such services.

**AUTHORIZATION TO PROCESS CLAIMS & RELEASE OF INFORMATION**

I authorize Inova Fairfax Hospital and the independent contractor physicians and/or professional corporations that render services to me to process claims for payment by my insurance carrier on my behalf for covered services rendered to me at Inova Fairfax Hospital.

I understand that this authorization may be revoked by me at any time in writing to the Patient Registration and Financial Services Department.

I authorize the release of necessary information, including medical information, regarding medical services rendered during this admission or any related services or claim, to my insurance carrier(s), including any managed care plan or other payor, past and/or present employer(s), Medicare, Champus, authorized private review entities and/or utilization review entities acting on behalf of such insurance carrier(s), payors, managed care plans and/or employer(s), the billing agents and collection agents or attorneys of Inova Fairfax Hospital and/or the independent contractor physicians and/or professional corporations, my employer's Worker's Compensation carrier, and, as applicable, the Social Security Administration, the Health Care Financing Administration, the Peer Review Organization acting on behalf of the federal government, and/or any other federal or state agency for the purpose(s) of satisfying charges billed and/or facilitating utilization review and/or otherwise complying with the obligations of state or federal law. A photocopy of this Authorization may be honored.

**NON-RESPONSIBILITY FOR PERSONAL PROPERTY**

I understand that Inova Fairfax Hospital maintains a safe for the safekeeping of money and other valuables. I agree to send personal belongings home or to place money or valuable in the Hospital safe. I understand and agree that Inova Fairfax Hospital and Inova Health System Hospitals cannot be responsible for any valuables not deposited in the Hospital safe. I further understand, agree and authorize that any such money and/or belongings not claimed within sixty (60) days of my discharge from the Hospital may be destroyed or disposed of at the Hospital's discretion, and that any interest or right I may have had in such money or other valuables shall cease.

**ASSIGNMENT OF BENEFITS**

I hereby assign, and request payment from my insurance carrier or managed care plan, if any, directly to Inova Fairfax Hospital and each of the independent contractor physicians and/or professional corporation that provide services to me. (In the case of Medicare Part B Benefits, I request payment either to myself or to the party who accepts assignment). The direct payment hereby assigned and authorized includes any hospital and/or medical insurance benefits to which I am otherwise entitled, including any Major Medical Benefits otherwise payable to me under the terms of my policy, but is not to exceed the balance due to Inova Fairfax Hospital, the independent contractor physicians and/or professional corporations for services rendered to me during the applicable periods of medical care.

**COORDINATION OF BENEFITS**

I agree to provide the hospital information regarding all group hospitalization, workers compensation or other hospital benefits to which I/the patient may be entitled, including the following information:

a) These services were the result of:
   a motor vehicle accident                    ☐ yes ☐ no    an on-the-job injury _____    ☐ yes ☐ no
   If yes, I intend to receive the cost of this non-plan treatment through:
   Auto Insurance                              ☐ yes ☐ no    Workers' Compensation _____    ☐ yes ☐ no

b) These are my primary and secondary policies by name and number:
   _____Non Health_____ primary    _____ secondary    _____ tertiary

c) I am covered under: Medicare _____    ☐ yes ☐ no    Medicare is my primary coverage    ☐ yes ☐ no

d) I am covered under: Champus _____    ☐ yes ☐ no

**RESPONSIBILITY FOR PAYMENT**

In my capacity as patient, legal representative or representative payee for the patient, I agree to pay all charges for which I may be legally responsible. In the event my account must be placed with an attorney or collection agency to obtain payment, I agree to pay reasonable attorney's fees and other collection costs.

The undersigned certifies that he or she has read this form and understands its terms. The undersigned certifies that he/she has received a copy of it and that the undersigned is either the patient or is duly authorized to sign this form and accept its terms.

Patient (Guardian/Responsible Party) _____    Date 10-26-98

Witness _____    Date 10-26-98

07/_____

PATIENT IDENTIFICATION

10/26/98

**INOVA FAIRFAX HOSPITAL**
**AUTHORIZATION FOR**
**CLAIMS AND PAYMENT**

CAT#96275/R7-96 • PKGS OF 100

*White:* Hospital *Canary:* Anesthesia *Pink:* Radiology *Goldenrod:* Billing

**FAIRFAX HOSPITAL**
**Department of Emergency Medicine**
**3300 Gallows Road, Falls Church, VA 22046  698-3111**
## DISCHARGE INSTRUCTIONS

PATIENT IDENTIFICATION

- ☐ Abdominal Complaints
- ☐ Animal Bites
- ☐ Asthma
- ☐ Back Strain
- ☐ Burns
- ☐ Corneal Abrasion
- ☐ Medication Instructions

- ☐ Epistaxis
- ☐ Ear Infection
- ☐ Eye Injuries
- ☐ Fractures
- ☐ Gastroenteritis
- ☐ Fever Control
- ☐ Headache

- ☐ Head Injuries
- ☐ Lacerations & Wound Care
- ☐ Sprains / Contusions
- ☐ U.R.I.
- ☐ U.T.I.
- ☐ Vomiting / Diarrhea (Pediatric)
- ☐ Other Instructions

No fracture - can bear weight as tolerated.
Motrin for pain, up to 800 mg every 6 hours.

Return to Emergency Department if: Any loss of feeling in toes.

Referred to personal or on-call physician Dr. _____ for:

☐ Follow-up care in _____ days      ☐ If needed      ☐ X-Ray follow-up

☐ Suture removal in _____ days      Time off from work: _____ days      ☐ Culture result follow-up

Other: _____

---

### SCHOOL OR WORK EXCUSE

☐ No school _____ days      ☐ No work _____      ☐ May return to school on _____

☐ No Physical education _____      ☐ Light duty for _____ days      ☐ May return to work on _____

I certify that I have received and understand these Discharge Instructions.

_____          10·25·98
Signature (Patient / Relative)                    Date                          Time

_____          _____
Physician Signature                                 Nurse Signature

**FAIRFAX HOSPITAL** - Dept. of Emergency Medicine - 3300 Gallows Road, Falls Church, VA 22046 - 698-3111

ED-3613/R9/91
CAT. NO. 98220
. (Pkg. 100)

☐ PRINTED ON REGENESIS® POST CONSUMER RECYCLED PAPER          **MEDICAL RECORDS**

# INOVA HEALTH SYSTEM

Not for Permanent Storage in Medical Records / Not Valid for Signing

Requested by: PORTILLO, EUNJEE

Patient            :FRAZZA, Luke
MRN                :01668048
Date of Service    :
Performing Facility :FH
Ordering Provider  :EDP, PHYSICIAN
Result Provider    :
Report Name        :Foot - Complete(R)

INTERPRETATION:   Incidental note is made of small os calcis heal spur.
No fractures are dislocations.  No radiopaque foreign bodies or reactive
periostitis are outlined.

CONCLUSION:

```
INOVA HEALTH SYSTEMS                       Location: EDN                    MR#: 0166804B
FAIRFAX HOSPITAL EMERGENCY PATIENT         FRAZZA, Luke                        36    M
REGISTRATION DUPLICATE RECORD              EDP: EDP, PHYSICIAN                 # 6
                                           Acct Type: E                    Acct #: 019684943
                                           Acct Start: 06/12/00             DOB: 07/10/1963
```

### D E M O G R A P H I C S

```
Patient Name: FRAZZA, Luke    .                     SSN:  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    Interp:    VIP:    DNA:
Address:  3427 ASTON ST                ,            ANNANDALE      ,VA 22003
(H): (703)641-9381         (W): (202)414-0557       Employer:  AFP PHOTO
```

### C O N T A C T S

```
Patient Marital Status: M                           Spouse: FRAZZA, MARY    .
Next of Kin:  FRAZZA, Mary   .                       Rel: W  (H): (703)641-9381    (W): (703)917-2369
Emer Contact: FRAZZA, Mary   .                       Rel: W  (H): (703)641-9381    (W): (703)917-2369
```

### G U A R A N T O R    .

```
Guarantor:  FRAZZA, Luke   .                         Rel: pt (H): (703)641-9381    (W): (202)414-0557
Address:  3427 ASTON ST                ,            ANNANDALE    ,VA 22003
```

### I N S U R A N C E

```
Ins Plan 1: NCAS      -713 NCAS/NCPPO M/C      Pol#: 144545368           Group Name: AFP
Bill to:NCPPO         -PO Box 5537            Springfield ,VA  22150      Group Num: AFP
Subr: FRAZZA, Luke   .                         Rel: 01  Employer: AFP PHOTO
Auth Phone:                                    Precert/Auth#:
Precert:
Lab:
Rad:
PCP:
Ins Plan 2:            .                        Pol#:                     Group Name:
Bill to:              .                                                   Group Num:
Subr:                                           Rel:      Employer:
Auth Phone:                                     Precert/Auth#:
Precert:
Lab:
Rad:
PCP:
Ins Plan 3:            .                        Pol#:                     Group Name:
```

*(handwritten notations: circled "1" with "79.09", circled "2" with "592.0", and "X. 1/2 o")*

### V I S I T   D A T A

```
Chief Complaint: ABD PAIN               Dx #1: COMPLIC MED CARE NEC   Dx #2:
                                        Pr #1:                        Pr #2:
Arrival Mode: Walk-in/WC
                                        Personal MD: NONE STATED
Arrival Acuity: Non-Monitored                         Date      Time    LOS
                                        Sign-in: 06/12/00   13:00    005
Encounter Flags:                        Triaged: 06/12/00   13:05    013
                                        Reg'd:   06/12/00   13:18    000
                                                                     0000


[ ] R.N. Checked
[ ] M.D. Checked

FEDFACEDUP                              BRANTLEY, BETTY      12Jun2000/ 1:40pm
```

**EMERGENCY DEPARTMENT — MEDICAL RECORD**
**FAIRFAX HOSPITAL     FALLS CHURCH, VIRGINIA**

MODE OF ARRIVAL TO TRIAGE:
☐ RESCUE ☑ AMBULATORY ☐ WHEELCHAIR/STRETCHER TIME: *300*
TRIAGE ASSESSMENT ☐ YES ☐ NO ☐ CODE # SEVERITY

CHIEF COMPLAINT: *90 acute onset (L) flank pain ~ onset today assoc c (R) N.V.E.*

TRIAGE ASSESSMENT: *90 acute onset (L) flank pain ~ onset today assoc c (R) N.V.E. dysuria + pale, writhing in pain*

*FRAZZA, LUKE*
*DOB 2-10-63*

PATIENT IDENTIFICATION: *2-10-63*

LAST ED VISIT:
☐ WITHIN 30 DAYS
☐ WITHIN 72 HOURS

VISUAL ACUITY:
OD
OS
OU

| VITAL SIGNS | | | MEDICATIONS: | CURRENT MED. HX | ALLERGIES | DRUG SENSITIVITIES: |
|---|---|---|---|---|---|---|
| TIME | *1305* | | *Demerol foot surg* | | *NKDA* | |
| TEMP | *96.9* | | *im 5 days* | | | |
| PULSE | *96* 72 75 | | *Motrin ago* | | | |
| RESP. | *18* 18 18 | | | | | |
| B/P | *120/80* 124/84 114/96 | ☐ LNMP DATE _____ | DATE OF LAST TETANUS: | WEIGHT: | | |

PHYSICIAN HISTORY/PHYSICAL EXAM     TIME: *1430*     INFORMED CONSENT OBTAINED:     PMD *Terlinsky*     ☐ NONE

*36 y.o. ♂ c acute onset (L) flank B.O.S. ⊖ fever pain today assoc c Nausea, + vomiting.*

Past Medical Hx: *? Kidney stone in past.*

Family Hx: *⊖*

*s/p surgery for plantar faciitis*

Social Hx: *⊖*

☐ NO PAGE 2
☐ TRAUMA FLOW SHEET
☐ M SET SHEET
☐ CONTINUATION SHEET

| LABORATORY | | OTHER | X RAY NO | CHEST |
|---|---|---|---|---|
| ☐ ABG (F.O₂) _____ | ☐ DRUG LEVELS: CO _____ | ☐ TRAUMA _____ | ☐ OLD RECORDS _____ | ☐ CHEST |
| ☐ AMYLASE _____ | DIG ETOH _____ | I   II   PEDS | | ☑ KUB |
| ☐ BHCG QL QT _____ | THEO _____ | ☐ TYPE & HOLD _____ | | |
| ☐ CCU PROFILE _____ | ☐ PT/PTT _____ | ☐ TYPE & # _____ | | |
| ☐ CHEM 14 23 _____ | ☐ TOX SCREEN _____ | ☐ TPA _____ | | |
| ☐ C & S ☐ _____ | SOURCE _____ | | | |
| ☐ ⊡ ☐ _____ | TYPE _____ | | | |

| ☐ CBC | ☐ CHM7 | U   DIP | ☐ ABG | ☐ O₂   L/MIN   ☐ MASK |
|---|---|---|---|---|
| | | ☐ MICRO  *TNTC RBC* | F.O₂ | ☐ NC |
| Hb____  WBC____ | | ☑ EKG | PH | |
| | | ☐ MONITOR | PCO₂ | ☐ PULSE   PEAK   PRE |
| Hct____  Plt____ | | | PO₂ | OXIMETER   FLOW   POST |
| | CR | ED INTERPRETATION | HCO₃ | |

| CLINICAL ANALYSIS: | | CASE DISCUSSED WITH | DISPOSITION OF PATIENT | STATUS |
|---|---|---|---|---|
| | | | ☐ DISCHARGE TIME _____ | ☐ IMPROVED |
| | | | ☐ ADMIT Dr. _____ | ☐ NO CHANGE |
| | | | ☐ AMA | ☑ STABLE |
| IMPRESSION: *① (L) renal colic* | | | ☐ TRANSFERRED TO: _____ | |
| | | | ACCEPTED BY: _____ | |

E.D. STAFF PHY. SIGNATURES: *[signature]*     ATTD. STAFF PHY. SIGNATURE

NURSE SIGNATURE *[signatures]*

BD-954.1/M1-93
CAT. NO. 98210
PKG. (100)

PRINTED ON REGENESIS® POST CONSUMER RECYCLED PAPER

**MEDICAL RECORDS**

**INOVA FAIRFAX HOSPITAL**
# EMERGENCY DEPARTMENT - MEDICAL RECORD
Page 2

05/10/05

PATIENT IDENTIFICATION

| TIME | PHYSICIAN REASSESSMENT |
|------|------------------------|
|      | Pt pain free s/p meds. |

**NURSE ASSESSMENT**

TIME:

P.O.C. Laboratory Reference Ranges
Accucheck/Fasting:  Adults: 70-100 mg/dL
                            Neonates: 40-100 mg/dL
Hemoccult/Gastroccult: Negative
Hemastick: Negative

1400 *(illegible handwritten notes)*

1425 *(illegible handwritten notes)*

1450 *(illegible handwritten notes)*

1505 sleeping x ? completed

1530 report to *(illegible)*

**TREATMENTS / ORDERS / PROCEDURE(S):**

| ORTHOSTATICS: | TIME | BP | PULSE | TIME | BP | PULSE |
|---------------|------|----|----|------|----|----|
| LYING: |  |  |  |  |  |  |
| SITTING: |  |  |  |  |  |  |
| STANDING: |  |  |  |  |  |  |

**MEDICATIONS**

| TT | dT | DT | DPT | TIG |  | ROUTE | SITE | TIME | SIGNATURE |
|----|----|----|----|----|----|----|----|----|----|
| Toradol | 30 mg IV |  |  |  |  | IVP | 1410 |  |  |
| Phenergan 12.5 mg IV |  |  |  |  |  |  |  |  |  |
| Percocet 7.5 |  |  |  |  |  |  |  |  |  |

*(illegible handwritten notes in nurse section)*

**PARENTERAL**

| SOLUTIONS & ADDITIVES | SITE | NEEDLE | RATE | START TIME | STOP | AMT | SIGN. |
|----------------------|------|--------|------|------------|------|-----|-------|
| D5W |  |  |  |  |  |  |  |
| #20 |  |  |  |  |  |  |  |
|  |  |  |  | 1430 |  |  |  |
| #3 NS |  |  |  |  |  |  |  |

CATH:

NG TUBE:

| TOTAL INTAKE | | TOTAL OUTPUT | |
|---|---|---|---|
| P.O. |  | U.O. |  |
| IV |  | N.G. |  |
| OTHER |  | OTHER |  |

ED. STAFF PHY. SIGNATURE _____ ATTD. STAFF PHY. SIGNATURE _____

NURSE SIGNATURES

**MEDICAL RECORDS**

CAT #96215 / R12-99
PKGS OF 100

**PHYSICAL EXAMINATION, page 3**

**CONSTITUTIONAL**
- Vital Signs(≥3) Noted   Y   N
  - Height _____
  - Weight _____
- General Appearance
  - Alert   Y   N
  - Well Developed   Y   N
  - Well Nourished   Y   N
  - Well Hydrated   Y   N

**BREAST EXAM**
- Inspection   Nl   Abnl _____
- Palpation   Nl   Abnl _____

**SKIN**
- Inspection of Skin & SUBQ   (Nl)   Abnl _____   *st pale*
- Palpation of Skin & SUBQ   (Nl)   Abnl _____

**EYES**
- Conjunctivae   (Nl)   Abnl _____
- Eyelids   (Nl)   Abnl _____
- Irises   (Nl)   Abnl _____
- Pupils   PERRLA   Abnl _____
- Optic Fundi
  - Vessels   Nl   Abnl _____
  - Discs   Nl   Abnl _____
  - Cups   Nl   Abnl _____
  - Hemorrhages   Nl   Abnl _____
- Corneas   Nl   Abnl _____   ○IOP   R _____
- Sclerae   Nl   Abnl _____   L _____

**EARS, NOSE, MOUTH, & THROAT**
- External Ear   (Nl)   Abnl _____
- External Nose   (Nl)   Abn _____
- Otoscopic Exam
  - TM   (Nl)   Abnl _____
  - Canal   (Nl)   Abnl _____
- Hearing Assessment   Nl   Abnl _____
- Nasal
  - Mucosa   Nl   Abnl _____
  - Turbinates   Nl   Abnl _____
- Lips   Nl   Abnl _____
  - Teeth   Nl   Abnl _____
  - Gum   Nl   Abnl _____
- Oropharynx   Nl   Abnl _____
  - Oral Mucosa   Nl   Abnl _____
  - Tongue   Nl   Abnl _____
  - Palates   Nl   Abnl _____
  - Tonsils   Nl   Abnl _____
  - Post Pharynx   Nl   Abnl _____
  - Salivary Glands   Nl   Abnl _____

**NECK**
- Neck
  - Masses   N   Y _____
  - Trachea Midline   Y   N _____
  - Crepitus   N   Y _____
- ○Supple   Y   N _____
- ○ROM   Nl   Abnl _____
- ○Overall Appearance   Nl   Abnl _____
- Thyroid   (Nl)   Abnl _____

**RESPIRATORY**
- Effort
- ○IC retractions   N   Y _____
- ○Accessory Muscles   N   Y _____
- ○Diaphragmatic   N   Y _____
- ○Other
- ○Percussion   Nl   Abnl _____
- ○Palpation   Nl   Abnl _____
- Auscultation(Clear Bilaterally)   Y   N _____
  - ○Wheezes   N   Y _____
  - ○Rales   N   Y _____
  - ○Rhonchi   N   Y _____

**CARDIOVASCULAR**
- Palpation   Nl   Abnl _____
- Auscultation
  - ≻Rate   Nl   Abnl _____
  - ≻Rhythm   Nl   Abnl _____
  - ≻Murmurs   N   Y _____
  - ≻Gallops   N   Y _____
  - ≻Rubs   N   Y _____
- ≻Clicks   N   Y _____
- ≻Carotid Pulse   Nl   Abnl _____
- ≻Radial Pulse   Nl   Abnl _____
- ≻Femoral Pulse   Nl   Abnl _____
- ≻Abdominal Aorta   Nl   Abnl _____
- ≻Pedal Pulse   Nl   Abnl _____
- ≻Peripheral Edema   N   Y _____
- ≻JVD   N   Y _____

**LYMPHATIC**
- Neck   (Nl)   Abnl _____
- Groin   (Nl)   Abnl _____
- Axilla   Nl   Abnl _____
- Other   Nl   Abnl _____

PATIENT IDENTIFICATION

Physician Signature

**INOVA FAIRFAX HOSPITAL**
EMERGENCY PHYSICIAN DOCUMENTATION
CAT #15545 / R1-98 • PKGS OF 100

* E 10 *

## PHYSICAL EXAMINATION, page 4

**GASTROINTESTINAL**
- Abdomen
  - Scars ........... N Y _____
  - Masses .......... N Y _____
  - Tenderness ...... N Y _____
  - Rebound ......... N Y _____
  - Guarding ........ N Y _____
  - Bowel Sounds .... Nl Abnl _____
- Spleen and Liver ... Nl Abnl _____
- Hernia ............. N Y _____
- Rectum/Anus ........ Nl Abnl _____
  - Deferred
- Stool Hemocult ..... − + _____

**GENITOURINARY**

**MALE**
- Scrotum ... Nl Abnl _____
- Penis ..... Nl Abnl _____
- Prostate .. Nl Abnl _____
- Urethra ... Nl Abnl _____

**FEMALE**
- External .. Nl Abnl _____
- Urethra ... Nl Abnl _____
- Vagina .... Nl Abnl _____
- Bladder ... Nl Abnl _____

- Cervix ..... Nl Abnl _____
- Uterus ..... Nl Abnl _____
- Adnexa ..... Nl Abnl _____
- Cul-de-sac . Nl Abnl _____

**MUSCULOSKELETAL**
- Gait/Station   Nl Abnl
- Inspection &/or Palp Digits/Nails   Nl Abnl _____

Examination of Joints, Bones, & Muscles

| | Insp/Palpation | ROM | Stability | Muscle Strength/tone | Neurovascular |
|---|---|---|---|---|---|
| Head & Neck | Nl Abnl | Nl Abnl | Nl Abnl | Nl Abnl | Nl Abnl |
| Spine, Ribs, Pelvis | Nl Abnl | Nl Abnl | Nl Abnl | Nl Abnl | Nl Abnl |
| RUE | Nl Abnl | Nl Abnl | Nl Abnl | Nl Abnl | Nl Abnl |
| LUE | Nl Abnl | Nl Abnl | Nl Abnl | Nl Abnl | Nl Abnl |
| RLE | Nl Abnl | Nl Abnl | Nl Abnl | Nl Abnl | Nl Abnl |
| LLE | Nl Abnl | Nl Abnl | Nl Abnl | Nl Abnl | Nl Abnl |

**PSYCHIATRIC**
- Judgement/Insight ... Nl Abnl _____
- Mental Status
  - Orientation x 3 .. Y N _____
  - Recent Memory .... Nl Abnl _____
  - Remote Memory .... Nl Abnl _____
  - Mood ............. Nl Abnl _____
  - Affect ........... Nl Abnl _____

**NEUROLOGIC**   ○ Ant Fontanelle  Nl Abnl _____
- CN'S II-XII ........ Nl Abnl _____
- Sensation .......... Nl Abnl _____
- DTR's
  - Focal Deficits ... N Y _____
  - Cerebellar Deficits . N Y _____
  - Babinski ......... Nl Abnl _____

**CONSIDERED EMERGENCY DUE TO:**
- ☐ Severe pain/other severe symptoms
- ☐ Acute onset of symptoms
- ☐ Threat to life/limb
- ☐ Impairment of bodily function
- ☐ Dysfunction of Body Organ/Part

Physician Signature

PATIENT IDENTIFICATION



**INOVA FAIRFAX HOSPITAL**

**EMERGENCY PHYSICIAN DOCUMENTATION**

CAT #15546 / R1-98 • PKGS OF 100

* E 1 0 *

Inova Fairfax Hosp - 51

Patient Name: _____    Patient History #: _____

Date of Service: _____    Admission #: _____

## NOTICE

I understand that many of the physicians and surgeons furnishing services to me, either individually or through professional corporations including, but not limited to radiologists, anesthesiologists, neonatologists, physiatrists and others, are independent contractors and are not employees or agents of Inova Fairfax Hospital. Therefore, I may receive separate bills for such independent contractor services.

I also understand that certain physicians and surgeons who render services to me, such as physicians on call to the Emergency Department, certain anesthesiologists, radiologists and others, may not be participating physician members of my managed care health plan. My plan may consider these services as non-covered services. Consequently, I understand that, in the event that my managed care health plan does not reimburse these non-participating physicians in full for services provided to me, my managed care health plan may make me responsible for any balance that it declined to pay for such services.

## AUTHORIZATION TO PROCESS CLAIMS & RELEASE OF INFORMATION

I authorize Inova Fairfax Hospital and the independent contractor physicians and/or professional corporations that render services to me to process claims for payment by my insurance carrier on my behalf for covered services rendered to me at Inova Fairfax Hospital.

I understand that this authorization may be revoked by me at any time in writing to the Patient Registration and Financial Services Department.

I authorize the release of necessary information, including medical information, regarding medical services rendered during this admission or any related services or claim, to my insurance carrier(s), including any managed care plan or other payor, past and/or present employer(s), Medicare, Champus, authorized private review entities and/or utilization review entities acting on behalf of such insurance carrier(s), payors, managed care plans and/or employer(s), the billing agents and collection agents or attorneys of Inova Fairfax Hospital and/or the independent contractor physicians and/or professional corporations, my employer's Worker's Compensation carrier, and, as applicable, the Social Security Administration, the Health Care Financing Administration, the Peer Review Organization acting on behalf of the federal government, and/or any other federal or state agency for the purpose(s) of satisfying charges billed and/or facilitating utilization review and/or otherwise complying with the obligations of state or federal law. A photocopy of this Authorization may be honored.

## NON-RESPONSIBILITY FOR PERSONAL PROPERTY

I understand that Inova Fairfax Hospital maintains a safe for the safekeeping of money and other valuables. I agree to send personal belongings home or to place money or valuable in the Hospital safe. I understand and agree that Inova Fairfax Hospital and Inova Health System Hospitals cannot be responsible for any valuables not deposited in the Hospital safe. I further understand, agree and authorize that any such money and/or belongings not claimed within sixty (60) days of my discharge from the Hospital may be destroyed or disposed of at the Hospital's discretion, and that any interest or right I may have had in such money or other valuables shall cease.

## ASSIGNMENT OF BENEFITS

I hereby assign, and request payment from my insurance carrier or managed care plan, if any, directly to Inova Fairfax Hospital and each of the independent contractor physicians and/or professional corporation that provide services to me. (In the case of Medicare Part B benefits, I request payment either to myself or to the party who accepts assignment). The direct payment hereby assigned and authorized includes any hospital and/or medical insurance benefits to which I am otherwise entitled, including any Major Medical Benefits otherwise payable to me under the terms of my policy, but is not to exceed the balance due to Inova Fairfax Hospital, the independent contractor physicians and/or professional corporations for services rendered to me during the applicable periods of medical care.

## COORDINATION OF BENEFITS

I agree to provide the hospital information regarding all group hospitalization, workers compensation or other hospital benefits to which I/the patient may be entitled, including the following information:

a) These services were the result of:
   a motor vehicle accident _____    ❑ yes ❑ no    an on-the-job injury _____    ❑ yes ❑ no
   If yes, I intend to receive the cost of this non-plan treatment through:
   Auto Insurance _____    ❑ yes ❑ no    Workers' Compensation _____    ❑ yes ❑ no

b) These are my primary and secondary policies by name and number:
   _____ primary    _____ secondary    _____ tertiary

c) I am covered under: Medicare _____    ❑ yes ❑ no    Medicare is my primary coverage _____    ❑ yes ❑ no

d) I am covered under: Champus _____    ❑ yes ❑ no

## RESPONSIBILITY FOR PAYMENT

In my capacity as patient, legal representative or representative payee for the patient, I agree to pay all charges for which I may be legally responsible. In the event my account must be placed with an attorney or collection agency to obtain payment, I agree to pay reasonable attorney's fees and other collection costs.

The undersigned certifies that he or she has read this form and understands its terms. The undersigned certifies that he/she has received a copy of it and that the undersigned is either the patient or is duly authorized to sign this form and accept its terms.

Patient (Guardian/Responsible Party) _____    Date _____

Witness _____    Date _____

PATIENT IDENTIFICATION

**INOVA FAIRFAX HOSPITAL**
## AUTHORIZATION FOR
## CLAIMS AND PAYMENT

CAT#98275/R7-98 • PKGS OF 100

05/12/00

*White:* Hospital *Canary:* Anesthesia *Pink:* Radiology *Goldenrod:* Billing

Inova Fairfax Hosp - 52

**FAIRFAX HOSPITAL**
**Department of Emergency Medicine**
3300 Gallows Road, Falls Church, VA 22046  698-3111
**DISCHARGE INSTRUCTIONS**

07/10/63

06/12/00

PATIENT IDENTIFICATION

☐ Abdominal Complaints          ☐ Epistaxis              ☐ Head Injuries
☐ Animal Bites                  ☐ Ear Infection          ☐ Lacerations & Wound Care
☐ Asthma                        ☐ Eye Injuries           ☐ Sprains / Contusions
☐ Back Strain                   ☐ Fractures              ☐ U.R.I.
☐ Burns                         ☐ Gastroenteritis        ☐ U.T.I.
☐ Corneal Abrasion              ☐ Fever Control          ☐ Vomiting / Diarrhea (Pediatric)
☐ Medication Instructions       ☐ Headache               ☐ Other Instructions

(1) Kidney stone
   - drink plenty of water
   - Percocet tablet 1-2 every 4-6 hrs for
   severe pain
(2) Advil 2 tablets every 8 hrs.

Return to Emergency Department if: (1) fever (2) vomiting (3) unable to urinate
(4) worsening pain
Referred to personal or on-call physician Dr. _Chung_____ for:

☑ Follow-up care in _1-2_ days          ☐ If needed              ☐ X-Ray follow-up

☐ Suture removal in _____ days     Time off from work: _____ days    ☐ Culture result follow-up

Other: _UROLOGY._____

---

**SCHOOL OR WORK EXCUSE**

☐ No school _____days        ☐ No work _____        ☐ May return to school on _____

☐ No Physical education _____      ☐ Light duty for _____ days   ☐ May return to work on _____

_____ I certify that I have received and understand these Discharge Instructions.
Signature (Patient / Relative)          6/12/00                        1830
                                        Date                           Time

_____
Physician Signature                     _____
                                        Nurse Signature

FAIRFAX HOSPITAL - Dept. of Emergency Medicine - 3300 Gallows Road, Falls Church, VA 22046 - 698-3111
                                                                        ED-3513/R9/91
                                                                        CAT. NO. 96220
♲ PRINTED ON REGENESIS® POST CONSUMER RECYCLED PAPER          (Pkgs 100)
                          **MEDICAL RECORDS**



*INOVA FAIRFAX HOSPITAL*
*Department of Radiology*
*3300 Gallows Rd., Falls Church, VA.*
*(703)698-3161*

**INOVA HEALTH SYSTEM**

**RADIOLOGY REPORT**

| | |
|---|---|
| **PATIENT NAME: FRAZZA, LUKE** | NS/BED: ED |
| MED REC #: 1668048 | ADM.#: 19684943 |
| ORD. DR.: KOU, MAYBELLE | D.O.B.: 07/10/1963 |
| ATN. DR.: KOU, MAYBELLE | REQUEST #: 90001 |

*Page 1 of 1*

CLINICAL DATA:  Left flank pain.

DATE OF EXAM: 06/12/2000 14:56
EXAMINATION:  ABDOMEN (KUB)

INTERPRETATION:   Single supine view was obtained.  No prior films are available for comparison.
No abnormal calcific densities overlie the expected location of the left kidney, ureter or urinary
bladder.  There is a calcific density in the right side of the pelvis with a central lucency most likely
representing a phlebolith.  Vague calcific density lies adjacent to the coccyx but most likely lies
within the bowel.  The bones are unremarkable.  The bowel gas pattern is nonspecific.

CONCLUSION:   Vague radiopacity adjacent to the coccyx likely lying within the bowel.
Probable phlebolith right side of the pelvis.  Otherwise no abnormal calcific densities.

*END*

**READ AND APPROVED BY: KATHRYN GRUMBACH #230  -06/12/2000**
SSS - 06/13/2000 10:10 - 3511291

RAD 5230
CAT. #99078

*ED CHART COPY*



**Inova Fairfax Hospital**
3300 Gallows Road
Falls Church, VA 22046

**FRAZZA, Luke**
MED REC #:  (00003)01668048
FINANCIAL #: 000019684943

AGE:     36 YRS     DOB:    07/10/1963     SEX: M
PATIENT TYPE: E        PX EMERG NON-MONITOR
ADMITTING DR.: KOU, MAYBELLE

ADMIT DATE: 06/12/00   DISCHARGE DATE: 06/13/00

## URINALYSIS

COLLECTION DATE   06/12/00
COLLECTION TIME     1430

| **MACROSCOPIC ANALYSIS** | | UNITS REF. RANGE |
|---|---|---|
| URINE TYPE | | |
| COLOR | YELLOW | (YELLOW) |
| CLARITY | **HAZY** * | (CLEAR) |
| SPECIFIC GRAVITY | 1.024 | (1.001-1.035) |
| pH | 5.0 | (5.0-8.0) |
| PROTEIN | **TRACE** * | (NEGmg/dl) |
| GLUCOSE | NEGATIVE | (NEGmg/dl) |
| KETONES | **5** * | (NEGmg/dl) |
| BILIRUBIN | NEGATIVE | (NEGATIVE) |
| BLOOD | **LARGE** * | (NEGATIVE) |
| NITRITE | NEGATIVE | (NEGATIVE) |
| UROBILINOGEN | 0.2 | (<=1 EU) |
| LEUKOCYTE ESTERAS | NEGATIVE | (NEGATIVE) |

| **MICROSCOPIC ANALYSIS** | | |
|---|---|---|
| MICROSCOPIC: | **FOOTNOTE** *T | |
| RBC/HPF | **TNTC** * | (0-3/HPF) |
| WBC/HPF | 2-5 | (0-5/HPF) |
| SQUAMOUS EPITHELI | FEW | (FEW/HPF) |

LEGEND
* = ABNORMAL, T = TEXTUAL FOOTNOTE
MICROSCOPIC:... 06/12/00 1430   MANY UNKOWN DRUG CRYSTALS SEEN.

PRINTED: 06/13/00 AT 0041                          **FRAZZA, Luke**
PAGE:   1     (end of report)                      MED REC #: (00003)01668048

*URINALYSIS*

LAB 10263 (8/94)
Cat # 96881

```
INOVA HEALTH SYSTEMS                        Location: ED                    MR#: 01668048
FAIRFAX HOSPITAL EMERGENCY PATIENT          FRAZZA, Luke  .                    36   M
REGISTRATION RECORD                         EDP: EDP, PHYSICIAN               # 6
                                            Acct Type: E                 Acct #: 019708742
                                            Acct Start: 06/14/00          DOB: 07/10/1963
```

### D E M O G R A P H I C S

```
Patient Name: FRAZZA, Luke   .            SSN:  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    Interp:   VIP:    DNA:
Address:  3427 ASTON ST           ,         ANNANDALE      ,VA 22003
(H): (703)641-9381        (W): (202)414-0557    Employer: AFP PHOTO
```

### C O N T A C T S

```
Patient Marital Status:  M                Spouse: FRAZZA, MARY  .
Next of Kin:  FRAZZA, Mary   .            Rel: W  (H): (703)641-9381   (W): (703)917-2369
Emer Contact:  FRAZZA, Mary  .           Rel: W  (H): (703)641-9381   (W): (703)917-2369
```

### G U A R A N T O R

```
Guarantor:  FRAZZA, Luke   .             Rel: pt  (H): (703)641-9381   (W): (202)414-0557
Address:   3427 ASTON ST          ,         ANNANDALE     ,VA  22003
```

### I N S U R A N C E

```
Ins Plan 1:  NCAS      -713 NCAS/NCPPO  M/C   Pol#: 144545368         Group Name: AFP
Bill to:NCPPO       -PO Box 5537           Springfield   ,VA  22150   Group Num: 44145225
Subr: FRAZZA, Luke   .                     Rel: 01  Employer: AFP PHOTO
Auth Phone:                                Precert/Auth#:
Precert:
Lab:
Rad:
PCP:
Ins Plan 2:           -                    Pol#:                       Group Name:
Bill to:              -                                                Group Num:
Subr:                                      Rel:        Employer:
Auth Phone:                                Precert/Auth#:
Precert:
Lab:
Rad:
PCP:
Ins Plan 3:           -                    Pol#:                       Group Name:
```

### V I S I T   D A T A

```
Chief Complaint: KIDNEY STONE PAIN        Dx #1: COMPLIC MED CARE NEC  Dx #2:
                                          Pr #1:                       Pr #2:
Arrival Mode: Walk-in/WC
                                          Personal MD: TERLINSKY
Arrival Acuity: Non-Monitored                           Date      Time    LOS
                                          Sign-in: 06/14/00  01:10   000
Encounter Flags:                          Triaged: 06/14/00  01:10   024
                                          Reg'd:   06/14/00  01:34   000
                                                                     0000
```

```
[ ] R.N. Checked
[ ] M.D. Checked
```

**EMERGENCY DEPARTMENT — MEDICAL RECORD**
**FAIRFAX HOSPITAL    FALLS CHURCH, VIRGINIA**

016680    ED    07 /63
FRAZZA, LUKE
019708742
ED PHYSICIAN
Frazza, Luke
DOB

MODE OF ARRIVAL TO TRIAGE:
☐ RESCUE ☐ AMBULATORY ☐ WHEELCHAIR/STRETCHER    TIME: 0110
TRIAGE ASSESSMENT ☐ YES ☐ NO    ☐ CODE # SEVERITY
CHIEF COMPLAINT:

Kidney stone pain + nausea - seen here for Kidney stone c/o pain unrelieved by percocet + Demerol po. Has not passed stone. Denies hematuria Vx -

| VITAL SIGNS | MEDICATIONS: | CURRENT MED. HX | ALLERGIES | DRUG SENSITIVITIES: |
|---|---|---|---|---|
| TIME 0110 | Percocet | Ø | NKA - | |
| TEMP. 99.3 | Demerol | | | |
| PULSE 83 | Vellium | | | |
| RESP. 20 | ☐ LNMP DATE | | | |
| B/P 148/84 | | | DATE OF LAST TETANUS: | WEIGHT: |

LAST ED VISIT:
☐ WITHIN 30 DAYS
☐ WITHIN 72 HOURS

VISUAL ACUITY
OD
OS
OU

PHYSICIAN HISTORY/PHYSICAL EXAM
INFORMED CONSENT OBTAINED:    TIME: _____    PMD Terlinsky
☐ NONE    Chung - urol
R.O.S.:

00-14-00: LWBS ① 0300 — l

Past Medical Hx:

Family Hx:

Social Hx:

☐ NO PAGE 2
☐ TRAUMA FLOW SHEET
☐ M SET SHEET
☐ CONTINUATION SHEET

| LABORATORY | | OTHER | XRAY NO | |
|---|---|---|---|---|
| ☐ ABG (F.O₂) | ☐ DRUG LEVELS: CO | ☐ TRAUMA _____ | ☐ OLD RECORDS _____ | ☐ CHEST _____ |
| ☐ AMYLASE _____ | DIG ETOH _____ | I  II  PEDS | | |
| ☐ BHCG QL QT _____ | THEO _____ | ☐ TYPE & HOLD _____ | | |
| ☐ CCU PROFILE | ☐ PT/PTT _____ | ☐ TYPE & # _____ | | |
| ☐ CHEM 14 23 _____ | ☐ TOX SCREEN _____ | ☐ TPA _____ | | |
| ☐ C & S ① _____ | SOURCE _____ | | | |
| ☐ ② _____ | TYPE _____ | | | |

| ☐ CBC | ☐ CHM7 | U  DIP | | ☐ ABG | ☐ O₂  L/MIN | ☐ MASK |
|---|---|---|---|---|---|---|
| | | ☐ MICRO | | F.O₂ | | ☐ NC |
| Hb _____ WBC _____ | | | | PH | ☐ PULSE | PEAK  PRE |
| Hct _____ Plt _____ | | ☐ EKG | ED INTERPRETATION | PCO₂ | OXIMETER | FLOW |
| | CR | ☐ MONITOR | | PO₂ | | POST |
| | | | | HCO₃ | | |

| CLINICAL ANALYSIS: | | CASE DISCUSSED WITH | DISPOSITION OF PATIENT | STATUS |
|---|---|---|---|---|
| | | | ☐ DISCHARGE TIME _____ | ☐ IMPROVED |
| | | | ☐ ADMIT Dr _____ | ☐ NO CHANGE |
| | | | ☐ AMA | ☐ STABLE |
| IMPRESSION: | | | ☐ TRANSFERRED TO: ▸ _____ | ☐ _____ |
| | | | ACCEPTED BY: ▸ _____ | |

F.D. STAFF
PHY. SIGNATURES

AT I.D. STAFF
PHY. SIGNATURE

NURSE
SIGNATURES

PRINTED ON REGENESIS® POST CONSUMER RECYCLED PAPER

ED-3611/R11-95
CAT. NO. 96210
PKG. (1100)

**MEDICAL RECORDS**

Patient Name: _____     Patient History #: _____

Date of Service: _____     Admission #: _____

## NOTICE

I understand that many of the physicians and surgeons furnishing services to me, either individually or through professional corporations including, but not limited to radiologists, anesthesiologists, neonatologists, physiatrists and others, are independent contractors and are not employees or agents of Inova Fairfax Hospital. Therefore, I may receive separate bills for such independent contractor services.

I also understand that certain physicians and surgeons who render services to me, such as physicians on call to the Emergency Department, certain anesthesiologists, radiologists and others, may not be participating physician members of my managed care health plan. My plan may consider these services as non-covered services. Consequently, I understand that, in the event that my managed care health plan does not reimburse these non-participating physicians in full for services provided to me, my managed care health plan may make me responsible for any balance that it declined to pay for such services.

## AUTHORIZATION TO PROCESS CLAIMS & RELEASE OF INFORMATION

I authorize Inova Fairfax Hospital and the independent contractor physicians and/or professional corporations that render services to me to process claims for payment by my insurance carrier on my behalf for covered services rendered to me at Inova Fairfax Hospital.

I understand that this authorization may be revoked by me at any time in writing to the Patient Registration and Financial Services Department.

I authorize the release of necessary information, including medical information, regarding medical services rendered during this admission or any related services or claim, to my insurance carrier(s), including any managed care plan or other payor, past and/or present employer(s), Medicare, Champus, authorized private review entities and/or utilization review entities acting on behalf of such insurance carrier(s), payors, managed care plans and/or employer(s), the billing agents and collection agents or attorneys of Inova Fairfax Hospital and/or the independent contractor physicians and/or professional corporations, my employer's Worker's Compensation carrier, and, as applicable, the Social Security Administration, the Health Care Financing Administration, the Peer Review Organization acting on behalf of the federal government, and/or any other federal or state agency for the purpose(s) of satisfying charges billed and/or facilitating utilization review and/or otherwise complying with the obligations of state or federal law. A photocopy of this Authorization may be honored.

## NON-RESPONSIBILITY FOR PERSONAL PROPERTY

I understand that Inova Fairfax Hospital maintains a safe for the safekeeping of money and other valuables. I agree to send personal belongings home or to place money or valuable in the Hospital safe. I understand and agree that Inova Fairfax Hospital and Inova Health System Hospitals cannot be responsible for any valuables not deposited in the Hospital safe. I further understand, agree and authorize that any such money and/or belongings not claimed within sixty (60) days of my discharge from the Hospital may be destroyed or disposed of at the Hospital's discretion, and that any interest or right I may have had in such money or other valuables shall cease.

## ASSIGNMENT OF BENEFITS

I hereby assign, and request payment from my insurance carrier or managed care plan, if any, directly to Inova Fairfax Hospital and each of the independent contractor physicians and/or professional corporation that provide services to me. (In the case of Medicare Part B benefits, I request payment either to myself or to the party who accepts assignment). The direct payment hereby assigned and authorized includes any hospital and/or medical insurance benefits to which I am otherwise entitled, including any Major Medical Benefits otherwise payable to me under the terms of my policy, but is not to exceed the balance due to Inova Fairfax Hospital, the independent contractor physicians and/or professional corporations for services rendered to me during the applicable periods of medical care.

## COORDINATION OF BENEFITS

I agree to provide the hospital information regarding all group hospitalization, workers compensation or other hospital benefits to which I/the patient may be entitled, including the following information:

a) These services were the result of:
a motor vehicle accident _____ ☐ yes ☐ no      an on-the-job injury _____ ☐ yes ☐ no
If yes, I intend to receive the cost of this non-plan treatment through:
Auto Insurance _____ ☐ yes ☐ no      Workers' Compensation _____ ☐ yes ☐ no

b) These are my primary and secondary policies by name and number:
_____ primary      secondary _____ tertiary

c) I am covered under: Medicare _____ ☐ yes ☐ no      Medicare is my primary coverage _____ ☐ yes ☐ no

d) I am covered under: Champus _____ ☐ yes ☐ no

## RESPONSIBILITY FOR PAYMENT

In my capacity as patient, legal representative or representative payee for the patient, I agree to pay all charges for which I may be legally responsible. In the event my account must be placed with an attorney or collection agency to obtain payment, I agree to pay reasonable attorney's fees and other collection costs.

The undersigned certifies that he or she has read this form and understands its terms. The undersigned certifies that he/she has received a copy of it and that the undersigned is either the patient or is duly authorized to sign this form and accept its terms.

Patient (Guardian/Responsible Party) _____     Date 6/14/2000

Witness _____     Date _____

| PATIENT IDENTIFICATION | INOVA FAIRFAX HOSPITAL |
|---|---|
| 07/10/63 | **AUTHORIZATION FOR** |
| | **CLAIMS AND PAYMENT** |

CAT#96275/R7-98 • PKGS OF 100

*White:* Hospital *Canary:* Anesthesia *Pink:* Radiology *Goldenrod:* Billing

Inova Fairfax Hosp - 58

```
INOVA HEALTH SYSTEMS                    Srvc/RM-Bed: XAC/APAC    NU: APAC    MR#: 01668048
INOVA FAIRFAX HOSPIT                    FRAZZA, Luke   .                     40    M
PATIENT REGISTRATION                   Referring MD: CACHAY, ANTONIO                #1296
DUPLICATE RECORD                       Attending MD: CACHAY, ANTONIO                #1296
                                       Acct Type: P   Admit Type: A   Acct #: 033173438
                                       Acct Start: 01/20/04  Admit:      -      DOB:07/10/63
                                       Scheduled Admit Date: 02/04/04    D/C Date:_____
```

_____

### D E M O G R A P H I C S
```
Patient Name: FRAZZA, Luke   .                  SSN: 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    Interp:NR   VIP:    DNA:N
Address: 3427 ASTON ST                                  ANNANDALE   ,VA  22003
(H): (703)641-9381        (W): (202)285-2321    Employer:AFP PHOTO              Race: W  Rel:
```

### C O N T A C T S
```
Patient Marital Status:  M                      Spouse: FRAZZA, MARY   .
Next of Kin: FRAZZA, Mary   .             .     Rel: W  (H): (703)641-9381   (W): (703)244-0361
Emer Contact: FRAZZA, Mary   .           .     Rel: W  (H): (703)641-9381   (W): (703)244-0361
```

### G U A R A N T O R
```
Guarantor:  FRAZZA, Luke   .                    Rel: P  (H): (703)641-9381   (W): (202)285-2321
Address:  3427 ASTON ST                  ,            ANNANDALE   ,VA  22003
Guarantor SSN: 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               Employer: AGENCE FRANCE-PRESSE
```

### I N S U R A N C E
```
Ins Plan 1: PHCS    -715 PRVT HEALTHCARE SYSM/C    Pol#: 144545368        Group Name:
Bill to:HEALTH LINK/ NC-PO BOX 419104             ST. LOUISE  ,MO  63141  Group Num: 1280
Subr: FRAZZA, Luke   .                            Rel: 01   Employer: AFP PHOTO
Subr DOB: 07/10/63
Auth Phone: (800)227-6921                         Precert/Auth#:
```

```
Ins Plan 2:              -                        Pol#:                    Group Name:
Bill to:                 -                                                 Group Num:
Subr:                                             Rel:     Employer:
Subr DOB:
Auth Phone:                                       Precert/Auth#:
```

```
Ins Plan 3:              -                        Pol#:                    Group Name:
Bill To:                 -                                                 Group Num:
Subr:                                             Rel:     Employer:
Subr DOB:
Auth Phone:                                       Precert/Auth#:
```

_____

```
Occ Code:11   Date:20Jan2004      Cond Code:              Acc Code:     Date:
                                  Payment Code:   Amt: 000.    Payment Code:   Amt: 000.
```

### V I S I T / A D M I S S I O N   D A T A
```
c/o: DEVIATED SEPTUM..                    Admitting MD: CACHAY, ANTONIO      #1296 ELOS: 000
Admitting Dx: DEVIATED NASAL SEPTUM       Code: 470                               ALOS: 000
Primary Op Dx: DEVIATED NASAL SEPTUM  470 Primary Care MD: TERLINSKY, ALAN        Source:
ABS DX's:

Sched Inpt Proc:                          Teach?                              Status:
```

```
PREFACEDUP                                ARYEETEY, DIANE      21Jan2004/ 7:58am
```

Page: 1 Document Name: untitled

```
          * * * O U T P A T I E N T   A B S T R A C T * * *
Med Rec No 001668048          Acct No 0016680484020
NAME FRAZZA LUKE                        SSN.. 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
Sex. M Race W Mar Status M          Pat Clas     Fin Clas N  PPay    SPay
Pr Adm        Dsch                              INm
Vst Dt 01/21/04 Tm              Type 3 Srce 1 PHYSICIAN REFER  Arr Mode
Phy No 001296 Nme CACHAY, ANTONIO  J        Service ENT Location 1553 Vst Pav F
Dep 02/04/04 Tm 06:23 P Dsp 01 ROUTINE DISCHAR Stat    FUp            Crnr
                                   Inst Name
       No Type DI Code          Description                     Phys
WORK             473.8    CHRONIC SINUSITIS NEC
FINL 01 P        473.8    CHRONIC SINUSITIS NEC                         001296


Ep PN T C  Code  Modifier    Description          Date    Loc   Phys
99 01 P P 22.63           ETHMOIDECTOMY           01/21/04      001296
99 02 S P 22.62           EXC MAX SINUS LESION NEC 01/21/04     001296
99 03 S C 31254    50     ENDO PART ETHMOIDECTOMY 02/03/04      001296
Abstractor PXD    Date 02/16/04         Coder PXD   Date 02/16/04
Cmt


   KMOP4PC                    User Id U33379     Termid A25B  Function ABST
```

Date: 2/18/2004 Time: 5:51:51 PM

Page: 1 Document Name: untitled

```
        * * * O U T P A T I E N T   A B S T R A C T * * *
Name FRAZZA LUKE               MRN 001668048 Act 0016680484020 Adm/Vst 01/21/04
     No Type DI Code        Description                            Phys
FINL
```

```
Ep PN T C  Code   Modifier     Description        Date   Loc   Phys
99 04 S C 31267    50     ENDO MAX ANTRSTMY W/RMVL 02/03/04       001296
```

```
KMOP2PC                 User Id U33379        Termid A25B   Function ABST
```

Date: 2/18/2004 Time: 5:51:54 PM

Patient Name: _____     Medical Record #: _____

Date of Service: _____     Location: _____     Account #: _____

### IMPORTANT INFORMATION ABOUT YOUR HOSPITAL VISIT
### PLEASE READ CAREFULLY

1. **Physicians Who Are Not Employees or Agents of Hospital –** I understand that most of the physicians and surgeons furnishing services to me, either individually or through professional corporations including, but not limited to emergency department physicians, radiologists, anesthesiologists, neonatologists, physiatrists, pathologists, and others are independent contractors and are not employees or agents of Inova Health System or this Hospital. I understand that they are independent in the exercise of decisions requiring professional medical judgement, including decisions about my care. I understand that I may receive separate bills for such independent contractor services.

2. **Assignment and Coordination of Insurance Benefits –** I agree to provide information regarding all group hospitalization, health maintenance organization, workers' compensation, automobile, and other health care benefits to which I/the patient may be entitled. I hereby assign payment(s), if any, from my insurance carrier(s)/health benefit plan(s) to Inova Health System (or its affiliate) and each of the independent contractor physicians and/or professional corporations for services rendered to me. The direct payment hereby assigned and authorized includes any hospital and/or medical insurance benefits to which I am otherwise entitled, including any Major Medical benefits otherwise payable to me under the terms of my policy, but is not to exceed the balance due to the Inova Health System (or its affiliate), the independent contractor physicians and/or professional corporations for services rendered to me during the applicable periods of medical care.

3. **Unauthorized, Non-Covered, or Out of Plan Services –** I understand that if my insurance company or health maintenance organization does not consider this admission or any service rendered during this admission a covered service or has not authorized this service, they will not pay for this admission or the service rendered during this admission or outpatient visit. I agree to be fully responsible for payment to the Hospital and any independent contractors providing services to me/the patient for this admission or any service if determined by my insurance company or health maintenance organization to be a non-covered service. I also understand and acknowledge that in the case of Out of Plan/Network services, there may be reduced benefits and I may be required to pay a larger co-payment, co-insurance of other charge. I also understand that certain physicians and surgeons, such as radiologists, anesthesiologists, neonatologist, physiatrists, pathologists and others may not be participating physician members of my managed care health plan. In the event that my managed health care plan does not reimburse these services provided to me, I acknowledge that I will be responsible for any balance that it declines to pay for such services. ☐

4. **Authorization to Release Information and Process Claims –** I authorize release of information, including financial information and confidential health information and medical records regarding services rendered during this episode of care or any related services, which may include records relating to treatment for substance abuse, to my insurance carrier(s), managed care plan or other payor, including past and/or present payor(s), Medicare, Medicaid, or Tricare, authorized private review entities, and/or utilization review entities acting on their behalf, authorized chart reviewers and market surveyors of the Hospital, the billing agents and collection agents or attorneys of Inova Health System (or its affiliates) and/or independent contractor physicians and/or professional corporations, my employer's Worker's Compensation carrier, and, as applicable, the Social Security Administration, the Health Care Financing Administration, the Peer Review Organization acting on the behalf of the federal government, and/or any other federal or state agency for the purpose(s) of satisfying billed charges and/or facilitating utilization review and/or conducting chart review and market surveys and/or otherwise complying with the obligations of state or federal law. A photocopy of this authorization may be honored.

5. **Non Responsibility for Personal Property –** I understand and agree that the Hospital and Inova Health System (or its affiliates) cannot be responsible or liable for any theft of, loss of, or damage to any personal property or other possessions which are not placed in the Hospital's vault for safekeeping. I further understand and agree and authorize that any such money and/or belongings not claimed within sixty (60) days of my discharge from the Hospital may be destroyed or disposed of at the Hospital's discretion, and that any interest or right I may have had in such money or other valuables shall cease. ☐

6. **For Medicare Recipients Only –** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I request that payment of authorized Medicare benefits be made on my behalf to the Hospital and/or independent contractors for any services furnished to me by that physician or supplier. I authorize any holder of medical information about me to release to the Health Care Financing Administration and its agents any information needed to determine these benefits or the benefits payable for the related services. In the case of Medicare Part B benefits, I request payment either to myself or to the party who accepts assignment. My signature below acknowledges receipt of "An Important Message from Medicare" on the date listed below.

7. **Patient Rights and Advance Directives –** Hospital patients have specific rights and a list is provided in the Patient Information Handbook that is provided to you by the Hospital. Federal and State laws also give you the right to complete a living will or select a durable power of attorney for health care. The Hospital's policy on Advance Directives and a brochure on Advance Directives will be made available to you by the Hospital.

8. **Responsibility for Payment –** In my capacity as patient, legal representative or representative payee for the patient, I agree to pay all charges for which I may be legally responsible including, but not limited to health insurance deductibles, co-payments, and non-covered services. In the event my account must be placed with an attorney or collection agency to obtain payment, I agree to pay reasonable attorneys' fees and other collection costs.

By signing below, I certify that I have read and understand the foregoing, have had the opportunity to ask questions and have them answered and accept the above conditions and terms. I further certify that I am the patient listed above or am the guardian, duly authorized representative, parent or other family member of the patient.

X _____     1/21/04
PATIENT (GUARDIAN, ETC.)                  DATE

_____     1/21/04
RELATIONSHIP TO PATIENT (IF NOT SIGNED BY PATIENT)     DATE

_____
WITNESS

PATIENT IDENTIFICATION

```
01669048      XAC     07/10/63
FRAZZA, LUKE            40  M
   033173438            FH
CACHAY, A...            1296
    C2/04/04
```

**INOVA HEALTH SYSTEM**
# AUTHORIZATION FOR
# CLAIMS, PAYMENT, AND REVIEWS

*White:* Medical Records  •  *Yellow:* Patient Copy

CAT #98275 / R10-02 • PKGS OF 100

Inova Fairfax Hosp - 62

I certify that I have been made aware of Inova Health System's **Notice of Privacy Practices** and that I have a right to receive a copy upon request. This Notice describes the type of uses and disclosures of my protected health information that might occur during my treatment, to facilitate the payment of my bills or in the performance of Inova Health System's health care operations. The Notice also describes my rights and Inova Health System's duties with respect to my protected health information. I understand that copies of the **Notice of Privacy Practices** are available in the registration areas of each facility and on Inova Health System's web site at www.inova.org. I may request that a copy be mailed to me by calling **703-204-3342.**

Inova Health System reserves the right to change the privacy practices that are described in the **Notice of Privacy Practices**. I may obtain a revised **Notice of Privacy Practices** by calling the above number and requesting a revised copy be mailed to me, by asking for one at the time of my next appointment, or by accessing Inova Health System's web site listed above to view the most current version.

_____
SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE

LUKE FRAZZA
_____
NAME OF PATIENT OR PERSONAL REPRESENTATIVE

1/21/04
_____
DATE

_____
DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY

0166P04  PATIENT IDENTIFICATION  07/10/63
FRAZZA, LUKE                40   M
        033173438                FH
CACHAY, ANT  IO         1296
        02/04/04

**INOVA HEALTH SYSTEM**
**ACKNOWLEDGEMENT OF RECEIPT OF**
**NOTICE OF PRIVACY PRACTICES**

CAT #84498 / R032103
PKGS OF 100    **MR 32-06**

Inova Fairfax Hosp - 63

**INOVA HEALTH SYSTEM**
**ACKNOWLEDGEMENT OF INFORMED CONSENT PROCESS**

I, _Luke Frazza_____ (Name of Patient/Designated Decision Maker), agree that I have had the opportunity to discuss with the physician (name of physician): _Dr Cachay_____

_____ the following procedure / tests / care ("procedure"): _____

_Fess / Bilateral_____

The physician has explained to me the risks and benefits of this procedure. The physician has explained any alternatives to the procedure. I also understand I may choose not to have the procedure at all. I have had sufficient opportunity to ask the physician any questions I have. The physician has answered my questions in a way I understand.

I am aware that the practice of medicine is not an exact science, and acknowledge that no warranty or guarantee has been made to me as to the results of the procedure. I understand unexpected problems or complications may arise.

If this procedure may require the use of blood, blood products, or allografts (human tissue grafts) the physician has discussed with me the risks and benefits of such, including other options available.

I understand that the physician may ask other physicians to participate in my care. I also agree that physicians in training (if applicable), students, or other personnel the physician believes to be appropriate may participate in my care.

I agree the hospital may examine and dispose of or use for educational or research purposes any tissues, organs or body parts or fluids removed as a necessary part of a procedure. I also agree that medical devices removed during a procedure will be handled as required by hospital policy.

I am aware that I may receive: general anesthesia, regional anesthesia, sedation or local anesthesia. The physician has explained the risks, benefits and alternatives of the type of anesthesia to be used.

Additional Points of Discussion (if applicable): _____

_____

I have had enough time to consider the information from the physician to feel I am sufficiently advised to consent to this procedure. I have given my consent to the procedure and have been asked to sign this form after my discussion(s) with the physician.

_LUKE FRAZZA_____
NAME OF PATIENT

_Luke Fr_____                              _'/21/09_
SIGNATURE OF PATIENT / DESIGNATED DECISION MAKER          DATE

0166 PC4 PATIENT IDENTIFICATION  0771.763
FRAZZA, LUKE              40  M
         033173438             FH
CACHAY, ALT..HO      1296
         02/04/04

**INOVA HEALTH SYSTEM**                    **MR 10-40**

❑ Inova Fairfax Hospital        ❑ Inova Access of Fairfax
❑ Inova Fair Oaks Hospital      ❑ Inova Access of Reston/Herndon
❑ Inova Mount Vernon Hospital   ❑ Inova Commonwealth Care Center
❑ Inova Surgery Center          ❑ Inova Cameron Glen Care Center
❑ Inova Alexandria Hospital

CAT #96066 / R11-01 • PKGS OF 50

**INOVA HEALTH SYSTEM**
**ACKNOWLEDGEMENT OF INFORMED CONSENT PROCESS**

I, _Frazza, Luke_ _____ (Name of Patient/Designated Decision Maker), agree that I have had the opportunity to discuss with the physician (name of physician): _Antonia J._ _Cachay_ _____ the following procedure / tests / care ("procedure"): _Functional_ _Endoscope Sinus Surgery_ _____

The physician has explained to me the risks and benefits of this procedure. The physician has explained any alternatives to the procedure. I also understand I may choose not to have the procedure at all. I have had sufficient opportunity to ask the physician any questions I have. The physician has answered my questions in a way I understand.

I am aware that the practice of medicine is not an exact science, and acknowledge that no warranty or guarantee has been made to me as to the results of the procedure. I understand unexpected problems or complications may arise.

If this procedure may require the use of blood, blood products, or allografts (human tissue grafts) the physician has discussed with me the risks and benefits of such, including other options available.

I understand that the physician may ask other physicians to participate in my care. I also agree that physicians in training (if applicable), students, or other personnel the physician believes to be appropriate may participate in my care.

I agree the hospital may examine and dispose of or use for educational or research purposes any tissues, organs or body parts or fluids removed as a necessary part of a procedure. I also agree that medical devices removed during a procedure will be handled as required by hospital policy.

I am aware that I may receive: general anesthesia, regional anesthesia, sedation or local anesthesia. The physician has explained the risks, benefits and alternatives of the type of anesthesia to be used.

Additional Points of Discussion (if applicable): _____

I have had enough time to consider the information from the physician to feel I am sufficiently advised to consent to this procedure. I have given my consent to the procedure and have been asked to sign this form after my discussion(s) with the physician.

_Luke Frazza_
NAME OF PATIENT

X _Luke Frazza_                                                    DATE _12/5/03_
SIGNATURE OF PATIENT / DESIGNATED DECISION MAKER

01660048    LAT    07/10/63    PATIENT IDENTIFICATION    M
FRAZZA, LUKE                                              FH
    033173438
CACHAY, ANTONIO    1296
    02/04/04

| INOVA HEALTH SYSTEM | MR 10-40 |
|---|---|
| ❑ Inova Fairfax Hospital | ❑ Inova Access of Fairfax |
| ❑ Inova Fair Oaks Hospital | ❑ Inova Access of Reston/Herndon |
| ❑ Inova Mount Vernon Hospital | ❑ Inova Commonwealth Care Center |
| ❑ Inova Surgery Center | ❑ Inova Cameron Glen Care Center |
| ❑ Inova Alexandria Hospital | |

CAT #96066 / REV-01 • PKGS OF 1

**GENERAL INFORMATION FOR POST SEDATION / ANESTHESIA**

DO NOT DRIVE A CAR OR OPERATE MACHINERY FOR 24 HOURS

DO NOT CONSUME ALCOHOL, TRANQUILIZERS, SLEEPING MEDICATIONS, OR ANY NON-PRESCRIBED MEDICATION FOR 24 HOURS UNLESS APPROVED BY YOUR PHYSICIAN.

DO NOT MAKE IMPORTANT DECISIONS OR SIGN ANY IMPORTANT PAPERS IN THE NEXT 24 HOURS.

PLEASE HAVE A RESPONSIBLE PERSON WITH YOU TONIGHT.

INSTRUCTIONS GIVEN BY PHYSICIAN                              ☐ PHYSICIANS INSTRUCTION SHEET GIVEN

PHYSICIAN'S SIGNATURE _____        DATE  2/4/04

FOLLOW THE CHECKED ITEMS:                              SPECIAL INSTRUCTIONS:

**ACTIVITY**
☐ NO RESTRICTIONS, RESUME YOUR NORMAL ACTIVITY.
☑ REST FOR THE REMAINDER OF THE DAY.
☑ STRICT VOICE REST.
☑ KEEP HEAD ELEVATED IN BED.

*Gentle NAIM breathing*
*No Nose blowing!*

**TREATMENT**
☑ CHANGE DRIP PAD AS NEEDED.
☑ LEAVE PACKING INTACT UNTIL REMOVED BY A PHYSICIAN.
☐ LEAVE EAR DRESSING INTACT UNLESS INSTRUCTED OTHER- WISE BY PHYSICIAN.
☐ DO NOT REMOVE NASAL CAST OR SPLINT. KEEP DRY.
☐ MAY USE HUMIDIFIER FOR COMFORT.

**MEDICATIONS**
☑ NO ASPIRIN OR ASPIRIN CONTAINING PRODUCTS OR IBUPROFEN UNTIL ADVISED BY YOUR PHYSICIAN.
☑ USE PAIN MEDICATION AS DIRECTED BY YOUR PHYSICIAN.

*1 tabler at 2⁵⁰m*

**DIET**
☐ NOTHING BY MOUTH FOR _____ HOURS.
☑ LIQUIDS AND SOFT FOODS FOR FIRST 24 HOURS.
☐ PROGRESS DIET AS TOLERATED.
☑ AVOID GARGLES.

**NOTIFY PHYSICIAN IF**
☐ EXCESSIVE SWELLING OF EYES.
☐ PERSISTENT NAUSEA OR VOMITING.
☐ CHILLS, FEVER (ABOVE 101°).
☐ BLEEDING GREATER THAN PHYSICIAN TOLD YOU TO EXPECT.
☐ UNABLE TO URINATE IN 6-8 HOURS.
☐ PAIN THAT IS NOT RELIEVED BY PAIN MEDICATION.
☐ INCREASED DIFFICULTY BREATHING OR SWALLOWING.

**FOLLOW UP CARE** APPOINTMENT *in 5 days*
☐ CALL DOCTOR _____ AT _____
☐ TO MAKE AN APPOINTMENT.
☑ IF YOU NEED IMMEDIATE CARE, CALL ME. IF YOU CANNOT REACH ME, CALL INOVA FAIRFAX HOSPITAL EMERGENCY ROOM 703 698-3111. CALL 911 FOR AN EMERGENCY SITUATION.

PHYSICIAN'S SIGNATURE _____        DATE  2/4/04

PATIENT / RESPONSIBLE ADULT SIGNATURE *Mark Frazza*     DATE  2/4/04

```
01668048   XAC   07/10/63
FRAZZA, LUKE        40   M
   033173438           FM
CACHAY, ANTONIO      1296
   02/04/04
```
PATIENT IDENTIFICATION

**INOVA FAIRFAX HOSPITAL**

# DISCHARGE INSTRUCTIONS
# FOR EAR / NOSE / THROAT

CAT #98440 / R9-00 • PKGS OF 100

Pre

# INOVA FAIRFAX HOSPITAL
# INOVA FAIRFAX HOSPITAL FOR CHILDREN
### INOVA HEALTH SYSTEMS

## HISTORY AND PHYSICAL EXAMINATION

FRAZZA, LUKE                    #01668048                    ROOM: APAC

ADMISSION DATE:                 02/04/2004

ATTENDING PHYSICIAN:            Antonio J Cachay, MD

DICTATED BY:                    Antonio J Cachay, MD

HISTORY OF PRESENT ILLNESS:     The patient is a 40-year-old male born on July 10, 1963, who is scheduled for elective bilateral endoscopic sinus surgery.

PAST MEDICAL HISTORY:           History of otalgias as a child. Allergy tests in the past have shown multiple allergies. The patient took allergy injections for six years as a child and two years as an adult. He was hit by a car at age 15 with the development of brain hematoma. He was hospitalized in intensive care unit for seven days and seven days on the floor.

PAST SURGICAL HISTORY:          Tonsillectomy and adenoidectomy as a child. Appendectomy. Knee surgery on three occasions. Foot surgery.

REVIEW OF SYSTEMS:              Seasonal allergies. Healthy otherwise.

DRUG ALLERGIES:                 No known drug allergies.

MEDICATIONS:                    Allegra D as needed.

FAMILY HISTORY:                 Father with allergies. His daughter had ear problems and had myringotomies with tubes.

SOCIAL HISTORY:                 The patient is a photo journalist. He denies smoking. Social alcohol.

PHYSICAL EXAMINATION:           GENERAL: The patient is an alert, oriented, and well-nourished white male who is pleasant, cooperative, and in no acute distress. VITAL SIGNS: His weight is 200 pounds. His height is 5 feet 7-1/2 inches. NOSE: Essentially normal except for a mild amount of clear drainage. The remainder of the near, nose, throat, head, and neck examination is unremarkable.

Sinus CT scans done in the past have shown the presence of scattered chronic sinusitis with the presence of a cyst in the maxillary sinuses.

IMPRESSION:                     Chronic sinusitis.

*This document is not signed manually if the physician is authorized to sign electronically.*

# INOVA FAIRFAX HOSPITAL
# INOVA FAIRFAX HOSPITAL FOR CHILDREN
### Inova Health System

**HISTORY AND PHYSICAL EXAMINATION**

FRAZZA, LUKE                    #01668048                    ROOM: APAC

ADMISSION DATE:                 02/04/2004

Page 2 of 2

PLAN:                           Elective endoscopic sinus surgery with removal of obstructive membranes in the infundibula and maxillary osteotomies.  The patient is fully aware of the diagnosis, alternative treatment, nature of the surgery, the risks involved, possible complications, and outcome.

_____        2/4/04
Antonio J Cachay, MD                     Date

AJC/ls
D:   02/02/2004  6:37 P
T:   02/03/2004  4:58 A
J:   000329158
N:   908555
CC:  Antonio J Cachay, MD

*This document is not be signed manually if the physician is authorized to sign electronically.*

| SDA / OPS   Visit / Phone   (circle one) | | Need | On Chart | Comments & Summary Consents |
|---|---|---|---|---|
| | | | | Consents with patient / MD day of surgery |
| 1. Acknowledgement of Informed Consent | | Yes | | |
| 2. Advanced Directive / DNR | | | | |
| 3. Antibiotic Order on Chart | | | | |
| **Special Permits** | | | | |
|    Breast Biopsy | | | | |
|    Mastectomy | | | | |
|    Sterilization | | | | |
| **History & Physical Assessment** | | | | Patient's PMD _Alan Terlinski_ |
| 1. Nursing Preop Assessment | | | | _Arlington_ |
| | | | | Phone # _____ |
| 2. Patient Admission History | | | | Patient's Cardiologist _____ |
| 3. Patient/Family Education For | | | | Phone # _____ |

| Testing: | Date Ordered | Date on Chart | Date faxed to Surgeon | Laboratory Reports |
|---|---|---|---|---|
| **Blood Bank Orders** | | | | |
| ❑ Autologous Donation _____ units | | | | Labs/EKG/CXR done @ |
| ❑ Direct Donation _____ units | | | | _____ |
| ❑ Type & Crossmatch _____ units | | | | _____ |
| ❑ SDA form sent to Lab | | | | Date _____ Phone # _____ |
| ❑ Type and Screen | | | | |
| ❑ SDA form sent to Lab | | | | |
| **Laboratory Tests** | | | | Date/In. |
| ❑ BHCG | | | | Labs/EKG to be faxed _____ |
| ❑ CBC | 1/21 | 1/22 | — 10ut | XTW / XAC / XSW / XWB |
| ❑ Chem 8 | | | | Abnormal EKG _____ |
| ❑ Chem Comp | | | | |
| ❑ H&H | | | | Reviewed & acceptable by |
| ❑ PT | | | | Anesthesia _____ |
| ❑ PTT | | | | |
| ❑ UA | 1/21 | 1/22 | — 10ut | Reviewed by Anesthesia and clearance suggested _____ |
| ❑ Other: _____ | | | | |
| ❑ Other: _____ | | | | Requested previous tests/reports _____ |
| ❑ EKG | | | | |
| ❑ CXR | | | | Sent to PMD/Cardiologist _____ |
| **Name/DOB/Date of Surgery Verified** | | | | Clearance on Chart _____ |

| Signature List | Initial & Date | | | Comments |
|---|---|---|---|---|
| _E.E.hu_ | 1/21 | | | |
| _Dave Hurley_ RN 1/22/04 | | | | |

PATIENT IDENTIFICATION

0166·C·8    07/10/63
FRAZIA, LUKE    40   M
033173438    FH
CACHIY, ANTONIO    1296
02/04/04

**INOVA FAIRFAX HOSPITAL**
## PRESURGICAL SERVICES CHECKLIST

CAT #84567 / R051203 • PKGS OF 100

**Operative/Invasive Procedure Boarding Pass-Procedure Pause**

❑ EMERGENCY PROCEDURE – Boarding Pass NOT required.

| Date: | 2/4/04 |
|---|---|
| Procedure: | Bil Yes |
| Physician/Licensed Independent Practitioner: | a Cudauy |
| Location: | ❑ OR  ❑ Main OR  ❑ Women's OR  ❑ ASC  ❑ ISC  ❑ CVIR  ❑ CVOR  ❑ GI/ENDO  ❑ ECC<br>❑ ED  ❑ Cath Lab  ❑ EP  ❑ LTC  ❑ Nursing Unit  ❑ Other_____ |

### PRE-PROCEDURE VERIFICATION

| Signatures<br>(If same person signing all boxes, you may<br>sign once and use initials thereafter) | |
|---|---|
| | **PATIENT IDENTIFICATION** (ID band is correct and is on patient) |
| | **INFORMED CONSENT** documented in medical record   2/2/04 |
| C Mansur | **ACKNOWLEDGEMENT OF INFORMED CONSENT** signed |
| Cuy | **H&P** (or appropriate assessment) on chart   2/2/04 |
| | ❑ **OPERATIVE OR INVASIVE SITE/SIDE MARKED** – patient/designee marks with<br>"Yes" and physician/Licensed Independent Practitioner initials<br>(Site/Side marking is required for procedures involving right/left distinction, multiple structures, or<br>multiple levels.)<br>☑ **PROCEDURE IS EXEMPT** from marking. |

❑ **SITE/SIDE CANNOT BE MARKED ON PATIENT** but is verified below:

Site: _____

Side: (circle)  RIGHT    LEFT    BI-LATERAL

Patient/designee signature: _____

Physician signature: _____

### PRE-PROCEDURE PAUSE

| ALL TEAM MEMBERS ARE IN AGREEMENT: | A PRE-PROCEDURE PAUSE was initiated and verification occurred of: |
|---|---|
| Signature: M Morgan<br>Time: 1136 | ☑ Patient Identification<br>☑ Procedure<br>☑ Site/Side Marked and Visible to team (unless exempt or documented on pass)<br>☑ Relevant documentation (office notes, informed consent, imaging, lab work)<br>    available and in room |

PATIENT IDENTIFICATION

**INOVA HEALTH SYSTEM**
**OPERATIVE/INVASIVE PROCEDURE**
**BOARDING PASS-PROCEDURE PAUSE**

CAT #84704 / R100603 • IFH-SS-MISA • PKGS OF 100

| PREOP DIAGNOSIS | Diviated Septum |
|---|---|
| PROPOSED PROCEDURE | fess / Bil |
| REVIEW OF SYSTEMS | NEG |

SITE MARKED BY SURGEON ☐ YES ☐ NO

| | |
|---|---|
| CARDIOVASCULAR | ✓ |
| PULMONARY | ✓ Smoking Hx: ☐ PPD x ☐ yrs |
| NEUROLOGICAL | ✓ |
| OPHTH / ENT | ✓ glasses, DSD |
| GI / HEPATIC | ✓ |
| RENAL | ✓ |
| ENDOCRINE | ✓ |
| HEME / ONC | ✓ |
| MUSCULOSKELETAL | ✓ |
| PAIN | ✓ |
| ALCOHOL / DRUG / PSYCHOSOCIAL / OTHER HX | 3-4 drinks minimal — quit by our age 15 - 7 daily |

PREGNANT ☐ NO LMP N/A

**ANESTHESIA EXPERIENCES / PREVIOUS SURGERY**

Hx of Anesthesia Complications ☑ NO:
Family Hx of Anesthesia Complications ☑ NO: arthroscopy x 2 arthrotomy Recurent R Patella
foot Surgery  Exc Pilonidal Cyst  tonsillectomy  appendectomy

| CURRENT MEDICATIONS | BP 100/72 | BP 112/73 | HR | RR | T | HT/HC | WT (kg) |
|---|---|---|---|---|---|---|---|
| Allegra D prn | Date 1/21 | Date 3/4/04 | 82 | 20 | 97.6 | F70,18 | 95, 45 |

AIRWAY / DENTAL:

LUNGS:

CV:  Spo2%: 97%

**LABORATORY DATA**   PT:

| ALLERGIES | | | |
|---|---|---|---|
| NKDA | | | |

WBC  Hgb/Hct  Plts     Na+/K+  Cl-/CO2  BUN/Cr  Glu

PTT:

EKG:

| Type & Screen ☐ | BLOOD UNITS AVAILABLE | | | CXR: | |
|---|---|---|---|---|---|
| Blood Type: | Autologous #: | Designated#: | PRBC#: | OTHER: | ACCUCHECK: Fasting Ref. Range (70-100 mg/dL) |

| PLAN | ☐ LMAC | ☐ IV Anesthesia | ☑ General | ☐ Regional: | ASA  1  2  3  4  5  E |
|---|---|---|---|---|---|
| MONITORS | ☐ Foley | ☐ A-Line | ☐ CVP | ☐ PA Cath | ☐ Other: |
| POSTOP | ☐ PCA | ☐ Epidural Analgesia | | | |

After discussion of the anesthesia alternatives, the patient/guardian communicated understanding of the procedure and accepted the benefits, risks, and consequences.

Anesthesiology Signature

COMMENTS:

| PREOP MEDICATION | INITIALS | DOSE | ROUTE/SITE | DATE | TIME |
|---|---|---|---|---|---|
| afrin spray | | | Bel | 3/4/04 | |

PREOP NURSING COMMENTS
Ack. Informed Consent Verified ☑ Yes  Advanced Directive ☐ Yes ☐ No
I.D. Band Verified ☑ Yes  NPO Status: p 12 MN

PATIENT IDENTIFICATION

Responsible Adult: (Relationship/Phone Number) Wife in lobby
RN Signature ___ Date ___
RN Signature ___ Date 3/4/04

CAT #97931 / R9-01 • PADS OF 50

INOVA FAIRFAX HOSPITAL
PREOP SERVICES/ANESTHESIOLOGY
PREOPERATIVE EVALUATION FORM

## INTRAOPERATIVE DATA

Patient Entered      11:27
Patient Left         13:34


Procedure Start      11:40
Procedure Stop       13:20

Pre-Op Diagnosis   DEVIATED SEPTUM
AENTPFESS
    Procedure        FESS/BIL
    Post-Op Diagnosis SAME

    Surgeon Name        CACHAY, ANTONIO
    Anesthesiologist    LUSSOS, STEVEN A.


| Nurses Name | Position Code | Time In | Time Out |
|---|---|---|---|
| WEISHAUPT, MARSH MLW | CIRR | 11:50 | 12:20 |
| DONEGAN, MARGARE MAD | CIRC | 11:27 | 13:34 |
| FAULSTICK, M.PAT MPF | SCRU | 11:27 | 13:34 |

## POTENTIAL FOR INJURY

AENTFESS
    Position #1 Supine              Positioned By DR.

| Position of Arms | R | L | Both |
|---|---|---|---|
| Tucked at Side |  |  | X |
| Padded |  |  | X |
| On Armboard/Secured |  |  |  |
| Across Chest/Secured |  |  |  |
| Over Armboard/Secure |  |  |  |

    Positioning Device          Positioning comments
    Donut                       HEAD
    Pillow                      KNEES
    Padding                     HEELS

    Safety Belt  Midthigh  Abdomen
    Other: ACROSS ANKLES


    Cautery Unit N


### FAIRFAX HOSPITAL PERIOPERATIVE RECORD

| | |
|---|---|
| Patient Name FRAZZA, LUKE | DOB 07/10/1963  Sex M  Age  40 |
| Medical Record # 01668048 | Surgery Date 02/04/2004  Type Admit OP |
| Admitting MD CACHAY | Actual OR Rm # ROOM 9 |
| | Page 1 |

**Case Count Y**
AENTFESS

|          | Sponge | Sharps | Insts. | Other | Circ | Scrub |
|----------|--------|--------|--------|-------|------|-------|
| Initial  | R      | R      | N/A    | R     | MAD  | MPF   |
| First    | R      | R      | N/A    | R     | MAD  | MPF   |
| Second   | R      | R      | N/A    | R     | MAD  | MPF   |
| Third    | N/A    | N/A    | N/A    | N/A   | N/A  | N/A   |

**X-Ray Taken N**

**Medications Y**

AENTFESS

**Description** SODIUM CHLORIDE (NO PRESERVATIVE) 10ML
**Mix** 4CC W/ 4CC TOP. COCAINE
**Dose** 8CC                    **Given By** DR.
**Site** Operative Site         **Route** Topical

**Description** SALINE .9% 1000CC BAG FOR I.V. USE
**Mix** FOR MICRODEBRIDER
**Dose** QS                     **Given By** DR.
**Site** Operative Site         **Route** Irrigation

**Description** XYLOCAINE  1% W/EPI. 20 ML.      LIDOCAINE
**Dose** 8CC      **Time** 11:44   **Given By** DR.
**Site** Operative Site         **Route** Local

**Description** COCAINE 4% SOLUTION 4ML
**Mix** SEE INJ. SALINE/SOAK
**Site**                        **Route**

**Description** BACTROBAN 2% OINTMENT 22 GM     MUPIROCIN
**Dose** QS                     **Given By** DR.
**Site** Operative Site         **Route** Topical

**Description** SALINE .9% 500CC BAG FOR I.V. USE
**Mix** FOR IRRIG. SYSTEM
**Dose** QS                     **Given By** DR.
**Site** Operative Site         **Route** Irrigation

## FAIRFAX HOSPITAL PERIOPERATIVE RECORD

| | |
|---|---|
| **Patient Name** FRAZZA, LUKE | **DOB** 07/10/1963  **Sex** M  **Age** 40 |
| **Medical Record #** 01668048 | **Surgery Date** 02/04/2004  **Type** Admit OP |
| **Admitting MD** CACHAY | **Actual OR Rm #** ROOM 9 |
| | Page 2 |

**Description** SALINE STERILE 250 CC BOTTLE POUR BTLE
**Dose** QS
**Site** Biliary Tract          **Route**

# POTENTIAL FOR INFECTION

**Skin Condition**   Warm and Dry
                     None

**Implants** N

**Tubes/Drains/Catheters** Y
AENTFESS
    **Description**                        **Location**
    SALEM SUMP NG TUBE 14 FR        0042140 I/O STOAMACH

    **Packings/Dressing** Y
AENTFESS
    **Description**                        **Location**
    NASAL DRESSING HOLDER DALE       OUTER NARES
    GELFOAM 100                      NARES

# EVALUATION

**Specimen** Y
**Skin Condition**        Warm and Dry
**Case Classification**   CLEAN CONTAMINATED


**Patient Transferred To**   Post Anesthesia Care
**Patient Transferred Via**  Stretcher
Other Transportation        SIERAILSX2

| Nursing Diagnosis | Goal | Outcome |
|---|---|---|
| Potential for Injury | Patient is injury free | Y |
| Potential for Infection | Aseptic technique followed | Y |


**Circulator Signature**   _Margaret Donigan RN_
                           _Vicke Budovich RN_

---

## FAIRFAX HOSPITAL PERIOPERATIVE RECORD

| | | |
|---|---|---|
| Patient Name FRAZZA, LUKE | DOB 07/10/1963 | Sex M  Age  40 |
| Medical Record # 01668048 | Surgery Date 02/04/2004 | Type Admit OP |
| Admitting MD CACHAY | | Actual OR Rm # ROOM 9 |
| | Page 3 | |

Inova Fairfax Hosp - 74

## Inova Fairfax Hospital - Anesthesia Record    Date: 02/04/04    OR ID: OR 9

| | | | | |
|---|---|---|---|---|
| Pt fRAZZA, LUKE  . | Cm 170 | In 67 | Allergies | Pre-op Dx: |
| MR # 01668048 | Kg 95 | Lb 209 | NKDA | Chronic Sinusitis |
| AC # 033173438 | BSA 2.16 | BMI 32.9 | | Post-op Dx: |
| DOB 07/10/63 Sex M | NPO 8+h | ASA 2 | | Same as preop |

**Anes** Lussos, MD
**CRNA** No CRNA for Case
**Surg** Cachay, Antonio J., M.D.

**Pre-op Care**

**Anesthetic Type**
General Anesthesia

**Post-op Pain Care**
NA

**Procedures**
Procedure:Bilateral
FESS

**Monitor/Cklst**
Suction checked
Machine checked
Airway equip checked
Drugs checked
Pt ID verified
NIBP:L Arm
Clip Pulse Ox:R Hand

**OR Fluid Balance**
| | |
|---|---|
| Crystaloid | 2300 |
| Colloid | |
| RBCs | |
| FFP | |
| Plat. | |
| Cryo | |
| BP Total | |
| EBL | |
| Urine Total | |
| CPB Urine | |
| Other loss | |
| Fluid Total | 2300 |
| Total loss | |
| Net Bal | |

**Post-op Care**

EBV 6650 Hct    TT Hct
EBL to TX Threshold
Hct at current EBL

**Antibiotics**
[11:21] Amt:1000.0 mgCefazolin

**IVs and Lines**
Peripheral IV-#:1 Site:Hand Side:R Size:20g Started:Pre-op IV care
duration (mins):3

**Patient Care**
11:20-Head-Head resting on:Foam ring
Neck:Neutral Comments:no pressure
points or hyperextension

11:27-Arms-R Arm:Tucked L Arm:Tucked
Arm padding:R and L Comments:no
pressure points or hyperextension

11:27-Eyes-Eyes taped:Y Orbits:No
pressure R/L

11:27-Supine

Pressure points padded

Humidifier (HME)

**Airway Notes**
Laryngoscopy #1-Type:Miller
Size:3 Vocal Cord View:Full
Comments:Bilat BS confirmed,
EtCO2 present, no dental trauma

ETT-Size:8 Type:Reg Stylet:Y
Site:Oral Depth:22 Cuffed:Y
Position confirmed by:EtCO2

**Intraoperative/Emergence Notes**
11:10-Patient taken into OR by Anes
11:14-Chart Review:Patient examined and questions answered. Refer
to Pre-op evaluation form for documentation of
Hx,ROS,PE,Anesthesia plan and consent|>Steven A. Lussos, M.D.<|
11:14-Peri-induction Note:Patient re-evaluated prior to proceding with
anesthesia plan. Present for induction|>Steven A. Lussos, M.D.<|
11:15-Anes: Surgery site verified in OR:|>Steven A. Lussos, M.D.<|
11:21-Procedure start
11:22-Periodic Check:|>Steven A. Lussos, M.D.<|

**Extubation Notes**
Sustained head lift
Airway suctioned

11:32-Anes Care Change:Care assumed|>Duane M. Stillions<|
13:14-Leave OR-Pt. transported to:Phase 1 O2 systems:Face Mask
Ventilation:Spont
13:14-Emergence Note:Present for emergence and available for
indicated post anesthetic care.|>Steven A. Lussos, M.D.<|

**Local/Regional/Vascular Notes**
11:25-Local Admin by Surgeon-Agent:Lidocaine
Concentration:1 Application:Injection w/epi:1:100k
Volume:4

11:47-Local Admin by Surgeon-Agent:Lidocaine
Concentration:1 Application:Injection w/epi:1:100k
Volume:4

**Anes Care End**
13:39-Anes Care End Phase 1-Airway:Natural
Respirations:20 Breathsounds:Decreased LOC:Drowsy
EKG:SR Comments:

Inova Fairfax Hosp - 75



page 3 of 6

# Inova Fairfax Hospital - Anesthesia Record

Date: 02/04/04    OR ID: OR 9

| Pt IRAZZA, LUKE . | Cm 170 | In 67 | Allergies | Pre-op Dx: | Anes Lussos, MD |
|---|---|---|---|---|---|
| MR # 01668048 | Kg 95 | Lb 209 | NKDA | Chronic Sinusitis | CRNA No CRNA for Case |
| AC # 033173438 | BSA 2.16 | BMI 32.9 | | Post-op Dx: | Surg Cachay, Antonio J., M.D. |
| DOB 07/10/63 | Sex M | NPO 8+h | ASA 2 | Same as preop | |



| | | |
|---|---|---|
| Dexamethasone | 8 | 8mg [D1] |
| Midazolam | 3 | 3mg |
| Lidocaine bolus | 50 | 50mg |
| Diprivan | 200 | 50mg |
| Fentanyl | 100 | 40 | 240mg |
| Cisatracurium | 10 | 100ug |
| Ondansetron | | 10mg |
| Neostigmine | | 4mg |
| Glycopyrrolate | | 0mg |
| | | 0mg |
| Lactated Ringers | 1000 | 500 | 1000ml [F1] |
| Lactated Ringers | 1000 | 1000ml |
| | | [E1] |

| | | | | | |
|---|---|---|---|---|---|
| O2 FGF | | | | | |
| TV | 690 | 720 | 750 | 710 | 710 |
| PAP | 27 | 26 | 27 | 26 | 26 |
| PEEP | 3 | 2 | 2 | 2 | 2 |



# Inova Fairfax Hospital - Anesthesia Record    Date: 02/04/04    OR ID: OR 9

| Pt IRAZZA, LUKE | Cm 170 | In 67 | Allergies | Pre-op Dx: | Anes Lussos, MD |
| MR # 01668048 | Kg 95 | Lb 209 | NKDA | Chronic Sinusitis | CRNA No CRNA for Case |
| AC # 033173438 | BSA 2.16 | BMI 32.9 | | Post-op Dx: | Surg Cachay, Antonio J., M.D. |
| DOB 07/10/63 | Sex M | NPO 8+h | ASA 2 | Same as preop | |

| | |
| --- | --- |
| Dexamethasone | 8mg  D1 |
| Midazolam | 3mg |
| Lidocaine bolus | 50mg |
| Diprivan | 240mg |
| Fentanyl | 100ug |
| Cisatracurium | 10mg |
| Ondansetron | 4mg |
| Neostigmine | 3mg |
| Glycopyrrolate | 0.6mg |
| Lactated Ringers | 1300ml  F1 |
| Lactated Ringers | 1000ml |

E1

O2 FGF
TV
PAP
PEEP

## Overflow Page (1)

Name: fRAZZA, LUKE  .   History #: 01668048   Account #: 033173438

**Induction, Airway and Intubation Notes**
13:14-ETT removed-Airway:Natural Exchange:Good Breathsounds:Clear
Airway Inserted:NA LOC:Resp-CMD Comments:

## Event List (1)

Name: fRAZZA, LUKE  .  History #: 01668048   Account #: 033173438

11:32 Anes Care Change:Care assumed [DMS]

11:40 EKG-EKG:SR [DMS]

11:40 Ventilation Mode:C [DMS]

11:57 EKG-EKG:SR [DMS]

11:58 Ventilation Mode:C [DMS]

13:14 Leave OR-Pt. transported to:Phase 1 O2 systems:Face Mask
Ventilation:Spont [LU]

**Inova Fairfax Hospital - PACU Record**

page 1 of 5

**Date: 02/04/04**

| | | | | |
|---|---|---|---|---|
| Pt fRAZZA, LUKE . | Cm 170 | In 67 | Allergies | Pre-op Dx: |
| MR # 01668048 | Kg 95 | Lb 209 | NKDA | Chronic Sinusitis |
| AC # 033173438 | BSA 2.16 | EBV 6650 | | Post-op Dx: |
| DOB 07/10/63 | Sex M | NPO 8+h | ASA 2 | Same as preop |

**Antibiotics**

**PACU Fluid Balance**

| | |
|---|---|
| Crystaloid | 550 |
| Colloid | |
| RBCs | |
| FFP | |
| Plat. | |
| Cryo | |
| BP Tot. | |
| Fluid Tot. | 550 |
| Drains | |
| Urine | 400 |
| CBI | |
| Net Urine | |

**Disposables Used:**

**PACU Care Providers**

13:39-PACU Care Provider:Care assumed|>Vicki Brozovich, RN<|

14:42-PACU Care Provider:Care handed off|>Vicki Brozovich, RN<|

14:42-PACU Care Provider:Care assumed|>Tobie Carney<|

**Patient Care**

13:39-ID/Allergies checked

13:39-Baseline Assessment-Type:Arrival Airway:Natural Respirations:Spont Breathsounds:Decreased LOC:Drowsy Muscle Strength:Normal Skin:Warm/dry

13:39-EKG:SR

13:39-Wound Assessment-Dressing type:Bandaid Dressing Status:Dry Comments:Drip drsg.

13:39-Pt Belongings-Belongings w Pt.:N

13:39-Pt Position-Pt position:Supine

13:39-Periph IV intact

13:39-Skin integ no problem

13:43-Face tent applied

13:43-O2 Flow/FiO2-FiO2:70 Adjunct:HHFM

13:43-Comment 1:Spo2 89 on arrival. O2 to 70.Enc CDB. HOB elevated.

13:50-Comment 2:Bil nasal tampons intact. No bleeding at this time.

14:00-Comment 3:Spo2 98. O2 dec. to 50HHFT.

14:00-Comment 4:Resting comfortably, No bleeding.

14:01-Comment 5:Taking ice chips po.

14:04-Comment 6:Spo2 98. O2 dec to 40HHFT.

14:05-Phase 1 Pain Assessment-Pain side:NA Pain location:Head Pain duration:Constant Pain quality:Aching

14:10-Comment 7:Enc to CDB.

14:28-Comment 8:SPo2 98. O2 dec to 35HHFT.

14:39-Supplemental O2 DCed:SpO2 remains stable and greater than 95%

14:40-Comment 9:Awake ,oriented. Nasal tampons removed. Tol. activity well.

14:41-Comment 10:C/O urgency. Offered Bottle.

15:12-Baseline Assessment-Type:Exit Airway:Natural Respirations:Spont Breathsounds:Clear LOC:Alert

15:13-EKG:SR

15:13-Wound Assessment-Dressing type:Incisional Dressing Status:Dry Incision Drainage:NA Comments:nasal drip pad dry.

15:14-Comment 11:Pt. aake and oriented. VS stable. Naasal drip pad dry. Pain decreased per pt. No c/o nausea. Tol po. Criteria met for transfer to PH2.

15:14-Ph 1 DC Criteria met

Ph1 Pt sign out by Dr.:

Report given to:

15:20-PH2 Comment 1:Pt admitted PH2. Awake and oriented. Moved easily from stretcher to chair.

15:21-Phase 2 Manual VS-Ph 2 Resp:16 Ph 2 SpO2:98

15:23-PH2 Pt. Well Being:Comment:Patient voices no concerns or complaints

15:23-PH2 PO Intake:Comment:well tolerated

15:23-PH2 Pt. Voiding:Comment:without difficulty

16:00-PH2 PO Intake:500

**Stats**     Phase 2 Patient Stats:GA

**PACU Care End**

| | |
|---|---|
| **Phase 1** | 15:17-PACU Care End (Phase 1) |
| **Phase 2** | 16:05-PACU Care End (Phase 2) |
| **ICU Care Start** | |
| **Floor Border** | |



**Inova Fairfax Hospital - PACU Record**     **Date: 02/04/04**

Pt IRAZZA, LUKE     Cm 170   In 67   Allergies   Pre-op Dx:
MR #  01668048      Kg 95    Lb 209  NKDA        Chronic Sinusitis
AC #  033173438     BSA 2.16 EBV 6650            Post-op Dx:
DOB  07/10/63       Sex M  NPO 8+h  ASA 2        Same as preop



## Overflow Page (1)

Name: IRAZZA, LUKE  .   History #: 01668048   Account #: 033173438

**Pt. Position**
16:01-Ph 2 DC Criteria met

16:03-PH2 Comment 2:Pt awake and oriented. VS stable. Nasal drip pad dry and intact. Pain decreased per pt. No c/o nausea.  Tol po / am,bulated / voided.  Dischg criteria met -- home with wife.

16:03-Discharge by:Wheelchair

Ph2 Pt sign out by Dr.:

DC instructions given to:Patient and Spouse

Phase 2 Patient Stats:GA

# Event List (1)

Name: IRAZZA, LUKE   .   History #: 01668048   Account #: 033173438

15:20 Assisted up to Chair [TSC]

15:57 Ambulated without problem [TSC]

16:00 Phase 2 PO Intake-PH2 PO Intake:500 [TSC]

# INOVA FAIRFAX HOSPITAL
# INOVA FAIRFAX HOSPITAL FOR CHILDREN
### INOVA HEALTH SYSTEM

*ORS*

**OPERATIVE REPORT**

FRAZZA, LUKE

01668048

APACAPA123

DATE OF SURGERY: 02/04/2004

SURGEON: Antonio J Cachay, MD

ASSISTANT(S):

DICTATED BY: Antonio J Cachay, MD

ANESTHESIOLOGIST: STEVEN A. LUSSOS, M.D.

DATE OF BIRTH: 07/10/1963

PREOPERATIVE DIAGNOSIS: CHRONIC SINUSITIS.

POSTOPERATIVE DIAGNOSIS: CHRONIC SINUSITIS.

PROCEDURES: BILATERAL ENDOSCOPIC MAXILLARY SINUS ANTROSTOMIES WITH REMOVAL OF OBSTRUCTING MEMBRANES. BILATERAL LIMITED ANTERIOR ETHMOIDECTOMIES.

ANESTHESIA: General.

CIRCULATING NURSE: Margaret Dunnagan, R.N.

SCRUB TECH: Patricia Faulstick, O.R.T.

PROCEDURE BEGAN: 11:40.

PROCEDURE ENDED: 13:20.

FINDINGS: Narrowed maxillary ostia. The infundibulum was also narrow with lateral displacement of both uncinate walls. There was a limited disease present in the ethmoid cells. There was no visible active disease in the remaining sinuses. The location of the ostia was quite lateral and it was quite difficult to reach them and enlarge them.

DESCRIPTION OF PROCEDURE: The patient was taken to the operating room and prepped and draped and anesthetized in the usual manner. The nasal mucosa was treated with 2% cocaine solution and infiltration of anesthesia of the lateral wall of the nose was done with 1% lidocaine with 1:100,000 epinephrine units. The procedure began by making a left retrograde uncinectomy with significant difficulty because of the lateral position of the uncinate wall. The remainder of the uncinate wall was removed using throughbiting forceps and microdebrider. The ostia was identified quite lateral and was enlarged with extreme difficulty using the backbiting forceps and downbiting forceps. After this was completed, attention was directed to the opposite side where essentially a similar procedure was performed. Limited removal of ethmoid cells was done bilaterally. After this was completed, the lateral walls were packed with 3 layers of Gelfoam and temporary neurosurgical cottonoids.

*This document is not to be signed manually if physician is authorized to sign electronically.*

## INOVA FAIRFAX HOSPITAL
## INOVA FAIRFAX HOSPITAL FOR CHILDREN
Inova Health System

**OPERATIVE REPORT**

FRAZZA, LUKE                    #01668048                    ROOM: APACAPA123

DATE OF SURGERY:                02/04/2004

Page 2 of 2

External dressing was applied. The patient was uneventfully transported to the recovery room in satisfactory condition. There were no intraoperative complications. The bleeding was minimal.

_____          3/12/04
Antonio J Cachay, MD                      _____
                                          Date

AJC/mdi9223
D:   02/04/2004  1:55 P
T:   02/05/2004  8:51 A
J:   000329969
N:   910096
CC:  Antonio J Cachay, MD

*This document is not to be signed manually if physician is authorized to sign electronically.*

Inova Fairfax Hospital
3300 Gallows Road
Falls Church, VA 22046

**FRAZZA, LUKE**
MED REC #:  (00003)01668048
FINANCIAL #: 000033173438
AGE:      40 YRS      DOB:    07/10/1963      SEX: M
AMBULATORY              AMBULATORY SURG PACU    APA1 23

ADM DR: CACHAY, ANTONIO J
ADMIT DATE: 02/04/04    DISCHARGE DATE: 02/04/04

**ACCESSION #: FX-04-002806**
SURGERY DATE: 04FEB04
SPECIMEN RECEIVED: 04FEB04  1355 Hrs.

## SURGICAL PATHOLOGY REPORT

**SPECIMEN DESCRIPTION:**

    A.  RIGHT SINUS CONTENTS
    B.  LEFT SINUS CONTENTS

**PRE-OPERATIVE DIAGNOSIS:**

    Deviated septum

**POST-OPERATIVE DIAGNOSIS:**

    Same

**CLINICAL INFORMATION:**

    None provided

**GROSS DESCRIPTION:**

    A.  Received in formalin is an aggregate of soft pink-tan tissue and
    equivalent bone, measuring 0.7 x 0.5 x 0.2 cm.  The specimen is entirely
    submitted in one cassette, following decalcification.

    B.  Received in formalin is an aggregate of soft pink-tan tissue and bone,
    measuring 1.5 x 0.7 x 0.2 cm.  The specimen is entirely submitted in one
    cassette, following decalcification.

    MH /LS
    T: 02/04/04

**MICROSCOPIC DESCRIPTION:**

    A & B.  Two slides are examined.  Seen are fragments of respiratory mucosa
    demonstrating an inflammatory infiltrate.  The infiltrate is predominantly
    composed of lymphocytes.  Also seen are fragments of bone.

    GM /LS
    T: 02/06/04

**FINAL DIAGNOSIS:**

    A & B.  BILATERAL SINUS CONTENTS, FESS:  CHRONICALLY INFLAMED RESPIRATORY
            MUCOSA

    A-BENIGN

    GM /LS          GEETHA MENEZES, M.D.
    T: 02/06/04     (Electronic Signature)
                    02/10/04

---

**ACCESSION #: FX-04-002806**

*SURGICAL REPORT*

**FRAZZA, LUKE**
MED REC #: (00003)01668048
AMBULATORY SURG PACU APA1 23
PAGE:   1  (End of report)
PRINTED: 02/11/04 AT 1108

| Date/Time | OPERATIVE PROGRESS NOTE |
|---|---|
| 2/4/04 | PRE-OP DIAGNOSIS: *CH. Sinusitis* |
| 13:25 | |
| | POST-OP DIAGNOSIS: *Same* |
| | SURGEON: *Cachay* |
| | ASSISTANT: |
| | PROCEDURE: *Bil. FEN MAx. Limited BAth.* |
| | FINDINGS: *Narrow MAx. oina. OTW Unremarkable* |
| | EBL: *10 cc*    REPLACED: |
| | DRAINS / PACKING: *Gel foam Teflo. No.1 Cottonoid* |
| | SPECIMENS: |
| | COMPLICATIONS: *0* |
| | CONDITION: *Good* |
| | *R (R) Amoxiell 875, #20. (R) Tylenol #3, #20. M#1* |
| | MD SIGNATURE:    MD#: *1296* |

01668048   PATIENT IDENTIFICATION
FRAZZA, LUKE    07/10/63
033173438    40    M
CACHAY, ANTONIO    1296
02/04/04

**INOVA FAIRFAX HOSPITAL**
**PHYSICIAN'S OPERATIVE**
**PROGRESS NOTES**

CAT #83964 / R11-01 • PKGS OF 100

**USE BLACK BALLPOINT PEN — PRESS FIRMLY**

Authorization is hereby given to dispense a chemically identical drug
(according to hospital formulary) unless otherwise specified.

| Date/Hour | ORDERS | |
|---|---|---|
| 2/4/04 | | Physician Signature: |
| | For All Nasal & Sinus | |
| | Cases Over Age 10 | |
| | | Printed MD Name or ID # |
| | * Afrin Nasal Spray 2 Sprays | |
| | Each Nostril | |
| | | Physician Signature: |
| | Standing Order For | |
| | Dr. Antonio Cachay / 1296 | Printed MD Name or ID # |
| | | |
| | | Physician Signature: |
| | | Printed MD Name or ID # |

**1**    **← DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS**

PATIENT IDENTIFICATION                    DRUG SENSITIVITIES

01668048    XAC    07/10/63
FR??TA, LUXE        40  M
033173438                    FH
CACHAY, ANTONIO    1296
02/04/04

**FAIRFAX HOSPITAL**

# PHYSICIAN'S ORDERS

PHA 2255/92
CAT. NO. 99065 PKGS 150

**USE BLACK BALLPOINT PEN — PRESS FIRMLY**

Authorization is hereby given to dispense a chemically identical drug
(according to hospital formulary) unless otherwise specified.

| Date/Hour | ORDERS | Physician Signature: |
|---|---|---|

ZANTAC 50; IV TO ALL
PATENTS ≥ 18 YEARS OLD

A. CACHAY, M.D

**Printed MD Name or ID #**

CACHAY
1296

MAY USE PEPSID EQUIVALENT
V.O. DR CACHAY ( Linda Evans, RN )

**Physician Signature:**

**Printed MD Name or ID #**

**Physician Signature:**

**Printed MD Name or ID #**

**◄ DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS**

PATIENT IDENTIFICATION

DRUG SENSITIVITIES

DR. CACHAY

01609048    XAC    07/10/63
FRAZZA, LUKE          40  M
033173438              FR
CACHAY, ANTONIO      1256
02/04/04

**FAIRFAX HOSPITAL**

**PHYSICIAN'S ORDERS**

PHA 2255/92
CAT. NO. 99065 PKGS 150

USE BLACK BALLPOINT PEN

**Important Notice to Physicians:** _Generics_: When available, Pharmacy will dispense a generic drug, equivalent in strength & active ingredients, unless the order states "brand medically necessary." _Therapeutic Interchange (T.I.)_: Physicians will be deemed to have given permission for the dispensing & administration of select therapeutically equivalent medications, unless the order states "dispense as written" or the box is checked & a non-substitutable drug name written below it. See the _Purple_ placard in this patient's chart (re: T.I.) approved by the hospital's P&T & MEC.

| Date/Hour | PHYSICIAN ORDERS | |
|---|---|---|
| 2/4/04 | Remove Nasal Packing (Cottons) | Physician Signature: |
| | Att 1st Bill with Fully Awake | |
| | | Printed MD Name and ID # |
| | | □ Therapeutic Interchange not permitted For_____(drug name) |
| Date/Hour | Noted/Received KC 2/4/04 1400 | Physician Signature: |
| | | Printed MD Name and ID # |
| | | □ Therapeutic Interchange not permitted For_____(drug name) |
| Date/Hour | DISCHARGE PER ANESTHESIA PROTOCOL | Physician Signature: |
| | | Printed MD Name and ID # |
| | | □ Therapeutic Interchange not permitted For_____(drug name) |

**← DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS**

C1688 PATIENT IDENTIFICATION  07/10/63
FRAZIER, LUKE             40   N
   033173438                  FM
CACHAY, ANTONIO       1296
      02/04/04

**INOVA HEALTH SYSTEM**
**PHYSICIAN ORDERS**

CAT #84596 / R093003
IHS-GEN-ORD
PKGS OF 100        MR 7-00

USE BLACK BALLPOINT PEN
**Important Notice to Physicians:** *Generics*: When available, Pharmacy will dispense a generic drug, equivalent in strength & active ingredients, unless the order states "brand medically necessary." *Therapeutic Interchange (T.I.)*: Physicians will be deemed to have given permission for the dispensing & administration of select therapeutically equivalent medications, unless the order states "dispense as written" or the box is checked & a non-substitutable drug name written below it. See the *Purple* placard in this patient's chart (re: T.I.) approved by the hospital's P&T & MEC.

| Date/Hour | PHYSICIAN ORDERS | |
|---|---|---|
| 2/4/04 | Remove Nasal Packing (Continued) | ☐ Physician Signature: |
| | REST IN R.R. when Fully Awake | |
| | | Printed MD Name and ID # |
| | | |
| | Noted VBrozniak RN | ☐ Therapeutic Interchange not permitted For_____ (drug name) |
| Date/Hour | 2/4/04 1408 | |
| | | Physician Signature: |
| | | |
| | | Printed MD Name and ID # |
| | | |
| | | ☐ Therapeutic Interchange not permitted For_____ (drug name) |
| Date/Hour | DISCHARGE PER ANESTHESIA PROTOCOL | |
| | | Physician Signature: |
| | | |
| | | Printed MD Name and ID # |
| | | |
| | | ☐ Therapeutic Interchange not permitted For_____ (drug name) |

**← DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS**

PATIENT IDENTIFICATION 09/18/63
FRAZZA, LENE           40   M
033173438                   FM
CACHAT, ANTONIO    1296
02/04/04

**INOVA HEALTH SYSTEM**
**PHYSICIAN ORDERS**

CAT #84596 / R093003
IHS-GEN-ORD
PKGS OF 100
MR 7-00

**INSTRUCTIONS:** Unless otherwise specified, authorization is given to dispense a generic equivalent if available on the hospital formulary. Unless specified, all therapeutic interchanges prevail as approved by the facility specific Pharmacy and Therapeutics Committee.

## PHYSICIAN'S ORDERS

### PACU Standing Orders        Page 1 of 1

Inova Fairfax Hospital PACU Standing Orders for Patients that are:

    (1) 12 years or older

    (2) 80 pounds or greater

    (3) ASA Class: ASA 1, ASA 2  or  ASA 3

**A. IV Medication for Pain PRN**

    (1) Fentanyl 25-50 mcg IV. May repeat in incremental doses for a MAX total of 200 mcg

    **Note: Fentanyl is the preferred IV narcotic for Laparoscopic Cholecystectomy Patients**

    (2) Hydromorphone 0.25-0.5 mg IV. May repeat in incremental doses for a MAX total of 2.0 mg

    **Note: Hydromorphone may be used if MAX dose of fentanyl is inadequate for pain control**

**B. PO Medication for Pain PRN**

    **Note: Oxycodone 5mg + Acetaminophen 325 mg Tabs is the preferred PO narcotic for Lap Chole Pts.**

    (1) **Note: Patient should receive only ONE of the following**

        (a) Oxycodone 5mg + Acetaminophen 325 mg Tabs 1-2  PO X 1

        (b) Codeine 30mg + Acetaminophen 300mg Tabs 1-2  PO X 1

        (c) Hydrocodone 5.0mg + Acetaminophen 500mg Tabs   1-2 tabs PO X 1

        (d) Acetaminophen 500mg tabs 1-2 tabs PO X 1

    (2) Ibuprofen 400-800 mg PO X 1 if IV Ketorolac has NOT been administered

**C. Medication for Shivering PRN**

    (1) Meperidine 12.5 mg IV. May repeat X 1

**D. Medication for Nausea/Vomiting PRN**

    (1) Ondansetron 4mg IV. May repeat X 1

    **Note: Preferred for Lap Chole Pts. Cumulative OR+PACU doses should not exceed 8 mg**

    (2) Promethazine 3.125-6.25 mg IV X 1 if Ondansetron ineffective or

    (3) Prochlorperazine 25 mg PR X 1 if Ondansetron ineffective or

    (4) Promethazine 25 mg PR X 1 if Ondansetron ineffective

**E. Orders for Laparoscopic Cholecystectomy Patients PRN**

    (1) Oxycodone 5mg + Acetaminophen 325 mg Tabs 1-2  PO X 1 prior to leaving PACU ONLY WHEN:

        (a) Oxycodone 5mg + Acetaminophen 325 mg Tab not already administered prior

        (b) Pt not suffering from Nausea or vomiting

**F. The following pertains to all patients after PCA or Neuraxial analgesia is initiated**

    (1) Standing orders are no longer in effect except for:

        (a) Meperidine 12.5 mg IV. May repeat X 1 for shivering

Ordering Physician     Lussos, MD

**11:28-Physician Signature:|>Steven A. Lussos, M.D.<|**

    **Date:**   02/04/04

| PATIENT IDENTIFICATION | Drug Sensitivities | INOVA FAIRFAX HOSPITAL |
|---|---|---|
| Name      fRAZZA, LUKE  . | NKDA | |
| History   01668048 | | |
| Account   033173438 | | POST OPERATIVE STANDING ORDERS |
| DOB       07/10/63        Sex  M | | **Physician's Orders** |
| Cm   170     Kg    95 | | |



Inova Fairfax Hospital
3300 Gallows Road
Falls Church, VA 22046

**FRAZZA, LUKE**
MED REC #:  **(00003)01668048**
FINANCIAL #: **000033173438**

AGE:      40 YRS        DOB:    07/10/1963        SEX: M
PATIENT TYPE: P         FX Amb Surg Pre-reg
ADMITTING DR.: CACHAY, ANTONIO J

ADMIT DATE: 02/04/04   DISCHARGE DATE: 11/10/04

## ROUTINE HEMATOLOGY

COLLECTION DATE  01/21/04
COLLECTION TIME   0836

| COMPLETE BLOOD COUNT | | UNITS | REF. RANGE |
|---|---|---|---|
| WBC X 10^3 | 6.6 | /CUMM | (3.5-10.8) |
| RBC X 10^6 | 5.09 | /CUMM | (4.70-6.00) |
| HEMOGLOBIN | 14.8 | G/DL | (13.0-17.0) |
| HEMATOCRIT | 44.5 | % | (42.0-52.0) |
| MCV | 87.5 | FL | (80.0-100.0) |
| MCH | 29.0 | PG | (28.0-32.0) |
| MCHC | 33.2 | G/DL | (32.0-36.0) |
| RDW | 13.3 | % | (11.5-15.0) |
| PLATELET X 10^3 | 173 | /CUMM | (140-400) |
| MEAN PLT VOL | 8.7 | FL | (7.4-10.4) |

| AUTOMATED DIFFERENTIAL | | | |
|---|---|---|---|
| GRAN% | 54 | % | (52-75) |
| LYMPH% | 34 | % | (15-41) |
| MONO% | 9 | % | (0-11) |
| EOS% | 3 | % | (0-5) |
| BASO% | 1 | % | (0-2) |
| GRAN# X 10^3 | 3.5 | /CUMM | (1.8-8.1) |
| LYMPH# X 10^3 | 2.2 | /CUMM | (0.5-4.4) |
| MONO# X 10^3 | 0.6 | /CUMM | (0.0-1.2) |
| EOS# X 10^3 | 0.2 | /CUMM | (0.0-0.7) |
| BASO# X 10^3 | 0.0 | /CUMM | (0.0-0.2) |

PRINTED: 01/22/04 AT 0128
PAGE:   1   (cont.)

**RT HEMATOLOGY**

**FRAZZA, LUKE**
MED REC #: (00003)01668048

LAB 10263 (8/94)
Cat.# 96881

 Inova Fairfax Hospital

**FRAZZA, LUKE**
MED REC #:(00003)01668048
AGE:      40 YRS    DOB:    07/10/1963        SEX: M

## URINALYSIS

COLLECTION DATE   01/21/04
COLLECTION TIME   0836

UNITS REF. RANGE

**MACROSCOPIC ANALYSIS**

| | | | |
|---|---|---|---|
| COLOR | YELLOW | | (YELLOW) |
| CLARITY | CLEAR | | (CLEAR) |
| SPECIFIC GRAVITY . | 1.026 | | (1.001-1.035) |
| pH          . | 5.0 | | (5.0-8.0) |
| PROTEIN | NEGATIVE | | (NEGmg/dl) |
| GLUCOSE | NEGATIVE | | (NEGmg/dl) |
| KETONES | NEGATIVE | | (NEGmg/dl) |
| BILIRUBIN | NEGATIVE | | (NEGATIVE) |
| BLOOD | **MODERATE\*** | | (NEGATIVE) |
| NITRITE | NEGATIVE | | (NEGATIVE) |
| UROBILINOGEN | 0.2 | EU/dL | (0.2-1.0) |
| LEUKOCYTE ESTERAS | NEGATIVE | | (NEGATIVE) |

LEGEND
\* = ABNORMAL

PRINTED: 01/22/04 AT 0128
PAGE:  2   (end of report)

*URINALYSIS*

**FRAZZA, LUKE**
MED REC #: (00003)01668048

LAB 10263 (8/94)
Cat.# 96881



**Inova Fairfax Hospital**
3300 Gallows Road
Falls Church, VA 22046

**FRAZZA, LUKE**
MED REC #:   **(00003)01668048**
FINANCIAL #: **000033173438**

AGE:      40 YRS      DOB:    07/10/1963        SEX: M
PATIENT TYPE: A      AMBULATORY SURG PACU
ADMITTING DR.: CACHAY, ANTONIO J

ADMIT DATE: 02/04/04   DISCHARGE DATE: 02/04/04

## ROUTINE HEMATOLOGY

COLLECTION DATE  01/21/04
COLLECTION TIME    0836

UNITS REF. RANGE

**COMPLETE BLOOD COUNT**

| | | | |
|---|---|---|---|
| WBC X 10^3 | 6.6 | /CUMM | (3.5-10.8) |
| RBC X 10^6 | 5.09 | /CUMM | (4.70-6.00) |
| HEMOGLOBIN | 14.8 | G/DL | (13.0-17.0) |
| HEMATOCRIT | 44.5 | % | (42.0-52.0) |
| MCV | 87.5 | FL | (80.0-100.0) |
| MCH | 29.0 | PG | (28.0-32.0) |
| MCHC | 33.2 | G/DL | (32.0-36.0) |
| RDW | 13.3 | % | (11.5-15.0) |
| PLATELET X 10^3 | 173 | /CUMM | (140-400) |
| MEAN PLT VOL | 8.7 | FL | (7.4-10.4) |

**AUTOMATED DIFFERENTIAL**

| | | | |
|---|---|---|---|
| GRAN% | 54 | % | (52-75) |
| LYMPH% | 34 | % | (15-41) |
| MONO% | 9 | % | (0-11) |
| EOS% | 3 | % | (0-5) |
| BASO% | 1 | % | (0-2) |
| GRAN# X 10^3 | 3.5 | /CUMM | (1.8-8.1) |
| LYMPH# X 10^3 | 2.2 | /CUMM | (0.5-4.4) |
| MONO# X 10^3 | 0.6 | /CUMM | (0.0-1.2) |
| EOS# X 10^3 | 0.2 | /CUMM | (0.0-0.7) |
| BASO# X 10^3 | 0.0 | /CUMM | (0.0-0.2) |

PRINTED: 02/05/04 AT 0102
PAGE:   1    (cont.)

**FRAZZA, LUKE**
MED REC #: (00003)01668048

**RT HEMATOLOGY**

LAB 10263 (8/94)
Cat.# 96881

 Inova Fairfax Hospital

**FRAZZA, LUKE**
MED REC #:(00003)01668048
AGE:      40 YRS    DOB:    07/10/1963        SEX: M

## URINALYSIS

COLLECTION DATE   01/21/04
COLLECTION TIME     0836

|  |  | UNITS REF. RANGE |
|---|---|---|
| **MACROSCOPIC ANALYSIS** | | |
| COLOR | YELLOW | (YELLOW) |
| CLARITY | CLEAR | (CLEAR) |
| SPECIFIC GRAVITY | 1.026 | (1.001-1.035) |
| pH | 5.0 | (5.0-8.0) |
| PROTEIN | NEGATIVE | (NEGmg/dl) |
| GLUCOSE | NEGATIVE | (NEGmg/dl) |
| KETONES | NEGATIVE | (NEGmg/dl) |
| BILIRUBIN | NEGATIVE | (NEGATIVE) |
| BLOOD | **MODERATE\*** | (NEGATIVE) |
| NITRITE | NEGATIVE | (NEGATIVE) |
| UROBILINOGEN | 0.2 | EU/dL (0.2-1.0) |
| LEUKOCYTE ESTERAS | NEGATIVE | (NEGATIVE) |

LEGEND
\* = ABNORMAL

PRINTED: 02/05/04 AT 0102
PAGE:   2     (end of report)

*URINALYSIS*

**FRAZZA, LUKE**
MED REC #:  (00003)01668048

LAB 10263 (8/94)
Cat.# 96881

| Initial Assessment of Readiness to Learn / Variables affecting learning: (Check all barriers that apply) | Preferences for Learning | Individual Trained | | Outcomes Scale of 0-5 |
|---|---|---|---|---|
| ❑ CUL  Cultural/religious | →Verbal | PAT  Patient | | 0 = Refuses Teaching |
| ❑ FIN   Financial barriers | ___ Written | SPS  Spouse | | 1 = No evidence of learning |
| ❑ COG  Cognitive limitations | ___ Visual | CGR  Caregiver | | 3 = Partial |
| ❑ EMO  Emotional | | FAM  Family Members | | 5 = Learned |
| ❑ PHY  Physical limitations | | OTH  Other | | 9 = Group sessions, outcome not assessed |
| ❑ MOT  Motivation | | **Teaching Methods** | | N/A = No Teaching Needed |
| ❑ LIT   Literacy  ✓NONE | | VER  Verbal Instruction   **W**  Written | | |
| ❑ LAN  Language  ❑ PAIN | | CLS  Class               **VID**  Video | | |
| | | DEM  Demonstration | | |

| LEARNING OBJECTIVES: Describe/demonstrate the following | Date Initial | Individual Trained | Teaching Method | Outcome Scale | Date Initial | Individual Trained | Teaching Method | Outcome Scale | COMMENTS/RESOURCES/FOLLOW-UP |
|---|---|---|---|---|---|---|---|---|---|
| Condition Signs/symptoms/deficits | | | | | | | | | |
| Responsibilities of patient's care | 1/21 | P | ✓ | 5 | | | | | |
| Strategies and Medications for Pain Management | | | | | | | | | |
| Safe and effective use of medications | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Drug/food interactions | 1/21 | P | ✓ | 5 | | | | | Nropman |
| Modified diet and nutritional counseling | | | | | | | | | |
| | | | | | | | | | |
| Safe & effective use of medical equipment / oxygen | | | | | | | | | |
| | | | | | | | | | |
| Treatment techniques | | | | | | | | | |
| | | | | | | | | | |
| Rehabilitation techniques | | | | | | | | | |
| | | | | | | | | | |
| When & how to obtain further treatment | | | | | | | | | |
| Community resources | | | | | | | | | |
| Personal safety/precautions | | | | | | | | | |
| Health promotion/wellness | | | | | | | | | |

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---|---|---|---|---|---|
| | | | | Edu | Edu |

PATIENT IDENTIFICATION

**INOVA HEALTH SYSTEM**
## PATIENT/FAMILY EDUCATION CHECKLIST – GENERAL FORM

Facility _____  Pt. Location _____

Facility _____  Pt. Location _____

CAT #81255 / R2-02 • PKGS OF 100

```
INOVA HEALTH SYSTEM                    Srvc/RM-Bed: MFC/              MR#: 01668048
INOVA FAIRFAX HOSPITAL                 FRAZZA, Luke  .                      41   M
PATIENT REGISTRATION                   Referring MD: AVERY, GORDON          #54
DUPLICATE RECORD                       Attending MD:                        #
                                       Acct Type: O             Acct #: 034090632
                                       Acct Start: 04/11/05 Admit:   -   DOB:07/10/63
                                       Scheduled Admit Date:          D/C Date:
```

### D E M O G R A P H I C S

```
Patient Name: FRAZZA, Luke  .          SSN: 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   Interp:NR  VIP:   DNA:N
Address:  3427 ASTON ST                        ,          ANNANDALE   ,VA 22003
(H): (202)285-2321      (W):           Employer:AFP                Race: W  Rel:
Referring Agency:
```

### C O N T A C T S

```
Patient Marital Status:  M             Spouse: FRAZZA, MARY   .
Next of Kin:  FRAZZA, Mary             Rel: W  (H): (703)244-0361   (W):
Emer Contact:  FRAZZA, Mary  .         Rel: W  (H): (703)244-0361   (W):
```

### G U A R A N T O R

```
Guarantor: FRAZZA, Luke  .             Rel: PT  (H): (202)285-2321   (W):
Address:  3427 ASTON ST         ,              ANNANDALE   ,VA  22003
Guarantor SSN: 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             Employer: AFP
```

### I N S U R A N C E

```
Ins Plan 1: NCPPO 01  -787 NCPPO HEALTHLINK    Pol#: 144545368        Group Name: AFP
Bill to:NCPPO        -PO Box 419104         St Louis     ,MO  63141   Group Num: 0001280
Subr: FRAZZA, Luke  .                  Rel: 01 Employer: AFP          PCP Med #:
Subr DOB: 07/10/63
Auth Phone: (800)422-7711                      Precert/Auth#: NPR

Ins Plan 2:            -                Pol#:                         Group Name:
Bill to:               -                           ,                 Group Num:
Subr:                            Rel:  Employer:                     PCP Med #:
Subr DOB:
Auth Phone:                                    Precert/Auth#:

Ins Plan 3:            -                Pol#:                         Group Name:
Bill To:               -                           ,                 Group Num:
Subr:                            Rel:  Employer:                     PCP Med #:
Subr DOB:
Auth Phone:                                    Precert/Auth#:
```

```
Occ Code:11   Date: 1Apr2005     Cond Code:              Acc Code:   Date:

                                 Payment Code:  Amt: $0   Payment Code:  Amt: $0
```

### V I S I T / A D M I S S I O N   D A T A

```
c/o: LOWER BACK PAIN                   Admitting MD:                #   ELOS:
Admitting Dx:                          Code:                            ALOS: 000
Primary Op Dx: LUMBAGO              724.2   Primary Care MD: TERLINSKY, ALAN  Source:
ABS DX's:

Sched Inpt Proc:                       Teach?                           Status:
```

```
PTFACEDUP                              MALHAS, LANA       11Apr2005/ 6:14am
```

Patient Name: **Frazza, Luke**     Medical Record #: **16680048**

Date of Service: **4-11-05**     Location: _____     Account #: _____

1. **Physicians Who Are Not Employees or Agents of Hospital** – I understand that most of the physicians and surgeons furnishing services to me, either individually or through professional corporations including, but not limited to emergency department physicians, radiologists, anesthesiologists, neonatologists, physiatrists, pathologists, and others are independent contractors and are not employees or agents of Inova Health System or this Hospital. I understand that they are independent in the exercise of decisions requiring professional medical judgement, including decisions about my care. I understand that I may receive separate bills for such independent contractor services.

2. **Assignment and Coordination of Insurance Benefits** – I agree to provide information regarding all group hospitalization, health maintenance organization, Workers' Compensation, automobile, and other health care benefits to which I/the patient may be entitled. I hereby assign payment(s), if any, from my insurance carrier(s)/health benefit plan(s) to Inova Health System (or its affiliate) and each of the independent contractor physicians and/or professional corporations for services rendered to me. The direct payment hereby assigned and authorized includes any hospital and/or medical insurance benefits to which I am otherwise entitled, including any Major Medical benefits otherwise payable to me under the terms of my policy, but is not to exceed the balance due to the Inova Health System (or its affiliate), the independent contractor physicians and/or professional corporations for services rendered to me during the applicable periods of medical care.

3. **Unauthorized, Non-Covered, or Out of Plan Services** – I understand that if my insurance company or health maintenance organization does not consider this admission or any service rendered during this admission a covered service or has not authorized this service, they will not pay for this admission or the service rendered during this admission or outpatient visit. I agree to be fully responsible for payment to the Hospital and any independent contractors providing services to me/the patient for this admission or any service if determined by my insurance company or health maintenance organization to be a non-covered service. I also understand and acknowledge that in the case of Out of Plan/Network services, there may be reduced benefits and I may be required to pay a larger co-payment, co-insurance or other charge. I also understand that certain physicians and surgeons, such as radiologists, anesthesiologists, neonatologists, physiatrists, pathologists and others may not be participating physician members of my managed care health plan. In the event that my managed health care plan does not reimburse these services provided to me, I acknowledge that I will be responsible for any balance that it declines to pay for such services. ☐

4. **Authorization to Release Information and Process Claims** – I authorize release of information, including financial information and confidential health information and medical records regarding services rendered during this episode of care or any related services, which may include records relating to treatment for substance abuse, to my insurance carrier(s), managed care plan or other payor, including past and/or present employer(s), Medicare, Medicaid, or Tricare, authorized private review entities, and/or utilization review entities acting on their behalf, authorized chart reviewers and market surveyors of the Hospital, the billing agents and collection agents or attorneys of Inova Health System (or its affiliates) and/or independent contractor physicians and/or professional corporations, my employer's Workers' Compensation carrier, and, as applicable, the Social Security Administration, the Centers for Medicare & Medicaid Services, the Peer Review Organization acting on the behalf of the federal government, and/or any other federal or state agency for the purpose(s) of satisfying billed charges and/or facilitating utilization review and/or conducting chart review and market surveys and/or otherwise complying with the obligations of state or federal law. A photocopy of this authorization may be honored.

5. **Non Responsibility for Personal Property** – I understand and agree that the Inova Health System (or its affiliates) cannot be responsible or liable for any theft of, loss of, or damage to any personal property or other possessions which are not placed in the Hospital's vault for safekeeping. I further understand and agree and authorize that any such money and/or belongings not claimed within sixty (60) days of my discharge from the Hospital may be destroyed or disposed of at the Hospital's discretion, and that any interest or right I may have had in such money or other valuables shall cease. ☐

6. **For Medicare Recipients Only** – I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I request that payment of authorized Medicare benefits be made on my behalf to the Hospital and/or independent contractors for any services furnished to me by that physician or supplier. I authorize any holder of medical information about me to release to the Centers for Medicare & Medicaid Services and its agents any information needed to determine these benefits or the benefits payable for the related services. In the case of Medicare Part B benefits, I request payment either to myself or to the party who accepts assignment. My signature below acknowledges receipt of "An Important Message from Medicare" on the date listed below.

7. **Patient Rights and Advance Directives** – Hospital patients have specific rights and a list is provided in the Patient Information Handbook and brochure that are provided to you by the Hospital. Federal and State laws also give you the right to complete a living will or select a durable power of attorney for health care. The Hospital's policy on Advance Directives and a brochure on Advance Directives will be made available to you upon request.

8. **Responsibility for Payment** – In my capacity as patient, legal representative or representative payee for the patient, I agree to pay all charges for which I may be legally responsible including, but not limited to health insurance deductibles, co-payments, and non-covered services. In the event my account must be placed with an attorney or collection agency to obtain payment, I agree to pay reasonable attorneys' fees and other collection costs.

9. Residents, interns, medical students and other health care professional students may participate, under the supervision of an attending physician or other health care professional, in patient care as part of the Hospital's education programs.

By signing below, I certify that I have read and understand the foregoing, have had the opportunity to ask questions and have them answered and accept the above conditions and terms. I further certify that I am the patient listed above or am the guardian, duly authorized representative, parent or other family member of the patient.

_____     **4/11/05**
PATIENT (GUARDIAN, ETC.)     DATE

_____
RELATIONSHIP TO PATIENT (IF NOT SIGNED BY PATIENT)

_____     **4-1-05**
WITNESS     DATE

PATIENT IDENTIFICATION

**INOVA HEALTH SYSTEM**
# AUTHORIZATION FOR
# CLAIMS, PAYMENT, AND REVIEWS

*White: Medical Records • Yellow: Patient Copy*

CAT #96275 / R012704 • PKGS OF 100

Inova Fairfax Hosp - 101

I certify that I have been made aware of Inova Health System's **Notice of Privacy Practices** and that I have a right to receive a copy upon request. This Notice describes the type of uses and disclosures of my protected health information that might occur during my treatment, to facilitate the payment of my bills or in the performance of Inova Health System's health care operations. The Notice also describes my rights and Inova Health System's duties with respect to my protected health information. I understand that copies of the **Notice of Privacy Practices** are available in the registration areas of each facility and on Inova Health System's web site at www.inova.org. I may request that a copy be mailed to me by calling **703-204-3342.**

Inova Health System reserves the right to change the privacy practices that are described in the **Notice of Privacy Practices**. I may obtain a revised **Notice of Privacy Practices** by calling the above number and requesting a revised copy be mailed to me, by asking for one at the time of my next appointment, or by accessing Inova Health System's web site listed above to view the most current version.

_____
SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE

_____
NAME OF PATIENT OR PERSONAL REPRESENTATIVE

_____
DATE

_____
DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY

_____
                    PATIENT IDENTIFICATION

**INOVA HEALTH SYSTEM**
**ACKNOWLEDGEMENT OF RECEIPT OF**
**NOTICE OF PRIVACY PRACTICES**

CAT #84498 / R032103
PKGS OF 100    **MR 32-06**



**8318 ARLINGTON BOULEVARD**

**FAIRFAX, VIRGINIA 22031**

(703) 204-8333

FRAZZA, LUKE
M1668048
04/11/05        DOB: 07/10/63
                AGE: 41


    GORDON AVERY MD                      PH: (703)525-6100
    1635 N GEORGE MASON DR SUITE 310     FAX: (703)525-6131
    ARLINGTON, VA  22205


**MRI LUMBAR SPINE WITHOUT CONTRAST**

**HISTORY:** Low back and left leg pain.

**FINDINGS:** There is minor degenerative desiccation of the L3-L4 disc. There is in addition what is almost certainly an extruded fragment lying in and just lateral to the left neural foramen. This is seen on both the axial and sagittal scans. The fragment appears to be about 6 x 12 mm in size and is clearly crowding the exiting nerve root. This would not be evident on a standard myelogram given its lateral location.

The other disc levels appear normal. No intrathecal pathologies are seen. The central canal is widely patent.

**IMPRESSION:** Evidence of a far lateral left L3-L4 extruded fragment.


DAVID BRALLIER M.D.
Fairfax Radiological Consultants, PC

DRB:jk 04/11/2005