# Continuation of Medical Records
# 3 -6

.

3

✓

```
FRAZZA, LUKE
W209712          DOB: 07/10/63
05/21/97         AGE: 33
```

```
     ELIZABETH A ATKINSON MD
     46440 BENEDICT DR        SUITE 213
     STERLING, VA  20164
```

**SCREENING CT SCAN SINUSES:**
10 mm coronal sections were taken through the sinuses.

A prominent right nasal septal deviation is present, particularly
anteriorly.  Low ethmoid mucosal thickening on the left is more prominent
anteriorly and shows mild extension to the floor of the frontal sinus.
Mucosal thickening at both maxillary sinus floors is more prominent on the
right with a maximum thickness focally of about 1.5 cm.  Some mild
thickening extends to the roof the left maxillary sinus.  The remainder of
the sinuses are clear.  No other significant thickening.  No sinus fluid.

**IMPRESSION:**
Left anterior ethmoid and bilateral maxillary mucosal thickening as
described.

L.K. Goodwin, M.D.

LKG:tjl 5/22/97

```
FRAZZA, LUKE                                    EXAM PERFORMED AT:
W209712          DOB: 07/10/63                  3299 Woodburn Road
06/15/00         AGE: 36


      SIMON S CHUNG MD
      3299 WOODBURN RD          SUITE 200
      ANNANDALE, VA  22003
```

**CLINICAL HISTORY:**
Left flank pain and hematuria.

**IVP:**
Low-osmolar contrast was utilized due to mutiple allergies. The patient
described a feeling of having past a stone yesterday.  The preliminary
survey film of the abdomen and pelvis on this patient reveals no evidence
of obvious calcifications overlying the kidneys over the course of the
ureters.  Following injection of contrast there are prompt and symmetric
nephrograms seen bilaterally.  The renal contours are normal with no
evidence of mass seen.  The pelvocaliceal systems appear to be normal
bilaterally on tomographic cuts.  The ureters also appear to be normal with
no hydroureter seen or filling defect.  The bladder is normal.  There is no
significant postvoid residual volume.

**IMPRESSION:**
Normal IVP.



K.G. Rieth, M.D.
*Fairfax Radiological Consultants, PC*

KGR:tk 6/16/2000

```
FRAZZA, LUKE                                    EXAM PERFORMED AT:
W209712          DOB: 07/10/63                  3299 Woodburn Road
11/13/03         AGE: 40
```

```
      ANTONIO J CACHAY MD
      3289 WOODBURN ROAD      STE 085
      ANNANDALE, VA  22003
```

**CT SINUS SCREEN:**
The study is compared with that of May 21, 1997.

The sinuses are normally pneumatized.  There is seen to be chronic
sinusitis with mucosal cyst in the floor of the right maxillary antrum and
a small cyst 1 cm in size from the roof of the left maxillary antrum.  The
frontal sinus reveals mucosal thickening of less than 5.0 mm on the left
side.  Sphenoid and ethmoid sinuses are clear.  The nasal septum is
midline.  The turbinates are normal.

**IMPRESSION:**
Mild chronic sinusitis with little interval change since the study of 1997.

K.G. Rieth, M.D.
Fairfax Radiological Consultants, PC

KGR:fsl/bjh 11/18/2003

FRAZZA, LUKE
M1668048          DOB: 07/10/63
04/11/05          AGE: 41


        GORDON AVERY MD                          PH:  (703)525-6100
        1635 N GEORGE MASON DR SUITE 310         FAX: (703)525-6131
        ARLINGTON, VA  22205


**MRI LUMBAR SPINE WITHOUT CONTRAST**

**HISTORY:** Low back and left leg pain.

**FINDINGS:** There is minor degenerative desiccation of the L3-L4 disc. There
is in addition what is almost certainly an extruded fragment lying in and
just lateral to the left neural foramen. This is seen on both the axial and
sagittal scans. The fragment appears to be about 6 x 12 mm in size and is
clearly crowding the exiting nerve root. This would not be evident on a
standard myelogram given its lateral location.

The other disc levels appear normal. No intrathecal pathologies are seen.
The central canal is widely patent.

**IMPRESSION:** Evidence of a far lateral left L3-L4 extruded fragment.


DAVID BRALLIER M.D.
Fairfax Radiological Consultants, PC

DRB:jk 04/11/2005

4

Patient:   FRAZZA, LUKE                    Patient #:   1480220

DOB:   07/10/1963       Age:   41 years        SSN:   144545368

Appt Date/Time:   Tue 04/19/2005    9:10A    Appt Type:   ESTAB PATIENT NEW PROBLEM

Provider:   CHILDS, RONALD C              Referring Doctor:   AVERY,GO

Last Diagnosis:   DISPLACEMENT LUMBAR DISC (HNP)                    *photojournalist*

Appointment Comment:   POSS BLOWN DISK/NCPPO/REF BY DR AVERY/JC    *(works c̄ Laura Bush*

MRI L34 extruded disk (far lateral)

CC: L leg pain, numbness, anterior thigh, knee, lateral
calf to ankle, Burning PSIS

Onset: fall 1/23 ← bed fell

Worse: in + out of car, worse standing, worse
after long
plane trips

Tried: hip cortisone inj. ⊖ Work       ↳ ord Ly
       Medrol Dose Pack                    pain
       Vicodin

Exam: NL gait, toe/heel, LROM 60° flex, SLR(-) 5/5 mot

Plan: refill (done)

Ronald C. Childs, M.D. - 1

**PATIENT HISTORY**
**DATA BASE**

Patient Name _LUKE FRAZZA_        BP _____ / _____

Date _4/19/05_        P _____ R _____ T _____

| Date patient history reviewed / Initials | | | |
|---|---|---|---|

## Please complete the following information:

| Present weight: | Height: 5 7 | Age: 41 | ☑ Right handed | ☐ Left handed | Currently pregnant? ☐ Y ☐ N |
|---|---|---|---|---|---|

| REVIEW OF SYSTEMS (✓ ALL THAT APPLY) | |
|---|---|
| Eye Problems | ☐ Iritis ☐ Glaucoma ☑ None ☐ Other (list) |
| Ear, Nose, Throat, Mouth | ☐ Recurrent sinusitis ☑ None ☐ Other (list) |
| Cardiovascular System | ☐ High blood pressure ☐ Chest pains ☐ Stroke / TIA's ☐ Phlebitis / DVT's ☑ None |
| Skin Problems | ☐ Dermatitis ☐ Eczema ☑ None |
| Stomach / Intestinal | ☐ Ulcers ☐ GERD ☐ Heartburn ☐ Diverticulosis ☑ None |
| Respiratory System | ☐ COPD ☐ Asthma ☑ Seasonal Allergies ☐ None |
| Musculoskeletal | ☐ Arthritis ☑ None ☐ Rheumatoid ☐ Osteo ☐ Juvenile |
| Neuro / Psychological | ☐ Anxiety ☐ Depression ☐ Seizure ☐ Migraines ☐ ADD / ADHD ☑ None |
| Endocrine Problems | ☐ Thyroid Disease ☐ Diabetes ☑ None |
| Kidney / Bladder Problems | ☐ Incontinence ☑ None ☐ Frequent bladder infections |

| PAST MEDICAL HISTORY (✓ ALL THAT APPLY) | |
|---|---|
| Cardiovascular | ☐ Coronary Artery Disease ☑ None ☐ Pacemaker ☐ Stent Placement |
| Infectious Diseases | ☐ HIV / AIDS ☐ Hepatitis (List type) ☐ TB (when?) ☑ None |
| Cancer | ☐ NO (IF YES, LIST TYPE – ONSET – ☐ YES IN REMISSION – CURED) ☑ NONE |
| Pregnancy | Number of children: |
| Weight change / last year | ☐ Gain (how much?) ☐ Loss (how much?) |

| SURGICAL HISTORY (✓ ALL THAT APPLY) | |
|---|---|
| | ☐ Orthopaedic Surgery (If yes, please list the type and date) ☐ None 3 KNEE (1978 -1980) BONE SPUR (L) FOOT – 2000 |
| | ☐ Cardiovascular Surgery (If yes, please list the type and date) ☑ None |
| | ☐ Cancer Surgery (If yes, please list the type and date) ☑ None |
| Have you had anesthesia before? ☑ Y ☐ N | |
| Any complications? ☐ Y ☑ N  If yes, describe: | |

| ALLERGIES TO MEDICATIONS |
|---|
| ☐ Penicillin ☐ Sulfa ☐ Other (list) ☐ None |

| OTHER ALLERGIES |
|---|
| ☐ Radiographic dyes ☐ Iodine ☐ Latex ☐ Shellfish ☐ None |

| CURRENT MEDICATIONS AND DOSAGE (Prescription, over-the-counter, and herbal) |
|---|
| ☐ None VICODIN – AS NEEDED FOR PAIN |
| |
| |
| |
| |
| |
| |
| |
| |

### FAMILY HISTORY (✓ ALL THAT APPLY)

| ☐ Heart Disease | ☑ Stroke | ☐ Diabetes | ☐ Arthritis | ☐ Osteoporosis | ☐ Alzheimer's | ☐ Gout | ☐ Cancer, what type? |
|---|---|---|---|---|---|---|---|

### SOCIAL HISTORY (✓ ALL THAT APPLY)

| ☐ Smoke | If yes, # of packs per day | # of cigars | # of pipes | # of chews |
|---|---|---|---|---|
| ☑ Drink | If yes, ☑ Socially ☐ Rarely ☐ Daily ☐ Weekly | | | |

**PLEASE COMPLETE THE BACK OF THIS SHEET →**

Patient Name: _LUKE FRAZZA_        Date: _4/19/05_

COR-102

Ronald C. Childs, M.D. - 2    Revised 7/02

**RECREATIONAL ACTIVITY (✓ ONE)**

| ☐ High level athlete | ☐ Heavy laborer | ☐ Moderate athlete (2–3 times per week) |
|---|---|---|
| ☐ Recreational athlete | ☐ Sedentary (no exercise) | ☐ Home bound |
| ☐ List activity, times per week, and duration/miles | | |

**OSTEOPOROSIS EVALUATION (✓ CHECK EACH BLOCK THAT APPLIES TO YOU PERSONALLY)**

| ☐ Female | ☐ Being underweight | ☐ Smoking | ☐ Drink alcohol (3 drinks per day) |
|---|---|---|---|
| ☐ Having a family member with a hip fracture by the age of 50 | | ☐ Habitual low calcium intake | |
| ☐ Excessive carbonated drink consumption (4 or more per day) | | ☐ Menopause or surgical removal of ovaries | |
| ☐ Being in-active (Less than 20 minutes of weight bearing exercise, 3 days / week) | | | |

Have you had an osteoporosis screen?   ☐ Yes ☐ No   If yes, when?
   What were the results?
Have you had a height loss in the past year?   ☐ Yes ☐ No   If yes, how much?

**PLEASE DESCRIBE ANY MEDICAL CONDITIONS, MEDICAL PROBLEMS, OR ANY INFORMATION YOU FEEL WOULD BE BENEFICIAL IN YOUR ORTHOPAEDIC TREATMENT**

*PLEASE INDICATE BELOW WHERE YOUR SYMPTOMS ARE LOCATED*



| **KEY** | |
|---|---|
| Numbness | ================ |
| Pins & Needles | OOOOOOOOOOOOOOOOOOOOOOOOOO |
| Burning Pain | XXXXXXXXXXXXXXXXXXXXXX |
| Stabbing Pain | ////////////////////////////////// |

**If you are having pain, please rate the intensity of your pain on a scale of 0 – 10, with 0 being no pain and 10 being the worst possible pain** 8

*COMMONWEALTH ORTHOPAEDICS*
*and*
*REHABILITATION, P.C.*

# Progress Notes

**MEDICAL REPORT ON:**  LUKE FRAZZA

**PATIENT ACCOUNT:**  1480220

**DATE OF EXAMINATION:**  4-19-05

LUKE FRAZZA is a 41 -year-old, gentleman who presents with complaints of left leg pain after having a fall in January, when he slipped and fell landing directly on his rear-end. He subsequently had an immediate onset of back and leg pain. This pain is primarily in the left buttock, extending to the left thigh in the classic L3 and L4 distribution. The patient denies any bowel or bladder dysfunction. He has had some recent right leg problems although they are different in nature. This really appears to be more of a sympathetic type pain. He has recently returned from a long flight from Afghanistan and had extreme difficulty sitting for long period of times on the plane. The pain is increased with sitting more than ten minutes. He states, his pain has worsened in the past month. It has not improved. He has been treated with a Medrol Dosepak as well as a trochanteric injection. None of which have provided lasting relief. He has had no prior back issues like this. He has had prior knee injuries and had multiple knee surgeries on the right.

**EXAMINATION:** On physical examination today, he is a well developed, well nourished, male who is alert and oriented times three. He arises with some difficulty from a seated position. He demonstrates a flexed posture with standing and walking. He is favoring the left lower extremity, but he is able to heel and toe walk. Straight leg raising is negative on the right and mildly positive on the left. There is a weakness in the quadriceps of the left leg at a grade of 4/5. There is no atrophy, no skin changes noted and the pulses are intact. Sensation is intact.

**X-RAYS:** MRI reveals a disk herniation at L3-L4, compromising both the L3 and L4 nerve roots.

**IMPRESSION:** Lumbar radiculopathy. The patient is an appropriate candidate for surgery. This would be laminotomy/diskectomy L3-L4 on the left. The procedure was reviewed in detail. The indications and potential complications were discussed. Educational materials were dispensed.

**PLAN:** He will contact us when he wishes to proceed with the surgery.

RCC/cr

Ronald C. Childs, M.D. - 4



8318 ARLINGTON BOULEVARD

FAIRFAX, VIRGINIA 22031

(703) 204-8333

FRAZZA, LUKE
M1668048
04/11/05

DOB: 07/10/63
AGE: 41

GORDON AVERY MD
1635 N GEORGE MASON DR SUITE 310
ARLINGTON, VA 22205

PH: (703)525-6100
FAX: (703)525-6131

## MRI LUMBAR SPINE WITHOUT CONTRAST

**HISTORY:** Low back and left leg pain.

**FINDINGS:** There is minor degenerative desiccation of the L3-L4 disc. There is in addition what is almost certainly an extruded fragment lying in and just lateral to the left neural foramen. This is seen on both the axial and sagittal scans. The fragment appears to be about 6 x 12 mm in size and is clearly crowding the exiting nerve root. This would not be evident on a standard myelogram given its lateral location.

The other disc levels appear normal. No intrathecal pathologies are seen. The central canal is widely patent.

**IMPRESSION:** Evidence of a far lateral left L3-L4 extruded fragment.

DAVID BRALLIER M.D.
Fairfax Radiological Consultants, PC

DRB:jk 04/11/2005

FILE CO

5



8318 ARLINGTON BOULEVARD

FAIRFAX, VIRGINIA 22031

(703) 204-8333

FRAZZA, LUKE
M1668048          DOB: 07/10/63
04/11/05          AGE: 41


        GORDON AVERY MD                          PH: (703)525-6100
        1635 N GEORGE MASON DR SUITE 310         FAX: (703)525-6131
        ARLINGTON, VA  22205


**MRI LUMBAR SPINE WITHOUT CONTRAST**

**HISTORY:** Low back and left leg pain.

**FINDINGS:** There is minor degenerative desiccation of the L3-L4 disc. There is in addition what is almost certainly an extruded fragment lying in and just lateral to the left neural foramen. This is seen on both the axial and sagittal scans. The fragment appears to be about 6 x 12 mm in size and is clearly crowding the exiting nerve root. This would not be evident on a standard myelogram given its lateral location.

The other disc levels appear normal. No intrathecal pathologies are seen. The central canal is widely patent.

**IMPRESSION:** Evidence of a far lateral left L3-L4 extruded fragment.


DAVID BRALLIER M.D.
Fairfax Radiological Consultants, PC

DRB:jk 04/11/2005

# VIRGINIA NEUROSURGEONS, PC

**1715 NORTH GEORGE MASON DRIVE**
**SUITE 402**
**ARLINGTON, VIRGINIA 22205**

CHARLES J. RIEDEL, MD
ABRAHAM KADER, MD

TELEPHONE: 703.248.0111
FACSIMILE: 703.248.0046

## Initial Neurosurgical Evaluation

RE:    **FRAZZA, LUKE**

DATE:    **04/21/05**

**History**: This patient is a 41-year-old man who is being evaluated for left leg pain.

The patient had no symptoms until January. He slipped on a wet floor landing on his buttocks. He developed pain in the lower back. This subsequently radiated toward the left hip and eventually down the thigh and into the anterior shin to the ankle. He also had intermittent numbness and tingling which actually preceded the leg pain and now occurs intermittently. He was seen by Dr. Gordon Avery. He was initially treated with a Medrol Dosepak as well as a cortisone injection. Because of the extension of his symptoms further down the leg and the numbness and tingling an MRI was ordered. This demonstrated a foraminal disc herniation on the left at L3-4. He was referred for neurosurgical and orthopaedic spine opinion.

He has not noticed any weakness in the leg. He has had some right sided symptoms just over the last several days but they are not nearly as prominent as those on the left. The pain in his back and buttock area is described as burning with more sharp pain down the leg.

He otherwise enjoys quite good health. He has had three operations on his right knee. He has also had a bone spur removed from the left foot and pilonidal cyst surgery in the past. He is taking Vicodin currently for his pain but no other medications. He is not allergic to any medications. He does not smoke.

**Physical Examination**: Straight leg raising on the right causes some left sided lower back pain. Lateral bending to the left causes quite severe burning pain in his back. He has normal tone. No atrophy is seen. There are no fasciculations. Power is 5/5 throughout including the hip flexors, adductors, quadriceps, ankle dorsi and plantar flexors. He is able to do a deep knee bend on either leg alone, although it is more uncomfortable on the left leg. He does have some decreased sensation in the anterior thigh to pin. Reflexes are 2+ at both knees and both ankles. He is uncomfortable but otherwise has normal gait.

**Impression**: Herniated nucleus pulposis extraforaminal left L3-4.

We reviewed the patient's MRI scan which was carried out on April 11, 2005. This shows a large foraminal and extraforaminal fragment at L3-4 with compression of the exiting L3 root. This corresponds well with his clinical symptoms.

**Recommendations**: We have discussed the situation in some detail. Certainly one option would be to continue with non-operative therapy including physiotherapy, medications, and the like. It is a large fragment and he is really quite uncomfortable at this point and feels, in fact, his pain has gotten 60% just over the last few days. The other alternative here would be surgical excision. We have discussed a variety of options. We would try an extraforaminal approach. We

**RE: FRAZZA, LUKE**
**April 21, 2005**
**Page 2**

have discussed that if the entire fragment cannot be retrieved in that manner that a more standard laminotomy could be included as well. We have discussed the advantages and disadvantages of various approaches as well as the potential complications. He understands all of these things and would like to move ahead with surgery. We will try and expedite this for him because of the severity of his pain.


Charles J. Riedel, MD

CJR.m.sw.kj.29664O

cc:     Gordon L. Avery, M.D.
        1635 N. George Mason Drive
        Suite 310
        Arlington, VA  22205

```
04/22/2(            /IRGINIA HO  TAL CENTER           'ERIM REPORT
  21:00            ₁701 N. GEORGL MASON DRIVE             PAGE 1
                    ARLINGTON, VA 22205

NAME: FRAZZA,LUKE
H#  : 06021957      LOC: AMD    ROOM:         AGE: 41Y    SEX: M
HOSP: ARL
ACCT: 5703598       DR: RIEDEL, CHARLES

F29014  COLL: 04/22/2005 16:54  REC: 04/22/2005 17:03 PHYS: TERLINSKY, ALAN
```

Comprehensive Metabo
| | | | |
|---|---|---|---|
| Sodium | 141 | [135-145] | mmol/L |
| Potassium | 4.2 | [3.5-5.0] | mmol/L |
| Chloride | 104 | [98-108] | mmol/L |
| Carbon Dioxide | 26 | [23-32] | mmol/L |
| Blood Urea Nitrogen | * 21 | [9-20] | mg/dL |
| Creatinine | 0.8 | [0.7-1.5] | mg/dL |
| Glucose | 89 | [70-110] | mg/dL |
| Calcium | 9.0 | [8.4-10.2] | mg/dL |
| Total Protein | 7.4 | [6.3-8.2] | g/dL |
| Albumin | 4.2 | [3.9-5.0] | g/dL |
| Bilirubin Total | 0.5 | [0.2-1.3] | mg/dL |
| AST | 27 | [17-59] | U/L |
| ALT | 53 | [21-72] | U/L |
| Alkaline Phosphatase | 65 | [38-126] | U/L |

CBC with Diff
| | | | |
|---|---|---|---|
| WBC Count | 8.3 | [3.6-9.6] | k/uL |
| RBC Count | 5.23 | [4.35-5.67] | mil/uL |
| Hemoglobin | 16.1 | [13.1-17.1] | g/dL |
| Hematocrit | 45.8 | [39.5-50.3] | % |
| MCV | 87.5 | [80.0-100.0] | fL |
| MCH | 30.7 | [27.7-33.1] | pg |
| MCHC | 35.1 | [31.7-35.7] | g/dL |
| RDW | 13.1 | [10.0-15.0] | % |
| Platelet Count | 184 | [150-440] | k/uL |
| MPV | 8.2 | [6.0-10.5] | fL |
| Segmented Neutrophil | 57.7 | [40.0-80.0] | % |
| Lymphocyte | 30.3 | [15.0-49.0] | % |
| Monocyte | 7.3 | [0.0-15.0] | % |
| Eosinophil | 4.1 | [0.0-7.0] | % |
| Basophil | 0.6 | [0.0-2.0] | % |
| WBC Comment | Normal | | |
| RBC Comment | Normal | | |
| Platelet Comment | Normal | | |

PT with INR
| | | | |
|---|---|---|---|
| Prothrombin Time | 12.1 | [10.4-13.5] | sec |

```
FRAZZA, LUKE              CONTINUED                   PAGE 1
```

```
04/22/20              /IRGINIA HO:  TAL CENTER            'ERIM REPORT
   21:00             ±701 N. GEORGE MASON DRIVE                  PAGE 2
                        ARLINGTON, VA 22205

NAME: FRAZZA,LUKE
H#  : 06021957              LOC: AMD    ROOM:          AGE: 41Y    SEX: M
HOSP: ARL
ACCT: 5703598               DR:  RIEDEL, CHARLES

F29014  COLL: 04/22/2005 16:54  REC: 04/22/2005 17:03 PHYS: TERLINSKY, ALAN
```

---

```
     PT with INR    (CONTINUED)
        INR                     0.91
                                RECOMMENDED RANGES FOR PROTIME INR:
                                  2.0-3.0 for most medical and surgical
                                   thromboembolitic states
                                  2.5-3.5 for recurrent embolism or DVT
                                  3.0-4.0 for prosthetic heart valves
                                It is recommended that the INR is to be
                                 used only for the management of
                                 patients on stable (>2 weeks) oral
                                 anticoagulant therapy.

        PTT                     25      [20-36]        sec
```

---

```
FRAZZA, LUKE              END OF REPORT                   PAGE 2
```

OPERATIVE REPORT

PATIENT: FRAZEA, LUKE
MRN:     00000602195
ACCOUNT: 00000570359

DATE OF OPERATION: 04/26/2005
SURGEON:        Charles J Riedel, MD
ASSISTANT:      Donald Wright, MD
ANESTHESIOLOGIST:

PREOPERATIVE DIAGNOSIS:
Foraminal and extraforaminal disk herniation left L3-4.

POSTOPERATIVE DIAGNOSIS:
Foraminal and extraforaminal disk herniation left L3-4.

OPERATION:
1.  Transfacet approach for excision of foraminal and
extraforaminal disk herniation left L3-4.
2.  Operating microscope.

ANESTHESIA:
General endotracheal

INDICATIONS:

DESCRIPTION OF PROCEDURE:
After the induction of general endotracheal anesthesia, the
patient was turned into the prone position on bolsters and all
pressure points carefully padded.  The lower back was prepped and
draped in the usual sterile fashion.

A localizing radiograph was made to plan the incision and then
the incision was made 2 cm to the left of midline spanning the L3
4 interspace.  Dissection was carried down through the
subcutaneous tissue to the muscle fascia.  We then developed a
plane of dissection along the muscle septa down to the L3-4 facet
joint.  Another lateral radiograph was confirmed to confirm
appropriate anatomical levels.  We swept the muscles medially off
of the L3-4 facet joint and at the base of the L3-4 facet,
identified the L4 transverse process.  We also went superiorly
defining the pars and then the base of the L2-3 facet joint and
identified the L3 transverse process.  We swept the muscle back
and placed self-retaining retractors.  We elevated tissue off of
the inner transverse fascia further medially and then divided the

inner transverse membrane. The foramen was entangled with a very dense venous plexus. We spent a good deal of time isolating and cauterizing and dividing the veins very carefully. The disk herniation was surrounded by a considerable amount of reactive tissue and venous plexus and we could not feel we could completely excise it from this approach. We, therefore, went back to just to the left of midline and did a subperiosteal exposure and once again confirmed our levels. We then used a Midas Rex drill and a variety of Leksell and Kerrison rongeurs to perform a hemilaminectomy of L3 on the left. We then, with the disk space, the L4 root and the L3 root, fully defined, proceeded through the facet. The disk herniation again was surrounded by reactive tissue and a very dense venous plexus and epidural venous bleeding was quite profuse. Once again we spent a good deal of time cauterizing these epidural venous bleeders. We were able to get an excellent exposure, however, of the disk which emanated laterally and superiorly from the disk space displacing the L3 root dorsally and cranially. We removed four large free fragments of disk from here. The medial portion of the disk was just medial to the pars and the most lateral portion went extraforaminally. Several smaller fragments were also removed and then the herniation had been completely excised and the L3 root was now nicely free in its course.

We copiously irrigated the area and hemostasis was excellent. A Hemovac was placed in the epidural space and brought out through a separate stab incision. The wound was then closed in layers using #2-0 Vicryl in the fascia, #3-0 Vicryl in the subcutaneous and subcuticular layers and Steri-Strips on the skin. A sterile dressing was applied.

The patient was returned to the supine position. He tolerated the procedure well with no intraoperative complications.

COMPLICATIONS:

_____

Charles J Riedel, MD

1987

CJR:Spheris10653    C: 04/27/05 08:14
D: 04/26/05 22:24 T: 04/27/05 08:14 DOCUMENT: 200504270771654400

**VIRGINIA HOSPITAL CENTER**
**1701 NORTH GEORGE MASON DRIVE**
**ARLINGTON, VIRGINIA 22205**
**SURGICAL PATHOLOGY REPORT**

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | **FRAZZA, LUKE** | **ACCESSION #:** | **S05-5442** |
| DOB/AGE: | 7/10/1963 (Age: 41) | DATE COLLECTED: | 4/27/05 |
| SEX: | M | MRN #: | 06021957 |
| PHYSICIANS: | CHARLES RIEDEL | ACCOUNT #: | 5703598 |
| | | LOCATION: | 5B |
| | | DISCHARGE DATE: | 4/27/05 |

**SPECIMEN(S) RECEIVED:**
DISC, L3-4

**GROSS:**
Specimen is received in formalin and consists of fragments of rubbery white-tan tissue measuring 2 x 1.5 x 0.5 cm.  ESS - 1 cassette
SS:rbj

**DIAGNOSIS:**
Disc L3-4:
        Fibrocartilaginous disc material

SS:rbj

Electronically Signed By:  Stephanie B. Soofer, MD 4/28/05

06/24/2005 09:22 FAX                                                    ☒004/005

# VIRGINIA NEUROSURGEONS, PC
### 1625 NORTH GEORGE MASON DRIVE
### SUITE 445
### ARLINGTON, VIRGINIA 22205

CHARLES J. RIEDEL, MD
ABRAHAM KADER, MD

TELEPHONE: 703.248.011·
FACSIMILE:  703.248.004(

### Neurosurgical Evaluation

**RE:**     **FRAZZA, LUKE**

**DATE:**     **06/06/05**

**History:**  Mr. Frazza underwent excision of a very large foraminal and extraforaminal disc herniation on April 26, 2005.  He has shown marked improvement.  He has had significant relief of his pain.  He still notes some discomfort in the left side of his back and extending into the anterior thigh when he is very tired.  He no longer has the severe burning in the knee area.

He has had some difficulty sleeping at night.  He is more comfortable on his back and he is normally a side sleeper.

**Physical Examination:**  His incision is healing nicely.  There is still some induration, but no evidence of infection.  He has excellent power to manual testing, including the hip flexors, adductors and quadriceps, as well as the ankle dorsiflexors with no focal weakness.  He still has some decreased sensation predominantly in the anterior thigh.  The left knee reflex is reduced in comparison to the right.

He is walking well.  He has good posture.

**Impression:**  Status post excision of foraminal and extraforaminal disc herniation left L3-4.  He has had significant improvement in his pain.  He does have some residual discomfort, as well as some residual decreased sensation.

We will have him undergo a course of physiotherapy to include local modalities, stretching, range of motion and postural exercises, as well as core strengthening.  We will give him a prescription for Ambien to help get him back on a more regular sleep cycle.  We will see him back in 4-5 weeks' time to monitor his progress.  He has a very difficult job carrying 30-40 pounds of camera equipment on his back and we will not have him resume this until he is about 3 months from surgery and has a good course of therapy under his belt.


Charles J. Riedel, MD

CJR.m.th.kj.38871l

cc:     Gordon L. Avery, MD
        1635 N. George Mason Drive, #310
        Arlington, VA  22205-3616

## VIRGINIA NEUROSURGEONS, PC
### 1625 N. GEORGE MASON DRIVE
### SUITE 445
### ARLINGTON, VIRGINIA 22205

CHARLES J. RIEDEL, MD
ABRAHAM KADER, MD
DONALD C. WRIGHT, MD

TELEPHONE: 703.248.0111
FACSIMILE:  703.248.0046

<u>Neurosurgical Followup</u>

RE:        FRAZZA, LUKE

DATE:      07/14/05

**History**: Mr. Frazza is now two and a half months since he underwent a foraminal discectomy at L3-4. He is continuing to improve. His strength feels better, although not yet back to normal. He still gets some discomfort in the left anterior thigh. He has undergone physiotherapy.

**Physical Examination**: His wound has healed well. He has good strength to manual testing, although he still has some difficulty with a deep knee bend on that left leg. Sensation is better with no numbness at this point.

**Impression**: Status post left L3-4 discectomy.

Clinically he continues to improve with resolving radiculopathy on the left.

**Recommendations**: We will have him continue with his therapeutic exercise program and I have discussed the importance of continuing that on a regular basis to try and minimize episodes of back pain in the future. He is not yet able to return to work. We will see him back in six weeks and reassess things then.


Charles J. Riedel, MD

CJR.m.sw.ab.kj.48312DG



ORTHOPEDIC PHYSICAL THERAPY OF NORTHERN VIRGINIA

August 29, 2005

Charles J. Reidel, M.D.
1715 N. George Mason Drive, Suite 402
Arlington, VA 22205

**Re:    Luke Frazza**
**        05-400**

Dear Dr. Reidel:

Thank you for your referral of Mr. Frazza to our clinic, status post his lumbar discectomy. He has received treatment on a total of fourteen sessions over a four and one-half week period. The treatment program has consisted of the following activities: 1. Therapeutic exercises, 2. Gentle joint mobilization techniques, 3. Soft tissue mobilization techniques, 4. Local modalities for pain control, and 5. Instruction in posture and body mechanics.

As a result of treatment, there has been improvement. The active trunk range of motion is increased. Currently, the active trunk range of motion is as follows: extension is 75% of normal range, left rotation is 90%, and right rotation is 100%. When measuring from the fingertips to the floor, left lateral flexion is 53 cm., right lateral flexion is 55 cm., and forward flexion is 17 cm. Mild discomfort persists at the end range of left lateral flexion only. Flexibility is also improved. Currently, flexibility is grossly normal in the bilateral calf muscles. It remains only slightly limited in the bilateral hamstrings. The seated extension test is now negative. However, tightness persists in the right pelvic joints. The straight leg raise test is negative bilaterally. The femoral nerve stretch test remains positive only on the right side. Postural awareness has improved. Mr. Frazza's general level of irritation has been significantly reduced. However, intermittent, mild discomfort persists with prolonged activities. He continues to exhibit discomfort with sleeping positions and with prolonged sitting. If you approve, we will continue PT at two times per week for an additional four weeks. Activities will be geared towards increasing general strength and improving Mr. Frazza's activity level. Please advise me following your re-evaluation of Mr. Frazza.

Thank you, once again, for the opportunity to participate in the care of Mr. Frazza. Please do not hesitate to contact me if you have any questions or comments concerning his physical therapy program.

Sincerely,

*Charles S. Ottavio, P.T., O.C.S./sb*

Charles S. Ottavio, PT, OCS
CSO/sb

Charles Riedel, M.D. - 11

'023 Little River Turnpike  •  Suite 400  •  Annandale, Virginia 22003  •  Phone: 703.354.1230  •  Fax: 703.354.5691

**VIRGINIA NEUROSURGEONS, PC**

1625 N. GEORGE MASON DRIVE
SUITE 445
ARLINGTON, VIRGINIA 22205

CHARLES J. RIEDEL, MD
ABRAHAM KADER, MD
DONALD C. WRIGHT, MD

TELEPHONE: 703.248.0111
FACSIMILE:  703.248.0046

<u>Neurosurgical Followup</u>

RE:      FRAZZA, LUKE

DATE:      09/01/05

**History**: Mr. Frazza continues with steady improvement. He gets occasional aching discomfort in the anterior thigh on the left. He still has some pain that rings the top of the left knee cap. The only thing new that he has noticed is some numbness in the great toe and second toe of the left foot. He is undergoing therapy in Annandale with Charles Ottavio and is doing extremely well with that.

**Physical Examination**: His lumbar wound is well-healed. He has good posture. He has excellent power to manual testing throughout the legs. Straight leg raising is negative. He still has some decreased sensation in the anterior thigh which is minimal as well as some on the tip of the great toe on the left. He is walking well.

**Impression**: Status post left L3-4 discectomy for herniated disc. He continues to make steady progress.

**Recommendations**: We would like him to have one more month of physical therapy. We will allow him to return to some photographic work, although with no high impact activities and only carrying light equipment loads. We will see him back one more time in two months.


Charles J. Riedel, MD
CJR.m.sw.ab.58158E



ORTHOPEDIC PHYSICAL THERAPY *OF NORTHERN VIRGINIA*

September 26, 2005

Charles J. Riedel, M.D.
1715 N. George Mason Drive, Suite 402
Arlington, VA 22205

**Re:     Luke Frazza**
**05-400**

Dear Dr. Riedel:

Thank you for your referral of Mr. Frazza to our clinic, status post his lumbar discectomy. He has received treatment on a total of nineteen sessions over the past eight-week period. The treatment program has consisted of the following activities: 1. Therapeutic exercises, 2. Gentle joint mobilization techniques, 3. Soft tissue mobilization techniques, 4. Local modalities for pain control, and 5. Instruction in posture and body mechanics.

As a result of treatment, there continues to be improvement. The active trunk range of motion has not significantly increased at this time. However, Mr. Frazza's activity level has significantly improved. He has begun to resume work-related activities. These have not significantly increased his discomfort. Subjectively, the paresthesia in his left lower extremity appears to be diminishing. His endurance is slowly increasing. However, problems persist. Generalized stiffness persists with prolonged activities. Mr. Frazza would benefit from additional physical therapy. If you approve, we will continue PT at one to two times per week for an additional four to six weeks. Activities will be geared towards maximizing mobility and his functional capacity. Please advise me following your re-evaluation of Mr. Frazza.

Thank you, once again, for the opportunity to participate in the care of Mr. Frazza. Please do not hesitate to contact me if you have any questions or comments concerning his physical therapy program.

Sincerely,

*Charles S. Ottavio, P.T., O.C.S./sb*

Charles S. Ottavio, PT, OCS
CSO/sb

Charles Riedel, M.D. - 13

# VIRGINIA NEUROSURGEONS, PC
### 1625 N. GEORGE MASON DRIVE
### SUITE 445
### ARLINGTON, VIRGINIA 22205

CHARLES J. RIEDEL, MD
ABRAHAM KADER, MD
DONALD C. WRIGHT, MD

TELEPHONE: 703.248.0111
FACSIMILE:  703.248.0046

Followup

RE:        FRAZZA, LUKE

DATE:      10/06/2005

**History**: Mr. Frazza is showing continued positive improvement. He still gets occasional throbbing discomfort in the left thigh, but this is less frequent. He also feels his strength is continuing to improve. He is doing more at work, carrying more equipment, being more active. He is going to begin traveling once again.

**Physical Examination**: His incision is well healed. His gait is normal. He has excellent power through the legs to manual testing, including the quadriceps, ankle flexors, dorsiflexors, plantar flexors, as well as the hip flexors. Reflexes remain hypoactive.

**Impression**: He is status post left L3-4 discectomy. He is tolerating his current workload well, and we will gradually liberalize that. He may begin limited travel and, once again, that can be increased as we see his reaction to it. We have discussed the importance of changing positions and standing and stretching while on the airplane, as well as handling his luggage and camera equipment with great caution and especially reaching overhead.

**Recommendations**: We would like to see him back one more time in three months.


Charles J. Riedel, MD
CJR.m.sn.sa.hm.ab.68379A

Charles Riedel, M.D. - 14

**VIRGINIA NEUROSURGEONS, PC**
1625 N. GEORGE MASON DRIVE
SUITE 445
ARLINGTON, VIRGINIA 22205

CHARLES J. RIEDEL, MD
ABRAHAM KADER, MD
DONALD C. WRIGHT, MD

TELEPHONE: 703.248.0111
FACSIMILE:  703.248.0046

<u>Neurosurgical Followup</u>

RE:        **FRAZZA, LUKE**

DATE:      **1/5/2006**

**History:** Mr. Frazza was doing well until November. He took a 10-day trip with President Bush to Asia. He has developed quite a bit of pain since then and has only been able to work several days since his return. The pain is actually worse in the right lower back near the SI joint area and lumbosacral junction below his previous level of surgery. He gets a grabbing pain there and also some burning. He has had some increased pain, once again, in the left thigh as well. Last night, he was so uncomfortable that he took Vicodin for the first time in quite a while. He has used some Advil intermittently but is trying to minimize that medication.

He has been resting and decreasing his activities and with that has had some improvement. He still cannot stand or walk for any length of time, however, and fairly mild activities seem to aggravate the pain.

**Physical Examination:** His incision is well-healed. There is no tenderness here. Straight leg raising is negative on either side. He has 5/5 strength to manual testing both proximally and distally with no focal weakness noted. The left knee reflex remains diminished compared to the right knee and ankle reflexes which are 2+. Sensation is intact to pin. His gait is normal.

**Impression:** He has had an exacerbation of the low back pain, actually predominantly on the right at this point, as well as some left leg pain following an extended work trip overseas. There are no neurologic findings, but because of the severity of his symptoms, this needs to be better evaluated.

**Recommendations:** We will keep him on controlled activities while we further assess things. We will obtain a lumbar MRI exam with and without gadolinium, as well as flexion/extension x-rays of the lumbosacral spine. We will have him begin a course of physiotherapy for local modalities as well as stretching, range of motion, and postural exercises. We will place him on a Medrol Dosepak. We will meet with him again after his studies have been carried out.

Charles J. Riedel, MD
CJR.m.sn.sa.93005E

Charles Riedel, M.D. - 15



ORTHOPEDIC PHYSICAL THERAPY OF NORTHERN VIRGINIA

January 9, 2006

Charles J. Riedel, M.D.
1715 N. George Mason Drive, Suite 402
Arlington, VA 22205

**Re:     Luke Frazza**
         **05-400**

Dear Dr. Riedel:

Thank you for your referral of Mr. Frazza to our clinic, status post his L3-4 discectomy. Below you will find his subjective comments and my objective findings.

History:  Mr. Frazza underwent an L3-4 discectomy on April 26, 2005. He underwent a short period of physical therapy, and as a result his symptoms diminished. He is now referred back as a result of an increase in his symptoms.

Subjective Information:  Mr. Frazza complains of an intermittent pain in the right lumbosacral region. The intensity of this discomfort ranges from 0-7, on a 0-10 pain scale, where 0 is pain-free. He also notes an intermittent, throbbing pain along the anterior aspect of the distal left thigh. The intensity of this discomfort ranges from 0-7, on the same pain scale. He notes occasional difficulty weight bearing on the left lower extremity. His symptoms had been under control until he returned to work. He went on a work-related trip for nine days in mid-November 2005, and this appeared to significantly increase his discomfort. He complained of constant discomfort for several weeks. His symptoms have been at their current intensity for approximately one and one-half weeks. Currently, his symptoms are aggravated by supine to sit transfers, prolonged standing, prolonged ambulation, and prolonged sitting. His symptoms appear to be reduced by rest, Vicodin, and Advil. Mr. Frazza's goals for physical therapy are to relieve his pain and to return to his normal level of activities.

General Movements:  Mr. Frazza's general movements appear to be grossly normal and unguarded.

Posture:  Mr. Frazza's posture exhibits a flattened cervical lordosis. There is also a flattening of the thoracic kyphosis, with an elevation of the left shoulder. The lumbar lordosis is also flattened, with an elevation of the left iliac crest.

Active Movements:     The active trunk range of motion is as follows:  extension is 50% of normal range and bilateral rotation is 90%. When measuring from the fingertips to the floor, left

Charles Riedel, M.D. - 16

Frazza, Luke
January 9, 2006
Page 2

lateral flexion is 51 cm., right lateral flexion is 52 cm., and forward flexion is 18.5 cm. Discomfort is not exacerbated by trunk movements at this time.

Strength:   Strength is grossly within normal limits in the major muscle groups of the bilateral lower extremities.

Flexibility:   Flexibility is slightly diminished in the lumbar paraspinals, the left hamstrings, and the left calf muscles.  Flexibility is slight to moderately limited in the left iliotibial band.

Special Tests:   The seated flexion test is positive on the right side.   This test suggests dysfunctional movement of the right sacroiliac joint.   The down-slip test and squish tests are both positive in the right side as well.   These tests suggest dysfunctional movement of the right pelvic joints.   The femoral nerve stretch test is positive bilaterally.   The straight leg raise test is negative bilaterally.   Sensation is grossly intact in both lower extremities at this time.

Palpation:   Palpation reveals localized tenderness over the right sacroiliac joint.   Asymmetry is noted in the pelvic, sacral, and lumbar bony landmarks.

Assessment:      This 42-year-old male, referred to physical therapy status post a lumbar discectomy, presents with the following:  1.  A slightly inefficient posture,  2. Grossly normal lower extremity strength,  3.  Decreased flexibility,  4.  Dysfunctional sacroiliac joint mobility, 5.  Dysfunctional pelvic mobility,  6.  Localized tenderness.  These findings are consistent with his postoperative status.

Goals:   1.   Increase postural awareness.   2.   Increase the active trunk range of motion.   3. Increase flexibility.   4.   Alleviate localized tenderness.   5.   Decrease the intensity of discomfort during activities.   6.   Independence in a home exercise program.   These rehabilitation goals should be achieved within four weeks.  Mr. Frazza's rehabilitation potential appears to be good.

Plan:   Mr. Frazza's physical therapy program began today with the following activities:  1. Instruction in a home exercise program, 2. Gentle joint mobilization techniques, 3.  Soft tissue mobilization techniques, and 4.  Local modalities for pain control.  The treatment program will continue at two to three times per week for up to four weeks.  Activities will be progressed as tolerated.  I will forward a progress report to you in approximately four weeks.

Thank you, once again, for the opportunity to participate in the care of Mr. Frazza.   Please do not hesitate to contact me if you have any questions or comments concerning his physical therapy program.

Sincerely,

*Charles S. Ottavio, PT, OCS/sb*

Charles S. Ottavio, PT, OCS
CSO/sb

**Radiology Consultation**

**Virginia Hospital Center - Arlington**

**703-558-6152**

**Patient Name:** FRAZZA, Luke

**DOB:** 07/10/1963    **Sex:** M    **Patient Status:** O    **Patient Type:** O
**Visit #:** 5841689    **Patient Location:** RAD
**Accession:** 1140417    **Completed:** 1/16/2006  3:12:01PM
**Exam:** (AHA) DXLSFE - Lumbar Spine W / Flex & Ext

*#444*

**Requesting Provider:** RIEDEL, CHARLES, MD    **MRN:** 06021957

**Attending Provider:**    **Signs & Symptoms:** low back pain
    **History:**

History : L3 -4 discectomy.

Comparison : Prior studies.

Examination : Lumbar spine 4 views including flexion and extension and standing.

Findings : Flexion is very limited. Extension is more moderate. There is no spondylolysis or spondylolisthesis seen. There is no fracture or acute abnormality.

Impression : Limited flexion.

**Reported By:**    JOHN LONG JR MD

Transcribed by:    Interface, ADT

**Radiology Consultation**

**Virginia Hospital Center - Arlington**

**703-558-6152**

Patient Name: FRAZZA, Luke

DOB: 07/10/1963        Sex: M        Patient Status:    O        Patient Type: O
Visit #: 5841689                               Patient Location:  OP
Accession: 1133198                          Completed:         1/16/2006  6:50:00PM
Exam: (AHA) MRLSWW - MRI  Lumbar Spine;  with and without contrast

CHARLES RIEDEL, MD
1715 N Geo Mason #202 ᵌ⁴⁴⸳
Arlington, VA 22205

Requesting Provider:        RIEDEL, CHARLES, MD            MRN:  06021957

Attending Provider:                                        Signs & Symptoms: BACK PAIN
                                                           History:

LUMBAR MRI: 1/17/2006
CLINICAL HISTORY: Back pain.
COMPARISON: None .

TECHNIQUE: Sagittal T1 SE, sagittal T2 FSE, axial T1 SE, and axial T2 FSE sequences were acquired of the lumbar spine. Post gadolinium sagittal and axial T1 a.c. sequences were acquired.

FINDINGS: Lumbar vertebral body height, alignment, and signal intensity are satisfactory. The conus is unremarkable in appearance on the sagittal images.

Disk space height is maintained. .

The axial T1 SE sequences were acquired from the L3 through the L5-S1 levels.
The axial T2 FSE sequences were acquired from the L3 through the L5-S1 levels.

Postoperative changes are seen at the L3-L4 level. The L3-4 level demonstrates moderate bulging of the anulus. There is moderate facet and uncinate hypertrophy. There is mild to moderate foraminal narrowing bilaterally greater on the left side. There is enhancement surrounding the thecal sac on the left side extending into the left foramina, which appears to be postoperative in etiology. No obvious recurrent disc herniation.

L4-5 level demonstrates moderate bulging of the anulus, bilateral facet hypertrophy with arthropathy, resulting in no impingement of the neural elements.

The L5-S1 level demonstrates bulging of the anulus, bilateral facet hypertrophy with no impingement of the neural elements.

01/17/2006        8:15AM                                        Page 1 of 2

                                                         Charles Riedel, M.D. - 19

**Radiology Consultation**

**Virginia Hospital Center - Arlington**

**703-558-6152**

**Patient Name:** FRAZZA, Luke

**DOB:** 07/10/1963    **Sex:** M    **Patient Status:**   O    **Patient Type:** O
**Visit #:** 5841689    **Patient Location:**  OP
**Accession:** 1133198    **Completed:**    1/16/2006  6:50:00PM
**Exam:** (AHA) MRLSWW - MRI Lumbar Spine; with and without contrast

IMPRESSION : Postoperative changes with postoperative enhancement seen at the L3-L4 level on the left side. This level also shows mild to moderate foraminal narrowing bilaterally. .

**Reported By:** ANDREA GIACOMETTI M.D.

Transcribed by:    Interface, ADT



ORTHOPEDIC PHYSICAL THERAPY OF NORTHERN VIRGINIA

February 6, 2006

Charles J. Riedel, M.D.
1715 N. George Mason Drive, Suite 402
Arlington, VA 22205

**Re:**     **Luke Frazza**
        **05-0400**

Dear Dr. Riedel:

Thank you for your referral of Mr. Frazza to our clinic, status post his L3-4 discectomy. He has received treatment on a total of eleven sessions over the past four-week period. The treatment program has consisted of the following activities: 1. Therapeutic exercises, 2. Gentle joint mobilization techniques, 3. Soft tissue mobilization techniques, 4. Local modalities for pain control, and 5. Instruction in posture and body mechanics.

As a result of treatment, there has been improvement. The active trunk range of motion has increased. Currently, the active trunk range of motion is as follows: extension is 75% of normal range and bilateral rotation is 95%. When measuring from the fingertips to the floor, left lateral flexion is 48.5 cm., right lateral flexion is 50 cm., and forward flexion is 13 cm. Trunk movements are pain-free at this time. The down-slip test and femoral nerve stretch tests are now negative. Calf flexibility has increased and is now grossly normal. There is no localized lumbosacral tenderness at this time. However subjectively, Mr. Frazza continues to complain of pain in the lower back and the left thigh. He would benefit from additional physical therapy. If you approve, we will continue PT at two to three times per week, his treatment program would be geared towards reducing discomfort during activities and expanding his home exercise program. Please advise me following your re-evaluation of Mr. Frazza.

Thank you, once again, for the opportunity to participate in the care of Mr. Frazza. Please do not hesitate to contact me if you have any questions or comments concerning his physical therapy program.

Sincerely,

*Charles S. Ottavio, PT, O.C.S./sb*

Charles S. Ottavio, PT, OCS
CSO/sb

Charles Riedel, M.D. - 21

**VIRGINIA NEUROSURGEONS, PC**

1625 N. GEORGE MASON DRIVE
SUITE 445
ARLINGTON, VIRGINIA 22205

CHARLES J. RIEDEL, MD
ABRAHAM KADER, MD
DONALD C. WRIGHT, MD

TELEPHONE: 703.248.0111
FACSIMILE:  703.248.0046

## Neurosurgical Followup

RE:     FRAZZA, LUKE

DATE:    02/09/06

**History:** Since we last saw Mr. Frazza he has taken his Medrol Dosepak, undergone physical therapy, and had flexion/extension x-rays as well as a lumbar MRI. He is definitely better. The severe right sided lower back pain that he was having has decreased considerably although he still has occasional episodes where the pain is quite intense. He continues to get pain in the left anterior thigh down to and around the knee. This tends to be when he is tired and at the end of the day but remains quite bothersome for him. He has been doing well in physical therapy which has been quite helpful.

**Physical Examination:** He has excellent power in the legs and I can detect no weakness including the hip flexors, adductors, quadriceps, ankle dorsi and plantar flexors. The left knee reflex is diminished compared to the right and this is unchanged. His ankle reflexes are normal. He has a normal gait. There are no new findings on examination.

**Impression:** Status post excision of large herniated disc L3-4 with residual degenerative disc disease at L3-4 and foraminal stenosis due to loss of disc height and bulging disc.

We reviewed his followup MRI scan as well as plain x-rays. There is no spondylolisthesis or instability on flexion/extension films. Alignment is normal and he has no scoliosis. His lumbar MRI shows extensive degenerative change at L3-4. With the loss of disc height and bulging of the disc there is some foraminal stenosis bilaterally worse on the left than the right. Postoperative changes are noted on the left with epidural fibrosis but no recurrent disc herniation.

**Recommendations:** I certainly hope that Mr. Frazza will continue to respond to conservative treatment and improve without having to undergo further surgical intervention. He will continue with physical therapy over the next four weeks. We will add Lyrica 50 mg b.i.d. for some of the dysesthetic pain. If he has continued symptoms an EMG and nerve conduction study may need to be carried out. We will see him back in one month and reassess things.

Charles J. Riedel, MD

CJR.m.sw.sa.103908H

cc:    Workers Compensation

Charles Riedel, M.D. - 22



ORTHOPEDIC PHYSICAL THERAPY OF NORTHERN VIRGINIA

March 6, 2006

Charles J. Riedel, M.D.
1715 North George Mason Drive, Suite 402
Arlington, VA 22205

Re:   **Luke Frazza**
      **05-400**

Dear Dr. Riedel:

Thank you for your referral of Mr. Frazza to our clinic, status post his L3-4 discectomy. He has received treatment on a total of ten sessions over the past four-week period. The treatment program has consisted of the following activities: 1. Therapeutic exercises, 2. Gentle joint mobilization techniques, 3. Soft tissue mobilization techniques, 4. Static pelvic traction and 5. Instruction in posture and body mechanics.

As a result of treatment, there continues to be improvement. The active trunk range of motion has slightly increased in extension and right rotation. Currently, the active trunk range of motion is as follows: extension is 95% of normal range, left rotation is 95%, and right rotation is 100%. When measuring from the fingertips to the floor, bilateral lateral flexion is 51 cm. and forward flexion is 13 cm. Mild discomfort is exacerbated at the end ranges of bilateral trunk lateral flexion. The seated flexion test is now negative. There is no localized lumbosacral tenderness at this time. Mr. Frazza continues to experience lower back pain and left thigh pain. His activity level has increased. He is walking most days of the week. He is completing an exercise program which includes stretching exercises and we began strengthening today. He would benefit from additional physical therapy. If you approve, we will continue PT at two to three times per week and progress his exercise program as tolerated. Please advise me following your re-evaluation of Mr. Frazza.

Thank you, once again, for the opportunity to participate in the care of Mr. Frazza. Please do not hesitate to contact me if you have any questions or comments concerning his physical therapy program.

Sincerely,

*Charles S. Ottavio, P.T., O.C.S./sb*
Charles S. Ottavio, PT, OCS
CSO/sb

# VIRGINIA NEUROSURGEONS, PC

### 1625 N. GEORGE MASON DRIVE
### SUITE 445
### ARLINGTON, VIRGINIA 22205

CHARLES J. RIEDEL, MD
ABRAHAM KADER, MD
DONALD C. WRIGHT, MD

TELEPHONE: 703.248.0111
FACSIMILE:  703.248.0046

### Neurosurgical Followup

RE:     FRAZZA, LUKE

DATE:    3/9/2006

**History**: Mr. Frazza continues to have pain.  It occurs in the same areas as before; namely, the right lower back and the left thigh.  He tried Lyrica but did not tolerate this medicine well at all. He did not notice any significant improvements.  His pain is gradually getting a bit better.  The back pain tends to come and go.  His leg pain is worse when he has been more active and is fatigued.

**Physical Examination**: He continues to have excellent power in the legs both proximally and distally with no weakness.  Left knee reflex remains diminished compared to the right.  His gait remains normal.  His back wound is well-healed.

**Impression**: Status post excision of large herniated disc, left L3-4.

**Recommendations**: We will place him on Voltaren as a nonsteroidal anti-inflammatory agent to see if we can gain him further relief of his pain.  We will obtain EMG and nerve conduction studies to see if there is any evidence of ongoing denervation or simply chronic radicular findings.  We will discuss things further with Mr. Frazza after this has been carried out.

Charles J. Riedel, MD
CJR.m.sn.rt.112506D

Charles Riedel, M.D. - 24

# Georgetown University Medical Center

3800 Reservoir Road N.W.
Washington DC 20007-2197
202-444-8525

### Department of Neurology

| | | | |
|---|---|---|---|
| **Patient:** | Frazza Luke | **Age:** | 42 Years 8 Months |
| **Patient ID:** | 0759313 | **Date of Exam:** | 3/16/2006 |
| **Sex:** | Male | **Referring Phys.:** | Dr. Charles Riedel |
| **Date of Birth:** 7/10/1963 | | | |

**History:**
Pain in lower back extending to left thigh.  R/O radiculopathy.

**Summary:**  Left sural and superficial peroneal sensory conductions were wnl.  Left peroneal and tibial motor conductions were wnl.  Bilateral H-reflex was wnl.  EMG from left L5 and S1 paraspinal muscles revealed positive waves.  EMG from left vastus medialis revealed large amplitude, long duration motor units.  EMG from left gluteus maximus, iliopsoas, anterior tibialis, gastroc and adductor magnus was wnl, although patient was unable to activate adductor magnus.  EMG from L3 and L4 paraspinal muscles could not be done due to previous surgery which would render unreliable results.

**Conclusion:**  Acute or ongoing denervation was seen from L5 and S1 paraspinal muscles which suggests lumbosacral radiculopathy.  There was no acute or ongoing denervation seen in left leg muscles, so exact localization is not possible.  Chronic reinnervation was seen from left vastus medialis which could be secondary to patient's history of L3-L4 radiculopathy.  Unfortunately L3 and L4 paraspinal muscles could not be tested to further evaluate.  There was no evidence of neuropathy.  Suggest clinical correlation.

Michael D. Sirdofsky, M.D.

03/19/2006  16:16     202-444-4727          NEURODIAGOSTICS                    PAGE  03/05

Frazza Luke                          0759313                    3/16/2006 4:02:40 PM

## Sensory NCS

| Nerve / Sites | Rec. Site | Onset ms | Peak ms | NP Amp µV | PP Amp µV | Dist cm | Vel m/s |
|---|---|---|---|---|---|---|---|
| L SURAL - Lat Mall | | | | | | | |
| 1. Calf | Lat Mall | 2.40 | 3.10 | 25.4 | 23.6 | 14 | 58.3 |
| L SUP PERONEAL | | | | | | | |
| 1. Lat Leg | Ankle | 1.55 | 2.30 | 10.6 | 6.4 | 10 | 64.5 |

## Motor NCS

| Nerve / Sites | Rec. Site | Lat ms | Amp mV | Dist cm | Vel m/s |
|---|---|---|---|---|---|
| L COMM PERONEAL - EDB | | | | | |
| 1. Ankle | EDB | 3.65 | 7.6 | 8 | |
| 2. FibHead | EDB | 9.60 | 7.4 | 32.5 | 54.6 |
| 3. Knee | EDB | 11.25 | 7.3 | 10 | 60.6 |
| L TIBIAL (KNEE) - AH | | | | | |
| 1. Ankle | AH | 3.80 | 10.4 | 8 | |
| 2. Knee | AH | 10.70 | 10.0 | 34 | 49.3 |

## H Reflex

| Nerve | H Lat Ms N<31.4 |
|---|---|
| L TIBIAL (KNEE) | 29.00 |
| R TIBIAL (KNEE) | 29.05 |

## Needle EMG

| EMG Summary Table | Spontaneous | | | | | MUAP | | | Recruitment |
|---|---|---|---|---|---|---|---|---|---|
| | IA | Fib | PSW | Fasc | H.F. | Amp | Dur. | PPP | Pattern |
| L. GLUTEUS MAX | N | None | None | None | None | N | N | N | N |
| L. L5 PSP | N | None | 3+ | None | None | N | N | N | N |
| L. S1 PSP | N | None | 2+ | None | None | N | N | N | N |
| L. VAST MEDIALIS | N | None | None | None | None | 1+ | 1+ | N | N |
| L. ILIOPSOAS | N | None | None | None | None | N | N | N | N |
| L. TIB ANTERIOR | N | None | None | None | None | N | N | N | N |
| L. GASTROCN (MED) | N | None | None | None | None | N | N | N | N |
| L. ADD MAGNUS | N | None | None | None. | None | N | N | N | N |

2

Charles Riedel, M.D. - 26

03/19/2006  16:16    202-444-4727              NEURODIAGOSTICS                    PAGE  04/05

Frazza Luke                              0759313                          3



Charles Riedel, M.D. - 27

Frazza Luke                        0759313                    3/16/2006 4:02:40 PM



Charles Riedel, M.D. - 28

# Georgetown University Medical Center

3800 Reservoir Road N.W.
Washington DC 20007-2197
202-444-8525

### Department of Neurology

| | | | |
|---|---|---|---|
| **Patient:** | Frazza Luke | **Age:** | 42 Years 8 Months |
| **Patient ID:** | 0759313 | **Date of Exam:** | 3/16/2006 |
| **Sex:** | Male | **Referring Phys.:** | Dr. Charles Riedel |
| **Date of Birth:** | 7/10/1963 | | |

**History:**
Pain in lower back extending to left thigh.  R/O radiculopathy.

**Summary:**  Left sural and superficial peroneal sensory conductions were wnl.  Left peroneal and tibial motor conductions were wnl.  Bilateral H-reflex was wnl.  EMG from left L5 and S1 paraspinal muscles revealed positive waves.  EMG from left vastus medialis revealed large amplitude, long duration motor units.  EMG from left gluteus maximus, iliopsoas, anterior tibialis, gastroc and adductor magnus was wnl, although patient was unable to activate adductor magnus.  EMG from L3 and L4 paraspinal muscles could not be done due to previous surgery which would render unreliable results.

**Conclusion:**  Acute or ongoing denervation was seen from L5 and S1 paraspinal muscles which suggests lumbosacral radiculopathy.  There was no acute or ongoing denervation seen in left leg muscles, so exact localization is not possible.  Chronic reinnervation was seen from left vastus medialis which could be secondary to patient's history of L3-L4 radiculopathy.  Unfortunately L3 and L4 paraspinal muscles could not be tested to further evaluate.  There was no evidence of neuropathy.  Suggest clinical correlation.

Michael D. Sirdofsky, M.D.

Frazza Luke                    0759313                    3/16/2006 4:02:40 PM

## Sensory NCS

| Nerve / Sites | Rec. Site | Onset ms | Peak ms | NP Amp µV | PP Amp µV | Dist cm | Vel m/s |
|---|---|---|---|---|---|---|---|
| L SURAL - Lat Mall | | | | | | | |
| 1. Calf | Lat Mall | 2.40 | 3.10 | 25.4 | 23.6 | 14 | 58.3 |
| L SUP PERONEAL | | | | | | | |
| 1. Lat Leg | Ankle | 1.55 | 2.30 | 10.6 | 6.4 | 10 | 64.5 |

## Motor NCS

| Nerve / Sites | Rec. Site | Lat ms | Amp mV | Dist cm | Vel m/s |
|---|---|---|---|---|---|
| L COMM PERONEAL - EDB | | | | | |
| 1. Ankle | EDB | 3.65 | 7.6 | 8 | |
| 2. FibHead | EDB | 9.60 | 7.4 | 32.5 | 54.6 |
| 3. Knee | EDB | 11.25 | 7.3 | 10 | 60.6 |
| L TIBIAL (KNEE) - AH | | | | | |
| 1. Ankle | AH | 3.80 | 10.4 | 8 | |
| 2. Knee | AH | 10.70 | 10.0 | 34 | 49.3 |

## H Reflex

| Nerve | H Lat Ms N<31.4 |
|---|---|
| L TIBIAL (KNEE) | 29.00 |
| R TIBIAL (KNEE) | 29.05 |

## Needle EMG

| EMG Summary Table | Spontaneous | | | | | MUAP | | | Recruitment |
|---|---|---|---|---|---|---|---|---|---|
| | IA | Fib | PSW | Fasc | H.F. | Amp | Dur. | PPP | Pattern |
| L. GLUTEUS MAX | N | None | None | None | None | N | N | N | N |
| L. L5 PSP | N | None | 3+ | None | None | N | N | N | N |
| L. S1 PSP | N | None | 2+ | None | None | N | N | N | N |
| L. VAST MEDIALIS | N | None | None | None | None | 1+ | 1+ | N | N |
| L. ILIOPSOAS | N | None | None | None | None | N | N | N | N |
| L. TIB ANTERIOR | N | None | None | None | None | N | N | N | N |
| L. GASTROCN (MED) | N | None | None | None | None | N | N | N | N |
| L. ADD MAGNUS | N | None | None | None | None | N | N | N | N |

2

Charles Riedel, M.D. - 30

Frazza Luke                          0759313                          3



L L5 PSP                                              L L5 PSP

1.31
100ms 100µV

L S1 PSP                                              L S1 PSP

1.32
100ms 100µV

Charles Riedel, M.D. - 31

Frazza Luke                              0759313                         3/16/2006 4:02:40 PM

L VAST MEDIALIS



## VIRGINIA NEUROSURGEONS, PC

1625 N. GEORGE MASON DRIVE
SUITE 445
ARLINGTON, VIRGINIA 22205

CHARLES J. RIEDEL, MD
ABRAHAM KADER, MD
DONALD C. WRIGHT, MD

TELEPHONE: 703.248.0111
FACSIMILE:  703.248.0046

### Neurosurgical Followup

RE:      FRAZZA, LUKE

DATE:    05/18/2006

**History**:  Mr. Frazza had two epidural injections.  He got transient relief with the first one, very little relief with the second, and thus has not had the third.  He continues to get pain in the right lower back.  He also has pain extending into the anterior thigh.  These symptoms have not responded well to conservative treatment.  His recent EMG did demonstrate a chronic radiculopathy in the L3-4 distribution.  He does have considerable mechanical symptoms still.

**Physical Examination**:  His incision is well healed.  There is no tenderness.  Power remains 5/5 throughout the legs both proximally and distally.  The left knee reflex is present, but diminished compared to the right.  His gait is normal.

**Impression**:  Status post excision of a large herniated disk, left L3-4.  He has residual mechanical symptoms due to his degenerative disk disease at L3-4.  We have extensively treated him non-operatively.

**Recommendations**:  We have discussed at this point that he could continue with non-operative treatment as his neurological examination is stable, but he has not responded well to fairly extensive treatment.  The other option here would be surgical intervention.  We have discussed a variety of approaches.  We would favor either an ALIF at L3-4 or a posterolateral fusion with pedicle screw fixation at L3-4.  We have discussed the advantages and disadvantages of these approaches and the different potential complications involved.  We have also discussed the use of autograft bone, as well as bone extenders and agents such as bone morphogenic protein.

He has had a number of questions and we have gone over these in detail.  He would like to seek a second opinion and we have given him the names of Dr. Star and Dr. Patel as two excellent possibilities in that regard.

Lastly, we have discussed convalescence from a fusion operation and return to work.  I would anticipate that he would be off work completely for about a month or so after surgery, and then return to desk work/sedentary work initially.  It would likely be three to four months before he could carry his camera equipment once again.

Charles J. Riedel, MD
CJR.m.rb.rt.131977P

Charles Riedel, M.D. - 33

6

**Nicole Jones - workers Comp claim # YMJ / C / 24833  Frazza**

| | |
|---|---|
| **From:** | Luke Frazza <lukefrazza@yahoo.com> |
| **To:** | Debbie Fox <Deborah.Fox2@thehartford.com> |
| **Date:** | 3/10/2006 9:18 AM |
| **Subject:** | workers Comp claim # YMJ / C / 24833  Frazza |

Debbie Fox
The Hartford


Debbie,

As you know, I had a follow-up yesterday with my surgeon Dr. Riedel.

Please find attached (4) documents.

1) a letter about not working

2) a letter prescribing aqua-therapy

3) a prescription for a EMG/NCV test

4) a prescription to try a TENS pain management unit as well as continue physical therapy.

Not included is the prescription I filled yesterday for a new anti-inflammatory that Rite-Aide direct billed you.

My instructions are to get the EMG/NCV test and then report back to Dr. Riedel.

As far as the aqua therapy goes, he wants me to exercise in a local pool.  Do I pay pool membership and just forward you the receipt for re-imbursement?

 Thanks again for all your help.

Luke
202-285-2321

---

Brings words and photos together (easily) with
PhotoMail - it's free and works with Yahoo! Mail.

**VIRGINIA NEUROSURGEONS, PC**
1625 NORTH GEORGE MASON DRIVE
SUITE 445
ARLINGTON, VIRGINIA 22205

CHARLES J. RIEDEL, MD
ABRAHAM KADER, MD
DONALD C. WRIGHT, MD

TELEPHONE: 703.248.0111
FACSIMILE: 703.248.0048

March 9, 2006

To Whom It May Concern:

Re: Frazza, Luke

Mr. Frazza was seen in neurosurgical follow up today. We feel that he will benefit from aqua therapy.

Please call if there are questions.

Charles J. Riedel, MD

Nicole Jones - 2006-03-09 Frazza-Riedel-work.jpg                                                                            1

**VIRGINIA NEUROSURGEONS, PC**
1625 NORTH GEORGE MASON DRIVE
SUITE 445
ARLINGTON, VIRGINIA 22205

CHARLES J. RIEDEL, MD
ABRAHAM KADER, MD
DONALD C. WRIGHT, MD

TELEPHONE: 703.248.0111
FACSIMILE: 703.248.0046

March 9, 2006

To Whom It May Concern:

Re:  Frazza, Luke

Mr. Frazza was seen in neurosurgical follow up today for continuing evaluation of his lumbar symptoms.  He is to be scheduled for further neurological testing and we will reassess him once the testing is complete.  He should remain off work until that time.

If you have questions please contact us.

Charles J. Riedel, MD

**CHARLES J. RIEDEL, M.D.**
VIRGINIA NEUROSURGEONS, P.C.
1625 N. GEORGE MASON DRIVE, SUITE 445
ARLINGTON, VIRGINIA  22205

TELEPHONE: 703.248.0111
FACSIMILE: 703.248.0046          DEA REG. NO. _____
BATCH # CWL0512150006239

NAME *Luke Frazza* _____ AGE _____

ADDRESS _____ DATE *3/9/06*

R℞

    *EuG/NCV  Left leg*

    *"? ongoing denervation versus*

    *chronic changes L3/L4 "*

☐ LABEL

REFILL _____ TIMES

☐ BRAND MEDICALLY NECESSARY

_____
SIGNATURE OF PRESCRIBER

*703-536-4000*

Nicole Jones - 2006-03-09-Frazza-TENS UNIT pre.jpg                                          1

**CHARLES J. RIEDEL, M.D.**
VIRGINIA NEUROSURGEONS, P.C.
1625 N. GEORGE MASON DRIVE, SUITE 445
ARLINGTON, VIRGINIA  22205

TELEPHONE: 703.248.0111
FACSIMILE: 703.248.0046          DEA REG. NO. _____
BATCH # CWL0512150006239

NAME _Luke Frazza_____ AGE ____

ADDRESS _____ DATE _3/09/06_

℞

_Physical therapy_
_Treat TENS unit._
_(R) LBP c̄ left leg pain_

☐ LABEL

REFILL _____ TIMES

☐ BRAND MEDICALLY NECESSARY

_____
SIGNATURE OF PRESCRIBER