# Continuation of Medical Records
# 7

7

Label ID: AFACE

```
PATIENT FACESHEET                    Medical Record #: 06021957
VIRGINIA HOSPITAL CENTER             Patient Name: FRAZZA, LUKE   .
DNA?:      IFD?:      NPP?: 22Apr05  Account Number: 005703598
```

```
============================================================================
PATIENT DEMOGRAPHIC INFORMATION:     MAILING ADDRESS:          EMPLOYER INFORMATION:
D.O.B.: 10Jul1963   Age: 41          3427 ASTON ST             Empl Status: EMPLOYED FULL-TIME
SS#: 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    Sex: M
Marital Status: MARRIED              ANNANDALE VA 22003         Occupation: PHOTOJOURNAL
Religion: NONE                       Home Phone: (703)244-0361  Empl: AGENCE FRANCE-PRESSE
Prim Language: NO INTERPRETER                                   Addr: 1015 15TH ST NW STE 500
Advance Directive: Living Will       SPOUSE INFORMATION:        WASHINGTON DC 20005
Allergies: N        Diabetic: N      Name: FRAZZA BETH          Phone: (202)414-0557
                                     DOB:
```

```
----------------------------------------------------------------------------
RESPONSIBLE PARTY INFORMATION:       MAILING ADDRESS:
Name: FRAZZA Luke                    3427 ASTON ST
D.O.B.: 10Jul1963
SS#: 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    Sex: M           ANNANDALE VA 22003
Relation to Pt: PATIENT              Home Phone: (703)244-0361
```

```
----------------------------------------------------------------------------
ALTERNATE CONTACT INFORMATION:       PARENT/NEXT OF KIN/EMERGENCY CONTACT:  PATIENT DESIGNEE:
         Name:                       FRAZZA Beth                FRAZZA Beth
         Street/PO Box:              3427 ASTON ST              3427 ASTON ST
         City/State/Zip:             ANNANDALE VA 22003         ANNANDALE VA 22003
         Home Phone:                 (703)244-0361              (703)244-0361
         Work Phone:                 (202)285-2321              (202)285-2321
         Relationship:               WIFE                       WIFE
```

```
----------------------------------------------------------------------------
PRIMARY INSURANCE:                   SECOND INSURANCE:          THIRD INSURANCE:
Ins Name: NATIONAL CAPITAL PPO
Insured: FRAZZA Luke
Grp Name: GROUP BEN SRVC
Policy #: 144545368
Group #: 407
Address: PO BOX 419104
         ST LOUIS       MO   63141
Phone:   (800)422-7711
Auth#:   96658-77384
```

COMPLETE

ACCOUNT SCANNED

```
==============================================================INITIAL HERE [      ]
*********************************FOR INTERNAL USE ON*************************************
Chief Complaint: L3-4 DISCECTOMY        Admit/DX Reason: HNP
Admit Date & Time: 26Apr05  04:07    Discharge Date & Time: 27Apr05 13:14        P
Account Type: INPATIENT              Acct Subtype:                          SURGERY
Source: PHYSICIAN REFERRAL           Bed: 524-01                Pre-Admit Bed: AM
ETHNIC ORIG: 1                       VIP:    COV: N             Legally Incompetent:
```

```
----------------------------------------------------------------------------
Admitting MD:                        Attending MD:              Referring MD:
RIEDEL MD , CHARLES    1987          RIEDEL MD , CHARLES  1987  RIEDEL MD , CHARLES    1987
Emergency MD:                        Primary Care MD:           Medallion PCP:
                                     TERLINSKY MD , ALAN S  0543
```

APR 27 2005

```
----------------------------------------------------------------------------
OCCURRENCE CODES:
Code 1: 11   Date: 22Apr05   Code 3:    Date:       Code 5:    Date:
Code 2:      Date:           Code 4:    Date:       Code 6:    Date:
                                                            User:    38705
```



1701 N George Mason Drive    Arlington, Virginia 22205-3698    703-558-5000 *tel*    *www.virginiahospitalcenter.com*

# CONSENT FOR TREATMENT

Virginia Hospital Center Provides Services Without Regard to Race, Religion, National Origin or Disability.

## THIS IS TO CERTIFY THAT I, THE UNDERSIGNED:

1. Consent to the administration to the patient named below such medications and treatments, including but not limited to, the administration of blood and Blood products and the performance of such procedures as may be considered necessary or advisable.
2. Release the hospital from any responsibilities for valuables' money, personal or other possessions which are not deposited by me with the hospital depository.
***3. Authorize the release of any information from hospital records as required by my insurance company or other reimbursing agency for this or a related claim.
**4. PATIENTS CERTIFICATION. AUTHORIZATION TO RELEASE INFORMATION. AND PAYMENT REQUEST. I certify that the information given by me in applying for payment under Title XVII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that the payment of authorized benefits be made on my behalf.
***5. Understand that if I leave the hospital without the consent of the physician and/or fail to carry out the follow up medical care or follow hospital safety procedures. I do so at my own responsibility.
**6. Authorize Virginia Hospital Center to act as an agent in the billing of any health insurance covering all hospital services provided, and authorize the physicians in Anesthesiology, Radiology, Pathology, Emergency Medicine. Radiation Therapy, Neonatology, and Physical Medicine, if services are rendered by these professionals during my treatment, as agents with respect to their professional services' and direct that payment of all authorized benefits be made in my behalf directly to such hospital and physicians, and I understand that I am financially responsible for the charges not covered by this authorization.
***7. Acknowledge that according to Virginia state law. I shall be deemed to have consented and do consent to the testing for infection with Human immunodeficiency Virus, Hepatitis B or Hepatitis C viruses should any health care provider, or any person employed by or under the direction and control of a health care provider, be directly exposed to my body fluids in connection with rendering care to me as a patient, in a manner which may. according to the current guidelines of the *Centers for Disease Control,* transmit *HIV,* Hepatitis B or C viruses to such health care provider or person. Such test results may be released to the person who was exposed.
***8. The hospital participates in a Georgetown affiliated teaching program. As part of the program, physicians may be assisted in patient care by residents and/or medical students. I understand that I have the right to refuse residents and/or medical student not be involved in my case should I so desire.
9. The hospital participates with a premier polling group to conduct surveys with former inpatients and outpatients of this hospital. The purpose of this survey Is to assess the quality of care delivered to patients and to ensure that we are providing the best care possible. I understand that I have the right to refuse participation in this survey. _____ (patients initials)

## IN THE EVENT MY OUTPATIENT/EMERGENCY DEPARTMENT VISIT RESULTS IN AN ADMISSION, I AGREE TO THE FOLLOWING:

I. **PRIVATE DUTY NURSING.** If private duty nursing care is desired, it is understood that said care is to be selected by. arranged tor. and paid by the patient or his legal representatives* that said private duty nurses are not hospital employees' and the hospital will not be responsible for the acts and omissions of private duty nurses or the selection and/or retention of said private duty nurses by the patient.
II. **MEDICAL AND SURGICAL CONSENT.** It is understood and agreed that at all times the attending physician and his designated associates are responsible for directing and administering the care of the patient. Furthermore, the hospital participates in a University affiliated teaching program in striving to provide the medical care for its patients. Thus, the attending physician may be assisted in the patient's care by resident and intern physicians. The patient has a right to know the identity of those providing patient care, to refuse any treatment, and to be informed of the possible medical consequences of refusal. The under-signed consents to any and all routine examinations and treatment while in the hospital, including, but not limited to. the administration of medications, blood and blood products, x-rays, and laboratory procedures as may be considered necessary or advisable.
III. **PERSONAL VALUABLES.** It is understood and agreed that the hospital is responsible for all items secured in the hospital safe. The hospital shall not be liable for any items that stay or are kept with the patient during the hospitalization. The patient is responsible for the safekeeping of those items. This includes but is not limited to items such as money, jewelry, glasses, dentures, and garments or other articles of personal property, unless deposited with the hospital for safekeeping. The hospital is authorized to deliver any such property so deposited for safekeeping to: _____
IV. **ASSIGNMENT OF INSURANCE BENEFITS.** The undersigned hereby assigns to Virginia Hospital Center any and all insurance which becomes due to pay for the hospital services..
V. **TISSUE DISPOSAL.** The undersigned hereby authorizes Virginia Hospital Center, its agents or designees, in any manner deemed proper by said hospital, to dispose of any removed tissue or amputated member of the body of the patient as a result of any surgical operation, delivery or other procedure.
**VI. **PHYSICIANS.** The undersigned recognizes that all doctors of medicine furnishing services to the patient, including radiologists, pathologist, anesthesiolo-gists, psychiatrists, neonatologists and the like, are independent contractors, and are not employees or agents of the hospital.
*VII. **FINANCIAL RESPONSIBILITY.** The undersigned agrees, in consideration of services rendered by the hospital, to be responsible for payment in full of the hospital bill including any collection of attorney's fees related to my not paying the bill when due.
VIII. **OTHER CONDITIONS.** The undersigned further states that the foregoing **Consent for Treatment** has been carefully read, and that he knows the contents thereof, and has signed as his own free and voluntary act and has not been influenced in executing the **Consent for Treatment** by any representation of **Virginia Hospital Center** or its agents.

* items I and IV do not apply to Outpatient Surgery.
** Items 6. IV and VII includes and applies to the Neonatologist. Anesthesiologist, Radiologist. Pathologist, Emergency Physician. Radiation Therapist and Physical Medicine, if services are rendered by these professionals during my treatment.
*** Items 3.4.5.7.8 and VI apply to my visit whether I am an outpatient or an inpatient.

Witness my seal and signature this __4/22__ day of __2005__ _____ (Seal)
WITNESS                                              PATIENT

_____
Other Person Executing Consent For Treatment and Relationship to Patient

(If patient is a minor or unable to sign, complete the following)

PATIENT IS A MINOR _____

OR IS UNABLE TO SIGN. BECAUSE _____

DATE _____

.have received the Notice of Privacy Practices X __HF__ (patients initials)    MOTHER/FATHER/GUARDIAN

Patient Designee to receive Medical Information __MARY ELIZABETH FRAZZA__
                                                 Name

101023 (Rev. 3-03) 9150/7500    WHITE: Medical Records/Patient Chart    CANARY: Admissions    VA Hospital Center - 2

Name: _Luke Frazza_

Allergies: _None Known_    MR # _____

Doctor's Name _Riedel_

Discharge Date _____

**ACTIVITIES:** (Exercise, Rest, Driving): _No driving. No lifting more than 10#._
_No prolonged sitting or standing in one position - as instructed._
_Change position every 30 min._

☐ Patient counseled regarding smoking cessation    ☐ Non-Smoker    ☐ Weight monitoring instruction

☐ Education materials provided and reviewed with patient/caregiver

    ☐ Heart Failure    ☐ M.I.    ☐ Pneumonia    ☐ Other _____

☐ Pneumococcal Vaccine Screen Completed    ☐ N/A    ☐ Pneumococcal Vaccine Given    Date _____    ☐ N/A

☐ Influenza Vaccine Screen Completed    ☐ N/A    ☐ Influenza Vaccine Given    Date _____    ☐ N/A

**DIET:** (Regular, Other — Specify) _Normal_

**MEDICATIONS:** (Name, Dose, Frequency, Relation to Meals)    (Reason for)

_Vicodin ES - one or two tabs every 4-6 hours as needed for pain_

_Ambien 10mg - one tab every night as needed for sleep._

**OTHER INSTRUCTIONS:**

_Keep wound dry 4-5 days then take off dressing - wash_
_wound with soap and water and pat dry - Do Not Rub._

**FOLLOW-UP CARE:**

1.  Doctors Appointment: Call Dr _Riedel_ _703_ at _248-0111_ _7-10_ for an appointment in _____ ☐ days ☑ weeks.
    If you have any problems or questions, call this phone number _____ and ask for _____

2.  Other Appointments (Lab, X-ray, Agencies): _____

Signature _____

| Credentials | Pager # | Date / Time |
|---|---|---|

VIRGINIA HOSPITAL CENTER
www.virginiahospitalcenter.com

Physician s Discharge Instructions

Patient Identification

FRAZZA, LUKE
06021957    ALL N
0310JUL63-41  M AMAD-07
RIEDEL MD , CHARLES
AC 005703598  26APR05

124-6000-R030705

Page 1 of 1

WHITE: Patient    CANARY: Medical Records    PINK: Physician

VIRGINIA HOSPITAL
CENTER
1701 North George Mason Drive     Arlington, Virginia 22205-3698     703.558.5000 tel     www.vi

Date: 4·27·05

_discentomy_

Team Signatures

M Booke
Q Canti
K Zahida MSPT
John RN (UA)
Catherines, MS KO-Nutr

| Current Status | Goals |
|---|---|
| Nursing: ⟍ | DC home |
| Physical Therapy: No needs acute identified | |
| Occupational Therapy: | |
| Speech Therapy: ↓ | |
| Nutrition: No problems identified | Pt to be able to adequately nourish self |
| Discharge Planning: No Needs identified @ this time | Prob. Home |
| Other: | |

ADDRESSOPLATE
FRAZZA, LUKE
HX 05021957    ALL N
DS510J0L63-41   H 524-01
RIEDEL MD , CHARLES
AC 005703593 26APR05

Reserved For Future Use

CHARTING SEQUENCE NUMBER: 3037

**Interdisciplinary
Discharge Rounds**

Form No. 122211
(3-04) 6000

VA Hospital Center - 4

VIRGINIA HOSPITAL CENTER

1701 North George Mason Drive    Arlington, VA 22205-3698    703.558.5000 tel    www.virginiahospitalcenter.com

## HISTORY AND PHYSICAL EXAMINATION
Date: 4/26/05

*Chief Complaint: _Low Back Left leg pain_

*Indication/Symptoms for Surgical Procedure _Herniated disc L3-4 Left X-Foraminal_

*Past Medical/Surgical History: _Right Knee surg. X3 1978-1981, Left foot removal_
_bone spur 2000, Bilinular cyst removal 1980_

*Food/Drug Allergies & Reactions: _NKDA_

*Medications & Drugs: _Vicodin prn_

TPR: _____ Height: _____ Weight: _____ Blood Pressure: _____

*Assessment of Mental Status: _Alert oriented X3_

*Exam Specific to Procedure & Any Comorbid Conditions: _____

Heart: _RRR_    Lungs: _CTA B2_

Additional for General/Spinal/Epidural: _____

Assessment/Statement of Patient's General Condition: _Stable_

_1987_

_Claudea Mathison RN NP-C_    M.D.
Signature

* Required for ALL procedures

### FOR SEDATION/ANALGESIA PROCEDURES:
I have assessed this patient and have reviewed the data.  I will proceed with the sedation.

_____    _____ M.D.
Date/Time                Signature

### OPERATION    MUST BE COMPLETED
IN ADDITION TO DICTATED REPORT
Date: _____

Pre-Operative Dx: _____    Post-Operative Dx: _____

Operation/Technical procedures: _____

Surgeon: _____    Assistants: _____

Anesthesia: _____

Specimens removed: _____    Estimated Blood Loss: _____

Findings: _____

Complications: _____

_____ M.D.
Signature

Discharge instructions: (see separate form)

ADDRESSOGRAPH:
_Frazza, Luke_
_060021957_

### Reserved for Future Use

CHARTING SEQUENCE NUMBER: _____

**Short Stay/Outpatient Surgery (Under 48 Hours)**

Form No. 101170
(Rev. 4-01) 8400

WHITE: Medical Records    YELLOW: Physician

VA Hospital Center - 5

| | |
|---|---|
| Name: _____ | MR # _____ |

| DATE | NOTES |
|---|---|
| 4/27 | Neurosurgery POD #1 |
| | Doing great |
| | No leg pain |
| | Incision covered and sore |
| | drain pt in buttocks |
| | Sensation has returned to normal |
| | in anterior thigh both subjectively and |
| | Objectively |
| | Pores S/S |
| | Voiding |
| | Wound dry — Drain removed. |
| | Hct 39.7 |
| | Imp: |
| | S/P Excision L3-4 Foraminal HNP. |
| | Excellent course. |
| | Factory. |
| | [signature] 1987 |

## VIRGINIA HOSPITAL CENTER
www.virginiahospitalcenter.com

**Physician's Progress Notes**

I095-8400-PN-R042104

Page 2 of 2

**Patient Identification**

VA Hospital Center - 6

Name: _____    MR # _____

| DATE | NOTES |
|------|-------|

4/26/05 Op Note

① pre op dx  Herniated disc left L3-4 X-foraminal

② post op dx  Same

③ Procedure  L3-4 discectomy
④ Surgeons  Dr C Riedel, Dr Albright
⑤ Anesthesia  General
⑥ Condition  Stable
⑦ Complications  None

Claudia Matherton RN ANP-C

1987

4/26/05 Neurosurgery Post Op

Doing well
No leg pain
power 5/5 including HF, Quads, ADF
Good sensation - bettry - on in this thigh

Pain
Wnd ✓ poor of CBC
Mobilize as tolerated

1984

VIRGINIA HOSPITAL CENTER
www.virginiahospitalcenter.com

**Physician's Progress Notes**

01095-8400-PN-R042104

Frazza, Luke
**Patient Identification**
06021957

Page 1 of 2

**PHYSICIAN:** All orders without boxes (☐) will be activated when order sheet is signed.
When boxes (☐) are present, they MUST be checked for specific orders to be activated.

Authorization is given to dispense a chemically identical drug (according to the rules and regulations of the hospital) unless it is written that no other brand is acceptable.

**NURSE:** Duplicate copy should be removed immediately and sent to Pharmacy

Name: _____  MR # _____  Ht _____  Wt _____

Allergies: _____

| DATE | TIME | PLEASE INCLUDE DATE, TIME, SIGNATURE, AND PHONE NUMBERS ON ALL ORDERS. THIS FORM MAY BE USED FOR UP TO THREE (3) ORDERS ONLY! |
|------|------|------|
| 4/27/05 | | Hep Lock W place |
| | | O/C IVF |
| | | Ann Cann |
| | | 4/27/05, 0800 |
| | | 1987 |
| 4/27/05 | | MOM 30cc po q 12° prn constipation. |
| | | Dulcolax Supp 1 PR daily prn constipation. |
| | | Claudia Metherson RN ANP-C |
| 4/27/05 | 1300 | Discharge to home. |
| | | T.O. Claudia Atperton RN, ANP/ Ann Cann |
| | | 1987 |

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS →

**VIRGINIA HOSPITAL CENTER**
www.virginiahospitalcenter.com

**Physician's Orders**

029-6000-PO-R060604

Page 1 of 1

WHITE: MEDICAL RECORDS   CANARY: PHARMACY 1   PINK: PHARMACY 2   GOLD: PHARMACY 3

Patient Identification
MR 0592145 1       ALL N
COP10JUL53-41  M AMAD
RIEDEL MD . CHARLES
AC 105703548  26APR05

**PHYSICIAN:** All orders without boxes (☐) will be activated when order sheet is signed.
When boxes (☐) are present, they MUST be checked for specific orders to be activated.

Authorization is given to dispense a chemically identical drug (according to the rules and regulations of the hospital) unless it is written that no other brand is acceptable.

**NURSE:** Duplicate copy should be removed immediately and sent to Pharmacy

Name: _____    MR # _____    Ht _____ Wt _____

Allergies: _NKDA_

| DATE | TIME | PLEASE INCLUDE DATE, TIME, SIGNATURE, AND PHONE NUMBERS ON ALL ORDERS. THIS FORM MAY BE USED FOR UP TO THREE (3) ORDERS ONLY! |
|------|------|---|
| 4/26/5 | | Admit 5B s/p L3-4 microdiscectomy. |
| | | VS neuro V's q 1" X2 q 2" X2 then q60 |
| | | Activity OOB c assistance |
| | | Diet. Clears advance to regular as tolerated |
| | | IV D5½ NS @ 75 cc/hr. Hep lock IV when taking po well |
| | | Meds: Ancef 1 gm IV q 8" X3. |
| | | Colace 100 mg po Bid |
| | | Tylenol 650 mg po q 6° for discomfort |
| | | Phenergan 12.5 mg IV q 4° prn nausea |
| | 3-5mg | Morphine 2-4 mg IV q 2° prn pain ≥ 6/10 |
| | | Vicoden ES I or II po q 4° prn pain ≤ 6/10 |
| | | |
| | | VO Dr. Riedel / Claudia Matherton RN MRC |
| | | 1987 |
| 4/26/05 | | V.O. Dr. Riedel / H. Nguyen RN |
| 1715 | | DONE CBC |
| | | repeated & reverified 1987 |
| | | Cat 1500 noted at 2340 PA [illegible] RN C 4/26/05 |

4/27/[illegible] until C 0900
ES auth pr

**VIRGINIA HOSPITAL CENTER**
www.virginiahospitalcenter.com

**Physician's Orders**

00029-6000-PO-R060604

Page 1 of 1

Frazza, Luke

**Patient Identification**

060026/25A7 LUKE
MR 05021957    ALL N
00810JUL53-41    H AMAD
RIEDEL MD , CHARLES
AC 0 05705598 25APR05

**PHYSICIAN:** All orders without boxes (☐) will be activated when order sheet is signed.
When boxes (☐) are present, they MUST be checked for specific orders to be activated.

Authorization is given to dispense a chemically identical drug (according to the rules and regulations of the hospital) unless it is written that no other brand is acceptable.

**NURSE:** Duplicate copy should be removed immediately and sent to Pharmacy

Name: _____     MR # _____     Ht _____     Wt _____

Allergies: _____

| DATE | TIME | PLEASE INCLUDE DATE, TIME, SIGNATURE, AND PHONE NUMBERS ON ALL ORDERS. THIS FORM MAY BE USED FOR UP TO THREE (3) ORDERS ONLY! |
|------|------|---|
| 4/22/05 | 4³⁰pm | EKG |
| | | per anesthesia protical / Dr. Myers / y L. Ingles RN |
| | | marked done 4-22-05 4³⁰pm L. Ingles RN |
| | | |
| | | Myersmr |

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS →

**VIRGINIA HOSPITAL CENTER**
www.virginiahospitalcenter.com

**Physician's Orders**

0029-6000-PO-R060604

Page 1 of 1

**Patient Identification**

FRAZZA, LUKE
M3 06021957 ALL M
D0310JUL63-41 M ATAD
RIEDEL MD, CHARLES
A0 005703598 26APR06

WHITE: MEDICAL RECORDS  CANARY: PHARMACY 1  PINK: PHARMACY 2  GOLD: PHARMACY 3

**PHYSICIAN:** All orders without boxes (☐) will be activated when order sheet is signed.
When boxes (☐) are present, they MUST be checked for specific orders to be activated.

Authorization is given to dispense a chemically identical drug (according to the rules and regulations of the hospital) unless it is written that no other brand is acceptable.

**NURSE:** Duplicate copy should be removed immediately and sent to Pharmacy

Name: _____    MR # _____    Ht _____    Wt _____

Allergies: _____

**PLEASE INCLUDE DATE, TIME, SIGNATURE, AND PHONE NUMBERS ON ALL ORDERS.**
**THIS FORM MAY BE USED FOR UP TO THREE (3) ORDERS ONLY!**

| DATE | TIME | |
|------|------|---|
| 4/26 | 8A | PT / PTT   H + H — if time permits |
| | | EKG — done 4/22 |
| | | repeated & verified Claudia  Dr Riedel |
| | | Stable — Arhuthm |
| | | ___ 1847 |
| | | noted ___ |
| | | 4/26/06 |
| | | 9A |

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS →

**VIRGINIA HOSPITAL CENTER**
www.virginiahospitalcenter.com

**Physician's Orders**

J0029-6000-PO-R060604

**Patient Identification**

FRAZZA

FRAZZA, LUKE    ALL N
MR 0b021957    M AMAO-07
DOB10JUL63-41  CHARLES
RIEDEL MD    26APR05
AC 005703548    Page 10 of 26

WHITE: MEDICAL RECORDS   CANARY: PHARMACY 1   PINK: PHARMACY 2   GOLD: PHARMACY 3

**PHYSICIAN:**  All orders without boxes (☐) will be activated when order sheet is signed.
When boxes (☐) are present, they MUST be checked for specific orders to be activated.

Authorization is given to dispense a chemically identical drug (according to the rules and regulations of the hospital) unless it is written that no other brand is acceptable.

**NURSE:**   Duplicate copy should be removed immediately and sent to Pharmacy

Name: _____ MR # _____ Ht _____ Wt _____

Allergies: _____

1. Diet: NPO after midnight
2. Activity as tolerated

**Labs/Tests:**

3. ☑ CBC with Diff
4. ☑ BMP
5. ☐ Type and Cross _____ unit(s) or (Type and Screen) _____ unit(s)
   Inquire if autologous blood is available in lab
6. ☐ U/A
7. ☑ EKG if required by anesthesia
8. ☑ CXR if over 40 years old or required by anesthesia
9. ☐ Start I.V. D5W 1/2 NS at KVO
10. ☐ Antibiotic:
    (1) Nafcillin 2 Gms I.V. on call or OR. If patient is allergic to Nafcillin, give
        Vancomycin 1 Gm I.V. slowly on call to OR.
11. ☐ Other: _____

**Nursing:**

12. Consent per MD's instructions
13. Review Pre-Op Patient Education Check List
14. Document all medications prescribed and used (specify drug, dose, route, frequency)
15. Question NSAID's, anti-inflammatories, anti-coagulants
16. Request Pt. to bring relevant x-rays (MRI/CT scan) to hospital on day of Surgery

**Consults:**

17. Anesthesia/Pain Management
18. Social Services for Pre-Op Assessment if needed

19. Other: _____
    _____

| Signature | Credentials *1987* | Pager # | Date/Time |
|---|---|---|---|

Patient Identification

**VIRGINIA HOSPITAL CENTER**
www.virginiahospitalcenter.com

**Pre-Admission/Pre-Op**
**Standing Orders for Cervical/Lumbar Laminectomy**

361-6000-R112404

Page 1 of 1

FRAZZA, LUKE
MR 05021957    ALL N
0001 OJUL53-41    M ARAD
RIEDEL MD , CHARLES
AC 0057 03598 26 \FRO5

WHITE: Medical Record      CANARY: Pharmacy

VA Hospital Center - 12

**PHYSICIAN:** All orders without boxes (☐) will be activated when order sheet is signed.
When boxes (☐) are present, they MUST be checked for specific orders to be activated.
Authorization is given to dispense a chemically identical drug (according to the rules and regulations of the hospital) unless it is written that no other brand is acceptable.
**NURSE:** Duplicate copy should be removed immediately and sent to Pharmacy

Name: _____ MR # _____ Ht _____ Wt _____

Allergies: _____

**Post Anesthesia Care Unit (PACU) Phase I:**
**For Pain Control:**
☑ Morphine                                                    Total amount given: _6mg_
    2 mg I.V. push, may repeat every 5 minutes until pain score 5 or less, or 16 mg total dose
☐ Repeat Morphine Pain Protocol x 1
☐ Fentanyl                                                    Total amount given: _____
    25 mcg I.V. push, may repeat every 5 minutes until pain score 5 or less, or 100 mcg total dose
☐ Repeat Fentanyl Pain Protocol x 1

**For Nausea and Vomiting:**
☐ Granisetron (Kytril) 0.1 mg I.V. push x 1 only
☐ Ondansetron (Zofran) 4 mg, I.V. push x 1 only. Use only if patient has not received in the past 2 hours.
☐ Promethazine (Phenergan) 12.5 mg I.V. push x 1 only

**For Post-Operative Shivering:**
☐ Meperidine (Demerol)                                        Total amount given: _____
    12.5 mg I.V. push up to 75 mg total dose. Each dose separated by 5 minutes.

**Center for Outpatient Surgery (COPS) Phase II (May be initiated in Phase I)**

**For Pain Control:**
☐ Acetaminophen (Tylenol) tablet 1000 mg PO x 1 only
☐ Ibuprofen (Motrin) tablet 600 mg PO x 1 only
☐ Acetaminophen 300 mg/codeine 30 mg (Tylenol #3) PO: 1 tablet for pain score less than 5
☐ Acetaminophen 300 mg/codeine 30 mg (Tylenol #3) PO: 2 tablets for pain score of 5 or greater (maximum of 2 tablets)
☐ Oxycodone 5 mg/acetaminophen 325 mg (Percocet) PO: 1 tablet for pain score less than 5
☐ Oxycodone 5 mg/acetaminophen 325 mg (Percocet) PO: 2 tablets for pain score of 5 or greater (maximum of 2 tablets)
☐ Hydrocodone 5 mg/acetaminophen 500 mg (Vicodin) PO: 1 tablet for pain score less than 5
☐ Hydrocodone 5 mg/acetaminophen 500 mg (Vicodin) PO: 2 tablets for pain score or 5 or greater (maximum of 2 tablets)

**For Nausea:**
☐ Ondansetron (Zofran) 4 mg I.V. push x 1 dose, if at least two hours since last dose

| Signature | Credentials | Pager # | Date/Time |
|---|---|---|---|

**VIRGINIA HOSPITAL CENTER**
www.virginiahospitalcenter.com

**Anesthesia Department Post-Operative Orders**

21631-7220-PO-111504

Page 1 of 1

Patient Identification

FRAZZA, LUKE
MR 06021957    ALL N
DOB10JUL63-41   M AMAD-07
RIEDEL MD , CHARLES
AC 005703598   26APR05

WHITE: Medical Record    CANARY: Pharmacy



VIRGINIA HOSPITAL
CENTER
*Arlington*       www.virginiahospitalcenter.com       1701 North George Mason Drive • Arlington, Virginia 22205-369

**Please present this form to the Pre-Op Screening Department located on the first floor of the Ambulatory Care Center/1635 Medical Office Building.** *Prior* **to your arrival, please determine whether your insurance company requires a second surgical opinion or pre-authorization. Physician office may FAX orders, lab results, or referral/authorization letters to PreOperative Screening at 703/558-5943.**

IT IS REQUESTED THAT ALL PATIENTS PRE-REGISTER UP TO 14 DAYS PRIOR TO THEIR SURGERY. PATIENTS WILL BE INTERVIEWED BY A NURSE AND A MEMBER OF THE DEPARTMENT OF ANESTHESIA. THE PRE-ADMISSION AREA IS OPEN MONDAY THROUGH FRIDAY, 7:00 AM TO 4:30 PM. Questions? Call PreOperative Screening at 703/558-6159.

Name of Patient: _Frazza, Luke_       DOB: _7/10/63_   Age: _41_
Diagnosis: _HNP_       ICD Code: ____
Procedure: _L3-4 Disectomy_       CPT Code: ____
Date of Surgery: _4/26/05_   ✔ Check As: ☐ Outpatient   ☒ AM Admit
Allergies: ☒ None   ☐ Yes (Please list): ____

| INSURANCE INFORMATION |
|---|

Insurance type: _NCPPO_       Policy/Group #: ____
    Precert/Auth #: ____       Customer Rep: ____
Secondary Ins: ____       Policy/Group #: ____
    Precert/Auth #: ____       Customer Rep: ____

| LABORATORY TESTS |
|---|

☐ Fasting Required   ☐ Fasting Not Required

☒ CBC   ☐ Chem 7   ☐ Type & Cross Match for ____   Number of Units { (May not be done longer than 72 hours prior to surgery.)
☐ U/A   ☒ Chem 24   ☒ Type & Screen
☐ RPR   ☐ Beta Qual   ☐ Autologous Donation for ____   Number of Units (May be done 3 to 30 days prior to surger
☒ PT/PTT   ☐ Other: ____

| X-RAY REQUESTS | HEART STATION |
|---|---|
| ☒ Chest X-Ray (PA and Lateral) | ☐ EKG |
| ☐ Other: ____ | ☐ Other: ____ |

**PHYSICIAN SIGNATURE** ▶ _Carl_       **DATE** ▶ _4/22/05_

Anesthesia Minimum Guidelines
Males under age 40: no testing        Females under age 50: Hb/Hct
Males age 40-64: EKG        Females age 50-64: Hb/Hct/EKG
Males over 65: Hb/Hct/Chem 7/EKG        Females over 65: Hb/Hct/Chem 7/EKG

ADDRESSOPLATE

FRAZZA, LUKE
MR 06021957   ALL N
DOB10JUL63-41  M AMAD
RIEDEL MD, CHARLES
AC 005703598  26APR05

**Reserved For Future Use**

CHARTINGSEQUENCE NUMBER: 2407

**Preoperative Order Form**       Form No. 101299
(Rev. 12-01) 8400

Name: _____ MR # _____ Ht _____ Wt _____

Allergies: _____

**Authorization for Administration of Anesthesia and for the Performance of Operations and Other Procedures - You have the Right to Consent or Refuse Either a Portion or the Entirety of the Statements Below.**

DATE. *April 26, 2005* _____ TIME. _____ *9¹⁰* A.M. / P.M.

1. I, the undersigned, being an adult of over 18 years of age and under no legal or mental disabilities, voluntarily authorize the performance upon *myself* (myself or name of patient) of the following operation/procedure *lumbar discectomy L3-4*

   (state nature and extent of operation/procedure)
   to be performed under direction of Dr. *Riedel*

2. I acknowledge that my physician has discussed, as appropriate, the potential risks and benefits of the procedure, potential problems related to recuperation, the likelihood of success, the potential results of nontreatment and any significant alternative to treatment. In relation to the use of blood and/or blood components, my physician has discussed the possible need for, risks of and alternatives to, blood transfusion when they may be needed.

3. My physician, Dr. *Riedel* has explained to me that (a) other physicians may participate, assist or perform the procedure under the supervision of my physician. These physicians or surgical assistants may include other licensed physicians acquiring experience in the specific procedure involved including residents and Intern physicians, (b) I further acknowledge that during the course of the operation/procedure, unforeseen conditions may be revealed that necessitate an extension of the original therapeutic procedure(s) or different therapeutic procedure(s) than those set forth in paragraph 1. I therefore authorize and request that the above-named physician and his surgical assistants perform such surgical therapeutic and/or diagnostic procedure(s) as are necessary and desirable in the exercise of professional judgement including, but not limited to, procedures involving the administration of blood or blood products, laboratory examinations including biopsy, and radiological examinations. The authority granted under this paragraph 2 shall extend to treating all conditions that require treatment and were not known to the physician at the time the operation/procedure is commenced.

4. I am aware that the practice of medicine is not an exact science, and I acknowledge that no warranty or guarantee has been made to me as to the results of the operation or surgical procedure(s).

5. I consent to the administration of such anesthetics as may be considered necessary or advisable by the physician responsible for this service. The type of anesthesia to be used and the risks, benefits and alternatives, if any, have been explained to my satisfaction by my physician, and anesthesiologist (pertinent to anesthesia) and I have been given the opportunity to ask any questions that I may have regarding that explanation. All my questions have been answered satisfactorily.

6. The nature of my (or the patient's) condition, the nature of the procedure(s), the risks and complications involved in the procedure(s) to be performed, and alternative procedures available, if any, have been explained to me to my satisfaction by my physician, and I have been given the opportunity to ask any questions that I may have regarding that explanation. All my questions have been answered satisfactorily.

7. I hereby authorize Virginia Hospital Center, its agents or designee, to dispose of any removed tissue or amputated member of my body as a result of the surgical operation in any manner deemed proper by the hospital.

8. For the purpose of advancing medical education, I consent to the admittance of medical observers to the operating room, including the taking and publication of photography if requested by my physician providing my identity is not revealed.

**I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONSENT, THAT THE EXPLANATIONS THEREIN REFERRED TO WERE MADE, AND THAT ALL BLANKS OR STATEMENTS REQUIRING COMPLETION WERE FILLED IN AND INAPPLICABLE PARAGRAPHS, IF ANY, WERE STRICKEN BEFORE I SIGNED.**

Signature of Patient: _____

Witness: _____
When patient is a minor or incompetent
to give Consent, Signature of Person
Authorized to consent for Patient: _____

Relationship to Patient: _____ Witness: _____

| Signature | Credentials | | Date/Time |
|---|---|---|---|

FRAZZ ¦ ¦ LUKE
MR 0602195?       ALL N
DOB10JUL63-41  M AMAD
RIEDEL MD , CHARLES
AC 005       Page Riedel18A5



**VIRGINIA HOSPITAL CENTER**
www.virginiahospitalcenter.com

**Procedure / OR Permit**

00028-9170-R042104

VA Hospital Center - 15

**Name:** _____  **MR #** _____  **Ht** _____  **Wt** _____

**Allergies:** _____

**Date:** _April 26, 2005_____ **Time:** _____ _9:10_ a.m. / p.m.

It has been explained to me that I need or may need a transfusion of blood and/or one of its products for the following reason(s). _Surgery_

_____

The doctor has explained to me in general what a blood transfusion is, the procedures that will be used, and the benefits of receiving a transfusion. Possible risks involved with the blood transfusion have been explained to me by my physician. These risks include hepatitis, allergic reactions, fever and fluid overload. Other infrequent risks include exposure to the AIDS virus and possible life threatening transfusion reactions and infections. I understand that these risks exist despite the fact that the blood has been carefully tested.

I understand that under very limited circumstances, it may be possible to consider an autologous or directed donor transfusion.

The doctor has also explained to me the alternatives to transfusion, including the risks and consequences of not receiving this therapy.

I have had the opportunity to ask any questions I might have. Therefore

**1. I give my informed and voluntary consent to the transfusion and permit the doctor or such other doctors or persons as may be needed to assist the doctor, to give me the transfusion.**

_____          _____
Patient's Signature*                                              Witness

*The patient is unable to consent because: _____

_____

I therefore consent for this patient:

_____    _____    _____
Signature                              Relationship to patient                         Witness

**2. I _do not_ consent to transfusion and have been informed of and understand that the risks associated with this refusal may include permanent injury to me or possible death. I accept full responsibility for those risks.**

_____          _____
Patient's Signature*                                              Witness

*The patient is unable to refuse because: _____

_____

I therefore refuse for the patient:

_____    _____    _____
Signature                              Relationship to patient                         Witness

| Signature | Credentials | Pager # | Date/Time |
|---|---|---|---|
| | | | |

**VIRGINIA HOSPITAL CENTER**
www.virginiahospitalcenter.com

**Procedure / OR Permit**

J028-9170-R042104

FRAZZA, LUKE
MR 060... Patient Identification
00910JUL63-41  M AMAD
RIEDEL MD , CHARLES
AC 005703598 26APR05

**VIRGINIA HOSPITAL CENTER**
**1701 NORTH GEORGE MASON DRIVE**
**ARLINGTON, VIRGINIA 22205**
**SURGICAL PATHOLOGY REPORT**

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | FRAZZA, LUKE | **ACCESSION #:** | **S05-5442** |
| DOB/AGE: | 7/10/1963 (Age: 41) | DATE COLLECTED: | 4/27/05 |
| SEX: | M | MRN #: | 06021957 |
| PHYSICIANS: | CHARLES RIEDEL | ACCOUNT #: | 5703598 |
| | | LOCATION: | 5B |
| | | DISCHARGE DATE: | 4/27/05 |

**SPECIMEN(S) RECEIVED:**
DISC, L3-4

**GROSS:**
Specimen is received in formalin and consists of fragments of rubbery white-tan tissue measuring 2 x 1.5 x 0.5 cm.  ESS - 1 cassette
SS:rbj

**DIAGNOSIS:**
Disc L3-4:
        Fibrocartilaginous disc material

SS:rbj

Electronically Signed By:  Stephanie B. Soofer, MD 4/28/05

VIRGINIA HOSPITAL CENTER - ARLINGTON
1701 N George Mason Drive
Arlington, Virginia  22205


OPERATIVE REPORT


PATIENT'S NAME: FRAZZA, Luke    .
MEDICAL RECORD NUMBER: 06021957
LOCATION:  AMAD  524-01

--------------------------------------------------------------------------

OPERATIVE REPORT

PATIENT: FRAZZA, LUKE
MRN:       000006021957
ACCOUNT: 000005703598

DATE OF OPERATION: 04/26/2005
SURGEON:        Charles J Riedel, MD
ASSISTANT:      Donald Wright, MD
ANESTHESIOLOGIST:

PREOPERATIVE DIAGNOSIS:
Foraminal and extraforaminal disk herniation left L3-4.

POSTOPERATIVE DIAGNOSIS:
Foraminal and extraforaminal disk herniation left L3-4.

OPERATION:
1.  Transfacet approach for excision of foraminal and
extraforaminal disk herniation left L3-4.
2.  Operating microscope.

ANESTHESIA:
General endotracheal.

INDICATIONS:

DESCRIPTION OF PROCEDURE:
After the induction of general endotracheal anesthesia, the
patient was turned into the prone position on bolsters and all
pressure points carefully padded.  The lower back was prepped and
draped in the usual sterile fashion.

A localizing radiograph was made to plan the incision and then
the incision was made 2 cm to the left of midline spanning the L3
4 interspace.  Dissection was carried down through the
subcutaneous tissue to the muscle fascia.  We then developed a
plane of dissection along the muscle septa down to the L3-4 facet
joint.  Another lateral radiograph was confirmed to confirm
appropriate anatomical levels.  We swept the muscles medially off

VIRGINIA HOSPITAL CENTER - ARLINGTON
1701 N George Mason Drive
Arlington, Virginia  22205

OPERATIVE REPORT

PATIENT'S NAME: FRAZZA, Luke    .
MEDICAL RECORD NUMBER: 06021957
LOCATION:  AMAD  524-01

----------------------------------------------------------------
of the L3-4 facet joint and at the base of the L3-4 facet,
identified the L4 transverse process.  We also went superiorly
defining the pars and then the base of the L2-3 facet joint and
identified the L3 transverse process.  We swept the muscle back
and placed self-retaining retractors.  We elevated tissue off of
the inner transverse fascia further medially and then divided the
inner transverse membrane.  The foramen was entangled with a very
dense venous plexus.  We spent a good deal of time isolating and
cauterizing and dividing the veins very carefully.  The disk
herniation was surrounded by a considerable amount of reactive
tissue and venous plexus and we did not feel we could completely
excise it from this approach.  We, therefore, went back to just
to the left of midline and did a subperiosteal exposure and once
again confirmed our levels.  We then used a Midas Rex drill and a
variety of Leksell and Kerrison rongeurs to perform a
hemilaminectomy of L3 on the left.  We then, with the disk space,
the L4 root and the L3 root, fully defined, proceeded through the
facet.  The disk herniation again was surrounded by reactive
tissue and a very dense venous plexus and epidural venous
bleeding was quite profuse.  Once again we spent a good deal of
time cauterizing these epidural venous bleeders.  We were able to
get an excellent exposure, however, of the disk which emanated
laterally and superiorly from the disk space displacing the L3
root dorsally and cranially.  We removed four large free
fragments of disk from here.  The medial portion of the disk was
just medial to the pars and the most lateral portion went
extraforaminally.  Several smaller fragments were also removed
and then the herniation had been completely excised and the L3
root was now nicely free in its course.

We copiously irrigated the area and hemostasis was excellent.  A
Hemovac was placed in the epidural space and brought out through
a separate stab incision.  The wound was then closed in layers
using #2-0 Vicryl in the fascia, #3-0 Vicryl in the subcutaneous
and subcuticular layers and Steri-Strips on the skin.  A sterile
dressing was applied.

The patient was returned to the supine position.  He tolerated
the procedure well with no intraoperative complications.

COMPLICATIONS:

VIRGINIA HOSPITAL CENTER - ARLINGTON
1701 N George Mason Drive
Arlington, Virginia 22205

OPERATIVE REPORT

PATIENT'S NAME: FRAZZA, Luke   .
MEDICAL RECORD NUMBER: 06021957
LOCATION:  AMAD  524-01

--------------------------------------------------------------------

Charles J Riedel, MD

1987

CJR:Spheris10653     C: 04/27/05 08:14
D: 04/26/05 22:24 T: 04/27/05 08:14 DOCUMENT: 200504270771654400

_____CHARLES RIEDEL_____
Dr. CHARLES RIEDEL                        #: 1987     Date: 26Apr05
Electronically Completed By: CHARLES RIEDEL
                                          #: 1987     Date: 7Jun05

# VIRGINIA HOSPITAL CENTER

PCP: Dr Terlinsky

1701 North George Mason Drive     Arlington, Virginia 22205-3698     703.558.5000 tel     www.virginiahospitalcenter.com

| | | | | | |
|---|---|---|---|---|---|
| Date: 4/22 | Age: 41 | Sex: M | | Diagnosis | Lumb Laminectomy |
| V.S. T___ P 78 R___ BP 116/80 | Sat 96% | | | Scheduled Operation | & Resectomy |
| Wt 191 lb ___ kg | Ht 5'7" | | Hgb | Na | EKG: NSR/LSA |
| | | | Hct | K | WNL |
| Oral aperture >2cm | (yes) no | | WBC | Cl | |
| Uvula visualized | (yes) no | | PLT | CO₂ | |
| Thyromandibular distance >3cm | (yes) no | | PT | BUN | CXR: |
| Dentition: Intact | | | PTT | Cr | |
| Neck: FROM Pna | | | BT | Gluc | |
| Lungs: Cta | | | | | |
| Heart: son | | | | | |

## History

| | neg | pos |
|---|---|---|
| Cardiovascular | ✓ | |
| Respiratory | | ✓ |
| Gastrointestinal | | ✓ |
| Renal | | ✓ |
| Neurological | | ✓ |
| Musculoskeletal | | ✓ |
| Endocrine | | ✓ |
| Tobacco | | |
| Alcohol | 7 beer/wk | |
| Drugs | | |

Seasonal Allergies

Herneated Disk:
Back Pain c̄ Rad √ ⓁⓇ legs
Medual Drug Pak 4/4/05
H/o Kidstone
FM injection
8/05

MEDS
Vicoden tid
Advil 800 tid
Allegra prn
Allegra-D prn

Allergies: NKDA
Medications: see regles
Anesthetic History: Eye Bone Spur (L) foot / Arthrotomy (R) Knee    Scope (R) knee : ∅ problems

| Prescreening | Day of Surgery |
|---|---|
| NPO after: MN | ASA Physical Status: II |
| Premedication: Vicodan | NPO since: last pm |
| | Informed consent obtained: |
| | Plan: Discussed ___ in detail |
| | ___ hemp ___ see |
| Discussed: MAC SAB Epidural | ___ ___ |
| (General) Other | ___ well ___ |
| Completed by: Joan M Taylor SN | Anesthesiologist: Consent to anesth yl |

Risk of blindness discussed
+ ___ consent

**Reserved For Future Use**

ADDRESSOPLATE

FRAZZA, LUKE
MR 05021957    ALL N
DO810JUL63-41  M RRAD
RIEDEL MD, CHARLES
AC 005703598  26APR05

CHARTING SEQUENCE NUMBER: 9755

**Pre-anesthesia Evaluation**

Form No. 101237
(Rev. 1-94) 7220

WHITE: Medical Records     CANARY: Patient

Net 45.8    Date 4/26/05    Page 1 of 3

| PREOP EVALUATION | MEDS | ALLERGIES | AGE: (Male) / Female | Ht: 5'7" cm in | Wt: 191 kg lb | Temp: °C °F | Resp: 16 | OR# 5 | ☑ Mach. Checked ☑ Suction Checked |

PREOP EVALUATION: Recent Dive

MEDS: Vicodan, Advil, Allegra

ALLERGIES: NKDA

ASA: II    NPO: last    O2 Sat on: 96%    BP Range: 110/80    Pulse: 78

INDUCTION: ☑ IV ☑ Mask ☐ RSI  Cricoid Press.  ☑ Pre O2

Plan: (GA) Epid SAB MAC Other    AIRWAY: (Oral) Nasal Size 85

Consent Obtained/Patient Eval. ✓✓    DO/MD

INTUBATION: Time 11:00

ETT: 7.5 (Oral) Nasal Size
Blade: Mac 3  Attempts:
BREATH SOUNDS: Equal, Bilat
ET CO2: 32   TEETH: intact
TUBE TAPED AT: 22 cm
CUFF INFLATED: 6 ml.
PATIENT POSITION: Prone

MILITARY TIME: 1045—1100   1130   1200   1230   1300

| O2 | L/min | 10 | 2 | 4 | 4 | 4 | 4 | 8 | 8 | 8 | 8 | 8 |
| Desflurane | | | 4 | 4 | 4 | 4 | 8 | 8 | 8 | 8 | 8 |
| Propofol mg | 200 | | | | | | | | | | |
| Fentanyl mcg | | 9 | | 3 | | | 3 | | | | |
| Versed mg | 100 | | | | | | | | | | |
| Zofran mg | | | | | | | | | | | |
| Decadron mg | | | | | | | | | | | |
| Ephedrine mg | 10 | | | | | | | | | | |

EYES: ☐ Taped ☑ Padded ☐ Ointment ☑ Laser Protected

DIFFICULTY: Easy, atraumatic, airway mask airway

Versed mg  3  2    Placed By:
☑ NIBP  R  L
☐ A LINE  R  L
☐ CVP  R  L
☐ PAC  R  L

Induction: TIK
Emergence: IM
Continuously Available: IK
Regional Started by:

STETH:
☐ precordial
☐ pretracheal
☐ esoph
☐ Hot Line
☑ Fluid Warmer  Temp °C
☐ Warming Blanket  Temp °C
☑ Air Blanket  Temp °C
☐ Tapscope
☐ TEE  ☑ HUMIDVENT
☐ CCO  ☐ C.OX.

Surgery Only   P-Op Pain Only   Both

Pt. to O.R. Chart signed & examined
T.O.O.R. monitor & pre-O2
Pt. placed prone & cut off surgeon & nurses
Both arms monitored
Eyes, nose clear
Amps 2 gms IVPB PSV @ 1110
Gut dose
Decadron 8 mg IVPB @ 1115



| REMARKS ☑ INDUCTION | | | | | | | | | | | | |
| RELIEF | | | | | | | | | | | | |
| MD PRESENT | | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | |
| RESP (SV CV AV) | | SV | CV | CV | C | C | C | C | | | |
| VENT  TV | 766 | 744 | 691 | 601 | 634 | 729 | 704 | 711 | 718 | | |
| RR | | 21 | 26 | 26 | 8 | 8 | 8 | 30 | 28 | 27 | |
| P | | | | | | | | | | | |
| SpO2 | 100 | 100 | 100 | 100 | 99 | 99 | 99 | 99 | 99 | | |
| EtCO2 | 32 | 35 | 33 | 34 | 35 | 35 | 34 | 35 | 36 | | |
| PEEP/ECG LEAD | SV | SV | SV | SV | SV | SV | SV | SV | SV | | |
| TEMP ESO SKIN | 35.1 | 35.1 | 35.1 | 35 | 35.3 | 35.1 | 35.5 | 35.6 | 35.6 | | |
| FIPNS | 6/4 | 4/4 | 4/4 | 4/4 | 4/4 | 4/4 | 4/4 | 4/4 | 4/4 | | |

OR start 1153

| TO ☐ PACU ☑ ICU ☐ CVICU ☐ OPS | | |
| ☐ Awake ☐ Arousable ☐ Unresp | | |
| BP | P | Resp | SaO2 |

Urine: Not measured
EBL: min

☐ IV ☐ R PIV 18 ga  Left  #1 Loedie  #2 (under)

BLOOD PRODUCTS

Post-op DX: Herniated Lumbar Disc

Operation: Laminectomy

Epidural ☐ removed intact ☐ in situ
Sensory Level R ___ L ___ ☐ Legs Moving

ADDRESSOPLATE

FRAZZA, LUKE
MR 06021957  ALL N
CO3IC JUL63-41  M AMA0-07
RIEDEL MD, CHARLES
AC 005703598  26APR05

Anesthesiologist/CRNA

R Coles RN TO

Surgeon: D. Riedel, Charles

| | Start | Stop |
| PREMED | 1841 | 1050 |
| OR | 1050 | 1649 |
| ANES | 1031 | 1701 |
| ANES | | |
| O2 | | |

CHART SEQ. #: 9750 -- Virginia Hospital Center

**Operating Room Anesthesia Record**

Form No. 100160 (Rev. 3-02) 7220

WHITE: Medical Record    YELLOW: Anesthesia    VA Hospital Center - 22

Date: 4/26/05          Page 2 of 3

| PREOP EVALUATION | MEDS | ALLERGIES | AGE: | Male | Ht: | cm | Wt: | kg | Temp: | °C | Resp: | OR#: | ☐ Mach. Checked |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Female | | in | | lb | | °F | | | ☐ Suction Checked |

| ASA: | NPO: | O2 Sat on | | BP Range | | Pulse: | INDUCTION: IV   Mask   RSI |
|---|---|---|---|---|---|---|---|
| | | | | | | | Cricoid   Press.   Pre O2 |

Plan:   GA   Epid   SAB   MAC   Other _____
Consent Obtained/Patient Eval. _____   DO/MD

AIRWAY: Oral Nasal Size ____
INTUBATION: ____ Time: ____

| MILITARY TIME | 1315-1330 | | 1400 | | 1430 | 1700 | | 1730 | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|

| O2 | L/Min | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Isoflurane | 5 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Nitrous / air | 100 | | | | | | | | | |
| MSO4 mg | | | 3 | | | 2 | | 1 | | |
| Vecuronium mg | | | | | 2 | | 1 | | | |
| Fentanyl mcg | | | | | | 100 | | | | |

EYES
☐ Taped
☐ Padded
☐ Ointment
☐ Laser Protected
PATIENT POSITION:

ETT: ____ Oral Nasal Size ____
Blade: ____ Attempts: ____
BREATH SOUNDS: Equal.   Bilat.
☐ ET CO2 ____ TEETH ____
TUBE TAPED AT ____ cm.
CUFF INFLATED ____ ml.
DIFFICULTY:

Placed By:

220
200
180
160
140
120
100
80
60
40
20

☐ NIBP   R   L
☐ A LINE   R   L
☐ CVP   R   L
☐ PAC   R   L

STETH
☐ precordial
☐ pretracheal
☐ esoph
☐ Hot Line
☐ Fluid Warmer   Temp ____°C
☐ Warming Blanket   Temp ____°C
   Air Blanket   Temp ____°C
☐ Tapscope
☐ TEE   ☐ HUMIDIVENT
☐ CCO   ☐ C. OX.

Induction: _____
Emergence: _____
Continuously Available: _____
Regional Started by: _____
Surgery Only      P-op Pain Only      Both
Same as op. 1

REMARKS ①=INDUCTION

| RELIEF | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MD PRESENT | | | | | | | | | | |
| RESP (SV CV AV) | | | | | | | | | | |
| VENT   TV | 135 | 700 | 1/2 | 64 | 724 | 717 | 698 | 698 | 705 | 1/2 |
| RR | | | 8 | | 8 | 8 | 8 | 8 | 8 | |
| P | 27 | 27 | 20 | 21 | 20 | 20 | 20 | 20 | 20 | 20 |
| ☐ SaO2 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| ☐ FiO2 | 40 | 60 | 60 | 60 | 60 | 60 | 40 | 40 | 40 | 60 |
| ☐ EtCO2 | 36 | 34 | 32 | 32 | 30 | 30 | 30 | | | |
| ☐ ECG LEAD | SR | SR | SR | SR | SR | SR | SR | SR | SR | SR |
| ☐ TEMP ESO SKIN | 35.8 | 35.7 | 36.0 | 36.0 | 36.0 | 36.1 | 36.2 | 36.3 | | |
| ☐ PNS | 4/4 | 4/4 | 4/4 | 4/4 | 4/4 | 4/4 | 4/4 | | | |

TOTALS

Urine
EBL
OR PIV ga

#3   1000cc

BLOOD PRODUCTS

Post-op DX   Hernia'd disc   Lumbar Disc

Operation   Laminectomy foram.

| | TO ☐ PACU   ☐ ICU   ☐ CVICU   ☐ OPS |
|---|---|
| | ☐ Awake   ☐ Arousable   ☐ Unresp |
| | BP      P      Resp      SaO2 |
| | Epidural ☐ removed intact ☐ in situ |
| | Sensory Level R ____ L ____ ☐ Legs Moving |

ADDRESSOPLATE
FRAZZA, LUKE
MR 06021957    ALL N
00B30JUL63-41   M AMA0-07
RIEDEL MD, CHARLES
AC 005703598   26APR05

Anesthesiologist/CRNA

R. C. Krasner DO
Surgeon

Dr. Riedel Charles

| | Start | Stop |
|---|---|---|
| PREMED | | |
| OR | | |
| ANES | | |
| ANES | | |
| O2 | | |

CHART SEQ. #: 9750 -- Virginia Hospital Center

**Operating Room Anesthesia Record**

Form No. 100160
(Rev. 3-02) 7220

WHITE: Medical Record    YELLOW: Anesthesia    PINK:

VA Hospital Center - 23

P.3

| PREOP EVALUATION | MEDS | ALLERGIES | | AGE: Male Female | Ht cm in | Wt kg lb | Temp: °C °F | Resp: | OR# ☐ Mach. Checked ☐ Suction Checked |
|---|---|---|---|---|---|---|---|---|---|

ASA: | NPO: | O2 Sat on ___ | BP Range | Pulse: | INDUCTION: IV Mask RSI Cricoid Press. Pre O2

Plan: GA Epid Spinal MAC Other _____
Consent Obtained/Patient Eval. _____ DO/MD

AIRWAY: Oral Nasal Size
INTUBATION: Time:
ETT: ___ Oral Nasal Size
Blade: ___ Attempts:
BREATH SOUNDS: Equal. Bilat.
ET CO2 ___ TEETH ___
TUBE TAPED AT ___ cm.
CUFF INFLATED ___ ml.
DIFFICULTY:

MILITARY TIME
O2 L/Min

EYES
☐ Taped
☐ Padded
☐ Ointment
☐ Laser Protected

PATIENT POSITION:

Induction:

Emergence:

Continuously Available:

Regional Started by:

Surgery Only    P-Op Pain Only    Both

Placed By:
☐ NIBP R L ___
☐ A LINE R L ___
☐ CVP R L ___
☐ PA Cath R L ___

STETH
☐ precordial
☐ esophageal
☐ esoph
☐ Hot Line
☐ Fluid Warmer Temp ___°C
☐ Warming Blanket Temp ___°C
☐ Air Blanket Temp ___°C
☐ Tapscope
☐ TEE ☐ HUMIDIVENT
☐ CCO ☐ C. OX.

220 200 180 160 140 120 100 80 60 40 20

REMARKS ① = INDUCTION

RELIEF
MD PRESENT
RESP (S/V C/V A/V)
VENT    TV    RR
Inspiratory Pressure
☐ SaO2
☐ FiO2
☐ EtCo2
☐ ECG LEAD
☐ TEMP ESO SKIN
☐ PNS

Urine
EBL
☐ ___ R PIV ___ ga
BLOOD PRODUCTS

Post-op DX
Operation
Anesthesiologist/CRNA
Surgeon

TOTALS

Epidural
☐ removed intact
☐ in situ
Sensory Level
R ___ L ___
☐ Legs Moving

PREMED
OR
ANES
ANES
Start | Stop

TO ☐ PACU ☐ ICU ☐ CVICU ☐ OPS
☐ Awake ☐ Arousable ☐ Unresp
BP ___ P ___ Resp ___ SaO2 ___
Date/Time

VIRGINIA HOSPITAL CENTER
www.virginiahospitalcenter.com

**Operating Room Anesthesia Record**

100160-7220-RF-R040805

Page 1 of 1

WHITE: Medical Record    YELLOW: Anesthesia    PINK: Anesthesia

VA Hospital Center - 24

# Case Record

**Name:** FRAZZA, Luke     **Acct #:** 005703598     **Admit Date:** 04/26/2005
**Status:** 3     **Unit #:** 06021957     **Discharge Date:**

**Procedure Date:** 4/26/2005    **Room:** OR RM 5     **Case Status:** I    **Signed Status:** U

**Surgeons**
Riedel, Charles

| Procedures | Site | Position |
|---|---|---|
| LUMBAR LAMINOTOMY & DISECTOMY | | |
| LUMBAR DISECTOMY, L3-4 | | |

**Page : CRPD**

Language:

Pt Speak English? ▓▓▓

Sex: M▓▓     SS #: ▓44-54-6968▓ ▓     DOB: ▓07/10/1963 ▓

Patient Phone Numbers:

| (H): | (C): | (W): |
|---|---|---|
| (703) 841-9981▓ | | (202) 285-2321▓ |

| Contact Name: | Phone: | Relationship: |
|---|---|---|
| | | |

| Primary Insurance: | Policy ID #: | Group ID #: |
|---|---|---|
| | | |

| Secondary Insurance: | Policy ID #: | Group ID # |
|---|---|---|
| | | |

**Section Name : or -- Page : OR_Assessment**

Assessment Time: ▓026▓

RN Notes:

▓pt able to walk but has left leg pain▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Patient Type: ▓MAD▓ ▓     Procedure Type: ▓elective▓

Patient ID Confirmed: ▓▓▓

Patient Verified Name of Surgeon and Procedure to be Performed: ▓▓▓

Consents Verified: ▓▓▓

Surgical Site Verified and Marked Per Policy: ▓▓▓

| Alert and Oriented: | |
|---|---|

NPO: ▓▓▓   Since: ▓2midn▓▓▓

Allergies? ▓▓▓    Foley in Place Preop: N▓▓

ALLERGIES:

| Preop Pain: | Scale: | Type: |
|---|---|---|
| ▓▓▓ | | SHARP- Sharp ▓▓▓▓▓▓▓▓▓ |

VA Hospital Center - 25

# Case Record

**Name:** FRAZZA, Luke          **Acct #:** 005703598          **Admit Date:** 04/26/2005

**Status:** 3          **Unit #:** 06021957          **Discharge Date:**

---

| Impairments | Type: | | Implants: | Type/Location: |
|---|---|---|---|---|
| | Mobility - Mobility | | No | |

Assessment Information Obtained From: Patient - Patient

Patient Assessed By: BURDE - Burrows Denise

---

### Section Name : or -- Page : OR_Personnel_Times

| Time In: | Date: | | Start Time: | Date: |
|---|---|---|---|---|
| 1050 | 04/26/2005 | | 1153 | 04/26/2005 |

| Delay: | Duration (min): | Reason: | | RN Notes: |
|---|---|---|---|---|
| Yes | 110 | PREVCA - PREVIOUS CASE | | |

Team Surgical Time Out Performed?: Yes

| OR Staff: | | Role: | | Time In: | Time Out: |
|---|---|---|---|---|---|
| RIFCH | Ritzel Charles | SURGEO | Surgeon | 1050 | 1658 |
| BURDE | Burrows Denise | Circ | Circulator Primary | 1050 | 1230 |
| NAHA | Na Harold | Scrub | Scrub Primary | 1050 | 1135 |
| KIRRA | Kirstner Rena | Anes | Anesthesiologist | 1050 | 1240 |
| HOWWI | Howle Winston | Scrub2 | Scrub Second | 1050 | 1210 |
| FORGR | Forgrave Jim | Scrub2 | Scrub Relief | 1155 | 1215 |
| MYEFR | Myers Freya | Anes | Anesthesiologist | 1210 | 1440 |
| NAHA | Na Harold | Scrub | Scrub Primary | 1230 | 1330 |
| KIRRA | Kirstner Rena | Anes | Anesthesiologist | 1240 | 1659 |
| NAHA | Na Harold | Circ | Circ Relief | 1300 | 1400 |
| BURDE | Burrows Denise | Circ | Circulator Primary | 1400 | 1500 |
| WRIFO | Wright Ronald | Scrub | Scrub Relief | 1400 | 1410 |
| NAHA | Na Harold | Scrub | Scrub Primary | 1410 | 1600 |
| SHESY | Shekazadie Systana | Circ | Circular Relief | 1500 | 1558 |
| ROSJE | Ross Jeanie | Scrub | Scrub Relief | 1500 | 1655 |

| Other Personnel: | | Role: | | Time In: | Time Out: |
|---|---|---|---|---|---|
| | | | | | |

---

### Section Name : or -- Page : OR_Positioning

Position for Surgery: Prone - Prone

Right Arm Position: ArmBoard - Arm Board          Correct Body Position Maintained: Yes

Left Arm Position:          Pressure Points Checked: Yes

VA Hospital Center - 26

---

# Case Record

**Name:** FRAZZA, Luke     **Acct #:** 005703598     **Admit Date:** 04/26/2005
**Status:** 3     **Unit #:** 06021957     **Discharge Date:**

Arm Board     Arm Board

**Positioning Devices:**                          **Positioned By:**

| | | |
|---|---|---|
| CHEROL | CheshRol | Anes — Anesthesiologist |
| PILLOW | Pillow | Circ-Pri — Circulator Primary |
| DONUT | Donut | Surgeon — Surgeon |
| FOAM | Foam Headrest | |

| Safety Strap Applied: | Location: | | PAS Applied: | Location: |
|---|---|---|---|---|
| Y — Buttocks | | | Y — BILATERAL — Bilateral Legs | |

**RN Notes:**

| Foot Pump Applied: | Location: |
|---|---|
| No | |

---

**Section Name : or -- Page : OR_Prep_Catheters**

**Wound Class:** CLEAN — Clean                          **RN Notes:**

**Hair Removed:** None

**Prep Agents:** DURABETA — Betadine Scrub/Dura Prep

**Skin/Tissue Integrity:** Intact — Intact

**Prep Performed By:**
BURDE — Burrows, Denise

**Urinary Catheter Inserted:**

| Size (Fr): | Balloon (ml): | Type: | Inserted By: | Catheter Removed: |
|---|---|---|---|---|
| 16 | | Red Rubber | CHESV — Cherkasskiy, Svetlana | Y |

---

**Section Name : or -- Page : OR_Counts**

**Counts Performed:** Yes :

**PreOp Count By:**

| | |
|---|---|
| NAHAI — Na, Haesok | |
| BURDE — Burrows, Denise | **Sponge Count:** Correct |

**1st Count By:**                          **Sharps Count:** Correct

| | |
|---|---|
| CHESV — Cherkasskiy, Svetlan | |
| ROSJE — Rossi, Juanit | **Instrument Count:** Not Applic |

VA Hospital Center - 27

---

# Case Record

**Name:** FRAZZA, Luke     **Acct #:** 005703598     **Admit Date:** 04/26/2005
**Status:** 3     **Unit #:** 06021957     **Discharge Date:**

2nd Count By:           Surgeon Notified of Results: ▓▓

X-Ray Taken: ▓▓

3rd Count By:

RN Notes:

## Section Name : or -- Page : OR_Cautery_Laser

Cautery Used: ▓▓

| Serial Number: | ECU Type: | Grounding Pad Location: | Grounding Pad Placed By: |
|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓ | ▓▓▓▓ | BURDE | Burrows, Denise |

Laser Used: ▓▓▓

| Laser Start: | Laser Stop: |
|---|---|
|  |  |

| Unit# | Laser Type: | Delivery System: | Laser Settings: |
|---|---|---|---|
|  |  |  |  |

Laser Safety Measures Implemented: ▓▓

RN Notes:

## Section Name : or -- Page : OR_Medication_Irrigation

RN Notes:

Medication Used: ▓▓▓

| Medication: | Dose: | Route: | Given By: |
|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | Injection | RIECH   Riedel, Charles |
| ▓▓▓▓ | ▓▓ | Topical | RIECH   Riedel, Charles |
| ▓▓▓▓ | ▓▓ | Injection | KIRBA   Kirshner, Randi |
| ▓▓▓▓ | ▓▓ | Injection | KIRBA   Kirshner, Randi |
| ▓▓▓▓ | ▓▓ | Topical | RIECH   Riedel, Charles |

Irrigation Used: ▓▓▓

| Irrigant Type: | Medication Added: | Volume Irrigant:Medication | Volume Given: | Given By: |
|---|---|---|---|---|
| Normal Normal Saline | Bacitracin | 1000:50000 bact | 1800ml | RIECH   Riedel, Charles |

VA Hospital Center - 28

# Case Record

**Name:** FRAZZA, Luke          **Acct #:** 005703598          **Admit Date:** 04/26/2005
**Status:** 3                   **Unit #:** 06021957           **Discharge Date:**

| Fluid Management | (GYN) Irrigant: | (GYN) Volume In: | (GYN) Volume Out: | (GYN) Volume Deficit: |
|---|---|---|---|---|
| GYN Irrigation: | | | | |

## Section Name : or -- Page : OR_Specimens

Specimen Sent:

| Specimen: | Submitted For: |
|---|---|
| 1. disc L-4 | pathology |

RN Notes:

## Section Name : or -- Page : OR_Implants

Implant/Explant:

| Row | Implant/Explant: | Type: | Size: |
|---|---|---|---|
| | | | |

| Row | Site: | Manufacturer: | Catalog/Reference#: |
|---|---|---|---|
| | | | |

| Row | Lot/Serial#: | Expiration Date: | Quantity: |
|---|---|---|---|
| | | | |

RN Notes:

## Section Name : or -- Page : OR_DressingsDrainsSkin

Dressings/Packing:                                    RN Notes:

2. steristrips, tegaderm

VA Hospital Center - 29

## Case Record

| | | |
|---|---|---|
| **Name:** FRAZZA, Luke | **Acct #:** 005703598 | **Admit Date:** 04/26/2005 |
| **Status:** 3 | **Unit #:** 06021957 | **Discharge Date:** |

| Drain Type/Size: | Drain Site: | Start Time: |
|---|---|---|
| Drains: ▓ Hemo1/8 ▓ Hemovac 1/8 ▓ ▓ lumbar ▓ ▓ ▓ ▓ | | |

Skin Condition Change:

Skin Condition Same as PreOp: ▓

---

**Section Name : or -- Page : OR_Pre/PostOp**

Anesthesia Type: GEN ▓

PreOp Diagnosis:
HERNIATED DISC L4 ▓

PostOp Same As PreOp: ▓

PostOp Diagnosis:

Actual Procedure:
lumbar microdiscectomy L4 ▓

RN Notes:

---

**Section Name : or -- Page : OR_Transfers_Out_Times**

| Close Time: | Close Date: | Out Time: | Out Date: |
|---|---|---|---|
| 1627 | 04/26/2005 | 1638 | 04/26/2005 |

| Procedure Outcome: | Transfer Method: | Transferred To: |
|---|---|---|
| Complete ▓ Completed ▓ Bed ▓ Bed ▓ PACU 2 ▓ PACU 2 ▓ |

VA Hospital Center - 30

---

## Case Record

**Name:** FRAZZA, Luke     **Acct #:** 005703598     **Admit Date:** 04/26/2005

**Status:** 3     **Unit #:** 06021957     **Discharge Date:**

RN Notes:

---

**Section Name : or -- Page : OR_LocalCaseVitalSigns**

Local Case: ▓▓

**Vital Signs**

| Time: | Date: | BP: | Heart Rate: | O2 Sat: |
|-------|-------|-----|-------------|---------|
|       |       |     |             |         |

RN Notes:

---

**Section Name : or -- Page : OR_Care_Plan_1**

PLAN OF CARE

PATIENT SPECIFIC PROBLEMS:     OUTCOMES:

Knowledge Deficit ▓▓     Patient Verbalized Understanding ▓▓

RN Notes:

Comfort ▓▓     Patient Comfort is Maintained ▓▓

Anxiety ▓▓     Anxiety is Dimished or Relieved ▓▓

Injury ▓▓     Patient is Free From Injury ▓▓

Knowledge Deficit     Anxiety

    ANSWER: Answer questions in appropriate language ▓▓

    DESCRIBE: Describe perioperative events ▓▓

Comfort     Injury

    ALLERGIES: D/allergies/r/meds/latex/prep/agents/adhesi

    CONSENT: Verify consent ▓▓

    DEVICES: Check use safety/positions devices per p

    IDENTITY: Confirm identity procedure and operative site

---

**Section Name : or -- Page : OR_Care_Plan_2**

PLAN OF CARE

PATIENT SPECIFIC PROBLEMS:     OUTCOMES:

VA Hospital Center - 31

---

# Case Record

**Name:** FRAZZA, Luke          **Acct #:** 005703598          **Admit Date:** 04/26/2005
**Status:** 3                   **Unit #:** 06021957           **Discharge Date:**

Infection ▓          No Signs/Symptoms of Infection Noted ▓
Fluid/Electrolyte Balance ▓     Maintained Adequate Fluid/Electrolyte Balance ▓
Pulmonary Function ▓            Patient Maintained Adequate Pulmonary Function ▓

Infection                                          Pulmonary Function
ASEPTIC    implement aseptic technique... ▓
ASSESS     Assess pre op lab values vital signs, prophyla

Fluid/Electrolyte Imbalance

                                                   RN Notes:

---

## Section Name : pacu -- Page : PACU_Times

| PACU Time In: | Date: |
|---|---|
| 1640 | 04/26/2005 |

Time outcomes met 1730          PACU Discharge Criteria / Patient Outcomes

Anxiety minimal or relieved ▓
Pain is 5 or less on the pain scale ▓

| PACU Time Out: | Date: |
|---|---|
| 1800 | 04/26/2005 |

Nausea / Vomiting eliminated or minimized ▓
Body temp 96 degrees or greater ▓
SaO2  95% or greater on room air ▓
B/P within normal (baseline) limits ▓
Free from Injury(skin integrity) ▓
Pt is aware of impaired mobility ▓
(neuromuscular block)

Transfer To: 52▓          Transfer With Monitor: N▓     Transfer with Oxygen: N▓

Pt Belongings: WITH FAMILY ▓     Report Given To: KIMPLEA RN ▓

Family/S.O Contacted : ▓ Yes ▓          Patient Type: AMAD▓ ▓

---

## Section Name : pacu -- Page : PACU_Assessment1

Assessment:

| Time | By: | Resp: | Airway: | Type: |
|---|---|---|---|---|
| 1650 | MAKRY | MAKRY, HAMID | BBS CI lateral Breath ST N | N6 |
| 1730 | MAKRY | MAKRY, HAMID | BBS CI lateral Breath ST N | N6 |
| 1745 | MAKRY | MAKRY, HAMID | BBS CI lateral Breath ST N | N6 |

VA Hospital Center - 32

---

## Case Record

| Name: FRAZZA, Luke | Acct #: 005703598 | Admit Date: 04/26/2005 |
|---|---|---|
| Status: 3 | Unit #: 06021957 | Discharge Date: |

| Time: | EKG: | | Orientation: | | |
|---|---|---|---|---|---|
| 1640 | NSR | Normal Sinus Rhythm | ORIENT-SPE | Oriented X with clear speech |
| 1710 | NSR | Normal Sinus Rhythm | ORIENT-SPE | Oriented X with clear speech |
| 1740 | NSR | Normal Sinus Rhythm | ORIENT | Oriented to person with clear |

| Time: | Peripheral Pulses: | | Capillary Refill: | |
|---|---|---|---|---|
| 1640 | PALP BILA | Palpable Bilateral Dorsalis Pedis | BRI BILAT | Brisk Finger-Toes Bilateral |
| 1710 | PALP BILA | Palpable Bilateral Dorsalis Pedis | BRI BILAT | Brisk Finger-Toes Bilateral |
| 1740 | PALP BILA | Palpable Bilateral Dorsalis Pedis | BRI BILAT | Brisk Finger-Toes Bilateral |

| Time: | Abdomen: | Nausea/ Vomiting | Operative Site: | Site Dsg: | Site Care: |
|---|---|---|---|---|---|
| 1640 | SOFT NON | N | LUMBAR | CDI | Clean OBS |
| 1710 | SOFT NON | N | LUMBAR | CDI | Clean OBS |
| 1740 | SOFT NON | N | LUMBAR | CDI | Clean OBS |

Comments:

1640 PT ADMITTED TO PACU, TACHYCARDIC, PT SEEN BY DR. REIDEL, PAIN 9/10, PT TALER AND ORIENTED, CBC ORDERED 1630 PAIN LEVEL 5/10, PAIN PROTOCOL INITIATED 1745 PAIN SUBSIDED, CBC RESULTS WNL 1745 PT READY FOR US TO FLOOR

---

**Section Name : pacu -- Page : PACU_Assessment2**

| Time: | Anti Embolic Device | |
|---|---|---|
| 1640 | N/A | Not Applicable |

| Time: | Position: | | Siderails: | |
|---|---|---|---|---|
| 1640 | 30D Supine | 30D Supine | SIDE X2 | Stretcher Siderails X |
| 1710 | 30D Supine | 30D Supine | SIDE X2 | Stretcher Siderails X |
| 1740 | 30D Supine | 30D Supine | SIDE X2 | Stretcher Siderails X |

| Time: | Peripad | number: | Characteristics: |
|---|---|---|---|
| 1640 | N/A | | |

| Time: | Pain Scale: | Pain Quality: | Pain Site: |
|---|---|---|---|
| 1640 | 9 | SORE | OPERATIVE SITE |
| 1710 | | SORE | OPERATIVE SITE |
| 1740 | 4 | SORE | OPERATIVE SITE |

# Case Record

| Name: FRAZZA, Luke | Acct #: 005703598 | Admit Date: 04/26/2005 |
|---|---|---|
| Status: 3 | Unit #: 06021957 | Discharge Date: |

Comments:

1640 PT ADMITTED TO PACU. TACHYCARDIC. PT SEEN BY DR. REIDEL. PAIN 2/10. PT ALERT AND ORIENTED. CBC ORDERED. 1630 PAIN LEVEL 7/10. PAIN PROTOCOL INITIATED. 1645 PAIN SUBSIDED. CBC RESULTS WNL. 1745 PT READY FOR DC TO FLOOR.

---

**Section Name : pacu -- Page : PACU_Assessment3**

| Time: | Skin Assessed |
|---|---|
| 1640 | No alteration. Without evidence of alteration. |

| Time: | Pupillary Response | Left | Right |
|---|---|---|---|
| 1640 | X | | |

| Time: | Upper Ext Movement | Left | Right |
|---|---|---|---|
| 1640 | X | S.G. | Strong Grasp | S.G. | Strong Grasp |
| 1710 | X | S.G. | Strong Grasp | S.G. | Strong Grasp |
| 1740 | X | S.G. | Strong Grasp | S.G. | Strong Grasp |

| Time: | Lower Ext Movement | Left | Right |
|---|---|---|---|
| 1640 | X | S.P. | Strong Pedal Push | S.P. | Strong Pedal Push |
| 1710 | X | S.P. | Strong Pedal Push | S.P. | Strong Pedal Push |
| 1740 | X | S.P. | Strong Pedal Push | S.P. | Strong Pedal Push |

Comments:

1640 PT ADMITTED TO PACU. TACHYCARDIC. PT SEEN BY DR. REIDEL. PAIN 2/10. PT ALERT AND ORIENTED. CBC ORDERED. 1630 PAIN LEVEL 7/10. PAIN PROTOCOL INITIATED. 1645 PAIN SUBSIDED. CBC RESULTS WNL. 1745 PT READY FOR DC TO FLOOR.

---

**Section Name : pacu -- Page : PACU_Regional_Blocks**

Regional Block Assessment:

Regional Block : N/A

| Time: | Movement Left: | Movement Right: |
|---|---|---|
| | | |

## Case Record

| Name: FRAZZA, Luke | Acct #: 005703598 | Admit Date: 04/26/2005 |
|---|---|---|
| Status: 3 | Unit #: 06021957 | Discharge Date: |

| Sensory Level Left: | Sensory Level Right: | Block Site/ Dressing Condition |
|---|---|---|
| | | |

Comments:



Section Name : pacu -- Page : PACU_Aldrete

| Time: | Activity: | Circulation: | LOC: | Resp: | Skin Color: | Total: |
|---|---|---|---|---|---|---|
| 1640 | | 2 | | | 2 | |
| 1710 | | 2 | | | 2 | |
| 1740 | | 2 | | | 2 | |

Skin C/D/I :

IV Intact :

Pt ID Band On :

Alarms On and Parameters Verified:

Comments:

Section Name : pacu -- Page : PACU_VS

PACU Vital Signs:

VA Hospital Center - 35

# Case Record

| Name: | FRAZZA, Luke | Acct #: | 005703598 | Admit Date: | 04/26/2005 |
|---|---|---|---|---|---|
| Status: | 3 | Unit #: | 06021957 | Discharge Date: | |

| Time: | BP: | Heart Rate: | Resp: | O2 Sat % | Fio2: | O2 Source: | Temp: | Hypothermia Protocol: | Method: |
|---|---|---|---|---|---|---|---|---|---|
| 1640 | 106/46 | 120 | 16 | 97 | | 2 L/MIN | N | 96.6 | WARM Warm Blankets |
| 1650 | 100/76 | 112 | 16 | 97 | | 2 L/MIN | N | | |
| 1700 | 107/46 | 108 | 16 | 98 | | 2 L/MIN | N | | |
| 1710 | 102/75 | 108 | 16 | 99 | | 2 L/MIN | N | | |
| 1720 | 118/60 | 98 | 16 | 95 | | 2 L/MIN | N | | |
| 1730 | 102/59 | 98 | 16 | 99 | | 2 L/MIN | N | | |
| 1740 | 95/59 | 111 | 16 | 99 | | 2 L/MIN | N | 96.6 | |
| 1750 | 100/66 | 109 | 16 | 93 | | 2 L/MIN | N | | |
| 1800 | 99/49 | | 16 | 97 | | 2 L/MIN | N | | |

Comments:
1640 PT ADMITTED TO PACU. TACHYCARDIC. PT SEEN BY DR. REIDEL. PAIN 2/10. PT ALERT AND ORIENTED. CBC ORDERED. 1650 PAIN LEVEL 7/10. PAIN PROTOCOL INITIATED. 1645 PAIN SUBSIDED. CBC RESULTS WNL. 1745 PT READY FOR DC TO FLOOR.

---

**Section Name : pacu -- Page : PACU_Meds**

Latex Sensitivity?      ALLERGIES:

Allergies? N

DRUG ALLERGY:

| Time: | Medications: | Dose: | Route: | By: | Comments: |
|---|---|---|---|---|---|
| 1725 | MORPHINE | 4MG | IV | MAKHA - MAKRY - HAMID | |
| 1735 | MORPHINE | 2MG | IV | MAKHA - MAKRY - HAMID | |

| Accucheck | Time | Value |
|---|---|---|
| MAKH | | |

Comments:
1640 RE-ADMITTED TO PACU. TACHYCARDIC. PT SEEN BY DR. REIDEL. PAIN 2/10. PT ALERT AND ORIENTED. CBC ORDERED. 1650 PAIN LEVEL 7/10. PAIN PROTOCOL INITIATED. 1645 PAIN SUBSIDED. CBC

VA Hospital Center - 36

# Case Record

| | | |
|---|---|---|
| **Name:** FRAZZA, Luke | **Acct #:** 005703598 | **Admit Date:** 04/26/2005 |
| **Status:** 3 | **Unit #:** 06021957 | **Discharge Date:** |

RESULTS WNL 1745 PT READY FOR DC TO FLOOR

---

### Section Name : pacu -- Page : PACU_IandO

**INTAKE:**

| Time: | Type: | Site: | Amount: |
|---|---|---|---|
| 1700 | LR / Lactated Ringers | IV | 300 |

Intake Total: 300

**OUTPUT:**

| Urine Output: | Time: | Characteristic: | Amount: |
|---|---|---|---|
| NR | | | |

| Drains: | Time: | Type: | Characteristic: | Site: | Amount: |
|---|---|---|---|---|---|
| 1800 | HM | Hemovac Drain | BLOODY / Bloody | | 05 |

**Comments:**

1640 PT ADMITTED TO PACU. TACHYCARDIC. PT SEEN BY DR. REIDEL. PAIN 2/10. PT ALERT AND ORIENTED. 1.6C ORDERED. 1650 PAIN LEVEL 5/10. PAIN PROTOCOL INITIATED. 1745 PAIN 3. BSIDED. CBC RESULTS WNL 1745 PT READY FOR DC TO FLOOR

Output Total:

---

### Section Name : phase_2 -- Page : PHASE_2_Time_In_Out

**PHASE II:**

| | |
|---|---|
| Phase 2 Time In: | Phase 2 Time Out: |
| | Transport to: |
| Identified By: | Transfer Method: |
| Pt/family states full name: | Discharge Criteria: |
| Pt/family states DOB: | Verified Ride Home: Y |
| Armband information correct and on pt: | AMAD |
| Latex Sensitivity? N | |

**Nurses Notes:**

| | |
|---|---|
| Reaction: | Anesthesia Type: GEN |
| | Patient Type: AMAD |
| Allergies? N | Medications Taken Today: Y |

VA Hospital Center - 37

Case Record

**Name:** FRAZZA, Luke        **Acct #:** 005703598        **Admit Date:** 04/26/2005
**Status:** 3                **Unit #:** 06021957         **Discharge Date:**

ALLERGIES:



---

**Section Name : phase_2 -- Page : PHASE_2_VS**

PRE-OPERATIVE VITAL SIGNS:

| Time | B/P | HR | Resp | O2 Sat: % | O2 Source | Temp | Temp Source |
|------|-----|-----|------|-----------|-----------|------|-------------|
| 0819 | 104/76 | 72 | 16 | 97 | ROOM AIR | 98.0 | TYMPANIC |

PHASE 2 VITAL SIGNS:

| Time | By: | B/P | HR | Resp | O2 Sat: % | O2 Source | Temp | Temp Source |
|------|-----|-----|-----|------|-----------|-----------|------|-------------|
| | | | | | | | | |

Nurses Notes:

---

**Section Name : phase_2 -- Page : PHASE2_Aldrete**

PHASE 2 ALDRETE:

| TIME | ACTIVITY | CIRCULATION | LOC | RESPIRATIONS | SKIN COLOR | ALDRETE SCORE |
|------|----------|-------------|-----|--------------|------------|---------------|
| | | | | | | |

FOR EPIDURAL/SPINAL PATIENTS ONLY:                              Nurses Notes:

| Time: | By: | Dermatomes: | Motor Function |
|-------|-----|-------------|----------------|
| | | | |

---

**Section Name : phase_2 -- Page : PHASE_2_Assessment_1**

PHASE II ASSESSMENT:

| Time: | By: | Orientation: | Respirations: | Dressing: | Site Care: |
|-------|-----|--------------|---------------|-----------|------------|
| | | | | | |

VA Hospital Center - 38

# Case Record

| | | |
|---|---|---|
| **Name:** FRAZZA, Luke | **Acct #:** 005703598 | **Admit Date:** 04/26/2005 |
| **Status:** 3 | **Unit #:** 06021957 | **Discharge Date:** |

OBS...

OBS...

| BGM: | Result: | IV: | Siderails X2: | Call bell in reach: | See Notes: |
|---|---|---|---|---|---|
| | | | | | |

| PO Fluids: | Nausea: | Vomiting: | Other (SNN): | Assessment unchanged except as noted: | Nurses Notes: |
|---|---|---|---|---|---|
| | | | | | |

## Section Name : phase_2 -- Page : PHASE_2_Assess_2

**PHASE II ASSESSMENT:**

| Time: | Pain: | Site: | Quality: | Visual | Genitourinary Assessment: | |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | Time: | By: | Void: | Foley: | See Notes: |
|---|---|---|---|---|---|---|
| | | | | | | |

**Neurovascular Assessment:**

| Time: | By: | Color of Extremities: | Capillary Refill: | Peripheral Pulses: | Motor Function: | Mobility: | Assessment Unchanged Except as Noted: |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Gyn Assessment:** NA

| Time: | By: | Pad Count: | Vaginal Drainage: | Assessment Unchanged Except as Noted: | Nurses Notes: |
|---|---|---|---|---|---|
| | | | | | |

## Section Name : phase_2 -- Page : PHASE_2_landO

**PHASE 2 IV INTAKE:**

| Time: | Site: | Intake Type: | Amount Up: | Quantity: |
|---|---|---|---|---|
| | | | | |

IV Discontinued at:

Total IV Fluids in COPS:

Nurses Notes:

PHASE II OUTPUT:

VA Hospital Center - 39

Case Record

| Name: | FRAZZA, Luke | Acct #: | 005703598 | Admit Date: | 04/26/2005 |
| Status: | 3 | Unit #: | 06021957 | Discharge Date: | |

| Time: | Output Amount: | Type: |
|---|---|---|
| | | |

**Section Name : phase_2 -- Page : PHASE_2_ Meds**

PHASE II MEDICATIONS: ▒▒▒

| Pyxis Medications: | | Time: | Dose: | Route: | Adm. By: |
|---|---|---|---|---|---|
| | | | | | |

| Other Medications: | Time: | Dose: | Route: | Adm. By: |
|---|---|---|---|---|
| | | | | |

Nurses Notes:

**Section Name : phase_2 -- Page : PHASE_2_Education_Record**

MULTI-DISCIPLINARY EDUCATION RECORD

LEARNING NEEDS THIS ADMISSION:

| | | LEVEL OF EDUCATION COMPLETED: |
|---|---|---|
| Activity: ▒▒▒ | Organ Donation ▒▒▒ | Grade School ▒▒▒    Nurses Notes: |
| Advance Directives ▒▒▒ | Pain Management ▒▒▒ | High School ▒▒▒ |
| Disease/Condition ▒▒▒ | S/S to Report ▒▒▒ | >High School ▒▒▒ |
| Medications ▒▒▒ | Tests/Procedures ▒▒▒ | See Nurses Notes ▒▒▒ |
| Nutrition ▒▒▒ | Wound/Incision Care ▒▒▒ | |

READINESS TO LEARN:

| Date: | Time: | Nurse: |
|---|---|---|
| 04/2▒/20▒ | ▒▒▒ | ▒UNCLA▒▒▒▒▒▒ |
| 04/26/200▒ | 092▒ | ▒ECEL▒▒▒▒▒▒ |

| | |
|---|---|
| Ask Questions ▒▒▒ | Verbalizes Need to Learn ▒▒▒ |
| Too Anxious to Learn ▒▒▒ | Unreceptive to Learning ▒▒▒ |
| Physical Limitations ▒▒▒ | Denies Needs ▒▒▒ |

BARRIERS TO LEARNING:

| | | | LEARNS BEST BY: |
|---|---|---|---|
| Barriers? ▒▒▒ | Reading/Writing ▒▒▒ | Language: | Doing ▒▒▒ |
| Psychological/Emotion ▒▒▒ | Hearing Impaired ▒▒▒ | | Listening ▒▒▒ |
| Cognitive/Sensory ▒▒▒ | Vision Impairment ▒▒▒ | | Seeing ▒▒▒ |

**Section Name : phase_2 -- Page : PHASE_2_Care_Plan_1**

VA Hospital Center - 40▒

PLAN OF CARE