# Continuation of Medical Records
# 7

## Case Record

**Name:** FRAZZA, Luke      **Acct #:** 005703598      **Admit Date:** 04/26/2005
**Status:** 3      **Unit #:** 06021957      **Discharge Date:**

PATIENT SPECIFIC PROBLEMS:                  OUTCOMES:

Nurses Notes:

Anxiety ▓▓▓             Anxiety is diminished/relieved ▓▓▓

Knowledge Deficit ▓▓▓      Patient Verbalized Understanding ▓▓▓

Comfort ▓▓▓           Reasonable Comfort is Maintained ▓▓▓

| Date: | Time: | Nurse: |
|-------|-------|--------|
| 04/22/20 | 1682 | INGLA ▓▓▓ |
| 04/26/20 | 082▓ | FELBE ▓▓▓ |

Knowledge Deficit

Anxiety                  Comfort

---

**Section Name : phase_2 -- Page : PHASE_2_Care_Plan_2**

PLAN OF CARE

| Time: | Entered By: |
|-------|-------------|

Nurses Notes:

PATIENT SPECIFIC PROBLEMS:                  OUTCOMES:

Fluid/Electrolyte Balance ▓▓▓      Maintained Adequate Fluid Balance ▓▓▓

Pulmonary Function ▓▓▓    Maintained Adequate Pulmonary Function ▓▓▓

Infection ▓▓▓           Patient Free of S/S of Infection ▓▓▓

Injury ▓▓▓               Patient Free From Injury ▓▓▓

Fluid and Electrolyte Imbalance              Infection

Alteration in Pulmonary Function              Injury

---

**Section Name : pre_op -- Page : PREOP_Times**

PRE-OPERATIVE:    Pre-Op Time In: 091▓      Pre-Op Time Out: ▓▓▓      Nurses Notes:

Admitting Nurse: FELBE ▓▓▓ FELL BETTY LOU ▓▓▓

Identified By:

Pt/family states full name: ▓▓▓      Latex Sensitivity? ▓▓▓

Pt/family states DOB: ▓▓▓      Reaction: ▓▓▓

Procedure and Site Confirmed: ▓▓▓      Allergies? ▓▓▓

Armband Information correct and on pt: ▓▓▓      ALLERGIES:        VA Hospital Center - 41

Case Record

| | | | |
|---|---|---|---|
| **Name:** FRAZZA, Luke | **Acct #:** 005703598 | | **Admit Date:** 04/26/2005 |
| **Status:** 3 | **Unit #:** 06021957 | | **Discharge Date:** |

Patient Type: ▓▓▓▓▓▓

Anesthesia Type: GEN▓▓▓▓

Verified Ride Home: Y▓▓▓

AMAD ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Time | B/P | HR | Resp | O2 Sat: % | O2 Source | Temp | Temp Source |
|---|---|---|---|---|---|---|---|
| 0919 | 104/76 | 77 | 16 | 97 | ROOM AIR | 98.0 | TYMPANIC |

---

**Section Name : pre_op -- Page : PREOP_Assessment**

PRE-OP ASSESSMENT:

| Time: | Orientation: | Respiratory: | Mobility: |
|---|---|---|---|
| 0920 | ORIENT X (Oriented X) | REGULAR (Regular) | INDEPEND (Independent) |

Neurovascular Assessment: ▓▓▓▓

Nurses Notes:

| Color of Extremities: | Pulses: | Capillary Refill: | Motor Function: |
|---|---|---|---|
| Normal | PEDAL | BRI BILAT | FULL |

| Pain: | Site: | Quality: | Visual Analog: |
|---|---|---|---|
| 7 | BACK (Back) | ACHING (Aching) | |

Gyn Assessment: N/A

| Pad Count: | Vaginal Drainage: |
|---|---|
| | |

---

**Section Name : pre_op -- Page : PREOP_Checklist_1**

PRE-OPERATIVE CHECKLIST:

Medications Taken Today: ▓▓▓▓

: ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Nurses Notes:

BGM: N/A             BETA N/A

Tests Done:        Last Menstrual Period: N/A

CXR: N/A

VA Hospital Center - 42

---

Case Record

| | | | |
|---|---|---|---|
| **Name:** FRAZZA, Luke | **Acct #:** 005703598 | | **Admit Date:** 04/26/2005 |
| **Status:** 3 | **Unit #:** 06021957 | | **Discharge Date:** |

EKG: ▓▓▓     Pediatric Head Circumference:

N/A▓

BLOOD BANK: ▓▓▓                         : ▓▓▓▓▓▓▓▓

LABS: ▓▓▓

---

**Section Name : pre_op -- Page : PREOP_Checklist_2**

PRE-OPERATIVE CHECKLIST:

| | | |
|---|---|---|
| OR Permit Signed: ▓▓▓ | | Removed: |
| Blood Transfusion Permit Signed: ▓▓▓ | Nurses Notes: | Clothing: ▓▓▓ |
| Breast Permit Signed: N/A▓ | | Glasses/Contacts: ▓▓▓ |
| Sterilization Permit Signed: ▓▓▓ | | Hairpins/Make-up: N/A▓ |
| HIV Permit Signed: ▓▓▓ | | Dentures: N/A▓ |
| NPO after Midnight: ▓▓▓ | | Hearing Aid Right: N/A▓ |
| | : ▓▓▓▓▓▓▓▓ | Hearing Aid Left: N/A▓ |
| Belongings: COPS ▓▓ Secured in COPS ▓▓▓ | | Pre-Op Teaching Done: ▓▓▓ |
| Valuables: NONE ▓▓ No Valuables ▓▓▓ | | |
| Jewelry: NONE ▓▓ None Worn ▓▓▓ | | |

| | | |
|---|---|---|
| Allergies Reviewed: ▓▓▓ | Admission History Reviewed: ▓▓▓ | Foley: N/A▓ |
| H&P on Chart: N/A▓ | Vital Signs: ▓▓▓ | PAS on Patient: ▓▓▓ |
| Name Plate on Chart: ▓▓▓ | Voided pre-op ▓▓▓ | TEDS on Patient: N/A▓ |

---

**Section Name : pre_op -- Page : PREOP_Meds/IV**

PRE-OP MEDICATIONS/IV START:                              Nurses Notes:

PRE-OP MEDICATIONS: N/A▓▓

| Pyxis Medications: | Time: | Dose | Route: | Adm By: |
|---|---|---|---|---|
| | | | | |

| Other Meds: | Time: | Dose: | Route: | Adm By: |
|---|---|---|---|---|
| | | | | |

PRE-OPERATIVE IV START: ▓▓▓

| Time: | Inserted By: | Gauge: | Site: | Solution: |
|---|---|---|---|---|
| | | | | |

VA Hospital Center - 43

---

**Section Name : pre_op -- Page : PREOP_Education_Record**

**Case Record**

| | | | |
|---|---|---|---|
| **Name:** FRAZZA, Luke | **Acct #:** 005703598 | | **Admit Date:** 04/26/2005 |
| **Status:** 3 | **Unit #:** 06021957 | | **Discharge Date:** |

MULTI-DISCIPLINARY EDUCATION RECORD

**LEARNING NEEDS THIS ADMISSION:**

| | |
|---|---|
| Activity: ▓ | Organ Donation ▓ |
| Advance Directives ▓ | Pain Management ▓ |
| Disease/Condition ▓ | S/S to Report ▓ |
| Medications ▓ | Tests/Procedures ▓ |
| Nutrition ▓ | Wound/Incision Care ▓ |

**READINESS TO LEARN:**

| | |
|---|---|
| Ask Questions ▓ | Verbalizes Need to Learn ▓ |
| Too Anxious to Learn ▓ | Unreceptive to Learning ▓ |
| Physical Limitations ▓ | Denies Needs ▓ |

**BARRIERS TO LEARNING:**

| | |
|---|---|
| Barriers? ▓ | Reading/Writing ▓    Language: |
| Psychological/Emotion ▓ | Hearing Impaired ▓ |
| Cognitive/Sensory ▓ | Vision Impairment ▓ |

**LEVEL OF EDUCATION COMPLETED:**

| | |
|---|---|
| Grade School ▓ | Nurses Notes: |
| High School ▓ | |
| >High School ▓ | |
| See Nurses Notes ▓ | |

| Date: | Time: | Nurse: |
|---|---|---|
| 04/22/200▓ 1652 | | INGL▓ |
| 04/26/200▓ 0922 | | FELBE▓ |

**LEARNS BEST BY:**

| | |
|---|---|
| Doing ▓ | |
| Listening ▓ | |
| Seeing ▓ | |

---

**Section Name : pre_op -- Page : PREOP_Care_Plan**

**PLAN OF CARE**

**PATIENT SPECIFIC PROBLEMS:**

Nurses Notes:

**OUTCOMES:**

| | |
|---|---|
| Knowledge Deficit: ▓ | Patient Verbalized Understanding: ▓ |
| Anxiety: ▓ | Anxiey is Diminished/Relieved: ▓ |
| Comfort: ▓ | Reasonable Comfort is Maintained ▓ |

| Time: | Entered By: |
|---|---|
| 0922 | FELBE▓    FELL BETTY LOU, R▓▓ |

Anxiety:

**Knowledge Deficit:**

| | |
|---|---|
| CONSENT ▓ | VERIFIED CONSENT ▓ |
| EVENTS ▓ | DISCUSSED/EXPLAINED PERI-OPE▓ |
| KNOWLDG ▓ | ASSESS LEVEL OF KNOWLEDGE ▓ |

**Comfort:**

| | |
|---|---|
| ASSESS ▓ | PAIN ASSESSED AND DOCUMENTE▓ |
| COMFORT ▓ | POSITIONED FOR COMFORT AND SU▓ |
| HISTORY ▓ | OBTAINED PAIN HISTORY AND MAN▓ |
| SCALE ▓ | PAIN SCALE EDUCATION GIVEN TO ▓ |

---

**Section Name : pre_op -- Page : PREOP_Care_Plan_2**

**PLAN OF CARE**

Fluid and Electrolyte Imbalance ▓

**PATIENT SPECIFIC PROBLEMS:**

**OUTCOMES:**

VA Hospital Center - 44

## Case Record

| | |
|---|---|
| **Name:** FRAZZA, Luke | **Acct #:** 005703598 | **Admit Date:** 04/26/2005 |
| **Status:** 3 | **Unit #:** 06021957 | **Discharge Date:** |

Infection ▓▓▓      Nurses Notes:      Patient Free of S/S of Infection ▓▓▓

Fluid/Electrolyte Balance ▓▓▓      Maintained Adequate Fluid Balance ▓▓▓

Pulmonary Function ▓▓▓      Maintained Adequate Pulmonary Function ▓▓▓

Injury ▓▓▓      Patient Free From Injury ▓▓▓

Infection      Alteration in Pulmonary Function

Fluid and Electrolyte Imbalance      Injury

VA Hospital Center - 45

## ...oking Sheet

| | | |
|---|---|---|
| **Patient:** FRAZZA, LUKE | **Unit #:** | **Room:** OR05 |
| **Setup Start:** 1040 | **Procedure:** 1100 - 1300 | **Tear Down End:** 1310 |
| **Date:** 04/26/2005 | **Status:** Active | **Booked By:** 23090 |
| **DOB:** 07/10/1963 | **Patient Bed Type:** AM ADMISSION | |

| | | | |
|---|---|---|---|
| **Latest Activity:** EDIT FORM DATA | 17360 | 04/22/2005 16:33 |
| **Originally Booked:** BOOKED | 23090 | 04/22/2005 13:51 |

| Surgeons | Start | Procedures | Site | Position |
|---|---|---|---|---|
| Riedel, Charles | 1100 | LUMBAR LAMINOTOMY & DISECT | | |
| | | LUMBAR DISECTOMY, L3-4 | | |

### Booking Audit Trail Changes

| Changed By | | Changed Patient | Surgeon | Procedure | Room | Setup Start | Book Date | Book Status | BookPAT Date | PAT Room | PAT Start | PAT Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17360 | To: | FRAZZA, LUKE | RIECH | LUMBARL | OR05 | 1040 | 04/26/2005 | A | N/A | N/A | N/A | N/A |
| 17360 | From: | FRAZZA, LUKE | RIECH | LUMBARL | OR05 | 1040 | 04/26/2005 | A | N/A | N/A | N/A | N/A |

**Page : 01_patient_data**

Sex: ▓▓   DOB: 07/04/1963   SS #: ▓44-54-5368▓

Address: ▓▓ ASTON ST ▓▓▓▓▓▓▓

City: ANNANDALE ▓▓▓▓▓

State: VA ▓▓▓▓▓▓

Zip: 22003 ▓▓▓▓

Patient Phone Numbers:

| (H): | (W): | (C): |
|---|---|---|
| (703)641-9381 | (202)296-2321 | |

Pt Speak English? ▓▓ Yes ▓▓

| Contact Name: | Phone: | Relationship: |
|---|---|---|
| | | |

Language:

| Primary Insurance: | Policy ID #: | Group ID #: |
|---|---|---|
| | | |

| Secondary Insurance: | Policy ID #: | Group ID # |
|---|---|---|
| | | |

Patient Related Comments: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Page : 02_Booking_Data**

PreOp Diagnosis

HERNIATED DISC ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Anesthesia Type: GENE▓▓▓▓   Patient Type: AMAD▓▓▓   Pt Rm#: ▓▓▓▓   ICD 9 #:

Latex Sensitivity? ▓▓▓▓▓   ALLERGIES: ▓▓▓▓▓

VA Hospital Center - 46

# Booking Sheet

| | | |
|---|---|---|
| **Patient:** FRAZZA, LUKE | **Unit #:** | **Room:** OR05 |
| **Setup Start:** 1040 | **Procedure:** 1100 - 1300 | **Tear Down End:** 1310 |
| **Date:** 04/26/2005 | **Status:** Active | **Booked By:** 23090 |
| **DOB:** 07/10/1963 | **Patient Bed Type:** AM ADMISSION | |

Allergies?                                             CPT#:

Spec Equip:        Case Comments: NO ASST. DR. REC. 2HS. IRIS. OK'D 

VHC Scheduler and Offiice Personnel: ADRIENNE/LINDA 

---

**Page : 03_Pat_adm_hx_adult01**

DATE: 03/22/200     1559        BY: INGLA

Pt/Family ID Verbally Confirmed: Yes     Anesthesia Type: GEN     Patient Type: AMAD

VITAL SIGNS:   BLOOD PRESSURE: 116/80   PULSE: 78   O2 SATURATION: 96   %

HEIGHT: 57   WEIGHT (lbs): 191   AGE: 3   SEX: M

CHIEF COMPLAINT:
BACK PAIN WITH LT LEG RADIATION

PCP NAME AND NUMBER:
ALAN TERLINSKY    703-379-7110

SPECIALTY MD NAME AND NUMBER:

---

**Page : 03_Pat_adm_hx_adult02**

Latex Sensitivity? N        Reaction:

ALLERGIES:

Allergies? N

VA Hospital Center - 47

---

# Booking Sheet

| | | |
|---|---|---|
| **Patient:** FRAZZA, LUKE | **Unit #:** | **Room:** OR05 |
| **Setup Start:** 1040 | **Procedure:** 1100 - 1300 | **Tear Down End:** 1310 |
| **Date:** 04/26/2005 | **Status:** Active | **Booked By:** 23090 |
| **DOB:** 07/10/1963 | **Patient Bed Type:** AM ADMISSION | |

MEDICATIONS: <span style="background:#000">████</span>        MEDICATIONS:



### Page : 03_pat_adm_hx_adult03

VITAMINS, HERBAL SUPPLEMENTS, SUPPLEMENTS: <span style="background:#000">████</span>

    VITAMINS, HERB. SUPP., SUPPLEMENTS:

CARDIOVASCULAR: <span style="background:#000">████</span>        SBE Prophylaxis: <span style="background:#000">████</span>

    CARDIOVASCULAR:

PULMONARY: <span style="background:#000">████</span>        PNEUMONIA VACCINE: <span style="background:#000">████</span>

    PULMONARY:
SEASONAL ALLERGIES <span style="background:#000">███████████████</span>

### Page : 03_pat_adm_hx_adult04

BLOOD DISORDER: <span style="background:#000">████</span>

    BLOOD DISORDER:

GASTROINTESTINAL/LIVER: <span style="background:#000">████</span>

    GASTROINTESTINAL/LIVER:

GENITOURINARY: <span style="background:#000">████</span>

    GENITOURINARY:
1999 KIDNEY STONES <span style="background:#000">███████████</span>        VA Hospital Center - 48

# Booking Sheet

| | | |
|---|---|---|
| **Patient:** FRAZZA, LUKE | **Unit #:** | **Room:** OR05 |
| **Setup Start:** 1040 | **Procedure:** 1100 - 1300 | **Tear Down End:** 1310 |
| **Date:** 04/26/2005 | **Status:** Active | **Booked By:** 23090 |
| **DOB:** 07/10/1963 | **Patient Bed Type:** AM ADMISSION | |

**Page : 03_pat_adm_hx_adult05**

ENDOCRINE:      Home BGM      AM BGM Range: 

ENDOCRINE

MEDROL DOSE PACK 4/24/05-1M INJECTION STEROIDS 3/05

MUSCULOSKELETAL/SKIN:      Artificial Joints: NO     Prophylactic Antibiotic 

MUSCULOSKELETAL/SKIN:

SCIATICA WITH LT LEG RADIATION X 21 MONTHS AFTER A FALL IN FEB

NEUROLOGIC/OTHER: NO

NEUROLOGIC/OTHER:

**Page : 03_pat_adm_hx_adult06**

OB/GYN: N/A     LMP:     Gravida:     Paragravida:

Could You Be Pregnant?:     Breast Feeding:

OB/GYN:

NUTRITION: 

NUTRITION/DENTITION:

REGULAR DIET

MOLAR CROWNS

nurse notes

**Page : 03_pat_adm_hx_adult07**

Assistive Devices:

NONE 

Explain: 

VA Hospital Center - 49

# Booking Sheet

| | | |
|---|---|---|
| **Patient:** FRAZZA, LUKE | **Unit #:** | **Room:** OR05 |
| **Setup Start:** 1040 | **Procedure:** 1100 - 1300 | **Tear Down End:** 1310 |
| **Date:** 04/26/2005 | **Status:** Active | **Booked By:** 23090 |
| **DOB:** 07/10/1963 | **Patient Bed Type:** AM ADMISSION | |

VISUAL/HEARING: ▓▓▓▓▓

    VISUAL/HEARING:
    GLASSES ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    PREVIOUS HOSPITALIZATION/SURGERIES: ▓▓▓▓▓

      PREVIOUS HOSPITALIZATION/SURGERIES:
      2010 EXC BONE SPUR LT FOOT ▓▓▓▓▓▓▓▓▓▓▓▓▓
      1979 ARTHROTOMY RT KNEE ▓▓▓▓▓▓▓▓▓▓▓
      1980/1981 ARTHROSCOPY RT KNEE ▓▓▓▓▓▓▓

**Page : 03_pat_adm_hx_adult08**

ANESTHESIA PROBLEMS: ▓▓▓▓

    ANESTHESIA PROBLEM

SOCIAL HISTORY:

| | | | |
|---|---|---|---|
| Tobacco History: ▓▓▓▓ | | Alcohol Use: ▓▓▓▓ | |
| Started Tobacco: ▓▓▓▓▓▓▓ | | Alcohol Drinks/ Week: ▓ BEER ▓▓ | |
| Stopped Tobacco:: ▓▓▓▓▓▓ | | | |
| Amount Per Day: ▓▓▓▓▓ | | | |

Recreational Drugs Used: ▓▓▓▓▓

Recreational Drugs Used(Name):
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    How Often: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    Last Used: ▓▓▓▓▓▓▓▓▓▓▓▓

**Page : 03_pat_adm_hx_adult09**

PAIN TYPE:
    Acute Pain: ▓▓▓▓        PAIN SCALE: 9▓▓▓
    Chronic Pain: ▓▓▓▓
    Denies Pain: ▓▓▓▓
    PAIN SITE:
    : BACK PAIN WITH RADIATION LT LEG ▓▓▓▓▓▓▓▓    VA Hospital Center - 50

## Booking Sheet

| | | |
|---|---|---|
| **Patient:** FRAZZA, LUKE | **Unit #:** | **Room:** OR05 |
| **Setup Start:** 1040 | **Procedure:** 1100 - 1300 | **Tear Down End:** 1310 |
| **Date:** 04/26/2005 | **Status:** Active | **Booked By:** 23090 |
| **DOB:** 07/10/1963 | **Patient Bed Type:** AM ADMISSION | |

PAIN QUALITY:

: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

SPIRITUAL NEEDS: ▓▓▓

SPIRITUAL/ CULTURAL COMMENTS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ADVANCE DIRECTIVE:

Living Will ▓▓▓          Pt. Declined Information On Advance Directive: ▓▓▓

Durable Power Of Attorney Healthcare ▓▓▓          Organ Donor ▓▓▓

Copy On Chart ▓▓▓

Requested Copies ▓▓▓

Advance Directive Form Given: ▓▓▓

Wish To Initiate Advance Directive ▓▓▓

---

**Page : 03_pat_adm_hx_adult10**

ANSWER ONLY FOR CATH PATIENTS: ▓▓▓

Valve Surgery: ▓▓▓

CABG: ▓▓▓

Coronary Intervention: ▓▓▓

Cardiac Transplant: ▓▓▓

Family History CAD < 55yo: ▓▓▓

Peripheral Vascular Disease: ▓▓▓

ANSWER ONLY FOR GI PATIENTS: ▓▓▓

Motility/pH Monitoring: ▓▓▓          Family History Colon Ca? ▓▓▓

Nasal Obstruction: ▓▓▓          History of Polyps? ▓▓▓

Nasal/Sinus Surgery: ▓▓▓          Radiation Therapy for Prostate CA ▓▓▓

Stomach Surgery: ▓▓▓

Xylocaine Allergy: ▓▓▓

---

**Page : 03_pat_adm_hx_cp_11**

PLAN OF CARE

PATIENT SPECIFIC PROBLEMS                    OUTCOMES

Knowledge Deficit ▓▓▓          Patient Verbalized Understanding ▓▓▓

Nurses Notes

Anxiety ▓▓▓          Anxiety Is diminished/relieved ▓▓▓

Comfort ▓▓▓          Reasonable Comfort Is Maintained ▓▓▓

VA Hospital Center - 51

# Booking Sheet

| | | |
|---|---|---|
| **Patient:** FRAZZA, LUKE | **Unit #:** | **Room:** OR05 |
| **Setup Start:** 1040 | **Procedure:** 1100 - 1300 | **Tear Down End:** 1310 |
| **Date:** 04/26/2005 | **Status:** Active | **Booked By:** 23090 |
| **DOB:** 07/10/1963 | **Patient Bed Type:** AM ADMISSION | |

| DATE: | TIME: | Entered By: |
|---|---|---|
| 04/22/2005 | 1632 | INGLA |

**Knowledge Deficit**

EVENTS 

**Anxiety**

CONCERN

**Comfort**

ASSESS

---

**Page : 03_pat_adm_hx_cp_12**

### PLAN OF CARE

| DATE: | TIME: | Entered By: |
|---|---|---|
| 04/22/2005 | 1632 | INGLA |

**Nurses Notes**

**PATIENT SPECIFIC PROBLEMS**

Alteration in Respiratory Function

Fluid Electrolyte Imbalance

Infection

Injury

**OUTCOMES**

Maintained Adequate Resp. Function

Maintained Adequate Fluid/Electrolyte Balance

Patient free of S/S Infection

Patient free from Injury

**Respiratory Function**

BASELINE 

**Infection**

**Fluid/Electrolyte Imbalance**

NEED 

**Injury**

---

**Page : 03_pat_adm_hx_ed_13**

### MULTI-DISCIPLINARY EDUCATION RECORD

**LEARNING NEEDS THIS ADMISSION:**

Activity

Advance Directives

Disease/Condition

Medications

Nutrition

Organ Donation

Pain Management

S/S to Report

Tests/Procedures

Wound/Incision Care

**LEVEL OF EDUCATION COMPLETED:**

None

Currently in School

Grade School

High School

> High School

**READINESS TO LEARN:**

Ask Questions

Too Anxious to Learn

Physical Limitations

Verbalizes Need to Learn

Unreceptive to Learning

Denies Needs

**LEARNS BEST BY:**

Doing

Listening

Seeing

VA Hospital Center - 52

## Booking Sheet

| | | |
|---|---|---|
| **Patient:** FRAZZA, LUKE | **Unit #:** | **Room:** OR05 |
| **Setup Start:** 1040 | **Procedure:** 1100 - 1300 | **Tear Down End:** 1310 |
| **Date:** 04/26/2005 | **Status:** Active | **Booked By:** 23090 |
| **DOB:** 07/10/1963 | **Patient Bed Type:** AM ADMISSION | |

BARRIERS TO LEARNING:

Language:

| None ▨ | Cognitive/Sensory ▨ | Hearing Impaired ▨ |
|---|---|---|
| Psychological/Emotion ▨ | Reading/Writing ▨ | Vision Impairment ▨ |

Nurses Notes

| DATE: | TIME: | Entered By: |
|---|---|---|
| 04/22/2005 | 1632 | INGLA |

---

**Page : 05_Pat_adm_hx_ped01**

DATE: ▨    TIME: ▨    BY: ▨

Pt/Family ID Verbally Confirmed: ▨    Anesthesia Type: GEN ▨    Patient Type: AMAD ▨

VITAL SIGNS:

BLOOD PRESSURE: ▨    PULSE: ▨    O2 SATURATION: ▨ %

CHIEF COMPLAINT: ▨

HEIGHT: ▨    WEIGHT: ▨    AGE: ▨    SEX: ▨

PEDIATRICIAN: ▨

NAME PREFERENCE:
▨

---

**Page : 05_pat_adm_hx_ped02**

Latex Sensitivity? ▨    Reaction: ▨

Allergies

Medications

VA Hospital Center - 53

---



Name: _____    MR # _____

## ON THE MORNING OF YOUR PROCEDURE PLEASE COME TO THE:

❑   Virginia Hospital Center, 1625 N. George Mason Drive Main Entrance Concierge desk
    Phone Number: 558-6114   Date: _____ Time: _____

❑   Virginia Hospital Center, 1625 N. George Mason Drive, Outpatient Surgery, 2nd Floor:   Outpatient Surgery   *Blue parking*
    Phone Number: 558-6155   Date: *April 26*   Time: *8:40 Am*   *2 Hrs. before scheduled*
                             *Tue*                *Surgery*

❑   Please bring Advance Directive or Living Will for Health Care.

❑   Please bring an overnight bag.

❑   DO NOT EAT OR DRINK anything after midnight the night before your procedure. This includes water, ice chips, mints
    hard candy and gum.

❑   Take the following medications on the morning of your procedure with a sip of water. *Vicodan*

❑   DO NOT TAKE ASPIRIN or aspirin-containing medicine for 10 days prior to your surgery unless your surgeon advises you
    otherwise. Be sure to notify your surgeon if you take these types of medicine on a regular basis.

❑   IF YOU ARE AN OUTPATIENT, you must have a responsible adult accompany you home and remain with you for the first 24
    hours. You will not be allowed to take public transportation such as Metro/Bus under any circumstances. You may take a taxi
    if another adult is with you.

❑   DO NOT SMOKE for 24 hours before and after your procedure.

❑   For safety purposes, jewelry, hairpins and body piercing must be removed.

❑   LEAVE ALL VALUABLES at home: jewelry, cash, credit cards, watch.

❑   Remove all make-up and nail polish (particularly eye make-up).

❑   Leave contacts at home. Bring a glasses case for your eye glasses.

❑   IF CRUTCHES ARE REQUIRED and you have a pair - bring them.

❑   Wear loose, comfortable clothes appropriate for your procedure/surgery.

❑   You will receive individualized instructions after your procedure.

> **IF YOU HAVE QUESTIONS: please contact the Virginia Hospital Center Pre-Op Screening Department
> at (703) 558-6159 between 7:30 am - 4:30 pm or your Physician**

Staff Initial/Date: *Laura A. English RN 4/22/05*

**VIRGINIA HOSPITAL CENTER**
*www.virginiahospitalcenter.com*

**Pre-Procedure Instructions**

.21595-7820-R102804

Page 1 of 1

**Patient Identification**

FRAZZA , LUKE
MR 06021957   ALL N
DOB10JUL63-41   M AMAD
RIEDEL MD , CHARLES
AC 005703598   26APR05

WHITE: Patient    CANARY: Medical Record



VIRGINIA HOSPITAL CENTER - ARLINGTON
1701 N. GEORGE MASON DRIVE
ARLINGTON, VA  22205

```
NAME: FRAZZA,LUKE                                    AGE : 41Y        SEX: M
MRN#: 06021957                 LOC: 5B                ROOM: 524-01
ACCT: 5703598                  DR : RIEDEL, CHARLES    ADMIT DATE: 04/26/2005
                                                       DISC  DATE: 04/27/2005
```

***************************** ROUTINE CHEMISTRIES ******************************

| TEST: | Na | K | Cl | CO2 | Bun | Crea | Glu | Ca |
|---|---|---|---|---|---|---|---|---|
| UNITS: | mmol/L | mmol/L | mmol/L | mmol/L | mg/dL | mg/dL | mg/dL | mg/dL |
| RANGE: | 135-145 | 3.5-5.0 | 98-108 | 23-32 | 9-20 | 0.7-1.5 | 70-110 | 8.4-10.2 |
| 04/22/05 | | | | | | | | |
| + 1654 | 141 | 4.2 | 104 | 26 | 21* | 0.8 | 89 | 9.0 |

***************************** ROUTINE CHEMISTRIES ******************************

| TEST: | TP | Alb | T. Bil | AST | ALT | Alk Phos |
|---|---|---|---|---|---|---|
| UNITS: | g/dL | g/dL | mg/dL | U/L | U/L | U/L |
| RANGE: | 6.3-8.2 | 3.9-5.0 | 0.2-1.3 | 17-59 | 21-72 | 38-126 |
| 04/22/05 | | | | | | |
| + 1654 | 7.4 | 4.2 | 0.5 | 27 | 53 | 65 |

************************ HEMATOLOGY: COMPLETE BLOOD COUNT ***********************

| TEST: | WBC | RBC | Hgb | Hct | MCV | MCH | MCHC | RDW |
|---|---|---|---|---|---|---|---|---|
| UNITS: | k/uL | mil/uL | g/dL | % | fL | pg | g/dL | % |
| RANGE: | 3.6-9.6 | 4.35-5.67 | 13.1-17.1 | 39.5-50.3 | 80.0-100.0 | 27.7-33.1 | 31.7-35.7 | 10.0-15.0 |
| 04/26/05 | | | | | | | | |
| + 1720 | 10.6* | 4.50 | 13.8 | 39.7 | 88.2 | 30.6 | 34.7 | 13.2 |
| 04/22/05 | | | | | | | | |
| + 1654 | 8.3 | 5.23 | 16.1 | 45.8 | 87.5 | 30.7 | 35.1 | 13.1 |

************************ HEMATOLOGY: COMPLETE BLOOD COUNT ***********************

| TEST: | PLT | MPV | Seg | Lymph | Mono | Eos | Baso |
|---|---|---|---|---|---|---|---|
| UNITS: | k/uL | fL | % | % | % | % | % |
| RANGE: | 150-440 | 6.0-10.5 | 40.0-80.0 | 15.0-49.0 | 0.0-15.0 | 0.0-7.0 | 0.0-2.0 |
| 04/26/05 | | | | | | | |
| + 1720 | 170 | 7.8 | 88.6* | 10.3* | 1.0 | 0.1 | 0.0 |
| 04/22/05 | | | | | | | |
| + 1654 | 184 | 8.2 | 57.7 | 30.3 | 7.3 | 4.1 | 0.6 |

***************************** HEMATOLOGY: MORPHOLOGY ***************************

```
04/26/05
+   1720   CBC with Diff
              WBC Comment        Normal
              RBC Comment        Normal
              Platelet Comment   Normal
```

```
FRAZZA,LUKE                          INPATIENT MEDICAL RECORDS COPY
06021957                             04/28/2005  07:04
                                     PAGE 1
```

```
                    VIRGINIA HOSPITAL CENTER - ARLINGTON
                        1701 N. GEORGE MASON DRIVE
                         ARLINGTON, VA  22205
```

```
     NAME: FRAZZA,LUKE                              AGE : 41Y        SEX: M
     MRN#: 06021957              LOC: 5B            ROOM: 524-01
     ACCT: 5703598              DR : RIEDEL, CHARLES ADMIT DATE: 04/26/2005
                                                    DISC  DATE: 04/27/2005
```

```
         ***************************** HEMATOLOGY: MORPHOLOGY *****************************
04/22/05
+  1654   CBC with Diff
             WBC Comment          Normal
             RBC Comment          Normal
             Platelet Comment     Normal
```

```
         ******************************** COAGULATION ********************************
DATE:                                    04/22/05
TIME:                  NORMALS   UNITS   +1654

PT                     10.4-13.5  sec    12.1
INR                                      0.91
                                         INR1
                                         INR2
                                         INR3
                                         INR4
                                         INR5
PTT                    20-36     sec     25
```

```
         ************************ BLOOD TYPE AND ANTIBODY TESTING ************************
TEST:      ABO/Rh (D)    Antibody Screen
RANGE:
04/26/05
+  0854    O Positive      Negative
```

```
---FOOTNOTES---
INR1   RECOMMENDED RANGES FOR PROTIME INR:
INR2     2.0-3.0 for most medical and surgical thromboembolitic states
INR3     2.5-3.5 for recurrent embolism or DVT
INR4     3.0-4.0 for prosthetic heart valves
INR5   It is recommended that the INR is to be used only for the management of patients
       on stable (>2 weeks) oral anticoagulant therapy.
```

```
     FRAZZA,LUKE                          INPATIENT MEDICAL RECORDS COPY
     06021957                             04/28/2005  07:04
                                          PAGE 2
```

**Radiology Consultation**
**Virginia Hospital Center - Arlington**
**703-558-6152**

**Patient Name:** FRAZZA, Luke

| | | | |
|---|---|---|---|
| **DOB:** 07/10/1963 | **Sex:** M | **Patient Status:** I | **Patient Type:** I |
| **Visit #:** 5703598 | | **Patient Location:** AMAD-07 | |
| **Accession:** 951389 | | **Completed:** 4/26/2005 | |

**Exam:** (AHA) DXLSXTL - Lumbar Spine X - Table Lateral

| | | |
|---|---|---|
| **Requesting Provider:** | RIEDEL, CHARLES, MD | **MRN:** 06021957 |
| **Attending Provider:** | RIEDEL, CHARLES , MD | **Signs & Symptoms:** L3-4 DISCECTOMY~HNP |
| | | **History:** |

Reason for exam it is operative localization. Accession #951389.

Repeat prone crosstable lateral view of the lumbar spine in the operating room at 12:09 p.m. shows a metallic instrument and other opaque markers projected at the L3 level.

**Reported By:**   JOHN VANCE MD

Transcribed by:     Interface, ADT

   

* * CONFIDENTIAL* *

LAB TEST REPORT - Virginia Hospital Center

Requested by: HILTON, ANA M., Secretary                25Apr2005  1711  Page:    1

Patient: FRAZZA, Luke                    MR #:  06021957            Rm/Bed:

Age   :  41                              Sex : M

---

Test Name  : CBC
Collected  : 22Apr2005 16:54             Last Updated: 22Apr2005 17:23
Ordered by : TERLINSKY ALAN              Ord Priority: R
Accession #: F29014                      ORDIF Number: 0004484898

| Result Name | Result | Abnl | Normal Range | Units |
|---|---|---|---|---|
| WBC COUNT | 8.3 | | 3.6-9.6 | k/uL |
| RBC COUNT | 5.23 | | 4.35-5.67 | mil/uL |
| HEMOGLOBIN | 16.1 | | 13.1-17.1 | g/dL |
| HEMATOCRIT | 45.8 | | 39.5-50.3 | % |
| MCV | 87.5 | | 80.0-100.0 | fL |
| MCH | 30.7 | | 27.7-33.1 | pg |
| MCHC | 35.1 | | 31.7-35.7 | g/dL |
| RDW | 13.1 | | 10.0-15.0 | % |
| PLATELET COUNT | 184 | | 150-440 | k/uL |
| MPV | 8.2 | | 6.0-10.5 | fL |
| SEGMENTED NEUTROPHIL | 57.7 | | 40.0-80.0 | % |
| LYMPHOCYTE | 30.3 | | 15.0-49.0 | |
| MONOCYTE | 7.3 | | 0.0-15.0 | % |
| EOSINOPHIL | 4.1 | | 0.0-7.0 | % |
| BASOPHIL | 0.6 | | 0.0-2.0 | |
| RBC COMMENT | Normal | | No normal range | |
| WBC COMMENT | Normal | | No normal range | |
| Platelet Comment | Normal | | No normal range | |

[End of LAB TEST REPORT]

* * CONFIDENTIAL* *

LAB TEST REPORT - Virginia Hospital Center

Requested by: HILTON, ANA M., Secretary                    25Apr2005  1711  Page:    1

Patient: FRAZZA, Luke                  MR #:  06021957              Rm/Bed:

Age   :  41                            Sex : M

---

Test Name   : PTR
Collected   : 22Apr2005 16:54          Last Updated: 22Apr2005 17:41
Ordered by  : TERLINSKY ALAN           Ord Priority: R
Accession # : F29014                   ORDIF Number: 0004484899

| Result Name     | Result | Abnl | Normal Range      | Units |
|-----------------|--------|------|-------------------|-------|
| PROTHOMBIN TIME | 12.1   |      | 10.4-13.5         | sec   |
| INR             | 0.91   |      | No normal range   |       |

Result Comment:
RECOMMENDED RANGES FOR PROTIME INR:
   2.0-3.0 for most medical and surgical thromboembolitic states
   2.5-3.5 for recurrent embolism or DVT
   3.0-4.0 for prosthetic heart valves
It is recommended that the INR is to be used only for the management of patients
on stable (>2 weeks) oral anticoagulant therapy.

[End of LAB TEST REPORT]

* * CONFIDENTIAL* *

LAB TEST REPORT - Virginia Hospital Center

Requested by: HILTON, ANA M., Secretary                    25Apr2005  1711  Page:   1

Patient: FRAZZA, Luke                    MR #:  06021957                    Rm/Bed:

Age   :  41                              Sex : M

---

Test Name  : PTT
Collected  : 22Apr2005 16:54            Last Updated: 22Apr2005 17:41
Ordered by : TERLINSKY ALAN             Ord Priority: R
Accession #: F29014                     ORDIF Number: 0004484900

| Result Name | Result | Abnl | Normal Range | Units |
|-------------|--------|------|--------------|-------|
| PTT         | 25     |      | 20-36        | sec   |

[End of LAB TEST REPORT]

   

* * CONFIDENTIAL* *

LAB TEST REPORT - Virginia Hospital Center
Requested by: HILTON, ANA M., Secretary                    25Apr2005  1711  Page:    1

Patient: FRAZZA, Luke                   MR #:  06021957              Rm/Bed:
Age   :  41                             Sex : M

Test Name  : CMP
Collected  : 22Apr2005 16:54            Last Updated: 22Apr2005 18:12
Ordered by : TERLINSKY ALAN             Ord Priority: R
Accession #: F29014                     ORDIF Number: 0004484901

| Result Name | Result | Abnl | Normal Range | Units |
|---|---|---|---|---|
| SODIUM | 141 | | 135-145 | mEq/L |
| POTASSIUM | 4.2 | | 3.5-5.0 | mmol/L |
| CHLORIDE | 104 | | 98-108 | mmol/L |
| CARBON DIOXIDE | 26 | | 23-32 | mmol/L |
| BLOOD UREA NITROGEN | 21 | h | 9-20 | mg/dL |
| CREATININE | 0.8 | | 0.7-1.5 | mg/dL |
| GLUCOSE | 89 | | 70-110 | mg/dL |
| CALCIUM | 9.0 | | 8.4-10.2 | mg/dL |
| TOTAL PROTEIN | 7.4 | | 6.3-8.2 | g/dL |
| ALBUMIN | 4.2 | | 3.9-5.0 | g/dL |
| BILIRUBIN TOTAL ADUL | 0.5 | | 0.2-1.3 | mg/dL |
| AST | 27 | | 17-59 | U/L |
| ALT | 53 | | 21-72 | U/L |
| ALKALINE PHOSPHATASE | 65 | | 38-126 | U/L |

[End of LAB TEST REPORT]

FRAZZA, Luke
10-JUL-1963 (41 yr)
Male      Caucasian

Loc:22

ID:06021957        22-APR-2005  15:36:28        VIRGINIA HOSPITAL CENTER -AMAD   ROUTINE RECORD

| | | |
|---|---|---|
| Vent. rate | 70 | BPM |
| PR interval | 170 | ms |
| QRS duration | 96 | ms |
| QT/QTc | 378/408 | ms |
| P-R-T axes | 39  21 | 29 |

Normal sinus rhythm with sinus arrhythmia
Normal ECG
No previous ECGs available

Technician: MK

Referred by: C RIEDEL

Confirmed By: ANTONIO PARENTE, M.D.

COMMENTS:AMD4-26

25mm/s    10mm/mV    40Hz    005D    12SL 233    CID: 4

EID:1001 EDT: 17:33 22-APR-2005 ORDER:

Page 1 of 1

VA Hospital Center - 62

PATIENT FACESHEET
VIRGINIA HOSPITAL CENTER
DNA?:    IFD?:    NPP?: 22Apr05

Medical Record #: 06021957
Patient Name: FRAZZA, LUKE    .
Account Number: 005904009

----

**PATIENT DEMOGRAPHIC INFORMATION:**

| | | |
|---|---|---|
| D.O.B.: 10Jul1963    Age: 42 | MAILING ADDRESS: | EMPLOYER INFORMATION: |
| SS#: 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    Sex: M | 9528 STEVEBROOK RD | Empl Status: EMPLOYED FULL-TIME |
| Marital Status: MARRIED | | |
| Religion: NONE | FAIRFAX VA 22032 | Occupation: PHOTOJOURNAL |
| Prim Language: NO INTERPRETER | Home Phone: (703)244-0361 | Empl: AGENCE FRANCE-PRESSE |
| Advance Directive: Living Will | | Addr: 1015 15TH ST NW STE 500 |
| Allergies: N    Diabetic: N | SPOUSE INFORMATION: | WASHINGTON DC 20005 |
| | Name: FRAZZA BETH | Phone: (202)414-0557 |
| | DOB: | |

----

**RESPONSIBLE PARTY INFORMATION:**

Name: FRAZZA Luke                    MAILING ADDRESS:
D.O.B.: 10Jul1963                    9528 STEVEBROOK RD
SS#: 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    Sex: M
Relation to Pt: PATIENT              FAIRFAX VA 22032
                                     Home Phone: (703)244-0361

----

**ALTERNATE CONTACT INFORMATION:**

| | PARENT/NEXT OF KIN/EMERGENCY CONTACT: | PATIENT DESIGNEE: |
|---|---|---|
| Name: | FRAZZA Beth | FRAZZA Beth |
| Street/PO Box: | 9528 STEVEBROOK RD | 9528 STEVEBROOK RD |
| City/State/Zip: | FAIRFAX VA 22032 | FAIRFAX VA 22032 |
| Home Phone: | (703)244-0361 | (703)244-0361 |
| Work Phone: | (202)285-2321 | (202)285-2321 |
| Relationship: | WIFE | WIFE |

----

**PRIMARY INSURANCE:**

| PRIMARY INSURANCE: | SECOND INSURANCE: | THIRD INSURANCE: |
|---|---|---|
| Ins Name: WORKERS COMPENSATION | NATIONAL CAPITAL PPO | |
| Insured: 01 FRAZZA Luke | 01 FRAZZA Luke | |
| Grp Name: MS .FOX | GROUP BEN SRVC | |
| Policy #: YWJC24833 | 144545368 | |
| Group #: | 407 | |
| Address: P O BOX 4747 | PO BOX 419104 | |
| SYRACUSE    NY  13221 | ST LOUIS    MO  63141 | |
| Phone: | | |
| Auth#: | | |

TU 06-27-06

**COMPLETE**

APR 28 2006

ACCOUNT SCANNED

----

****************************FOR INTERNAL USE ONLY***************************INITIAL HERE [ ]

Chief Complaint: PAIN MGMT EPIDURAL LUMBAR BLOCK 1        Admit/DX Reason: PAIN MGMT EPIDURAL LUMBAR BLOCK 1

| | | |
|---|---|---|
| Admit Date & Time: 28Apr06  09:05 | Discharge Date & Time: | Financial Class: W |
| Account Type: AMBULATORY SURG | Acct Subtype: | Medical Service: GENERAL SURGERY |
| Source: PHYSICIAN REFERRAL | Bed: OPS-45 | |
| ETHNIC ORIG: 1 | VIP:    COV: N | |

----

| Admitting MD: | Attending MD: | Referring MD: |
|---|---|---|
| TON MD , CHAU T    3592 | TON MD , CHAU T    3592 | RIEDEL MD , CHARLES    1987 |
| Emergency MD: | Primary Care MD: | Medallion PCP: |
| | TERLINSKY MD , ALAN S    0543 | |

----

**OCCURRENCE CODES:**

Code 1: 04    Date: 23Apr05    Code 3:    Date:    Code 5:    Date:
Code 2:    Date:    Code 4:    Date:    Code 6:    Date:
RETIREMENT DATES FOR: [Patient:    ] [Spouse:    ]    Reason for NO Retirement Dates: [P:  ]  [S:  ]

----

Label ID: AFACE                    User: 12030    BRYANT, D.



1701 N George Mason Drive    Arlington, Virginia 22205-3698    703-558-5000 tel    www.virginiahospitalcenter.com



# CONSENT FOR TREATMENT

**Virginia Hospital Center Provides Services Without Regard to Race, Religion, National Origin or Disability.**

**THIS IS TO CERTIFY THAT I, THE UNDERSIGNED:**

1. Consent to the administration to the patient named below such medications and treatments, including but not limited to, the administration of blood and Blood products and the performance of such procedures as may be considered necessary or advisable.

2. Release the hospital from any responsibilities for valuables' money, personal or other possessions which are not deposited by me with the hospital depository.

***3. Authorize the release of any information from hospital records as required by my insurance company or other reimbursing agency.

***4. PATIENTS CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST. I certify that the information given by me in applying for payment under Title XVII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that the payment of authorized benefits be made on my behalf.

***5. Understand that if I leave the hospital without the consent of the physician and/or fail to carry out the follow up medical care or follow hospital safety procedures. I do so at my own responsibility.

**6. Authorize Virginia Hospital Center to act as an agent in the billing of any health insurance covering all hospital services provided, and authorize the physicians in Anesthesiology, Radiology, Pathology, Emergency Medicine. Radiation Therapy, Neonatology, and Physical Medicine, if services are rendered by these professionals during my treatment, as agents with respect to their professional services' and direct that payment of all authorized benefits be made in my behalf directly to such hospital and physicians, and I understand that I am financially responsible for the charges not covered by this authorization.

***7. Acknowledge that according to Virginia state law. I shall be deemed to have consented and do consent to the testing for infection with Human Immunodeficiency Virus, Hepatitis B or Hepatitis C viruses should any health care provider, or any person employed by or under the direction and control of a health care provider, be directly exposed to my body fluids in connection with rendering care to me as a patient, in a manner which may, according to the current guidelines of the Centers for Disease Control, transmit HIV, Hepatitis B or C viruses to such health care provider or person. Such test results may be released to the person who was exposed.

***8. The hospital participates in a Georgetown affiliated teaching program. As part of the program, physicians may be assisted in patient care by residents and/or medical students. I understand that I have the right to refuse residents and/or medical student not be involved in my case should I so desire.

9. The hospital participates with a premier polling group to conduct surveys with former inpatients and outpatients of this hospital. The purpose of this survey is to assess the quality of care delivered to patients and to ensure that we are providing the best care possible.    I understand that I have the right to refuse participation in this survey.    _____ (patients initials)

**IN THE EVENT MY OUTPATIENT/EMERGENCY DEPARTMENT VISIT RESULTS IN AN ADMISSION, I AGREE TO THE FOLLOWING**

I. **PRIVATE DUTY NURSING.** If private duty nursing care is desired, it is understood that said care is to be selected by, arranged for, and paid by the patient or his legal representatives' that said private duty nurses are not hospital employees' and the hospital will not be responsible for the acts and omissions of private duty nurses or the selection and/or retention of said private duty nurses by the patient.

II. **MEDICAL AND SURGICAL CONSENT.** It is understood and agreed that at all times the attending physician and his designated associates are responsible for directing and administering the care of the patient. Furthermore, the hospital participates in a University affiliated teaching program in striving to provide the medical care for its patients. Thus, the attending physician may be assisted in the patient's care by resident and intern physicians. The patient has a right to know the identity of those providing patient care, to refuse any treatment, and to be informed of the possible medical consequences of refusal. The undersigned consents to any and all routine examinations and treatment while in the hospital, including, but not limited to, the administration of medications, blood and blood products, x-rays, and laboratory procedures as may be considered necessary or advisable.

III. **PERSONAL VALUABLES.** It is understood and agreed that the hospital is responsible for all items secured in the hospital safe. The hospital shall not be liable for any items that stay with the patient during the hospitalization. The patient is responsible for the safekeeping of those items. This includes but is not limited to items such as money, jewelry, glasses, dentures, and garments or other articles of personal property, unless deposited with the hospital for safekeeping. The hospital is authorized to deliver any such property so deposited for safekeeping to: _____

IV. **ASSIGNMENT OF INSURANCE BENEFITS.** The undersigned hereby assigns to Virginia Hospital Center any and all insurance which becomes due to pay for the hospital services..

V. **TISSUE DISPOSAL.** The undersigned hereby authorizes Virginia Hospital Center, its agents or designees, in any manner deemed proper by said hospital, to dispose of any removed tissue or amputated member of the body of the patient as a result of any surgical operation, delivery or other procedure.

**VI. PHYSICIANS.** The undersigned recognizes that all doctors of medicine furnishing services to the patient, including radiologists, pathologist, anesthesiologists, psychiatrists, neonatologists and the like, are independent contractors, and are not employees or agents of the hospital.

*VII. **FINANCIAL RESPONSIBILITY.** The undersigned agrees, in consideration of services rendered by the hospital, to be responsible for payment in full of the hospital bill including any collection of attorney's fees related to my not paying the bill when due.

VIII. **OTHER CONDITIONS.** The undersigned further states that the foregoing Consent for Treatment has been carefully read, and that he knows the contents thereof, and has signed as his own free and voluntary act and has not been influenced in executing the Consent for Treatment by any representation of Virginia Hospital Center or its agents.

* Items I and IV do not apply to Outpatient Surgery.
** Items 6. IV and VII includes and applies to the Neonatologist. Anesthesiologist, Radiologist. Pathologist. Emergency Physician. Radiation Therapist and Physical Medicine, if services are rendered by these professionals during my treatment.
*** Items 3.4.5.7.8 and VI apply to my visit whether I am an outpatient or an inpatient.

Witness my seal and signature this ___28___ day of ___April 2006___

_____ WITNESS          _____ (Seal) PATIENT

(If patient is a minor or unable to sign, complete the following)          _____
PATIENT IS A MINOR _____          Other Person Executing Consent For Treatment and Relationship to Patient

OR IS UNABLE TO SIGN. BECAUSE _____

DATE _____

I have received the Notice of Privacy Practices _____ (patients initials)          _____ MOTHER/FATHER/GUARDIAN

Patient Designee to receive Medical Information ___MARY FRAZZA___ Name

101023 (Rev. 3-03) 9150/7500          WHITE: Medical Records/Patient Chart          CANARY: Admissions          VA Hospital Center - 64

   

**VIRGINIA HOSPITAL**
**C E N T E R**

1701 North George Mason Drive        Arlington, Virginia  22205-3698        703.558.5000 tel        www.virginiahospitalcenter.com

Patient's Name _____

Medical Record No. _____

Doctor's Name _____

Discharge Date _____

Activities: (Exercise, Rest, Driving)

No driving until tomorrow morning. Rest at home until tomorrow.

_____

**DIET:** (Regular, Other – Specify)

_____

**MEDICATIONS:** (Name, Dose, Frequency, Relation to Meals)        **(Reason for)**

_____

May _____ current meds

_____

_____

**OTHER INSTRUCTIONS:**

Call the Anesthesia Department at (703) 558-6173 for any problems such as excessive pain, fever or bleeding.

_____

**FOLLOW-UP CARE:**

1. Doctors Appointment: Call Dr. _____ at _____ for an appointment in 2  ☐ days ☑ weeks.
   If you have any problems or questions, call this phone number (703) 558-6173 and ask for _____

2. Other Appointments (Lab, X-ray, Agencies): _____

_____  M.D.
Attending Physician

ADDRESSOPLATE
FRAZZA, LUXE
MR 06021957    ALL N
DOB10JUL63-42  M OPS-45
TON MD , CHAU T
AC 005904009 28APR06

**Reserved For Future Use**

CHARTING SEQUENCE NUMBER: 9701

**Physician's Discharge Instructions: Regional Block**        Form No. 121162 (11-93) 7220

WHITE: Patient        CANARY: Medical Records        PINK: Physician

**VIRGINIA HOSPITAL**
**C E N T E R**

1701 North George Mason Drive    Arlington, Virginia 22205-3698    703.558.5000 *tel*    www.virginiahospitalcenter.com

| | DATE ORDERED | | |
|---|---|---|---|
| | → | 1 | Date: _____    Time: _____ |
| | | 2 | |
| | | 3 | **Pain Management Procedures** |
| | | 4 | |
| | | 5 | ☑ Start IV with Lactated Ringers @ _____ cc/hr. |
| | | 6 | With 20g catheter |
| **Physician:** | | 7 | ☐ Fentanyl _____ mcg IV now  May repeat x ____ |
| START EACH NEW SET OF ORDERS BELOW THE HEAVY LINE WHERE THE WORD START IS PRINTED. ONE SET OF ORDERS MAY REQUIRE MORE THAN ONE SECTION | | 8 | ☐ Versed _____ mg IV now  May repeat x ____ |
| | | 9 | Discharge from PACU when criteria is met. |
| | | 10 | Discharge to home when criteria is met. |
| | | 11 | |
| | | 12 | Physician's Signature: _____  Date/Time: 11/28/06 |
| | → | 13 | |
| | | 14 | |
| | | 15 | |
| | | 16 | |
| | | 17 | |
| | | 18 | |
| AUTHORIZATION IS GIVEN FOR THE DISPENSING OF MEDICATION IDENTICAL IN STRENGTH AND CONTENTS OF ACTIVE INGREDIENTS, UNLESS BRAND (TRADE) NAME OF DRUG IS CIRCLED BY PRESCRIBING PHYSICIAN. | | 19 | |
| | | 20 | |
| | | 21 | |
| | | 22 | |
| | | 23 | |
| | | 24 | |
| | → | 25 | |
| | | 26 | |
| | | 27 | |
| | | 28 | |
| | | 29 | |
| | | 30 | |
| | | 31 | |
| | | 32 | |
| | | 33 | |
| **Nurse:** | | 34 | |
| DUPLICATE COPY SHOULD BE REMOVED IMMEDIATELY. | | 35 | |
| | | 36 | |

ADDRESSOPLATE

FRAZZA, LUKE
MR 06021957    ALL N
00B10JUL63-42  M OPS-45
TON MD  CHAU T
AC 005904009  28APR06

**Reserved For Future Use**

CHARTING SEQUENCE NUMBER: 2405

**Physician's Orders**
**Pain Management Procedures**

Form No. 121596
(11-99) 7040

WHITE: Medical Records        CANARY: Pharmacy

● ● ● ● ●

Name: _____    MR # _____    Ht _____  Wt _____

Allergies: _____

**Authorization for Administration of Anesthesia and for the Performance of Operations and Other Procedures - You have the Right to Consent or Refuse Either a Portion or the Entirety of the Statements Below.**

DATE. _April 28, 2006_____    TIME. _____1540_____   (A.M. / P.M.)

1. I, the undersigned, being an adult of over 18 years of age and under no legal or mental disabilities, voluntarily authorize the performance

upon _____Myself_____ of the following operation/procedure
                  (myself or name of patient)

_pain management epidural lumbar block #1_____

(state nature and extent of operation/procedure)
to be performed under direction of Dr. ___Ton_____

2. I acknowledge that my physician has discussed, as appropriate, the potential risks and benefits of the procedure, potential problems related to recuperation, the likelihood of success, the potential results of nontreatment and any significant alternative to treatment. In relation to the use of blood and/or blood components, my physician has discussed the possible need for, risks of and alternatives to, blood transfusion when they may be needed.

3. My physician, Dr. ___Ton_____ , has explained to me that (a) other physicians may participate, assist or perform the procedure under the supervision of my physician. These physicians or surgical assistants may include other licensed physicians acquiring experience in the specific procedure involved including residents and intern physicians, (b) I further acknowledge that during the course of the operation/procedure, unforeseen conditions may be revealed that necessitate an extension of the original therapeutic procedure(s) or different therapeutic procedure(s) than those set forth in paragraph 1. I therefore authorize and request that the above-named physician and his surgical assistants perform such surgical therapeutic and/or diagnostic procedure(s) as are necessary and desirable in the exercise of professional judgement including, but not limited to, procedures involving the administration of blood or blood products, laboratory examinations including biopsy, and radiological examinations. The authority granted under this paragraph 2 shall extend to treating all conditions that require treatment and were not known to the physician at the time the operation/procedure is commenced.

4. I am aware that the practice of medicine is not an exact science, and I acknowledge that no warranty or guarantee has been made to me as to the results of the operation or surgical procedure(s).

5. I consent to the administration of such anesthetics as may be considered necessary or advisable by the physician responsible for this service. The type of anesthesia to be used and the risks, benefits and alternatives, if any, have been explained to my satisfaction by my physician, and anesthesiologist (pertinent to anesthesia) and I have been given the opportunity to ask any questions that I may have regarding that explanation. All my questions have been answered satisfactorily.

6. The nature of my (or the patient's) condition, the nature of the procedure(s), the risks and complications involved in the procedure(s) to be performed, and alternative procedures available, if any, have been explained to me to my satisfaction by my physician, and I have been given the opportunity to ask any questions that I may have regarding that explanation. All my questions have been answered satisfactorily.

7. I hereby authorize Virginia Hospital Center, its agents or designee, to dispose of any removed tissue or amputated member of my body as a result of the surgical operation in any manner deemed proper by the hospital.

8. For the purpose of advancing medical education, I consent to the admittance of medical observers to the operating room, including the taking and publication of photography if requested by my physician providing my identity is not revealed.

**I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONSENT, THAT THE EXPLANATIONS THEREIN REFERRED TO WERE MADE, AND THAT ALL BLANKS OR STATEMENTS REQUIRING COMPLETION WERE FILLED IN AND INAPPLICABLE PARAGRAPHS, IF ANY, WERE STRICKEN BEFORE I SIGNED.**

Signature of Patient _____

Witness: _____

When patient is a minor, or incompetent
to give Consent, Signature of Person
Authorized to consent for Patient: _____

Relationship to Patient: _____    Witness: _____

| Signature | Credentials | Pager # | Date/Time |
|---|---|---|---|
|  |  |  |  |

**VIRGINIA HOSPITAL CENTER**
www.virginiahospitalcenter.com

**Procedure / OR Permit**

100028-9170-R042104

FRAZZA, LUKE
MR 06021951    Patient Identification  ALL N
DOB10JUL63-42    M OPS-45
TON MD , CHAU T
AC 005904009    28APR06

Page 1 of 2

Name: _____ MR # _____ Ht _____ Wt _____

Allergies: _____

Date: _____ Time: _____ a.m.
                                                                                    p.m.

It has been explained to me that I need or may need a transfusion of blood and/or one of its products for the following reason(s).

_____

The doctor has explained to me in general what a blood transfusion is, the procedures that will be used, and the benefits of receiving a transfusion. Possible risks involved with the blood transfusion have been explained to me by my physician. These risks include hepatitis, allergic reactions, fever and fluid overload. Other infrequent risks include exposure to the AIDS virus and possible life threatening transfusion reactions and infections. I understand that these risks exist despite the fact that the blood has been carefully tested.

I understand that under very limited circumstances, it may be possible to consider an autologous or directed donor transfusion.

The doctor has also explained to me the alternatives to transfusion, including the risks and consequences of not receiving this therapy.

I have had the opportunity to ask any questions I might have. Therefore

**1. I give my informed and voluntary consent to the transfusion and permit the doctor or such other doctors or persons as may be needed to assist the doctor, to give me the transfusion.**

_____         _____
Patient's Signature*                          Witness

*The patient is unable to consent because: _____

_____

I therefore consent for this patient:

_____      _____      _____
Signature                Relationship to patient              Witness

**2. I do not consent to transfusion and have been informed of and understand that the risks associated with this refusal may include permanent injury to me or possible death. I accept full responsibility for those risks.**

_____         _____
Patient's Signature*                          Witness

*The patient is unable to refuse because: _____

_____

I therefore refuse for the patient:

_____      _____      _____
Signature                Relationship to patient              Witness

| Signature | Credentials | Pager # | Date/Time |
|---|---|---|---|

**VIRGINIA HOSPITAL CENTER**
www.virginiahospitalcenter.com

**Procedure / OR Permit**

100028-9170-R042104

FRAZZA, LUKE
MR 06021   Patient Identification
00B10JUL63-42  M OPS-4B
TON MD , CHAU T
AC 005904009 28APR06

Page 2 of 2

**VIRGINIA HOSPITAL CENTER**

1701 North George Mason Drive    Arlington, Virginia 22205-3698    703.558.5000 tel    www.virginiahospitalcenter.com

| Allergies | | Temp. | Pulse | Resp. | Bl. Press. |
|---|---|---|---|---|---|

| Patient's History and Findings | Orders, Treatments and Medications Given |
|---|---|
| 42 y.o. m. for 1st ESB c̄ s/p fusion 1yr → back surgery → symptom was better, but left after a trip to area pain increased again 1st month (LBP → Rt front & lat thigh + Rt buttock) Sitting on floor standing well aggravate the pain, lying down is relieving —  Chart reviewed. Patient seen. Question answered. | 1645  Sitting but prep as 3, L3-4 L7/6 Tuohy, LR ↑↑, no aspirate left & inject ... of 10cc Carbocaine 0.5% + 120 mg ... of d<u>ep</u>amedrol |

**REFERRING PHYSICIAN:** Riedel

**DIAGNOSIS:** Lumbar radiculopathy

**DISPOSITION:** ☑ HOME  ☐ ADMITTED    **ADMITTING PHYSICIAN:**    **TIME ADMITTED TO UNIT:**    **CONDITION ON DISCHARGE:**

**SIGNATURES** _____ MD. _____ RN.

I, THE PATIENT OR RESPONSIBLE PARTY, HAVE BEEN ADVISED BY DR. _Teng_ TO OBTAIN

FOLLOW-UP WITH DR. _Riedel_ ON _1 w_

☐  MAY RESUME NORMAL ACTIVITY, WORK, PHYSICAL EDUCATION CLASS IN ____ DAYS.

☐  I HAVE RECEIVED AND UNDERSTAND THE FOLLOW-UP INSTRUCTIONS RELATING TO _ESB_

ADDRESSOPLATE
FRAZZA, LUKE
MR 06021957   ALL N
00B10JUL63-42   M OPS-45
TON MD . CHAU T
AC 005904009  28APR06

**Reserved For Future Use**

CHARTING SEQUENCE NUMBER: 9759

**Outpatient Regional Anesthesia**

Form No. 120339
(Rev. 8-00) 7220

WHITE: Medical Records    CANARY: Anesthesia

Attach Discharge Instruction Sheet(s)

41

# OUTPATIENT FOLLOW-UP PHONE CALL DOCUMENTATION SHEET
*(Instructions to Nurse in italics)*

## TO BE COMPLETED BY DISCHARGING RN ON DAY OF PROCEDURE:

*Declined 4-28-06 Cph*

Procedure Date: _____
Procedure: _____     Language, if other than English: _____
Special Peri-operative issues (pain, n/v, etc.): _____     Type of Anesthesia _____

Patient agrees to be called:  ☐ No  ☐ Yes    Best Time to Call: _____
Number at which patient may be reached on day after procedure: _____
Can a message be left for patient to call us back?:  ☐ No  ☐ Yes

## TO BE COMPLETED BY RN MAKING FOLLOW-UP PHONE CALL: (Please complete every line. Write "N/A" if no surgical site, etc. Every patient should be asked about pain.)

Attempts to reach patient [date(s) and time(s)]: *(Leave one message, if patient agrees. If no answering machine, make two attempts to reach the patient, and document message(s) left or attempts to reach)* _____

Person interviewed if other than patient: *{Only for patients under 18 years old or those who are unable to answer questions, may discuss with the person who signed the surgical consent for the patient.}* _____

**\*\*\*Please state "I am calling you to see how you are doing after your procedure and to make sure that you were very satisfied with your visit to Virginia Hospital Center".**

- Are you having any significant problems at this time? (e.g., fever, purulent drainage, nausea/vomiting)
  _____

- What is your pain level on a scale of 1-10? _____ *{If score is greater than 5 while using pain management as prescribed as well as ice packs, elevation, positioning, etc. as ordered, instruct patient to follow-up with procedure physician.}*

- For GI patients, were you comfortable during your procedure? _____

- Did we provide you with all the information you needed to take care of yourself at home? *(if no, explain)*
  _____

- We hope that you were **very satisfied** with your experience here at Virginia Hospital Center. Was there anything that we could have done differently to improve your experience?
  _____

Nurse's Comments:
_____
_____

```
FRAZZA, LUKE
MR 06021951  ALL N
DOB10JUL63-42  M OPS-45
TON MD , CHAU T
AC 005904009  28APR06
```
Addressograph

_____ RN Signature

_____ Phone Interview Date and Time

122604-7730-R061605

```
                          PATIENT CARE RECORD-DISCHARGE
   FROM: 28-Apr-2006 00:00  TO: 28-Apr-2006 23:59                 Virginia Hospital Center
                                                                  20-Jun-2006  04:35        PAGE   1
----------------------------------------------------------------------------------------------------
   OPS-45   FRAZZA, Luke              MR#: 06021957    ACCT: A/ /SUR  5904009 ATTD: TON, CHAU T MD
            AGE:  42  DOB: 10-Jul-1963  SEX: M     INTERP: No Interpreter
            CC: PAIN MGMT EPIDURAL LUMBAR BLOCK 1  ISOLATION:                  HGT (CM):    .00 WGT (KG):    .00
            DX: LUMBAGO
            REASON: PAIN MGMT EPIDURAL LUMBAR BLOCK 1   ADA DISABIL:  No Disability
MEDICATION ALLERGIES
NO KNOWN DRUG ALLERGIES                                 FOOD ALLERGIES
CONTRAST MEDIA INTOLERANCES                             ** NO FOOD ALLERGIES FOUND **
** NO CONTRAST INTOLERANCES FOUND **
OTHER INTOLERANCES
** NO OTHER INTOLERANCES FOUND **
```

Signature(s):

VIRGINIA HOSPITAL CENTER - ARLINGTON
Patient Order Summary

OPS-45    FRAZZA, Luke

| | | |
|---|---|---|
| | Attend : TON MD , CHAU T | MRN # : 6021957 |
| | Age :  42    DOB : 07/10/63 | Admit : 04/28/06 |
| | Ht (cm) :    Wt (kg) : | Disch : 04/28/06 |
| Reason: PAIN MGMT EPIDURAL LUMBAR BLOCK 1 | Service: SUR | Acct# : 5904009 -A |

MED ALLERGIES _____ REACTION _____

NO KNOWN DRUG ALLERGIES

ORDERS

Ord # :  1    METHYLPREDNISOLONE (DEPO-MEDROL) 40MG/ML

| | | | |
|---|---|---|---|
| Enter : 04/28/06 16:19 | Entered: SHARP RN , LANORA | Dose   : 120 | Units : MG | Status: I |
| Start : 04/28/06 16:24 | Ordered: PAPERCHART, USER | Freq   : FLSTK | PRN   : | Mode  : I |
| Expire:    00:00 | Signed : PAPERCHART, USER | Qty   :    120 | PRI   : | |
| Change: 04/28/06 16:19 | Changed: SHARP RN , LANORA | Collect: | Source : | |
| | | Tr Mode: | Side/Preg: | |
| | | Route  : | MaxDos:    1 | |

Administered    Result    Amount    Dose    Charted By
---------------  ---------  -------  ------  --------------------
04/28/06 16:19    120.000    120.00   MG    SHARP RN , LANORA

Ord # :  2    MEPIVACAINE HCL 10MG/ML VIAL INJ

| | | | |
|---|---|---|---|
| Enter : 04/28/06 16:21 | Entered: SHARP RN , LANORA | Dose   : 30 | Units : ML | Status: I |
| Start : 04/28/06 16:24 | Ordered: PAPERCHART, USER | Freq   : FLSTK | PRN   : | Mode  : I |
| Expire:    00:00 | Signed : PAPERCHART, USER | Qty   :    30 | PRI   : | |
| Change: 04/28/06 16:21 | Changed: SHARP RN , LANORA | Collect: | Source : | |
| | | Tr Mode: | Side/Preg: | |
| | | Route  : | MaxDos:    1 | |

Administered    Result    Amount    Dose    Charted By
---------------  ---------  -------  ------  --------------------
04/28/06 16:21    30.000    30.00   ML    SHARP RN , LANORA

Ord # :  3    SODIUM CHLORIDE 0.9% VIAL INJ

| | | | |
|---|---|---|---|
| Enter : 04/28/06 16:21 | Entered: SHARP RN , LANORA | Dose   : 10 | Units : ML | Status: I |
| Start : 04/28/06 16:25 | Ordered: PAPERCHART, USER | Freq   : FLSTK | PRN   : | Mode  : I |
| Expire:    00:00 | Signed : PAPERCHART, USER | Qty   :    10 | PRI   : | |
| Change: 04/28/06 16:21 | Changed: SHARP RN , LANORA | Collect: | Source : | |
| | | Tr Mode: | Side/Preg: | |
| | | Route  : | MaxDos:    1 | |

Administered    Result    Amount    Dose    Charted By
---------------  ---------  -------  ------  --------------------
04/28/06 16:21    10.000    10.00   ML    SHARP RN , LANORA

Ord # :  4    DIPHENHYDRAMINE (BENADRYL) 50MG/ML INJ

| | | | |
|---|---|---|---|
| Enter : 04/28/06 17:19 | Entered: HART RN , CANDACE P | Dose   : 50 | Units : MG | Status: I |
| Start : 04/28/06 17:25 | Ordered: PAPERCHART, USER | Freq   : FLSTK | PRN   : | Mode  : I |
| Expire:    00:00 | Signed : PAPERCHART, USER | Qty   :    50 | PRI   : | |
| Change: 04/28/06 17:19 | Changed: HART RN , CANDACE P | Collect: | Source : | |
| | | Tr Mode: | Side/Preg: | |
| | | Route  : | MaxDos:    1 | |

Administered    Result    Amount    Dose    Charted By
---------------  ---------  -------  ------  --------------------
04/28/06 17:19    50.000    50.00   MG    HART RN , CANDACE P

VA Hospital Center - 72

PATIENT FACESHEET
VIRGINIA HOSPITAL CENTER

Medical Record #: 06021957
Patient Name: FRAZZA, LUKE     .
Account Number: 005910931

DNA?:     IFD?:     NPP?: 22Apr05

================================================================

PATIENT DEMOGRAPHIC INFORMATION:
D.O.B.: 10Jul1963   Age: 42
SS#: 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   Sex: M
Marital Status: MARRIED
Religion: NONE
Prim Language: NO INTERPRETER
Advance Directive: Living Will
Allergies: N     Diabetic: N

MAILING ADDRESS:
9528 STEVEBROOK RD

FAIRFAX VA 22032
Home Phone: (703)244-0361

SPOUSE INFORMATION:
Name: FRAZZA BETH
DOB:

EMPLOYER INFORMATION:
Empl Status: EMPLOYED FULL-TIME

Occupation: PHOTOJOURNAL
Empl: AGENCE FRANCE-PRESSE
Addr: 1015 15TH ST NW STE 500
WASHINGTON DC 20005
Phone: (202)414-0557

---

RESPONSIBLE PARTY INFORMATION:
Name: FRAZZA Luke
D.O.B.: 10Jul1963
SS#: 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     Sex: M
Relation to Pt: PATIENT

MAILING ADDRESS:
9528 STEVEBROOK RD

FAIRFAX VA 22032
Home Phone: (703)244-0361

---

ALTERNATE CONTACT INFORMATION:
Name:
Street/PO Box:
City/State/Zip:
Home Phone:
Work Phone:
Relationship:

PARENT/NEXT OF KIN/EMERGENCY CONTACT:
FRAZZA Beth
9528 STEVEBROOK RD
FAIRFAX VA 22032
(703)244-0361
(202)285-2321
WIFE

PATIENT DESIGNEE:
FRAZZA Beth
9528 STEVEBROOK RD
FAIRFAX VA 22032
(703)244-0361
(202)285-2321
WIFE

---

PRIMARY INSURANCE:
Ins Name: WORKERS COMPENSATION
Insured: 01 FRAZZA Luke
Grp Name: MS .FOX
Policy #: YMJC24833
Group #:
Address:   P O BOX 4747
           SYRACUSE     NY   13221
Phone:
Auth#:

SECOND INSURANCE:
NATIONAL CAPITAL PPO
01 FRAZZA Luke
GROUP BEN SRVC
144545368
407
PO BOX 419104
ST LOUIS     MO   63141

THIRD INSURANCE:

**00-27-06**
**COMPLETE**

----------------------------------------------------------------INITIAL HERE [     ]
*************************************FOR INTERNAL USE ONLY*****************************
Chief Complaint: pain mgmt epidural lumbar block 2     Admit/DX Reason: pain mgmt epidural lumbar block 2
Admit Date & Time: 11May06  04:36     Discharge Date & Time:     Financial Class: W
Account Type: AMBULATORY SURG     Acct Subtype:     Medical Service: GENERAL SURGERY
Source: PHYSICIAN REFERRAL     Bed: OPS-26     Admit Bed: OPS
ETHNIC ORIG: 1     VIP:     COV: N

**ACCOUNT SCANNED**

---

Admitting MD:
TON MD , CHAU T        3592
Emergency MD:

Attending MD:
TON MD , CHAU T        3592
Primary Care MD:
TERLINSKY MD , ALAN S     0543

Referring MD:
RIEDEL MD , CHARLES     1987
Medallion PCP:

---

OCCURRENCE CODES:
Code 1: 04   Date: 23Jan05     Code 3:     Date:     Code 5:     Date:
Code 2:      Date:             Code 4:     Date:     Code 6:     Date:
RETIREMENT DATES FOR: [Patient:     ] [Spouse     ]     Reason for NO Retirement Dates: [P:  ] [S:  ]

---

Label ID: AFACE                              User:  12030     BRYANT, D.

 

1701 N George Mason Drive    Arlington, Virginia 22205-3698    703-558-5000 *tel*    *www.virginiahospitalcenter.com*

# VIRGINIA HOSPITAL CENTER

## CONSENT FOR TREATMENT

Virginia Hospital Center Provides Services Without Regard to Race, Religion, National Origin or Disability.

**THIS IS TO CERTIFY THAT I, THE UNDERSIGNED,**

1. Consent to the administration to the patient named below such medications and treatments, including but not limited to, the administration of blood and Blood products and the performance of such procedures as may be considered necessary or advisable.
2. Release the hospital from any responsibilities for valuables' money, personal or other possessions which are not deposited by me with the hospital depository.
\*\*\*3. Authorize the release of any information from hospital records as required by my insurance company or other reimbursing agency for this or a related claim.
\*\*4. PATIENTS CERTIFICATION. AUTHORIZATION TO RELEASE INFORMATION. AND PAYMENT REQUEST. I certify that the information given by me in applying for payment under Title XVII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that the payment of authorized benefits be made on my behalf.
\*\*\*5. Understand that if I leave the hospital without the consent of the physician and/or fail to carry out the follow up medical care or follow hospital safety procedures. I do so at my own responsibility.
\*\*6. Authorize Virginia Hospital Center to act as an agent in the billing of any health insurance covering all hospital services provided, and authorize the physicians in Anesthesiology, Radiology, Pathology, Emergency Medicine. Radiation Therapy, Neonatology, and Physical Medicine, if services are rendered by these professionals during my treatment, as agents with respect to their professional services' and direct that payment of all authorized benefits be made in my behalf directly to such hospital and physicians, and I understand that I am financially responsible for the charges not covered by this authorization.
\*\*\*7. Acknowledge that according to Virginia state law. I shall be deemed to have consented and do consent to the testing for infection with Human immunodeficiency Virus, Hepatitis B or Hepatitis C viruses should any health care provider, or any person employed by or under the direction and control of a health care provider, be directly exposed to my body fluids in connection with rendering care to me as a patient, in a manner which may, according to the current guidelines of the Centers for Disease Control, transmit HIV, Hepatitis B or C viruses to such health care provider or person. Such test results may be released to the person who was exposed.
\*\*\*8. The hospital participates in a Georgetown affiliated teaching program. As part of the program, physicians may be assisted in patient care by residents and/or medical students. I understand that I have the right to refuse residents and/or medical student not be involved in my care should I so desire.
9. The hospital participates with a premier polling group to conduct surveys with former inpatients and outpatients of this hospital. The purpose of this survey Is to assess the quality of care delivered to patients and to ensure that we are providing the best care possible.   I understand that I have the right to refuse participation in this survey. _____ (patients initials)

**IN THE EVENT MY OUTPATIENT/EMERGENCY DEPARTMENT VISIT RESULTS IN AN ADMISSION I AGREE TO THE FOLLOWING**

I. **PRIVATE DUTY NURSING.** If private duty nursing care is desired, it is understood that said care is to be selected by, arranged for, and paid by the patient or his legal representatives' that said private duty nurses are not hospital employees' and the hospital will not be responsible for the acts and omissions of private duty nurses or the selection and/or retention of said private duty nurses by the patient.

II. **MEDICAL AND SURGICAL CONSENT.** It is understood and agreed that at all times the attending physician and his designated associates are responsible for directing and administering the care of the patient. Furthermore, the hospital participates in a University affiliated teaching program. Thus, the attending physician may be assisted in the patient's care by resident and intern physicians. The patient has a right to know the identity of those providing patient care, to refuse any treatment, and to be informed of the possible medical consequences of refusal. The undersigned consents to any and all routine examinations and treatment while in the hospital, including, but not limited to, the administration of medications, blood and blood products, x-rays, and laboratory procedures as may be considered necessary or advisable.

III. **PERSONAL VALUABLES.** It is understood and agreed that the hospital is responsible for all items secured in the hospital safe. The hospital shall not be liable for any items that stay or are kept with the patient during the hospitalization. The patient is responsible for the safekeeping of those items. This includes but is not limited to items such as money, jewelry, glasses, dentures, and garments or other articles of personal property, unless deposited with the hospital for safekeeping. The hospital is authorized to deliver any such property so deposited for safekeeping to: _____

IV. **ASSIGNMENT OF INSURANCE BENEFITS.** The undersigned hereby assigns to Virginia Hospital Center any and all insurance which becomes due to pay for the hospital services.

V. **TISSUE DISPOSAL.** The undersigned hereby authorizes Virginia Hospital Center, its agents or designees, in any manner deemed proper by said hospital, to dispose of any removed tissue or amputated member of the body of the patient as a result of any surgical operation, delivery or other procedure.

\*\*VI. **PHYSICIANS.** The undersigned recognizes that all doctors of medicine furnishing services to the patient, including radiologists, pathologist, anesthesiologists, psychiatrists, neonatologists and the like, are independent contractors, and are not employees or agents of the hospital.

\*VII. **FINANCIAL RESPONSIBILITY.** The undersigned agrees, in consideration of services rendered by the hospital, to be responsible for payment in full of the hospital bill including any collection of attorney's fees related to my not paying the bill when due.

VIII. **OTHER CONDITIONS.** The undersigned further states that the foregoing Consent for Treatment has been carefully read, and that he knows the contents thereof, and has signed as his own free and voluntary act and has not been influenced in executing the Consent for Treatment by any representation of Virginia Hospital Center or its agents.

\*   Items I and IV do not apply to Outpatient Surgery.
\*\*  Items 6. IV and VII includes and applies to the Neonatologist. Anesthesiologist, Radiologist. Pathologist. Emergency Physician. Radiation Therapist and Physical Medicine, if services are rendered by these professionals during my treatment.
\*\*\* Items 3.4.5.7.8 and VI apply to my visit whether I am an outpatient or an inpatient.

Witness my seal and signature this _____ 11 _____ day of _____ ~~X~~ May 06
_____    ~~X~~ _____ (Seal)
WITNESS                                          PATIENT

Other Person Executing Consent For Treatment and Relationship to Patient
_____

(If patient is a minor or unable to sign, complete the following)
PATIENT IS A MINOR _____
OR IS UNABLE TO SIGN. BECAUSE _____
DATE _____

I have received the Notice of Privacy Practices ~~X~~ ✓ ___ (patients initials)     MOTHER/FATHER/GUARDIAN

Patient Designee to receive Medical Information ~~X~~ MARY BETH FRAZZA
                                                                                         Name

101023 (Rev. 3-03) 9150/7500

WHITE: Medical Records/Patient Chart          CANARY: Admissions

# VIRGINIA HOSPITAL CENTER

1701 North George Mason Drive    Arlington, Virginia 22205-3698    703.558.5000 tel    www.virginiahospitalcenter.com

Patient's Name _____    Doctor's Name _____

Medical Record No. _____    Discharge Date _____

**Activities: (Exercise, Rest, Driving)**

No driving until tomorrow morning. Rest at home until tomorrow.

_____

**DIET: (Regular, Other – Specify)**

_____

**MEDICATIONS: (Name, Dose, Frequency, Relation to Meals)**                    **(Reason for)**

May issue current meds

**OTHER INSTRUCTIONS:**

Call the Anesthesia Department at (703) 558-6173 for any problems such as excessive pain, fever or bleeding.

_____

**FOLLOW-UP CARE:**

1. Doctors Appointment: Call Dr. _____ at _____ for an appointment in ___ ☐ days ☐ weeks.

   If you have any problems or questions, call this phone number (703) 558-6173 and ask for _____

2. Other Appointments (Lab, X-ray, Agencies): _____

_____    Attending Physician    M.D.

ADDRESSOPLATE

FRAZZA, LUKE
MR 06021957   ALL N
DOB10JUL63-42  M OPS-26
TON MD , CHAU T
AC 005910931  11MAY06

**Reserved For Future Use**

CHARTING SEQUENCE NUMBER: 9701

**Physician's Discharge Instructions: Regional Block**

Form No. 121162
(11-93) 7220

WHITE: Patient    CANARY: Medical Records    PINK: Physician

# VIRGINIA HOSPITAL CENTER

1701 North George Mason Drive     Arlington, Virginia 22205-3698     703.558.5000 tel     www.virginiahospitalcenter.com

| | DATE ORDERED | | |
|---|---|---|---|
| → | 1 | Date: _____ Time: _____ |
| | 2 | |
| | 3 | **Pain Management Procedures** |
| | 4 | |
| | 5 | ☐ Start IV with Lactated Ringers @ _____ cc/hr. |
| | 6 | With 20g catheter |
| | 7 | ☐ Fentanyl _____ mcg IV now  May repeat x ____ |
| | 8 | ☐ Versed _____ mg. IV now  May repeat x ____ |
| | 9 | Discharge from PACU when criteria is met. |
| | 10 | Discharge to home when criteria is met. |
| | 11 | |
| | 12 | Physician's Signature: _____ Date/Time: 5/11/06 |
| → | 13 | |
| → | 14 | |
| | 15 | |
| | 16 | 5-11-06 |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| → | 25 | |
| | 26 | |
| | 27 | |
| | 28 | |
| | 29 | |
| | 30 | |
| | 31 | |
| | 32 | |
| | 33 | |
| | 34 | |
| | 35 | |
| | 36 | |

**Physician:**
START EACH NEW SET OF ORDERS BELOW THE HEAVY LINE WHERE THE WORD START IS PRINTED. ONE SET OF ORDERS MAY REQUIRE MORE THAN ONE SECTION

AUTHORIZATION IS GIVEN FOR THE DISPENSING OF MEDICATION IDENTICAL IN STRENGTH AND CONTENTS OF ACTIVE INGREDIENTS, UNLESS BRAND (TRADE) NAME OF DRUG IS CIRCLED BY PRESCRIBING PHYSICIAN.

**Nurse:**
DUPLICATE COPY SHOULD BE REMOVED IMMEDIATELY.

ADDRESSOPLATE

FRAZZA, LUKE
MR 06021957   ALL N
DOB 10JUL63-42   M OPS-26
TON MD & CHAU T
AC 005910931   11MAY06

## Reserved For Future Use

CHARTING SEQUENCE NUMBER: 2405

| **Physician's Orders**<br>**Pain Management Procedures** | Form No. 121596<br>(11-99) 7040 |
|---|---|
| WHITE: Medical Records | CANARY: Pharmacy |

Name: _____ MR # _____ Ht _____ Wt _____
Allergies: _____

**Authorization for Administration of Anesthesia and for the Performance of Operations and Other Procedures - You have the Right to Consent or Refuse Either a Portion or the Entirety of the Statements Below.**

DATE _5-11-06_    TIME _1320_    A.M./P.M.

1. I, the undersigned, being an adult of over 18 years of age and under no legal or mental disabilities, voluntarily authorize the performance upon _Myself_ (myself or name of patient) of the following operation/procedure _Pain Management Epidural Lumbar Block #2_
(state nature and extent of operation/procedure)
to be performed under direction of Dr. _Ton, Chau_

2. I acknowledge that my physician has discussed, as appropriate, the potential risks and benefits of the procedure, potential problems related to recuperation, the likelihood of success, the potential results of nontreatment and any significant alternative to treatment. In relation to the use of blood and/or blood components, my physician has discussed the possible need for, risks of and alternatives to, blood transfusion when they may be needed.

3. My physician, Dr. _Ton_, has explained to me that (a) other physicians may participate, assist or perform the procedure under the supervision of my physician. These physicians or surgical assistants may include other licensed physicians acquiring experience in the specific procedure involved including residents and Intern physicians, (b) I further acknowledge that during the course of the operation/procedure, unforeseen conditions may be revealed that necessitate an extension of the original therapeutic procedure(s) or different therapeutic procedure(s) than those set forth in paragraph 1. I therefore authorize and request that the above-named physician and his surgical assistants perform such surgical therapeutic and/or diagnostic procedure(s) as are necessary and desirable in the exercise of professional judgement including, but not limited to, procedures involving the administration of blood or blood products, laboratory examinations including biopsy, and radiological examinations. The authority granted under this paragraph 2 shall extend to treating all conditions that require treatment and were not known to the physician at the time the operation/procedure is commenced.

4. I am aware that the practice of medicine is not an exact science, and I acknowledge that no warranty or guarantee has been made to me as to the results of the operation or surgical procedure(s).

5. I consent to the administration of such anesthetics as may be considered necessary or advisable by the physician responsible for this service. The type of anesthesia to be used and the risks, benefits and alternatives, if any, have been explained to my satisfaction by my physician, and anesthesiologist (pertinent to anesthesia) and I have been given the opportunity to ask any questions that I may have regarding that explanation. All my questions have been answered satisfactorily.

6. The nature of my (or the patient's) condition, the nature of the procedure(s), the risks and complications involved in the procedure(s) to be performed, and alternative procedures available, if any, have been explained to me to my satisfaction by my physician, and I have been given the opportunity to ask any questions that I may have regarding that explanation. All my questions have been answered satisfactorily.

7. I hereby authorize Virginia Hospital Center, its agents or designee, to dispose of any removed tissue or amputated member of my body as a result of the surgical operation in any manner deemed proper by the hospital.

8. For the purpose of advancing medical education, I consent to the admittance of medical observers to the operating room, including the taking and publication of photography if requested by my physician providing my identity is not revealed.

I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONSENT, THAT THE EXPLANATIONS THEREIN REFERRED TO WERE MADE, AND THAT ALL BLANKS OR STATEMENTS REQUIRING COMPLETION WERE FILLED IN AND INAPPLICABLE PARAGRAPHS, IF ANY, WERE STRICKEN BEFORE I SIGNED.

Signature of Patient: _____

Witness: _____
When patient is a minor, or Incompetent to give Consent, Signature of Person Authorized to consent for Patient: _____

Relationship to Patient: _____ Witness: _____

| Signature | Credentials | Date/Time |
|---|---|---|

FRAZZA, LUKE
MR 06021957
DOB10JUL63-42
TON MD , CHAU T
AC OP Surgical Medical 11MAY06

**IRGINIA HOSPITAL CENTER**
www.virginiahospitalcenter.com

**rocedure / OR Permit**

0028-9170-R042104

Page 1 of 2

VA Hospital Center - 77

Name: _____    MR # _____    Ht _____ Wt _____

Allergies: _____

Date: _____    Time: _____    a.m.
                                                                 p.m.

It has been explained to me that I need or may need a transfusion of blood and/or one of its products for the following reason(s).

_____

The doctor has explained to me in general what a blood transfusion is, the procedures that will be used, and the benefits of receiving a transfusion. Possible risks involved with the blood transfusion have been explained to me by my physician. These risks include hepatitis, allergic reactions, fever and fluid overload. Other infrequent risks include exposure to the AIDS virus and possible life threatening transfusion reactions and infections. I understand that these risks exist despite the fact that the blood has been carefully tested.

I understand that under very limited circumstances, it may be possible to consider an autologous or directed donor transfusion.

The doctor has also explained to me the alternatives to transfusion, including the risks and consequences of not receiving this therapy.

I have had the opportunity to ask any questions I might have. Therefore

**1. I give my informed and voluntary consent to the transfusion and permit the doctor or such other doctors or persons as may be needed to assist the doctor, to give me the transfusion.**

_____        _____
       Patient's Signature*                        Witness

*The patient is unable to consent because: _____

I therefore consent for this patient:

_____    _____    _____
       Signature                    Relationship to patient                  Witness

**2. I _do not_ consent to transfusion and have been informed of and understand that the risks associated with this refusal may include permanent injury to me or possible death. I accept full responsibility for those risks.**

_____        _____
       Patient's Signature*                        Witness

*The patient is unable to refuse because: _____

I therefore refuse for the patient:

_____    _____    _____
       Signature                    Relationship to patient                  Witness

| Signature | Credentials | Pager # | Date/Time |
|---|---|---|---|
| | | | |

VIRGINIA HOSPITAL CENTER
www.virginiahospitalcenter.com

__cedure / OR Permit

100028-9170-R042104

FRAZZA, LUKE
MR 06021957    ALL N
D0B10 Patient Identification PAS
TON MD , CHAU T
AC 005910931    11MAY06

Page 2 of 2

# VIRGINIA HOSPITAL CENTER

1701 North George Mason Drive     Arlington, Virginia 22205-3698     703.558.5000 tel     www.virginiahospitalcenter.com

| Allergies | Temp. | Pulse | Resp. | Bl. Press. |
|---|---|---|---|---|

| Patient's History and Findings | Orders, Treatments and Medications Given |
|---|---|
| *[handwritten]* Let pass on for 2nd ESI report to have virtually no relief from 1st ESI | |
| (S/P pulsen Louis) | 1425   5/11/06   *[handwritten clinical notes]* |

**REFERRING PHYSICIAN:** Riedel

**DIAGNOSIS:** lumbar radiculopathy

**DISPOSITION:** ☐ HOME  ☐ ADMITTED

| ADMITTING PHYSICIAN: | TIME ADMITTED TO UNIT: | CONDITION ON DISCHARGE: |
|---|---|---|

**SIGNATURES** _____ MD. _____ RN.

I, THE PATIENT OR RESPONSIBLE PARTY, HAVE BEEN ADVISED BY DR. _Tera_ TO OBTAIN

FOLLOW-UP WITH DR. _Riedel_ ON _1 W_

☐ MAY RESUME NORMAL ACTIVITY, WORK, PHYSICAL EDUCATION CLASS IN _____ DAYS.

☐ I HAVE RECEIVED AND UNDERSTAND THE FOLLOW-UP INSTRUCTIONS RELATING TO _ESI_

**ADDRESSOPLATE**

FRAZZA, LUKE
MR 0602195?   ALL N
DOB10JUL63-42  M OPS-26
TON MD A CHAU T
AC 005910931  11MAY06

## Reserved For Future Use

CHARTING SEQUENCE NUMBER: 9759

**Outpatient Regional Anesthesia**

Form No. 120339
(Rev. 8-00) 7220

WHITE: Medical Records          CANARY: Anesthesia

Attach Discharge Instruction Sheet(s) ●                    ●

# OUTPATIENT FOLLOW-UP PHONE CALL DOCUMENTATION SHEET
*{Instructions to Nurse in Italics}*

## TO BE COMPLETED BY DISCHARGING RN ON DAY OF PROCEDURE:

Procedure Date: 5-71-06   Language, if other than English: _____

Procedure: _Epedural #2_ _____ Type of Anesthesia _____

Special Peri-operative issues (pain, n/v, etc.): _____

Patient agrees to be called:  ☐ No  ☐ Yes   Best Time to Call: _declined_

Number at which patient may be reached on day after procedure: _____

Can a message be left for patient to call us back?:  ☐ No  ☐ Yes

## TO BE COMPLETED BY RN MAKING FOLLOW-UP PHONE CALL: (Please complete every line. Write "N/A" if no surgical site, etc. Every patient should be asked about pain.)

Attempts to reach patient [date(s) and time(s)]: *{Leave one message, if patient agrees. If no answering machine, make two attempts to reach the patient, and document message(s) left or attempts to reach}*

Person interviewed if other than patient: *{Only for patients under 18 years old or those who are unable to answer questions, may discuss with the person who signed the surgical consent for the patient.}* _____

### ***Please state "I am calling you to see how you are doing after your procedure and to make sure that you were very satisfied with your visit to Virginia Hospital Center".***

- Are you having any significant problems at this time? (e.g., fever, purulent drainage, nausea/vomiting)
  _____

- What is your pain level on a scale of 1-10? _____ *{If score is greater than 5 while using pain management as prescribed as well as ice packs, elevation, positioning, etc. as ordered, instruct patient to follow-up with procedure physician.}*

- For GI patients, were you comfortable during your procedure? _____

- Did we provide you with all the information you needed to take care of yourself at home? *(if no, explain)*
  _____

- We hope that you were <u>very satisfied</u> with your experience here at Virginia Hospital Center. Was there anything that we could have done differently to improve your experience?
  _____

Nurse's Comments: _____

_____

FRAZZA, LUKE
MR 06021957   ALL N
DOB10JUL63-42   M OPS
TON MD   CHAU T
AC 005910931   11MAY06

_____ RN Signature

Addressograph

_____ Phone Interview Date and Time

122604-7730-R061605

PATIENT CARE RECORD-DISCHARGE

Virginia Hospital Center

FROM: 10-May-2006 00:00  TO: 11-May-2006 23:59

7-Jun-2006  13:15          PAGE   1

---------------------------------------------------------------------------------

```
OPS-26   PRAZZA, Luke                  MR#: 06021957   ACCT: A/ /SUR  5910931  ATTD: TON, CHAU T MD
         AGE:  42  DOB: 10-Jul-1963  SEX: M   INTERP: No Interpreter           HGT (CM):    .00 WGT (KG):    .00
         CC: pain mgmt epidural lumbar block 2   ISOLATION:
         DX: LUMBOSACRAL NEURITIS NOS           ADA DISABIL:  No Disability
         REASON: pain mgmt epidural lumbar block 2
```

MEDICATION ALLERGIES                                        FOOD ALLERGIES

NO KNOWN DRUG ALLERGIES                                     ** NO FOOD ALLERGIES FOUND **

CONTRAST MEDIA INTOLERANCES

** NO CONTRAST INTOLERANCES FOUND **

OTHER INTOLERANCES

** NO OTHER INTOLERANCES FOUND **

---------------------------------------------------------------------------------

Signature(s):

VIRGINIA HOSPITAL CENTER - ARLINGTON

Patient Order Summary

OPS-26     FRAZZA, Luke                    Attend : TON MD , CHAU T          MRN # : 6021957
                                              Age : 42    DOB : 07/10/63      Admit : 05/11/06
                                              Ht(cm) :    Wt(kg) :            Disch : 05/11/06
     Reason: pain mgmt epidural lumbar block 2   Service: SUR                 Acct# :  5910931 -A

---

MED ALLERGIES _____     REACTION _____

          NO KNOWN DRUG ALLERGIES

ORDERS
     Ord # :   1     METHYLPREDNISOLONE (DEPO-MEDROL) 40MG/ML        Dose  : 120       Units : MG      Status: I
     Enter : 05/11/06 12:11        Entered: ROY RN , GWEN N          Freq  : FLSTK     PRN   :         Mode  : I
     Start : 05/11/06 12:16        Ordered: PAPERCHART, USER         Qty   :   120     PRI   :
     Expire:          00:00        Signed : PAPERCHART, USER         Collect:          Source :
     Change: 05/11/06 12:11        Changed: ROY RN , GWEN N          Tr Mode:          Side/Preg:
                                                                      Route  :          MaxDos:     1

     Administered      Result     Amount    Dose    Charted By
     --------------    ----------  -------   ------   --------------------
     05/11/06  12:11   120.000    120.00  MG      ROY RN , GWEN N

     Ord # :   2     MEPIVACAINE HCL 10MG/ML VIAL INJ               Dose  : 30        Units : ML      Status: I
     Enter : 05/11/06 12:11        Entered: ROY RN , GWEN N          Freq  : FLSTK     PRN   :         Mode  : I
     Start : 05/11/06 12:16        Ordered: PAPERCHART, USER         Qty   :   30      PRI   :
     Expire:          00:00        Signed : PAPERCHART, USER         Collect:          Source :
     Change: 05/11/06 12:11        Changed: ROY RN , GWEN N          Tr Mode:          Side/Preg:
                                                                      Route  :          MaxDos:     1

     Administered      Result     Amount    Dose    Charted By
     --------------    ----------  -------   ------   --------------------
     05/11/06  12:11   30.000     30.00  ML      ROY RN , GWEN N

     Ord # :   3     SODIUM CHLORIDE 0.9% VIAL INJ                  Dose  : 10        Units : ML      Status: I
     Enter : 05/11/06 12:11        Entered: ROY RN , GWEN N          Freq  : FLSTK     PRN   :         Mode  : I
     Start : 05/11/06 12:16        Ordered: PAPERCHART, USER         Qty   :   10      PRI   :
     Expire:          00:00        Signed : PAPERCHART, USER         Collect:          Source :
     Change: 05/11/06 12:11        Changed: ROY RN , GWEN N          Tr Mode:          Side/Preg:
                                                                      Route  :          MaxDos:     1

     Administered      Result     Amount    Dose    Charted By
     --------------    ----------  -------   ------   --------------------
     05/11/06  12:11   10.000     10.00  ML      ROY RN , GWEN N

     Ord # :   4     DIPHENHYDRAMINE (BENADRYL) 50MG/ML INJ         Dose  : 50        Units : MG      Status: I
     Enter : 05/11/06 14:39        Entered: BENSON RN , ANNA         Freq  : FLSTK     PRN   :         Mode  : I
     Start : 05/11/06 14:45        Ordered: PAPERCHART, USER         Qty   :   50      PRI   :
     Expire:          00:00        Signed : PAPERCHART, USER         Collect:          Source :
     Change: 05/11/06 14:39        Changed: BENSON RN , ANNA         Tr Mode:          Side/Preg:
                                                                      Route  :          MaxDos:     1

     Administered      Result     Amount    Dose    Charted By
     --------------    ----------  -------   ------   --------------------
     05/11/06  14:39   50.000     50.00  MG      BENSON RN , ANNA

---

- VMC-06/07/06  13:15 _____     Page :   1
         End Of Report : PERMS

VA Hospital Center - 82