# Continuation of Medical Records
# 8-12

8

## Radiology Consultation

## Virginia Hospital Center - Arlington

**Patient Name**  FRAZZA, Luke

| | | | |
|---|---|---|---|
| **DOB:** 07/10/1963 | **Sex:** M | **Patient Status:** O | **Date of Service:** 06/19/2001 |
| **Visit #:** 3097590 | | **Patient Location:** OP | **MRN:** 06021957 |
| **Accession:** 98242 | | **Patient Type:** O | |

**Exam:** (AHA) MRHIP - MRI Hip; without contrast

---

**Requesting Provider:** AVERY, GORDON L, MD

**Attending Provider:**

**Signs and Symptoms:** ARTRITHIS IN THE
**History:**

---

(ACC #98242)

MRI HIP 06/19/2001:

**TECHNIQUE:**   T1 and T2-weighted coronal and T1 and T2-weighted axial MR images through the hips were obtained.

**FINDINGS:**   There is no evidence of avascular necrosis at either hip.   There is no evidence of joint effusion.   There is no evidence of fracture.

*IMPRESSION:*

*NO MR EVIDENCE OF AVASCULAR NECROSIS.*

**Reported By:**  DEAN  BAIRD, MD

Transcriptionist:   Parker, Eloise

**Radiology Consultation**

**Virginia Hospital Center - Arlington**

**Patient Name**  FRAZZA, Luke

| | | | |
|---|---|---|---|
| **DOB:** 07/10/1963 | **Sex:** M | **Patient Status:** I | **Date of Service:** 04/22/2005 |
| **Visit #:** 5703598 | | **Patient Location:** POS | **MRN:** 06021957 |
| **Accession:** 949147 | | **Patient Type:** I | |
| **Exam:** (AHA) DXCXRPO - Chest X-Ray Pre - Op | | | |

**Requesting Provider:** RIEDEL, CHARLES, MD

**Attending Provider:**

**Signs and Symptoms:** L3-4 DISCECTOMY~
**History:**

Accession number: 949147

Reason for exam: Medical clearance

PA and lateral chest films show the lungs well-expanded and clear without active disease. The heart and vessels are normally outlined and there is no pleural effusion.

Conclusion: Normal chest.

**Reported By:**  JOHN  VANCE, MD

Transcriptionist:  Interface, ADT

VHC Radiology - 2

**Radiology Consultation**

**Virginia Hospital Center - Arlington**

**Patient Name** FRAZZA, Luke

| | | | | | |
|---|---|---|---|---|---|
| **DOB:** 07/10/1963 | **Sex:** M | **Patient Status:** | I | **Date of Service:** 04/26/2005 |
| **Visit #:** 5703598 | | **Patient Location:** | AMAD-07 | **MRN:** 06021957 |
| **Accession:** 951324 | | **Patient Type:** | I | |

**Exam:** (AHA) DXLSXTL - Lumbar Spine X - Table Lateral

**Requesting Provider:** RIEDEL, CHARLES, MD

**Signs and Symptoms:** L3-4 DISCECTOMY-
**History:**

**Attending Provider:** CHARLES RIEDEL, MD
1715 N Geo Mason #402
Arlington, VA 22205

CROSS-TABLE LATERAL, LUMBAR SPINE: 4/26/2005
CLINICAL HISTORY: Back surgery

FINDINGS: CROSS-TABLE LATERAL RADIOGRAPH of the lumbar spine, obtained in the OR. Lumbar vertebral body height and alignment are satisfactory. Radiopaque surgical clips are identified in the soft tissues of the posterior back at the L3-L4 level.

IMPRESSION: Radiopaque surgical clips identified in the soft tissues of the posterior back, at the L3-L4 level.

**Reported By:** ANDREA GIACOMETTI, M.D.

Transcriptionist: Interface, ADT

VHC Radiology - 3

## Radiology Consultation

## Virginia Hospital Center - Arlington

**Patient Name**  FRAZZA, Luke

| | | | |
|---|---|---|---|
| **DOB:** 07/10/1963 | **Sex: M** | **Patient Status:** I | **Date of Service:** 04/26/2005 |
| **Visit #:** 5703598 | | **Patient Location:** AMAD-07 | **MRN:** 06021957 |
| **Accession:** 951389 | | **Patient Type:** I | |

**Exam:** (AHA) DXLSXTL - Lumbar  Spine  X - Table  Lateral

---

**Requesting Provider:** RIEDEL, CHARLES, MD

**Attending Provider:**  CHARLES RIEDEL, MD
1715 N Geo Mason #402
Arlington, VA 22205

**Signs and Symptoms:**  L3-4 DISCECTOMY~
**History:**

---

Reason for exam it is operative localization. Accession #951389.

Repeat prone crosstable lateral view of the lumbar spine in the operating room at 12:09 p.m. shows a metallic instrument and other opaque markers projected at the L3 level.

**Reported By:**  JOHN  VANCE, MD

Transcriptionist:   Interface, ADT

**Radiology Consultation**

**Virginia Hospital Center - Arlington**

**Patient Name**  FRAZZA, Luke

| | | |
|---|---|---|
| **DOB:**  07/10/1963    **Sex:** M | **Patient Status:**  I | **Date of Service:** 04/26/2005 |
| **Visit #:** 5703598 | **Patient Location:**  AMAD-07 | **MRN:**  06021957 |
| **Accession:**  951590 | **Patient Type:**  I | |

**Exam:**  (AHA) DXLSXTL - Lumbar Spine X - Table Lateral

---

**Requesting Provider:** RIEDEL, CHARLES, MD

**Attending Provider:**   CHARLES RIEDEL, MD
1715 N Geo Mason #402
Arlington, VA 22205

**Signs and Symptoms:**  L3-4 DISCECTOMY-
**History:**

---

Date: 4/26/2005.

History: L3-L4 discectomy.

Intraoperative lateral film.

Findings: This was obtained during surgery for localization purposes. Surgical instruments have been placed posteriorly to the L3-L4 disc space. The bones are normally mineralized. No malalignment is seen. This is reviewed with the prior studies.

Conclusion: Film taken for localization purposes during surgery.

**Reported By:**  JOHN  LONG JR, MD

Transcriptionist:   Interface, ADT

**Radiology Consultation**

**Virginia Hospital Center - Arlington**

**Patient Name** FRAZZA, Luke

| | | | |
|---|---|---|---|
| **DOB:** 07/10/1963 | **Sex:** M | **Patient Status:** O | **Date of Service:** 01/16/2006 |
| **Visit #:** 5841689 | | **Patient Location:** RAD | **MRN:** 06021957 |
| **Accession:** 1140417 | | **Patient Type:** O | |

**Exam:** (AHA) DXLSFE - Lumbar Spine W / Flex & Ext

| | |
|---|---|
| **Requesting Provider:** RIEDEL, CHARLES, MD | **Signs and Symptoms:** low back pain |
| **Attending Provider:** | **History:** |

History : L3 -4 discectomy.

Comparison : Prior studies.

Examination : Lumbar spine 4 views including flexion and extension and standing.

Findings : Flexion is very limited. Extension is more moderate. There is no spondylolysis or spondylolisthesis seen. There is no fracture or acute abnormality.

Impression : Limited flexion.

**Reported By:** JOHN LONG JR, MD

Transcriptionist: Interface, ADT

**Radiology Consultation**

**Virginia Hospital Center - Arlington**

**Patient Name** FRAZZA, Luke

| | | | | |
|---|---|---|---|---|
| **DOB:** 07/10/1963 | **Sex:** M | **Patient Status:** O | | **Date of Service:** 01/16/2006 |
| **Visit #:** 5841689 | | **Patient Location:** OP | | **MRN:** 06021957 |
| **Accession:** 1133198 | | **Patient Type:** O | | |

**Exam:** (AHA) MRLSWW - MRI Lumbar Spine; with and without contrast

**Requesting Provider:** RIEDEL, CHARLES, MD

**Attending Provider:**

**Signs and Symptoms:** BACK PAIN
**History:**

LUMBAR MRI: 1/17/2006
CLINICAL HISTORY: Back pain.
COMPARISON: None .

TECHNIQUE: Sagittal T1 SE, sagittal T2 FSE, axial T1 SE, and axial T2 FSE sequences were acquired of the lumbar spine. Post gadolinium sagittal and axial T1 a.c. sequences were acquired.

FINDINGS: Lumbar vertebral body height, alignment, and signal intensity are satisfactory.
The conus is unremarkable in appearance on the sagittal images.

Disk space height is maintained. .

The axial T1 SE sequences were acquired from the L3 through the L5-S1 levels.
The axial T2 FSE sequences were acquired from the L3 through the L5-S1 levels.

Postoperative changes are seen at the L3-L4 level. The L3-4 level demonstrates moderate bulging of the anulus.There is moderate facet and uncinate hypertrophy. There is mild to moderate foraminal narrowing bilaterally greater on the left side. There is enhancement surrounding the thecal sac on the left side extending into the left foramina, which appears to be postoperative in etiology. No obvious recurrent disc herniation.

L4-5 level demonstrates moderate bulging of the anulus, bilateral facet hypertrophy with arthropathy, resulting in no impingement of the neural elements.

The L5-S1 level demonstrates bulging of the anulus, bilateral facet hypertrophy with no impingement of the neural elements.

IMPRESSION : Postoperative changes with postoperative enhancement seen at the L3-L4 level on the left side. This level also shows mild to moderate foraminal narrowing bilaterally. .

**Radiology Consultation**

**Virginia Hospital Center - Arlington**

**Patient Name**  FRAZZA, Luke

**DOB:**  07/10/1963        **Sex:** M         **Patient Status:**     O              **Date of Service:** 01/16/2006
**Visit #:** 5841689                             **Patient Location:**  OP             **MRN:**   06021957
**Accession:**  1133198                          **Patient Type:**      O
**Exam:**   (AHA)  MRLSWW - MRI  Lumbar Spine;  with and without contrast


**Reported By:**  ANDREA  GIACOMETTI, M.D.


Transcriptionist:   Interface, ADT

9



ORTHOPEDIC PHYSICAL THERAPY OF NORTHERN VIRGINIA

July 27, 2005

Charles J. Riedel, M.D.
1715 N. George Mason Drive, Suite 402
Arlington, VA  22215

**Re:    Luke Frazza
         05-400**

Dear Dr. Riedel:

Thank you for your referral of Mr. Frazza to our clinic. He underwent an evaluation today with the diagnosis of lower back pain, status post a lumbar discectomy. Below you will find his subjective comments and my objective findings.

<u>History</u>: Mr. Frazza states he sustained an injury to his lower back during a fall on January 23, 2005. He underwent an L3-4 discectomy on April 26, 2005.

<u>Subjective Information</u>: Mr. Frazza complains of an intermittent pain in the lumbosacral region, which is more pronounced on the right side. The intensity of this discomfort ranges from 0-4, on a 0-10 pain scale, where 0 is pain-free. He also experiences an intermittent radiation of discomfort along the anterior aspect of the left thigh. He experiences intermittent stiffness. He notes weakness in the lower extremities. He experiences intermittent difficulty with standing balance. His symptoms appear to be aggravated by sleeping positions, bending, ambulation of greater than 15 minutes, and by driving. His symptoms appear to be reduced by rest and the use of Advil and Ambien. Mr. Frazza's goals for physical therapy are to relieve his pain and to increase his strength.

<u>General Movements</u>:    Mr. Frazza's general movements appear to be grossly normal and unguarded.

<u>Posture</u>: Mr. Frazza's posture exhibits a slightly forward placement of the head. The neck is slightly laterally flexed to the left side. His shoulders are slightly rounded, with an elevation of the left shoulder. The thoracic kyphosis is flattened. The lumbar lordosis is also flattened, with an elevation of the left iliac crest.

<u>Active Movements</u>: The active trunk range of motion is as follows: extension is 60% of normal range, left rotation is 80%, and right rotation is 90%. When measuring from the fingertips to the floor, bilateral lateral flexion is 55 cm., and forward flexion is 20 cm. Discomfort is exacerbated at the end ranges of all trunk movements.

Frazza, Luke
July 27, 2005
Page 2

<u>Strength</u>:  Strength is grossly within normal limits in the major muscle groups of both lower extremities.

<u>Flexibility</u>:  Flexibility is slight to moderately limited in the right iliotibial band and the left hamstrings.  Flexibility is slightly limited in the lumbar paraspinals, the right hamstrings and the bilateral calf muscles.

<u>Special Tests</u>:  The seated extension test is positive on the left side.  This test suggests dysfunctional movement of the left sacroiliac joint.  The squish test and down-slip tests are positive on the right side.  These tests suggest dysfunctional movement of the right pelvic joints. The up-slip test is positive on the left side.  This test suggests dysfunctional movement of the left pelvic joints.  The straight leg raise test is negative bilaterally.  The femoral nerve stretch test is positive bilaterally.  Sensation appears to be grossly intact in both lower extremities.

<u>Palpation</u>:  Palpation reveals no localized lumbosacral tenderness at this time.

<u>Assessment</u>:  This 42-year-old male, referred to physical therapy with the diagnosis of lower back pain, status post a lumbar discectomy, presents with the following:  1. Slightly inefficient posture,  2.  A slight decrease in the active trunk range of motion with dysfunctional vertebral mobility,  3.    Grossly normal lower extremity strength,  4.   Decreased flexibility,   5. Dysfunctional sacroiliac joint mobility,  6. Dysfunctional bilateral pelvic mobility,  7.  Negative localized tenderness.  These findings are consistent with his current diagnosis.

<u>Goals</u>:  1.  Increase postural awareness.  2.  Increase the active trunk range of motion.  3. Increase flexibility.  4.  Decrease the intensity of discomfort during activities.  5.  Independence in a home exercise program.  These rehabilitation goals should be achieved within four weeks. Mr. Frazza's rehabilitation potential appears to be good.

<u>Plan</u>:  Mr. Frazza's physical therapy program began today with the following activities:  1. Instruction in a home exercise program,  2.  Soft tissue mobilization techniques, and  3.  Local modalities for pain control.  The treatment program will continue at two to three times per week for an additional four weeks.  Activities will be progressed as tolerated.  I will forward a progress report to you in approximately four weeks.

Thank you, once again, for the opportunity to participate in the care of Mr. Frazza.  Please do not hesitate to contact me if you have any questions or comments concerning his physical therapy program.

Sincerely,

*Charles S. Ottavio, P.T. OCS/sa*

Charles S. Ottavio, PT, OCS
CSO/sb



ORTHOPEDIC PHYSICAL THERAPY OF NORTHERN VIRGINIA

August 29, 2005

Charles J. Reidel, M.D.
1715 N. George Mason Drive, Suite 402
Arlington, VA 22205

**Re:** **Luke Frazza**
**05-400**

Dear Dr. Reidel:

Thank you for your referral of Mr. Frazza to our clinic, status post his lumbar discectomy. He has received treatment on a total of fourteen sessions over a four and one-half week period. The treatment program has consisted of the following activities: 1. Therapeutic exercises, 2. Gentle joint mobilization techniques, 3. Soft tissue mobilization techniques, 4. Local modalities for pain control, and 5. Instruction in posture and body mechanics.

As a result of treatment, there has been improvement. The active trunk range of motion is increased. Currently, the active trunk range of motion is as follows: extension is 75% of normal range, left rotation is 90%, and right rotation is 100%. When measuring from the fingertips to the floor, left lateral flexion is 53 cm., right lateral flexion is 55 cm., and forward flexion is 17 cm. Mild discomfort persists at the end range of left lateral flexion only. Flexibility is also improved. Currently, flexibility is grossly normal in the bilateral calf muscles. It remains only slightly limited in the bilateral hamstrings. The seated extension test is now negative. However, tightness persists in the right pelvic joints. The straight leg raise test is negative bilaterally. The femoral nerve stretch test remains positive only on the right side. Postural awareness has improved. Mr. Frazza's general level of irritation has been significantly reduced. However, intermittent, mild discomfort persists with prolonged activities. He continues to exhibit discomfort with sleeping positions and with prolonged sitting. If you approve, we will continue PT at two times per week for an additional four weeks. Activities will be geared towards increasing general strength and improving Mr. Frazza's activity level. Please advise me following your re-evaluation of Mr. Frazza.

Thank you, once again, for the opportunity to participate in the care of Mr. Frazza. Please do not hesitate to contact me if you have any questions or comments concerning his physical therapy program.

Sincerely,

*Charles S. Ottavio, P.T., O.C.S./ccb*

Charles S. Ottavio, PT, OCS
CSO/sb

7023 Little River Turnpike • Suite 400 • Annandale, Virginia 22003 • Phone: 703.354.1230 • Fax: 703.354.5691



ORTHOPEDIC PHYSICAL THERAPY OF NORTHERN VIRGINIA

September 26, 2005

Charles J. Riedel, M.D.
1715 N. George Mason Drive, Suite 402
Arlington, VA  22205

**Re:**   **Luke Frazza**
       **05-400**

Dear Dr. Riedel:

Thank you for your referral of Mr. Frazza to our clinic, status post his lumbar discectomy.  He has received treatment on a total of nineteen sessions over the past eight-week period.  The treatment program has consisted of the following activities:  1.  Therapeutic exercises, 2.  Gentle joint mobilization techniques, 3.  Soft tissue mobilization techniques, 4.  Local modalities for pain control, and 5.  Instruction in posture and body mechanics.

As a result of treatment, there continues to be improvement.  The active trunk range of motion has not significantly increased at this time.  However, Mr. Frazza's activity level has significantly improved.  He has begun to resume work-related activities.  These have not significantly increased his discomfort.  Subjectively, the paresthesia in his left lower extremity appears to be diminishing.  His endurance is slowly increasing.  However, problems persist.  Generalized stiffness persists with prolonged activities.  Mr. Frazza would benefit from additional physical therapy.  If you approve, we will continue PT at one to two times per week for an additional four to six weeks.  Activities will be geared towards maximizing mobility and his functional capacity.  Please advise me following your re-evaluation of Mr. Frazza.

Thank you, once again, for the opportunity to participate in the care of Mr. Frazza.  Please do not hesitate to contact me if you have any questions or comments concerning his physical therapy program.

Sincerely,

*Charles S. Ottavio, P.T., O.C.S./pa*

Charles S. Ottavio, PT, OCS
CSO/sb



ORTHOPEDIC PHYSICAL THERAPY OF NORTHERN VIRGINIA

January 9, 2006

Charles J. Riedel, M.D.
1715 N. George Mason Drive, Suite 402
Arlington, VA 22205

**Re:    Luke Frazza**
        **05-400**

Dear Dr. Riedel:

Thank you for your referral of Mr. Frazza to our clinic, status post his L3-4 discectomy. Below you will find his subjective comments and my objective findings.

History:   Mr. Frazza underwent an L3-4 discectomy on April 26, 2005. He underwent a short period of physical therapy, and as a result his symptoms diminished. He is now referred back as a result of an increase in his symptoms.

Subjective Information:   Mr. Frazza complains of an intermittent pain in the right lumbosacral region. The intensity of this discomfort ranges from 0-7, on a 0-10 pain scale, where 0 is pain-free. He also notes an intermittent, throbbing pain along the anterior aspect of the distal left thigh. The intensity of this discomfort ranges from 0-7, on the same pain scale. He notes occasional difficulty weight bearing on the left lower extremity. His symptoms had been under control until he returned to work. He went on a work-related trip for nine days in mid-November 2005, and this appeared to significantly increase his discomfort. He complained of constant discomfort for several weeks.   His symptoms have been at their current intensity for approximately one and one-half weeks. Currently, his symptoms are aggravated by supine to sit transfers, prolonged standing, prolonged ambulation, and prolonged sitting.   His symptoms appear to be reduced by rest, Vicodin, and Advil. Mr. Frazza's goals for physical therapy are to relieve his pain and to return to his normal level of activities.

General Movements:   Mr. Frazza's general movements appear to be grossly normal and unguarded.

Posture:   Mr. Frazza's posture exhibits a flattened cervical lordosis. There is also a flattening of the thoracic kyphosis, with an elevation of the left shoulder.   The lumbar lordosis is also flattened, with an elevation of the left iliac crest.

Active Movements:     The active trunk range of motion is as follows:   extension is 50% of normal range and bilateral rotation is 90%. When measuring from the fingertips to the floor, left

Frazza, Luke
January 9, 2006
Page 2

lateral flexion is 51 cm., right lateral flexion is 52 cm., and forward flexion is 18.5 cm. Discomfort is not exacerbated by trunk movements at this time.

<u>Strength</u>:  Strength is grossly within normal limits in the major muscle groups of the bilateral lower extremities.

<u>Flexibility</u>:  Flexibility is slightly diminished in the lumbar paraspinals, the left hamstrings, and the left calf muscles. Flexibility is slight to moderately limited in the left iliotibial band.

<u>Special Tests</u>:  The seated flexion test is positive on the right side.  This test suggests dysfunctional movement of the right sacroiliac joint. The down-slip test and squish tests are both positive in the right side as well.  These tests suggest dysfunctional movement of the right pelvic joints. The femoral nerve stretch test is positive bilaterally.  The straight leg raise test is negative bilaterally.  Sensation is grossly intact in both lower extremities at this time.

<u>Palpation</u>:  Palpation reveals localized tenderness over the right sacroiliac joint.  Asymmetry is noted in the pelvic, sacral, and lumbar bony landmarks.

<u>Assessment</u>:    This 42-year-old male, referred to physical therapy status post a lumbar discectomy, presents with the following:  1.  A slightly inefficient posture,  2. Grossly normal lower extremity strength,  3. Decreased flexibility,  4. Dysfunctional sacroiliac joint mobility, 5. Dysfunctional pelvic mobility,  6. Localized tenderness.  These findings are consistent with his postoperative status.

<u>Goals</u>:  1.  Increase postural awareness.  2.  Increase the active trunk range of motion.  3. Increase flexibility.  4.  Alleviate localized tenderness.  5.  Decrease the intensity of discomfort during activities.  6.  Independence in a home exercise program.  These rehabilitation goals should be achieved within four weeks. Mr. Frazza's rehabilitation potential appears to be good.

<u>Plan</u>:  Mr. Frazza's physical therapy program began today with the following activities:  1. Instruction in a home exercise program,  2. Gentle joint mobilization techniques,  3. Soft tissue mobilization techniques, and  4.  Local modalities for pain control.  The treatment program will continue at two to three times per week for up to four weeks.  Activities will be progressed as tolerated.  I will forward a progress report to you in approximately four weeks.

Thank you, once again, for the opportunity to participate in the care of Mr. Frazza.  Please do not hesitate to contact me if you have any questions or comments concerning his physical therapy program.

Sincerely,

Charles S. Ottavio, PT, OCS
CSO/sb



ORTHOPEDIC PHYSICAL THERAPY OF NORTHERN VIRGINIA

February 6, 2006

Charles J. Riedel, M.D.
1715 N. George Mason Drive, Suite 402
Arlington, VA 22205

**Re:    Luke Frazza**
          **05-0400**

Dear Dr. Riedel:

Thank you for your referral of Mr. Frazza to our clinic, status post his L3-4 discectomy. He has received treatment on a total of eleven sessions over the past four-week period. The treatment program has consisted of the following activities: 1. Therapeutic exercises, 2. Gentle joint mobilization techniques, 3. Soft tissue mobilization techniques, 4. Local modalities for pain control, and 5. Instruction in posture and body mechanics.

As a result of treatment, there has been improvement. The active trunk range of motion has increased. Currently, the active trunk range of motion is as follows: extension is 75% of normal range and bilateral rotation is 95%. When measuring from the fingertips to the floor, left lateral flexion is 48.5 cm., right lateral flexion is 50 cm., and forward flexion is 13 cm. Trunk movements are pain-free at this time. The down-slip test and femoral nerve stretch tests are now negative. Calf flexibility has increased and is now grossly normal. There is no localized lumbosacral tenderness at this time. However subjectively, Mr. Frazza continues to complain of pain in the lower back and the left thigh. He would benefit from additional physical therapy. If you approve, we will continue PT at two to three times per week, his treatment program would be geared towards reducing discomfort during activities and expanding his home exercise program. Please advise me following your re-evaluation of Mr. Frazza.

Thank you, once again, for the opportunity to participate in the care of Mr. Frazza. Please do not hesitate to contact me if you have any questions or comments concerning his physical therapy program.

Sincerely,

*Charles S. Ottavio, PT, OCS*
Charles S. Ottavio. PT, OCS
CSO/sb



ORTHOPEDIC PHYSICAL THERAPY OF NORTHERN VIRGINIA

March 6, 2006

Charles J. Riedel, M.D.
1715 North George Mason Drive, Suite 402
Arlington, VA 22205

**Re:    Luke Frazza**
        **05-400**

Dear Dr. Riedel:

Thank you for your referral of Mr. Frazza to our clinic, status post his L3-4 discectomy. He has received treatment on a total of ten sessions over the past four-week period. The treatment program has consisted of the following activities:  1. Therapeutic exercises, 2. Gentle joint mobilization techniques, 3. Soft tissue mobilization techniques, 4. Static pelvic traction and 5. Instruction in posture and body mechanics.

As a result of treatment, there continues to be improvement. The active trunk range of motion has slightly increased in extension and right rotation. Currently, the active trunk range of motion is as follows:  extension is 95% of normal range, left rotation is 95%, and right rotation is 100%. When measuring from the fingertips to the floor, bilateral lateral flexion is 51 cm. and forward flexion is 13 cm. Mild discomfort is exacerbated at the end ranges of bilateral trunk lateral flexion. The seated flexion test is now negative. There is no localized lumbosacral tenderness at this time. Mr. Frazza continues to experience lower back pain and left thigh pain. His activity level has increased. He is walking most days of the week. He is completing an exercise program which includes stretching exercises and we began strengthening today. He would benefit from additional physical therapy. If you approve, we will continue PT at two to three times per week and progress his exercise program as tolerated. Please advise me following your re-evaluation of Mr. Frazza.

Thank you, once again, for the opportunity to participate in the care of Mr. Frazza. Please do not hesitate to contact me if you have any questions or comments concerning his physical therapy program.

Sincerely,

*Charles S. Ottavio, P.T., O.C.S./sb*
Charles S. Ottavio, PT, OCS
CSO/sb

7023 Little River Turnpike • Suite 400 • Annandale, Virginia 22003 • Phone: 703.354.1230 • Fax: 703.354.5691

**CHARLES J. RIEDEL, M.D.**
VIRGINIA NEUROSURGEONS, PC

1625 N. GEORGE MASON DRIVE, SUITE 445
ARLINGTON, VIRGINIA 22205
TELEPHONE: 703.248.0111
FACSIMILE:  703.248.0046

NAME _Frazza, Luke_ DATE _8-25-05_

ADDRESS

R  Physical Therapy - Low back / S/P discio

1) Local Modalities- Heat, U/S
   massage, E-stim
2) Stretching /ROM/ Posture
3) Core Strengthening
   2-3 x/week
   for 4 weeks

Renew 0-1
Label Contents & Strength

☐ Dispense As Written
☐ Voluntary Formulary Permitted
If neither box is marked, a Voluntary
Formulary product must be dispensed.

DEA NO:_____
_Prescriber Signature_

FAX

**CHARLES J. RIEDEL, M.D.**
VIRGINIA NEUROSURGEONS, PC

1625 N. GEORGE MASON DRIVE, SUITE 445
ARLINGTON, VIRGINIA 22205
TELEPHONE: 703.248.0111
FACSIMILE:  703.248.0046

NAME _Frazza, Luke_ DATE _8/23/05_

ADDRESS

R  Physical Therapy- Low back /S/P discectory

1) Local modalities - Heat, u/s,
   massage, E-Stim
2) Stretching /ROM/Posture
3) Core strengthening
   2-3x /wk
   for 4 wks

Renew 0-1
Label Contents & Strength

☐ Dispense As Written
☐ Voluntary Formulary Permitted
If neither box is marked, a Voluntary
Formulary product must be dispensed.

DEA NO:_____
_Prescriber Signature_

**CHARLES J. RIEDEL, M.D.**
VIRGINIA NEUROSURGEONS, PC

1625 N. GEORGE MASON DRIVE, SUITE 445
ARLINGTON, VIRGINIA 22205
TELEPHONE: 703.248.0111
FACSIMILE:  703.248.0046

NAME _Luke Frazza_ DATE _9-1-05_

ADDRESS

R  Physical Therapy - Low Back
   /P.D. surgery

1) Local Modalities
2) Myofascial release
3) Stretching / Posture
Renew 0-1  4) Core Strengthening
Label Contents & Strength
                    2x /week for
                    1 month

☐ Dispense As Written
☐ Voluntary Formulary Permitted
If neither box is marked, a Voluntary
Formulary product must be dispensed.

DEA NO:_____

Charles Ottavio, PT - 9

**CHARLES J. RIEDEL, M.D.**
VIRGINIA NEUROSURGEONS, P.C.
1625 N. GEORGE MASON DRIVE, SUITE 445
ARLINGTON, VIRGINIA 22205

TELEPHONE: 703.248.0111
FACSIMILE: 703.248.0046
BATCH # CWL0509080005654          DEA REG. NO. _____

NAME _Luke Frazza_____        AGE ____

ADDRESS _____        DATE _1/5/06_

℞

Physical Therapy — Low Back
(exacerbation)

1) Local Modalities

2) Gentle Stretching / Rom / Posture

☐ LABEL                         2 - 3x/week/or
REFILL ____ TIMES                  4 weeks
☐ BRAND MEDICALLY NECESSARY

_____
SIGNATURE OF PRESCRIBER

---

**CHARLES J. RIEDEL, M.D.**
VIRGINIA NEUROSURGEONS, P.C.
1625 N. GEORGE MASON DRIVE, SUITE 445
ARLINGTON, VIRGINIA 22205

TELEPHONE: 703.248.0111
FACSIMILE: 703.248.0046
BATCH # CWL0509080005654          DEA REG. NO. _____

NAME _Luke Frazza_____        AGE ____

ADDRESS _____        DATE _2/9/06_

℞

Physical Therapy — Low Back
s/p Discectomy

1) Local Modalities

2) Stretching / Rom / Posture / Mechanics

3) Core Strengthening

☐ LABEL
REFILL ____ TIMES                2 - 3x/week for
☐ BRAND MEDICALLY NECESSARY          4 weeks

---

**CHARLES J. RIEDEL, M.D.**
VIRGINIA NEUROSURGEONS, P.C.
1625 N. GEORGE MASON DRIVE, SUITE 445
ARLINGTON, VIRGINIA 22205

TELEPHONE: 703.248.0111
FACSIMILE: 703.248.0046
BATCH # CWL0509080005654          DEA REG. NO. _____

NAME _Luke Frazza_____        AGE ____

ADDRESS _____        DATE _3/9/06_

℞

Physical Therapy
Trial TENS unit
@ LBP c left leg pain

☐ LABEL
REFILL ____ TIMES
☐ BRAND MEDICALLY NECESSARY

Charles Ottavio, PT - 10

10

**Inova Urgent Care Center**
Tax I.D. #54-1390795
Medicare #G0011

100 Maple Avenue, East • Vienna, Virginia 22180
Tel: 703-938-5300 • Fax: 703-242-0726

Nº 0036966   **P**

| Office Visit (New) Established | Fee | Radiology | Fee | ICD-9 CODES | |
|---|---|---|---|---|---|
| 99201 | Office visit (new) - focused | | 74022 | Abdomen Complete | | 918.1 | Abrasion: cornea |
| 99202 | Office visit (new) - expanded | | 73610 | Ankle min 3 views | | 477.9 | Allergic rhinitis (all others) |
| 99203 | Office visit (new) - detailed | | 71010 | Chest-1 view | | 628.0 | Amenorrhea |
| 99204 | Office visit new-comp mod | | 71020 | Chest-2 views | | 493.90 | Asthma, acute |
| 99205 | Office visit new- comp hi | | | Class B Reader (Contract) | | 879.8 | Avulsion |
| 99211 | Office visit- est- minimal (Nurse visit) | | 72050 | C-spine | | 466 | Bronchitis, acute |
| 33212 | Office visit -est- focused | | 73080 | Elbow | | 493.92 | Bronchitis, asthmatic |
| 99213 | Office visit- est- expanded | | 73140 | Finger | | | Cellulitis |
| 99214 | Office visit -est- comp-mod | | 73630 | Foot | | 380.4 | Cerumen, Impaction |
| 99215 | Office visit- est- comp-hi | | 73090 | Forearm | | 850.1 | Concussion: Brief LOC |
| 99219 | **Physical Exam** | | 73130 | Hand | | 850.0 | Concussion: No LOC |
| | Physical, Corporate | | 73510 | Hip Unilateral | | 372.30 | Conjunctivitis, acute |
| 99199 | Physical, Fitness for Duty ___ hrs | | 73564 | Knee - (complete) | | | Contusion |
| 99199 | Physical, Respiratory Clearance | | 74200 | KUB | | | Contusion |
| 99199 | Review of Questionnaire | | 72110 | Lumbar spine | | 595.0 | Cystitis, acute |
| | **Procedures** | | 73101 | Ribs unilateral | | 692.9 | Dermatitis, contact |
| 92551 | Audiometry | | 72220 | Sacrum and Coccyx | | 787.9 | Diarrhea |
| 93000 | EKG | | 73030 | Shoulder | | 381.6 | Eustachian Tube Dysfunction |
| 92002 | Eye Exam with Tray | | 73590 | Tibia -fibula | | 780.6 | Fever |
| 10120 | Foreign Body Removal, Incised, Simple | | 73660 | Toe | | V04.81 | Flu vaccination |
| 10121 | Foreign Body Removal, Incised, Complex | | 73110 | Wrist | | 704.8 | Folliculitis |
| 10060 | Incision & Drainage | | | | | | Fracture: |
| 94760 | Pulse oximetry | | | | | | Fracture: |
| 99173 | Snellen Vision Test | | | **Laboratory** | | 535.00 | Gastritis |
| 94010 | Spirometry | | 85025 | CBC with differential | | 558.9 | Gastroenteritis |
| | | | 80053 | Comp metabolic panel | | 054.10 | Genital Herpes |
| | **Laceration Repair-Circle Complexity** | | 87491 | Chlamydia- PCR | | 784.0 | Headache |
| | Length ___ Simple/Intermed/Complex | | 87804 | Flu- Rapid Flu Test | | 959.01 | Head Injury: Minor |
| | Site ___ | | 87591 | GC- PCR | | V05.8 | Hepatitis Immunization only |
| 64450 | Digital Block | | 86706 | Hepatitis B Surface Antibody (Titer) | | 053.9 | Herpes Zoster/Shingles |
| | Wound Check | | 85018 | HGB (hemoglobin) | | 075 | Infectious Mononucleosis |
| | Suture Removal | | 86703 | HIV-1 & HIV-2 antibody | | 487.1 | Influenza |
| | **Medications** | | 87220 | K.O.H. prep | | | Injury: |
| 90471 | Admin of vaccine-1st | | 86318 | Mono spot | | | Injury: |
| 90742 | Each additional administration | | 82270 | Occult Blood- Stool | | 464.00 | Laryngitis |
| J7619 | Albuterol | | 84703 | Pregnancy test | | 346.91 | Migraine headache |
| 95115 | Allergy injection - 1 injection | | 86592 | RPR | | 380.10 | Otitis externa |
| 95117 | Allergy injection - 2 or more injections | | 86762 | Rubella titer | | 382.9 | Otitis media, acute |
| J1200 | Benadryl Inj. | | 86765 | Rubeola titer | | | Pain: |
| 90070 | Diagnose | | 87880 | Strep- rapid strep test | | | Pain: |
| 99070 | Debrox | | 87070 | Throat culture (complete) | | 681.0 | Paronychia: finger |
| J2175 | Demerol | | 81001 | Urinalysis (complete) | | 681.1 | Paronychia: toe |
| J3490 | Erythromyan eye ointment | | 81003 | Urinalysis (dip) | | 462 | Pharyngitis, acute |
| 90658 | Flu vaccine | | 87088 | Urine culture - quant. | | | Physical Examination |
| J8499 | GI Cocktail | | 87186 | Urine culture - sensitivity | | 685.0 | Pilonidal cyst |
| 90632 | Hep A vac. Adult | | 86787 | Varicella titer | | 486 | Pneumonia |
| 90746 | Hep B vac. Adult | | 36415 | Venipunct blood-not corp | | 692.6 | Poison ivy, oak, sumac/ other plant derm |
| 90744 | Heb B vac Pediatric | | G0001 | Venipuncture (Medicare) | | 795.5 | Positive PPD |
| 90707 | MMR vaccine | | 87210 | Wet prep | | V74.1 | PPD only |
| J2550 | Phenergan inj . | | | | | V22.2 | Pregnant State |
| 86580 | PPD | | | | | V72.4 | Pregnancy Test: unconfirmed |
| J0896 | Roceptin | | | | | 782.1 | Rash |
| 99070 | Silvadene | | | **Drug screens** | | 461.9 | Sinusitis, acute |
| J2930 | Solu-Medrol | | | COC | | | Sprain/strain: |
| 90719 | TD Immunization | | | Drug Screen | | | Sprain/strain: |
| J1885 | Toradol | | | EBT | | | Sprain/strain: |
| A9150 | Tylenol | | | MRO | | 034.0 | Strep pharyngitis/tonsillitis |
| 90716 | Varicela Virus Vaccine | | | **Other** | | 780.2 | Syncope |
| J3410 | Vistaril Inj. | | | | | 726.90 | Tendonitis |
| | | | | | | V06.5 | Tetanus update |
| | | | | | | 463 | Tonsillitis |
| | **Supplies** | | | | | 723.5 | Torticollis |
| A6448 | Ace (2 inch) | | Q4022 | Splint Short Arm Fiberglass | | 465.9 | Upper respiratory infection |
| A6449 | Ace (3, 4 inch) | | A4570 | Short Leg Splint Posterior | | 599.0 | Urinary tract infection |
| A6460 | Ace 6 inch | | C4051 | Splint, wrist (arch/Velcro) | | 708.9 | Urticaria, unspecified/Hives |
| L4350 | Air stirrup/ankle brace | | A5442 | Sterile dress. type II (5/Med) | | 616.10 | Vaginitis |
| E0114 | Crutches -aluminum | | A4450 | Steristrips /per pack | | 780.4 | Vertigo |
| A6412 | Eye Patch | | A4550 | Surgical tray/suture set (25 /tray | | 079.99 | Viral syndrome, unspecified |
| E0230 | Ice pack | | | | | | Wound/open: |
| J7051 | Irrigation Fluids | | | | | | Wound/open: |
| J7030 | I.V. Bag | | | | | | |
| A4305 | IV start kit (w/o bag) | | | | | | |
| L1830 | Knee immobilizer | | | | | | |
| L1825 | Knee support, elastic | | | | | | |
| A4615 | Nasal Cannula | | | | | | |
| A7003 | Nebulization kit (+ Meds) | | | | | | |
| E0443 | Oxygen | | | | | | |
| L3260 | Post-op shoe/boot | | | | | | |
| A4565 | Sling | | | | | | |
| Q4049 | Splint Finger | | | | | | |

Physician Signature: _____

Today's Charges: _____

Payment Made: AMEX  MC/Visa  Cash  Check

JOYCE DORNAN, M.D. Initials: _____

CAT #84803 / R051204 · IUCC-UC-MISN · PKGS OF 500

Inova Urgent Care - 1

(6)

3.696 6

## INOVA URGENT CARE CLINICAL RECORD

FRAZZA, LUKE
DOS: 01/20/05
(H): 703/641-9381    (W): 202/285-2321
SEX: M  AGE: 41  DOB: 07/10/63
SSN: 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  INS: NCPP

**DRUG ALLERGIES** NKDA

| HT | WT 185 | LMP | LAST TD | STAFF |
|----|--------|-----|---------|-------|

**Chief Complaint:** eyes; urgent  **Onset Date:** 1-19

ID Check:  PMD Surlinski
Current Medications: NONE

| | VITAL SIGNS | | | VISUAL ACUITY | | ROS | | | | PE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | 8:00 | | | OD: 20/2 D | | NL | ABN | General Appearance | | NL | ABN |
| Temp | 98 | | | OS: 20/ | | | | Eyes | | | |
| Pulse | 84 | | | OU: 20/20 | | | | Ears | | | |
| Resp | 14 | | | With/ Without | | | | Throat | | | |
| BP | 100/60 | | | (Correction) | | | | Neck | | | |
| Initials | | | | | | | | Lungs | | | |
| Physicians Orders | | | | | | | | Heart | | | |
| | | | | | | | | ABD | | | |
| | | | | | | | | Musculoskeletal | | | |
| | | | | | | | | Neurological | | | |
| | | | | | | | | Skin | | | |
| | | | | | | | | GU | | | |

Past Medical History: ∅

Physician Notes:

(S) c/o (L) red eye    ∅ contact lenses
not much d/c
    itchy    ∅ rhinorrhea

(O)    (B) conjunctiv injection (L) > R

**MEDICATION RECORD (Medications / Vaccinations / IV's Administered)**

| | Time | Medication | Dose / Route / Site | Signature | Comments |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |

**ASSESSMENT (diagnosis)** | **PLAN:**

| 1 | Conjunctivitis | Polytrim |
| 2 | | RTO / See optho y if improv or wose |
| 3 | | |

M.D. Signature

CAT #84804 / R072104 • PKGS OF 100

NO. 5645

**Inova Urgent Care Center**
Tax I.D. #54-1390795
Medicare #G0011

100 Maple Avenue, East • Vienna, Virginia 22180
Tel: 703-938-5300 • Fax: 703-242-0726



WORKERS' COMP
MCPPD
No 0061751

Date: 2-19-06

Telephone: 703-273-7776

Name: PEAZZA LUKE

'05 FEB 19 PM 2:22

'06 FEB 19 PM 4:01

Inova Urgent Care - 3

| | Office Visit New Established | Fee | | Radiology | Fee | | ICD-9 CODES |
|---|---|---|---|---|---|---|---|
| 99201 | Office visit (new) - focused | | 74022 | Abdomen Complete | | 918.1 | Abrasion: cornea |
| 99202 | Office visit (new) - expanded | | 73610 | Ankle min 3 views | | 477.8 | Allergic rhinitis (all others) |
| 99203 | Office visit (new) - detailed | | 71010 | Chest-1 view | | 626.0 | Amenorrhea |
| 99204 | Office visit new-comp mod | | 71020 | Chest-2 views | | 493.90 | Asthma, acute |
| 99205 | Office visit new- comp hi | | | **Class B Reader (Contract)** | | 879.8 | Avulsion |
| 99211 | Office visit- est- minimal (Nurse visit) | | 72050 | C-spine | | 466 | Bronchitis, acute |
| 99212 | Office visit- est- focused | | 73080 | Elbow | | 493.92 | Bronchitis, asthmatic |
| 99213 | Office visit- est- expanded | | 73140 | Finger | | | Cellulitis |
| 99214 | Office visit- est- comp-mod | 151 | 73630 | Foot | | 380.4 | Cerumen, impaction |
| 99215 | Office visit- est- comp-hi | | 73090 | Forearm | | 850.1 | Concussion: Brief LOC |
| | **Physical Exam** | | 73130 | Hand | | 850.0 | Concussion: No LOC |
| | Physical: Corporate | | 73510 | Hip Unilateral | | 372.00 | Conjunctivitis: acute |
| 99199 | Physical, Fitness for Duty ___ hrs | | 73564 | Knee- (complete) | | | Contusion |
| 99199 | Physical, Respiratory Clearance | | 74000 | KUB | | | Contusion |
| 99199 | Review of Questionnaire | | 72170 | Lumbar spine | | 595.0 | Cystitis, acute |
| | **Procedures** | | 71101 | Ribs unilateral | | 692.9 | Dermatitis, contact |
| 92551 | Audiometry | | 72220 | Sacrum and Coccyx | | 787.9 | Diarrhea |
| 93000 | EKG | | 73030 | Shoulder | | 381.8 | Eustachian Tube Dysfunction |
| 92002 | Eye Exam with tray | | 73550 | Tibia -fibula | | 780.6 | Fever |
| 10120 | Foreign Body Removal, incised, Simple | | 73660 | Toe | | V04.81 | Flu vaccination |
| 10121 | Foreign Body Removal, incised, Complex | | 73110 | Wrist | | 704.8 | Folliculitis |
| 10060 | Incision & Drainage | | | | | | Fracture: |
| 94760 | Pulse oximetry | | | | | | Fracture: |
| 99173 | Snellen Vision Test | | | **Laboratory** | | 535.00 | Gastritis |
| 94010 | Spirometry | | 85025 | CBC with differential | | 558.9 | Gastroenteritis |
| | | | 80053 | Comp metabolic panel | | 054.10 | Genital Herpes |
| | | | 87491 | Chlamydia- PCR | | 784.0 | Headache |
| | **Laceration Repair- Circle Complexity** | | 87804 | Flu- Rapid Flu test | | 958.01 | Head Injury: Minor |
| | Length ___ Simple/Intermed/Complex | | 87501 | GC- PCR | | V05.3 | Hepatitis immunization only |
| 84450 | Site ___ | | 86706 | Hepatitis B Surface Antibody (Titer) | | 053.9 | Herpes Zoster/Shingles |
| | Digital Block | | 85018 | HGB (hemoglobin) | | 075 | Infectious Mononucleosis |
| | Wound Check | | 86703 | HIV-1 & HIV-2 antibody | | 487.1 | Influenza |
| | Suture Removal | | 87220 | K.O.H. prep | | | Injury: |
| | **Medications** | | 86318 | Mono spot | | | Injury: |
| 90471 | Admin of vaccine-1st | | 82270 | Occult Blood- Stool | | 464.00 | Laryngitis |
| 90742 | Each additional administration | | 84703 | Pregnancy test | | 346.91 | Migraine headache |
| J7819 | Albuterol | | 86592 | RPR | | 380.10 | Otitis externa |
| 95115 | Allergy injection - 1 Injection | | 86762 | Rubella titer | | 382.9 | Otitis media, acute |
| 95117 | Allergy injection - 2 or more injections | | 86765 | Rubeola titer | | | Pain: |
| J1200 | Benadryl inj. | | 87880 | Strep - rapid strep test | | | Pain: |
| 99070 | Diaprose | | 87070 | Throat culture (complete) | | 681.0 | Paronychia: finger |
| 99070 | Debrox | | 81001 | Urinalysis (complete) | | 681.1 | Paronychia: toe |
| J2175 | Demerol | | 81003 | Urinalysis (dip) | | 462 | Pharyngitis, acute |
| J3490 | Erythromycin eye ointment | | 87088 | Urine culture - quant. | | | Physical Examination |
| 90658 | Flu vaccine | | 87186 | Urine culture - sensitivity | | 685.0 | Pilonidal cyst |
| J3489 | GI Cocktail | | 86787 | Varicella titer | | 486 | Pneumonia |
| 90632 | Hep A vac: Adult | | 36415 | Venipunct.blood-not corp | | 692.6 | Poison ivy, oak, sumac/ other plant derm |
| 90746 | Hep B. vac. Adult | | G0001 | Venipuncture (Medicare) | | 795.5 | Positive PPD |
| 90744 | Heb B vac Pediatric | | 87210 | Wet prep | | V74.1 | PPD only |
| 90707 | MMR vaccine | | | | | V22.2 | Pregnant State |
| J2550 | Phenergan inj. | | | | | V72.4 | Pregnancy test: unconfirmed |
| 86580 | PPD | | | | | 782.1 | Rash |
| J0696 | Rocephin | | | **Drug screens** | | 461.9 | Sinusitis, acute |
| 99070 | Silvadene | | | COC | | | Sprain/strain: |
| J2920 | Solu-Medrol | | | Drug Screen | | | Sprain/strain: |
| 90718 | TD immunization | | | EDT | | | Sprain/strain: |
| J1885 | Toradol | | | MRO | | 034.0 | Strep pharyngitis/tonsillitis |
| A9150 | Tylenol | | | **Other** | | 780.2 | Syncope |
| 90716 | Varicella Virus Vaccine | | | | | 726.90 | Tendonitis |
| J3410 | Vistaril Inj. | | | | | V06.5 | Tetanus update |
| | | | | | | 463 | Tonsillitis |
| | | | | | | 723.5 | Torticollis |
| | **Supplies** | | Q4022 | Splint Short Arm Fiberglass | | 465.9 | Upper respiratory infection |
| A6448 | Ace (2 inch) | | A4570 | Short Leg Splint Posterior | | 599.0 | Urinary tract infection |
| A6449 | Ace (3, 4 inch) | | Q4051 | Splint, wrist (alum/velcro) | | 708.9 | Urticaria, unspecified/Hives |
| A6450 | Ace 6 inch | | A6402 | Sterile dress. type II (+Med) | | 616.10 | Vaginitis |
| L4350 | Air stirrup/ankle brace | | A4450 | Steristrips -per pack | | 780.4 | Vertigo |
| E0114 | Crutches -aluminum | | A4550 | Surgical tray/suture set/I&D tray | | 078.99 | Viral syndrome, unspecified |
| A8412 | Eye patch | | | | | | Wound/open: |
| E0230 | Ice pack | | | | | | Wound/open: |
| J7051 | Irrigation Fluids | | | | | | |
| J7030 | I.V. Bag | | | | | | |
| A4305 | IV start kit (w/o bag) | | | | | | |
| L1830 | Knee immobilizer | | | | | | |
| L1825 | Knee support, elastic | | | | | | |
| A4615 | Nasal Cannula | | | | | | |
| A7003 | Nebulization kit (+ Meds) | | | | | | |
| E0443 | Oxygen | | | | | | |
| L3260 | Post-op shoe/boot | | | | | | |
| A4565 | Sling | | | | | | |
| Q4048 | Splint Finger | | | | | | |

Physician Signature: D. Hines

Today's Charges: 915/

Payment Made: NO PAYMENT
AMEX   MC/Visa   Cash   Check

Initials:

burn 3° degree

TS QF 500

#3                                                                    175/

**INOVA URGENT CARE CLINICAL RECORD**

FRAZZA, LUKE
- DOS: 02/19/06
- (H): 703/272-7776   (W): 202/285-2321
- SEX: M  AGE: 42  DOB: 07/10/63
- SSN: 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   INS: ANNC

| DRUG ALLERGIES | |
| --- | --- |
| NKDA | |
| | |
| | |

| HT 5'7" | WT 195 | LMP NA | LAST TD | STAFF Cu |

ID Check: ✓        PMD

Current Medications: Lyrica

Chief Complaint:
Onset Date:

c/o of a "form of frost bite"
fell on an ice bag that he is
using 3/P back surgery —
blistered and red —

| VITAL SIGNS | | | | VISUAL ACUITY | ROS | | | PE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Time | 1240 | | | | NL | ABN | General Appearance | NL | ABN |
| Temp | 97.9 | | | OD: 20/ | | | General Appearance | | |
| Pulse | 87 | | | OS: 20/ | | | Eyes | | |
| Resp | 14 | | | OU: 20/ | | | Ears | | |
| BP | 113/77 | | | With / Without | | | Throat | | |
| Initials | Cu | | | Correction | | | Neck | | |
| | | | | | | | Lungs | | |
| | | | | | | | Heart | | |
| | | | | | | | ABD | | |
| | | | | | | | Musculoskeletal | | |
| | | | | | | | Neurological | | |
| | | | | | | | Skin | | ✓ |
| | | | | | | | GU | | |

Physicians Orders

Past Medical History: back surgery April 05 herniated disk

Physician Notes: As Above

① erythema
② blisters Rt back

| MEDICATION RECORD (Medications / Vaccinations / IVs Administered) | | | | |
| --- | --- | --- | --- | --- |
| Time | Medication | Dose / Route / Site | Signature | Comments |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

| ASSESSMENT (diagnosis) | PLAN: |
| --- | --- |
| 1. Frost bite / burn | |
| 2. | Silvadene Ointment |
| 3. | apply BID |
| M.D. Signature: R. Hines MD | |

CAT #84804 / R072104 • PKGS OF 100

Inova Urgent Care - 4

# Attending Physician's Report

Virginia Workers' Compensation Commission
1000 DMV Drive  Richmond VA 23220
See instructions on the reverse of this form.

| | | VWC file number |
|---|---|---|
| | Employer code | Insurer location |
| | Insurer's claim number | |

**Employee**

1. Patient's name
LUKE FRAZZA

2. Phone number
703 - 272-7776 / 202-285-2321

3. Address
9528 STONEBANK RD
FAIRFAX VA 22032

4. Date of birth
1/11/63

5. ☑ Male ☐ Female

6. Social security number
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

**Background Information**

7. Name of employer
AGENCE FRANCE PRESSE

8. Address of employer
1500 K ST NW
SUITE 600
WASH DC 20005

9. Date of injury or illness
1/23/05

10. Patient's account how injury occurred or occupational illness occurred
FELL WALKING 1/22/05, CURRENTLY UNDER TREATMENT POST-SURGERY CARE FOR BACK AND FELL AGAIN WITH ICE PACK ON BACK FOR PAIN.  (LATEST)

11. Date of first visit

12. Date of discharge

13. Person endorsing treatment
DEBORAH FOX  THE HARTFORD  877-673-9272 25375
CLAIM # 500 461 21832

**Findings and Diagnosis**

14. Findings upon examination, including results of x-ray, laboratory studies, etc. Please note any prior injuries and pre-existing conditions. Provide additional comment on the reverse side or on this form.
(+) erythema  (+) blisters  (+) back

15. Diagnosis
Frost Bite / Burn

16. Is diagnosed condition due to the occurrence described by the patient?
☑ Yes  ☐ No  ☐ Unknown

17. Name of treatment
Silvadine Ointment

18. Dates of your treatment
1/23/05

19. Provide names and addresses of other health care providers to whom patient was referred

20. Was there any fracture or amputation?
☐ Yes  ☑ No  ☐ Unknown

21. Please describe

22. Was there disability for work?
☐ Yes  ☑ No  ☐ Unknown

23. Date disability began

24. Date able to return to light work

25. Date able to return to regular work
01/23/05

26. Will injure and permanent defect or disfigurement?
☐ Yes  ☑ No  ☐ Unknown

27. Please describe

28. Has patient reached maximum medical improvement?
☐ Yes  ☑ No

**Attending Physician**

29. Name of attending physician
DR HINES

30. Address
Inova Urgent Care
100 Maple Avenue East
Vienna, Va 22180

31. Date of this report
03/02/06

I certify that I personally examined and treated this patient

Signature _____ M.D

This report is required by the Virginia Workers' Compensation Act

Attending Physician's Repor
VWC Form No. 6 (rev. 10/1/91)

for Dr Hines

Inova Urgent Care - 5

MAY. 30. 2006  12:20PM  INOVA URGENT CARE  NO.5645  P. 4/6

11

# Georgetown University Medical Center

3800 Reservoir Road N.W.
Washington DC 20007-2197
202-444-8525

### Department of Neurology

| | | | |
|---|---|---|---|
| **Patient:** | Frazza Luke | **Age:** | 42 Years 8 Months |
| **Patient ID:** | 0759313 | **Date of Exam:** | 3/16/2006 |
| **Sex:** | Male | **Referring Phys.:** | Dr. Charles Riedel |
| **Date of Birth:** | 7/10/1963 | | |

**History:**
Pain in lower back extending to left thigh.  R/O radiculopathy.

**Summary:**  Left sural and superficial peroneal sensory conductions were wnl.  Left peroneal and tibial motor conductions were wnl.  Bilateral H-reflex was wnl.  EMG from left L5 and S1 paraspinal muscles revealed positive waves.  EMG from left vastus medialis revealed large amplitude, long duration motor units.  EMG from left gluteus maximus, iliopsoas, anterior tibialis, gastroc and adductor magnus was wnl, although patient was unable to activate adductor magnus.  EMG from L3 and L4 paraspinal muscles could not be done due to previous surgery which would render unreliable results.

**Conclusion:**  Acute or ongoing denervation was seen from L5 and S1 paraspinal muscles which suggests lumbosacral radiculopathy.  There was no acute or ongoing denervation seen in left leg muscles, so exact localization is not possible.  Chronic reinnervation was seen from left vastus medialis which could be secondary to patient's history of L3-L4 radiculopathy.  Unfortunately L3 and L4 paraspinal muscles could not be tested to further evaluate.  There was no evidence of neuropathy.  Suggest clinical correlation.

Michael D. Sirdofsky, M.D.

Frazza Luke                          0759313                          3/16/2006 4:02:40 PM

## Sensory NCS

| Nerve / Sites | Rec. Site | Onset ms | Peak ms | NP Amp µV | PP Amp µV | Dist cm | Vel m/s |
|---|---|---|---|---|---|---|---|
| L SURAL - Lat Mall | | | | | | | |
| 1. Calf | Lat Mall | 2.40 | 3.10 | 25.4 | 23.6 | 14 | 58.3 |
| L SUP PERONEAL | | | | | | | |
| 1. Lat Leg | Ankle | 1.55 | 2.30 | 10.6 | 6.4 | 10 | 64.5 |

## Motor NCS

| Nerve / Sites | Rec. Site | Lat ms | Amp mV | Dist cm | Vel m/s |
|---|---|---|---|---|---|
| L COMM PERONEAL - EDB | | | | | |
| 1. Ankle | EDB | 3.65 | 7.6 | 8 | |
| 2. FibHead | EDB | 9.60 | 7.4 | 32.5 | 54.6 |
| 3. Knee | EDB | 11.25 | 7.3 | 10 | 60.6 |
| L TIBIAL (KNEE) - AH | | | | | |
| 1. Ankle | AH | 3.80 | 10.4 | 8 | |
| 2. Knee | AH | 10.70 | 10.0 | 34 | 49.3 |

## H Reflex

| Nerve | H Lat Ms N<31.4 |
|---|---|
| L TIBIAL (KNEE) | 29.00 |
| R TIBIAL (KNEE) | 29.05 |

## Needle EMG

| EMG Summary Table | Spontaneous | | | | | MUAP | | | Recruitment |
|---|---|---|---|---|---|---|---|---|---|
| | IA | Fib | PSW | Fasc | H.F. | Amp | Dur. | PPP | Pattern |
| L. GLUTEUS MAX | N | None | None | None | None | N | N | N | N |
| L. L5 PSP | N | None | 3+ | None | None | N | N | N | N |
| L. S1 PSP | N | None | 2+ | None | None | N | N | N | N |
| L. VAST MEDIALIS | N | None | None | None | None | 1+ | 1+ | N | N |
| L. ILIOPSOAS | N | None | None | None | None | N | N | N | N |
| L. TIB ANTERIOR | N | None | None | None | None | N | N | N | N |
| L. GASTROCN (MED) | N | None | None | None | None | N | N | N | N |
| L. ADD MAGNUS | N | None | None | None | None | N | N | N | N |

M. Sirdofsky, M.D. - 2

Frazza Luke                    0759313                    3

L L5 PSP                                    L L5 PSP



1.31
100ms 100µV

L S1 PSP                                    L S1 PSP



1.38
100ms 100µV

3

Frazza Luke                     0759313                    3/16/2006 4:02:40 PM

L VAST MEDIALIS



4

12



April 19, 2006


Zachary Fasman, Esq.
Law offices of Paul, Hastings, Janofsky and Walker
Park Avenue Tower
75 East 55th Street
New York, NY 10002

RE: Luke Frazza
Date of Injury: 1/23/05


Dear Mr. Fasman:

On April 21, 2006 I saw Mr. Luke Frazza for an independent medical evaluation. The purpose of this evaluation was to document the medical history associated with an accident at work on January 23, 2005, and understand Mr. Frazza's current treatment plan and physical condition. No medical records were received or reviewed prior to this evaluation.

## MEDICAL/ACCIDENT HISTORY AS RELATED BY MR. FRAZZA:

Mr. Frazza is a 43-year-old photo journalist who is currently out of work as a result of an injury he sustained on January 23, 2005. On the date of the injury he was working at his usual profession when he fell on a wet floor at the White House in Washington, D.C. He continued to have discomfort after this fall and eventually saw orthopedist, Dr. Gordon Avery in Arlington, Virginia. He was seen two or three times over the next several months and was managed conservatively with nonsteroidal antiinflammatory agents, oral steroids and an injection. He eventually had an MRI study performed which he reports demonstrated a herniated lumbar disc at the L3-4 level. On April 26, 2005 he had surgery for this herniated disc at the Virginia Hospital Center in Arlington, Virginia. The operating surgeon was Dr. Riedel.

Mr. Frazza states that after surgery he got somewhat better and returned to work initially with restrictions. He was trying to progressively work his way back to full duty, however, found that he could not tolerate the most physical aspects of his job. These physical job demands include prolonged sitting and standing, carrying of heavy photographic equipment, entering and exiting vehicles quickly to gain access to unfolding news events, and competing with other photographers for the best position to take photographs.

At the current time Mr. Frazza states that he is unable to sit or stand for more than 10 or 15 minutes at a time without significant discomfort. He complains of constant pain in his back and left leg. He also notes a new onset of right lumbar/buttock pain. He states that he had a MRI approximately two months ago which demonstrated problems at both L3-4 and L4-5. He also recently had electrodiagnostic studies; however he is unaware of the results of those tests.

10507 Greenacres Drive, Silver Spring, MD 20903 ■ PH 301-434-0332 ● FX 301-434-0372

Re: Luke Frazza
April 24, 2006
Page 2

Most recently he has been treated with oral steroids, physical therapy, traction, electrical stimulation and a TENS unit. These measures have not provided significant relief. Dr. Riedel has now prescribed a series of epidural steroid injections to see if this provides some significant benefit. So far, Mr. Frazza has not solicited a second surgical opinion. However, he states that he will seek a second opinion if the epidural steroid injections do not provide significant relief.

## PAST MEDICAL HISTORY:

Mr. Frazza denies any serious medical problems such as hypertension, diabetes, asthma, gastrointestinal disease, neurologic disease, liver disease, kidney disease or other serious medical problems. Surgical history is remarkable for an appendectomy in the seventh grade and three surgeries on his right knee for internal derangements. He has had a couple of other surgeries this history of which are not contributory to the current issue.

## SOCIAL HISTORY:

Mr. Frazza is married. He does not smoke. He drinks minimal amounts of alcohol on social occasions. He has two children, ages 9 and 13.

## PHYSICAL EXAMINATION:

Mr. Frazza is a well-developed, well-nourished male in no acute distress. His gait is non-antalgic. Blood pressure was 120/95. Pulse was 86 and regular. Respirations were unlabored. Head was normocephalic. Eyes, ears, nose and throat were normal to inspection. The neck was supple. Lungs were clear to auscultation. Heart sounds S1, S2 without murmurs, rubs or gallops and the precordium was benign. The abdomen was soft and benign. The lumbar spine is examined. There is a well-healed level paramedian scar at approximately the L3-4 level. Deep tendon reflexes in the patella tendons are +2 on the right and +1 on the left. Plantar reflexes are +2 and bilaterally symmetrical. Straight leg raising test is essentially negative. Waddell signs are also negative. Range of motion of the thoracolumbar spine is essentially full, and motor sensory functions are preserved.

## IMPRESSION:

Mr. Frazza is a 43-year-old male who experienced a fall on January 23, 2005. He noted the onset of low back pain and was diagnosed with a herniated disc at the L3-4 level. He underwent surgery for this herniated disc on April 26, 2005. He continues to be symptomatic with low back pain and left radicular pain, and has recently begun experiencing right sided lumbar/buttock pain. Since his surgery, his symptoms have been treated conservatively. He has a diminished patella deep tendon reflex on the left which may be due to ongoing nerve root compression. Recent studies include electrodiagnostic testing and a recent MRI study. The results of these studies are not available for my review and I am unable to comment further on the specific cause of his ongoing symptoms or his prognosis at this time. He continues to require oral narcotics. He will be undergoing a series of epidural steroid injections to see if this provides relief. Future treatment will depend on his response to the injections and the specific cause for his ongoing symptoms.

At this time I do not believe he could perform many of the physical demands required by his profession as a photojournalist.

Re: Luke Frazza
April 24, 2006
Page 3

I believe Mr. Frazza's current treatment plan is reasonable and medically necessary. His plans to seek a second surgical opinion should the epidural steroids not prove affective, is both sound and reasonable.

The opinions rendered in this report are based on clinical assessment, examination and/or documentation reviewed and are stated to a reasonable degree of medical certainty. Should you have any questions with regard to the above, please do not hesitate to contact me.

Sincerely yours,

Ross S. Myerson, M.D., M.P.H., C.I.M.E.