# 13

WASHINGTON HOSPITAL CENTER
DIAGNOSIS AND PROCEDURE FORM

Print Date : Tue Jul 11 10:08:22 2006
FRAZZA LUKE ~~2581914~~ 19988427 rw
Gender : Male 2632457
Age : 42
Disposition : Home, Self Care (1)
Admit Date : 06/29/2006
LOS : 5
Disch Date : 07/04/2006

**Medicare DRG**

**496** COMBINED ANTERIOR/POSTERIOR SPINAL FUSION

CMS wt 6.0932 A/LOS 8.8 G/LOS 6.4

**Principal Diagnosis**

***72402** SPINAL STENOSIS OF LUMBAR REGION

**Principal Procedure**

***8136** REFUSION OF LUMBAR/LUMBOSACRAL, ANTERIOR TECHNIQUE
06/29/2006 039552

**Other Procedures**

***8138** REFUSION OF LUMBAR/LUMBOSACRAL, POSTERIOR TECHNIQUE
06/29/2006 039552

**8162** FUSION OR REFUSION OF 2-3 VERTEBRAE
06/29/2006 039552

This is not a part of the medical record.

Washington Hospital Center *MedStar Health*

INPATIENT FRAZZA LUKE

VIP 263245 | MR# 2581914 | M.I.: | Suffix: | Acct # 19988427

14000019988427

Adm SC: RA | Adm Priority: R | Service: ORT | A/P: 5 | F/C: PV | Location: | Acct # | Adm/Srv Date/Time: 06/27/06 00:00 | MR#

Adm Phys: STARR, JOHN K. Code: 039552 | Ref Phys: UNKNOWN | Resv Clrk: MXP1

Attn Phys: STARR, JOHN K. Code: 039552 | PCP: UNKNOWN | Financ Class: W | Anes: GENERAL | Pt Type: S

Adm Complaint: 722.10,722.52 | Transf Hosp: | Adm Clrk: MXP1

Lname: FRAZZA
Fname: LUKE
Addr: 9528 STEVEBROOK RD
FAIRFAX VA 22032-
Phone(H): 703-272-7776 Phone(O):

Empl: AFP
Addr: 1500 K ST NW SUITE 600
WASHINGTON DC 20005-
Job Title: PHOTO JOURNALIST
Phone(W): 202-285-2321 FAX #

SS# 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
DOB: 07/10/1963
Age: 42 Sex: M Race: 1
Marital: M Relig: NRL Lang: EN
District CD: 304
E-mail:

Lname: FRAZZA
Fname: LUKE
Addr: 9528 STEVEBROOK RD
FAIRFAX VA 22032-

Empl: AFP
Addr: 1500 K ST NW SUITE 600
WASHINGTON DC 20005-
Phone(W): 202-285-2321

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
Relation: P
Phone(H): 301-871-9799
Phone(O):

Lname: FRAZZA
Fname: MARY
Addr: 9528 STEVEBROOK RD
FAIRFAX VA 22032-
Phone(H): 703-272-7776 Phone(W):
Relation: W

Lname:
Fname:
Addr:
Phone(H): Phone(W):
Relation:

Name: HARTFORD COB: 1
Addr: PO BOX 958459
LAKE MARY FL 32795-
Benefits Ph # 877-673-9222
Pre Cert Ph #

Name: COB:
Addr: Debbie Fox x25395 FAX: 860-947-3848
Benefits Ph #
Pre Cert Ph #

Name: COB:
Addr:
Benefits Ph #
Pre Cert Ph #

Subs: FRAZZA , LUKE
ID # YMJC24833 Ver: N
Grp: 99999 Ver By:
Auth Ver Date:

Subs:
ID # Ver:
Grp: Ver By:
Auth Ver Date:

Subs:
ID # Ver:
Grp: Ver By:
Auth Ver Date:

Remarks: PT REQ PRIVATE ROOM | Condition/Courtesy CD: | Adv Dir Info Given: Y | Consent: Y | Want More Information: N | Adv Dir Received: N | Days: | Kaiser Center CD:

Med Emer Date/Time: | Pre Clrk: MXP1 | Print By: MXP1 | Date/Time: 06/16/06 13:05 | Resv/Surg Date/Time: 06/16/06 12:47 | Discharge Date/Time: 7-4-06

PRINCIPAL DIAGNOSIS
1.
SECONDARY DIAGNOSIS(ES)
2.
3.
4.
CONSULTANT(S)

PRINCIPAL PROCEDURE (S) /OPERATIONS:
1.
SECONDARY PROCEDURE (S)
2.
3.

TREATMENT / O.R. NOTE

WHC 06/29/06 -2

DISCHARGE DISPOSITION: __ NURSING HOME __ ADMITTED __ HOME __ TRANSFER TO OTHER HOSPITAL __ AGAINST MEDICAL ADVICE

DISCHARGE CONDITION: __ GOOD __ FAIR __ POOR

SPECIMEN: __ YES __ NO
DICTATION: __ YES __ NO

PATIENT EXPIRED __ STILLBORN
__ POST-OP __ IN OR
__ AUTOPSY __ MEDICAL EXAMINER

TNM STAGING CLASSIFICATION (APPLIES ONLY TO NEWLY DIAGNOSED CANCER CASES WITH SOLID TUMORS)
T________ N________ M________

DISCHARGING PHYSICIAN ________ DATE ________ ATTENDING PHYSICIAN ________ DATE ________

01/12/2005
fsinage4a.doc

Washington Hospital ... Health

INPATIENT FRAZZA LUKE

VIP 263 34 51

MR# 2581914 M.I.: Suffix:

BO#

14000019988427

Acct # 19988427

Adm SC: RA Adm Priority: R Service: ORT A/P: 5 P/C: PV Location: MR14-P Acct # Adm/Srv Date/Time: 06/29/06 08:13

Adm Phys: STARR, JOHN Code: 039552 Ref Phys: UNKNOWN Resv Clrk: PXMD MR#

Attn Phys: STARR, JOHN Code: 039552 PCP: UNKNOWN Finan Class: W Accs: GENERAL Pt Type: P

Adm Complaint: 722.10,722.52 Transf Hosp: Adm Clrk: MXP1

Lname: FRAZZA
Fname: LUKE
Addr: 9528 STEVEBROOK RD
FAIRFAX VA 22032-
Phone(H): 703-272-7776 Phone(O):

Empl: AFP
Addr: 1500 K ST NW SUITE 600
WASHINGTON DC 20005-
Job Title: PHOTO JOURNALIST
Phone(W): 202-285-2321 FAX #

SS# 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
DOB: 07/10/1963
Age: 42 Sex: M Race: 1
Marital: M Relig: NRL Lang: EN
District CD: 304
E-mail:

Lname: FRAZZA
Fname: LUKE
Addr: 9528 STEVEBROOK RD
FAIRFAX VA 22032-

Empl: AFP
Addr: 1500 K ST NW SUITE 600
WASHINGTON DC 20005-
Phone(W): 202-285-2321

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
Relation: P
Phone(H): 301-871-9799
Phone(O):

Lname: FRAZZA
Fname: MARY
Addr: 9528 STEVEBROOK RD
FAIRFAX VA 22032-
Phone(H): 703-272-7776 Phone(W):
Relation: W

Lname:
Fname:
Addr:
Phone(H): Phone(W):
Relation:

Name: HARTFORD COB: 1
Addr: PO BOX 958459
LAKE MARY FL 32795-
Benefits Ph # 877-673-9222
Pre Cert Ph #

Name: COB:
Addr:
Benefits Ph #
Pre Cert Ph #

Name: COB:
Addr:
Benefits Ph #
Pre Cert Ph #

Subs: FRAZZA , LUKE
ID # YMJC24833 Ver: Y
Grp: 99999 Ver By: SDC7
Auth LETTER ON FILE Ver Date: 06/22/2006

Subs:
ID # Ver:
Grp: Ver By:
Auth Ver Date:

Subs:
ID # Ver:
Grp: Ver By:
Auth Ver Date:

Remarks: PT REQ PRIVATE ROOM Condition/Courtesy CD: Adv Dir Info Given: Y Consent: Y Want More Information: N Adv Dir Received: N Days: 1 Kaiser Center CD:

Med Emer Date/Time: Pre Clrk: MXP1 Print By: PYR1 Date/Time: 06/29/06 08:14 Resv/Surg Date/Time: 06/16/06 12:47 Discharge Date/Time:

PRINCIPAL DIAGNOSIS
1

SECONDARY DIAGNOSIS(ES)
2.
3.
4.

CONSULTANT(S)

PRINCIPAL PROCEDURE (S) /OPERATIONS:
1.

SECONDARY PROCEDURE (S)
2.
3

TREATMENT / O.R. NOTE

WHC 06/29/06 -3

| DISCHARGE DISPOSITION | DISCHARGE CONDITION | SPECIMEN / DICTATION | PATIENT EXPIRED | TNM STAGING CLASSIFICATION |
|---|---|---|---|---|
| __ NURSING HOME __ TRANSFER TO OTHER HOSPITAL __ AGAINST MEDICAL ADVICE __ ADMITTED __ HOME | __ GOOD __ FAIR __ POOR | SPECIMEN: __ YES __ NO; DICTATION: __ YES __ NO | PATIENT EXPIRED __ STILLBORN; __ POST-OP __ IN OR; __ AUTOPSY __ MEDICAL EXAMINER | (APPLIES ONLY TO NEWLY DIAGNOSED CANCER CASES WITH SOLID TUMORS) T_____ N_____ M_____ |

DISCHARGING PHYSICIAN DATE ATTENDING PHYSICIAN DATE

01/12/2005
fsinage4a.doc

Washington Hospital Center MedStar Health

INPATIENT FRAZZA LUKE

VIP 2632451

MR# 2581914 M.I.: Suffix:

Acct # 19988427

14000019988427

Adm SC: RA | Adm Priority: R | Service: ORT | A/P: 5 | P/C: PV | Location: MR14-P | Acct # | Adm/Srv Date/Time: 06/29/06 08:13

Adm Phys: STARR, JOHN Code: 039552 | Ref Phys: UNKNOWN | Resv Clrk: PXMD | MR#

Attn Phys: STARR, JOHN Code: 039552 | PCP: UNKNOWN | Finan Class: W | Anes: GENERAL | Pt Type: P

Adm Complaint: 722.10,722.52 | Transf Hosp: | Adm Clrk: MXP1

Lname: FRAZZA
Fname: LUKE
Addr: 9528 STEVEBROOK RD
FAIRFAX VA 22032-
Phone(H): 703-272-7776 Phone(O):

Empl: AFP
Addr: 1500 K ST NW SUITE 600
WASHINGTON DC 20005-
Job Title: PHOTO JOURNALIST
Phone(W): 202-285-2321 FAX #

SS# 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
DOB: 07/10/1963
Age: 42 Sex: M Race: 1
Marital: M Relig: NRL Lang: EN
District CD: 304
E-mail:

Lname: FRAZZA
Fname: LUKE
Addr: 9528 STEVEBROOK RD
FAIRFAX VA 22032-

Empl: AFP
Addr: 1500 K ST NW SUITE 600
WASHINGTON DC 20005-
Phone(W): 202-285-2321

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
Relation: P
Phone(H): 301-871-9799
Phone(O):

Lname: FRAZZA Relation: W
Fname: MARY
Addr: 9528 STEVEBROOK RD
FAIRFAX VA 22032-
Phone(H): 703-272-7776 Phone(W):

Lname: Relation:
Fname:
Addr:
Phone(H): Phone(W):

Name: HARTFORD COB: 1
Addr: PO BOX 958459
LAKE MARY FL 32795-
Benefits Ph # 877-673-9222
Pre Cert Ph #

Name: COB:
Addr:
Benefits Ph #
Pre Cert Ph #

Name: COB:
Addr:
Benefits Ph #
Pre Cert Ph #

Subs: FRAZZA ,LUKE
ID # YMJC24833 Ver: Y
Grp: 99999 Ver By: SDC7
Auth LETTER ON FILE Ver Date: 06/22/2006

Subs:
ID # Ver:
Grp: Ver By:
Auth Ver Date:

Subs:
ID # Ver:
Grp: Ver By:
Auth Ver Date:

Remarks: PT REQ PRIVATE ROOM | Condition/Courtesy CD: | Adv Dir Info Given: Y | Consent: Y | Want More Information: N | Adv Dir Received: N | Days: 1 | Kaiser Center CD:

Med Emer Date/Time: | Pre Clrk: MXP1 | Print By: PYR1 | Date/Time: 06/29/06 08:14 | Resv/Surg Date/Time: 06/16/06 12:47 | Discharge Date/Time:

PRINCIPAL DIAGNOSIS
1.
SECONDARY DIAGNOSIS(ES)
2.
3.
4.
CONSULTANT(S)
PRINCIPAL PROCEDURE (S) /OPERATIONS:
1.
SECONDARY PROCEDURE (S)
2.
3

TREATMENT / O R NOTE

WHC 06/29/06 -4

DISCHARGE DISPOSITION: __ NURSING HOME __ ADMITTED __ HOME __ TRANSFER TO OTHER HOSPITAL __ AGAINST MEDICAL ADVICE

DISCHARGE CONDITION: __ GOOD __ FAIR __ POOR

SPECIMEN: __ YES __ NO
DICTATION: __ YES __ NO

PATIENT EXPIRED __ STILLBORN __ POST-OP __ IN OR __ AUTOPSY __ MEDICAL EXAMINER

TNM STAGING CLASSIFICATION: (APPLIES ONLY TO NEWLY DIAGNOSED CANCER CASES WITH SOLID TUMORS)
T______ N______ M______

DISCHARGING PHYSICIAN DATE ATTENDING PHYSICIAN DATE

01/12/2005
fsinage4a.doc



Washington
Hospital Center
*MedStar Health*

1. **Consent to Medical, Surgical and Hospital Procedures**
I consent to all inpatient and outpatient medical care, including emergency treatment of services, including but not limited to laboratory procedures, blood tests, X-ray examinations, medical or surgical treatment or procedures, anesthesia or hospital services rendered under the general and special instructions of the patient's physician or surgeon. If I leave the hospital without the consent of the physician and/or fail to carry out the follow-up medical care, I do so at my own risk.

2. **Financial Agreement/Guarantee of Payment**
In consideration of the services to be rendered to the patient, the undersigned agrees to pay the account of the hospital in accordance with regular rates and terms of the hospital which are available for inspection upon request in the Business Office during normal business hours. Any agreement concerning payment arrangements, billing adjustments, billing compromises or modifications of this agreement shall be invalid unless the agreement is in writing and signed by an authorized hospital representative. If an account is referred to an attorney or collection agency, the undersigned shall pay, in addition to the outstanding balance due, any reasonable fees associated with the collection.

I understand that separate bills may be generated for each of the following services, as applicable: hospital, physician, specialist, diagnostic, laboratory, radiology and anesthesia.

3. **Assignment of Insurance Benefits to Hospital and Other Health Care Providers**
I hereby irrevocably assign, to the extent permitted by law, to Washington Hospital Center, professional corporations and other health care providers (collectively, the "Providers") providing services to the patient, any and all hospital benefits of any type whatsoever arising out of any claim or policy of insurance insuring the patient or any party liable to the patient. I authorize and direct that all benefits covered by this assignment be paid directly to the Providers as due. I understand that the hospital renders billings to an insurance company as a courtesy only and that in doing so an agency relationship has not been created.

I certify that I have disclosed any and all insurance coverage as follows:

A. W/C B. ______ C. ______

4. **Managed Care Plan Obligations**
If my insurance /managed care plan considers Washington Hospital Center an out-of-network provider for my treatment, I will be financially responsible for any portion of my treatment that my insurance/managed care service plan does not cover, and I agree to pay all uncovered charges.

5. **Medicare Certification and Authorization**
I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf.

**PATIENT CONSENTS AND RELEASES**

FORM 2024 2-23-06 Page 1 of 2 83-2005-0

White Medical Records Canary Patient Accounts Pink Patient/Legal Guardian

NAME: ~~2581914~~ 2632451 M
FRAZZA
LUKE 07/10/1963
STARR, JOHN K.
MR#: 19988427
06/27/06

 

Washington
Hospital Center
*MedStar Health*

6. **Preferred Accommodations**
   If I have requested preferred accommodations, I understand that they will be assigned based on availability and that I am financially responsible for the difference between semi-private and preferred accommodations.

7. **Personal Valuables**
   With respect to personal property not deposited in the hospital's safe and for which an official hospital valuables receipt has been issued, I hereby release and absolve Washington Hospital Center from any and all liability whatsoever for any loss or damage which may occur, and I waive any and all rights to compensation for such losses as may occur to such personal property. I have been advised that valuables and money should be given to an accompanying relative or friend for return home.

8. **Advance Directive / Living Will / Power of Attorney**
   I acknowledge the hospital has provided me with written information concerning Advance Directives. In addition, I have checked the following:

   ☐ I have given the hospital a copy of my document. ☐ Today ☐ Previous Admission

   ☐ I will complete the "Interim Form" until I provide the hospital with a copy of my document.

   ☐ I would like to speak to a social worker about Advance Directives.

9. I acknowledge that I **have received a copy of the following:**
   - **Patient Bill of Rights** (For admitted patients, this is available in the "Patient Information Guide.") Adopted by Washington Hospital Center and the Medical staff.
   - **"An Important Message from Medicare/TRICARE"** (if applicable)
   - **MedStar Health's "Notice of Privacy Practices"**

   ***(This Section is for Hospital Staff Use Only)*** Acknowledgement not obtained because:

   ☐ Patient unable to sign due to ______________________________

   ______________________________

I certify that I understand the contents of this form. Additions, deletions, or alterations to this printed form are invalid. A photocopy or facsimile of this document shall be valid as the original.

| [signature] | 6/16/06 | | |
|---|---|---|---|
| PATIENT/LEGAL GUARDIAN SIGNATURE | DATE | GUARANTOR SIGNATURE | DATE |
| [signature] | 6/16/06 | | |
| WITNESS SIGNATURE | DATE | | |

**PATIENT CONSENTS AND RELEASES**

FORM 2024 2/23/06 Page 2 of 2 83-2005-0

White Medical Records Canary Patient Accounts Pink Patient/Legal Guardian

NAME:
2581914
FRAZZA
LUKE
263245
MR#:
STARR, JOHN K. 07/10/1963 M
19988427
06/27/06

WHC 06/29/06 -6



Washington Hospital Center
*MedStar Health*

DATES: Admission : ______ Date of Discharge: ______

| Date Enter | ACTIVE PROBLEMS (Include Lay Description) | CONSULTS: Service/Name | Date |
|---|---|---|---|
| | Pain: ☒ Acute ☐ Chronic ☐ None | | |
| 6/29 | revision decompression / fusion . | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Date | PROCEDURES DURING HOSPITALIZATION (Include any pain related procedures, e.g. blocks) |
|---|---|
| 6/29 | revision decompression / fusion L3-4 |
| | |
| | |

DISCHARGE CONDITION: Stable

ACTIVITY: as tolerated

DIET: Regular

SPECIAL INSTRUCTIONS:

Take pain medication as prescribed.

If pain not controlled, contact MD.

If you are a current smoker or have quit in the last year you need to refrain from smoking permanently.

| DISCHARGE MEDICATIONS: Name / Dose / Instruction | NEXT DOSE DUE |
|---|---|
| Pain Medication: | |
| Vicodin 1-2 Tabs every 4-6 hrs as | needed for pain |
| Pericolace 1-2 Tabs twice a day → | constipation |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

FOLLOW-UP APPOINTMENTS:

Follow-up with Dr. Starr in 1-2 weeks.

291-9266

*Call your doctor for any problems before your appointment.*

Discharge Instructions Reviewed & Understood by: Signature [signature] ☒ Patient ☐ Caregiver

Form Completed and/or reviewed by: RN [signature] Heather RN MD [signature]

Additional Documentation Used?
☐ Clinical Pathway (Name)
☐ Preprinted Discharge Instructions:

White: Medical Records
Yellow: Patient
Pink: Physician

**PATIENT INTERDISCIPLINARY CARE MAP**

FORM 1227 2/10/06 93-4202-3

PATIENT LABEL

2581914 263 2457
FRAZZA M
LUKE
STARR, JOHN K. 07/10/1963
19988427
06/29/06
3N23BW

WHC 06/29/06 -7



Washington Hospital Center

MedStar Health

## SHORT HISTORY AND PHYSICAL FORM

Name LAST FIRST MIDDLE INITIAL | Date of Birth

Proposed procedure (Surgery) Lumbar Laminectomy, facetectomy, foraminotomy

Reason for procedure/HPI

Time of last food?

Explain history of previous anesthetic complications (local/general) ☒ None

PSH: Append 1970, Tonsillectomy 1968, Mult. (R) knee surg. Diskectomy 4/05

Allergies (Cause & type of reaction) NKDA

Medicines (Name & dose) Vicodin, Ambien

**Past or Systemic Illness** —*Check and circle all that apply*

| | |
|---|---|
| ☐ **Brain** | Seizures, stroke, paralysis, mental illness |
| ☒ **Eyes** | Cataract, difficult vision, (glasses)/lenses |
| ☐ **Glands** | Thyroid, adrenal, ovary, diabetes: |
| ☐ **Gyn** | Pregnant now, last normal menses: |
| ☐ **Head** | Loose teeth, dentures, swallowing problems, airway problems |
| ☐ **Heart** | HTN anemia, chest pain, irregular heart, S/P CABG/valve surgery, mitral valve prolapse/*SBE prophylaxis needed:* ☐ yes ☐ no |
| ☐ **Intestine** | Vomiting, diarrhea, blood |
| ☐ **Kidney** | Infection, failure, stones, kidney transplant, dialysis |
| ☐ **Liver** | Hepatitis, jaundice |
| ☐ **Lung** | Recent cold, asthma, emphysema, cigarette use |
| ☐ **Tumor** | |
| ☐ **Other** | LBP |

Comments:

**Pertinent Physical Findings**

| | | | |
|---|---|---|---|
| Heart Rate 73 BP 95/67 | Height 5'7 | Weight 195 | Oxygen Saturation (Room air) |
| Oriented x3 ☒ Yes ☐ No | Visual Acuity (if applicable) | | |

Head/Neck — Neck Full ROM ☒ Yes ☐ No; Tracheal Deviation ☐ Yes ☒ No; Short/Thick/Non-visible Neck ☐ Yes ☒ No

Visible Anterior Neck Masses ☐ Yes ☒ No; Small Mouth Opening ☐ Yes ☒ No

| | |
|---|---|
| Heart $S_1 S_2$ RRR D(m) | Regional findings related to procedure 7-25-06 |
| Lungs CTA (B) | |
| Abdomen Soft NT +BS | |
| Extremities Ø Edema | See Att H+P |

Printed Name / Signature [signature] PA | Title PA | Date 6/16/06

DATE

**SHORT HISTORY AND PHYSICAL FORM**

PATIENT INFORMATION

2581914
FRAZZA
LUKE 2632451 M
STARR, JOHN K. 07/10/1963
19988427
06/27/06

WHC 06/29/06 -8

FORM 1165 83-2613-4 05/13/02



Washington Hospital Center
*MedStar Health*

**DO NOT THIN**

## ADMISSION RISK SCREENING AND ORDERS

**Must be Completed for All Patients.**
**† Requires Explanation in Progress Notes.**

**The following standing orders are indicated based upon initial patient assessment and screening criteria. These orders will be implemented in accordance with Standard Practice 100.15. Place the top copy of the orders in the MD order section.**

**Unit Clerk: Please Transcribe Only Text within ** ****

| **1a. Transcribe and place request in Invision Computer System for **Dietary Consult – High Risk Screen** if "Yes" is checked for one or more:** | **Yes** | **No** | **Unable Assess†** |
|---|---|---|---|
| • Admitted with Enteral Feedings or TPN | | ✓ | |
| • Less than 50% PO intake for > 7 days | | ✓ | |
| • Stage 3 and/or Stage 4 Pressure Sore(s) | | ✓ | |
| **1b. Transcribe and place request in Invision Computer System for **Dietary Consult – Moderate Risk Screen** if "Yes" is checked for 2 or more items:** | **Yes** | **No** | **Unable Assess†** |
| • Involuntary weight loss (10 – 20 lbs < 6 months) or cachectic in appearance | | ✓ | |
| • Vomiting and / or Diarrhea > 72 hours | | ✓ | |
| • Morbid Obesity | | ✓ | |
| • Difficulty swallowing | | ✓ | |
| • Stage 1 and/or Stage 2 Pressure Sore(s) | | ✓ | |
| • > 75 years old and surgery planned | | ✓ | |
| • ≤ 17 and pregnant | | ✓ | |
| • Hyperemesis, multiple fetuses, gestational diabetes mellitus | | ✓ | |
| • Lactating | | ✓ | |
| • Random blood sugar > 200 | | ✓ | |
| **2. Transcribe and place request in Invision Computer System for **PT/OT for Rehabilitation Screen** for further evaluation if "Yes" is checked for any of the items below: NOTE: Do NOT initiate the Screen if the patient is preop, medically unstable, or on bedrest.** | **Yes** | **No** | **Unable to Assess†** |
| • Has required increased assistance within the last 14 days to: | | ✓ | |
| perform ADL's *(i.e., eating, dressing, bathing, toileting)*; walk *(including stairs)*; get out of bed. | | ✓ | |
| • Has fallen one or more times within the last 14 days. | | ✓ | |
| • Has a spinal cord injury or other condition that results in quadraplegia or paraplegia or otherwise substantially limits the use of limbs. | | ✓ | |
| **3. Transcribe and place request in Invision Computer System for **Social Work Consult** if "Yes" is checked for any of the items below:** | **Yes** | **No** | **Unable to Assess†** |
| • Patient appears to have signs of physical abuse or neglect *(i.e. bruises, burns, malnutrition)*. | | ✓ | |
| • Patient would like to speak to a social worker — *If Yes,* Reason: | | ✓ | |
| • Changes in level of function which will necessitate placement and no payor source. | | ✓ | |
| • Patient has an Advanced Directive and needs to bring a copy to the Hospital. | | ✓ | |
| • Patient would like more information about advanced directives. | | ✓ | |

| **Date:** 6/29/06 | **Time:** 1630 | **RN** *(Signature)*: [signature] Bello RN / *(Printed Name)*: [illegible] BELLO |
|---|---|---|
| **Trans-cribed:** | **Date:** / **Time:** | **Unit Clerk** *(Signature/Printed Name)*: S Johnson UC / **Nurse Co-Signature** *(Signature/Printed Name)*: |

**SCREENING ORDERS RELATED TO INTERDISCIPLINARY PATIENT DATA BASE**

***DO NOT THIN***

*White Copy: Place in Prescriber Orders*
*Yellow Copy: Place in Admission Database Section*

FORM 1236 93-1236-0 Page 3 of 3 Rev. 11/09/05

2581914
FRAZZA
LUKE 263 2451 M
STARR, JOHN 07/10/1963
19988427
06/29/06
MR14-P

WHC 06/29/06 -9

Washington Hospital Center MedStar Health

# PRE-OPERATIVE SURGICAL ORDERS

Admit to WHC on:

Diagnosis:

Perform the following requested admission orders:

1. ☐ CBC ☐ Differential ☐ Hematocrit/Hemoglobin
2. ☐ Comprehensive metabolic panel ☐ Basic metabolic panel ☐ Profile C
3. ☐ K+, Glucose, Hemoglobin ☐ Glucose
4. ☐ CPK
5. ☐ Lipid Profile
6. ☐ Prothrombin Time
7. ☐ Partial Thrombin Time
8. ☐ Total Bili (Direct and Indirect)
9. ☐ Urinalysis ☐ Urine C&S
10. ☐ Pregnancy Test-Urine ☐ Serum Pregnancy
11. ☐ RPR (VDRL) ☐ HIV
12. ☐ Chest X-ray PA & LAT
13. ☐ EKG
14. ☒ Pilot Tube DDS
15. ☐ Group and Type
    a. Whole Blood ____________ Unit(s)
    b. Packed Red Blood Cells ____________ Unit(s)
16. ☐ Gait Training
    Appointment Date: ____________
    Time: ____________
17. OR Permit for:

Done ARC 6/29/06 0855 [signature]

061801540A (0000)002581914 FRAZZA, LUKE

ABD1 SCRN PHS ABSC INT RH BILL

Checked — Date/Time — Name; Transcribed — Date/Time — Name; Scanned — Date/Time — Name

| DATE | TIME | PRESCRIBER'S SIGNATURE | PRINT NAME | PRESCRIBER'S # | PAGER OR PHONE |
|---|---|---|---|---|---|
| 6/19/06 | | [signature] | | | |

PREPRINTED PRESCRIBERS ORDERS

P & T # 0031 (09/02)

FORM ## REV ##

~~2581914~~ FRAZZA 963245 M
LUKE
STARR, JOHN K. 07/10/1963
19988427
06/27/06

202 ~~966~~ 882 4321 ~~2256~~

Washington Hospital Center

MedStar Health

# PRE-OPERATIVE SURGICAL ORDERS

Admit to WHC on:

Diagnosis:

Perform the following requested admission orders:

1. ☒ CBC ☐ Differential ☐ Hematocrit/Hemoglobin
2. ☐ Comprehensive metabolic panel ☒ Basic metabolic panel ☐ Profile C
3. ☐ K+, Glucose, Hemoglobin ☐ Glucose
4. ☐ CPK
5. ☐ Lipid Profile
6. ☒ Prothrombin Time
7. ☒ Partial Thrombin Time
8. ☐ Total Bili (Direct and Indirect)
9. ☒ Urinalysis ☐ Urine C&S
10. ☐ Pregnancy Test-Urine ☐ Serum Pregnancy
11. ☐ RPR (VDRL) ☐ HIV
12. ☐ Chest X-ray PA & LAT
13. ☒ EKG
14. ☒ Pilot Tube
15. ☐ Group and Type
    a. Whole Blood ____________ Unit(s)
    b. Packed Red Blood Cells ____________ Unit(s)
16. ☐ Gait Training
    Appointment Date:____________
    Time:____________
17. OR Permit for: H-P.

V/O Dr. Starr / [illegible]

0616724098 (0000)00258191 FRAZZA, LUKE CBC

0616724098A (0000)002581914 FRAZZA, LUKE PROBMP1

0616724090C (0000)002581914 FRAZZA, LUKE PT

0616724100A (0000)002581914 FRAZZA, LUKE ABO1 ABSC INT SCRN PHS RH BILL

Done ATL 6/16/06

Checked Date/Time Name | Transcribed Date/Time Name | Scanned Date/Time Name

| DATE | TIME | PRESCRIBER'S SIGNATURE | PRINT NAME | PRESCRIBER'S # | PAGER OR PHONE |
|---|---|---|---|---|---|
| 6/16/06 | | S Kelley PA-C | | | |

**PREPRINTED PRESCRIBERS ORDERS**

2581914 FRAZZA LUKE 263245 M STARR, JOHN K. 07/10/1963 19988427 06/27/06

P&T # 0031 (09/02)

FORM 1168 REV 08/02/02

WHC 06/29/06 -11



Washington Hospital Center MedStar Health

Date/Time Name Checked: Date/Time Name Transcribed: Date/Time Name Scanned:

## Anesthesia Recovery Orders

*(Circle, check, and/or fill in all that apply, Items with a box must be check to apply)*

1. ☐ Patient is a candidate for fast track recovery.
2. Type: ☐ per anesthesia (bypass Phase I) ☐ per protocol (bypass Phase I).
3. Ventilator orders: (check all that apply)
   - ☐slow wean protocol ☐ Initial ventilator settings: A/C SIMV CPAP
   - ☐ fast wean protocol VT_____ RR _____ FiO2 _____ PEEP _____
   - ☐ do not wean
   - ☐ wean to T-piece _____% O2
   - ☐ extubate per unit policy ☐ anesthesia must be present for extubation
   - ☐ Do NOT extubate
4. Suction PRN.
5. ☐ Reverse patient with ____________________ ☐ now ☐ at _________.
6. Lab Work/Testing: (check those that apply)
   - ☐ STAT glucose, K+, Hgb, ABG in OR Lab ☐ STAT CXR
   - ☐ STAT 12-lead EKG ☐ Other:____________
   - ☐ Obtain ABG 30-60 min. following admission to PACU.
7. Pain management for Outpatients and/or minor surgical procedures:
   - ☐ Ketorolac 30 mg IV x1 on admission to the PACU
   - ☐ Fentanyl 50 mcg IV q 10 min prn pain score >4; may repeat x ~~2~~ 10. Notify anesthesia if pain remains >4 after last dose.
   - ---When tolerating PO: Check one only
   - ☐ Ibuprofen 400 mg PO x 1 prn pain score > 4
   - ☐ Acetaminophen 650 mg PO x 1 prn pain score > 4
   - ☐ Acetaminophen 325 mg with oxycodone 5 mg (Percocet) ___ tablets PO x1 prn pain score > 4
   - ☐ Acetaminophen 325 mg with codeine 30 mg (Tylenol #3) ___ tablets PO x 1 prn pain score > 4

2/29/06

8. Pain management for Inpatients and/or major surgical procedures:
   - ☐ Ketorolac 30 mg IV x1 on admission to the PACU
   - ---CHOOSE ONE OF THE FOLLOWING:
   - ☐ Hydromorphone .3 mg IV q 10 min prn pain score >4. May repeat x ~~2~~ 10. Notify anesthesia if pain remains >4 after last dose. *OR*
   - ☐ Morphine sulfate 3 mg IV q 10 min. prn pain score >4. May repeat x ~~2~~ 6. Notify anesthesia if pain remains >4 after last dose. *OR*
   - ☐ Other:____________________
   - ☐ See PCA order sheet
   - ☐ See eipdural order sheet
9. For nausea/vomiting (as per *Guidelines for Post-op Nausea & Vomiting*): CHECK ONE
   - ☑ Ondansetron 1 mg IV Push X1 dose
   - ☑ Dexamethasone 4 mg IV Push X1 dose
   - ☑ Promethazine 12.5 mg IV Push X1 dose
10. For anxiety: ☐ Midazolam ____ mg IV q ___ min. prn. May repeat x 1.
    ☐ Other: ______________
11. For blood pressure control: ____________________
12. For shivering: ☐ Meperidine ____ mg IV x 1 prn
13. Institute warming blanket for tympanic membrane temperature <35.5 C
14. Transfer to floor on % O2 via ventimask / LPM nasal prongs

WHC 06/29/06 -12

| DATE | TIME | PRESCRIBER'S SIGNATURE | PRINT NAME / PRESCRIBER'S # | PAGER OR PHONE |
|---|---|---|---|---|
| | | [signature] | | |

**PREPRINTED PRESCRIBERS ORDERS**

P&T# 0006 (9/2004)

FORM 1168 REV. 08/02/02

2~~501914~~4 26324551
FRAZZA
LUKE M
STARR, JOHN 07/10/1963
19988427
06/29/06
MR14-P



Washington Hospital Center MedStar Health

Checked: Name Date/Time

Transcribed: Name Date/Time

Scanned: Name Date/Time

# PATIENT CONTROLLED ANALGESIA (PCA) AND/OR CONTINUOUS NARCOTIC INFUSION ORDERS

1. Discontinue all other narcotics, sedatives, and tranquilizers.
2. If the patient is in ICU or PACU, vital signs as per unit.
3. All other areas as follows:
   a. Vital signs on initiation every hour x 2, then every 4 hours
   b. Check vital signs lying and sitting before getting the patient OOB the first time.
   c. Document vital signs, pain score and sedation level on appropriate flow sheet.
4. If respiratory rate is less than 8 or patient has a decrease in level of consciousness or blood pressure:
   a. Stop narcotic infusion.
   b. Give oxygen 40% by face mask.
   c. Call house officer.
5. If respiratory rate is less than 6
   a. Stop narcotic infusion.
   b. Administer naloxone 0.4 mg IV push, may repeat X 2.
   c. Page house officer STAT.
   d. Respiratory rates that remain inadequate should be assisted with supplemental oxygen and ventilation as needed until physician assistance arrives.
6. Call house officer for the following:
   a. Respiratory rate less than 8
   b. Systolic BP less than 90
   c. Change in sedation level/altered mental status
   d. Nausea, vomiting, or pruritus
   e. Urinary retention
   f. Inadequate pain relief
7. Previous opiate use is __________mg/mcg of __________________/24 hours.
8. If IV access unavailable or infusion interrupted, please administer________________________________________for pain.
9. If permitted (i.e. *only if the option is selected on the following page)*, additional loading doses by the nurse are for use prior to a procedure or dressing change . Patient must have a respiratory rate $\geq$ 12/minute and ASL $\geq$ 3.
10. If permitted (i.e. *only if the option is selected on the following page)*, an incremental (bolus) dose, delivered by the nurse, is intended for the patient who may need supplementation to the continuous dose, but is unable to press the bolus button. An incremental dose may be delivered by the nurse for breakthrough pain with pain score > 4, every hour up to a maximum of 4 doses over 4 hours. For incremental dosing by the nurse, the patient must have a respiratory rate $\geq$ 12/minute and ASL $\geq$ 3. If pain remains uncontrolled after 4 doses in 4 hours, the nurse should notify the MD.

| | | | PRINT NAME STARR | |
|---|---|---|---|---|
| DATE 62906 | TIME | PRESCRIBER'S SIGNATURE | PRESCRIBER'S # | PAGER OR PHONE |

PREPRINTED PRESCRIBERS ORDERS

P&T# 0004 (Page 1 of 2) 06/2004

FORM 1168 REV. 08/02/02

2632451

~~2581914~~
FRAZZA
LUKE
STARR, JOHN
19988427
06/29/06
MR14-P

3NW 23B
M
07/10/1963

WHC 06/29/06 -13

Washington Hospital Center MedStar Health

## Orthopaedic Oncology Routine Post-Op Orders

1. Admit: PACU then 3NW Attending: Starr
2. Diagnosis: lumbar fusion
3. Condition: stable
4. Allergies: ☒No Known Allergies

**Medication/Allergen:** **Symptoms:**

☐Rash ☐Urticaria ☐SOB ☐Anaphylaxis ☐ Other

☐Rash ☐Urticaria ☐SOB ☐Anaphylaxis ☐ Other

☐Rash ☐Urticaria ☐SOB ☐Anaphylaxis ☐ Other

5. Drug Intolerances: ☒No Known Intolerances

**Medication:** **Symptoms:**

☐ Diarrhea ☐ Other

☐ Diarrhea ☐ Other

6. Drains
   - ☑ Foley to gravity
   - ☑ JP to bulb suction, empty and record per shift
   - ☐ Chest Tube placed in operative site to pleuravac at 20cm H20 continuous suction
   - ☐ Nasal gastric tube to LCS
7. Oxygen Therapy
   - ☑ O2 3L NC, titrate to keep O2 Sat. >95%
   - ☐ Continuous pulse oximetry ___ hrs. notify H.O. for O2 Sat. < 90%
8. Sequential Compression Device (Venodynes) with knee high elastic stocking on B leg(s)
9. Diet
   - ☐ NPO
   - ☑ Clear liquid diet, then advance to regular as tolerated
10. Post operative studies in PACU
    - ☐ CBC, platelets, PT/PTT
    - ☐ K, Ca, Mg
    - ☐ CXR if central line placed by anesthesia
    - ☐ Xray: AP/Lateral view of
11. Labs
    - ☑ ~~CBC~~ H/H q A.M. times 2 days
    - ☐ Chemotherapy patients: CBC, platelets, PT/PTT q. 4hrs. X 24 hrs.
    - ☐ Basic Metabolic Panel (Pro B) POD 1 & 3
    - ☐ Other
12. IV Fluids
    - ☑ D51/2 NS with 20 mEq. KCl /liter at 125 cc/h
13. IV Medications
    - ☑ PCA per order form
    - ☑ Ondansetron (Zofran) 4 mg IV q. 8hrs. PRN N/V
    - ☐
    - ☐
    - ☐

Rychwards 6/30/06 0520

Date/Time Name Checked Date/Time Name Transcribed Date/Time Name Scanned

| DATE | TIME | PRESCRIBER'S SIGNATURE | PRINT NAME | PRESCRIBER'S # | PAGER OR PHONE |
|---|---|---|---|---|---|
| 62906 | | | STARR | | |

PREPRINTED PRESCRIBERS ORDERS

2633451

2581914 FRAZZA LUKE STARR JOHN 19988427 06/29/06 MR14-P M 07/10/1963 3NW 3B

P & T # 0259 Page 1 of 2 (09/2003)

FORM 1168 REV. 08/02/02

WHC 06/29/06 -14



Washington Hospital Center MedStar Health

## Orthopaedic Oncology Routine PostOp Orders

**14. IV Antibiotic Prophylaxis:**

- ☒ Cefazolin 1 gram IV Q8H till drains removed – next dose @ 1800
- ☐ Vancomycin 1 gram IV Q12H till drains removed. Obtain peak and trough after 3rd dose.
- ☐ Tobramycin ________ mg IV Q8H x 72 hours, then discontinue.
- ☐ Clindamycin 600 mg IV Q8H for 72 hours, then discontinue (GI/GU coverage)
- ☐ Other: ________________________________

**15. Other Medications**

- ☒ Docusate sodium (Colace) 100 mg PO BID
- ☒ Mylanta 30cc PO q. 4hrs. PRN for indigestion
- ☒ Bisacodyl (Dulculox) suppository per rectum q. day PRN for constipation
- ☒ Zolpidem (Ambien) 10mg po q. HS PRN sleep
- ☒ Acetaminophen (Tylenol) 650mg po q. 4 hrs. PRN pain score >3 or headache
- ☐ ________________
- ☐ ________________
- ☐ ________________
- ☐ ________________

**16. Non-Intravenous Pain Treatment Modalities**

- ☐ Epidural per anesthesia (yellow tubing)
- ☐ Epineural: 0.25% bupivicaine (marcaine) without epinephrine in a 250 cc bag to infuse through epineural catheter at a rate of ________cc/hr. (orange tubing)

**17. Physical Therapy/Occupational Therapy**

- ☒ Begin Physical Therapy on POD# 1 for functional restoration
- Weight bearing status: ________ Precautions: ________
- ☒ OT for ADLs

**Orders 17 through 23 are standard for all patients.**

18. Vitals per routine.
19. Neurovascular checks of operative extremity q. 4 hrs. times 24 hrs. then q. shift.
20. Incentive Spirometer every 1 hr. while awake.
21. Overhead frame and trapeze.
22. Record Intake and Outputs.
23. Call orthopaedic HO for HCT <30, PT>16, PTT>50, Temp>101, HR <55 or >120, RR < 6 or >30, alterations in neurovascular status or for pain not controlled within 4 hours of starting medications.
24. Social Work consult for discharge planning.

**Additional Orders:**

24 hr Audit 6/29/06 2115 [illegible] Bello RN

24 hr chart [illegible] 6/30/06

| DATE | TIME | PRESCRIBER'S SIGNATURE | PRINT NAME | |
|---|---|---|---|---|
| 6/29/06 | | | Starr | |
| | | | PRESCRIBER'S # | PAGER OR PHONE |

**PREPRINTED PRESCRIBERS ORDERS**

P & T # 0259 Page 2 of 2 (09/2003)

FORM 1168 REV. 08/02/02

2581914
FRAZZA LUKE
STARR, JOHN 07/10/1963
19988427
06/29/06
MR14-P
3NW 23B

WHC 06/29/06 -15

Washington Hospital Center · MedStar Health

| | Morphine Sulfate | Fentanyl | Hydromorphone | Other: |
|---|---|---|---|---|
| Concentration (in 250 ml) | ☑ 1 mg/ml<br>❑ 5 mg/ml | ❑ 10 mcg/ml<br>❑ 20 mcg/ml | ❑ 0.1mg/ml<br>❑ 0.2 mg/ml | ❑ ____mg/ml |
| Delivery Rate | **CONTINUOUS DELIVERY IS NOT RECOMMENDED FOR ACUTE POST-OPERATIVE PAIN IN THE OPIOID-NAÏVE PATIENT.** | | | |
| ❑ Continuous | ❑ 1mg/hr<br>❑ Other__mg/hr | ❑ 20 mcg/hr<br>❑ Other ____mcg/hr | ❑ 0.2 mg/hr<br>❑ Other__mg/hr | ❑ ____mg/hr |
| OR ❑ 0600-2200 | ❑ 1mg/hr<br>❑ Other__mg/hr | ❑ 20 mcg/hr<br>❑ Other ____mcg/hr | ❑ __mg/hr | ❑ ____mg/hr |
| ❑ 2200-0600 | ❑ 1mg/hour<br>❑ Other__ mg/hr | ❑ 20 mcg/hr<br>❑ Other ____mcg/hr | ❑ __mg/hr | ❑ ____mg/hr |
| | ❑ Stop continuous delivery after 24 hours | ❑ Stop continuous delivery after 24 hours | ❑ Stop continuous delivery after 24 hours | ❑ Stop continuous delivery after 24 hours |
| Loading Dose<br>☑ Initial loading dose only<br>❑ Nurse may deliver prior to procedure or dressing change. | ☑ 2 mg<br>❑ Other____mg | ❑ 20 mcg<br>❑ Other__mcg | ❑ 0.4 mg | ❑ _____mg |
| Incremental (Bolus) Dose<br>❑ Nurse may deliver | ☑ 1 mg<br>❑ Other___mg | ❑ 20 mcg<br>❑ Other__mcg | ❑ 0.2 mg<br>❑ Other | ❑ _____ mg |
| Lock Out Interval | ☑ 10 mins<br>❑ Other___mins | ❑ 6 mins<br>❑ Other___mins | ❑ 10 mins<br>❑ Other___mins | ❑ ____mins |

DATE 6/29/06 TIME PRESCRIBER'S SIGNATURE

PRINT NAME Starr

PRESCRIBER'S # PAGER OR PHONE

Scanned: ______ Name Date/Time

Transcribed: ______ Name Date/Time 6/29/06

Checked: ______ Name Date/Time

WHC 06/29/06 -16

**PREPRINTED PRESCRIBERS ORDERS**

P&T# 0004 Page 2 of 2 (06/2004)

*FORM 1168 REV. 08/02/02*

2581914
FRAZZA
LUKE
STARR, JOHN
19988427
06/29/06
MR14-P
3NW 23B M
07/10/1963

Washington Hospital Center
MedStar Health

**PLEASE NUMBER ALL ORDERS**

*Signature should be accompanied by Prescriber's printed name, date, time and pager/phone with each set of orders.*
All telephone and verbal orders must be "read back" to the prescriber and documented by either checking the box below or noting it in writing on the order (e.g. T.O.R.B., V.O.R.B., Read back, etc...)

**SECTION 1**

(1) PCA to 1mg Q 8minutes
(2) bolus 3mg morphine through PCA

T. Afolabi 6/30

☐ VERBAL/TELEPHONE ORDER "READ BACK" TO PRESCRIBER

Checked by: RN/LPN ___ Date ___ Time ___ — 6/30 1241p T.A.Folabi

SIGNATURE: [signature] | DATE: 6/30 | TIME: 1030 | PRINT NAME: CABLAN | PAGER / PHONE: 8801

Transcribed by ___ Signature ___ Date/Time ___

**SECTION 2**

6/30/06 1310

Reglan 10mg I.V. now
T.O. Dr. Coal / P. Beck

T. Afolabi 6/30 1401

☑ VERBAL/TELEPHONE ORDER "READ BACK" TO PRESCRIBER

Checked by: RN/LPN ___ Date ___ Time ___ — 24 0300 7-1-06 [signature]

SIGNATURE ___ | DATE ___ | TIME ___ | PRINT NAME ___ | PAGER / PHONE ___

Transcribed by ___ Signature ___ Date/Time ___

**SECTION 3**

☐ VERBAL/TELEPHONE ORDER "READ BACK" TO PRESCRIBER

Checked by: RN/LPN ___ Date ___ Time ___

SIGNATURE ___ | DATE ___ | TIME ___ | PRINT NAME ___ | PAGER / PHONE ___

Transcribed by ___ Signature ___ Date/Time ___

**PRESCRIBER'S ORDER SHEET**

FORM 1179 REV. 01/12/06 93-2625-7

~~2581914~~ 2632451 M
FRAZZA
LUKE 07/10/1963
STARR, JOHN
19988427
06/29/06
MR14-P

WHC 06/29/06 -17

Washington Hospital Center
MedStar Health

**PLEASE NUMBER ALL ORDERS**

*Signature should be accompanied by Prescriber's printed name, date, time and pager/phone with each set of orders.*
All telephone and verbal orders must be "read back" to the prescriber and documented by either checking the box below or noting it in writing on the order (e.g. T.O.R.B., V.O.R.B., Read back, etc...)

MD Please sign.

PHYSICAL & OCCUPATIONAL THERAPY TREATMENT ORDERS

Date: 6/30/06 Time: ______

Patient Name: Frazza, Luke Medical Record #: ______

Doctor: ______

Your order for ☐ Physical Therapy ☑ Occupational Therapy assessment/treatment will expire on 7/1/06

The recommendations for continued ☐ Physical Therapy ☑ Occupational Therapy are as follows:

☐ Physical Therapy ☑ Occupational Therapy for: ADL [illegible] gait, [illegible] training

PT Frequency/Duration: ______ OT Frequency/Duration: 5x/wk

Name of Therapist(s)/Pager: [illegible]

To continue physical/occupational therapy and meet DCRA requirements, please sign below to authorize this order for therapy as outlined above.

☑ Agree with above ☐ Disagree with above recommendations. Please see below

MD Signature: [signature] Date: 7/1/06 Time: ______

Thank you.

☐ **VERBAL/TELEPHONE ORDER "READ BACK" TO PRESCRIBER**

| SIGNATURE | PRINT NAME |
|---|---|
| DATE | TIME |

Checked by: RN/LPN Date Time

SECTION 1 Transcribed by Signature Date/Time

SECTION 2 Transcribed by Signature Date/Time

SECTION 3 Transcribed by Signature Date/Time

2581914
FRAZZA
LUKE 263 2451
STARR, JOHN K. 07/10/1963 M
19988427
06/29/06
3N23BW

**PRESCRIBER'S ORDER SHEET**

FORM 1179 REV. 01/12/06 93-2625-7

WHC 06/29/06 -18

Washington Hospital Center MedStar Health

**PLEASE NUMBER ALL ORDERS**

*Signature should be accompanied by Prescriber's printed name, date, time and pager/phone with each set of orders.*

**SECTION 1**

Checked by: [illegible] RN/LPN Date 7/1/06 Time 1130

d/c foley ✓ done
d/c PCA ✓ done.
percocet 1-2 tabs every 4-6 hours as needed for pain ✓
SW consult for dispo plans home [illegible] ✓

N. Martinez, NC 7/1/06 0855 [illegible]

☐ verbal/telephone order read back to prescriber

SIGNATURE [illegible] PRINT NAME
DATE 7/1/06 TIME
PAGER / PHONE

Transcribed by ______ Signature ______ Date/Time

**SECTION 2**

Checked by: [illegible] RN/LPN Date 7/1/06 Time 1200

TO Salamagna
Discontinue Percocet ✓
Vicodin 1-2 tablets Q4-6 hrs prn pain ✓
Morphine 1-2mg IV Q2-4hrs prn breakthrough pain.
Pericolace 1-2 tabs BID prn constipation ✓

7/1/06 1145 AJC

☐ verbal/telephone order read back to prescriber

SIGNATURE [illegible] RN PRINT NAME N. Martinez, NC 7/1/06
DATE 7-1-06 TIME 1145
PAGER / PHONE 12 noon

7/2/06 0200 [illegible] RN

Transcribed by ______ Signature ______ Date/Time

**SECTION 3**

Checked by: [illegible] RN/LPN Date 7/3/06 Time 2345

Dulcolax suppository ✓ PR now [illegible].

T. Adolobi 0740 7/3

7/3/06

24hr Audit
7/3/06 2345
[illegible] RN

07/3 0739
T. Adolobi

☐ verbal/telephone order read back to prescriber

SIGNATURE PRINT NAME [illegible] Bergin
DATE TIME
PAGER / PHONE 2912

Transcribed by ______ Signature ______ Date/Time

**PRESCRIBER'S ORDER SHEET**

3NW 1

2581914
FRAZZA
LUKE 263 2451 M
STARR, JOHN K. 07/10/1963
19988427
06/29/06
~~3N23BW~~

FORM 1179 11/05/04 93-2625-7



Washington Hospital Center

MedStar Health

PLEASE NUMBER ALL ORDERS

*Signature should be accompanied by Prescriber's printed name, date, time and pager/phone with each set of orders.*

Walker for home use
D/C IV
D/C home

7/4/06
N. Martin, u.c.
0735
A.M.

☐ verbal/telephone order read back to prescriber

SIGNATURE
DATE 7406
TIME
PRINT NAME
PAGER / PHONE

SECTION 1
Checked by: Date RN/LPN Time
Transcribed by Signature Date/Time

SECTION 2
Checked by: Date RN/LPN Time
Transcribed by Signature Date/Time

☐ verbal/telephone order read back to prescriber

SIGNATURE
DATE
TIME
PRINT NAME
PAGER / PHONE

SECTION 3
Checked by: Date RN/LPN Time
Transcribed by Signature Date/Time

☐ verbal/telephone order read back to prescriber

SIGNATURE
DATE
TIME
PRINT NAME
PAGER / PHONE

PRESCRIBER'S ORDER SHEET

3NW 1

2581914
FRAZZA 263 2451 M
LUKE
STARR, JOHN K. 07/10/1963
19988427
06/29/06
3N23BW

FORM 1179 11/05/04 93-2625-7

WHC 06/29/06 -20



Washington
Hospital Center
MedStar Health

Refer to Interdisciplinary Problem List for updating the Plan of Care.
All Progress Notes should include problem, plan/goals, and patient response, outcome.

| DATE AND TIME | PROGRESS NOTES |
|---|---|
| 62906 | OR |
| | Revision posterior decompression |
| | L3 + L4 c̄ instrumented autologous |
| | 360° arthrodesis |
| | Starr - Bullock |
| | GA ET |
| | EBL - 400 cc |
| | cell saver - 250 cc |
| | ↑ JP deep |
| | C-Arm - XRay - SSEP/EMG |
| | stable throughout → to PACU |
| | [signature] |
| 6/29/06 1700 | Nsg Note |
| | Recd. Pt from PACU s/p $L_3$-$L_4$ Rev. Decomp. |
| | A/O x3. V.S.S. Verbalized no pain. Foley |
| | patent. PCA MSO4 intact. Denies neuro |
| | deficit. Abd. c̄ +BS. Venodynes intact. |
| | Able to turn in bed c̄ minimal help. |
| | Lumbar dsg. D/I [signature] RN |

DATE

PATIENT LABEL

**INTERDISCIPLINARY PLAN OF CARE PROGRESS NOTES**

FORM 205 83-2074-9 R04/05/04

2581914
FRAZZA
LUKE 263 24 57 M
STARR, JOHN 07/10/1963
19988427
06/29/06
MR14-P

WHC 06/29/06 -21



Washington Hospital Center
MedStar Health

Refer to Interdisciplinary Problem List for updating the Plan of Care.
All Progress Notes should include problem, plan/goals, and patient response, outcome.

| DATE AND TIME | PROGRESS NOTES |
|---|---|
| 2581914 FRAZZA LUKE STARR, JOHN K. 19988427 06/29/06 3N23BW 07/10/1963 M | Date 6/30 Time 9:50 DOS 6/29<br>Patient's Name Frazza, Luke 3NW23<br>**ANESTHESIA POST-OP NOTE: Patient seen and chart reviewed.**<br>(X) No peri-operative anesthesia related complications noted.<br>( ) Other: PONV<br>[signature] M.D./CRNA<br>Department of Anesthesiology |
| 6/30/06 0030<br>addendum: 0440-0750 | Nsg note<br>[illegible handwritten note] BP 88-92/56-60 [illegible] [illegible] Pain controlled PCA [illegible]. JP output [illegible] serous [illegible] drainage [illegible] Foley draining [illegible] yellow urine (see Nsg flowsheet for [illegible]) Dr. [illegible] notified [illegible] of pt's BP 88-92/56-60. No orders given [illegible]<br>[illegible] 0740, BP 117/75 [illegible]-90<br>[signature]<br>Addendum; [illegible] 0448, [illegible] [signature] |

DATE PATIENT LABEL

**INTERDISCIPLINARY PLAN OF CARE PROGRESS NOTES**

FORM 205 83-2074-9 R04/05/04



Washington
Hospital Center
MedStar Health

Refer to Interdisciplinary Problem List for updating the Plan of Care.
All Progress Notes should include problem, plan/goals, and patient response, outcome.

| DATE AND TIME | PROGRESS NOTES |
|---|---|
| 6/30/06 | Occup. Therapy |
| | S: Pt c/o pain in back 3/10. |
| | O: Orders received. Eval completed & placed in chart. |
| | A: Pt would benefit from cont'd OT tx. Recommend home c̄ services upon discharge. |
| | P: Cont c̄ OT tx 5x |
| | [signature] OTR/L #1216 |
| 6/30/06 1145-1225 | Physical Therapy: |
| S: | c/o nausea, RN aware |
| O: | Orders acknowledged & appreciated, chart reviewed, evaluation complete. Details in Rehab section. |
| A: | Pt may benefit from skilled P.T. intervention for strengthening, gait/stair training. Recommend D/C home c̄ services when medically stable. |
| P: | Cont P.T. 6x/wk. Thank you for this referral. |
| | [signature] MPT/26418 |

DATE

PATIENT LABEL

**INTERDISCIPLINARY PLAN OF CARE PROGRESS NOTES**

FORM 205 83-2074-9 R04/05/04

2581914
FRAZZA
LUKE
STARR, JOHN K. 07/10/1963 M
19988427
06/29/06
3N23BW

263245

WHC 06/29/06 -23



Washington
Hospital Center
*MedStar Health*

Refer to Interdisciplinary Problem List for updating the Plan of Care.
All Progress Notes should include problem, plan/goals, and patient response, outcome.

| DATE AND TIME | PROGRESS NOTES |
|---|---|
| 7/1/06 | Ortho |
| | [illegible] |
| | [illegible] 37.4 |
| | [illegible] |
| | [illegible] doing well POD#2 |
| | - PT/OT |
| | - labs |
| | - dispo - pt home c services |
| | [signature] |
| 7/1/06 800 | Nsg Note: |
| | A+O X3, drsg to back CDI, MP removed |
| | Jpratt this am. NV status intact, PCA |
| | infusing via PIV s complications. pt |
| | denies distress @ this time. [signature] RN |

| | DATE | PATIENT LABEL |
|---|---|---|
| **INTERDISCIPLINARY PLAN OF CARE PROGRESS NOTES** | | |

FORM 205 83-2074-9 R04/05/04



Washington
Hospital Center
MedStar Health

Refer to Interdisciplinary Problem List for updating the Plan of Care.
All Progress Notes should include problem, plan/goals, and patient response, outcome.

| DATE AND TIME | PROGRESS NOTES |
| --- | --- |
| 7-1-06 1230 | NSG Note: discontinued morphine PCA @ 12pm, oral painmeds to start. foley discontinued @ 0900, DTV @ 1700. pt OOB c̄ PT this am. pt denies complaints @ this time ACOlson RN |
| 7-1-06 1440 | NSG: voided 400cc yellow urine, no complaints @ this time will continue to monitor ACOlsen |
| 7/2/06 0100 | NSG. note: P- pain I- c/o back pain / HA [illegible] / [illegible] Tylenol given c̄ good effect. P- alt. in sleeping pattern I- pt. requested sleeping pills- ambien 10 mg given E- will closely monitor for effectiveness. BSR- [illegible]. [signature] RN |
| 7/2/06 | POD # 3 [illegible] L3/4 Afeb VSS Incision c/d/I, [illegible] in All [illegible] Plan: continue c̄ PT [illegible] [signature] |

| INTERDISCIPLINARY PLAN OF CARE PROGRESS NOTES | DATE | PATIENT LABEL |
| --- | --- | --- |
| FORM 205 83-2074-9 R04/05/04 | | ~~2581914~~ FRAZZA LUKE 2632457 M STARR, JOHN K. 07/10/1963 19988427 06/29/06 3N23BW |

WHC 06/29/06 -25



Washington Hospital Center
MedStar Health

Refer to Interdisciplinary Problem List for updating the Plan of Care.
All Progress Notes should include problem, plan/goals, and patient response, outcome.

| DATE AND TIME | PROGRESS NOTES |
| --- | --- |
| 7-2-06 | Nsg note |
| | P- c/o Back pain + Constipation |
| | I. Pt given Vicodan 2tab PO x 2 c |
| | good Relief. Pt also given Percolace |
| | 2tab PO x 1 for constipation. |
| | E. Pt rates pain @ 2@ present - Ø BM |
| | @ present. Will continue to monitor |
| | Pt closely ——— D Leathor RN |
| 7/2/06 | Nsg notes Re pain |
| 2300 | I - c/o back pain - pt medicated c 2 [illegible] |
| | E - pt reported good effect. Pt. also c/o slight |
| | tingling / numbness to (R) foot - able to wiggle toes - |
| | good capillary refill. [illegible] Will cont. |
| | to monitor. [illegible] RN |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

DATE

PATIENT LABEL

**INTERDISCIPLINARY PLAN OF CARE PROGRESS NOTES**

FORM 205 83-2074-9 R04/05/04



Washington
Hospital Center
*MedStar Health*

Refer to Interdisciplinary Problem List for updating the Plan of Care.
All Progress Notes should include problem, plan/goals, and patient response, outcome.

| DATE AND TIME | PROGRESS NOTES |
|---|---|
| 7/3/06 6:40pm | POD #4 [illegible] revision L3-4 |
| | AF, VSS |
| | Incision C/D/I, [illegible] in all [illegible] |
| | [illegible] in [illegible] in (L) LE [illegible] (R) [illegible] foot. |
| | A/P [illegible], [illegible] |
| | [illegible] for [illegible]. |
| | [signature] 2912 |
| 7-3/06 6:46pm | Nsg note |
| | Pt alert + 0x3 VSS. In no apparent distress c/o pain x2 medication c Vicodin 1 tab PO x2 c good relief. c/o ↓ sensation to (R) foot. (R) foot warm to touch toes warm to touch c good movement. Pulses palpable. HO paged regarding Pt c/o ↓ sensation to (R) foot. In Surgery. Will continue to monitor Pt closely & get in touch c HO again. [signature] |

| | DATE | |
|---|---|---|
| **INTERDISCIPLINARY PLAN OF CARE PROGRESS NOTES** | | |

FORM 205 83-2074-9 R04/05/04

2581914
FRAZZA
LUKE
STARR, JOHN K. 2632457
19988427 07/10/1963 M
06/29/06
3N23BW



Washington
Hospital Center
*MedStar Health*

Refer to Interdisciplinary Problem List for updating the Plan of Care.
All Progress Notes should include problem, plan/goals, and patient response, outcome.

| DATE AND TIME | PROGRESS NOTES | | | |
|---|---|---|---|---|
| | **Clinical Resource Management Progress Note** | | | |
| **Patient Name:** | FRAZZA,LUKE | | | |
| **Account Number:** | 19988427 | **MRN:** | 2581914 | |
| **Date of Service:** | 07/03/2006 | **Location:** | 3NW | |
| **Case Worker:** | Fortuna,David | **Time:** | 1115 | |
| **Comments:** | 7/3/06 - SW acknowledges referral from RN today in order to assess pt's needs. Pt seen after Rehab Medicine evaluation and recommendation was for pt to be able to go home. Pt seen.<br><br>Mr. Frazza lives with his wife, Mary (703-272-7776) in a two-story home with 1 step into the house and then a few steps to the first floor and and few to the second floor. Pt stated he was walking without an assistive device today. He would like to have a therapist come into his home to help him at d/c. Pt gave SW the Hartford's Workman's Compensation contact person Debbie Fox 877-673-9222, #1, x25375. SW called Ms. Fox, but she was out of the office and Hartford's office is closed today and will re-open on 7/5. Therefore, SW will be unable to acquire authorization for pt's home care services until then. Pt informed and he was comfortable with not having therapists for a few days. SW also referred pt to Medstar HCC, Ms. Johnson who will followp-up with referral.<br><br>Assessment: It seems that Mr. Frazza has support at home and will be fine without therapists coming to see him immediately.<br><br>Plan: SW will follow for home care services as above. DAF | | | |
| **Signature:** | [signature] David Fortuna | **Print Date/Time:** | 7/3/2006 11:38 | |
| **Title:** | LICSW | | | |
| **Pager:** | 4574 | | | |

**CG001-03-03**
**Page 1 of 1**

| INTERDISCIPLINARY PLAN OF CARE PROGRESS NOTES | DATE | PATIENT LABEL |
|---|---|---|

FORM 205 83-2074-9 R04/05/04

WHC 06/29/06 -28



Washington
Hospital Center
*MedStar Health*

Refer to Interdisciplinary Problem List for updating the Plan of Care.
All Progress Notes should include problem, plan/goals, and patient response, outcome.

| DATE AND TIME | PROGRESS NOTES |
|---|---|
| 7/3/06 1050 | MedStar VNA Home Care |
| | Referral received for anticipated home services. No specific home care orders written yet. Will continue to follow. Will arrange services per orders written, as needed. Above SW entry noted. [signature] P3039 |
| 4 July 06. | POD# 5 s/p [illegible] L3/4 [illegible] |
| | c/o ↓ sensation Right great toe |
| | ∅ loss of motor strength |
| | afeb VSS |
| | 5/5 Ankle Dorsi/ Plantar/ Inv/Eve. |
| | ↓ sensation to light touch great toe |
| | Incision c/d/i ∅ Erythema ∅ drainage |
| | P/ ① Continue ē therapy |
| | ② [illegible] placement |
| | [signature] |

INTERDISCIPLINARY PLAN OF CARE PROGRESS NOTES

DATE

FORM 205 83-2074-9 R04/05/04

2581914
FRAZZA
LUKE 263245 M
STARR, JOHN K. 07/10/1963
19988427
06/29/06
3N23BW



Washington
Hospital Center
*MedStar Health*

Refer to Interdisciplinary Problem List for updating the Plan of Care.
All Progress Notes should include problem, plan/goals, and patient response, outcome.

| DATE AND TIME | PROGRESS NOTES |
| --- | --- |
| 1/4/06 | Nsg note |
| 1025 | Pt D/Ced to home via wheelchair |
| | c̄ wife. Alert +o×3. VSS. In no apparent |
| | distress. Voiced no complaint. Drsg to back |
| | CDI. ⊕ neurovascular status to . tolerated |
| | PO food + fluid well. voided s̄ difficulty |
| | D/C instruction given to Pt regarding |
| | follow up care + script for Vicodin |
| | and Colace. Pt verbalized understanding |
| | of D/C instructions —— D. Heathon RN |

DATE

PATIENT LABEL

**INTERDISCIPLINARY**
**PLAN OF CARE**
**PROGRESS NOTES**

FRAZZA, LUKE ID:002581914 263245 16-JUN-2006 14:45:58 WASHINGTON HOSPITAL CENTER-PO-TES ROUTINE RECORD

10-JUL-1963 (42 yr)
Male Caucasian

Loc:14

| | | | |
|---|---|---|---|
| Vent. rate | 71 | | BPM |
| PR interval | 160 | | ms |
| QRS duration | 96 | | ms |
| QT/QTc | 368/399 | | ms |
| P-R-T axes | 42 26 | 36 | |

Normal sinus rhythm
Normal ECG

Technician: AG

Referred by: JOHN K STARR
ATTENG MD:

Confirmed By: STEVEN GOLDSTEIN, M.D.

I aVR V1 V4
II aVL V2 V5
III aVF V3 V6
II

25mm/s 10mm/mV 150Hz 005E 12SL 233 CID: 79

SID: 006987695 EID:2963 EDT: 12:32 17-JUN-2006 ORDER:

ACCOUNT: 19988427

Page 1 of 1

WHC 06/29/06 -31

**DEPARTMENT OF PATHOLOGY AND LABORATORY MEDICINE**
Washington Hospital Center
110 Irving Street, NW, Washington, DC 20010-2975

Thomas A. Godwin, MD
Director

263245

Patient FRAZZA, LUKE
Location 3W01 - PW Age 42 YRS Sex M
Physician JOHN K. STARR, MD

M.R.# (0000)002581914
Print Date 07/05/06
TIME 1407

## HEMATOPATHOLOGY

**BLOOD COUNT**

| | WBC K/UL [3.00-8.50] | RBC M/UL [4.22-5.41] | HGB GM/DL [13.0-16.2] | HCT % [39.3-47.3] | MCV UM3 [81.0-99.0] | MCH PG [27.0-31.0 |
|---|---|---|---|---|---|---|
| 06/16/06 1450 | 5.69 | 4.99 | 14.9 | 44.1 | 88.4 | 29.9 |
| 06/30/06 0529 | | | **11.8** L | **35.5** L | 89.4 | |
| 07/01/06 0455 | | | **12.5** L | **37.4** L | 90.3 | |

| | MCHC % [31.0-36.0] | PLATELET K/MM3 [151-307] | RDW % [11.7-13.6] | NRBC/100 WBCs |
|---|---|---|---|---|
| 06/16/06 1450 | 33.8 | 181 | 12.5 | 0 |
| 06/30/06 0529 | 33.2 | | | |
| 07/01/06 0455 | 33.4 | | | |

## COAGULATION

| | PT SEC [11.8-14.5] | PT INR |
|---|---|---|
| 06/16/06 1450 | 14.5 | 1.1 |

## CHEMISTRY

| | GLU MG/DL [65-115] | BUN MG/DL [6-20] | CREAT MG/DL [0.6-1.2] | NA MEQ/L [135-147] | K MEQ/L [3.3-5.5] | CL MEQ/L [95-110] | CO2 MEQ/L [22-29] |
|---|---|---|---|---|---|---|---|
| 06/16/06 1450 | 97 | 16 | 0.8 | 142 | 4.0 | 106 | 23 |

| | CAL MG/DL [8.5-10.5] |
|---|---|
| 06/16/06 1450 | 9.5 |

**Footnotes**
L = Low
INPATIENT FINAL

WHC 06/29/06 -32

CONTINUED

**DEPARTMENT OF PATHOLOGY AND LABORATORY MEDICINE**
Washington Hospital Center
110 Irving Street, NW, Washington, DC 20010-2975

Thomas A. Godwin, MD
Director

Patient FRAZZA, LUKE
Location 3W01 - PW Age 42 YRS Sex M
Physician JOHN K. STARR, MD

M.R.# (0000)082581914 263245?
Print Date 07/05/06
TIME 1407

## POINT OF CARE

Ionized Calcium value does not reflect "normalization" with pH value.

| | BLD GLU MG/DL [70-110] | BLOOD SODIUM MEQ/L [138-145] | BLOOD POTASSIUM MEQ/L [3.5-5.0] |
|---|---|---|---|
| 06/29/06 1229 | 108 | **136** L | 3.6 |

| | ARTERIAL HB G/DL [12.0-18.0] |
|---|---|
| 06/29/06 1229 | 12.9 |

## BLOOD BANK - CURRENT RESULT SUMMARY

**GROUP AND TYPE**

| | ABO & Rh |
|---|---|
| 06/16/06 1425 | O POS |
| 06/29/06 0838 | O POS |

**ANTIBODY SCREENING AND TESTING**

| | ANTIBODY SCREEN |
|---|---|
| 06/16/06 1425 | NEG |
| 06/29/06 0838 | NEG |

## CANCELLED TESTS

06/16/06 1425 UA TEST CANCELLED-NO SPECIMEN RECEIVED

**Footnotes**
L = Low

JOHN K. STARR, MD
106 IRVING STREET NW #215
WASHINGTON DC 20010

INPATIENT FINAL

WHC 06/29/06 -33

END OF REPORT



Washington Hospital Center

**Laboratory Data(06/16/2006)**

*printed*

06/17/2006 07:22 by taa1

**42M Frazza 06/27/06**

| Frazza, Luke. | | | | | 19988427 |
|---|---|---|---|---|---|
| MRN 2632451 ~~2581914~~ | Account 19988427 | Complaint 722.10,722.52 | | | Home Phone 703-272-7776 |
| Birth Date 07/10/1963 | Sex Male | Insurance Hartford | PMD | PMD Phone | Work Phone 202-285-2321 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/16/2006 14:50 | Protime | | PT | | | Starr, John K | |
| Protime | *PROTIME | 14.5 | Sec | 11.8-14.5 | | 06/16/2006 15:23 | Final |
| INR | INR | 1.1 | | | | 06/16/2006 15:23 | Final |
| 06/16/2006 14:50 | Basic Metabolic Panel | | PROBMP1 | | | Starr, John K | |
| Glucose | GLU | 97 | Mg/dl | 65-115 | | 06/16/2006 15:26 | Final |
| BUN | BUN | 16 | Mg/dl | 6-20 | | 06/16/2006 15:26 | Final |
| Creatinine | CREAT | 0.8 | Mg/dl | 0.6-1.2 | | 06/16/2006 15:26 | Final |
| NA | NA | 142 | Meq/l | 135-147 | | 06/16/2006 15:26 | Final |
| K | K | 4.0 | Meq/l | 3.3-5.5 | | 06/16/2006 15:26 | Final |
| Chloride | CL | 106 | Meq/l | 95-110 | | 06/16/2006 15:26 | Final |
| CO2 | CO2 | 23 | Meq/l | 22-29 | | 06/16/2006 15:26 | Final |
| Calcium | CAL | 9.5 | Mg/dl | 8.5-10.5 | | 06/16/2006 15:26 | Final |
| 06/16/2006 14:50 | CBC | | CBC | | | Starr, John K | |
| WBC | WBC | 5.69 | K/ul | 3.00-8.50 | | 06/16/2006 15:30 | Final |
| RBC | RBC | 4.99 | M/ul | 4.22-5.41 | | 06/16/2006 15:30 | Final |
| HGB | HGB | 14.9 | Gm/dl | 13.0-16.2 | | 06/16/2006 15:30 | Final |
| HCT | HCT | 44.1 | % | 39.3-47.3 | | 06/16/2006 15:30 | Final |
| MCV | MCV | 88.4 | Um3 | 81.0-99.0 | | 06/16/2006 15:30 | Final |
| MCH | MCH | 29.9 | Pg | 27.0-31.0 | | 06/16/2006 15:30 | Final |
| MCHC | MCHC | 33.8 | % | 31.0-36.0 | | 06/16/2006 15:30 | Final |
| Platelet Count | *PLT | 181 | K/mm3 | 151-307 | | 06/16/2006 15:30 | Final |
| RDW | RDW | 12.5 | % | 11.7-13.6 | | 06/16/2006 15:30 | Final |
| Nr/W | NR/W | 0 | | | | 06/16/2006 15:30 | Final |
| 06/16/2006 14:49 | Abo & Rh Check (Abd1) | | ABD1 CK | | | Starr, John K | |
| ABO & RH Interp (ABD1) | I ABD1 | OPOS | | | | 06/16/2006 15:58 | Final |
| 06/16/2006 14:25 | Antibody Screen Interpretation | | ABSC INT | | | Starr, John K | |
| Antibody Screen Interpretation | ABSC INT | NEG | | | | 06/16/2006 15:57 | Final |
| 06/16/2006 14:25 | Abo & Rh (Fwd, Rev, No Du) | | ABD1 | | | Starr, John K | |
| ABO & RH Interp (ABD1) | I ABD1 | OPOS | | | | 06/16/2006 15:57 | Final |



MedStar Health

**Washington Hospital Center**
110 Irving Street, NW, Washington, DC 20010

Center Radiology, PC
Interventional Radiology Department: 202-877-6495
Nuclear Medicine Department: 202-877-6066
POB Radiology Department: 202-877-4710
Radiology Department: 202-877-6451
CT Scan: 202-877-5301
MRI Center: 202-877-5903
NM PET Center: 202-877-9240
[Report Problems: 202-877-8747 option 1]

**Patient Name: FRAZZA, LUKE**
MRN: ~~2581914~~ 2632451
DOB: 7/10/1963
Patient Age: 42 years
Account #: 19988427
Ward/Clinic: 3NW

*This fax/report is intended only for the individual(s) to whom it is addressed and may contain information that is confidential or priviledged. If you are not the intended recipient(s), or the employee or person responsible for delivering it to the intended recipient(s) you are hereby notified that any dissemination, distribution, copying or use is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the original fax/report to the sender by first-class mail.*

## Diagnostic Imaging

| Accession Number: | Exam Date/Time: | Procedure: | Ordering Physician: |
|---|---|---|---|
| DX-06-0088781 | 6/29/2006 10:44:00 AM | DX Spine Lumbar (Single view) | Starr MD, John K |

CPT4 Codes:
72020, 72010

## Reason for Exam:

localization

## Read

CLINICAL INDICATION: Localization.

FINDINGS: The intraoperative lumbar spine from 6/29/06 demonstrates a marker at the L2-3 level.

**IMPRESSION:**
Marker at the L2-3 level.

Dictating Radiologist: Raizon MD, Arnold 07/03/06 08:33
Electronically Signed by: Raizon MD, Arnold 07/03/06 08:33
07/03/06 08:33
07/03/06 08:33
Transcribed by: ES 07/01/06 15:20

Starr MD, John K
106 Irving Street
Ste 215
Washington, DC 20010



MedStar Health

**Washington Hospital Center**
110 Irving Street, NW, Washington, DC 20010

Center Radiology, PC
Interventional Radiology Department: 202-877-6495
Nuclear Medicine Department: 202-877-6066
POB Radiology Department: 202-877-4710
Radiology Department: 202-877-6451
CT Scan: 202-877-5301
MRI Center: 202-877-5903
NM PET Center: 202-877-9240
[Report Problems: 202-877-8747 option 1]

**Patient Name: FRAZZA, LUKE**
MRN: ~~2581914~~ 2633451
DOB: 7/10/1963
Patient Age: 42 years
Account #: 19988427
Ward/Clinic: 3NW

*This fax/report is intended only for the individual(s) to whom it is addressed and may contain information that is confidential or priviledged. If you are not the intended recipient(s), or the employee or person responsible for delivering it to the intended recipient(s) you are hereby notified that any dissemination, distribution, copying or use is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the original fax/report to the sender by first-class mail.*

## Diagnostic Imaging

| Accession Number: | Exam Date/Time: | Procedure: | Ordering Physician: |
|---|---|---|---|
| DX-06-0088922 | 6/29/2006 1:41:08 PM | DX Spine Lumbar AP + Lat (2-3 views) | Starr MD, John K |

CPT4 Codes:
72100, 72100

## Reason for Exam:

revision posterior decompression with instrumentation autologus 360 degree arthrodesis l3-l4

## Read

INDICATION: Revision posterior decompression with instrumentation autologous 360-degree arthrodesis of L3-4.

PROCEDURE: Intraoperative PA and lateral views of the lumbar spine.

FINDINGS: There are pedicle screws extending through L3 and L4 with fixation rods at that level. Disc spacer is noted at L3-4. There s a nasogastric tube. Side port of the nasogastric tube is in the distal esophagus.

**IMPRESSION:**
Intraoperative lumbar spine as described above. The images are reviewed at

Starr MD, John K
106 Irving Street
Ste 215
Washington, DC 20010

**Patient Name: FRAZZA, LUKE**
MRN: ~~2581914~~
2632451

## Diagnostic Imaging

| Accession Number: | Exam Date/Time: | Procedure: | Ordering Physician: |
|---|---|---|---|
| DX-06-0088922 | 6/29/2006 1:41:08 PM | DX Spine Lumbar AP + Lat (2-3 views) | Starr MD, John K |

12:24 p.m. on 6/29/06.

Dictating Radiologist: Raizon MD, Arnold 07/03/06 08:33
Electronically Signed by: Raizon MD, Arnold 07/03/06 08:33
07/03/06 08:33
07/03/06 08:33
Transcribed by: ES 07/01/06 15:18


MedStar Health

**Washington Hospital Center**
110 Irving Street, NW, Washington, DC 20010

Center Radiology, PC
Interventional Radiology Department: 202-877-6495
Nuclear Medicine Department: 202-877-6066
POB Radiology Department: 202-877-4710
Radiology Department: 202-877-6451
CT Scan: 202-877-5301
MRI Center: 202-877-5903
NM PET Center: 202-877-9240
[Report Problems: 202-877-8747 option 1]

**Patient Name: FRAZZA, LUKE**
MRN: ~~2581914~~ 263 2451
DOB: 7/10/1963
Patient Age: 42 years
Account #: 19988427
Ward/Clinic: 3NW

*This fax/report is intended only for the individual(s) to whom it is addressed and may contain information that is confidential or priviledged. If you are not the intended recipient(s), or the employee or person responsible for delivering it to the intended recipient(s) you are hereby notified that any dissemination, distribution, copying or use is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the original fax/report to the sender by first-class mail.*

## Diagnostic Imaging

| Accession Number: | Exam Date/Time: | Procedure: | Ordering Physician: |
|---|---|---|---|
| DX-06-0088781 | 6/29/2006 10:44:00 AM | DX Spine Lumbar (Single view) | Starr MD, John K |

CPT4 Codes:
72020, 72010

## Reason for Exam:

localization

## Read

CLINICAL INDICATION: Localization.

FINDINGS: The intraoperative lumbar spine from 6/29/06 demonstrates a marker at the L2-3 level.

**IMPRESSION:**
Marker at the L2-3 level.

Dictating Radiologist: Raizon MD, Arnold 07/03/06 08:33
Electronically Signed by: Raizon MD, Arnold 07/03/06 08:33
07/03/06 08:33
07/03/06 08:33
Transcribed by: ES 07/01/06 15:20

Starr MD, John K
106 Irving Street
Ste 215
Washington, DC 20010



MedStar Health

**Washington Hospital Center**
110 Irving Street, NW, Washington, DC 20010

Center Radiology, PC
Interventional Radiology Department: 202-877-6495
Nuclear Medicine Department: 202-877-6066
POB Radiology Department: 202-877-4710
Radiology Department: 202-877-6451
CT Scan: 202-877-5301
MRI Center: 202-877-5903
NM PET Center: 202-877-9240
[Report Problems: 202-877-8747 option 1]

**Patient Name: FRAZZA, LUKE**
MRN: ~~2581914~~ 2632451
DOB: 7/10/1963
Patient Age: 42 years
Account #: 19988427
Ward/Clinic: 3NW

*This fax/report is intended only for the individual(s) to whom it is addressed and may contain information that is confidential or priviledged. If you are not the intended recipient(s), or the employee or person responsible for delivering it to the intended recipient(s) you are hereby notified that any dissemination, distribution, copying or use is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone and return the original fax/report to the sender by first-class mail.*

## Diagnostic Imaging

| Accession Number: | Exam Date/Time: | Procedure: | Ordering Physician: |
|---|---|---|---|
| DX-06-0088922 | 6/29/2006 1:41:08 PM | DX Spine Lumbar AP + Lat (2-3 views) | Starr MD, John K |

CPT4 Codes:
72100, 72100

## Reason for Exam:

revision posterior decompression with instrumentation autologus 360 degree arthrodesis l3-l4

## Read

INDICATION: Revision posterior decompression with instrumentation autologous 360-degree arthrodesis of L3-4.

PROCEDURE: Intraoperative PA and lateral views of the lumbar spine.

FINDINGS: There are pedicle screws extending through L3 and L4 with fixation rods at that level. Disc spacer is noted at L3-4. There s a nasogastric tube. Side port of the nasogastric tube is in the distal esophagus.

**IMPRESSION:**
Intraoperative lumbar spine as described above. The images are reviewed at

Starr MD, John K
106 Irving Street
Ste 215
Washington, DC 20010

**Patient Name: FRAZZA, LUKE**
MRN: ~~2581914~~
2632451

**Diagnostic Imaging**

| Accession Number: | Exam Date/Time: | Procedure: | Ordering Physic |
| --- | --- | --- | --- |
| DX-06-0088922 | 6/29/2006 1:41:08 PM | DX Spine Lumbar AP + Lat (2-3 views) | Starr MD, John I |

12:24 p.m. on 6/29/06.

Dictating Radiologist: Raizon MD, Arnold 07/03/06 08:33
Electronically Signed by: Raizon MD, Arnold 07/03/06 08:33
07/03/06 08:33
07/03/06 08:33
Transcribed by: ES 07/01/06 15:18