# Continuation of Medical Records 13

Washington
Hospital Center

MedStar Health

1. Name of Patient Luke Frazza (First / Last) Date 06/29/06 Time 0915 a.m./p.m.

I authorize the performance of a procedure/care known as Revision Posterior Decompression With Instrumented Autologus Three Hundred Sixty Degree Arthrodesis, Samato to be performed under the direction of Dr.(s) John Starr
Sensory Evoked Potential, Cell Saver, C Arm

2. I acknowledge that the nature of this procedure/care has been described to me in terms which I understand and all questions I have asked about it have been answered to my satisfaction. Significant complications and risks which may be associated with this procedure/care, possible alternatives to this treatment, including the possible consequences of no treatment at all, and the significant complications and risks associated with such alternatives have been explained.

3. If in the course of this procedure/care unforeseen conditions may be revealed which require procedures in addition to or different from this procedure and it is not practical to obtain my consent thereto at the time, I authorize without further consultation with me performance of such procedures which are determined to be necessary or desirable in the exercise of professional judgment.

4. I am aware that blood transfusions may be required. Although it is very rare, transfusion of blood products may transmit diseases such as hepatitis or AIDS. Details about risks, benefits, and alternatives to transfusion (including no transfusion) have been explained to me. I have had the opportunity to ask questions and I authorize the above named physician and his/her assistants to perform such transfusions as are necessary and desirable in the exercise of professional judgment.

5. I also consent to the administration of such anesthesia /intravenous sedation as may be considered necessary by the physician responsible for this service. I understand that the maintenance of an open airway may necessitate instrumentation placed which might unavoidably result in dental damage and/or irritation of the nose and throat.

6. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me concerning the result of examination or treatments in the hospital.

7. I acknowledge that the Washington Hospital Center is a teaching institution. I consent to the presence of professional observers in the operating room and to the photographing or televising of the procedures, including appropriate portions of my body, for medical, scientific, or educational purposes, provided that my identity is not revealed by the pictures or by descriptive texts accompanying them.

8. I consent to the disposal or use for scientific research by hospital authorities of any tissues which may be removed during surgery/care.

[signature] Witness — X [signature] Signature of Patient or Representative

If the patient is unable to sign or is a minor, complete the following: Patient is a minor (____ years of age), and/or is unable to sign because ________________________________

I attest that the patient (or legal guardian or closest available relative, ______________________) has received and understood an explanation of the nature of his/her condition, the nature of the operation or procedure / care to be done, the nature of the risks and benefits associated with undergoing and in abstaining from the operation or procedure / care, alternatives to the operation or procedure / care to be performed, and the nature and degree of risks and benefits associated with each of those alternatives.

6·29·06 Date — Time ______ a.m./p.m. — [signature] Physician's Signature

**CONSENTS FOR SURGERY, PROCEDURES, ANESTHESIA, TRANSFUSION AND OTHER TREATMENTS**

FORM 245 83-2097-0 R 9/3/03

PATIENT INFORMATION
2~~581914~~
FRAZZA
LUKE 263245 M
STARR, JOHN 07/10/1963
19988427
06/29/06
MR14-P

WHC 06/29/06 -41

**WASHINGTON HOSPITAL CENTER**
**OPERATIVE REPORT**

3 NW 23
263 29 57

**PATIENT:** Frazza, Luke
**OPERATION DATE:** 06/29/2006
**SURGEON:** JOHN K. STARR, MD
**FIRST ASSISTANT:**
**SECOND ASSISTANT:**

**MEDICAL RECORD NO.** ~~258-19-1~~4
**DATE OF BIRTH:** 07/10/1963
**SSN:** 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

---

PREOPERATIVE DIAGNOSIS: Stenosis and instability L3/4.

POSTOPERATIVE DIAGNOSIS: Stenosis and instability L3/4.

PROCEDURE: Posterior revision and decompression of pedicle rings of L3 and L4 with instrumented autologous 360-degree arthrodesis L3/4.

ESTIMATED BLOOD LOSS: 400 mL, which 250 mL was returned via Cell Saver.

INDICATIONS: This is a 42-year-old gentleman who underwent surgery for lateral diskectomy more than a year ago at the L3/4 level for herniated disk and radicular symptoms, who has subsequently developed severe degenerative disease, back pain, and recurrent radicular complaints. Imaging studies indicate degenerative disk changes, a measure of instability, and neural compression. After further appraisal of pros and cons, risks, benefits, and alternatives to therapy, he has chosen to come to the operating room.

DESCRIPTION OF PROCEDURE: He was taken from the holding area to the operative room and placed in the supine position where general anesthetic was introduced to a satisfactory surgical plane by endotracheal intubation. All necessary vascular access was assured. He was dosed with 2 grams of Ancef and 80 mg of tobramycin. Bilateral Venodyne hose were placed, as were a Foley catheter and SSEP/EMG electrodes. The patient was then placed prone on the Wilson frames, and all pressure points were well padded. The back was wiped with alcohol and prepped and draped in the usual sterile fashion.

The patient had previously had a lateral paramedian incision at the 3/4 level, and this was not utilized. A midline approach to the 3/4 surgical field was undertaken. That position was verified using intraoperative radiography. Dissection was taken down to the tips of the transverse processes of L3 and L4 bilaterally. Tedious dissection was performed at the L3/4 interval on the left. They had proceeded to do an intertransverse plane previously, and there was a clear anomaly to the 3/4 facet on the left. In fact, there was a pars defect on this side as well amidst abundant scar material, simply the aftermath of previous surgery. The dissection, although tedious, was done with protection at all times of underlying neural elements. We did trace the 3 and 4 roots out in their entirety, particularly on the left the scar had to be immobilized carefully

**WASHINGTON HOSPITAL CENTER**
**OPERATIVE REPORT**

**PATIENT:** Frazza, Luke **MEDICAL RECORD NO.** ~~258-19-~~14 263 2451
**OPERATION DATE:** 06/29/2006

from the pedicle, and particularly from the prior defect, which had a good deal of adhesions at this site. It was likewise difficult to mobilize the theca from the underlying 3/4 disk, but this too was accomplished and was done so bilaterally. With sequential distraction, a 10-mm tantalum metal cage packed with autologous bone graft was tamped into the previously prepared 3/4 interspace bilaterally, and with C-arm guidance excellent position of these cages was achieved. The same C-arm was utilized then for placement of bipedicle screw fixation at L3 and L4. Each screw hole, once drilled, was probed with a ball-tipped probe, and no breech was found. Each screw once placed, was stimulated with direct current. No adverse EMG readings were found. The screws had excellent purchase. They were connected to the top-loading rod from the Zimmer, which then was tightened terminally under compression. The C-arm again showed excellent maintenance position between hardware and of all spinal alignment. Intraoperative plain A/P and lateral x-rays were subsequently taken, which showed the same.

Copious irrigation performed throughout the case was done so at this stage. The transverse processes of L3 and L4 bilaterally were decorticated with power. The previously obtained cortical cancellous bone, which had been denuded of soft tissues and then morselized, was placed on top of these transverse processes for intertransverse arthrodesis at L3 and L4. The closure then followed, and this was in layers with #0 Prolene to the deep layer, 2-0 Vicryl to the subcutaneous layers, and staples on the skin. A sterile dressing was applied.

The patient was returned supine to the hospital bed, and subsequently to the recovery room in stable condition.

**WASHINGTON HOSPITAL CENTER**
**OPERATIVE REPORT**

**PATIENT:** Frazza, Luke
**MEDICAL RECORD NO.** ~~258-19~~-14 263 24 51
**OPERATION DATE:** 06/29/2006

DICTATED BY JOHN K. STARR, MD

Key portions(s) of the procedure were performed in my presence.

Electronically Signed by
JOHN K. STARR, MD 06/29/2006 15:31

PHYSICIAN'S SIGNATURE ______________________ DATE____________
JOHN K. STARR, MD

cc: JOHN K. STARR, MD

SR:mdi:mdi
D: 06/29/2006
T: 06/29/2006 2:11 P
Doc: 640893
Job Number: 000023915

Washington Hospital Center
MedStar Health

Procedure: Revision Posterior Decompression with Instrumented Autologous Three Hundred Sixty Degree Arthrodesis, SSEP, Cell Saver, Cram Date: 06/29/06

## PROCEDURE VERIFICATION CHECKLIST

| All five (5) steps must be completed prior to the start of the procedure. | INITIALS |
|---|---|
| 1. Patient or guardian states procedure and/or site is the same as documented on the ☒ posting schedule ☐ physicians' orders ☐ progress notes | cw |
| 2. Consent form agrees with the ☐ posting schedule ☐ physicians' orders ☐ progress notes and is complete with both patient or guardian and physician signatures. | |
| 3. ☒ H&P ☐ progress notes agrees with procedure and/or site noted on consent. | cw |
| 4. Imaging studies verify same site noted on consent. ☐ N/A | |
| 5. Procedure site initialed by attending physician is the same site as documented in the H&P and Consent. ☐ N/A | |

### SIGNATURES

| | |
|---|---|
| Initials: CG Signature: CGreen RN | Initials: cw Signature: Christine Van Vliet RN |
| Printed Name: C Green RN | Printed Name: Christine Van Vliet |
| Initials: Signature: | Initials: Signature: |
| Printed Name: | Printed Name: |

### ATTENDING / TREATING PHYSICIAN VERIFICATION

**Attending/Treating Physician:** I have reviewed the above information and confirmed the procedure will be performed on the ☐ right ☐ left site *(specify)* lumbar

Signature: [signature]

Printed Name: J. L. STARR Date: 62906

### VERBAL CONFIRMATION BY ALL TEAM MEMBERS

**All Team Members:** Verbal confirmation of correct patient, correct procedure, correct procedure site, correct patient position, and the availability of correct implants and any special equipment or special requirements by *all* members of team. *(Each team member responds before procedure begins.)* ☐ yes

**Circulating Nurse *or* Staff Supporting the Procedure:** Signature: ______

Printed Name: ______ Date: ______

### COMMENTS *(Explanation of variance and corrective actions)*

**PROCEDURE VERIFICATION CHECKLIST**

FORM 2132 11/05/04 56421

~~2581914~~ 2632451
FRAZZA
LUKE M
STARR, JOHN 07/10/1963
19988427
06/29/06
MR14-P

Washington Hospital Center
MedStar Health

Procedure: Revision posterior decompression c instrumentation autologous 360 degree arthrodesis SSEP

Scheduled Date: 6-29-06

| Preoperative Studies | Date Done | On Chart | Normal | Abnormal | Name of MD Notified | Date | Treatment |
|---|---|---|---|---|---|---|---|
| CBC | 6/16 | ✓ | cw | | | | |
| Basic Metabolic Profile (ProB) | 6/16 | ✓ | cw | | | | |
| CXR | | ✓ | | | | | |
| EKG | 6/16 | ✓ | cw | | | | |
| PT/PTT | 6/16 | ✓ | cw | | | | |
| Pregnancy Test: ☐ urine ☐ serum | | | | | | | |
| Glucose: ☐ fingerstick ☐ serum Time: ____ | 6/29 | ✓ | | | | | |
| UA | 6/16 | ✓ | | | | | |

**ALLERGIES AND REACTION**

☒ See Medication Assessment Profile none
☐ Betadine ☐ Iodine ☐ Shellfish: none
Food: none
Latex: none Other: All plastic adhesive tape
Physical Deficits: ☒ none ☐ motor
☐ cane ☐ walker ☐ wheelchair ☐ mastectomy L / R
☐ AV graft ____ Other: ____
Communication Deficit: ☒ none ☐ cognitive
☐ hearing impaired ☐ language ____
Other: ____

**MODIFIED ALDRETE SCORE** — *Circle score in each category below and report Total Score here:* 14

| Level of Consciousness | Extremity Strength | Hemodynamic Stability | Respiratory Stability | Oxygen Saturation Status | Pre-Op Pain Assessment | Pre-Op Emetic Symptoms |
|---|---|---|---|---|---|---|
| (2)=Awake & oriented | (2)=Normal | (2)=Baseline | (2)=Able to breathe deeply | (2)=Sat >94% on room air | (2)=Pain score 0 – 3 | (2)=None, or mild nausea, no vomiting |
| 1=Arousable w/ minimal stimulation | 1=Weakness | | 1=Tachypnea with good cough | 1=$0_2$ nasal prongs up to 4L | 1=Pain score 4 – 5 | 1=Transient vomiting or retching |
| 0=Responsive only to tactile stimulation | 0=No voluntary response | | 0=Intubated | 0=Sat <90% or O2>/= to 35% | 0=Pain score >5 | 0=Persistent nausea or vomiting |

MEDS — ☐ See Kardex ☒ See Medication Assessment Profile Vicodin this AM

Height: 5-7 | Weight: 195 | Temp: 98' | Pulse: 70 | Resp: 20 | O2 Sat: 94 | B/P: 109/80

Group type and screen ☐ ordered ☒ sent | Group type and cross ____ units: ☐ ordered ☐ sent | ☐ Blood refused ☐ Refusal form signed

IV Site: (L) hand | Gauge: 18 | Solution: RL | Rate: KVO | Started by: (holding only) [illegible]

Advance Directive on Chart: ☐ Yes ☒ No | Code Status: ☒ Full ☐ DNR ☐ DNRLT

**Outpatient / AM Admits**

Name & Phone Number of Transportation wife Beth Frazza WR 703 244 0361
Patient states they received post op instructions from MD office: ☒ Yes ☐ No
Clothing in locker: ☐ SH1 ☐ SH2 ☐ 3rd floor SH ☐ Security ☒ Given to Family:
Valuables Secured by WHC: ☐ Yes ☒ No Given to Family: ☒ Yes ☐ No

**PRECAUTIONS**

Isolation: ☒ none ☐ airborne ☐ droplet ☐ contact
☐ other: ____
Skin Breakdown: ☒ No ☐ Yes – site ____
Chemo within 48 hrs. ☒ No ☐ Yes

| Complete | Unit Initials | Holding Initials | OR Initials | Complete | Unit Initials | Holding Initials | OR Initials |
|---|---|---|---|---|---|---|---|
| NPO since 12M | | cw | AMC | Old Chart ☒ NA | | cw | AMC |
| ID Band | | cw | | Hairpin/Jewelry removed | | cw | |
| Face Sheet | | cw | | Clothes removed | | cw | |
| OR Consent | | cw | | Denture/Bridge removed ☒ NA | | cw | |
| Procedure Verification | | cw | | Prosthesis/Hearing aid removed ☒ NA | | cw | |
| Sterilization Permit ☒ NA | | cw | | Glasses/Contacts removed ☐ NA | | | |
| Disposal Forms ☒ NA | | cw | | Kardexes NA | | cw | |
| History & Physical | | cw | | Labels | | cw | |
| LMP: ☒ NA or date: ____ | | cw | AMC | Void/cath@ 0545 | | cw | AMC |

| Complete | Initials |
|---|---|
| ☐ Shave ☐ Clip (preferred) @ ____ by: NA | cw |
| Telemetry unit # ____ ☒ NA | cw |

**PREOP MEDICATIONS**

| Drug | Dose | Route | Time | Initials |
|---|---|---|---|---|
| | | | | |

DATE

PATIENT LABEL

WHC 06/29/06 -46

**PERIOPERATIVE NURSING RECORD**

2581914
FRAZZA
LUKE
STARR, JOHN K.
19988427
06/27/06
263-24-51 M
07/10/1963

## PROGRESS NOTES

| Date & Time | |
|---|---|
| ATC/Nursing Unit | |
| | |
| | |
| Surgical Holding | 6/29/06 T&S received not complete - Pt cleared for surgery per Dr Joyner - [illegible] |
| | |
| OR 9 | |
| | |
| | |
| | |
| | |

| Nursing Plan of Care | Initials | Nursing Plan of Care | Initials | Nursing Plan of Care | Initials |
|---|---|---|---|---|---|
| 1. All Patients | ABC | 6. Medications: Intra Op Field | ABC | 10. Pneumatic Tourniquet | — |
| 2. Positioning | | 7. Specimen during Surgery | | 11. Local Anesthesia | — |
| 3. ESU / Chemicals | | 8. Powered Surgical Instruments | ABC | 12. Evidentiary Specimen | — |
| 4. Surgical Counts | | 9. Laser Surgery | — | 13. Procedure Verification | ABC |
| 5. Fire Hazard Exposure | ABC | | | | |

## POST OPERATIVE EVALUATION

| | Yes | No | Comments |
|---|---|---|---|
| Intubated | | ✓ | |
| Peripheral Line | ✓ | | |
| A-Line | | ✓ | |
| Pulmonary Artery Catheter | | ✓ | |
| CVP Line | | ✓ | |
| Foley Catheter | ✓ | | |
| ESU Site Clear | ✓ | | |
| Skin Condition Good | ✓ | | |
| Dressing Dry & Intact | ✓ | | |
| Packing in Place | | ✓ | |
| Anti Embolism Hose/Device | ✓ | | |

Phone Report to PACU ☒ Yes ☐ No

**Patient Discharged from OR to:**
- ☒ Ground Floor Primary PACU
- ☐ Ground Floor Secondary PACU
- ☐ First Floor Primary PACU
- ☐ 3rd Floor Primary PACU
- ☐ 3rd Floor Secondary PACU
- ☐ Nursing Unit:

**via:**
- ☐ Ambulatory
- ☐ Stretcher
- ☐ Wheelchair
- ☒ Bed

Report to: PACU @ 1340 time

**INITIALS ON FORM:** *Complete Information Below*

| Initials | Signature | Printed name |
|---|---|---|
| SK | S Kelley PA | Sandra Kelley PA |
| CW | Christopher Van Wyk | Christopher Van Wyk |
| ABC | A B Cornish RN | A B Cornish RN |
| | | |
| | | |
| | | |

FORM 1169 REV 03/31/05 Pg 2 of 2 93-4155-3



Washington Hospital Center

MedStar Health

**KEY**

| Barriers to Learning | Learners | Preference/Tools/Method | Evaluation |
|---|---|---|---|
| 1 = No Barrier<br>2 = Language/Communication/Literacy<br>3 = Cultural/Religious Practices<br>4 = Cognitive/Sensory Impairment<br>5 = Severity of Illness/Pain<br>6 = Motivation/Receptiveness<br>7 = Physical Limitation | P = Patient<br>F = Family/Significant Other<br>O = Other | C = Class/Group<br>D = Demonstration<br>A = Audiovisual<br>L = Literature<br>TV = Educational Channel<br>PM = Physical Model<br>1:1 = One to One | U = Learner demonstrates/ States Understanding<br>R = Reinforcement Needed<br>NL = Not Learned |

**EDUCATION**

| Instruction | Date | Content | Preference | Barrier | Learners | Tool | Evaluation | Initials |
|---|---|---|---|---|---|---|---|---|
| Pt Rights/Responsiblities | | Your Guide to Washington Hospital Center | | | | | | |
| Illness – Disease Process/ Prevention | | Smoking Cessation Resources | | | | | | |
| | | PACU – Post-operative Pain Management | | | | 1:1 | | |
| | | | | | | | | |
| | | | | | | | | |
| Medications/ Food and Drug Interactions | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Pain Management | 6/29 | See ATC/Surgical Holding/PACU | 1:1 | 1 | P | 1:1 | U | SW |
| | | | | | | | | |
| Equipment | 6/29 | PCA Machine | 1:1 | 1 | P | 1:1 | U | SW |
| | | | | | | | | |
| | | | | | | | | |
| Treatment/ Procedure | 6/16/06 | ATC – Preoperative Teaching including Pain Mgmt. | 1:1 | 1 | P | 1:1 | U | [illegible] |
| | 6-29-06 | Surgical Holding – Pre/Post Operative Process and Pain Management | 1:1 | 1 | P | 1:1 | U | [illegible] |
| | 29 JUN 06 | O.R. – Intra-operative Process | 1:1 | 1 | P | 1:1 | U | [illegible] |
| Diet/ Nutrition Therapy | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Rehabilitation/ Activity | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Follow-up Care/ Community Resources | | PACU – Discharge Instructions | | | | 1:1 | | |
| | | | | | | | | |
| Clinical Pathway/ Educational Forms | | | | | | | | |
| | | | | | | | | |

**Note: PLEASE SIGN ON BACK OF FORM**

| Date | Comments *(additional space on back)* |
|---|---|
| | |
| | |

**PERIOPERATIVE INTERDISCIPLINARY PATIENT EDUCATION RECORD**

FORM 1245i rev 02/19/04 47181

DATE

DO NOT THIN

PATIENT LABEL

~~2501914~~ 2632451
FRAZZA M
LUKE
STARR, JOHN K. 07/10/1963
19988427
06/27/06

| Date | Comments *(continued)* |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Signature | Initials | Print Name and Title |
|---|---|---|
| S Kelley | SK | Sandra Kelley |
| Christine Van Vuit RN | cw | Christine Van Vuit RN |
| SWa RN | SW | Susan Walker, RN |
| | | |
| | | |
| | | |

## Guidelines for the Use of the Interdisciplinary Patient Education Record

**General Statements:**

1. This interdisciplinary document will be initiated by nursing on all patients.
2. The IPER form will be placed behind the patient education divider in each chart and ***should not be thinned.***
3. Patient education provided by any discipline should be documented on this form.

**Instructions for Use:**

1. Document educational content in the column corresponding to the appropriate instruction category.
   a. Clinical pathways or other educational forms that include education should be identified by the name of the pathway or form in the content area and then #2, 3, 4, 5, and 6 should be followed.
2. Complete the date column.
3. To prevent redundant documentation of multiple topics at one teaching event date each section, complete variable sections, evaluation of learning and initial. If date remains the same for additional topics and all other information is identical, then a check mark (✔) can be used to indicate the same information.
4. Using the key provided at the top of the form, enter the appropriate code in the following columns:
   - Barriers*
   - Learners*
   - Tool*
   - Evaluation

   * *If applicable, more than one code may be entered in these columns.*
5. Initial the last column; initial, sign and print name and title in the designated spaces on back of form.
6. The comment section should be utilized if:
   a. A barrier in learning is identified which is not overcome by a change in learner, tool, or method.
   b. It is determined that either reinforcement is needed or the educational content was not learned.

FORM 1245 rev 02/19/04

WHC 06/29/06 -49



Washington Hospital Center

MedStar Health

Age 42 ☒ M ☐ F Height 5'7 Weight 195 kg/lb ☐ Inpatient ☐ Outpatient ☐ AM Admit ☐ MedStar / Emergency Room

☐ Scheduled Surgery: Date/Time 6/27/06 1600 Procedure Lumbar Lami Surgeon Starr

Surgical Hx: Appendect. 1970, Tonsillect. 1968, Mult. knee (R) 1970-80's, Plantar fasciat. 2000, Pilonidal cyst Dissection 4/85

Hx Anesthesia Comp: ☒ Neg or:

Family Hx Anesthesia Comp: ☒ Neg or:

Prior WHC Anesthesia: ☒ None or:

Allergies: ☒ NKDA or: Tapi

Medications: ☐ None or: Vicodin 5/75 7.5/750 Ambien 5mg

Cardiovascular: ☐ HTN ☐ PVP ☐ MVP ☐ SBE Prophylaxis ☐ Valvular Disease ☐ CHF Arrhythmia ☐ Pacemaker ☐ S/P Heart Transplant

☐ Neg. ☐ CAD ☐ Angina: ☐ Stable ☐ Unstable ☐ S/P MI ☐ S/P CABG ☐ Prior Stress Test / ECHO / Cardiac Cath ☐ LV Function ______

Test Results: Able to walk 2 FOS Ø CP & SOB

Cardiologist/(PMD): Teplinsky, Allen PH# Attached: ☐ *Preop Eval.* ☐ *Test Results*

Respiratory: ☐ Recent URI ☐ Productive Cough ☐ COPD ☐ Sarcoid ☐ Asthma ☐ TB ☐ Smoker Ø ☐ Trach

☒ Neg. ☐ Vent Settings ☐ $F_1O_2$ ____% ☐ Rate ☐ Tidal Volume ______ $cc_s$ ☐ PEEP+ ______ cm $H_2O$

GI: ☒ Neg. ☐ Ulcer ☐ Cirrhosis ☐ Hepatitis ☐ Hiatal Hernia/G.E. Reflux ☐ (Morbid) Obesity ☐ Bowel Obstruction

Renal/Endocrine: ☒ Neg. ☐ Diabetes ☐ S/P Kidney Transplant ☐ Thyroid Disease ☐ ERSD ☐ Last Dialysis: ______

Hematologic: ☒ Neg. ☐ HIV(+) ☐ Cancer ☐ Sickle Cell Dx/Trait ☐ Abnormal Bleeding Hx ☐ Refuses Blood Products ☐ Anemia ☐ Sepsis

Neuro/Muscular: ☐ NM Disease ☐ Seizures ☐ Abnormal Mental Status ☐ S/P CVA ☐ Depression

☐ Neg. ☐ Cerebrovascular Disease ☐ Sleep Apnea ☒ Low Back Pain ☐ Elevated ICP

Other: ☐ Drug/(Alcohol Use) Social ETOH ☐ Pregnancy: ☐ Denies ☐ Possible ☐ LMP: ______

☐ Neg. ☐ History unknown except as noted above

Pre-Op Instructions Given to Patient: ☒ Yes ☐ No ☐ N/A By Shelley PAC RN/NP Date/Time: 6/16/06

Pre-Op Testing: ☒ ECG: ☒ NSR ☐ WNL ☐ NS ST-T Changes ☐ Other: ______ 5.0 14.9/44.1 <181 142/4.0 | 106/33 | 16/0.8 <97

☐ CXR: ☐ NAD ☐ Other ______

☐ Other:

PT: 14.5 INR: 1.1 PTT: ______

COMMENTS:

RN/NP/MD Date: 6/27/06 Time: 0930

**FINAL ANESTHESIOLOGIST EVALUATION AND PLAN**

Airway Exam: *MP Class:* 1/II *Neck:* ☐ Full ROM *or:* *Dental Exam:* ☐ Chipped ☐ Loose ☐ Capped ☐ Denture(s) ☐ Other: ______

NPO since midnight | BP 109/70 | P 76 | R 20 | T | Heart: | Lungs:

ASA: 1 (2) 3 4 5 6 E Plan: ☒ General ☐ Regional ☐ MAC ☐ Invasive Monitors ☐ Post-op analgesia requested by Dr. ______

Patient, parent or guardian has been informed of the proposed and alternative anesthetic methods. This explanation included the relative benefits and risks of the methods. It has ben explained to the patient, parent, or guardian that there exists the risks of minor discomfort and disability related to the anesthetic, as well as the risks of the more catastrophic events that can lead to permanent disability or death. Patient, parent, or guardian consents to General, Regional, MAC and Invasive monitoring as appropriate.

Immediate Pre-Operative Assessment: ☐ No change from above GA discussed c̄ patient. Will monitor

MD Date: 6/27/06 Time: 1118

**PREOPERATIVE ANESTHESIA ASSESSMENT RECORD**

FORM 1195 Rev. 12/24/01 93-4169-4

2581914
FRAZZA
LUKE
STARR, JOHN K. 07/10/1963 M
19988427
06/27/06
263-24-57

WHC 06/29/06 -50

Washington Hospital Center

MedStar Health

1400 Susan

Date: 6/29/06 O.R. # 9 pg 1 of 2

Age: 42 Ht: 5'7" Wt: 191 kg / lb

Diagnosis: Segmental Instability / Stenosis L3-4

Surgeon: Starr

ASA Status: 1 (2) 3 4 5 6 E

Procedure(s): Revision Post decompression c fusion L3-4

Anesthesiologist:

Allergies: Plastic Tape

Anesthetist/Resident:

**CHECK LIST**

- Monitors
- Machines
- Suction
- Chart reviewed
- Pressure points padded
- Airway
- Drugs
- Consent
- Arm band
- Arms < 90°

By:

**IVs**

(L) hand 18g 0950

Anesthesia Start Time: 0955

| Time | 1121 |
|---|---|
| pH | |
| $PCO_2$ | |
| $pO_2$ | |
| $HCO_3$ | |
| B.E. | |
| $SaO_2$ | |
| Hgb | 12.9 |
| Glu | 108 |
| $Na^+$ | 139 |
| $K^+$ | 3.6 |
| $Ca^+$ | |

| Time: | 1000 | 1030 | 1100 | 1130 | 1200 | 1230 | 1300 | Totals |
|---|---|---|---|---|---|---|---|---|
| **DRUGS** | | | | | | | | |
| Fentanyl | 150 / 100 / 100 | | | | | | | mcg |
| Versed | 2 | | | | | | | 2 mg |
| Vecuronium | 2 / 8 | 3 | | | | | | 13 mg |
| Sux | 140 | | | | | | | 140 mg |
| Propofol | 180 | | | | | | | 180 mg |
| Lido | 60 | | | | | | | 60 mg |
| Ephedrine | | 5 | | | | | | |
| Zofran | | | | | 4 | | | 4 mg |
| Ancef | 1 g | | | | | | | 1 g |
| Tobramycin | 80 mg | | | | | | | 80 mg |
| **FLUIDS** | | | | | | | | |
| LR | 500 | 500/1400 | 600/2000 | | | | | |
| Cellsaver | | | | | 250 | | | |
| Urine Output (mls) | 100 | 180 | 150 | | | | | |
| EBL (mls) | 150 | 200 | 250 | | | | | |

**MONITORING**: $O_2$ lpm, Air / $N_2O$ lpm, Desflurane Et %, ECG, $FIO_2$, $SpO_2$, $EtCO_2$, Temp, TOF, MAC (recorded every 15 min; values include $O_2$ .95–1.0, Desflurane 2–5.4 %, ECG SR, $SpO_2$ 97–100, $EtCO_2$ 30–40, Temp 34–35.4, TOF 4/4, MAC .8–1.4)

Monitors / Equipment: NIBP (R) L, Steth esoph, Temp esoph, HME, Fluid Warmer, Thermal Blanket, Syringe pump

S.A.C. / $V_T$ / PIP (PEEP)

**REMARKS**

Present at Induction: MD

A. Patient to OR. monitors placed. Patient preoxygenated induced intubated 1 attempt c #7.0 ETT. 22cm @ teeth = breath sounds. Eyes taped. OG placed. Eyes … Patient positioned for surgery. Pressure points padded. Prep.

1029 Skin incision. Keflex 1 gm IV. Tobramycin 80 mg per surgeon request. Vila (ID …) relieved for break 11:04am – 1138

1105 – … 8mg IV for … Venous blood for …

Continuously Available MD

Continuously Available MD

Present at Emergence: MD

**GENERAL**: (x) Pre-oxygenation; Mask; LMA #; Rapid Sequence; Cricoid; (x) ETT Size: 7.0 Oral / Nasal; (x) MAC / Miller # 3; (x) Direct laryngoscopy X 1; (x) Vocal cords seen: Partial

**MAC**: Airway: Oral; Nasal; (x) BBS equal; (x) + $EtCO_2$; (x) Easy; Difficult; (x) Atraumatic; Fiberoptic; Double lumen; Laser tube; Eyes: Ointment; (x) Tape

**REGIONAL by**: Epidural; Spinal; Inserted for Post-Op Analgesia; Sterile prep; LOR Technique; Needle gauge:; Space:; Sitting; Lateral; CSF; Blood; Stimulator; Paresthesia; Catheter inserted cm

**INVASIVE INSTRUMENTATION**

| Line | Site | Placed By |
|---|---|---|
| A-line | | |
| PA | | |
| CVP | | |
| NG/OG | | |
| TEE | | |

Recovery: PACU ICU

BP: Pulse: Resp: $SpO_2$: P. 2

Anesthesia End Time: 1410

WHC 06/29/06 -51

**ANESTHESIA INTRAOPERATIVE RECORD**

FORM 1202 Rev. 12/24/01 93-4176-9

2581914 FRAZZA LUKE STARR, JOHN 19988427 M 07/10/1963 06/29/06 MR14-P



Washington Hospital Center

MedStar Health

Date: 6/29/06 O.R.# 9 pg 2 of 2

Age: 42 Ht: 5'7" Wt: 195 kg / lb

ASA Status: 1 (2) 3 4 5 6 E

Allergies: Plastic Tape

Diagnosis:

Procedure(s): See P. 1

Surgeon:

Anesthesiologist:

Anesthetist/Resident:

**CHECK LIST**

| | |
|---|---|
| ☒ Monitors | ☐ Airway |
| ☐ Machines | ☐ Drugs |
| ☐ Suction | ☐ Consent |
| ☐ Chart reviewed | ☐ Arm band |
| ☐ Pressure points padded | ☐ Arms < 90° |

By:

**IVs**

(L) hand 18G

Anesthesia Start Time: 1. 0950 2.

| Time | | | | |
|---|---|---|---|---|
| pH | | | | |
| $PCO_2$ | | | | |
| $pO_2$ | | | | |
| $HCO_3$ | | | | |
| B.E. | | | | |
| $SaO_2$ | | | | |
| Hgb | | | | |
| Glu | | | | |
| $Na^+$ | | | | |
| $K^+$ | | | | |
| $Ca^+$ | | | | |

Time: 1300 X 1330

Monitoring MD:

DRUGS: Fentanyl / Versed / Vecuronium — 100 / 100 / 100 / 300 + 700 mg

FLUIDS: LR — 3300; Cell saver 250

Urine Output (mls) 200

EBL (mls) 400 500

$O_2$ lpm 1.0 — 1.0 — 8

Air / $N_2O$ lpm .85 — .85

Desflurane Et % 4.1 — 4.1

MONITORING:

| | | |
|---|---|---|
| ECG | SR | SR |
| $FIO_2$ | .48 | .48 |
| $SpO_2$ | 99 | 95 |
| $EtCO_2$ | 32 | 32 |
| Temp | 35.9 | 35.8 |
| TOF | 4/4 | 4/4 |
| MAC | 1.3 | 1.0 |

Monitors / Equipment: ☐ NIBP R L; ☐ Steth; ☐ Temp; ☐ HME; ☐ Fluid Warmer; ☐ Therma Blanket; ☐ Syringe pump

200 180 160 140 120 100 80 60

S.A.C.

f

$V_T$ 550 650

PIP (PEEP)

Remarks

**REMARKS**

Present at Induction: ______ MD

1335 - closing

1340 - patient supine on bed

1350 - patient awake - extubated - to PACU with $O_2$ by FM

1410 arrived PACU

☐ **GENERAL**
☐ Pre-oxygenation
☐ Mask ☐ LMA #
☐ Rapid Sequence ☐ Cricoid
☐ ETT Size: ______ Oral / Nasal
☐ MAC / Miller #
☐ Direct laryngoscopy X
☐ Vocal cords seen:

See P. 1

☐ **MAC**
Airway: ☐ Oral ☐ Nasal
☐ BBS equal ☐ + $EtCO_2$
☐ Easy ☐ Difficult
☐ Atraumatic ☐ Fiberoptic
☐ Double lumen ☐ Laser tube
Eyes: ☐ Ointment ☐ Tape

☐ **REGIONAL by**
☐ Epidural ☐ Spinal ☐
☐ Inserted for Post-Op Analgesia
☐ Sterile prep ☐ LOR Technique
Needle gauge: Space:
☐ Sitting ☐ Lateral
☐ CSF ☐ Blood
☐ Stimulator ☐ Paresthesia
☐ Catheter inserted ______ cm

**INVASIVE INSTRUMENTATION**

| Line | Site | Placed By |
|---|---|---|
| A-line | | |
| PA | | |
| CVP | | |
| NG/OG | | |
| TEE | | |

Continuously Available ______ MD

Continuously Available ______ MD

Present at Emergence: ______ MD

Recovery: ☐ PACU ☐ ICU

BP: 121/74 Pulse: 93

Resp: 11 $SpO_2$: 99

Anesthesia End Time: 1. 1410 2.

**ANESTHESIA INTRAOPERATIVE RECORD**

FORM 1202 Rev. 12/24/01 93-4176-9

2581914 FRAZZA LUKE STARR, JOHN 19988427 06/29/06 MR14-P 263245 M 07/10/1963

WHC 06/29/06 -52



Washington Hospital Center

OPERATING ROOM NURSING RECORD

Patient: FRAZZA, LUKE M DOB: 07/10/1963
Age: 42 Sex: M
MR#: ~~2584914~~ 263-24-51
Acct#: 19988427
Case#: 20071

## Case Information / Times

| Date of Surgery: 06/29/2006 | Room: WHC RM. 9 | Allergies: TAPE | Blood Given: |
|---|---|---|---|

| Pt In Room | Proc 1 Began | Proc 2 Began | Proc 3 Began | Proc 1 Ended | Proc 2 Ended | Proc 3 Ended | Pat O ut Room |
|---|---|---|---|---|---|---|---|
| 09:50 | 10:30 | | | 13:34 | | | 1356 |

Case Start Comments:

## Operative Procedure(s) / Staff

| Position_ or Surgery | Breast / Genitalia Check | Positioning Aids | Positioning Comments |
|---|---|---|---|
| Prone | Surgeon, Surgeon | WILSON FRAME | |
| | | Pink Pillow Headrest | |
| | | Wilson Frame Pillow | |
| | | Armrest Pink Foam | |
| | | Eggcrate Padding Knee Bilateral | |

Hair Removal By: Bullock, SA

| Skin Prep Type | Prep By |
|---|---|
| Alcohol | ASSISTANT, PHYSICIAN/SURGICAL |
| Betadine Scrub | CORNISH, ANDRA |
| Duraprep | CORNISH, ANDRA |

| Safety Strap | Location | Padded |
|---|---|---|
| Y | THIGHS | Y |

Prep Comments:

Preoperative Diagnosis:

Post Op Diagnosis: SAME

Procedure: **REVISION POSTERIOR DECOMPRESSION WITH INSTRUMENTES AUTOLOGUS 360 DEGREE ARTHRODESIS L3 - L4 1 LEVEL**

Physician 1 **STARR, JOHN**

Anesthesia Type: General Anesthesia Latex Allergy:N

| Circulator | Time In | Time Out | Scrub | Time In | Time Out |
|---|---|---|---|---|---|
| CORNISH, ANDRA | 09:25 | 11:19 | TURNER, EDWARD | 09:25 | 11:24 |
| TREACY, ANDREW | 11:16 | 12:10 | OSEJO, ANASABINA | 11:20 | 12:25 |
| TREACY, ANDREW | 11:04 | 11:06 | TURNER, EDWARD | 12:20 | |
| CORNISH, ANDRA | 12:05 | | | | |

Resident:

Other: Aaron Carey -Cell Sacer Tech
Clarence C-arm Tech
Ron Castro- SSEP Tech

Perfusionist/SBURLOCK, DENNIS

| Vendor | Company |
|---|---|
| Tim Lewis | Zimmer |

Staff Comment:

## Drains / Dressing / Implants

| Drain | Size | Site |
|---|---|---|
| Jackson Pratt | 10mm | |

Dressing Type: Xeroform, 4X4 Sponge, Abdominal Pads, Coverlet

Cast Splint

Cast/Splint/Support Location:

Packing Type Site

| Catheter Type | Size | ML | Inserted By |
|---|---|---|---|
| Foley, Standard | 18 French | 10ml | ASSISTANT, PHYSICIAN/SURGICAL |



**Washington Hospital Center**

**OPERATING ROOM NURSING RECORD**

**Patient: FRAZZA, LUKE M** **DOB: 07/10/1963**
**Age: 42** **Sex: M**
**MR#: 2581914**
**Acct#: 19988427** 208-24-51
**Case#: 20071**

| Manufacturer | Catalog # | Serial # | Lot # | Size | Quantity | Site |
|---|---|---|---|---|---|---|
| ZIMMER | 06-16502101 | Cages | 6030652 | | 2.00 | LUMSPINE |
| ZIMMER | 07.00319.036 | Screws | | | 4.00 | LUMSPINE |
| ZIMMER | 07.00858.003 | Top Loading Rod | | | 2.00 | LUMSPINE |
| ZIMMER | 07.00326.001 | Locking Nuts | | | 4.00 | LUMSPINE |

| Manufacturer | Catalog # | Lot # | Serial # | Site | Description | Qty |
|---|---|---|---|---|---|---|

Implant Comments:

Dressing Drains Sepcs Comments:

## Equipment

| ESU Pad | ESU Site | ESU Pad # | Applied By | Skin Assessment | Hair Removal | By |
|---|---|---|---|---|---|---|
| Y | LFTTHIGH | 0511111 | CORNISH, ANDRA | | | |

| Cautery Type | Unit Number | SCD Unit Number | SCD Site | Setting |
|---|---|---|---|---|
| Electrosurgical Unit | 140105 | 141229 | Bilateral Lower Legs | 45 |

| Tourniquet 1 Unit Number | Location | Pressure | Inflation Time | Deflation Time |
|---|---|---|---|---|

Scope Type Scope Unit Number

Xray Type
C_Arm
Portable

Equipment Comments: Bair Hugger #137240

## Laser

## Counts / Specimens / Wound Class / ASA

Instrument Count Correct: Not Applicable Sharps & Small Suppies Count Correct: Yes Fabrics Count Correct: Yes

Cytology: NONE

Surgical Pathology: NONE

Microbiology
NONE

Wound Classification: Clean

ASA: Mild Systemic Diseas

## Nurse Notes

**Case Comments:**

LOT 60306562 REF. 06-165-02101
TM-500
SIZE: 10 x 23, Angled
10 mm HEIGHT
TANTALUM STERILE QTY - 1
zimmer ALLENDALE, NJ 07401, U.S.A.

LOT 60306562 REF. 06-165-02101
TM-500
SIZE: 10 x 23, Angled
10 mm HEIGHT
TANTALUM STERILE QTY - 1
zimmer ALLENDALE, NJ 07401, U.S.A.



**Washington Hospital Center**

**OPERATING ROOM NURSING RECORD**

**Patient: FRAZZA, LUKE M** **DOB: 07/10/1963**
**Age: 42** **Sex: M**
**MR#: ~~2581914~~** 263-24-51
**Acct#: 19988427**
**Case#: 20071**

## Medications

| Medications | Medication Dose | Medication Route | Time Administered | Administered By |
|---|---|---|---|---|
| Vancomycin | 1gm | IRRIG_SITE | 1124 | Surgeon |
| Cefazolin 1 gm | 1gm | IVPIGGYBK | 1024 | ANESTHESIA |
| Tobramycin 40mg/ml | 80mg | IVPIGGYBK | 1050 | ANESTHESIA |
| Gelfoam 100 | 1 | | 1146 | Surgeon |

| Medications | Medication Dose | Medication Route | Time Administered | Administered By |
|---|---|---|---|---|

Comments:

I have verified medications: Y

## Post-Operative

| Post Op Status | ESU Site | Skin Assessment |
|---|---|---|
| Awakening<br>Extubated | LEFT THIGH | Normal |

EBL: 500

| Transport | Patient Transferred to | Accompanied By |
|---|---|---|
| Bed | PACU | ANESTHESIA<br>Physician/Surgical As |





Washington Hospital Center

# PACU ACUTE MONITORING RECORD

Name FRAZZA, Luke PACU ACUTE MONITORING RECORD Date 6-29-06 Bay #19

**MODIFIED ALDRETE SCORE**

| | | | | | | | | | Scale |
|---|---|---|---|---|---|---|---|---|---|
| LOC:* | 1 | 1 | | 2 | | 2 | 2 | 2 | 2 = Awake & oriented • 1 = Arousable w/ minimal stimulation • 0 = Responsive only to tactile stimulation |
| Extremity Strength: | 2 | 2 | | 2 | | 2 | 2 | 2 | 2 = Normal • 1 = Weakness • 0 = No voluntary response |
| Hemodynamic Stability: | 2 | 2 | | 2 | | 2 | 2 | 2 | 2 = HR & BP ±20% of baseline • 1 = HR & BP ±30% of baseline • 0 = HR & BP ±50% of baseline |
| Respiratory Stability: | 2 | 2 | | 2 | | 2 | 2 | 2 | 2 = Able to breathe deeply • 1 = Tachypnea with good cough • 0 = Intubated |
| Oxygen Saturation: | 0 | 0 | | 0 | | 1 | 2 | 2 | 2 = Sat > 94% on room air • 1 = $O_2$ nasal prongs up to 4L • 0 = Sat < 90% or 02 ≥ to 35% |
| Post-Op Pain: | 0 | 0 | | 0 | | 0 | 0 | 0 | 2 = Pain score 0 – 3 • 1 = Pain score 4 – 5 • 0 = Pain score > 5 |
| Post-Op Emetic: | 2 | 2 | | 2 | | 2 | 2 | 2 | 2 = None, or mild nasea, no vomiting • 1 = Transient vomiting or retching • 0 = Persistent nausea or vomiting |
| TOTAL: | 9 | 9 | | 10 | | 11 | 12 | 12 | *LOC = Level of Consciousness |
| IV DRIPS↓ Time→ | 14 | 1410 | 1420 | 1435 | 1445 | 15 | 1530 | 16 | |

PAP / CO/CI / CVP / Temp / Warm/Cool Blanket — 96.4 (1410), 96.3 (1530)

IV BOLUS LBP

MAP ⊙ / HR • / A-line S∨ D∧ / Cuff/NIBP S✕ D✕ (scale 200–40)

A T-burg, B Flat, C HOB 15°, D HOB 30°, E HOB 45°, F HOB 90°, G OOB, Pt. Position

Alarms/zero

| Cardiac Rhythm | SR | SR | SR | SR | SR | SR | SR | SR |
|---|---|---|---|---|---|---|---|---|
| Pain Score / Scale | 6 N | 8 N | 8 N | 8 N | 8 N | 9 N | 8 N | 7 |
| $SpO_2$ / $ETCO_2$ | 99 | 100 | 100 | 100 | 100 | 100 | 99 | 99 |
| RR Pt / V (PS) | 18 VM | 16 VM | 16 VM | 14 VM | 16 NC | 14 NC | 16 NC | 14 RA |

PRI = .16 QRS = .08 PSR

SL001 2:41 pm 29JUN2006 II MON HR =80 A=0 SPEED=25 MM/SEC RESP=11 SPO2=100% NIBP=14:35 107/ 83( 89) mmHg

WHC 06/29/06 -56

Date: 6 / 29 / 06

| SHIFT TOTAL 6A – 2P – 10P | Site | IV Patent S̄ Erythema Yes | No | 14⁰⁰ | 15⁰⁰ | 16⁰⁰ |
|---|---|---|---|---|---|---|
| **INTAKE** D5½NS c̄ 20 KCL / 1000T mL | (L) Hand #18 | X | | ↑ | 125 | |
| PO/NGT | | | | | | |
| **Running Total – Intake** | | | | ↑ | 125 | 375 |
| **OUTPUT** Urine Foley to gravity | | | | → | 75 | 45 |
| Drains JP | | | | | 50 | |
| **Running Total – Output** | | | | | 125 | 170 |
| **Extremity:** Bilat L.E | | | | | | |
| Sensation: (+) present (–) absent | | | | + | + | |
| Movement: (+) present (–) absent | | | | + | + | |
| Pulse: (P) palpable (D) doppler (–) absent | | | | P | P | |
| Temp: (W) warm (C) cool | | | | W | W | |
| Capillary Refill: (B) brisk (S) sluggish | | | | B | B | |
| Bruit/Thrill: (+) present (–) absent NA | | | | N/A | N/A | |

**ADMITTANCE DATA**

**Admit Time:** 1400 **Admit Nurse:** Susan Walker, RN

**Admit From:** (Main OR) / Third Floor OR / Other)

**Length of Procedure:** Approx 4 hrs.

**Anesthetic Technique:** **Drug:**

- Local — Muscle Relaxant ☐ no ☐ yes Vec 13
- MAC — Reversal ☐ no ☐ yes neo 4, Rob .8
- (General) — Inhalation Agents ☐ no ☐ yes
- Spinal — Narcotic — Fentanyl / Versed 1000mcg / 2mg
- Epidural — Other ☐ no ☐ yes
- Peripheral nerve block

**Surgeon:** STARR

**Operation:** pos. decompression Revision L3-L4 inst. infusion

**Urine:** ☐ No foley ☒ Foley patent to gravity

☒ Clear ☐ Sediment ☐ Cloudy

☒ Yellow ☐ Amber ☐ Pink ☐ Bloody

**Skin:** ☒ Warm ☐ Cool ☒ Dry ☐ Clammy ☐ Intact

**Dressing:** ↓ Back - cld / i

**Drains:** JP x 1 from back ; small drainage

**Psychosocial:** Pain Rating 8 Scale N Location ↓ Back.

Quality of Pain

**Emotional:** ☒ Calm/Cooperative ☐ Sedated ☐ Paralyzed ☐ Other:

**Pulses:** *If not present, specify other pulses*

Radial ☒ right ☒ left

Pedal ☒ right ☒ left

Heart sounds ☒ S1S2 ☐ Other:

**SIGNIFICANT PAST MEDICAL HISTORY** Age: 42 y.o.

Allergies: ☐ See Medication Assessment Profile Adhesive tape (pl...

HTN — Other: Meds: Vicodin. Amb...

CAD — Previous opiate use: ☐ no ☐ yes

PVD

Arrythmias — Hx ↓ back pain.

MI

CHF

Smoker — April 2005 - Back surgery. (Disk...

COPD

Asthma

Diabetes

Renal Failure — Last Dialysis:

Vital Signs: B/P 109/50 P 76 RR 20 $O_2$Sat on %

Lab Work: H/H 12.9/ K 3.6. Glu 108

EKG: NSR WNL

CXR: normal/

Intra-Op: Ancef @ 1030

Tobra @ 1030

Zofran @ 1300.

WHC 06/29/06 -57

| Intake Total | OR | PACU | Output Total | OR | PACU |
|---|---|---|---|---|---|
| IV | 3300 | | Urine | 200 | |
| Blood | | | Nasogastric | | |
| Hespan/Albumin | | | EBL | 500 | |
| FFP | | | Emesis | | |
| Other Cell saver 250 | | | Drains | | |

Washington Hospital Center
MedStar Health

# PACU ACUTE MONITORING RECORD

Date: 6 / 09 / 06

## NEUROLOGICAL ASSESSMENT

Pupil Gauge: [ • S • ] Small; [ ● N ● ] Normal; [ ● D ● ] Dilated
B = Brisk; S = Sluggish; — = No Reaction; C = Closed

| | Time | 14 | 15 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| R | Pupil Size | N | N | | | | | | | |
| R | Reaction | B | B | | | | | | | |
| L | Pupil Size | N | N | | | | | | | |
| L | Reaction | B | B | | | | | | | |
| Glasgow Coma Scale | Eyes Open: 1 – None, 2 – To Pain, 3 – To Speech, 4 – Spontaneous | 3 | 4 | | | | | | | |
| | Best Verbal Response: 1 – None, 2 – Inappropriate Sounds, 3 – Inappropriate Words, 4 – Confused, 5 – Oriented | 5 | 5 | | | | | | | |
| | Best Motor Response: 1 – None, 2 – Abnormal Extension, 3 – Abnormal Flexion, 4 – Withdrawal, 5 – Localizes, 6 – Obeys Commands | 6 | 6 | | | | | | | |
| Coma Score Total (T = ETT, Trach) | | 14 | 15 | | | | | | | |
| Agitation/Sedation Level (ASL 1-5) | | 2 | 3 | | | | | | | |
| Extremity Strength: N = Normal, W = Weak, V = Very Weak, 0 = No Response | R Upper | N | N | | | | | | | |
| | R Lower | N | N | | | | | | | |
| | L Upper | N | N | | | | | | | |
| | L Lower | N | N | | | | | | | |

## RESPIRATORY ASSESSMENT

| | Time: 1400 | Time: 1500 | Time: | Time: |
|---|---|---|---|---|
| Work of Breathing | unlabored | unlabored. | | |
| Breath Sounds / Secretions | Slightly clear | clear. | | |
| | | | | |
| CXR Results: | / | | | |
| EKG Results: | | / | | |
| Abdominal Exam | soft, round (-) BS. | soft, round (-) BS. | | |

## DIAGNOSTIC TESTS

| Time: | Normal | | | |
|---|---|---|---|---|
| BS Serum/Fingerstick | 65-125 | | | |
| BUN | 6-20 | | | |
| Cr | 0.6-1.2 | | | |
| Na | 135-137 | | | |
| K | 3.3-5.5 | | | |
| CL | 95-110 | | | |
| $CO_2$ | 22-29 | | | |
| Ca Non Ionized/Ionized | 8.5-10.5 / 4.4-5.3 | | | |
| Phos. | 22-44 | | | |
| Mg | 1.4-1.9 | | | |
| WBC | 4.8-10.8 | | | |
| Hgb | 12-16 | | | |
| Hct | 37-47 | | | |
| PT | 11.8-14.5 | | | |
| INR | | | | |
| PTT | 23-35 | | | |
| Platelet | 150-400 | | | |
| CKTotal/MB | 0-2.6 | | | |
| CXR (time done) | | | | |
| EKG (time done) | | | | |

*Airway Key: N Nasal airway; OET Oral endotracheal tube; NET Nasal endotracheal tube; O Oral airway; T Tracheostomy; NAT Natural

| Time: | 1400 | 1440 | 1515 | | | |
|---|---|---|---|---|---|---|
| Airway* | NAT | NAT | NAT | | | |
| Appliance – Type | VM | NC | room air | | | |
| Mode | | | | | | |
| Rate | | | | | | |
| Tidal Volume (cc) | | | | | | |
| $FiO_2$ (%) | 100 | 2L | | | | |
| PEEP (cm $H_2O$) | | | | | | |
| Pressure Support | | | | | | |
| Sensitivity | | | | | | |
| Flow Rate | | | | | | |
| I:E Ratio | | | | | | |
| PIP | | | | | | |
| Cuff Pressure | | | | | | |
| High Pressure Limit | | | | | | |
| High RR Setting | | | | | | |
| Low VE Alarm Setting | | | | | | |

Weaning Mechanics – Wt. Kg:
FVC: Vt:

| Time: | | | | |
|---|---|---|---|---|
| Ve | | | | |
| RR | | | | |
| Vt | | | | |
| FVC | | | | |
| NIF | | | | |
| Head Lift | | | | |

ABG

| Time: | | | |
|---|---|---|---|
| $PaO_2$ | | | |
| pH | | | |
| $PaCO_2$ | | | |
| $HCO_3$ | | | |
| B.E. | | | |
| O2 Sat | | | |

## MEDICATIONS

| MEDICATION | Pain Rating/Scale* | Time | Dose | Route | Initials | Pain After | Time |
|---|---|---|---|---|---|---|---|
| Morphine | 8 N | 1415 | 3mg | IV | SW | 8 | |
| Fentanyl. | 8 N | 1435 | 50mcg | IV | SW | 8 | |
| Fentanyl. | 8 N | 1445 | 50mcg | IV | SW | 9 | |
| Fentanyl | 9 N | 1455 | 50mcg | IV | SW | 8 | |
| Fentanyl | 8 N | 1505. | 50mcg | IV | SW | 8 | |
| Fentanyl | 8 N | 1520 | 50mcg | IV | SW | 8 | |
| Fentanyl | 8 N | 1530 | 50mcg | IV | SW | 7 | |
| Fentanyl | 7 N | 1540 | 50mcg | IV | SW | 7 | |
| Fentanyl | 7 N | 1550 | 50mcg | IV | SW | 7 | |
| | | | | | | | |

*PAIN SCALE: N = Numeric C = Non-Communicative W = Word Descriptor F = Faces (cognitively impaired patients)

REGIONAL

WHC 06/29/06 -58

| Time: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LOS (1 – 5) | | | | | | | | |
| LOM (0 – 5) | | | | | | | | |

Loss of Sensation (LOS) Code: 5 Full Sensation; 4 Tingling to LE; 3 Numbness below knee; 2 Numbness below umbilicus; 1 Numbness above umbilicus

Loss of Motor Function (LOM) Code: 5 Full motor function; 4 Able to bend knees with good control but not full strength; 3 Bend knees halfway; 2 Rolls legs; 1 Moves feet and ankles; 0 Unable to move

PACU ACUTE MONITORING RECORD
Trial Form
033-07-05
Exp. 11/05
Page 3 of 4

~~2581914~~ 2632451
FRAZZA
LUKE M
STARR, JOHN 07/10/1963
19988427
06/29/06
MR14-P

Date: 6/29/06

## NURSE'S NOTES

Report recieved. Pt placed on Monitor. A&O x3. c/o back pain - pt currently rates back pain 7/10 but states pain is tolerable. MAE = strength Morphine & Fentanyl for adequate pain control. Room Air. NSR. BP stable. tolerating ice chips. Foley - u/o ok. Plan to tx to 3NW. Report faxed. Susan Walker, RN 6/29/06.

Continued in progress notes

**PRIMARY PACU DISCHARGE**

Time: 1610 RN: Susan Walker, RN.

O2 Via: Room Air on ______ %/LPM

IV: (L) Hand #18 IV Site: D5½NS ē 20KCl

Site s̄ erythema or edema: ☒ yes ☐ no

D/C IV: ☐ yes ☒ no D/C A-Line: ☐ yes ☐ no D/C CVP: ☐ yes ☐ no

Dressing: ↓ back dsg - c/d/i.

Drains: JP x 1 from back - sang. drainage.

Other: ______

| | Drug | Time ↑ | Continuous rate/dose | PCA bolus dose | Loading dose | Lock-out |
|---|---|---|---|---|---|---|
| PCA | Morphine | 1430 | Ø | 1 mg | 2 mg | 10 min |
| Epidural | / | | | | | |
| Epineural | | | | | | |

Note: If modality ↑ > 4 hrs, initiate pain management flowsheet

Family waiting room notified patient D/C'd from PACU? ☒ yes ☐ no

Anesthesiologist Signature on Anesthetic Recovery: [signature] MD

Transported by: S. Walker, RN & PCT

Transported with: Oxygen ☐ yes ☒ no EKG Monitor: ☐ yes ☒ no

Nurse receiving patient: X Kim Bello RN

Time: 1620 Vital Signs: 95/66 88 HR, 93% R.A.

**SECONDARY PACU DISCHARGE**

Time in: ______ VS: ______

☐ Stable vital signs ☐ Dressing checked or ☐ N/A

☐ Alert & oriented ☐ Minimal N/V

☐ Pre-op mobility or ☐ Tolerating oral intake

☐ Gait training ☐ Discharge instructions given / understood

☐ Voided ☐ IV D/C

☐ Prescriptions ☐ Escort home

Time out: ______ ☐ Pain score: ______

RN: ______

| Caregiver Signature/Title | Printed Name | Initials | Time Frame |
|---|---|---|---|
| SWalker / R.N. | Susan Walker | SW | PACU |
| | | | |
| | | | |
| | | | |

| PROBLEM LIST | Initials |
|---|---|
| Complex pain managment | SW |
| Prolonged ventilation | |
| Complex nausea and vomiting management | |
| Vital sign instability | |
| | |
| | |
| | |

WHC 06/29/06 -59

Washington Hospital Center
MedStar Health

# AUTOTRANSFUSION RECORD

☑ Elective ☐ Emergent ☐ Standby

Emergency Response Time: ____ OR Arrival Time: 1000

Pt. Name: FRAZZA, LUKE Date: 29 JUN 06

Pt. Number: 2581914 CDIS Number: —

Hospital: WHC #7

Procedure: RE-DO LAMI FUSION Allergies: NKDA

Surgeon: STARR Anesthesia: JOYNER

Technician: CARY

Anticoagulant Solution: 30,000 u HEPARIN c 1,000 mL NS

ATS Equip. Serial #: AUTOLOG #2

Age: 42 Sex: ♂ Ht. in/cm: 5'7 Wt. lb/kg: 195#

Est. Bld. Vol.: — Hgb/HCT: 14.9/44.1

Platelet Cnt: 181 PT: 14.5 PTT: 31

IO Start: 1031 End: 1330 Total:

PO Start: End: Total:

## PROCEDURE DOCUMENTATION

| Process Time | Fill Vol. | Fill Speed | Wash Speed | Wash Vol. | ATS Vol. | ATS Vol Given To |
|---|---|---|---|---|---|---|
| 1250 | 500 | AUTO | AUTO | 250 | 125 | ANES |
| 1255 | 330 | AUTO | AUTO | 250 | 125 | ANES |
| TOTAL | 830 | — | — | 500 | 250 | — |

## ATS FLUID SUMMARY

Total Fill Volume = 830 mL

(–) Total Irrigation Thru ATS Circuit = ∅ mL

(–) Total Anticoagulation = 300 mL

(+) Total ATS EBL = 530 mL

Total ATS Volume = 250 mL

## CHECKLIST

Time Completed: 1015

☑ Machine checked
☑ Type of fluids checked
☑ Fluid expiration dates checked
☑ OSHA Guidelines followed (Gloves, Eye Protection)
☑ Integrity of packaging OK
☑ Circuit assembled correctly
☑ Vacuum adjusted
☑ Transfer packs labeled
☑ Documentation correct

### ANTICOAGULATION CHECKLIST

☑ Expiration dates checked
☑ Bag labeled
☑ Added to NS

## DISPOSABLES USED

| Manufacturer | Model # | Lot # |
|---|---|---|
| MEDTRONIC | BT725 | 4274252 |
| MEDTRONIC | CL240 | 4206249 |
| MEDTRONIC | ATC2001 | 4038209 |
| BAXTER | HEPARIN | — |
| MEDTRONIC | BT945 | 3098752 |

## COMMENTS:

ADDRESSOGRAPH

~~2581914~~
FRAZZA 263 2451 M
LUKE
STARR, JOHN 07/10/1963
19988427
06/29/06
MR14-P
WHC 06/29/06 -60

White – Patient Chart Yellow – Perfusion Service Pink – Donor Center

Signature: [signature]

FORM 1216 6/97
93-4192-6



Washington
Hospital Center

MedStar Health

PRINT DATE: Jun 30, 2006 PRINT TIME: 1:38:59AM CHART COPY Respiratory Care Page 1

Jun 29, 2006

8:55:33PM ACTIVITY: O2 NASAL CANNULA
When started=6/29/2006 8:55:33PM; Done by=JOHNSON, DIAN; Indication=OXYGENATION; O2 device=NC;

**RESPIRATORY THERAPY**

**PROGRESS NOTES**

FORM 1105 R/6/30/99

FRAZZA, LUKE
19988427

3N23BW
MR# ~~2581914~~ 2632451

WHC 06/29/06 -61



Washington Hospital Center

MedStar Health

| Date: 7/1/06 Time: 1030-11:00 | Date: 7/2/06 Time: 1445-1530 | Date: 7/3/06 Time: 1030-1045 |
|---|---|---|
| ☐ Assessment ☐ Re-assessment | ☐ Assessment ☐ Re-assessment | ☐ Assessment ☐ Re-assessment |
| ☐ Treatment Session# 1 | ☑ Treatment Session# 2 | ☑ Treatment Session# 3 |
| Vitals ☑ VSS ☐ See Comments | Vitals ☑ VSS ☐ See Comments | Vitals ☑ VSS ☐ See Comments |
| **Subjective Comments** | **Subjective Comments** | **Subjective Comments** |
| c/o nausea, + pain, (+) PCA use | c/o 3/10 pain c gait | c/o pain 5/10 "I think I over did yesterday." |
| **Activity Level & Precautions** | **Activity Level & Precautions** | **Activity Level & Precautions** |
| spinal | spinal | spinal |
| **Theraputic Exercise & Range of Motion** ☐ See Comments | **Theraputic Exercise & Range of Motion** ☐ See Comments | **Theraputic Exercise & Range of Motion** ☐ See Comments |
| Seated: ankle pumps, knee ext + hip ✓ x10 each (B) LE. Able to complete 1/2 ROM (-) wt ↓ strength + ↑ pain limiting | deferred to gait. able to recall 3/3 spinal prec. | deferred |
| **Bed Mobility** ☐ See Comments | **Bed Mobility** ☐ See Comments | **Bed Mobility** ☐ See Comments |
| Sit → supine c verbal cues + mod (A) @ LE. | supine ↔ sit (I) s logrolling | NA this session |
| **Transfers** ☐ See Comments | **Transfers** ☐ See Comments | **Transfers** ☐ See Comments |
| sit ↔ stand from w/c c max (A) x2. With 3 more trials progressed to mod (A) x1. still c ↓ balance + ↓ strength to straighten fully | sit ↔ stand: heavy use of BUE to complete CGA from (B) / w/c ↑ time to complete | sit ↔ stand w/c c heavy BUE use ↑ time to complete (I). |
| **Balance** ☐ See Comments | **Balance** ☐ See Comments | **Balance** ☐ See Comments |
| stood c RW c min (A) minimal buckling of knees (esp. on (L)) | no LOB c gait s RW. requires UE support c static/dynamic standing | no LOB c gait while BUE, cautious gait pattern |
| **Ambulation: Level Surfaces & Stairs** ☐ See Comments | **Ambulation: Level Surfaces & Stairs** ☑ See Comments | **Ambulation: Level Surfaces & Stairs** ☐ See Comments |
| amb. 10' x 2 c min (A) c RW. amb. 60' c min (A) c RW c improved confidence. Antalgic gait + cues for erect posture | amb 120' c RW slow pace CGA / (I) ↑↓ 3 stairs c 2 handrails CGA. amb 100' c RW (I) to staircase ↑ 1 flight stairs c → | amb 20' x2, no AD slow antalgic gait ↑↓ 3 stairs c 1 handrail step to gait pattern no LOB slow gait c stairs. |

**PHYSICAL THERAPY PROGRESS NOTE**

2581914
FRAZZA 2632451 M
LUKE
STARR, JOHN K. 07/10/1963
19988427
06/29/06
3N01PW

WHC 06/29/06 -62

FORM 2084 11/28/01



Washington
Hospital Center

MedStar Health

| Date: 7/1/06 Time: | Date: 7/2/06 Time: 1445-1530 | Date: 7/3/06 Time: 1030-1045 |
| --- | --- | --- |
| **Additional Comments** | **Additional Comments** | **Additional Comments** |
| | handrails ↓ stairs ē 1 handrail CGA. step to pattern. No rest breaks during entire gait session | |
| **Assessment** | **Assessment** | **Assessment** |
| Pt c ↓ strength + ↑ pain still req. physical (A) for all mobility may benefit from short acute rehab stay. D/W pt + wife + will consider | Pt ē significant ↑ in funct mobility endurance gait distance. Motivated to participate + be D/C'ed to home. Will [illegible] | Pt limited by ↓ endurance pain, [illegible] noted ↑ in balance due to amb ē AD. ~~[illegible]~~ ~~Requesting~~ Requiring ↑ time ō all funct mobility. |
| **Goals** ☒ No Change From 7/1 | **Goals** ☐ No Change From | **Goals** ☒ No Change From 7/2 |
| | revised: 1) (I) sit ↔ stand w/c / EOB 2) supine ↔ sit (I) 3) ↑↓ 1 Flight stairs ē 1 handrail (S) 4) amb 300' ē no LOB LAD (S) | continue previous - met #1 |
| **Discharge Recommendations** ☐ No Change From | **Discharge Recommendations** ☐ No Change From | **Discharge Recommendations** ☐ No Change From |
| acute rehab | Home ō svcs | Home ē svcs |
| **Equipment Recommendations** ☐ No Change From | **Equipment Recommendations** ☐ No Change From | **Equipment Recommendations** ☐ No Change From |
| defer | TBD per [illegible] SPC | None |
| ☒ **PT Plan** Con't POC | ☒ **PT Plan** Cont ē PT [illegible] | ☒ **PT Plan** Cont ē PT |
| **Signature/Pager#** [signature] MSPT #2917 | **Signature/Pager#** [signature] PT 2936 | **Signature/Pager#** [signature] PT 2936 |

**PHYSICAL THERAPY PROGRESS NOTE**

WHC 06/29/06 -63

2581914
FRAZZA
LUKE 263-24-51 M
STARR, JOHN K. 07/10/1963
19988427
06/29/06
3N01 PW

FORM 2084 11/28/01



Washington Hospital Center

MedStar Health

| Date: 7/14/06 Time: 0930-0955 | Date: Time: | Date: Time: |
|---|---|---|
| ☐ Assessment ☐ Re-assessment | ☐ Assessment ☐ Re-assessment | ☐ Assessment ☐ Re-assessment |
| ☑ Treatment Session# 4 | ☐ Treatment Session# | ☐ Treatment Session# |
| Vitals ☑ VSS ☐ See Comments | Vitals ☐ VSS ☐ See Comments | Vitals ☐ VSS ☐ See Comments |
| **Subjective Comments** | **Subjective Comments** | **Subjective Comments** |
| Ø c/o pain. | | |
| **Activity Level & Precautions** | **Activity Level & Precautions** | **Activity Level & Precautions** |
| Cardiac prec's | | |
| **Theraputic Exercise & Range of Motion** ☐ See Comments | **Theraputic Exercise & Range of Motion** ☐ See Comments | **Theraputic Exercise & Range of Motion** ☐ See Comments |
| Deferred to mobility | | |
| **Bed Mobility** ☐ See Comments | **Bed Mobility** ☐ See Comments | **Bed Mobility** ☐ See Comments |
| Supine ⟷ sit on 28" surface (I) 1 rep s̄ walker 2 reps c̄ walker | | |
| **Transfers** ☐ See Comments | **Transfers** ☐ See Comments | **Transfers** ☐ See Comments |
| Sit ⟶ Stand c̄ walker & supervision, multiple reps | | |
| **Balance** ☐ See Comments | **Balance** ☐ See Comments | **Balance** ☐ See Comments |
| Standing s̄ AD: dynamic c̄ UEs in mid-guard. Improves to good c̄ RW | | |
| **Ambulation: Level Surfaces & Stairs** ☐ See Comments | **Ambulation: Level Surfaces & Stairs** ☐ See Comments | **Ambulation: Level Surfaces & Stairs** ☐ See Comments |
| 30' x 4 c̄ RW & distant supervision. | | WHC 06/29/06 -64 |

**PHYSICAL THERAPY PROGRESS NOTE**

PATIENT ADDRESSOGRAPH

25~~81914~~4
FRAZZA
LUKE 263245 M
STARR, JOHN K. 07/10/1963
19988427
06/29/06
3N01 PW



Washington Hospital Center

MedStar Health

| Date: 7/4/06 Time: | Date: Time: | Date: Time: |
|---|---|---|
| **Additional Comments** | **Additional Comments** | **Additional Comments** |
| Ø | | |
| **Assessment** | **Assessment** | **Assessment** |
| Improved mobility. Good balance c̄ AD | | |
| **Goals** ☐ No Change From | **Goals** ☐ No Change From | **Goals** ☐ No Change From |
| | | |
| **Discharge Recommendations** ☐ No Change From | **Discharge Recommendations** ☐ No Change From | **Discharge Recommendations** ☐ No Change From |
| | | |
| **Equipment Recommendations** ☐ No Change From | **Equipment Recommendations** ☐ No Change From | **Equipment Recommendations** ☐ No Change From |
| RW dispensed & fitted | | |
| ☐ PT Plan Cont P.T. | ☐ PT Plan | ☐ PT Plan |
| Signature/Pager# [signature], PT 2648 | Signature/Pager# | Signature/Pager# |

**PHYSICAL THERAPY PROGRESS NOTE**

PATIENT ADDRESSOGRAPH

WHC 06/29/06 -65

FORM 2084 11/28/01



Washington
Hospital Center

MedStar Health

| Date: 7/1/06 Time: 10:30-11:00 | Date: 7/3/06 Time: 30 min | Date: 7/4/06 Time: 0900-0908 |
|---|---|---|
| ☐ Assessment ☐ Re-assessment | ☐ Assessment ☐ Re-assessment | ☐ Assessment ☐ Re-assessment |
| ☒ Treatment Session# 1 | ☒ Treatment Session# | ☒ Treatment Session# |
| Vitals ☒ VSS ☐ See Comments | Vitals ☒ VSS ☐ See Comments | Vitals ☒ VSS ☐ See Comments |
| **Subjective Comments** | **Subjective Comments** | **Subjective Comments** |
| 5/10 initially ↑ 7/10 during session | Pt c/o pain at hips | pt c no c/o pain |
| **Activity Level & Precautions** | **Activity Level & Precautions** | **Activity Level & Precautions** |
| back prec. | ø Δ | spinal prec. |
| **Cognition** ☐ See Comments | **Cognition** ☐ See Comments | **Cognition** ☐ See Comments |
| Intact. | Intact | Intact. |
| **UE Theraputic Exercise & Motor Control** ☐ See Comments | **UE Theraputic Exercise & Motor Control** ☐ See Comments | **UE Theraputic Exercise & Motor Control** ☐ See Comments |
| ↓ functional strength limited by pain otherwise WNL. | Heavy use of Ⓑ UE to sit→stand for w/c | using b/l UE's for functional mobility + ADL's. |
| **Bed Mobility** ☐ See Comments | **Bed Mobility** ☐ See Comments | **Bed Mobility** ☐ See Comments |
| NT | NT | NT |
| **Functional Transfers/Balance** ☐ See Comments | **Functional Transfers/Balance** ☐ See Comments | **Functional Transfers/Balance** ☐ See Comments |
| Pt max Ⓐ sit→stand | Sit→stand for w/c c CGA + heavy use Ⓑ UE Standard commode transfer Ⓢ stand→sit c grab bar sit→stand for toilet c CGA + M time - Pt flexes trunk forward | Sit ↔ stand from w/c c RW + Ⓢ only. Pt ambulating ~ 40' c RW + Ⓢ. Pt reports indep c c toilet transfers in own pad 3 days. |
| **Self-Care Skills** ☐ See Comments | **Self-Care Skills** ☐ See Comments | **Self-Care Skills** ☐ See Comments |
| Pt Ⓘ c sock aid/reacher after demonstration to don/doff socks. Ⓘ don shorts to knee height seated. Dep. for advance over hips | May benefit for elevated toilet seat | pt dons + doffs bathrobe c indep in standing. Pt standing for ADL's c Ⓢ + RW close by. |
| **Home Management** ☐ See Comments | **Home Management / Self Care** ☐ See Comments | **Home Management** ☐ See Comments |
| ↑ Pt min Ⓐ don gown around back. | Doff socks c dressing stick Ⓘ Don socks c sock aid Ⓘ | pt attempts to retrieve items from floor level however, unable to complete. Pt using reacher c indep. |

**OCCUPATIONAL THERAPY PROGRESS NOTE**

25~~81914~~
FRAZZA
LUKE 263245 M
STARR, JOHN K. 07/10/1963
19988427
06/29/06
3N01PW

WHC 06/29/06 -66

FORM 2083 11/28/01



Washington Hospital Center

MedStar Health

| Date: Time: | Date: 7/3 Time: | Date: 7/4/06 Time: 7/4/06 |
|---|---|---|
| **Additional Comments** | **Additional Comments** | **Additional Comments** 0900-0908 |
| | | Educated pt on home set-up + techniques for retrieving items from lower surface (i.e. table, dishwasher, drawers). |
| **Assessment** | **Assessment** | **Assessment** |
| Pt c ↑ pain limited Activity tolerance. Pt will continue to benefit from OT to address goals. | Pt tol session well. Pt c ↑ mobility. Pt cont to make progress. | Pt has met or exceeded all OT goals at this time. Will d/c OT. |
| **Goals** ☐ No Change From | **Goals** ☐ No Change From | **Goals** ☐ No Change From |
| 1) supine→sit EOB c min A in prep ADLs. 2) UB dressing c S c use of AE. 3) tolerate OOB chair 71 hr. 4) stand to complete LB ADLs c CGA. 5) Pt c I don/doff shirt around back / overhead. | Toilet transfer (I) | D/C OT |
| **Discharge Recommendations** ☐ No Change From | **Discharge Recommendations** ☐ No Change From | **Discharge Recommendations** ☐ No Change From |
| ~~Home c services~~ LMNC Acute Rehab | Home c svc | home |
| **Equipment Recommendations** ☐ No Change From | **Equipment Recommendations** ☐ No Change From | **Equipment Recommendations** ☐ No Change From |
| Defer to rehab | Issued reacher | Issued long-handled sponge |
| ☒ **OT Plan** continue OT | ☒ **OT Plan** Cont OT | ☒ **OT Plan** D/C OT |
| **Signature/Pager#** Natalie Chen MOTR/L 2651 | **Signature/Pager#** K Schull OTR/L #592 | **Signature/Pager#** [illegible] MS OTR/L 40793 |

**OCCUPATIONAL THERAPY PROGRESS NOTE**

PAT 2581914 FRAZZA LUKE 263-24-51 M
STARR, JOHN K. 07/10/1963
19988427
06/29/06
3N01PW

WHC 06/29/06 -67

FORM 2083 11/28/01



Washington Hospital Center
MedStar Health

## HISTORY OF PRESENT ILLNESS

Age: 42 Gender: ☑ Male ☐ Female Code Status: full code

Dx/Hospital Course: adm 6/29/06 for posterior decompressive lami c instrumentation

PMH: diskectomy '05, knee sx's (R)

Insurance: ☐ Medicare ☐ Medicaid ☐ Self-Pay ☑ Commercial Hartford ☐ Managed Care

Precautions: ☐ N/A ☐ Weight Bearing Status ☐ Sternal ☑ Spinal (Lami) ☐ Vasospasm ☐ ROM

Other:

Medications: Zofran, Fentanyl

Medical Equipment: ☐ Chest Tube ☐ Ventriculostomy ☐ Ventilator ☐ Telemetry ☐ Restraint
☐ Oxygen ☐ IV ☐ Foley ☐ Brace Type:
☐ N/A Other:

Labs: Date: 6/30/06 WBC HGB 11.8 HCT 35.5

Tests:

## STATUS PRIOR TO ADMISSION

Living Situation: ☐ Alone ☑ Family/Friend wife + children ☐ Nursing Home ☐ Assisted Living Facility
☐ Other:

Name/Number of Family Contact: Mary Frazza (wife) 703-272-7776

Stairs: # into home 1 # between levels 2 1/2 flights Rails: ☑ Yes ☐ No

Equipment: ☐ N/A ☐ Walker ☐ Cane ☐ Crutches ☐ Wheelchair ☐ Bedside Commode
☐ Shower Stall ☐ Bath Tub ☐ Shower Chair ☐ Grab Bars ☑ Glasses ☐ Hearing Aid
☐ Other

Functional: ADL (I)
Bowel/Bladder: (I)
Mobility: (I)
Employment: Photo Journalist
Hand Dominance: ☑ Right ☐ Left ☐ Ambidextrous

Baseline Cognition: A+OX3

Primary Language: English Highest Level of Education Completed: NT

Comments: 5'7" 195#

**INTERDISCIPLINARY REHABILITATION ASSESSMENT**

**DO NOT THIN PLACE IN REHAB SECTION**

ADDRESSOGRAPH/AFFIX LABEL HERE

2581914
FRAZZA
LUKE 263-24-51 M
STARR, JOHN K. 07/10/1963
19988427
06/29/06
3N23BW

INTERDISCIPLINARY REHABILITATION ASSESSMENT

FORM 1230 07/02/02 93-1230-0

WHC 06/29/06 -68

| VITAL SIGNS | | | | |
|---|---|---|---|---|
| Date/Time: | 6/30/06 | | | |
| Initials | TSA | | | |
| Initial HR/RR | 90 / — | | | |
| BP | 95 / 62 | | | |
| Position | chair | | | |
| $Sa O_2$ | NT | | | |
| Interim HR/RR | | | | |
| _____ min BP | | | | |
| Position | | | | |
| $Sa O_2$ | | | | |
| End HR/RR | | | | |
| _____ min BP | | | | |
| Position | | | | |
| $Sa O_2$ | | | | |

**COMMENTS:**

**Pain Assessment:** Location: Back pain Intensity: 3/10

Duration/Frequency: Type:

Factors affecting intensity:

**CURRENT STATUS** ☐ *See Insert for Detailed Assessment*

**Cognitive Status:** ☑ alert ☐ lethargic ☑ oriented x 4

Other:

**Visual Perceptual:** Pt wears glasses

| **Sensory Motor Status:** | RUE | LUE | RLE | LLE |
|---|---|---|---|---|
| ROM | WFL throughout → | → | ∅ deficits → | → |
| Strength | 4/5 throughout → | → | Grossly ≥ 3+/5 → | → |
| Sensation | intact to light touch | | Intact to LT → | → |
| Tone | Normal → | → | Normal → | → |
| Coordination | Normal → | → | Intact → | → |

Comments:

**Balance:** Sitting ☐ normal ☑ impaired

Standing ☐ normal ☑ impaired heavy UE support on AD

**Skin integrity:** ☐ intact ☐ edema ☐ abrasion/laceration ☐ pressure ulcer (location)

☑ other (PVD, gangrene, skin discoloration) incision site

**Bowel:** ☐ continent ☐ incontinent ☑ other: NT ; incontinent of wind

**Bladder:** ☐ continent ☐ incontinent ☑ other: foley

| SIGNATURE / PAGER | INITIALS | DATE |
|---|---|---|
| Rashida Kaye ORIC #1216 | RD | 6/30/06 |
| [signature] PT /2648 | TSA | 6/30/06 |
| | | |
| | | |



Washington Hospital Center
MedStar Health

## FUNCTIONAL STATUS

| AMOUNT OF ASSIST | ind | supr | CG | min | mod | max | dep | NT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| **BED MOBILITY** | | | | | | | | | |
| Rolling | | | | RD | | | | | |
| Supine – Sit | | | | | RD | | | | |
| Sit – Supine | | | | AA | | | | RD | |
| Scooting | | | | RD | | | | | |
| **TRANSFERS** | | | | | | | | | |
| Chair – Bed | | | | | | | | RD | |
| Bed – Chair | | | | | RD | | | | |
| Sit – Stand | | | | | RD | | | | |
| Stand – Sit | | | | | RD | | | | |
| Commode | | | | | | | | RD | |
| **AMBULATION** | | | | | | | | | |
| Level Surface | | | | AA | | | | | 15' x 2 c RW. ↓↓ velocity, flexed trunk. Progressed to supervision. |
| Uneven Surface | | | | | | | | AA | |
| **STAIRS** | | | | | | | | | |
| With Railing | | | | | | | | ✓ | |
| Without Railing | | | | | | | | ✓ | |
| **SELF CARE SKILLS** | | | | | | | | | |
| Self Feeding | RD | | | | | | | | |
| UE Dressing | | | | RD | | | | | |
| LE Dressing | | | | | | RD | | | |
| Bathing | | | | | | | | RD | |
| Toileting | | | | | | | | RD | |
| Meal Preparation | | | | | | | | RD | |

## FUNCTIONAL INDEPENDENCE MEASURE ☐ N/A

| SELF CARE | MOBILITY | COMMUNICATION |
|---|---|---|
| Eating | Transfer: | Comprehension |
| Grooming | Bed, Chair, Wheelchair | Expression |
| Bathing | Toilet | **SOCIAL COGNITION** |
| Dressing — Upper Body | Tub, Shower | Social Interaction |
| Dressing — Lower Body | **LOCOMOTION** | Problem Solving |
| Toileting | Walk/Wheelchair | Memory |
| **SPHINCTER CONTROL** | Stairs | |
| Bladder Control | | |
| Bowel Control | | |

**LEVELS**

**Independence**
7= Complete Independence (Timely, Safely)
6 = Modified Independence

**Modified Dependence**
5 = Supervision
4 = Minimal Assist (Subject — 75%+)
3 = Moderate Assist (Subject — 50%+)

**Complete Dependence**
2 = Maximal Assist (Subject — 25%+)
1 = Total Assist (Subject — 0%+)

**EDUCATION PROVIDED** | **TO:** | **OUTCOME:**

| EDUCATION PROVIDED | TO: | OUTCOME: |
|---|---|---|
| ☑ Precautions lami | pt | aware |
| ☐ Energy Conservation | | |
| ☐ ROM | | |
| ☐ Positioning | | |
| ☐ Therapeutic Exercise | | |
| ☐ ADLs | | |
| ☐ Splint:Type | | |
| ☐ Risks/Benefits of Rehab Program: | | |
| ☑ Other: log rolling | pt | aware |

**ASSESSMENT**

PT Problem List: 1 – ↓ strength
2 – ↓ mobility 2° #1
3 – ↓ ambulation 2° #1
4 – (+) stairs @ home

PT Goals: Pt. will achieve the following goals in 5/6 tx sessions
1 – Sit ⟷ stand (I)
2 – Amb 50' c̄ AD prn c̄ supervision
3 – Attempt stairs c̄ rail & (A)

OT Problem List:
↓ funct mob
↓ (I) in ADL's
↓ endurance
↑ pain

OT Goals: Pt. will achieve the following goals in ______ tx sessions
(1) supine → sit EOB c̄ min(A) in prep for ADL's
(2) LB dressing c̄ (S) & use of AE
(3) tolerate EOB → chair for > 1hr
(4) stand to complete LB ADL's c̄ CG(A)

Patient's Goals: TBD

Goals discussed with (patient)/family? PT: ☑ Yes ☐ No Reason:
OT: ☑ Yes ☐ No Reason:

**Equipment Dispensed:** ☐ Crutches ☐ Cane ☐ Rolling Wheels ☐ Cast Shoes ☐ Patient Education Booklet ☐ MP boot ☐ Raised Toilet Seat ☑ Reacher ☐ Sock Aid ☐ Long Handle Sponge ☐ Leg Lifter ☐ Elastic Shoe Laces ☐ Gait Belt ☐ N/A ☐ Other

**Equipment Recommendations:** TBD

**Discharge Recommendations:** home c̄ services P.T. concurs

**PT Plan:** Cont PT 6x/wk

**OT Plan:** 5x/wk

  

Washington Hospital Center
*MedStar Health*

**DO NOT THIN**

**Directions:** This assessment form is to be completed within 24 hours of admission.
A physical assessment is to be performed by an RN and is to be documented on the flowsheet.
† Requires Explanation in Progress Notes

**Date of Admission:** 6/29/06 **Time of Arrival:** 1630 **Information Obtained from:** ☒ Patient ☐ Other:

***Legal Next-of Kin/Emergency Contact(s):**
** This information must be on nursing kardex*

Name: Bode Frazza Relationship: Wife Phone #: 7) 272-7776 / 703 344 0361
Name: Relationship: Phone #:

Legal Next-of-Kin notified of admission: ☒ Yes ☐ No
*If no, and if patient with altered LOC, Decedent Affairs notified:* ☐ Yes ☐ No

Will this person be available to assist you at time of discharge? ☒ yes ☐ no – *If not, who will assist you at home?*

**Where do you currently live?** ☒ Home ☐ With Family ☐ Assisted Living ☐ Nursing Home ☐ Other:

**Where do you plan to go at your time of discharge?** Home

**Height:** 5'7" **Dietary Restrictions:** No

**Weight:** 195 lbs stated / actual **Requires assistance with eating/drinking:†** ☐ yes ☒ no

**Spiritual/Cultural**

1. Would you like to share any cultural/spiritual beliefs that may possibly affect your care? ☒ no *If yes, describe: (For example: No blood products, dietary restrictions, food preferences)* Would you like a visit from spiritual care? ☐ no ☐ yes (call 7-7138) — Date/Time Called:

**Medication Profile:** ☒ Initiated ☐ Reviewed ☐ Amended
**Disposition of Personal Medications:** ☐ Sent Home ☐ MD Order/Patient ☐ N/A
☐ Other: *(see clothing list for specifics)*

**Disposition Personal Belongings** *(see clothing list)*: ☐ Sent Home with Family ☐ Patient ☐ Security

**PHYSICAL LIMITATIONS**

**Vision:** ☐ No Stated Deficits ☒ Glasses ☐ Contact Lenses ☐ Visual Deficits *(specify)*:
Distant

**Hearing:** ☒ No Stated Deficits Hearing Deficits: ☐ Right ☐ Left New Onset: ☐ No ☐ Yes **
Hearing Aid: ☐ Right ☐ Left

**Speech:** Aphasia: ☒ No ☐ Yes** New Onset: ☐ No ☐ Yes ** ☐ Other *(specify)*

***Hearing / Speech Consult Recommended*

**Communication Devices:**
☐ TTY / Special Phone Required (x7-7070)
☐ Special Call Button Required (x7-6235)
☐ Sign Language Interpreter Required (x7-6751)

**Activity Tolerance/Devices:** ☒ Normal ☐ Weakness ☐ Vertigo ☐ Unsteady Gait ☐ Dyspnea ☐ Angina
☐ Home Oxygen Use ☐ Walker ☐ Cane ☐ Wheelchair ☐ Other *(specify)*:
☐ Requires Assistance Turning† ☐ Requires Assistance with Toileting / Bowel / Bladder Program†

**INTERDISCIPLINARY PATIENT DATA BASE**

***DO NOT THIN***

2581914
FRAZZA
LUKE 263-24-51 M
STARR, JOHN 07/10/1963
19988427
06/29/06
MR14-P

## HEALTH HABITS/BEHAVIOR

1. **Smoking History:** Current: ☒ No ☐ Yes *Amount* ______ Past: ☐ No ☐ Yes *Date Stopped* ______

Are you interested in smoking cessation information? ☐ No ☐ Yes

If you stopped within the last 12 months, would you like additional information to support your success? ☐ No ☐ Yes

2. **Alcohol Use:** ☐ No ☒ Yes *Daily Amt* Socially *Last Use* 6/28 c dinner

3. **Recreational Drug Use:** ☒ No ☐ Yes *Type* ______ *Amount* ______ *Frequency* ______ *Last Use* ______

Previous or Current Drug/Alcohol Rehabilitation? ☐ No ☐ Yes

4. **In the last 2 weeks, have you returned from travel outside of the U.S.?** ☒ No ☐ Yes – Location:

5. **Do you have any major concerns regarding hospitalization / illness / obtaining prescriptions?** *(specify:)* NO

6. **Have you experienced any life changes/stressful situations in the recent past (6 – 12 months) which you think are important to share with your health care team?**

7. **Occupation:** Journalist

8. **What can we do to make your hospital stay more comfortable?**

## CURRENT SOURCE OF MEDICAL CARE

☒ **Private Physician/HMO** *(specify)*: Workers' Comp ☐ **Clinic** *(specify)*:

☐ **None** ☐ **Other** *(specify)*:

**How many times in the past 6 months have you been admitted to the hospital?** None

## COGNITIVE / LANGUAGE

1. **What is the patient's primary language?** ☒ English ☐ Other:

2. **Does the patient require an interpreter?** ☐ Yes *(call x7-2100)* ☒ No

3. **Does the patient have any difficulty speaking/reading/understanding English?** ☒ no ☐ yes *
** If yes, explain:*

4. **Are there any barriers which would prevent the patient from learning or performing health care behaviors?** ☒ No ☐ Yes *(check below)**

☐ Altered Mental Status/Cognitive Limitations ☐ Physical Limitations *(i.e. weakness, debilitated state,. etc.)* ☐ Sensory Deficits

☐ Spiritual/Cultural/Religious Practices ☐ Learning Disability ☐ Language Barrier ☐ Decreased Desire/Motivation to Learn

** If any of the above are checked, please describe in more detail:*

## PAIN HISTORY PROFILE (NOTE: Answer All Questions Completely)

1. **Do you currently have pain?** ☒ yes* ☐ no **If yes, is it:* ☐ acute or ☒ chronic

2. **Pain Rating:** 6/10 ☐ Numeric Scale ☐ Word Descriptor Scale ☐ FACES Scale ☐ Non-Communicative Scale

3. **What level of pain is unacceptable to you?** 0 – 10: ______

4. **Describe your pain:** ☐ N/A ☐ burning ☐ dull ☐ sharp ☐ heavy ☐ cramping ☒ continuous ☐ intermittent ☐ shooting ☐ pins & needles ☐ other *(specify)*:

5. **How long does your pain last?:** ☒ N/A ☐ < 30 minutes ☐ 30 – 60 minutes ☐ > 60 minutes

6. **How frequently do you have pain?:** ☐ N/A ☐ > 3 x hour ☐ 1 – 2 x hour ☐ < 1 x hour ☐ Other *(specify)*

7. **If your patient is experiencing pain, make a mark (x) on the diagram showing the locations of the pain:** ☐ N/A

S/P L3-4 Rev. Decomp

8. **When you have pain, what helps to relieve pain?** Vicodin

9. **When you have pain, what makes pain worse?**

10. **Have you experienced a decrease in function or quality of life due to pain?** ☐ no ☒ yes* *(*If yes explain:)* A lot less stamina. It hurts to do everything

11. **How would you like the health care team to assist you in managing pain?**

**RN Signature:** [signature] RN **Date:** 6/29/06

**Printed Name:** **Time:** 1630

WHC 06/29/06 -73

   

Washington Hospital Center
*MedStar Health*

+

**DO NOT THIN**

## ADMISSION RISK SCREENING AND ORDERS

**Must be Completed for All Patients**
**† Requires Explanation in Progress Notes.**

**The following standing orders are indicated based upon initial patient assessment and screening criteria. These orders will be implemented in accordance with Standard Practice 100.15. Place the top copy of the orders in the MD order section.**

**Unit Clerk: Please Transcribe Only Text within ** ****

| **1a. Transcribe and place request in Invision Computer System for **Dietary Consult – High Risk Screen** if "Yes" is checked for one or more:** | **Yes** | **No** | **Unable Assess†** |
|---|---|---|---|
| • Admitted with Enteral Feedings or TPN | | ✓ | |
| • Less than 50% PO intake for > 7 days | | ✓ | |
| • Stage 3 and/or Stage 4 Pressure Sore(s) | | ✓ | |
| **1b. Transcribe and place request in Invision Computer System for **Dietary Consult – Moderate Risk Screen** if "Yes" is checked for 2 or more items:** | **Yes** | **No** | **Unable Assess†** |
| • Involuntary weight loss (10 – 20 lbs < 6 months) or cachectic in appearance | | ✓ | |
| • Vomiting and / or Diarrhea > 72 hours | | ✓ | |
| • Morbid Obesity | | ✓ | |
| • Difficulty swallowing | | ✓ | |
| • Stage 1 and/or Stage 2 Pressure Sore(s) | | ✓ | |
| • > 75 years old and surgery planned | | ✓ | |
| • ≤ 17 and pregnant | | ✓ | |
| • Hyperemesis, multiple fetuses, gestational diabetes mellitus | | ✓ | |
| • Lactating | | ✓ | |
| • Random blood sugar > 200 | | ✓ | |
| **2. Transcribe and place request in Invision Computer System for **PT/OT for Rehabilitation Screen** for further evaluation if "Yes" is checked for any of the items below: NOTE: Do NOT initiate the Screen if the patient is preop, medically unstable, or on bedrest.** | **Yes** | **No** | **Unable to Assess†** |
| • Has required increased assistance within the last 14 days to: | | ✓ | |
| perform ADL's *(i.e., eating, dressing, bathing, toileting)*; walk *(including stairs)*; get out of bed. | | ✓ | |
| • Has fallen one or more times within the last 14 days. | | ✓ | |
| • Has a spinal cord injury or other condition that results in quadraplegia or paraplegia or otherwise substantially limits the use of limbs. | | ✓ | |
| **3. Transcribe and place request in Invision Computer System for **Social Work Consult** if "Yes" is checked for any of the items below:** | **Yes** | **No** | **Unable to Assess†** |
| • Patient appears to have signs of physical abuse or neglect *(i.e. bruises, burns, malnutrition)*. | | ✓ | |
| • Patient would like to speak to a social worker — *If Yes,* Reason: | | ✓ | |
| • Changes in level of function which will necessitate placement and no payor source. | | ✓ | |
| • Patient has an Advanced Directive and needs to bring a copy to the Hospital. | | ✓ | |
| • Patient would like more information about advanced directives. | | ✓ | |

| **Date:** 6/29/06 | **Time:** 1630 | **RN** *(Signature)*: [signature] Bello RN<br>*(Printed Name)*: |
|---|---|---|
| **Trans-cribed:** **Date:** | | **Unit Clerk** *(Signature / Printed Name)*: |
| **Time:** | | **Nurse Co-Signature** *(Signature / Printed Name)*: |

**SCREENING ORDERS RELATED TO INTERDISCIPLINARY PATIENT DATA BASE**

***DO NOT THIN***

*White Copy: Place in Prescriber Orders*
*Yellow Copy: Place in Admission Database Section*

FORM 1236 93-1236-0 Page 3 of 3 Rev. 11/09/05

2581914
FRAZZA
LUKE 263-24-51 M
STARR, JOHN 07/10/1963
19988427
06/29/06
MR14-P

WHC 06/29/06 -74



Washington Hospital Center MedStar Health

# MEDI[illegible]TION ASSESSMENT PROFILE

*Keep in front of prescribers order section*

## MEDICATIONS WITHIN THE PAST THREE MONTHS

| ENTERED BY Date | Initials | MEDICATION (Include OTC, Herbals, Home Remedies, Dietary Supplements) | Dose | Route | Frequency | Reason | Date Started | Last Dose Taken | Source* (See Key) |
|---|---|---|---|---|---|---|---|---|---|
| | | ☐ No history available ☐ Denies prescription medications ☒ Denies OTC ☑ Denies herbals/supplements/home remedies | | | | | | | |
| 6/16 | SK | Vicodin ES | ~~500/5~~ 750/7.5mg | | | | | 6/29 | P |
| | | Ambien 5 mg | | | | | | 6/28 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*Source Key: P = Patient • F = Family • H = H&P • O = Other *(specify)*

## ALLERGIES / INTOLERANCES

| ENTERED BY Date | Initials | Medication / Allergen | Reaction | Date of Last Reaction if Known | Source* (See Key) |
|---|---|---|---|---|---|
| 6/16 | SK | ☒ No known allergies ☐ No history available | | | |
| | | all plastic tape | ☐ Hives ☐ Rash ☐ Nausea ☐ Diarrhea ☐ Respiratory distress ☐ Itching ☐ Unknown ☐ Other: | | P |
| | | | ☐ Hives ☐ Rash ☐ Nausea ☐ Diarrhea ☐ Respiratory distress ☐ Itching ☐ Unknown ☐ Other: | | |
| | | | ☐ Hives ☐ Rash ☐ Nausea ☐ Diarrhea ☐ Respiratory distress ☐ Itching ☐ Unknown ☐ Other: | | |
| | | | ☐ Hives ☐ Rash ☐ Nausea ☐ Diarrhea ☐ Respiratory distress ☐ Itching ☐ Unknown ☐ Other: | | |

*Source Key: P = Patient • F = Family • H = H&P • I = Insight • PP = Pharmacy Profile • O = Other *(specify)*

## FORM DATA ENTERED BY: *(Signature / Initials / Print Name)*

| | | |
|---|---|---|
| Signature: SKelley RN | Signature: | Signature: |
| Initials: SK Print Name: Sandra Kelley | Initials: Print Name: | Initials: Print Name: |
| Signature: | Signature: | Signature: |
| Initials: Print Name: | Initials: Print Name: | Initials: Print Name: |

## SCANNED TO PHARMACY

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | | | | | | | | | | |
| Time | | | | | | | | | | | |
| Initials | | | | | | | | | | | |

**MEDICATION ASSESSMENT PROFILE**

**Page _______ of _______**

***DO NOT THIN***

FORM 2174 69-464 05/02/05

~~2581914~~
FRAZZA
LUKE 263-2451
STARR, JOHN K. M 07/10/1963
19988427
06/27/06

WHC 06/29/06 -75

Washington Hospital Center MedStar Health

# MEDICATION ASSESSMENT PROFILE

*Keep in front of prescribers order section*

## MEDICATIONS WITHIN THE PAST THREE MONTHS

☐ No history available ☐ Denies prescription medications ☐ Denies OTC ☐ Denies herbals/supplements/home remedies

| ENTERED BY Date | Initials | MEDICATION (Include OTC Herbals, Home Remedies, Dietary Supplements) | Dose | Route | Frequency | Reason | Date Started | Last Dose Taken | Source* (see Key) |
|---|---|---|---|---|---|---|---|---|---|
| 6/29 | | Vicodin | i-ii | PO | Q4HS | Pain | | | |
| | | Ambien | 5mg | PO | QHS | Sleep | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

*Source Key: P = Patient • F = Family • H = H&P • O = Other (specify)

## ALLERGIES / INTOLERANCES

☐ No known allergies ☐ No history available

| ENTERED BY Date | Initials | Medication / Allergen | Reaction | Date of Last Reaction if Known | Source* (see Key) |
|---|---|---|---|---|---|
| 6/29 | RN | Latex | ☐ Hives ☐ Rash ☐ Nausea ☐ Diarrhea ☐ Respiratory distress ☐ Itching ☐ Unknown ☐ Other:______ | | |
| | | | ☐ Hives ☐ Rash ☐ Nausea ☐ Diarrhea ☐ Respiratory distress ☐ Itching ☐ Unknown ☐ Other:______ | | |
| | | | ☐ Hives ☐ Rash ☐ Nausea ☐ Diarrhea ☐ Respiratory distress ☐ Itching ☐ Unknown ☐ Other:______ | | |
| | | | ☐ Hives ☐ Rash ☐ Nausea ☐ Diarrhea ☐ Respiratory distress ☐ Itching ☐ Unknown ☐ Other:______ | | |

*Source Key: P = Patient • F = Family • H = H&P • I = Insight • PP = Pharmacy Profile • O = Other (specify)

## FORM DATA ENTERED BY: (Signature / Initials / Print Name)

| | | |
|---|---|---|
| Signature: Rigi Bello RN | Signature: | Signature: |
| Initials: RN Print Name: RIGI BELLO | Initials: Print Name: | Initials: Print Name: |
| Signature: | Signature: | Signature: |
| Initials: Print Name: | Initials: Print Name: | Initials: Print Name: |

## SCANNED TO PHARMACY

| Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | | | | | | | | | | | |
| Initials | | | | | | | | | | | |

**MEDICATION ASSESSMENT PROFILE**

**Page _______ of _______**

***DO NOT THIN***

FORM 2174 69-464 05/02/05

~~2591914~~ 2632451 M
FRAZZA
LUKE 07/10/1963
STARR, JOHN
19988427
06/29/06
MR14-P

WHC 06/29/06 -76

Washington Hospital Center
MedStar Health

☐ Clinical Pathway

**INTERDISCIPLINARY PLAN OF CARE PROBLEM LIST**
***DO NOT THIN***

| Date/ Initial | Problem Number | Active Problem | Diagnosis | Date Diagnosis/ Updated/Initial | Date Resolved/ Initial |
|---|---|---|---|---|---|
| 6/29 RB | ① | Pain | Lumbar Decomp. | | |
| 7/1 | ② | Alt. in sleeping pattern | Lumbar decomp. | | |
| 7/1 | ③ | Headache | Lumbar Decomp. | | |
| 7/1 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Continued on Back

| INITIAL | PRINTED NAME / SIGNATURE | | DISCIPLINE |
|---|---|---|---|
| RB | RISI BELLO | [signature] | RN |
| [illegible] | [illegible] | [signature] | [illegible] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**INTERDISCIPLINARY PLAN OF CARE PROBLEM LIST**
***DO NOT THIN***

DATE

FORM 629 83-2213-3 R06/28/05
Page 1 of 2

~~2501514~~ 4
FRAZZA
LUKE 263451 M
STARR, JOHN 07/10/1963
19988427
06/29/06
MR14-P

WHC 06/29/06 -77



Washington Hospital Center

MedStar Health

**KEY**

| Barriers to Learning | Learners | Preference/Tools/Method | Evaluation |
|---|---|---|---|
| 1 = No Barrier<br>2 = Language/Communication/Literacy<br>3 = Cultural/Religious Practices<br>4 = Cognitive/Sensory Impairment<br>5 = Severity of Illness/Pain<br>6 = Motivation/Receptiveness<br>7 = Physical Limitation | P = Patient<br>F = Family/Significant Other<br>O = Other | C = Class/Group<br>D = Demonstration<br>A = Audiovisual<br>L = Literature<br>TV = Educational Channel<br>PM = Physical Model<br>1:1 = One to One | U = Learner demonstrates/ States Understanding<br>R = Reinforcement Needed<br>NL = Not Learned |

**EDUCATION**

| Instruction | Date | Content | Preference | Barrier | Learners | Tool | Evaluation | Initials |
|---|---|---|---|---|---|---|---|---|
| Pt Rights/Responsiblities | 6/29/06 | Your Guide to Washington Hospital Center | 1:1 | 1 | P | 1:1 | U | RB |
| Illness – Disease Process/ Prevention | | Smoking Cessation Resources N/A | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Medications/ Food and Drug Interactions | 6/29/06 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Pain Management | 6/29/06 | PCA pump | 1:1 | 1 | P | 1:1 | U | RB |
| Equipment | | IV pump | 1:1 | 1 | P | 1:1 | U | RB |
| | | Venodyne | 1:1 | 1 | P | 1:1 | U | RB |
| Treatment/ Procedure | 6/29 | Turning Q2 hr | 1:1 | 1 | P | P:1 | U | RB |
| | | | | | | | | |
| Diet/ Nutrition Therapy | 6/29 | As tol. | 1:1 | 1 | P | 1:1 | U | RB |
| | | | | | | | | |
| Rehabilitation/ Activity | 6/29 | OOB c̄ ASSIST | 1:1 | 1 | P | 1:1 | U | RB |
| | | | | | | | | |
| | | | | | | | | |
| Follow-up Care/ Community Resources | | | | | | | | |
| Clinical Pathway/ Educational Forms | | | | | | | | |

Note: PLEASE SIGN ON BACK OF FORM

| Date | Comments (additional space on back) |
|---|---|
| | |
| | |

**INTERDISCIPLINARY PATIENT EDUCATION RECORD**

DATE

DO NOT THIN

25819~~14~~ 263245
FRAZZA
LUKE M
STARR, JOHN 07/10/1963
19988427
06/29/06
MR14-P

FORM 1245 93-1245-0 rev 02/19/04

WHC 06/29/06 -78

| Date | Comments *(continued)* |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Signature | Initials | Print Name and Title |
|---|---|---|
| Risi Bello RN | RB | RISI BELLO RN |
| | | |
| | | |
| | | |
| | | |
| | | |

## Guidelines for the Use of the Interdisciplinary Patient Education Record

**General Statements:**

1. This interdisciplinary document will be initiated by nursing on all patients.
2. The IPER form will be placed behind the patient education divider in each chart and ***should not be thinned.***
3. Patient education provided by any discipline should be documented on this form.

**Instructions for Use:**

1. Document educational content in the column corresponding to the appropriate instruction category.
   a. Clinical pathways or other educational forms that include education should be identified by the name of the pathway or form in the content area and then #2, 3, 4, 5, and 6 should be followed.
2. Complete the date column.
3. To prevent redundant documentation of multiple topics at one teaching event date each section, complete variable sections, evaluation of learning and initial. If date remains the same for additional topics and all other information is identical, then a check mark (✓) can be used to indicate the same information.
4. Using the key provided at the top of the form, enter the appropriate code in the following columns:
   - Barriers*
   - Learners*
   - Tool*
   - Evaluation

   * *If applicable, more than one code may be entered in these columns.*
5. Initial the last column; initial, sign and print name and title in the designated spaces on back of form.
6. The comment section should be utilized if:
   a. A barrier in learning is identified which is not overcome by a change in learner, tool, or method.
   b. It is determined that either reinforcement is needed or the educational content was not learned.

FORM 1245 rev 02/19/04

Washington Hospital Center
MedStar Health

Date 6 T29/06 to 6 T30/06

Name: Fragga, Luke

**MEDICAL-SURGICAL FLOWSHEET** Date ___/___/___ to ___/___/___ Room No. 23B

## PAIN ASSESSMENT

Key – Pain Scale: N = Numeric • F = Faces • W = Word Descriptor • NC = Non-Communicative

| | | | | | |
|---|---|---|---|---|---|
| Time | 1625 | 2200 | 0022 | 0130 | |
| Score | Ø | Ø | 4 | | |
| Re-Assessment Score | | | | Ø | |
| Scale (see key above) | | | N | NC | |
| Location | | | Back | | |
| Description | | | Ache | | |
| Intervention | | | Re-c, Tylenol | | |

## VITAL SIGNS

| | | | | |
|---|---|---|---|---|
| Time | 1625 | 2443 | 0415 | 047 |
| Temperature | 96.6 | 98.2 | 99.2 | — |
| Heart Rate | 95 | 94 | 94 | 95 |
| Respirations | 18 | 18 | 18 | 18 |
| Blood Pressure | 126/66 | 141/56 | 88/58 | 92/60 |
| $SPO_2$ | | 98 | 96 | 95 |
| $FiO_2$ | | | RA | RA |
| FS Bloodsugar Serum 70-110 mg/dl | | | | |
| Insulin Coverage | | | | |

## MEDICATION ADMINISTRATION RECORD

| Time | Modality (see key) | Medication | Conc. or % Solution | Starting/Transfer Volume | Initials |
|---|---|---|---|---|---|
| 1630 | P | Morphine Sulfate | 1mg/ml | 238 | RB |

## PRESCRIBER ORDER INFUSOR SETTINGS (Indicate changes in blank spaces at bottom.)

| Time | Modality (see key) | Dose | Delivery Rate (check box) | PCA/Nurse Bolus | Loading Dose | Lockout Interval |
|---|---|---|---|---|---|---|
| 1630 | P | | ☐ Continuous ☐ 0600–2200 ☐ 2200–0600 | | | |
| | | | ☐ Continuous ☐ 0600–2200 ☐ 2200–0600 | | | |
| | | | ☐ Continuous ☐ 0600–2200 ☐ 2200–0600 | | | |
| | | | ☐ Continuous ☐ 0600–2200 ☐ 2200–0600 | | | |
| | | | ☐ Continuous ☐ 0600–2200 ☐ 2200–0600 | | | |

## KEY

**Modality**
P = PCA N = Epineural
E = Epidural PN = Perineural

**Agitation/Sedation Level (ASL Code)**
1 = *Heavily Sedated* – Unresponsive. Reacts to painful stimuli only
2 = *Sedated/Drowsy* – Rests quietly. Reacts to mild-to-moderate physical stimuli.
3 = *Alert* – Cooperative and appropriate.
4 = *Restless* – Active movements, may be continuous or episodic. Calms to verbal commands. May have some voluntary movement control.
5 = *Agitated* – Very active (aggressive) movements, may be continuous or episodic. No response to verbal command. No control of movements.

| Time (Q 4° Required) / Initials | Pt/Nurse # of Bolus Delivered | # of Bolus Demand | Total Dose Given (mcg, mg, ml) | Dose Amount Remaining | Nurse Delivered Dose / Time Given (maximum 4 doses over 4 hours) | Pain Rating 0–10 (see key) | ASL 1–5 (see key) | LOS 1–5 (see key) | LOM 0–5 (see key) | Nurse's Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | | | | | | | | | | |
| 1200 | | | | | | | | | | |
| 1600 RB | 10 | 41 | 12.0 | 238.0 | | Ø | 3 | 5 | 3 | RB |
| 2000 RB | 20 | 62 | 20 | 218.6 | | Ø | 3 | 5 | 3 | RB |
| 2400 M | 8 | 20 | 7.0 | 210.0 | | 4 | 3 | 5 | 3 | [illegible] |
| 0400 M | 11 | 16 | 11.0 | 199.0 | | 4 | 3 | 5 | 3 | [illegible] |

**Pain Rating**
0 = None 6 = Distressing
2 = Mild 8 = Horrible
4 = Discomforting 10 = Pain as bad as it could possibly be

**Loss of Sensation (LOS Code)** – *Only applies if patient received Epineural / Perineural or Epidural*
5 = Full Sensation 2 = Numbness below umbilicus
4 = Tingling to LE 1 = Numbness above umbilicus
3 = Numbness below knees

**Loss of Motor Function (LOM Code)** – *Only applies if patient received Epineural / Perineural or Epidural*
5 = Full Motor 2 = Rolls legs
4 = Able to bend knees with good control but not full strength 1 = Moves feet and ankles
3 = Bend knees halfway 0 = Unable to move

| Time | Amount Wasted | Initials | Witness |
|---|---|---|---|
| | | | |
| | | | |

## NEUROLOGICAL ASSESSMENT

Time: 1630 Level of Consciousness Alert & Oriented ☒ Yes ☐ No: If no, perform GCS
Comments:

Time: 0300 ☒ No Changes ☐ Changes
Comments:

Time: 0420 ☒ No Changes ☐ Changes
Comments:

**GLASGOW COMA SCALE**

Pupil Gauge [• S •] [● N ●] [● D ●]
SIZE: SM = SMALL N = NORMAL D = DILATED
REACTION: B = Brisk; S = Sluggish; — = No Reaction; C = Closed

**Eyes Open:** 1 = None 2 = To Pain 3 = To Speech 4 = Spontaneous
**Best Verbal Response:** 1 = None 2 = Inappropriate Sounds 3 = Inappropriate Words 4 = Confused 5 = Oriented
**Best Motor Response:** 1 = None 2 = Abnormal Extension 3 = Abnormal Flexion 4 = Withdrawal 5 = Localizes 6 = Obeys Commands

| | | |
|---|---|---|
| Time: | | 1630 |
| R | Pupil Size | N |
| R | Reaction | B |
| L | Pupil Size | N |
| L | Reaction | B |
| Eyes Open | | 4 |
| Best Verbal Response | | 5 |
| Best Motor Response | | 6 |
| COMA SCORE TOTAL | | 15 |

**Extremity Strength:** N = Normal W = Weak V = Very Weak 0 = No Response

| | | |
|---|---|---|
| R | Upper | N |
| R | Lower | W |
| L | Upper | N |
| L | Lower | W |

WHC 06/29/06 -80

| Time: 1630 ☐ Admission Assessment | Time: 2000 | Time: 0400 |
|---|---|---|
| **RESPIRATORY** | ☒ No Changes ☐ Changes Comments: | ☒ No Changes ☐ Changes Comments: |
| Respirations: ☒ No Distress ☐ Dyspnea | | |
| Cough: ☒ No ☐ Yes ☐ Productive ☐ Non-Productive | | |
| Sputum: Color Amount Consistency | | |
| Breath Sounds: R ☒ Clear ☐ Rhonchi ☐ Crackles ☐ Wheezing | | |
| L ☒ Clear ☐ Rhonchi ☐ Crackles ☐ Wheezing | | |
| Describe: | | |
| Other: | | |
| **CARDIOVASCULAR** | ☒ No Changes ☐ Changes Comments: | ☒ No Changes ☐ Changes Comments: |
| Heart Rhythm: ☒ Regular ☐ Irregular ☐ Apical ☐ Radial | | |
| Pulses: ☒ All Present ☐ Abnormal Finding *Describe:* | | |
| Edema: ☒ Absent ☐ Present – *Describe:* | | |
| AV Graft/Fistula: Bruit: ☐ Present ☐ Absent Thrill: ☐ Present ☐ Absent | | |
| Other: | | |
| **GASTROINTESTINAL** | ☒ No Changes ☐ Changes Comments: | ☒ No Changes ☐ Changes Comments: |
| Abdomen: ☒ Soft ☐ Firm ☐ Hard ☐ Tender ☐ Distended | | |
| Bowel Sounds: ☒ Present ☐ Absent ☐ Hypoactive ☐ Hyperactive | | |
| Nasogastric Tube: ☐ Yes ☐ Low Continuous Suction ☐ Low Intermittent Suction ☐ Clamped | | |
| Feeding Tube: ☐ Yes ☐ Type | | |
| Emesis / Drainage: ☐ Yes ☐ Color | | |
| Character: | | |
| Other: | | |
| **G.U.** | ☒ No Changes ☐ Changes Comments: | ☒ No Changes ☐ Changes Comments: |
| Urine Color: ☒ Yellow ☐ Amber ☐ Bloody ☐ Other | | |
| Character: ☒ Clear ☐ Cloudy ☐ Sediment ☐ Clots | | |
| Voiding: ☐ Continent ☐ Incontinent ☒ Foley ☐ Urinal/Bedpan/Commode ☐ External Catheter ☐ Other | | |
| ☐ Frequency ☐ Urgency ☐ Burning | | |
| Vaginal Drainage: ☐ No ☐ Yes *Describe:* ☐ Lochia | | |
| Other: | | |
| **MUSCULOSKELETAL** | ☒ No Changes ☐ Changes Comments: | ☒ No Changes ☐ Changes Comments: |
| Mobility Aids: ☐ W/C ☐ Cane ☐ Walker ☐ Brace ☐ Crutches ☒ Other: Bedrest | | |
| Needs Assistance With: Turning | | |
| Neurovascular Status: ☒ Intact ☐ Impaired *Describe:* | | |
| Cast Location: | | |
| Traction Type: Weight: | | |
| Other: | | |
| **PSYCHOSOCIAL** | ☒ No Changes ☐ Changes Comments: | ☒ No Changes ☐ Changes Comments: |
| ☐ Anxious ☐ Withdrawn ☒ Calm ☐ Appropriate ☐ Other: | | WHC 06/29/06 -81 |

Form #1181 Rev. 07/05/05 93-4159-5



Washington Hospital Center
MedStar Health

Date 6/29/06 to 6/30/06

**INTEGUMENTARY** Time: 1630

Skin Dryness: ☒ Dry ☐ Moist ☐ Diaphoretic
Color: ☒ Normal ☐ Pale ☐ Ashen ☐ Cyanotic ☐ Jaundice

Time: 0000
☒ No Changes ☐ Changes Comments:

Time: 0400
☒ No Changes ☐ Changes Comments:

| NUTRITION | 7am–3pm | 3pm–11pm | 11pm–7pm |
|---|---|---|---|
| Diet Type: | | | |
| Feed (S=Self; A=Assist; T=Total) | | | |
| Appetite (1/4, 1/2, all) | | | |
| Supplemental Snack | | | |
| Other: | | | |

**SKIN INSPECTION**

| Daily Inspection Time: 1630 | No | Yes | Wound Location | Wound Type (Diabetic / Pressure / Surgical / Traumatic / Lower Extremity / Vascular) | Color R=Red Y=Yellow B=Black | Size / Stage (Length × Width × Depth) | Condition (Clean / Healing / Necrotic / Deteriorating) | Wound Care (See Chart below) |
|---|---|---|---|---|---|---|---|---|
| 1. Any pressure areas visible on heels? | ✓ | | | | R Y B | | | |
| | | | | | R Y B | | | |
| | | | | | R Y B | | | |
| 2. Any pressure areas visible on sacrum? | ✓ | | | | R Y B | | | |
| | | | | | R Y B | | | |
| 3. Any wounds present? | | ✓ | Lumbar | dsg ☒I | R Y B | | | |
| | | | | | R Y B | | | |
| | | | | | R Y B | | | |
| | | | | | R Y B | | | |
| | | | | | R Y B | | | |

COMMENTS – Time: 0000 ☒ No Changes | Time: 0400 ☒ No Changes | Time: ☐ No Changes

**MODIFIED BRADEN SCALE / RISK PREDICTORS FOR SKIN BREAKDOWN**

*Complete on admission. Reassess daily & modify therapy as indicated. (See reference guide for description of terms)*

| Criteria | Rating Scale | | | | Score |
|---|---|---|---|---|---|
| SENSORY PERCEPTION Ability to respond to discomfort | 1. Completely Limited | 2. Very Limited | 3. Slightly Limited | 4. No Impairment | |
| MOISTURE Degree to which skin is exposed to moisture | 1. Constantly Moist | 2. Very Moist | 3. Occasionally Moist | 4. Rarely Moist | |
| ACTIVITY Degree of physical activity | 1. Bedfast | 2. Chairfast | 3. Walks Occasionally | 4. Walks Frequently | |
| MOBILITY Ability to change and control body position | 1. Completely Immobile | 2. Very Limited | 3. Slightly Limited | 4. No Limitations | |
| NUTRITION Usual food intake pattern | 1. Very Poor | 2. Probably Inadequate | 3. Adequate | 4. Excellent | |
| FRICTION & SHEAR | 1. Problem | 2. Potential Problem | 3. No Apparent Problem | | |

**TOTAL SCORE** – *If score is ≤ 12, complete wound care notification sticker*

**WOUND CARE RECOMMENDATIONS**

| Characteristics of Wound Base | Wound Depth | Amount of Exudate | Type of Dressing | Frequency of Dressing Change |
|---|---|---|---|---|
| Clean Wound Base | less than 0.5 cm<br>greater than 0.5 cm | Minimal to Moderate | Transparent film dressing (add hydrogel if wound base is dry); may add moist saline gauze fluffed if needed to fill cavity | PRN dressing not intact<br>Daily |
| Slough or Loose Necrosis | less than 0.5 cm<br>greater than 0.5 cm | Minimal to Moderate | Moist gauze with transparent film dressing; may add moist, fluffed gauze | Daily |
| Eschar • on extremity or • on body | N/A | N/A | ABD pad, gauze wrap | PRN |

**PRESSURE SORE STAGES**

**Stage 1:** Erythema only — redness does not disappear after pressure is relieved.
**Stage 2:** Superficial break in skin such as abrasions or blisters.
**Stage 3:** Break in skin that exposes and or extends into the subcutaneous tissue.
**Stage 4:** Break in skin extending through tissue and subcutaneous layers, exposing muscles and bone.

**MEDICAL-SURGICAL FLOWSHEET**

Form #1181
Rev. 07/05/05
93-4159-5

Page 3 of 6

2581914
FRAZZA
LUKE 263245 M
STARR, JOHN 07/10/1963
19988427
06/29/06
MR14-P

WHC 06/29/06 -82

Date: 6/29/06 to 6/30/06

| NURSING CARE | Day 7am–7pm | Eve | Night 7pm–7am |
|---|---|---|---|
| **TREATMENTS** | | 1630 | 0700 |
| O2 – Type ____ | | RA | RA |
| Incentive Spirometry / Vol. | | ✓ | M |
| Turn / cough / deep breath: ☒ Yes ☐ No | | ✓ | M |
| Range of Motion: ☐ Passive ☒ Active | | ✓ | M |
| Devices removed: ☐ Teds ☐ Splints ☒ Compression | | ✓ | M |
| Hot Pack / K-Pad | | | |
| Ice Pack | | | |
| Foley Catheter Care | | ✓ | M |
| Perineal Care / Fundal Check | | ✓ | M |
| Skin Care | | ✓ | M |
| NG Tube Placement Check | | | |
| Sitz Bath | | | |
| Trach Care | | | |
| Trach / NP Suction | | | |
| Amount of CT Suction | | | |
| Chest Tube Dressing Change | | | |
| Hyper / Hypothermia | | | |
| Ostomy Care | | | |
| Breast Care | | | |
| Drain Site Care: ☒ Yes ☐ No | | ✓ | M |
| Guided Imagery | | | |
| Other: NU | | ✓ | M |

| NURSING CARE | Day 7am–7pm | Eve | Night 7pm–7am |
|---|---|---|---|
| **ACTIVITY / COMFORT / EQUIPMENT** | | 1630 | 0700 |
| Up ad lib | | | |
| Ambulate: ☐ Self ☐ Assist | | | |
| In chair | | | |
| Reposition / Turn | | ✓ | M |
| Dangled | | | |
| Bedrest | | ✓ | M |
| HOB Comfort degrees | | ✓ | M |
| Bath self / assist / total | | | |
| Shave / hair care | | | |
| Oral care | | ✓ | |
| Backrub | | ✓ | |
| Hours of sleep > 4 hr. | | | |
| Hours of sleep < 4 hr. | | ✓ | M |
| Tube feeding bag changed | | | |
| Telemetry in place | | | |
| Specialty Bed Type: Standard | | ✓ | M |
| Acuity System Complete | | | |
| Other: | | | |

| NURSING CARE | Day 7am–7pm | Eve | Night 7pm–7am |
|---|---|---|---|
| **VASCULAR ACCESS** | | 1630 | 0700 |
| VAD #1 Insertion Date: | | 6/29 | 6/29 |
| Vascular Access Type: | | PIV | PIV |
| Location: | | RA | RA |
| **VAD Site Assessment:** | | | |
| Redness | Yes / No | Yes / (No) | Yes / (No) |
| Swelling | Yes / No | Yes / (No) | Yes / (No) |
| Tenderness | Yes / No | Yes / (No) | Yes / (No) |
| Drainage | Yes / No | Yes / (No) | Yes / (No) |
| Patent | Yes / No | (Yes) / No | (Yes) / No |
| Flush Type / Amount | | Cont | Cont |
| VAD Dsg Changed | | WF | IVF |
| VAD #1 Tubing Changed | | | |
| VAD #2 Insertion Date: | | | |
| Vascular Access Type: | | | |
| Location: | | | |
| **VAD Site Assessment:** | | | |
| Redness | Yes / No | Yes / No | Yes / No |
| Swelling | Yes / No | Yes / No | Yes / No |
| Tenderness | Yes / No | Yes / No | Yes / No |
| Drainage | Yes / No | Yes / No | Yes / No |
| Patent | Yes / No | Yes / No | Yes / No |
| Flush Type / Amount | | | |
| VAD Dsg Changed | | | |
| VAD #2 Tubing Changed | | | |
| # IV Pumps in Use | | | |
| Other: | | | |

**Comments:**

## SAFETY ASSESSMENT

**A patient who scores 25 points or more is considered at high risk for falls and a patient who is at risk for bed rail entrapment require additional nursing interventions to be implemented.** *(See Patient Safety Interventions.)*

- **25** Impaired cognition, disorientation, impaired judgement, poor attention span
- **25** Impulsiveness (sudden involuntary or unconsidered movement or actions with potential for injury)/Restlessness
- **25** History of previous falls
- **24*** Small body size and/or frail
- **20** Limb paralysis, paresthesia, and/or lack of muscle control
- **5** Activity intolerance/weakness
- **5** Altered bladder/bowel elimination
- **5** Sensory deficits
- **5** Special medications categories (narcotics, tranquilizers, sedatives, psychotropics, hypnotics, diuretics)
- **5** Use of ambulatory devices / requires assistance with ambulation
- **3** Altered sleep patterns
- **0** None of the above
- ***** *High risk for bed rail entrapment*

| Total | Day 7 am–7 pm / 7 am–3 pm | Evening 3 pm–11 pm | Night 7 pm–7 am / 11 pm–7 am |
|---|---|---|---|
| Points: | ☐ | ☐ | ☐ |

| NURSING CARE | Day 7am–7pm | Eve | Night 7pm–7am |
|---|---|---|---|
| **PATIENT SAFETY** | | 1715 | 0700 |
| Call light/Telephone in reach | | ✓ | M |
| Bed in lowest position | | ✓ | M |
| Side Rails: x2 | | ✓ | M |
| Lights/Night light on | | ✓ | M |
| Clear pathway to bathroom | | ✓ | M |
| Ambulation assistive devices within reach | | | |
| Eyeglasses/hearing aid | | | |
| Patient checks/toileting q2 | | ✓ | M |
| Frequent reorientation | | | |
| Diversionary activities | | | |
| Bed Alarm System | | | |
| Non-Skid Slippers | | ✓ | |
| Bed Rail Pads | | | |
| Other: | | | |

WHC 06/29/06 -83



Washington Hospital Center
MedStar Health

Date 6/29/06 to 6/30/06

## TELEMETRY STRIPS

Date 6/29/06 to 6/30/06

| Shift | Initials | Signature | Printed Name | Title |
|---|---|---|---|---|
| 7 am – 3 pm | | | | |
| 3 pm – 11 pm | RB | Risi Bello | RISI BELLO | RN |
| 11 pm – 7 am | AM | [illegible] | Alvin [illegible] | RN |
| 7 am – 7 pm | | | | |
| 7 pm – 7 am | | | | |
| Admitting RN | RB | Risi Bello | RISI BELLO | RN |
| | | | | |
| | | | | |

**Form 1181**
**Medical-Surgical Flowsheet**
Rev. 07/05/05 93-4159-5

2581914
FRAZZA
LUKE 2632451
STARR, JOHN M
19988427 07/10/1963
06/29/06
MR14-P

WHC 06/29/06 -84



Washington Hospital Center
*MedStar Health*

Name: ____________________

☐ I & O Not Required

**24 HOUR TOTALS**

| In | Out | Net +/− | Weight |
|---|---|---|---|
| | | | |

Date ____/____/____ to ____/____/____

Form 1181
Rev. 07/05/05
93-4159-5
Page 6 of 6

| INTAKE & OUTPUT | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 8 Hr Total | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 8 Hr Total | 23 | 24 | 01 | 02 | 03 | 04 | 05 | 06 | 8 Hr Total | 24 Hr Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INTAKE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oral | | | | | | | | | | | | | | | | | | | 360 | | 240 | | 360 | | 240 | | 1200 | 1200 |
| Tube Feeding/Formula: (vol.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gastric Residual (Refed) | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IV: Fluid / Meds | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| D5½ 20K | | | | | | | | | | | | | | | | | | 550 | 480 | | | | | | | | 600 | 1150 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Irrigant: | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood/Blood Products | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL INTAKE | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2350 |
| **OUTPUT** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Urine (Void / Foley (circled)) | | | | | | | | | | | | | | | | | | 525 | | | 1200 | | | 1900 | | | 3100 | 3625 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NG Drainage | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Emesis | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gastric Residual (Discarded) | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CT Level/Drainage | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Drainage Tubes *(specify type)* | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JP | | | | | | | | | | | | | | | | | 80 | 80 | | 60 | | | | 40 | | 40 | 140 | 220 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Stool / Ostomy | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL OUTPUT | | | | | | | | | | | | | | | | | | 605 | | | | | | | | | | |

WHC 06/29/06 -85

Washington Hospital Center
MedStar Health

Date 6/30/06 to 7/1/06

Name: Frazza, Luke **MEDICAL-SURGICAL FLOWSHEET** Date 6/30/06 to 7/1/06 Room No. 23B

**PAIN ASSESSMENT** Key – Pain Scale: N = Numeric • F = Faces • W = Word Descriptor • NC = Non-Communicative

| | | | | | |
|---|---|---|---|---|---|
| Time | 0830 | | 1600 | 2400 | 0100 |
| Score | 8 | | 0 | 4 | |
| Re-Assessment Score | | 2 | | | 3 |
| Scale (see key above) | N | | N | N | N |
| Location | lumbar back | | | back | |
| Description | | | | ache | |
| Intervention | | | PCA | PCA | |

**VITAL SIGNS**

| | | | | | | |
|---|---|---|---|---|---|---|
| Time | 0740 | 1140 | 1510 | 1800 | 2345 | 0420 |
| Temperature | 99.4 | 99.1 | 98.6 | 98.3 | 98 | 98.9 |
| Heart Rate | 90 | 99 | 98 | 103 | 103 | 92 |
| Respirations | 20 | 20 | 16 | 18 | 20 | 18 |
| Blood Pressure | 117/76 | 105/65 | 106/59 | 107/66 | 129/71 | 106/67 |
| $SPO_2$ | 94 | 99 | 98 | 95 | 94% | 93% |
| $FiO_2$ | RA | RA | RA | 10L | RA | RA |
| FS Bloodsugar Serum 70-110 mg/dl | | | | | | |
| Insulin Coverage | | | | | | |

**MEDICATION ADMINISTRATION RECORD**

| Time | Modality (see key) | Medication | Conc. or % Solution | Starting/Transfer Volume | Initials |
|---|---|---|---|---|---|
| 0830 | P | Morphine sulfate | 1:1 | | [illegible] |
| 1050 | | Morphine sulfate | | | [illegible] |

**PRESCRIBER ORDER INFUSOR SETTINGS** (Indicate changes in blank spaces at bottom.)

| Time | Modality (see key) | Dose | DELIVERY Rate (check box) | PCA/Nurse Bolus | Loading Dose | Lockout Interval |
|---|---|---|---|---|---|---|
| | | 0 | ☐ Continuous ☐ 0600–2200 ☐ 2200–0600 | 1 | — | 10 min |
| | | | ☐ Continuous ☐ 0600–2200 ☐ 2200–0600 | 1 | 3 | 8 hr |
| | | | ☐ Continuous ☐ 0600–2200 ☐ 2200–0600 | | | |
| | | | ☐ Continuous ☐ 0600–2200 ☐ 2200–0600 | 5 | — | 8 min |
| | | | ☐ Continuous ☐ 0600–2200 ☐ 2200–0600 | 15 | 0 | 8 |

**KEY**

**Modality**
P = PCA N = Epineural
E = Epidural PN = Perineural

**Agitation/Sedation Level (ASL Code)**
1 = *Heavily Sedated* – Unresponsive. Reacts to painful stimuli only
2 = *Sedated/Drowsy* – Rests quietly. Reacts to mild-to-moderate physical stimuli.
3 = *Alert* – Cooperative and appropriate.
4 = *Restless* – Active movements, may be continuous or episodic. Calms to verbal commands. May have some voluntary movement control.
5 = *Agitated* – Very active (aggressive) movements, may be continuous or episodic. No response to verbal command. No control of movements.

| Time (Q 4° Required) / Initials | Pt/Nurse # of Bolus Delivered | # of Bolus Demand | Total Dose Given (mcg, mg, ml) | Dose Amount Remaining | Nurse Delivered Dose / Time Given (maximum 4 doses over 4 hours) | Pain Rating 0–10 (see key) | ASL 1–5 (see key) | LOS 1–5 (see key) | LOM 0–5 (see key) | Nurse's Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 0800 [illegible] | 15 | 28 | 15.0 | 250 | | 8 | 3 | 5 | 5 | [illegible] |
| 1200 [illegible] | 3 | 3 | 3.0 | 247.0 | | 0 | 3 | 5 | 5 | BK |
| 1600 BK | 5 | 5 | 5 | 242.0 | — — | 0 | 3 | 5 | 5 | BB |
| 2000 | 13 | 17 | 13 | 229.0 | — — | 4 | 3 | 5 | 5 | BK |
| 2400 [illegible] | 5 | 10 | 5 | 224 | | 4 | 3 | | | [illegible] |
| 0400 [illegible] | 14 | 24 | 14 | 210 | | 2 | 3 | | | [illegible] |

**Pain Rating**
0 = None 6 = Distressing
2 = Mild 8 = Horrible
4 = Discomforting 10 = Pain as bad as it could possibly be

**Loss of Sensation (LOS Code)** – *Only applies if patient received Epineural / Perineural or Epidural*
5 = Full Sensation 2 = Numbness below umbilicus
4 = Tingling to LE 1 = Numbness above umbilicus
3 = Numbness below knees

**Loss of Motor Function (LOM Code)** – *Only applies if patient received Epineural / Perineural or Epidural*
5 = Full Motor 2 = Rolls legs
4 = Able to bend knees with good control but not full strength 1 = Moves feet and ankles
3 = Bend knees halfway 0 = Unable to move

| Time | Amount Wasted | Initials | Witness |
|---|---|---|---|
| | | | |

**NEUROLOGICAL ASSESSMENT** Time: 0830
Level of Consciousness Alert & Oriented ☒ Yes ☐ No: *If no, perform GCS*
Comments:

Time: 1600 ☒ No Changes ☐ Changes
Comments:

Time: 2400 ☒ No Changes ☐ Changes
Comments:

**GLASGOW COMA SCALE**

Pupil Gauge [• S •] [● N ●] [● D ●]
SIZE: SM = SMALL N = NORMAL D = DILATED
REACTION: B = Brisk; S = Sluggish; — = No Reaction; C = Closed

| | Time: 0830 | 1600 |
|---|---|---|
| R Pupil Size | | |
| R Reaction | | |
| L Pupil Size | | |
| L Reaction | | |
| **Eyes Open:** 1 = None 2 = To Pain 3 = To Speech 4 = Spontaneous | 4 | 4 |
| **Best Verbal Response:** 1 = None 2 = Inappropriate Sounds 3 = Inappropriate Words 4 = Confused 5 = Oriented | 5 | 5 |
| **Best Motor Response:** 1 = None 2 = Abnormal Extension 3 = Abnormal Flexion 4 = Withdrawal 5 = Localizes 6 = Obeys Commands | 6 | 6 |
| **COMA SCORE TOTAL** | 15 | 15 |

WHC 06/29/06 -86

**Extremity Strength:** N = Normal W = Weak V = Very Weak 0 = No Response

| | | |
|---|---|---|
| R Upper | | N |
| R Lower | | N |
| L Upper | | N |
| L Lower | | N |