# Continuation of Medical Records
# 14-15

## DRS. COLLINS, JOHNSON, TOZZI & STARR, P.C.

PHYSICIANS OFFICE BUILDING
106 IRVING STREET, N.W. #215
WASHINGTON, D.C. 20010
(202) 291-9266
FAX (202) 291-7689

ROBERT E. COLLINS, M.D.    DAVID C. JOHNSON, M.D.
JAMES E. TOZZI, M.D.    JOHN K. STARR, M.D.
WIEMI A. DOUOGUIH, M.D.

FOXHALL SQUARE BUILDING
3301 NEW MEXICO AVE., N.W. #318
WASHINGTON, D.C. 20016
(202) 966-2256
FAX (202) 966-4369

6196 OXON HILL ROAD #450
OXON HILL, MARYLAND 20745
(202) 291-3018

PRACTICE LIMITED TO ORTHOPAEDIC SURGERY

LUKE FRAZZA

CG 44303
9528 STEVEBROOK ROAD
FAIRFAX, VA   22032
703-272-7776
W:  202-289-0700

DOB:  7/10/63
SSN:  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
CC:   THE HARTFORD
CL#:  YMJ C 24833
DOI:  1/23/05

May 26, 2006

HISTORY OF PRESENT ILLNESS:   Mr. Frazza is a 42-year-old gentleman here for a second surgical opinion on the lumbar spine.  He has significant back pain since an injury which occurred on or about 01/23/2005.  He is a photo journalist and was working in the White House, by his account slipped on some water and tripped and fell and has been having issues ever since.  The patient did have a diskectomy performed in late April 2005, this at the L3-4 level.  He did well following that with fair relief of his predominant leg complaints but has acquired and now has worsening low back pain over the past year or so.

RADIOLOGIC STUDIES:  The patient has brought an MRI scan of recent vintage demonstrating the postoperative changes at the L3-4 level.  There is obvious postoperative enhancement here as well.  It shows moderate foraminal narrowing bilaterally from the degenerative disk narrowing and probably a very low-grade one slip as well.

He rates the worst of his symptoms back and left leg pain as an 8 now on the visual analog scale.  It is pretty constant.  It is either bad or worse.  He has been taking Vicodin and Ambien to get through.  He is a nonsmoker, social drinker, and on no special diet. He has no known medicinal allergies.  The remainder of his review of systems is filled out in detail in the patient history form.  He denies any bowel or bladder abnormalities.  He has also had some left foot and right knee surgery, right knee arthroscopy twice.

VITAL SIGNS:   He is 5 feet 7-1/2 inches and 200 pounds.  Blood pressure 105/78, temperature 100.1, pulse 102, blood pressure 16.

He is married and lives in Fairfax, Virginia.  He is attended medically by Dr. Terlinsky.  The patient has also had a EMG nerve conduction study demonstrating some ongoing denervation from the L5 and S1 paraspinal muscles, some chronic reinnervation seen from the left vastus medialis.

PHYSICAL EXAMINATION:   The patient is squat appearing.  He is able to stand erect, walk with a normal gait.  He is able to walk on toes and heels bilaterally equally well.  He is able to bear weight equally on bilateral lower extremities.  He is able to step up on the examination stool and rotate to the seated position without obvious difficulty.  He has no focal or lateralizing motor deficiencies with respect to manual motor testing and no sensibility alteration other than some anterior and lateral left thigh and decreased to light touch.  Deep tendon reflexes are fairly absent at the left patella, otherwise about 2 or 3 bilaterally. Babinski and clonus are both absent.  He has a negative straight-leg raising and negative femoral stretch testing and a full range of painless motion of bilateral

John K. Starr, M.D. - 1

FRAZZA, LUKE
May 26, 2006
Page 2

hips. He is otherwise normocephalic atraumatic. Cranial nerves II through XII are
grossly intact. There is neither supraclavicular nor axillary adenopathy. There is
no pain to palpation or any visible malalignment of any 4 extremities in which
peripheral pulses and skin turgor appear adequate. Muscle mass appears consistent.

IMPRESSION/PLAN: I have told the patient that in my hands I believe he is (a) a
surgical candidate and (b) a candidate for posterior decompression and instrumented
autologous arthrodesis. This posterior approach would allow for complete clearance
of any compression upon nerve and with particular use of interbody prosthetics and
interbody arthrodesis through the posterior approach would lend an excellent
statistical likelihood of both decompression and fusion of this segment. He has
questioned me specifically about doing an anterior interbody arthrodesis and that
certainly is an alternative, a very defensible one. I believe, however, that the
nerve root decompression is more certain from the posterior direct approach and
obviously the posterior approach would avoid some of the unique potential
complications of anterior surgery such as urological function and sexual function.
Mr. Frazza is in excellent hands with Dr. Riedel and is going to give this some
thought. I think it may well be simply a choice for Mr. Frazza whether he is
inclined anteriorly and posteriorly and time will tell.

CC: DRS. C. RIEDEL, A.S. TERLINSKY & THE HARTFORD INS CO 6/16/06


ELECTRONICALLY SIGNED BY JOHN K. STARR, M.D. ON 06/16/2006 10:42
JOHN K. STARR, M.D.

JKS/02004/mdi/99217/88021/39160/000001327/071063/DD: 06/12/2006/DT: 06/12/2006
20:34

## DRS. COLLINS, JOHNSON, TOZZI & STARR, P.C.

ROBERT E. COLLINS, M.D.   DAVID C. JOHNSON, M.D.
JAMES E. TOZZI, M.D.   JOHN K. STARR, M.D.
WIEMI A. DOUOGUIH, M.D.

PRACTICE LIMITED TO ORTHOPAEDIC SURGERY

PHYSICIANS OFFICE BUILDING
106 IRVING STREET, N.W. #215
WASHINGTON, D.C. 20010
(202) 291-9266
FAX (202) 291-7689

6196 OXON HILL ROAD #445
OXON HILL, MARYLAND 20745
(202) 291-3018

FOXHALL SQUARE BUILDING
3301 NEW MEXICO AVE., N.W. #318
WASHINGTON, D.C. 20016
(202) 966-2256
FAX (202) 966-4369

Luke Frazza

CG 44303

DOB 7-10-1963

June 27,2006

Revision posterior decompression with instrumented autologous 360° arthrodesis L3-4 Dr. Starr WHC (in-patient) Worker's Comp w/ The Hartford Co. (Debbie Fox approved it on 6-15-06)/SME

John K. Starr, M.D. - 3

# WASHINGTON HOSPITAL CENTER
## OPERATIVE REPORT

PATIENT: Frazza, Luke                      MEDICAL RECORD NO. 258-19-14
OPERATION DATE: 06/29/2006                 DATE OF BIRTH: 07/10/1963
SURGEON: JOHN K. STARR, MD                 SSN: 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
FIRST ASSISTANT:
SECOND ASSISTANT:

---

PREOPERATIVE DIAGNOSIS: Stenosis and instability L3/4.

POSTOPERATIVE DIAGNOSIS: Stenosis and instability L3/4.

PROCEDURE: Posterior revision and decompression of pedicle rings of L3 and L4 with instrumented autologous 360-degree arthrodesis L3/4.

ESTIMATED BLOOD LOSS: 400 mL, which 250 mL was returned via Cell Saver.

INDICATIONS: This is a 42-year-old gentleman who underwent surgery for lateral diskectomy more than a year ago at the L3/4 level for herniated disk and radicular symptoms, who has subsequently developed severe degenerative disease, back pain, and recurrent radicular complaints. Imaging studies indicate degenerative disk changes, a measure of instability, and neural compression. After further appraisal of pros and cons, risks, benefits, and alternatives to therapy, he has chosen to come to the operating room.

DESCRIPTION OF PROCEDURE: He was taken from the holding area to the operative room and placed in the supine position where general anesthetic was introduced to a satisfactory surgical plane by endotracheal intubation. All necessary vascular access was assured. He was dosed with 2 grams of Ancef and 80 mg of tobramycin. Bilateral Venodyne hose were placed, as were a Foley catheter and SSEP/EMG electrodes. The patient was then placed prone on the Wilson frames, and all pressure points were well padded. The back was wiped with alcohol and prepped and draped in the usual sterile fashion.

The patient had previously had a lateral paramedian incision at the 3/4 level, and this was not utilized. A midline approach to the 3/4 surgical field was undertaken. That position was verified using intraoperative radiography. Dissection was taken down to the tips of the transverse processes of L3 and L4 bilaterally. Tedious dissection was performed at the L3/4 interval on the left. They had proceeded to do an intertransverse plane previously, and there was a clear anomaly to the 3/4 facet on the left. In fact, there was a pars defect on this side as well amidst abundant scar material, simply the aftermath of previous surgery. The dissection, although tedious, was done with protection at all times of underlying neural elements. We did trace the 3 and 4 roots out in their entirety, particularly on the left the scar had to be immobilized carefully

John K. Starr, M.D. - 4

## WASHINGTON HOSPITAL CENTER
## OPERATIVE REPORT

PATIENT: Frazza, Luke                    MEDICAL RECORD NO. 258-19-14
OPERATION DATE:  06/29/2006

from the pedicle, and particularly from the prior defect, which had a good deal of adhesions at this site. It was likewise difficult to mobilize the theca from the underlying 3/4 disk, but this too was accomplished and was done so bilaterally. With sequential distraction, a 10-mm tantalum metal cage packed with autologous bone graft was tamped into the previously prepared 3/4 interspace bilaterally, and with C-arm guidance excellent position of these cages was achieved. The same C-arm was utilized then for placement of bipedicle screw fixation at L3 and L4. Each screw hole, once drilled, was probed with a ball-tipped probe, and no breech was found. Each screw once placed, was stimulated with direct current. No adverse EMG readings were found. The screws had excellent purchase. They were connected to the top-loading rod from the Zimmer, which then was tightened terminally under compression. The C-arm again showed excellent maintenance position between hardware and of all spinal alignment. Intraoperative plain A/P and lateral x-rays were subsequently taken, which showed the same.

Copious irrigation performed throughout the case was done so at this stage. The transverse processes of L3 and L4 bilaterally were decorticated with power. The previously obtained cortical cancellous bone, which had been denuded of soft tissues and then morselized, was placed on top of these transverse processes for intertransverse arthrodesis at L3 and L4. The closure then followed, and this was in layers with #0 Prolene to the deep layer, 2-0 Vicryl to the subcutaneous layers, and staples on the skin. A sterile dressing was applied.

The patient was returned supine to the hospital bed, and subsequently to the recovery room in stable condition.

## WASHINGTON HOSPITAL CENTER
## OPERATIVE REPORT

**PATIENT:** Frazza, Luke                    **MEDICAL RECORD NO. 258-19-14**
**OPERATION DATE:** 06/29/2006

DICTATED BY  JOHN K. STARR, MD

Key portions(s) of the procedure were performed in my presence.

Electronically Signed by
JOHN K. STARR, MD 06/29/2006 15:31

PHYSICIAN'S SIGNATURE _____  DATE ___7/13/06___
                          JOHN K. STARR, MD

cc:     JOHN K. STARR, MD

SR:mdi:mdi
D: 06/29/2006
T: 06/29/2006 2:11 P
Doc: 640893
Job Number: 000023915

### DRS. COLLINS, JOHNSON, TOZZI & STARR, P.C.

PHYSICIANS OFFICE BUILDING
106 IRVING STREET, N.W. #215
WASHINGTON, D.C. 20010
(202) 291-9286
FAX (202) 291-7689

6196 OXON HILL ROAD #450
OXON HILL, MARYLAND 20745
(202) 291-3018

ROBERT E. COLLINS, M.D.    DAVID C. JOHNSON, M.D.
JAMES E. TOZZI, M.D.    JOHN K. STARR, M.D.
WIEMI A. DOUOGUIH, M.D.

PRACTICE LIMITED TO ORTHOPAEDIC SURGERY

FOXHALL SQUARE BUILDING
3301 NEW MEXICO AVE., N.W. #318
WASHINGTON, D.C. 20016
(202) 966-2256
FAX (202) 966-4369

LUKE FRAZZA
CG 44303
DOB: 7-10-63
CC: HARTFORD
CL#YMJ C 24833
DOI: 1-23-05

July 12, 2006

PRESENT ILLNESS:   Mr. Frazza is just about 2 weeks following his revision procedure on the lumbar spine, L3-4 decompression and instrumented autologous arthrodesis 360 degree arthrodesis.   The patient is feeling fairly fit.

PHYSICAL EXAMINATION:   He does have a temperature of 100.2 today. Pulse 101. There is no erythema.   No evidence of any issues at the spine.  he does not have any significant or increased back pain.  He has a sense of some weakness in the entire right lower extremity, nothing focal or lateralizing, however to discrete examination.   The wound is healing nicely.  Staples are removed.  Steri-strips applied.

X-RAYS:   Plain x-rays taken today show excellent maintenance of position of indwelling hardware and overall spinal alignment.  We have described these for him today.

IMPRESSION AND PLAN:  We have gone over all the dos and do nots with Mr. Frazza and his wife for the next 4 weeks.  He certainly is on a no work status through that time.  I have renewed a prescription for Vicodin, which should hold him until then. I will see him thereafter for update.

CC: HARTFORD 7-13-06

ELECTRONICALLY SIGNED BY JOHN K. STARR, M.D. ON 07/13/2006 14:49
JOHN K. STARR, M.D.

JKS/02004/mdi/99142//34599/000002157/071063/DD: 07/12/2006/DT: 07/12/2006 16:09

15

# Patient Statistics

Page 1

Stynchula Chiropractic Care
Stynchula Chiropractic & Sports Rehab
Friday, October 13, 2006

| | | | |
|---|---|---|---|
| Chart: | FRAZZA0000 | Primary Insurance: | State Farm Insurance |
| Last Name: | Frazza | Primary Type: | |
| First Name: | Luke | Primary Group Number: | |
| Middle: | | Primary ID: | 672 9089-D31-46F |
| Address 1: | 9528 Stevebrook Rd. | Primary Authorization: | 460 901 692 |
| Address 2: | | Primary Accept Assign: | No |
| City: | Fairfax | Primary Insured: | Self |
| State: | VA | Primary Insured Relation: | Self |
| Zip Code: | 22032-2032 | Secondary Insurance: | |
| Home Phone: | (703) 641-9381 | Secondary Type: | |
| Work Phone: | (202) 285-2321 | Secondary Group Number: | |
| Responsible: | Self | Secondary ID: | |
| Active/Inactive: | Active | Secondary Authorization: | |
| Social Security #: | 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 | Secondary Accept Assign: | |
| Birth Date: | 07/10/2004 | Secondary Insured: | |
| Sex: | Male | Secondary Insured Relation: | |
| Marital Status: | Married | Tertiary Insurance: | |
| Recall Date: | | Tertiary Type: | |
| Co-Pay: | $0.00 | Tertiary Group Number: | |
| Fee Schedule: | United Healthcare | Tertiary ID: | |
| Patient Code: | | Tertiary Authorization: | |
| Patient Type: | | Tertiary Accept Assign: | |
| Managed Care Plan: | | Tertiary Insured: | |
| Managed Care Payment: | $0.00 | Tertiary Insured Relation: | |
| Main Phone: | ( ) - | Fax Phone: | ( ) - |
| Mobile Phone: | ( ) - | Pager Phone: | ( ) - |
| Home E-Mail: | | Other Phone: | ( ) - |
| Work E-Mail: | | New Pat. Date: | 08/13/2004 |
| Employer: | | Date of Last Visit: | 08/14/2004 |
| Employer Address 1: | | Months Treated: | 0 |
| Employer Address 2: | | Return to Work: | |
| Employer City: | | Return to Work Date: | |
| Employer State: | | Accident Type: | |
| Employer ZIP Code: | | Accident Date: | |
| Provider: | Stynchula Chiropractic | Accident State: | |
| Facility: | | Employment Related: | No |
| Referring Physician: | | Emergency: | No |
| Referring Patient: | Stephen B Scholl | EPSDT: | No |
| Attorney: | | Family Planning: | No |
| Primary Care Provider (PCP): | | Ambulatory Surgery Required: | No |
| Date Last Seen PCP: | | Notes Reminder Code: | NOTES0000 |
| Symptom Type: | | Third Party Liability: | No |
| Symptom Date: | 08/12/2004 | | |
| Similar Symptom: | No | Levels of Subluxation: | |
| Similar Symptom Date: | | Percent Permanent Disability: | 0 |
| Status: | | Branch of Service: | |
| Date of Death: | | Service Status: | |
| Lab Charges: | No | Service Grade: | |
| Lab Charges Amount: | $0.00 | Service Card Effective: | |
| Employment Status: | Full time | Non-Available Statement: | |
| Student Status: | | Handicapped Program: | |
| Signature on file: | Yes | Release Information Date: | 08/13/2004 |
| Release Information Authorized: | Yes | Permanent Diagnosis Code 1: | E812.0 |
| Date of Last X-Ray: | | Permanent Diagnosis Code 2: | |
| Consultation Dates: | | Permanent Diagnosis Code 3: | |

Andy Stynchula D.C. -1

**Patient Statistics**

Page 2

Stynchula Chiropractic Care
Stynchula Chiropractic & Sports Rehab
Friday, October 13, 2006

Total Disability:
Partial Disability:
Hospitalization:
Nature of Condition:
Complication Indicator:
Podiatry Therapy Type:
Podiatry Systemic Condition:
Podiatry Class Findings:

Permanent Diagnosis Code 4:
Permanent Diagnosis Code 5:

Ext. Cause of Accident:
Medicaid Orig. Ref. Num.:
Medicaid Resubmission Num.:
EPSDT Referral Items:
EPSDT Findings:

**Confidential Patient Health Record**

DATE 8/13/04    I.D. NO.

## PERSONAL HISTORY

Name: LUKE FRAZZA    Address: 3427 ASTON ST

City: ANNANDALE    State/Prov: VA    Zip/Postal Code: 22003

Home Phone: 703-641-9381    Birth Date: 7/10/63    Age: 41    Sex: ☒M ☐F

Social Security # 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    Driver's License Number: T62-43-2597

Social Insurance # ___    Circle One: Married Single Widowed Divorced Separated

Business Employer: AGENCE FRANCE PRESSE    Type of Work: PHOTO JOURNALIST

Business Phone: 202-285-2321    Spouse's Social Security # ___

Name of Spouse MARY BETH FRAZZA (BETH)    Spouse's Social Insurance # ___

Spouse's Employer SELF    Business Phone 703-641-9381

Type of Work EDITOR    Name and Ages of Children MATTHEW 11, ANNE 8

Referred To This Office By: STEVE SCHOLL

Name and Number of Emergency Contact: BETH    703 244-0361    Relationship: WIFE

Who Is Responsible For Your Bill, You and ☐ Spouse ☐ Workers' Comp. ☒ Auto Insurance ☐ Medicare ☐ Medicaid

☐ Personal Health Insurance (Name) ___    ☐ Health Card # ___

Insured Person's Name ___    Date of Birth ___

## CURRENT HEALTH CONDITION

Unwanted Health Condition SORE BACK, ARMS, SHOULDERS

Other Doctors Seen For This Condition: ☐ Yes ☒ No    Who? ___

Type of Treatment: ___    Results: ___

When Did This Condition Begin? 8/12/04    Has This Condition Occurred Before? ☐ Yes ☐ No

Is Condition: ☐ Job Related ☒ Auto Accident ☐ Home Injury ☐ Fall ☐ Other: ___

Date of Accident 8/12/04    Time of Accident: 7:15 PM

Have You Made A Report of Your Accident To Your Employer? ☐ Yes ☒ No

Drugs You Now Take: ☐ Nerve Pills ☐ Pain Killers/Muscle Relaxers ☐ Blood Pressure Medicine
☐ Insulin ☐ Other ___

Do You Wear A Shoe Lift? ☒ Yes ☐ No

Do You Suffer From Any Condition Other Than That Which You Are Now Consulting Us? ___

## PAST HEALTH HISTORY

Please Check and Describe:

Major Surgery/Operations: ☒ Appendectomy ☒ Tonsillectomy ☐ Gall Bladder ☐ Hernia ☐ Back Surgery

☐ Broken Bones ☐ Other ___

Major Accident or Falls: HIT BY CAR IN 1978 FRACTURED SKULL, 3 KNEE OPS AFTER

Hospitalization (Other Than Above): ___

Andy Stynchula D.C. -3

Previous Chiropractic Care:

# Patient's Complaints

Patient Name: _LUKE FRAZZA_   Date: _8/13/04_   Visit # _1_   SS# _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_

☐ Check here if your symptoms HAVEN'T CHANGED AT ALL          ☐ Check here if you are now completely SYMPTOM FREE
Pain Scale: Rate the current degree of your pain, below using 1-10, with "1=mild" and "10=unbearable"

| I. Worst Original Symptom | | | ☐ No change | ☐ This symptom gone |
|---|---|---|---|---|
| **1. Has complaint** | **2. Pain Scale** | **3. Frequency** | **4. Intensity** | **5. When worse?** |
| ☐ ...improved a bit? | Write the number that describes your **7** pain per the Pain Scale above | ☐ Under 25% of awake time | ☐ Not affecting activities | ☐ In morning hours |
| ☐ ...improved a lot? | | ☐ 25 to 50% of awake time | ☐ Some affect on activities | ☐ In afternoon hours |
| ☐ ...gotten a bit worse? | | ☐ 51 to 75% of awake time | ☐ Seriously affects activities | ☐ In evening hours |
| ☒ ...gotten a lot worse? | | ☐ 76% to all of awake time | ☐ Prevents daily activities | ☐ At bedtime |

| II. Second Worst Original Symptom | | | ☐ No change | ☐ This symptom gone |
|---|---|---|---|---|
| **1. Has complaint** | **2. Pain Scale** | **3. Frequency** | **4. Intensity** | **5. When worse?** |
| ☐ ...improved a bit? | Write the number that describes your pain per the Pain Scale above | ☐ Under 25% of awake time | ☐ Not affecting activities | ☐ In morning hours |
| ☐ ...improved a lot? | | ☐ 25 to 50% of awake time | ☐ Some affect on activities | ☐ In afternoon hours |
| ☐ ...gotten a bit worse? | | ☐ 51 to 75% of awake time | ☐ Seriously affects activities | ☐ In evening hours |
| ☐ ...gotten a lot worse? | | ☐ 76% to all of awake time | ☐ Prevents daily activities | ☐ At bedtime |

| III. Third Worst Original Symptom | | | ☐ No change | ☐ This symptom gone |
|---|---|---|---|---|
| **1. Has complaint** | **2. Pain Scale** | **3. Frequency** | **4. Intensity** | **5. When worse?** |
| ☐ ...improved a bit? | Write the number that describes your pain per the Pain Scale above | ☐ Under 25% of awake time | ☐ Not affecting activities | ☐ In morning hours |
| ☐ ...improved a lot? | | ☐ 25 to 50% of awake time | ☐ Some affect on activities | ☐ In afternoon hours |
| ☐ ...gotten a bit worse? | | ☐ 51 to 75% of awake time | ☐ Seriously affects activities | ☐ In evening hours |
| ☐ ...gotten a lot worse? | | ☐ 76% to all of awake time | ☐ Prevents daily activities | ☐ At bedtime |

**IV. Use this space to type in any NEW Symptoms, or additional information.**
You can use this space to add any additional notes (not covered above), that you would like included.

**V. Additional Subjective Details (for Doctor's Use only)**
You can use this space to add any additional notes (not covered above), that the patient or doctor would like included.

---

Date: _____   Visit #_____

☐ Check here if your symptoms HAVEN'T CHANGED AT ALL          ☐ Check here if you are now completely SYMPTOM FREE
Pain Scale: Rate the current degree of your pain, below using 1-10, with "1=mild" and "10=unbearable"

| I. Worst Original Symptom | | | ☐ No change | ☐ This symptom gone |
|---|---|---|---|---|
| **1. Has complaint** | **2. Pain Scale** | **3. Frequency** | **4. Intensity** | **5. When worse?** |
| ☐ ...improved a bit? | Write the number that describes your pain per the Pain Scale above | ☐ Under 25% of awake time | ☐ Not affecting activities | ☐ In morning hours |
| ☐ ...improved a lot? | | ☐ 25 to 50% of awake time | ☐ Some affect on activities | ☐ In afternoon hours |
| ☐ ...gotten a bit worse? | | ☐ 51 to 75% of awake time | ☐ Seriously affects activities | ☐ In evening hours |
| ☐ ...gotten a lot worse? | | ☐ 76% to all of awake time | ☐ Prevents daily activities | ☐ At bedtime |

| II. Second Worst Original Symptom | | | ☐ No change | ☐ This symptom gone |
|---|---|---|---|---|
| **1. Has complaint** | **2. Pain Scale** | **3. Frequency** | **4. Intensity** | **5. When worse?** |
| ☐ ...improved a bit? | Write the number that describes your pain per the Pain Scale above | ☐ Under 25% of awake time | ☐ Not affecting activities | ☐ In morning hours |
| ☐ ...improved a lot? | | ☐ 25 to 50% of awake time | ☐ Some affect on activities | ☐ In afternoon hours |
| ☐ ...gotten a bit worse? | | ☐ 51 to 75% of awake time | ☐ Seriously affects activities | ☐ In evening hours |
| ☐ ...gotten a lot worse? | | ☐ 76% to all of awake time | ☐ Prevents daily activities | ☐ At bedtime |

| III. Third Worst Original Symptom | | | ☐ No change | ☐ This symptom gone |
|---|---|---|---|---|
| **1. Has complaint** | **2. Pain Scale** | **3. Frequency** | **4. Intensity** | **5. When worse?** |
| ☐ ...improved a bit? | Write the number that describe your pain per the Pain Scale above | ☐ Under 25% of awake time | ☐ Not affecting activities | ☐ In morning hours |
| ☐ ...improved a lot? | | ☐ 25 to 50% of awake time | ☐ Some affect on activities | ☐ In afternoon hours |
| ☐ ...gotten a bit worse? | | ☐ 51 to 75% of awake time | ☐ Seriously affects activities | ☐ In evening hours |
| ☐ ...gotten a lot worse? | | ☐ 76% to all of awake time | ☐ Prevents daily activities | ☐ At bedtime |

**IV. Use this space to type in any NEW Symptoms, or additional information.**
You can use this space to add any additional notes (not covered above), that you would like included.

**V. Additional Subjective Details (for Doctor's Use only)**
You can use this space to add any additional notes (not covered above), that the patient or doctor would like included.

(c) 1999 Report Master, Inc. All rights reserved.

Andy Stynchula D.C. -4

## Automobile Accident Description

Please answer the questions below.  If you do not know the answer to any of the questions, do not answer that question.

**1. Your vehicle type**

- ☐ Car    ☐ Station Wagon
- ☒ Van    ☐ Pickup Truck
- ☐ Large Truck    ☐ Bus
- Other _____

**2. Your position in vehicle**

- ☒ Driver    ☐ Front Passenger
- ☐ Left Rear Passenger
- ☐ Right Rear Passenger
- Other _____

**3. What was your vehicle doing at the time of the accident?**

- ☐ Stopped at intersection    ☐ Stopped in traffic    ☐ Stopped at light
- ☐ Making a right turn    ☐ Making a left turn    ☐ Parking
- ☐ Proceeding along    ☒ Slowing down    ☐ Accelerating
- Other _____

**4. Time/Speed/Damage**

Time of accident _7:15 PM_

Your vehicle's speed: _____ mph

Their vehicle's speed: _____ mph

Damage to your vehicle
- ☐ Mild    ☒ Moderate
- ☐ Totaled

**5. Details of Accident**

Visibility at time of accident
- ☐ Poor    ☐ Fair    ☒ Good

Who hit who/what?
- ☐ You hit other vehicle
- ☐ Other vehicle hit you
- You hit...(object)

**6. Road conditions**

Road conditions at time of accident
- ☐ Icy    ☒ Wet    ☐ Sandy    ☐ Dark    ☐ Clean and dry

Point of impact
- ☐ Head-On    ☐ Left Front    ☐ Right Front
- ☒ Rear-End    ☐ Left Rear    ☐ Right Rear

**7. Body Position, etc.**

- Did you see the accident coming?    Yes ☐ No ☒
- Were you braced for the impact?    Yes ☐ No ☒
- Did you have a seat belt on?    Yes ☒ No ☐
- Did you have a shoulder harness on?    Yes ☒ No ☐

Does your vehicle have headrests?    Yes ☒ No ☐
What was the position of your headrest at the time of the impact?
- ☒ Even with top of head    ☐ Even with bottom of head    ☐ Middle of neck

What was the direction of your head at the time of the impact?
- ☐ Facing straight forward    ☐ Turned to the right
- ☒ Turned to the left

**8. Additional accident information**

In the case of a motor vehicle accident, enter any additional information here that is not covered by the above check offs.

**9. During the accident:**

Did your body strike the inside of your vehicle?    Yes ☒ No ☐

If yes, describe: _BACK + HEAD SLAMMED BACK_

Did you lose consciousness during the injury?    Yes ☐ No ☒

If yes, for how long? _____

Your vehicle's estimated damage? _$3000_

Damage to their vehicle: ☐ Mild    ☒ Moderate    ☐ Totaled

Did police show up at the scene?    Yes ☒ No ☐

Was an accident report filled out?    Yes ☒ No ☐

**10. After the accident:**

Check off your symptoms right after and a few days following:

- ☒ Headache    ☐ Dizziness    ☒ Mid back pain    ☐ Cold hands
- ☒ Neck pain    ☐ Nausea    ☒ Low back pain    ☐ Cold feet
- ☐ Neck stiffness    ☐ Confusion    ☐ Nervousness    ☐ Diarrhea
- ☐ Fainting    ☐ Fatigue    ☐ Loss of taste    ☐ Depression
- ☐ Ringing in ears    ☐ Tension    ☐ Toe numbness    ☐ Anxious
- ☐ Loss of smell    ☐ Irritability    ☐ Constipation    ☐ Chest Pain
- ☐ Pain behind eyes    ☐ Shortness of breath    ☐ Sleeping problems
- Others: _____

**11. Emergency Room?**

Where did you go after the accident?
- ☒ Home    ☐ Work    ☐ Hospital ER    ☐ Private Doctor

How did you get there?
- ☒ Drove self    ☐ Somebody else    ☐ Ambulance    ☐ Police

Were X-rays done?    Yes ☐ No ☒    Was lab work done?    Yes ☐ No ☒

Body parts X-rayed? _____

What lab work? _____

The X-rays revealed: _____

Treatments: ☐ Cervical Collar    ☐ Ice    Other: _____

Medications: _____

Follow-up instructions: _____

**12. Treatment History:**

Fill in any other doctor(s) seen prior to your first visit to this office

1. Dr. _____    First visit date: ___/___/___

Specialty: _____    X-rays done?    Yes ☐ No ☐

Types of treatments received: _____

How many treatments received? _____    Currently treating? Yes ☐ No ☐

Did treatments benefit you?    Yes ☐ No ☐

Last visit date: ___/___/___

2. Dr. _____    First visit date: ___/___/___

Types of treatments received: _____

How many treatments received? _____    Currently treating:    Yes ☐ No ☐

Did treatments benefit you?    Yes ☐ No ☐

Last visit date: ___/___/___

(c) 2000 Report Master, Inc. All rights reserved.

2

Andy Stynchula D.C. -5

# PAIN DRAWING

Name: _LUKE FRAZZA_ _____ Date: _8/13/04_

Please be sure to fill this out extremely accurately. Mark the area on your body where you feel the described sensation(s). Use the appropriate symbol(s), mark the areas of radiating pain, and include all affected areas. You may draw the face as well.

Numbness ------, Pins and needles 00000 burning pain xxxxxx, stabbing pain ///////////// Aching pain (((((((((



Right        Front        Back        Left

# VISUAL ANALOGUE SCALE
Please mark on the line the pain level most accurately represents your pain

NO PAIN  0   1   2   3   4   5   6   7   8   9   10   UNBEARABLE PAIN

A) Right Now:
B) Average Pain
C) AT Best
D) At Worst

Andy Stynchula D.C. -6

Most patients that come to our office have one of two objectives in mind concerning their health care. Some patients come for symptomatic relief of pain or discomfort (Relief Care). Others are interested in having the cause of the problem as well as the symptoms corrected and relieved (Corrective Care). Your Doctor will weigh your needs and desires when recommending your treatment program.

Please check the type of care desired so that we may be guided by your wishes whenever possible.

☑ Relief          ☐ Corrective          ☐ Check here if you want the Doctor to select the
   Care               Care                   type of care appropriate for your condition

___8/3/07___                                 _____
    Date                                          Patient's Signature

If this is an accident related injury, please fill out the Accident Form. Thank You!



**Relief Care**
Relief Care is that care necessary to get rid of your symptoms or pain, but not the cause of it. It is the same as drying a floor that was getting wet from a leak, but not fixing the leak.



**Corrective Care**
Corrective care differs from relief care in that its goal is to get rid of the symptoms or pain while correcting the cause of the problem. Corrective care varies in length of time, but is more lasting.

I understand and agree that health and accident insurance policies are an arrangement between an insurance carrier and myself. Furthermore, I understand that the Doctor's Office will prepare any necessary reports and forms to assist me in making collection from the insurance company and that any amount authorized to be paid directly to the Doctor's Office will be credited to my account on receipt. However, I clearly understand and agree that all services rendered me are charged directly to me and that I am personally responsible for payment. I also understand that if I suspend or terminate, any fees for professional services rendered me will be immediately due and payable.

I hereby authorize the Doctor to treat my condition as he or she deems appropriate. It is understood and agreed the amount paid the Doctor, for x-rays, is for examination only and the X-ray negatives will remain the property of this office, being on file where they may be seen at any time while a patient of this office. The patient also agrees that he/she is responsible for all bills incurred at this office.

Patient's Signature _____          Date __8/13/07__

Consent to Treat a Minor _____          Date _____

Guardian or Spouse's
Signature of Authorizing Care _____          Date _____    Andy Stynchula D.C. -7

© EXPAND PRODUCTS          Dr. David Singer
FORM #65

**Below are a list of diseases** which may seem unrelated to the purpose of your appointment. However, these questions must be answered carefully as these problems can affect your overall course of care.

## CHECK ANY OF THE FOLLOWING DISEASES YOU HAVE HAD:

- ☐ Pneumonia
- ☐ Rheumatic Fever
- ☐ Polio
- ☐ Tuberculosis
- ☐ Whooping Cough
- ☐ Anemia
- ☐ Measles

- ☐ Mumps
- ☐ Small Pox
- ☐ Chicken Pox
- ☐ Diabetes
- ☐ Cancer
- ☐ Heart Disease
- ☐ Thyroid

- ☑ Influenza
- ☐ Pleurisy
- ☐ Arthritis
- ☐ Epilepsy
- ☐ Mental Disorders
- ☐ Lumbago
- ☐ Eczema

**INTAKE**
- ☑ Coffee
- ☐ Tea
- ☐ Alcohol
- ☐ Cigarettes
- ☐ White Sugar

Have you been tested HIV positive? ☐ Yes  ☐ No

## CHECK ANY OF THE FOLLOWING YOU HAVE HAD THE PAST 6 MONTHS:

### MUSCULO-SKELETAL CODE
- ☐ Low Back Pain
- ☐ Pain Between Shoulders
- ☐ Neck Pain
- ☐ Arm Pain
- ☐ Joint Pain/Stiffness
- ☐ Walking Problems
- ☐ Difficult Chewing/Clicking Jaw
- ☐ General Stiffness

- ☐ Gas/Bloating After Meals
- ☐ Heartburn
- ☐ Black/Bloody Stool
- ☐ Colitis

### GENITO-URINARY CODE
- ☐ Bladder Trouble
- ☐ Painful/Excessive Urination
- ☐ Discolored Urine

### NERVOUS SYSTEM CODE
- ☐ Nervous
- ☐ Numbness
- ☐ Paralysis
- ☐ Dizziness
- ☐ Forgetfulness
- ☐ Confusion/Depression
- ☐ Fainting
- ☐ Convulsions
- ☐ Cold/Tingling Extremities
- ☐ Stress

### C-V-R CODE
- ☐ Chest Pain
- ☐ Short Breath
- ☐ Blood Pressure Problems
- ☐ Irregular Heartbeat
- ☐ Heart Problems
- ☐ Lung Problems/Congestion
- ☐ Varicose Veins
- ☐ Ankle Swelling
- ☐ Stroke

### GENERAL CODE
- ☐ Fatigue
- ☐ Allergies
- ☐ Loss of Sleep
- ☐ Fever
- ☐ Headaches

### EENT CODE
- ☐ Vision Problems
- ☐ Dental Problems
- ☐ Sore Throat
- ☐ Ear Aches
- ☐ Hearing Difficulty
- ☐ Stuffed Nose

### GASTRO-INTESTINAL CODE
- ☐ Poor/Excessive Appetite
- ☐ Excessive Thirst
- ☐ Frequent Nausea
- ☐ Vomiting
- ☐ Diarrhea
- ☐ Constipation
- ☐ Hemorrhoids
- ☐ Liver Problems
- ☐ Gall Bladder Problems
- ☐ Weight Trouble
- ☐ Abdominal Cramps

### MALE/FEMALE CODE
- ☐ Menstrual Irregularity
- ☐ Menstrual Cramps
- ☐ Vaginal Pain/Infection
- ☐ Breast Pain/Lumps
- ☐ Prostate/Sexual Dysfunction
- ☐ Other Problems
- ☐ _____
- ☐ _____
- ☐ _____

**FEMALES ONLY:**
When was your last period?_____

Are you pregnant?
☐ Yes  ☐ No  ☐ Not Sure



Please outline on the diagram the area of your discomfort

### FAMILY HISTORY
The following members have a same or similar problem as I do:
- ☐ Mother
- ☐ Father
- ☐ Brother
- ☐ Sister
- ☐ Spouse
- ☐ Child

---

ANALYSIS:

**DO NOT WRITE BELOW THIS LINE**

DIAGNOSIS:

Patient Accepted: ☐ Yes  ☐ No  ☐ Referred

_____
Doctor's Signature

Andy Stynchula D.C. -8

**Muscle Strength:** (Grades - 5:Normal, 4:Good, 3:Fair, 2:Poor, 1:Trace, 0:Zero)

## Cervical Spine

### Dorsolumbar Spine

| Motion | Muscle Grade | | Motion | Muscle Grade |
|---|---|---|---|---|
| Right flexion | _____ | | Right flexion | _____ |
| Left flexion | _____ | | Left flexion | _____ |
| Right extension | _____ | | Right extension | _____ |
| Left extension | _____ | | Left extension | _____ |
| Right lateral flexion | 3 | | Right lateral flexion | _____ |
| Left lateral flexion | 3 | | Left lateral flexion | _____ |
| Right rotation | 3 | | Right rotation | _____ |
| Left rotation | 2 | | Left rotation | _____ |

| Level | Muscle | Muscle Grade | | Level | Muscle | Muscle Grade |
|---|---|---|---|---|---|---|
| C5 | Deltoideus | 5 / 5 | | L2-3 | Hip flexors | ✓ / ✓ |
| C6 | Biceps | 5 / 5 | | L4-5 | Hip extensors | ✓ / ✓ |
| | Wrist extensors | 5 / 3+ | | L3-4 | Knee extensors | ✓ / ✓ |
| C7 | Triceps | 4 / 4 | | L5-S1 | Knee flexors | ✓ / ✓ |
| | Wrist flexors | 4 / 4 | | L4-5 | Ankle extensors | ✓ / ✓ |
| | Finger extensors | | | S1-2 | Ankle flexors | ✓ / ✓ |
| C8 | Finger flexors | 5 / 3 | | | | |
| T1 | Finger abductors | 5 / 5 | | | | |

**Other Joint Motions**

| Motion | Muscle Grade | | Motion | Muscle Grade |
|---|---|---|---|---|
| _____ | Rt ___/___ Lt | | _____ | Rt ___/___ Lt |
| _____ | Rt ___/___ Lt | | _____ | Rt ___/___ Lt |

## Measurements - Circumferential

Chest Neutral _____ Inspiration _____ Expiration _____

| | | | |
|---|---|---|---|
| Upper Limbs Brachium Relaxed | Rt ___/___ Lt | Contracted | Rt ___/___ Lt |
| Antebrachium Relaxed | Rt ___/___ Lt | Contracted | Rt ___/___ Lt |
| Lower Limbs Thigh Relaxed | Rt ___/___ Lt | Contracted | Rt ___/___ Lt |
| Calf Relaxed | Rt ___/___ Lt | Contracted | Rt ___/___ Lt |

Leg Lengths   Standing (from greater trochanter apex to floor)     Rt ___/___ Lt

Supine (from A S I S to apex of internal malleolus)     Rt ___/___ Lt

## Sensation          P-Present  A-Absent  D-Decreased

| | Area/Dermatome | Sensation | (A) | (B) | (C) | (D) | (E) |
|---|---|---|---|---|---|---|---|
| A) | _____ | Light touch | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt |
| B) | _____ | Pinprick | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt |
| C) | _____ | Vibration | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt |
| D) | _____ | Thermal | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt |
| E) | _____ | Pressure | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt | Rt ___/___ Lt |

## 6. Diagnostic Orthopedic & Neurological Signs/Tests/Maneuvers (P-Positive/Present N-Negative/Absent)

Dejerine Triad+ - (For Disc Occlusion) Minor's Sign P or A (For Radicular Pain).

**A. Neck Pain**
- Max. Cerv. Compr. — P — Rt ___/___ Lt
- Bakody S. — Rt ___/___ Lt
- Valsalva M. — P — Rt ___/___ Lt
- Distraction T. — Rt ___/___ Lt
- Shoulder Depress — Rt ___/___ Lt
- Spurling T. — Rt ___/___ Lt

**B. Shoulder Pain**
- Shoulder Rock T. — Rt ___/___ Lt
- Supraspinatus T. — Rt ___/___ Lt
- Yergason's S. — Rt ___/___ Lt
- Dawbarn S. — N — Rt ___/___ Lt
- Codman's S. — Rt ___/___ Lt

**C. Shoulder-Arm-Hand Pain**
- Adson/Scalene M. — P — Rt ___/___ Lt
- Costoclavicular M. — Rt ___/___ Lt
- Allen's T. — Rt ___/___ Lt
- Wright's T. — Rt ___/___ Lt
- Teres T. — Rt ___/___ Lt
- Phalen's S. — Rt ___/___ Lt

**D. Elbow Pain**
- Cozen T. — Rt ___/___ Lt
- Mill's T. — Rt ___/___ Lt
- Kaplan's T. — Rt ___/___ Lt

**E. Back & Lower Limb Pain**
- Fajerstajn T. — P — Rt ___/___ Lt
- Naffziger T. — N — Rt ___/___ Lt
- Laseque Rebound T. — Rt ___/___ Lt
- Lindner's S. — Rt ___/___ Lt
- Bechterew Sitting T. — Rt ___/___ Lt
- Milgram's T. — P — Rt ___/___ Lt
- Sicard — Rt ___/___ Lt
- Kemp Sign — Rt ___/___ Lt

**F. Low Back Pain (Localized)**
- Double Leg Raise T. — Rt ___/___ Lt
- Adam's S. — Rt ___/___ Lt
- Ely Heel-to-Buttock — P — Rt ___/___ Lt
- Nachlas T. — Rt ___/___ Lt
- Hyperextension T. — P — Rt ___/___ Lt
- Goldthwait S. — Rt ___/___ Lt
- Supported Adams — Rt ___/___ Lt

**G. Pelvic Pain**
- Gaenslen T. — Rt ___/___ Lt
- S-I Resist Abduction — Rt ___/___ Lt
- Anterior Innom M. — P — Rt ___/___ Lt
- Yeoman's T. — Rt ___/___ Lt
- Iliac Compression T. — Rt ___/___ Lt

**H. Hip Pain**
- Laseque Differential — Rt ___/___ Lt
- Ely Heel-to-Buttock — Rt ___/___ Lt
- Patrick T. — P — Rt ___/___ Lt
- Gauvain's S. — Rt ___/___ Lt
- Allis T. — Rt ___/___ Lt

**I. Thigh Pain (Localized)**
- Tripod S. — Rt ___/___ Lt
- Ober S. — Rt ___/___ Lt
- Ely S. — Rt ___/___ Lt
- Laguerre T. — Rt ___/___ Lt
- Neri Bowing S. — Rt ___/___ Lt
- Hennequin T. — Rt ___/___ Lt
- Phelps T. — Rt ___/___ Lt
- Tight Hamstrings — Rt ___/___ Lt

**J. Knee Pain**
- Abduct Adduct. Stress — Rt ___/___ Lt
- Apley's S. — Rt ___/___ Lt
- Drawer S. — Rt ___/___ Lt
- Steinmann S. — Rt ___/___ Lt
- Wilson's S. — Rt ___/___ Lt

**K. Calf Ankle & Foot Pain**
- Homan S. — Rt ___/___ Lt
- Sicard's S. — Rt ___/___ Lt
- Thompson T. — Rt ___/___ Lt
- Metatarsal T. — Rt ___/___ Lt
- Strunsky S. — Rt ___/___ Lt
- Anterior Foot Draw — Rt ___/___ Lt
- Hoffa S. — Rt ___/___ Lt

**L. Compensatory Pain**
- Burn's Bench T. — Rt ___/___ Lt
- Mannkopf's S. — Rt ___/___ Lt
- Libman's T. — Rt ___/___ Lt

Additional tests, findings and remarks: _____

Andy Stynchula D.C. -9

NAME _____                      CASE N _____ DATE 8/13/04

**III. PHYSICAL EXAMINATION** RIGHT/LEFT

**1. VITAL SIGNS:**
Brachial Blood Pressure: Rt. ___/___ Lf ___/___ Pulse ___ Respirations ___
Height ___ Weight ___ EENT ___ Heart Sounds ___

**2. OBSERVATION:**
Ambulation: Impaired ___ Normal ___ Difficult ___ Pain ___ Needs Assistance ___
Appearance: Well Nourished ___ Robust ___ Good ___ Fair ___ Poor ___ Debilitated ___ Disfigurements ___
Gait: Normal ___ Antalgic ___ Ataxic ___ Festination ___ Mowing ___ Spastic ___ Trendelenburg ___
Steppage ___ Scissor ___ Waddling ___ Other ___
Posture ___ Kyphosis ___ Ant head carriage ___
Spinal Asymmetry ___
Prominence ___
Flattening ___                              Elevation ___
                                            Depression R Shld ___
Spinal Rotation Cerv ___ Dors ___ Lum ___
Scoliosis Cerv ___ Dors ___ Lum ___
AP Curvature Cerv ___ N/A ___ Dors ___ N/A ___ Lum ___ N/A ___
Other ___

**3. PALPATION:** T (Tender) Sp (Spasm) Sw (Swelling) TP (Trigger PT)
Cerv 1 2 3 4 (5 6 7) Dors 1 (2 3 4 5 6) 7 (8) 9 10 (11 12) Lum 1 2 (3 4 5 R)U L IL SAC ___/___
Cerv Neck Flexors ___/___ T Neck Extensors ___/___ T Trapezius (upper) ___/___ TP
Suboccip myo's T ___/___ Paravertebral ___/___ T
Dors Trapezius (mid) T ___/___ (lower) ___/___ Rhomboids ___/___ TP
Paravertebral ___/___
Lum Quadratus Lumb TP ___/___ Sacrospinalis ___/___ Piriformis ___/___
Gluteus Max TP ___/___ Psoas T ___/___ Paravertebral ___/___
Temp Increased ___
Moisture Increased ___ Decreased ___
Indurations ___ Decreased ___
Nodules, Masses, Lymph Nodes ___

**4. RANGES OF MOTION:** (Goniometric Measurements) (Grades — 1: mild, 2: moderate, 3: severe, 4: very severe)

| Motion - Cervical Spine | Degree | Amount of Pain | Location of Pain | |
|---|---|---|---|---|
| Flexion | ___ | Grade 1-2-3-4 | ___ | Sharp/Dull |
| Extension | ___ | Grade 1-2-3-4 | ___ | Sharp/Dull |
| Right lateral flexion | ___ | Grade 1-2-3-4 | ___ | Sharp/Dull |
| Left lateral flexion | ___ | Grade 1-2-3-4 | ___ | Sharp/Dull |
| Right rotation | ___ | Grade 1-2-3-4 | ___ | Sharp/Dull |
| Left rotation | ___ | Grade 1-2-3-4 | ___ | Sharp/Dull |

| Motion - Thoracolumbar Spine | Degree | Amount of Pain | Location of Pain | |
|---|---|---|---|---|
| Flexion | ___ | Grade 1-2-3-4 | ___ | Sharp/Dull |
| Extension | ___ | Grade 1-2-3-4 | ___ | Sharp/Dull |
| Right lateral flexion | WNL | Grade 1-2-3-4 | ___ | Sharp/Dull |
| Left lateral flexion | ___ | Grade 1-2-3-4 | ___ | Sharp/Dull |
| Right rotation | ___ | Grade 1-2-3-4 | ___ | Sharp/Dull |
| Left rotation | ___ | Grade 1-2-3-4 | ___ | Sharp/Dull |

Joint areas: ___

| | (a) P = Pain | NP = Painless | (b) (given in degrees) | | (c) | |
|---|---|---|---|---|---|---|
| Flexion | NP ___/___ | NP | NP ___/___ NP | NP ___/___ | NP |
| | (a) | | (b) | | (c) | |
| Extension | NP ___/___ | NP | NP ___/___ NP | NP ___/___ | NP |
| Abduction | NP ___/___ | NP | NP ___/___ NP | NP ___/___ | NP |
| Adduction | NP ___/___ | NP | NP ___/___ NP | NP ___/___ | NP |
| External rotation | NP ___/___ | NP | NP ___/___ NP | NP ___/___ | NP |
| Internal rotation | NP ___/___ | NP | NP ___/___ NP | NP ___/___ | NP |

**5. NEUROLOGICAL:** (Deep reflexes graded by Wexler Scale)
Reflex Status:
Deep: Biceps 2/2 Triceps 2/1 Radial ___/___
Ulnar ___/___ Wrist ___/___ Scapulo-humeral ___/___
Patellar 2/2 Hamstring ___/___ Ankle 1/2
Superficial: P = Present A = Absent
Upper abdominal ___/___ Lower abdominal ___/___
Gluteal ___/___ Cremasteric ___/___
Pathologic: P = Present A = Absent
Babinski ___/___ Hoffman's ___/___ Gordon ___/___
Chaddock's ___/___ Oppenheim ___/___ Rossolimo ___/___

Cranial Nerves:          N = Normal    A = Abnormal
1- Smell N A 8- Whisper N A Weber N A Rinnes N A
2- Vision: central (Far) N A (Near) N A 9- Gag reflex & taste N A
3- Light N A 10- Voice, Swallow N A
3-4-6 Eye Movements N A 11- Shoulder, Shrug N A
5- Sensation & Wink N A 12- Tongue Movements N A

NNL

Andy Stynchula D.C. -10

Name *Luke Frant*    Dt *8/13/04*

TELL ME ABOUT YOUR PROBLEM -    *MVA 8/12 rear ended*

MAJOR COMPLAINT -

LOCATION (PAIN)
FREQUENCY (PAIN)
DURATION (PAIN)

SECONDARY COMPLAINT -

ANY OTHER COMPLAINT -

---

WHEN FIRST NOTICE THIS -

HAS HAPPENED BEFORE -

(WORSE, BETTER, AM, PM)

ANY RADIATION OF PAIN INTO AN EXTREMITY (WHERE) -    *elbows/forearms*

ANY POSITION RELIEVES -

PAIN WORSE - SITTING/STANDING/LAYING DOWN -

OTHER DR'S SEEN COND. -

WHAT DONE FOR COND., YOURSELF - DID IT HELP? -

ANYONE RECOM. SURGY, (YES, NO) -

MEDICATION TAKEN FOR THIS COND. -    *Advil*

ANYONE RECOM. MED. (YES, NO) -

---

SLEEPING POSITION -
OCCUPATION -
STRESS LEVEL -
EXERCISE ROUTINE -    *Runs    once in a while*

---

*Hx 6 years ago dx as ↑ stress w/B + 5hd from carrying bags for job as photographer.*

*Hx MVA 1978. hit by a car frx skull*
*Hx 3 knee surgeries*

Andy Stynchula D.C. -11

Patient: _Luke Stert_                                    e #: _____

DATE: 8/13/07    VISIT CODE: _____    Dx: 6812  847.1  724.9  897.2 72
SUBJECTIVES:  Better    Same    Worse    New Condition    Aggravation    Exacerbation    Pain Scale 0-10  7    % Improve
ONSET: _____ C/C  N W+ + cBP  from  MVA 8/12/04

OBJECTIVES:  EXAM:  Brief    Limited    (Detailed)    Comprehensive    Re-Exam    TIME ___
_Trigered splenus, lev scap  rhomboid At + T2P, Ob gho_

Spinal Segmental Dysfunction: (Subluxation) OCC C 1 2 3 4 5 6 7 T1 2 3 4 5 6 7 8 9 10 11 12 L1 2 3 4 5 SAC LIL RIL

ROM  C/S _____ , L/S _____

T2P (Scale 1-4)  2-3    Paraspinals Taut Spasm Over: _mid thorax_

Limited Segmental ROM ( LSROM )

Ortho

Neuro

ADL's

Additional Comments:

Any New Complaints:

ASSESSMENT:  Stage of Care:  ☒Acute  ☐Therapeutic  ☐Rehabilitative  ☐Supportive  ☐Palliative  ☐PRN
_Cervical S/S c radical AR component mild  Lumbar/Sacral S/S_

PLAN: _myofascitis_
Chiropractic Treatment (Type, area & frequency):

Home Care:

Modalities / Procedures (type, area):  _Stim  Hot  Cr-Sz R M_
C.M.T.:  _SAc  Ce  T1, 4, 7  L3_

Extremities:

Cranial / TMJ:

Other:

Supplements: _____    Supports: _____

---

DATE: 8/16/04    VISIT CODE: _____    Dx: _____
SUBJECTIVES: ☐Better ☐Same ☐Worse ☐New Condition ☐Aggravation ☐Exacerbation  Pain Scale 0-10 _____  % Improvemen
ONSET: _____ C/C  _felt about 30% better  leaving for Republican_

OBJECTIVES:  EXAM: ☐Brief ☐Limited ☐Detailed ☐Comprehensive ☐Re-Exam  TIME _Consultation_

Spinal Segmental Dysfunction: (Subluxation) OCC C 1 2 3 4 5 6 7 T1 2 3 4 5 6 7 8 9 10 11 12 L1 2 3 4 5 SAC LIL RIL

ROM  C/S _____ L/S _____

T2P (Scale 1-4) _____    Paraspinals Taut Spasm Over: _____

Limited Segmental ROM ( LSROM )

Ortho

Neuro

ADL's

Additional Comments:

Any New Complaints:

ASSESSMENT:  Stage of Care: ☐Acute ☐Therapeutic ☐Rehabilitative ☐Supportive ☐Palliative ☐PRN
_Pt  to  dc  back  in 3-4  weeks. Pt to fill out comple_

PLAN: _accident forms  when  return (obviously) reexam_
Chiropractic Treatment (Type, area & frequency):

Home Care:  _neck rot  Scalene stretch, pec   Masse_
Modalities / Procedures (type, area):  _Stim Hot?  pat  trap scap, sel  TP splenus rhomboid_
C.M.T.:  _C5  T1, 3,6,5  L4, L5_

Extremities:  _L scap + shld_

Cranial / TMJ: _____                          Andy Stynchula D.C. -12

Other: _____

Supplements: _____    Supports: _____



THIS CARD MUST BE CARRIED IN THE INSURED MOTOR VEHICLE FOR PRODUCTION UPON DEMAND. THE COVERAGE PROVIDED BY THE POLICY MEETS THE MINIMUM LIABILITY LIMITS PRESCRIBED BY LAW.

**IF YOU HAVE AN ACCIDENT - NOTIFY THE POLICE IMMEDIATELY**

1. Write down names, addresses, telephone numbers, and license numbers of persons involved and of witnesses. Also write down the license plate number and state of each vehicle involved.

2. Do not admit fault. Do not discuss the accident with anyone except State Farm or police.

3. Notify your agent promptly. (If any injuries, phone nearest State Farm Agent or Claim Office.)

*EXAMINE POLICY EXCLUSIONS CAREFULLY. THIS FORM DOES NOT CONSTITUTE ANY PART OF YOUR INSURANCE POLICY.*

130-4180 nVA.2

**HOW TO IDENTIFY YOUR COVERAGE**

SEE POLICY FOR FULL NAME AND DEFINITION

| A | Liability | E | Specified Perils | R | Rental Reimbursement |
|---|---|---|---|---|---|
| AB | Bodily Injury/Property Damage Liability | G | Collision | S | Death Indemnity |
| | | H | Towing and Labor | T | Total Disability |
| C1 | Medical Expense Benefits | L | Physical Damage | U | Uninsured Motorists |
| D | Comprehensive | P | Income Loss Benefits | UNOC | Use of Nonowned Cars |

Andy Stynchula D.C. -13



## VIRGINIA
## INSURANCE CARD

INSURED   FRAZZA,LUKE                          MUTL
                                               VOL
POLICY NUMBER  672 9089-D31-46F        EFFECTIVE
YR  1999   MAKE HONDA          APR 30 2004 TO   OCT 31 2004
MODEL  CRV
VIN   JHLRD2846XC005455
AGENT  J O'CONNOR JR INS AGENCY INC        2761-206
PHONE  (703)751-1918    NAIC # 25178       CAR NO. 004

AB   BODILY INJURY/PROPERTY DAMAGE LIABILITY
C1   MEDICAL EXPENSE BENEFITS
D    100 DEDUCT COMPREHENSIVE
G    250 DEDUCT COLLISION
H, R, U
        SEE REVERSE SIDE FOR ADDITIONAL COVERAGE INFORMATION

*$1,000 med pay*

*Claim #*
*460 901*
*692*

*Team #54*

*888 411*
*4185*

Andy Stynchula D.C. -14