**The following x-ray films will be hand-delivered to counsel and to the Court:**

**Virginia Hospital Center (2 CDs)**
**CD # 1**
| | | |
|---|---|---|
| 04/22/05 | Chest x-ray | (8:2) |
| 04/26/05 | 11:24:08 | Lumbar spine-operative (8:3) |
| 04/26/05 | 12:09:30 | Lumbar spine-operative (8:4) |
| 04/26/05 | 14:21:46 | Lumbar spine-operative (8:5) |
| 01/16/06 | 14:59:21 | Lumbar spine w/flex & ext. (8:6) |

**CD # 2**
01/17/06   MRI lumbar spine w/wo contrast (5:19-20)

**Dr. Starr (6 films)**
| | |
|---|---|
| 07/12/06 | Spine x-rays (2 films) |
| 08/16/06 | Spine x-rays (2 films) |
| 09/27/06 | Spine x-rays (2 films) |