UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LUKE FRAZZA and MARY FRAZZA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No: 06-1410 (CKK) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT AS TO DISCOVERY PLAN**

Pursuant to the October 31, 2006 Scheduling and Procedures Order, counsel for the parties respectfully submit the following plan for discovery. Discovery is currently scheduled to close on April 30, 2007.

1. The parties have already exchanged initial disclosures. Defendant's counsel currently anticipates supplementing defendant's initial disclosures by January 3, 2007. Plaintiffs have identified fifteen separate providers (doctors and facilities) of medical care for Mr. Frazza and have provided voluminous copies of medical records. Plaintiffs have also identified ten people, some of whom live outside the D.C. area, who have knowledge about the effect of Mr. Frazza's alleged injuries on him. Accordingly, defendant now anticipates the distinct possibility of needing more than ten depositions in this case. Counsel for the parties have discussed various possibilities of dealing with the potential witnesses to alleviate the problem and will continue to work together. In the event defendant needs more than ten depositions and counsel are unable to reach an agreement, counsel for the parties will contact the Court by telephone to discuss the issue as provided in the Court's Scheduling and Procedures Order.

2.	Plaintiff served written discovery requests on defendant on November 28, 2006. Defendant will serve responses by January 3, 2007. Defendant plans to serve written discovery requests on plaintiffs by December 15, 2006. Plaintiffs will respond to written discovery requests by January 19, 2007.

3.	The parties have each retained experts who have been provided access to the site of the alleged incident at the White House. Defendant is in the process of retaining additional expert(s) to assess Mr. Frazza's medical information, condition, and employment possibilities. Defendant anticipates possibly seeking an independent medical examination ("IME") of Mr. Frazza for purposes of preparing an expert report. Plaintiffs' counsel has represented that Mr. Frazza will cooperate with a reasonable request for an IME. Defendant has agreed to notify plaintiffs' counsel regarding whether to schedule an independent medical examination by January 29, 2007 to allow sufficient time have the examination completed prior to the defendant's expert deadline of March 2, 2007. Because Rule 35 of the Federal Rules of Civil Procedure requires an Order of the Court for an independent medical exam, defendant's counsel will submit a motion with a proposed order to the Court if defendant elects to request an IME.

4.	Counsel for the parties have agreed to hold the following dates for depositions in this case. Because it is early in the process, the parties have not yet contacted particular witnesses for each date:

January 17-18, 2007

February 1-2, 2007

March 7-8, 2007

March 28-29, 2007

Expert depositions: April 18-19, 2007. Counsel for the parties will be contacting their existing experts to check availability on these dates shortly.

5. The parties are currently scheduled for a mediation session with Magistrate Judge Facciola on April 9, 2007. Because plaintiffs' counsel is unavailable on that date, plaintiffs' counsel will be undertaking efforts shortly to have that date re-scheduled.

Dated: December 8, 2006.

Respectfully submitted,

/s/
Patrick A. Malone, Esq. (D.C. Bar # 397142)
Ari S. Casper, Esq. (D.C. Bar # 471013)
STEIN, MITCHELL, & MEZINES
1100 Connecticut Avenue, N.W. - Suite 1100
Washington, D.C. 20036
Tel. 202-737-7777
FAX 202-296-8312

Attorney for Plaintiffs

Jeffrey A. Taylor (D.C. Bar # 498610)
United States Attorney

Rudolph Contreras (D.C. Bar # 434122)
Assistant United States Attorney

/s/
Jane M. Lyons (D.C. Bar # 451737)
Assistant United States Attorney
555 Fourth Street, N.W. - Room E4822
Washington, D.C. 20530
Tel. 202-514-7161
Fax 202-514-8780
Jane.Lyons@usdoj.gov

Attorneys for Defendant