IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUKE FRAZZA ET AL. | ) |
| | ) |
|    Plaintiffs | ) |
| | ) |
| v. | ) Case No. 06-1410 (CKK/JMF) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
|    Defendant | ) |

**ORDER GRANTING CONSENT MOTION
TO MODIFY SCHEDULING ORDER**

Upon consideration of the parties' consent motion to modify scheduling order,

IT IS HEREBY ORDERED THAT, the motion is GRANTED;

IT IS FURTHER ORDERED THAT, defendants new date for expert disclosures relating to liability is March 23 and plaintiff's new date for rebuttal expert disclosures is April 6, 2007;

IT IS FURTHER ORDERED THAT, discovery relating to damages will be held in abeyance pending the earlier of (1) notification by the parties (with Court approval) that damages discovery will be resumed or (2) the issuance of a new Order determined to be appropriate at the May 4, 2007 status hearing.

_____                              _____
DATE                                                                     Colleen Kollar-Kotelly
                                                                                       United States District Judge

Copies to Counsel Through ECf:
Ari S. Casper, Esq. (counsel for plaintiffs)
AUSA Jane M. Lyons (counsel for defendant)