UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUKE FRAZZA and MARY FRAZZA, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No: 06-1410 (CKK) |
| UNITED STATES OF AMERICA, | ) NEXT SCHEDULED EVENT: |
| | ) Status Conference |
| Defendant. | ) May 4, 2007 at 9:00 a.m. |

**JOINT STATUS REPORT**

In preparation for the May 4, 2007 Status Conference, the parties, through their undersigned counsel, respectfully submit this Status Report concerning discovery and other matters.

The parties have substantially completed all fact discovery. The only remaining item is a deposition of a non-party which is currently tentatively scheduled for May 29, 2007, and his deposition is not expected to last more than two hours. This non-party is a member of a news organization whose assignments have required foreign travel during the discovery period and whose work is scheduled in three-week intervals and is subject to change with little notice. Counsel for the parties have been attempting to coordinate a mutually-convenient date with this individual for some time. This person is a potentially critical witness because he is the only person who saw Mr. Frazza's fall at the White House in January, 2005. Because the parties will be continuing with additional discovery over the next several weeks, counsel intend to continue to work together to get this last fact deposition done to minimize the inconvenience to all involved.

Counsel for the parties have also continued to attempt to resolve certain remaining issues involving security matters at the White House. If the parties are successful, it is possible that additional depositions may be taken of employees of the Secret Service. Counsel remain optimistic that they will be able to deal with these matters without having to involve the Court, and will provide any additional information the Court might want on that subject at the Status Conference. If the parties are unable to resolve the dispute, their counsel will contact chambers to request assistance.

As for damages discovery, counsel for the parties agree that it makes sense to begin this phase of the case in mid-June, 2007 because that is when Mr. Frazza will reach the maximum medical improvement expected since his last surgery. Both sides have retained experts and ultimately anticipate exchanging three or four expert reports for each side. Plaintiff has produced an expert report from Dr. Starr, who is a treating physician previously. Defendant is requesting independent medical examinations of the plaintiff and will need document discovery and interrogatories to gather information concerning Mr. Frazza's employment, financial, insurance, and other matters relating to damages. Accordingly, counsel for the parties anticipate that it will take approximately four months to complete all damages discovery, including depositions of the experts. Counsel for the parties would like to discuss dates for expert reports at the Status Conference, but they have already saved the following dates for expert depositions: September 6-7, 18-19, and 24-25.

Finally, defendant notes that it intends to file a motion for summary judgment on liability shortly. Establishing dates for plaintiffs' opposition and defendant's reply is another matter which will need to be addressed at the Status Conference. To avoid any delay in the ultimate

determination of this case, defendant is not seeking to delay or stay damages discovery pending resolution of its motion for summary judgment; however, if the Court were to resolve the motion in the government's favor prior to the end of the discovery period, defendant would expect all discovery to cease immediately.

      Dated: April 25, 2007.

                            Respectfully submitted,

| | |
|---|---|
| /s/ | |
| Patrick A. Malone, Esq. (D.C. Bar # 397142) | Jeffrey A. Taylor (D.C. Bar # 498610) |
| Ari S. Casper, Esq. (D.C. Bar # 471013) | United States Attorney |
| STEIN, MITCHELL, & MEZINES | |
| 1100 Connecticut Avenue, N.W. - Suite 1100 | |
| Washington, D.C. 20036 | |
| Tel. 202-737-7777 | |
| FAX 202-296-8312 | Rudolph Contreras (D.C. Bar # 434122) |
| | Assistant United States Attorney |
| Attorney for Plaintiffs | |
| | /s/ |
| | Jane M. Lyons (D.C. Bar # 451737) |
| | Assistant United States Attorney |
| | 555 Fourth Street, N.W. - Room E4822 |
| | Washington, D.C. 20530 |
| | Tel. 202-514-7161 |
| | Fax 202-514-8780 |
| | Jane.Lyons@usdoj.gov |
| | |
| | Attorneys for Defendant |