COPY

1

```
 1                 UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3

 4   - - - - - - - - - - - x

 5   LUKE FRAZZA              :

 6   and MARY FRAZZA          :

 7         Plaintiffs,        :

 8   vs.                      : Civil Case No: 06-1410 (CKK)

 9   UNITED STATES OF         :

10   AMERICA,                 :

11         Defendant          :

12   - - - - - - - - - - - x

13                                   Washington, D.C.

14                                   Wednesday, March 14, 2007

15

16

17   Whereupon,

18                          LUKE FRAZZA

19   the Witness, called for examination by Counsel for the

20   Defendant, pursuant to notice and agreement of counsel as to

21   time and place, at 501 3rd Street, Fourth Floor, Washington,

22   D.C., where were present on behalf of the parties:

23

24

25
```

7

1   A   I understand.
2   Q   So if you need to stand up and stretch or walk or
3  take a break, please do that and please don't be sitting here
4  trying to get through this in pain.
5   A   Thank you. I'll tell you.
6   Q   Okay. Do you know of any reason at all why you
7  can't provide accurate testimony here today?
8   A   No, I do not.
9   Q   Who is your current employer?
10  A   My current employer is Agence France Presse
11 International News Pictures, also know as AFP. It's an
12 international wire service, headquartered in Paris but I'm
13 based in Washington, DC.
14  Q   What is your job title?
15  A   I am a staff photographer.
16  Q   Can you generally describe your duties?
17  A   My duties entail taking photographic coverage of
18 numerous -- being a wire service photographer, I could be
19 covering an entertainment figure on Monday, a football game on
20 Tuesday. I've been sent to the jungle in South America with
21 U.S. troops. The next day I could be on Air Force One. I've
22 traveled to 80 countries, all 50 states, and I often find out
23 about my assignments from the breaking news. I was at, I
24 think, five of the Washington sniper locations when the bodies
25 were still on the ground. Sometimes I saw it on the news and

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

1  I would call my office on the way, so it, it changes every
2  day.
3       Q    Okay. How long have you been working for AFP?
4       A    I started with AFP, January of '88, as a lab
5  technician. I did that job for a year and a half and then
6  they promoted me to photographer in July of '89, I believe, so
7  I think I'm starting my twentieth year with the company.
8       Q    Have you ever received any kind of discipline in
9  connection with your employment for AFP?
10      A    I have, I've had my boss tell me you could have done
11 better on something. I don't know --
12      Q    That doesn't count.
13      A    I don't, I don't -- I've never been fired or I've
14 never been -- I don't know.
15      Q    Suspended?
16      A    I've never been suspended, sent home, anything like
17 that.
18      Q    Okay. What's your highest level of education?
19      A    I have a BA in political science from Fairfield
20 University, graduating in '85, and that's in Connecticut.
21      Q    Yeah, I, I grew up, up there so I knew that. Are
22 you a member of any professional associations?
23      A    I was a member of the White House News Photographers
24 Association. I have since let that membership lapse while
25 I've been out. I used to be with the National Press

1    Q    Okay.

2    A    Went in -- the press room, in the back of the press
3 room, my desk is -- there's kind of a wall here -- my desk is
4 back here and that's the foyer. That's the lunchroom.

5    Q    Okay. That which you've marked with an L -- okay.

6    A    So I would have gone in here. I would have made my
7 way back to my desk, sat at my desk, got my equipment ready.

8    Q    Okay. Let's talk a little bit about that equipment
9 that you're talking about.

10    A    Okay.

11    Q    What would you have been carrying from your car to
12 the White House?

13    A    I would have been carrying two Canon digital
14 cameras, an assortment of lenses, a short zoom, a medium zoom,
15 a long zoom, 14 millimeter maybe, couple strobes, strobe
16 battery pack and a laptop bag for the laptop and accessories.

17    Q    Okay. Approximately how much does that equipment
18 weigh?

19    A    In the neighborhood of 35 pounds, I think.

20    Q    Okay. You typically are able to carry that without
21 any difficulty before January 23rd, 2005?

22    A    Yeah, that, that's on the light side. That's not
23 carrying big lenses for certain events where you know you're
24 going to -- so that's the low end of what I carry.

25    Q    Okay. Do you store any equipment at the White House

```
 1        A    Wyckoff -- sneeze.  Well, you drove by my house a
 2   million times on Godwin Avenue.
 3        Q    Holly cow.  This world is way too small.
 4        A    Two blocks from the train station, right down the
 5   street.  My parents are still there.
 6        Q    Wow.  My parents had the good sense to move.
 7             (Laughter.)
 8             MS. LYONS:  That's funny.  All right.
 9             BY MS. LYONS:
10        Q    Well, that indicates to me that you're probably
11   about a fast a walker as I am because I think you develop
12   those habits early in life and I consider myself to be a
13   faster walker than most of the people in Washington, DC.
14   Would you say the same is true for you?
15        A    I don't know.  I never really stopped to compare.
16        Q    Okay.  All right.  So we've got you now walking to
17   the door.
18        A    Got me.
19        Q    Tell me exactly what happened.
20        A    Well, as I approached the door I -- my recollection
21   is I opened the door with my right hand.  I think the door
22   opens in.  And I stepped in with my left foot, hit a wet tile
23   surface where there was no floor mat, and my feet went out
24   from under me, up in the air.  I landed very hard on my
25   backside and really hurt myself.
```

```
 1      A    There shouldn't have been anything in my hands at
 2 all other than the door.
 3      Q    Where's your -- your laptop was on a strap on your
 4 shoulder?
 5      A    Everything, laptop bag, like a satchel on my
 6 shoulder.
 7      Q    Right.
 8      A    I wear -- that day I probably had my vest on so I
 9 would have had a vest with my extra equipment in it.  It
10 almost looks like an Al-Qaeda, you know, these things, suicide
11 bomber.
12      Q    I was thinking fisherman but --
13      A    No.
14      Q    -- okay.
15      A    Trust me.  The cops don't want to see this.  So then
16 I have two cameras on straps and they -- on shoulders, and
17 then a laptop bag.  It's probably a backpack but I think I
18 might have had one strap on instead of two.  I'm not sure.
19 But nothing that would have been in the hands.
20      Q    Okay.
21      A    And I just kind of went -- feet out from under me.
22      Q    Okay.  Came down on your butt.
23      A    Smashed very hard on my backside.
24      Q    Okay.  What do you remember about the floor as you,
25 as you were down there for 30 seconds to a minute?
```

```
 1      A     It was hard.
 2      Q     It was hard.  Anything else?
 3      A     I think it was wet, the fact that I slipped.
 4      Q     Okay.  But do you remember that your pants were
 5  soaked an hour afterward?  Tell me more about --
 6      A     Oh, I, I don't, I don't remember that.  I don't
 7  remember my pants.  You know, I, I don't remember.
 8      Q     Okay.  You don't recall, for example, being
 9  uncomfortably cold after you slipped?
10      A     No, I don't because the president -- we weren't left
11  waiting that long on the south lawn.
12      Q     Okay, hold on a second.  Right now you're inside and
13  you've just fallen.
14      A     Yes.
15      Q     And you're getting up.
16      A     Yes.
17      Q     Did you get to the spot to photograph the president?
18      A     Yes.
19      Q     You did?  Did you go to your desk before that?
20      A     No.
21      Q     So you just got up off the floor, put your laptop by
22  the vending machine, and then did you proceed to the south
23  lawn?
24      A     Limped to the south lawn.
25      Q     Limped to the south lawn.  What did you say to
```