UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUKE FRAZZA, et al. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-1410 (CKK/JMF) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendant. | ) |

## PLAINTIFFS' EXPERT WITNESS STATEMENT

Pursuant to the Court's Scheduling Order, plaintiffs submit this expert witness disclosure statement. Discovery is in the early stages and the defendant only recently has responded to plaintiffs' written discovery. No depositions have been taken. Accordingly, plaintiffs will supplement this statement as plaintiffs uncover additional facts through discovery.

Plaintiffs identify the following witnesses from whom they may elicit expert opinions at trial:

    1.    Lynne Trautwein, BSN, RN, CCN, CMAC
           Life Care Planner
           The Coordinating Center
           8258 Veterans Highway, Suite 13
           Millersville, Maryland 21108

Ms. Trautwein is a specialist in the determination of future care needs and in the

1

formulation and management of life care plans. She is expected to testify regarding the medical therapeutic, rehabilitation, equipment, and attendant care needs of Luke Frazza over the course of his lifetime. Her opinions will be based on her evaluation and testing of Luke Frazza, and on her knowledge, training, and experience. A report of her findings will be produced to defense counsel. A copy of her CV is attached hereto.

    2.    Estelle L. Davis, Ph.D., CRC
           Vocational Counseling and Rehabilitation
           Estelle L. Davis, Inc.
           5052 Dorsey Hall Dr.
           Suite 102
           Ellicott City, MD 21042

Dr. Davis is an expert in vocational counseling and rehabilitation. She is expected to testify regarding the likely vocational and earnings outlook for Luke Frazza. Her opinions will be based on her evaluation of Luke Frazza and interviews with his family and others, and upon her knowledge, training, and experience. Dr. Davis will draft a report that will be provided to defense counsel. A copy of her CV is attached hereto.

    3.    Thomas C. Borzilleri, Ph.D.
           Economic Consultant
           6701 Democracy Boulevard
           Suite 300
           Bethesda, Maryland 20817

Dr. Borzilleri is an economic consultant. His areas of expertise include damage computations, analysis of loss profits, earnings losses from personal injury, and other subjects. He is expected to testify regarding the present discounted value of the pecuniary losses suffered by Luke Frazza and his family as a result of his injuries. He will prepare

an economic report, which will be provided to defense counsel. A copy of his CV is attached hereto.

    4.    John K. Starr, M.D.
           Orthopedic Surgeon
           National Orthopedics
           3301 New Mexico Ave., NW, #318
           Washington, DC 20016

Dr. Starr is an orthopedic surgeon who performed spinal fusion surgery on Luke Frazza in June 2006. He is expected to testify as the treating physician and as an expert on the extent and seriousness of Luke Frazza's injuries, as well as his opinion regarding the cause of such injuries. His opinions are based on his evaluation and treatment of Luke Frazza and upon his knowledge, training, and experience.

    5.    Randy Atlas, Ph.D., AIA, CPP
           Safety and Security Consultant
           Atlas Safety & Security Design, Inc.
           770 Palm Bay Lane
           Suite 4-I
           Miami, FL 33138

Dr. Atlas is a safety and security consultant who is a certified protection professional with the American Society of Industrial Security (ASIS) and is affiliated with the American Society of Safety Engineers. He is expected to testify as to the standard of care in building maintenance during inclement weather, including the use of warning signs and floor mats. He is expected to testify that, among other things, the conditions at the White House on January 23, 2005 failed to meet industry and other

safety standards. His opinions are based upon his knowledge, training, and experience.

Plaintiffs also may elicit expert testimony of Luke Frazza's other treating physicians.

Plaintiffs reserve the right to supplement this disclosure as discovery progresses.

Respectfully submitted,

_____
Patrick A. Malone
Ari S. Casper
Stein, Mitchell & Mezines, LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
(202) 737-7777 / (202) 296-8312 (facsimile)
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January, 2007, copies of the foregoing were served by first class mail, postage prepaid, on the following:

>Jane M. Lyons
>Assistant United States Attorney
>555 4th Street, N.W., Room E4822
>Washington, D.C. 20530

_____
Ari S. Casper