UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **LUKE FRAZZA and MARY FRAZZA,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No: 06-1410 (CKK) |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

THIS MATTER is before the Court on defendant's motion for summary judgment on plaintiffs' claims under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*, for damages stemming from plaintiff Luke Frazza's fall at the White House on January 23, 2005. Based on the defendant's motion, plaintiffs' opposition thereto, and the entire record in this case, the Court finds that plaintiffs, though their expert on the safety of the floor, Dr. Randal Atlas, fail to establish any breach of an applicable and defined standard of care. In fact, Dr. Atlas's testimony affirmatively demonstrates that the floor where Mr. Frazza slipped is well within the standard of care defined by the American Society of Testing Material Technical Bulletin No. 649. Accordingly, because there is no admissible evidence from which a reasonable finder of fact could find a breach of a standard of care, plaintiffs' claim for negligence fails as a matter of law. For these reasons, it is hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED**, and it is further

**ORDERED** that **JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT.**

This is a final, appealable order.

_____                    _____
Date                                   COLLEEN KOLLAR-KOTELLY
                                       United States District Judge