# EXHIBIT 3

Page 1

1                UNITED STATES DISTRICT COURT
2                FOR THE DISTRICT OF COLUMBIA
3
4  - - - - - - - - - - - x
5  LUKE FRAZZA                :
6  and MARY FRAZZA            :
7        Plaintiffs,          :
8  vs.                        : Civil Case No: 06-1410 (CKK)
9  UNITED STATES OF           :
10 AMERICA,                   :
11       Defendant            :
12 - - - - - - - - - - - x
13                         Washington, D.C.
14                         Wednesday, March 14, 2007
15
16
17 Whereupon,
18                         LUKE FRAZZA
19 the Witness, called for examination by Counsel for the
20 Defendant, pursuant to notice and agreement of counsel as to
21 time and place, at 501 3rd Street, Fourth Floor, Washington,
22 D.C., where were present on behalf of the parties:
23
24
25

Page 2

1  APPEARANCES:
2            On Behalf of the Plaintiffs:
3            ARI S. CASPER, Esquire
4            Stein, Mitchell and Mezines, LLP
5            1100 Connecticut Avenue, NW
6            Washington, DC  20036
7
8            On Behalf of the United States:
9            JANE LYONS, Esquire
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1                    I N D E X
2  WITNESS:           EXAMINATION:           PAGE:
3  Luke Frazza        Ms. Lyons - Direct     4
4
5                    E X H I B I T S
6  EXHIBIT NO:        DESCRIPTION:           PAGE:
7    1               Drawing by Plaintiff    33
8
9
10
11
12
13
14
15
16
17
18
19
20
21  .
22
23
24
25

Page 4

1             PROCEEDINGS
2                 (10:15 a.m.)
3  Whereupon,
4             LUKE FRAZZA
5  was called as a witness and after having been first duly
6  sworn, was examined and testified as follows:)
7             DIRECT EXAMINATION
8       BY MS. LYONS:
9       Q  Good morning, sir.  Would you state your name.
10      A  Luke Frazza.
11      Q  Mr. Frazza, good morning.
12      A  Good morning.
13      Q  I'm Jane Lyons.  I'm the Assistant United States
14 attorney defending the United States in the tort claim you've
15 brought and I -- we're here today for your deposition which
16 means I'm going to ask you a series of questions and you're
17 going to answer them unless your attorney instructs you not
18 to, and the court reporter is going to take down everything
19 that you and say.  It's the same as testifying in court except
20 it's a lot less formal, which means anytime that you need a
21 break, for any reason, you can simply ask me and we'll get,
22 we'll get you a break.  I see you nodding your head which is
23 the reaction of most people.
24      A  Yes.
25      Q  In order to get a transcript down we need you to

Page 5

1 answer yes or no.
2   A  Thank you.
3   Q  So I'll just remind you of that now. The only other
4 thing that really helps this process to go smoothly is if you
5 wait and listen to -- all the way through my question. Make
6 sure you hear the whole thing before you start answering it.
7   A  Makes sense.
8   Q  From my part, I will let you finish your answer
9 before I start asking my next question, but if I interrupt
10 you, I want you to tell me because I want your complete
11 testimony here today. Do you understand that?
12   A  Okay. So I should say I'm not finished?
13   Q  Yes.
14   A  Okay.
15   Q  Or you interrupted me, anything at all to indicate
16 to me that you were not finished with your answer.
17   A  Fair enough.
18   Q  The other agreement I would like to have with you
19 this morning is that you won't answer a question if you don't
20 understand any part of it, so if I ask you a question and you
21 answer it, I'm going to assume you understood the question.
22 Is that fair?
23   A  Yes, ma'am.
24   Q  Okay. Do you have any questions before we begin?
25   A  No.

Page 6

1   Q  Okay. Mr. Frazza, are you taking any medication
2 today which could impair your memory?
3   A  No. I took some Advil this morning but I don't
4 think that impairs my memory.
5   Q  I took some Advil this morning, too, so at least
6 it'll be an even match.
7   A  Okay.
8   Q  Are you in any pain right now?
9   A  At this moment in time I'm not in pain but that can
10 change if I stand up. It can change if I sit here 10 minutes
11 longer. The nature of my pain is it's not 100 percent
12 constant all the time. I can feel like I'm having a great day
13 until I have to bend over and pick up a sock and that can take
14 me out for an hour, or -- there is no rhyme or reason.
15   Q  Okay.
16   A  So at this millisecond I'm not having pain but, you
17 know, it hurt when I woke up this morning. It hurt when I was
18 getting dressed. It hurt in the car. But then if I walked
19 around for 10 minutes it might be fine until it says, oh,
20 you've walked around too much; you need to go sit down.
21   Q  Okay.
22   A  And that's the nature of my existence now.
23   Q  Okay. I just want to get a sense of where you're at
24 so that you're not giving testimony today while you're in pain
25 because that's not something that I want you to do.

Page 7

1   A  I understand.
2   Q  So if you need to stand up and stretch or walk or
3 take a break, please do that and please don't be sitting here
4 trying to get through this in pain.
5   A  Thank you. I'll tell you.
6   Q  Okay. Do you know of any reason at all why you
7 can't provide accurate testimony here today?
8   A  No, I do not.
9   Q  Who is your current employer?
10   A  My current employer is Agence France Presse
11 International News Pictures, also know as AFP. It's an
12 international wire service, headquartered in Paris but I'm
13 based in Washington, DC.
14   Q  What is your job title?
15   A  I am a staff photographer.
16   Q  Can you generally describe your duties?
17   A  My duties entail taking photographic coverage of
18 numerous -- being a wire service photographer, I could be
19 covering an entertainment figure on Monday, a football game on
20 Tuesday. I've been sent to the jungle in South America with
21 U.S. troops. The next day I could be on Air Force One. I've
22 traveled to 80 countries, all 50 states, and I often find out
23 about my assignments from the breaking news. I was at, I
24 think, five of the Washington sniper locations when the bodies
25 were still on the ground. Sometimes I saw it on the news and

Page 8

1 I would call my office on the way, so it, it changes every
2 day.
3   Q  Okay. How long have you been working for AFP?
4   A  I started with AFP, January of '88, as a lab
5 technician. I did that job for a year and a half and then
6 they promoted me to photographer in July of '89, I believe, so
7 I think I'm starting my twentieth year with the company.
8   Q  Have you ever received any kind of discipline in
9 connection with your employment for AFP?
10   A  I have, I've had my boss tell me you could have done
11 better on something. I don't know --
12   Q  That doesn't count.
13   A  I don't, I don't -- I've never been fired or I've
14 never been -- I don't know.
15   Q  Suspended?
16   A  I've never been suspended, sent home, anything like
17 that.
18   Q  Okay. What's your highest level of education?
19   A  I have a BA in political science from Fairfield
20 University, graduating in '85, and that's in Connecticut.
21   Q  Yeah, I, I grew up, up there so I knew that. Are
22 you a member of any professional associations?
23   A  I was a member of the White House News Photographers
24 Association. I have since let that membership lapse while
25 I've been out. I used to be with the National Press

Page 13

1 after lawyer's fees I might have gotten about 24 of that.
2     Q  How badly were you injured?
3     A  I was seriously injured. I was in the hospital for
4 15 days, intensive care for a week. I suffered a skull
5 fracture. I had a hematoma of the brain. I almost had brain
6 surgery. I had last rights. And I had organ failure because
7 of the brain injury. My kidneys shut down. Ultimately when I
8 came home from the hospital I was complaining about my knee --
9 well, actually, I was complaining the whole time and they were
10 more focused on the head.
11         When I got home I could barely walk. They took me
12 to an orthopaedic and my left leg, I believe, was hemorrhaging
13 the whole time, so they drained a lot of blood out of that.
14 And subsequently, in high school I had three knee operations,
15 so it kind of -- it cancelled my athletic career in high
16 school. I had been a baseball and football player and they
17 both pretty much came to an end.
18     Q  How long were you out of school?
19     A  Well, because it happened during the summer, I
20 didn't really miss any school other than -- it happened during
21 the summer, then went back to school in the fall. First big
22 knee operation, which was the open kind, that was, again, in
23 the summer so I didn't miss school from that. Then I had two
24 microsurgeries, orthoscopies. You know, a couple days here
25 and there kind of thing, but not an extended missing school,

Page 14

1 but I think I did my sophomore year on barbiturates to stop
2 brain seizures or something so --
3     Q  And do you still take any medication for brain
4 seizures?
5     A  No, no. That, that was all, that was all done with
6 by the time I had got to -- I think the last I treated any of
7 the injuries from there were in college I was still having
8 some knee problems, but then that was done.
9     Q  Okay. Has there ever been any other impact from the
10 head injury on you that you know of?
11     A  No.
12     Q  Your lawyer has probably told you at this point in
13 the case we have divided up some of the discovery we're going
14 to be reviewing. Today we're going to focus on the accident
15 and not so much on your injuries.
16     A  Yes.
17     Q  So I'm not going to ask you a lot of questions today
18 about your medical condition.
19     A  Okay.
20     Q  We'll want to get a little bit of --
21     A  Okay.
22     Q  -- essentially how you, how you were when you
23 arrived at the White House on January 23, 2005.
24     A  Okay.
25     Q  So don't think that I've lost interest in the

Page 15

1 subject. We're just going to move on.
2         MS. LYONS: Mr. Casper, we have an agreement today
3 that I'm only going to depose him on liability issues, right?
4         MR. CASPER: We do.
5         MS. LYONS: Okay.
6         BY MS. LYONS:
7     Q  We're going to go, what may seem to you to be very
8 slowly, but if we do it in order, I think we'll get it done
9 faster. Okay?
10     A  As you like.
11     Q  So let's turn to -- oh, let me just make sure. Have
12 you filed any other lawsuits, grievances or complaints of any
13 kind?
14     A  Other than when I was a kid?
15     Q  Right, and this one that we're here for.
16     Q  And this one. I don't think so.
17     Q  Okay. Have you ever been convicted of a crime
18 punishable by more than one year in prison or involving
19 truthfulness of dishonesty?
20     A  I've never been convicted of any crime.
21     Q  Okay. All right. Let's turn your attention then to
22 January 23rd, 2005.
23     A  Okay.
24     Q  That's the date you were at the White House?
25     A  Yes, ma'am.

Page 16

1     Q  Okay. Starting at the very beginning of the day --
2     A  Okay.
3     Q  -- cast your mind back to the very beginning.
4     A  Okay.
5     Q  Do you remember anything out of the ordinary that
6 morning for you?
7     A  Other than there was a heavy snowfall. For me
8 personally there was nothing out of the ordinary. Do you want
9 me to start my whole what happened that day or do you want me
10 to wait for your questions?
11     Q  I'll ask questions.
12     A  Okay.
13     Q  And if I leave anything out, you'll, you'll tell me
14 --
15     A  Fair enough.
16     Q  -- and we'll fill it in.
17     A  Okay.
18     Q  Give me a sense of how you felt when you woke up
19 that morning of January 2005.
20     A  I felt fine.
21     Q  No pain of any kind?
22     A  No.
23     Q  Okay. Tell me about your morning routine. Before
24 you got to the White House, what did you do?
25     A  I would have gotten up. Let's see, I got to the

Page 17

1 White House about 7:15. I knew there was a lot of snow and
2 factored in travel time, cleaning off the car, so I probably
3 got up before 6, maybe 6:00, and I would have showered and
4 snuck out of the house as quietly as I could so as not to wake
5 everybody else up.
6   Q  Do you know what day of the week it was?
7   A  It was a Sunday.
8   Q  Okay. Anything else about your morning, getting
9 going? Would you have eaten breakfast?
10  A  I would normally -- I honestly can't remember if I
11 did or not that day.
12  Q  What's your general habit toward breakfast?
13  A  It depends on the day. Sometimes I, I grab a bagel
14 at home. Sometimes I stop and grab a coffee and grab a bagel
15 or something, and I honestly don't remember what I, I did that
16 day.
17  Q  Okay. Was there anything going on at your home in
18 January of 2005 that would have been different?
19  A  No.
20  Q  New puppy or sick child, anything like that?
21  A  I don't remember the children being sick. We don't
22 have a puppy.
23  Q  Okay. Do you recall whether you consumed any
24 alcohol the night before?
25  A  I know I did not consume any alcohol the night

Page 18

1 before.
2   Q  How do you know that?
3   A  Because I, I don't drink often and I -- my
4 recollection of going back of what I did that weekend, I just
5 didn't do it.
6   Q  Okay. What do you remember about the weekend before
7 Sunday morning?
8   A  Well, I would have worked the day before because the
9 fact that the president was in town -- the fact that I was
10 assigned to cover him in town Sunday morning, I would have
11 covered him Saturday as well, so I covered him Saturday. I
12 don't -- nothing remarkable stands out.
13  Q  Okay.
14  A  But I don't recollect any going to any social event,
15 and by nature I'm a social drinker. You know, I can go three
16 months not having a beer in my house but if I went to your
17 house for a party I might have one or two.
18  Q  Okay.
19  A  So I, I'm certain I didn't have any alcohol the
20 night before.
21  Q  Okay. Did you take any medication of any kind that
22 day or the day before?
23  A  No, ma'am.
24  Q  You have a long history of allergies I noticed in
25 your medical records.

Page 19

1   A  Yes.
2   Q  You don't typically take an allergy medication?
3   A  Those are seasonal allergies and they predominantly
4 hit me in the spring and the fall, kind of hay fever, not in
5 January when there's snow on the ground.
6   Q  What do you remember about the snowfall?
7   A  I remember it being a lot of snow for DC and knowing
8 about it the night before and probably watching on TV that
9 people run and buy milk, and I factored in ample travel time
10 for it and it impacted the inconvenience where I could park.
11 I would normally on a weekend park on G Street right next to
12 the White House, and because it was snow emergency day I had
13 to search out a garage where I could park and I think that was
14 on 18th and L or something. It was a, a bit of a walk.
15  Q  Okay. So you left your car in a place you wouldn't
16 normally have left it that morning?
17  A  That's correct.
18  Q  And farther away from the White House from where you
19 would ordinarily have parked?
20  A  Yes.
21  Q  So it's your recollection that there was a snow
22 emergency declared in DC so that parking on the street wasn't
23 allowed? Is that what you're telling me?
24  A  Absolutely.
25  Q  Okay. You said you arrived at around 7:15 a.m.

Page 20

1   A  At the White House.
2   Q  At the White House. So you parked your car in a
3 garage at 18th and L and walked to the White House?
4   A  Yes.
5   Q  How many times had you previously been to the White
6 House?
7   A  I would have to imagine -- covering White House for
8 17 years, somewhere between 1,000 plus times, and that's
9 probably a gross understatement.
10  Q  Okay. And that's over a 17 year period?
11  A  Probably more if you factor in my previous job with
12 Newsweek Magazine and -- but, you know, I came to Washington
13 as an intern in 1984, and spent time, two and a half years
14 with Newsweek, then moved to AFP, so in all that time,
15 probably at least that many times.
16  Q  Okay. Is it fair to say that on most of the
17 occasions that you were at the White House you at some point
18 visited the press lunch area?
19  A  It's not uncommon. It's a -- it was a common place
20 for, for me to pass through because it's not far from my desk
21 and that's where the water fountain is, vending machines, the
22 bathroom, so it's a very frequent for me to be in that.
23  Q  Okay. Is the -- well, not was, under the
24 construction but is the bathroom that was located in the press
25 area the one that you would use, or the press lunch area the

Page 45

1  A  I don't remember who was sitting next to me or who
2  was in my van.
3  Q  Okay. But you get out of the van?
4  A  Stepped out of the van, can't remember if I tried to
5  make a picture of the president going in or not. If I did,
6  it would be on the disk --
7  Q  I would have it?
8  A  -- you have, I think.
9  Q  Okay.
10  A  He walks by and --
11  Q  What do you mean, he walks by?
12  A  I'm sorry, he --
13  Q  He's a good distance in front of you?
14  A  He's a good distance --
15  Q  Yeah.
16  A  Sorry. He goes into the White House.
17  Q  Right.
18  A  And we do what we always do, is, as a group we just
19  walk down these steps just to the west of the north portico to
20  go down to the blacktop, and I went to drop off my laptop
21  because I don't want to carry that outside to cover -- I knew
22  he was going on the south lawn for a helicopter departure.
23  Q  When was he going to do that?
24  A  Whenever he left.
25  Q  Did you know -- when you got out of the van, that

Page 46

1  you needed to get to the south lawn?
2  A  When we got out of the van they said, okay, well,
3  you guys know he's leaving from the south lawn, and we all
4  said, oh, okay, but we knew it wasn't imminent. He doesn't
5  walk through right on the helicopter. You know, the
6  helicopter probably wasn't even there yet. I don't recall.
7  Q  Okay.
8  A  So we, we walk down the steps and I went to go in
9  the back of the press room because that's the shortest route
10  to my desk.
11  Q  Okay. So you were headed for your desk at this
12  point?
13  A  I was headed to my desk to just drop off my laptop
14  bag because I didn't want to carry the weight and expose the
15  laptop or the bag to the moisture outside because there's no
16  place to put it other than on the ground and -- so my intent
17  was to go in there to just drop off the laptop bag and then we
18  would be escorted through the Palm (phonetic) room out to the
19  south lawn for departure.
20  Q  Okay. It would have been possible for you to go
21  directly to the Palm room to the south lawn?
22  A  Would it have been possible? Yes, but it would have
23  been, it would have been out of the ordinary for me to take
24  that -- me or the others to take our laptops out there with
25  us.

Page 47

1  Q  Okay. So you weren't the only person walking
2  through the press lunch area to get to your offices to drop
3  off equipment?
4  A  No, Lawrence Jackson, as I -- he was a foot behind
5  me doing exactly the same thing.
6  Q  Okay. Is there anybody in front of you?
7  A  I don't think so. I think I might have been the
8  first one.
9  Q  Okay. So you think you reached the door first?
10  A  I think so.
11  Q  And Lawrence Jackson was behind you?
12  A  Yes.
13  Q  But there would have been other people behind you as
14  well?
15  A  I don't know. I wasn't focused on what was going on
16  behind me.
17  Q  Okay. Let's, let's go a little farther then.
18  A  Okay.
19  Q  Were you in a hurry?
20  A  Not particularly. As I said, I knew he wasn't, I
21  knew he wasn't, you know, shooting out of here to make a
22  meeting of a prime minister. He was going to Camp David to
23  spend two days or something.
24  Q  Okay. When you said who, you meant the president
25  then?

Page 48

1  A  Yes, I'm sorry. So, no, I was just going in to drop
2  off my bag.
3  Q  So would you say you were proceeding at a normal
4  rate of speed for your walking?
5  A  I think that's about average, yeah.
6  Q  Okay.
7  A  Yes, I would say that.
8  Q  Compared to Mr. Jackson, are you a faster walker,
9  slower walker?
10  A  I wouldn't know.
11  Q  Okay. Where did you grow up?
12  A  New Jersey.
13  Q  Where in Jew Jersey?
14  A  Ridgewood, Bergen County.
15  Q  I was born in Ridgewood, New Jersey.
16  A  You were not.
17  Q  I was.
18  A  Valley Hospital?
19  Q  Yes.
20  A  So was I. What year?
21  Q  1967.
22  A  '63. How long did you live there?
23  Q  Until I left for college?
24  A  What street?
25  Q  I lived in Wyckoff. I didn't live in Ridgewood.

Page 49

1  A  Wyckoff -- sneeze. Well, you drove by my house a
2  million times on Godwin Avenue.
3  Q  Holly cow. This world is way too small.
4  A  Two blocks from the train station, right down the
5  street. My parents are still there.
6  Q  Wow. My parents had the good sense to move.
7     (Laughter.)
8     MS. LYONS: That's funny. All right.
9     BY MS. LYONS:
10 Q  Well, that indicates to me that you're probably
11 about a fast a walker as I am because I think you develop
12 those habits early in life and I consider myself to be a
13 faster walker than most of the people in Washington, DC.
14 Would you say the same is true for you?
15 A  I don't know. I never really stopped to compare.
16 Q  Okay. All right. So we've got you now walking to
17 the door.
18 A  Got me.
19 Q  Tell me exactly what happened.
20 A  Well, as I approached the door I -- my recollection
21 is I opened the door with my right hand. I think the door
22 opens in. And I stepped in with my left foot, hit a wet tile
23 surface where there was no floor mat, and my feet went out
24 from under me, up in the air. I landed very hard on my
25 backside and really hurt myself.

Page 50

1  Q  Okay. Did you say anything when you fell?
2  A  I honestly don't remember. I don't know if it would
3  be edited out. No, I, I honestly don't --
4  Q  We're all adults.
5  A  I can't remember specifically.
6  Q  Okay. What do you remember in terms of exactly what
7  happened after you fell?
8  A  Well, I remember, during the fall, Lawrence
9  literally reaching out, and I was like, you know -- so -- and,
10 you know, he said, oh, man, I tried to catch you and I kept
11 going oh, you know, probably a few expletives, and he said, oh
12 my god, are you okay. And I went, oh, I don't know. That
13 really hurt and oh, and at that point, you know, I lost
14 interest in making it all the way to my desk and we took off
15 of our laptop bags and just put them there which is just
16 inside the lunchroom from the vending machines, and turned
17 around and kind of --
18 Q  Are you standing up at this point?
19 A  I stood up after I fell, yeah.
20 Q  You fell in the doorway, so for anybody else to get
21 in -- did you move? Did they take another route around?
22 A  No, it's such a small entryway that there was no way
23 around. I, I can't remember if Lawrence helped me up or I got
24 up under my own power. I honestly don't remember.
25 Q  How long do you think you were on the floor?

Page 51

1  A  Oh, I'd be surprised if I was on the floor longer
2  than, longer than a minute or 30 seconds.
3  Q  Okay.
4  A  It wasn't this drawn out thing where people came
5  running or -- you know, it was just bam and I thought oh, and
6  you know, he might have helped me up. I honestly can't
7  remember. But I got up slowly and kind of tried to walk it
8  off and --
9  Q  Okay. Did you hit anything else besides your butt?
10 A  I don't think so.
11 Q  You didn't hit your head?
12 A  No.
13 Q  You didn't hit an arm or a wrist or anything?
14 A  If I did, it was so eclipsed by the backside but I
15 don't remember, I don't remember if an elbow bounced because
16 in the long run that got lost in the wash.
17 Q  Okay. Were your hands free? You said you opened
18 the door with your right hand so it sounds like your right
19 hand was free. Is that right?
20 A  Well, I would have done this. My recollection is --
21    COURT REPORTER: Keep your voice up.
22    THE WITNESS: Sorry. My recollection is I opened
23 the door like this, went in and kind of went up --
24    BY MS. LYONS:
25 Q  Is there anything in your left hand?

Page 52

1  A  There shouldn't have been anything in my hands at
2  all other than the door.
3  Q  Where's your -- your laptop was on a strap on your
4  shoulder?
5  A  Everything, laptop bag, like a satchel on my
6  shoulder.
7  Q  Right.
8  A  I wear -- that day I probably had my vest on so I
9  would have had a vest with my extra equipment in it. It
10 almost looks like an Al-Qaeda, you know, these things, suicide
11 bomber.
12 Q  I was thinking fisherman but --
13 A  No.
14 Q  -- okay.
15 A  Trust me. The cops don't want to see this. So then
16 I have two cameras on straps and they -- on shoulders, and
17 then a laptop bag. It's probably a backpack but I think I
18 might have had one strap on instead of two. I'm not sure.
19 But nothing that would have been in the hands.
20 Q  Okay.
21 A  And I just kind of went -- feet out from under me.
22 Q  Okay. Came down on your butt.
23 A  Smashed very hard on my backside.
24 Q  Okay. What do you remember about the floor as you,
25 as you were down there for 30 seconds to a minute?