# EXHIBIT 5

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF COLUMBIA
 3   ----------------X
 4   LUKE FRAZZA, et al.,       :
 5        Plaintiffs,    : Civil Action No.:
 6   vs.                 : 06-1410 (CKK/JMF)
 7   UNITED STATES OF AMERICA,   :
 8        Defendant.     :
 9   ----------------X
10
11        Deposition of DOROTHY M. ROSE
12              Washington, D.C.
13            Tuesday, January 30, 2007
14                 2:53 p.m.
15
16
17
18
19   Job No.: 1-95874
20   Pages: 1 - 44
21   Reported by: Dana C. Ryan, RPR
22
```

Page 2

```
 1        Deposition of DOROTHY M. ROSE, held
 2   at the law offices of:
 3         Stein, Mitchell & Mezines, L.L.P.
 4         1100 Connecticut Avenue, N.W.
 5         Suite 1100
 6         Washington, D.C. 20036
 7         (202) 737-7777
 8
 9
10        Pursuant to agreement, before Dana C. Ryan,
11   Registered Professional Reporter and Notary Public
12   in and for the District of Columbia.
```

Page 3

```
              A P P E A R A N C E S

   ON BEHALF OF THE PLAINTIFFS:
        ARI S. CASPER, Esquire
        Stein, Mitchell & Mezines, L.L.P.
        1100 Connecticut Avenue, N.W.
        Suite 1100
        Washington, D.C. 20036
        Telephone: (202) 737-7777


   ON BEHALF OF THE DEFENDANT:
        JANE M. LYONS, Esquire
        Assistant United States Attorney
        U.S. Attorney's Office
        555 4th Street, N.W.
        Room E4822
        Washington, D.C. 20530
        Telephone: (202) 514-7161

               - and -
```

Page 4

```
        CLAIRE A. WATKINS, Esquire
        Assistant Regional Counsel
        Office of Regional Counsel
        National Capital Region
        U.S. General Services Administration
        307 7th & D Street, S.W.
        Suite 7048
        Washington, D.C. 20407
        Telephone: (202) 708-3295
```

DEPOSITION OF DOROTHY M. ROSE
CONDUCTED ON TUESDAY, JANUARY 30, 2007

2 (Pages 5 to 8)

---

Page 5

```
 1        C O N T E N T S
 2   EXAMINATION OF DOROTHY M. ROSE:        PAGE:
 3   By Mr. Casper                            3
 4
 5
 6
 7
 8          E X H I B I T S
 9         (Retained by Counsel)
10   ROSE DEPOSITION EXHIBIT                 PAGE
11   No. 1    Photograph                      24
```

Page 6

```
 1          P R O C E E D I N G S
 2           DOROTHY M. ROSE,
 3   having been duly sworn, testified as follows:
 4      EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
 5   BY MR. CASPER:
 6      Q   Good afternoon.
 7      A   Good afternoon.
 8      Q   All right. Could you spell your full name
 9   for me, please?
10      A   Dorothy M. Rose. D-O-R-O-T-H-Y, M.,
11   R-O-S-E.
12           MS. LYONS: Dorothy, I'm going to ask
13   you to keep your voice up so I can hear you. I'm
14   sitting right next to you, so keep your voice up so we
15   can all hear you.
16   BY MR. CASPER:
17      Q   All right. Where do you live?
18      A   I live 1820 9th Street, Northwest,
19   Washington, D.C., Condo A.
20      Q   How long have you lived there?
21      A   Eleven years.
22      Q   Are you married?
```

Page 7

```
 1      A   Yes.
 2      Q   Do you have children?
 3      A   Yes.
 4      Q   Did you grow up in D.C.?
 5      A   Yes.
 6      Q   Where did you grow up?
 7      A   All over, really.
 8      Q   So you went to the D.C. public schools?
 9      A   Uh-huh.
10      Q   How far did you get in school?
11      A   Eleventh grade.
12      Q   Where was that?
13      A   Eastern Senior High.
14      Q   Where?
15      A   Eastern Senior High.
16      Q   When did you stop going to classes there?
17      A   '70 -- in the '70s. I don't know the exact
18   year.
19      Q   In the 1970s?
20      A   In the '70s, uh-huh.
21      Q   And what did you do after that?
22      A   I had a child. I worked at Job Corps for
```

Page 8

```
 1   two years.
 2      Q   Job Corps?
 3      A   Uh-huh.
 4      Q   What did that consist of?
 5      A   Job training.
 6      Q   For what?
 7      A   I took a nursing assistant and dietary aide.
 8      Q   So you had Job Corps training for a couple
 9   of years?
10      A   Yeah.
11      Q   Were you working during that time?
12      A   After you finish your classroom, you go --
13   go to work detail. You do, like, six months work
14   detail. I worked at Tobyhanna Army Depot in
15   Pennsylvania.
16      Q   Where?
17      A   Tobyhanna Army Depot; I guess it's in some
18   part of Pennsylvania. And I worked at McDonald's in
19   Hazleton, Pennsylvania.
20      Q   I assume you were living in Pennsylvania at
21   the time?
22      A   Job Corps, you live in -- you live there,
```

Case 1:06-cv-01410-CKK   Document 14-6   Filed 06/01/2007   Page 4 of 7
DEPOSITION OF DOROTHY MELROSE
CONDUCTED ON TUESDAY, JANUARY 30, 2007

5 (Pages 17 to 20)

**17**

1  in, and they wanted somebody to be, you know, around
2  the clock to service the building, make sure
3  everything was -- everything was okay, and if they
4  needed something, they could call and ask us to do it,
5  you know.
6     Q   All right. So would you work Saturdays and
7  Sundays?
8     A   Yes, we work Saturdays and Sundays. We
9  alternated. One weekend Dorie and I and another
10 person would work, and the next weekend Ms. Briscoe
11 and two other people would work, and we alternated.
12    Q   Okay. So in January of 2005 -- you
13 understand there's a lawsuit now?
14    A   Yes.
15    Q   And a gentleman by the name of Mr. Frazza
16 has brought a suit for falling in the White House
17 press area. Are you aware of that?
18    A   Yes.
19    Q   All right. January 23rd, 2005, do you have
20 any special recall of that day?
21    A   It's my birthday.
22    Q   Oh, really?

**18**

1     A   Yeah.
2     Q   Okay. Do you remember that day in '05?
3     A   Yes.
4     Q   Okay. Tell me about your day.
5     A   Well, besides it being my birthday, it was a
6  regular workday. And we --
7     Q   Do you remember what day of the week it was?
8     A   Sunday.
9     Q   Okay.
10    A   And we do our normal thing. We go sign in
11 and go check the building, make sure everything is
12 okay. And just do our regular routine, you know.
13    Q   Do you remember anything remarkable
14 happening that day?
15    A   No.
16    Q   Do you remember hearing about somebody
17 slipping and falling in the press room?
18    A   No.
19    Q   Have you heard any buzz about it at all
20 since 2005?
21    A   No.
22    Q   Nobody's talking about it?

**19**

1     A   No.
2     Q   President Bush doesn't mumble about it when
3  he walks by?
4     A   If he does, he doesn't do it to me.
5     Q   Okay. Now, you report directly to Dorie
6  Taylor?
7     A   Yes.
8     Q   And you've reported to her since '96?
9     A   Maybe '97, because she was a supervisor.
10 We'd always been a supervisor at the same time, and
11 then she got a promotion. I think she got a promotion
12 the next year, I think. I'm not clear about the
13 dates, but ...
14    Q   Okay. It's not a memory test. I'm not
15 trying to pin you down to one year or the other. All
16 right.
17       Let's talk about the press area.
18    A   Uh-huh.
19    Q   Can you describe the press area?
20    A   Well, they have the briefing room; and then
21 you walk back past the briefing room, and you have
22 your booth where people sit at; and then further back

**20**

1  you have -- they have individual -- individual booths.
2  There are four of them, I think, back there in the
3  back on the wall. And then you come out that way and
4  you come into the lunch area. There's bathrooms and
5  vending machines and stuff back there.
6     Q   Okay. Is there any written policy that
7  you're aware of that governs what to do in the event
8  of a day when there's snow or rain?
9     A   Not that I'm aware of, but we have a
10 policy -- I'm not saying a policy. We have a -- I
11 want to say -- I want to say that we know what to do.
12 We been doing it for a long time, so we know what to
13 do if it's raining or snowing. We check the area. We
14 put wet floor signs up, put the mats down and make
15 sure the area is safe, you know, for people to walk
16 by -- walk through.
17    Q   Are the procedures the same for the press
18 area as they are for the other areas in the White
19 House?
20    A   It's -- yeah. Any areas people coming in
21 and out of have to have -- if the floor is wet, we put
22 signs down. The water -- we get the water up.

Case 1:06-cv-01410-CKK  Document 14-6  Filed 06/01/2007  Page 5 of 7
DEPOSITION OF DOROTHY ROSE
CONDUCTED ON TUESDAY, JANUARY 30, 2007

6 (Pages 21 to 24)

**Page 21**

1  Q  And how do you get the water up?
2  A  With a mop and bucket.
3  Q  Now, you say if it's rain or snow, you put
4  the wet floor signs and the mats down?
5  A  Yes.
6  Q  What do you mean by that?
7  A  I mean, first of all, it's the White House
8  and they don't want you tracking the -- you know, the
9  water and the dirt off the -- when you come in onto
10 the carpet, you know.
11 Q  Uh-huh.
12 A  So we make sure there's something to wipe
13 your feet off and make sure you know that the floor
14 is -- if we just mopped it, we make sure to put a wet
15 floor sign, make sure there's -- you know that it's
16 wet -- you know that it's wet.
17 Q  Is the same true for the press area?
18 A  Yes, the whole building.
19 Q  Okay.  So are you familiar with the rear --
20 with the back part of the press area?
21 A  Yes.
22 Q  All right.  Let me show you -- first let me

**Page 22**

1  show you what's been marked as Taylor 2.  Do you
2  recognize the guy in that picture?
3  A  (Reviews photo.)
4     MS. LYONS:  The guy on the left?
5     MR. CASPER:  No.
6     THE WITNESS:  There's two guys in
7  there.
8  BY MR. CASPER:
9  Q  Not the person in the suit holding the red
10 veil, but the person in the blue windbreaker.
11 A  I can't really see his whole face.
12 Q  Okay.  All right.  Now, let me show you
13 what's been marked Taylor 3.  Do you recognize that
14 area?
15 A  (Witness reviews photo.)  Yes.
16 Q  What is that?
17 A  This (indicating) is where the Secret
18 Service sits, and this (indicating) is the back door
19 of the press.  If you -- if you come from the outside,
20 you can come through this (indicating) door and go
21 into the press area, the lunch area where they eat at.
22 Q  Okay.  And describe this (indicating) entry

**Page 23**

1  area.  I mean, there's a door to get in from the
2  outside; right?
3  A  Right.
4  Q  And then there's another door to get into
5  the actual press area?
6  A  It's a little -- like a little foyer first
7  and then it's the door.
8  Q  Okay.  Now, what were the procedures in
9  place -- there were no written procedures on a snowy
10 or rainy day; right?
11 A  No.  No.
12 Q  And you say everyone just knew what to do?
13 A  As far as myself and Ms. Taylor, we knew
14 what to do.  We've been doing it for -- I've been
15 there for 19 years, so I think I know what to do.
16 Q  All right.  So what did you do on a day when
17 there was snow and rain on the ground?
18 A  If there was snow on the ground, we would --
19 first of all they would have salt -- you know, salt --
20 Q  Salt the outside?
21 A  Yeah, to make sure that it isn't icy.  And
22 then we would -- there would be a mat down.

**Page 24**

1  Q  Where would the mat be?
2  A  I'm thinking that the mat would be along
3  this area -- along this area right here (indicating).
4     MS. LYONS:  Can I see where you're
5  pointing?
6     THE WITNESS:  This area right here
7  (indicating), and that would be right in the area
8  where it would be.  This is the outside right here
9  (indicating), so when you walking in the door, the mat
10 is right there (indicating), and the wet floor sign is
11 located so you -- it can't be directly -- the wet
12 floor sign is not going to be directly in front of the
13 door because the press is coming in and out.
14 BY MR. CASPER:
15 Q  Okay.  So the wet floor sign -- let me see
16 if I can find a different --
17    MR. CASPER:  Could you mark this for
18 me, please?
19    (Rose Deposition Exhibit Number 1 was marked for
20 identification and retained by Counsel.)
21 BY MR. CASPER:
22 Q  I'm going to show you -- this is a -- I

**25**

1  think it's a better picture. Now, show me where
2  the -- just put an M for "mat" where the mat would be
3      A    The mat would be around here (indicating).
4  An M or an N?
5      Q    An M for "mat."
6      A    The mat would be around here (indicating).
7      Q    And it would cover what area?
8      A    It should cover this walking area right here
9  (indicating) where they walk in to go into their
10 lunchroom.
11     Q    And what color would the mat be?
12     A    Black.
13     Q    A black mat. And you mentioned cones; what
14 do the cones say?
15     A    Not a cone. It's like a wet floor sign.
16     Q    Okay. Is it on a --
17     A    It's plastic, but it's like -- it's not a
18 cone. It's like an angle.
19         MS. LYONS:  Sandwich board.
20         MR. CASPER:  Yeah.
21         THE WITNESS:  Yeah.
22 BY MR. CASPER:

**26**

1      Q    Okay. And where would those be? You said
2  it wouldn't be on the outside?
3      A    It wouldn't be on the outside, but it would
4  be in this (indicating) area so you can see it,
5  because the press is coming in and out, and they've
6  got to have room to walk and they're bringing
7  equipment and stuff in there, so they have to have
8  room to bring it in there, you know.
9      Q    That's my question. Where is there room for
10 a wet floor sign?
11     A    On the side right here (indicating) maybe.
12 Let's see.
13     Q    Just put S for "sign" if you want.
14     A    Okay. It was right here (indicating). I'm
15 sorry.
16     Q    So you're saying that the sign would be in
17 the doorway to the second --
18     A    It's a wall right there (indicating).
19     Q    Yeah.
20     A    So the sign could be right next to that wall
21 so it's visible.
22     Q    In front of the wall?

**27**

1      A    I'm saying right there on this -- right here
2  on that -- right there (indicating) it's enough room
3  for -- because, first of all, it's a vending machine
4  right here (indicating) on that wall, so the sign
5  could be, like, right here (indicating), in that area
6  right there.
7      Q    Would the sign be visible to somebody coming
8  in from the outside?
9      A    Yes.
10     Q    Okay. Now, who determines when to put the
11 mat down?
12     A    The weather determines. If it's raining,
13 the mat will go down.
14     Q    And where is the mat stored when it's not
15 raining?
16     A    I don't remember. It's on -- I'm sure it's
17 somewhere in this press area.
18     Q    Somewhere in the press area?
19     A    Yes.
20     Q    And --
21     A    If I'm not mistaken, I think it's on the --
22 right there when you walk in the door on the side.

**28**

1      Q    So when you walk in the door, on the left
2  side or the right side?
3      A    Because they have -- they have equipment and
4  stuff all out there, you know. So I'm thinking
5  that's -- I'm not really sure, but they're on that
6  side when you walk in the door.
7      Q    And they keep it rolled up on the side?
8      A    When they're not down.
9      Q    I'm sorry?
10     A    When they're not down, they keep them rolled
11 up.
12     Q    All right. And what about the signs; where
13 were those stored?
14     A    Well, the signs -- people work at night
15 doing the floors, so the signs could be in the middle
16 of the machine -- on the side of the machine, you
17 know. They don't really put them back up anyway
18 sometimes, but they be right there on the side of the
19 machines.
20     Q    Uh-huh. You've worked Sundays when it rains
21 or snows?
22     A    Yes.

Case 1:06-cv-01410-CKK  Document 14-6  Filed 06/01/2007  Page 7 of 7
DEPOSITION OF DOROTHY ROSE
CONDUCTED ON TUESDAY, JANUARY 30, 2007

8 (Pages 29 to 32)

**Page 29**

1  Q  And are there times when you've been the
2  first person to put the mat down?
3  A  I don't remember, but if it's raining before
4  we get there, the mat should be already down because
5  there's a shift leaving before we get there. The mat
6  should be already down.
7  Q  Because whoever is working, if it's raining
8  or snowing, should put the mat down?
9  A  Yes, the mat should be put down, yes.
10  Q  I'm sorry. What did you say?
11  A  I said the mat should be put down, yes.
12  Q  And other than just knowing that if it rains
13  or snows you should put the mat down, is it written
14  down anywhere that that's what you're supposed to do?
15  A  Not to my knowledge, no.
16  Q  How did you learn what to do, if you
17  remember?
18  A  Like I say, I've been working there for a
19  long time, so I don't know if anybody taught me or --
20  I don't remember. I just think it's something you
21  know what to do. You know, when it's raining, you put
22  the mat down so the floor will be kept dry.

**Page 30**

1  Q  Now, you mentioned where the mats would be
2  stored when they weren't down?
3  A  Yes.
4  Q  And I think you said they would be off to
5  the right when you walk in?
6  A  I said it's at the equipment on the --
7  equipment out there and they're -- sometimes the press
8  even rolls the mats up themselves to move -- put their
9  equipment -- you know, the equipment in the back door,
10  but they usually are rolled up on the outside.
11  Q  The outside of what? Show me where on here
12  they would store them at, Exhibit 1.
13  A  It's this press equipment right there
14  (indicating), I'm sure. Somewhere in that area.
15  Q  Outside of the press area?
16  A  Outside of the press area, yes.
17  Q  Under the blue tarp?
18  A  No, not under the blue tarp because the blue
19  tarp -- this -- well, it used to be -- I haven't been
20  over there in a long time, so it used -- this is where
21  the press keep their equipment at, under the blue
22  tarp.

**Page 31**

1  Q  And where would the mat be in relation to
2  the blue tarp?
3  A  On the ground, like -- it's on the ground.
4  Q  Outside of the press area?
5  A  Yes.
6  Q  So it could get rained or snowed on?
7  A  No. It's rolled up, and when you open it
8  up, it's dry.
9  Q  I see. Okay. Now, before putting a mat
10  down, if it was raining or snowing, would you or those
11  working with you mop the floor to dry it?
12  A  If it was wet, yes.
13  Q  Okay. Where is that mop kept?
14  A  In the --
15  Q  This is back in '05, January of '05. Where
16  would it have been kept?
17  A  Downstairs in the ground floor in the --
18  there's, like, a little closet where we keep the
19  vacuums, the mops, the bathroom cart, down there.
20  Q  That's within the press area?
21  A  No, it's not in the press area. It's right
22  in that -- it's like when you come into the West Wing,

**Page 32**

1  there's a little closet, and they have a mop bucket
2  and a mop and the bath -- vacuums and stuff in this
3  little closet area.
4  Q  All right. You said that there would be
5  times when the press people themselves would roll out
6  the mat?
7  A  No, roll it up out of their way.
8  Q  Roll it up?
9  A  Yes.
10  Q  I see. Okay. And would you say, hey, put
11  the mat back?
12  A  No, because I'm not their boss. I can't
13  tell them what to do.
14  Q  Uh-huh.
15  A  But I wait until they get finished moving
16  their stuff and put the mat back myself, or the person
17  I'm working with will put it back.
18  Q  Now, if it was raining or snowing -- was
19  there ever a time when you couldn't find the mat?
20  A  No.
21  Q  If it was raining or snowing and you got
22  there and the mat wasn't down, would you put it down