# EXHIBIT 9



**Dr. Randall Atlas, Vice-President** of **ATLAS SAFETY & SECURITY DESIGN, INC.** is a registered architect, NCARB certified, and he practices criminal justice architecture, environmental security design, counter terror design, and infrastructure protection. He is a certified protection professional with the American Society of Industrial Security (ASIS), and is an appointed member of the ASIS Security Architectural and Engineering Committee. Dr Atlas serves on the faculty of the annual ASIS Faculty Design Workshop and is a member of the American Institute of Architects (AIA) Architecture for Justice Committee. Dr. Atlas has been appointed to the Oklahoma City National Memorial Institute of the Prevention of Terrorism peer review panel 2001. Atlas **is an appointed member of the Premises Security Committee with the National Fire Protection Association developing new security standards and guidelines 730 and 731.**

Dr. Atlas has taught CPTED (Crime Prevention through Environmental Design) and criminal justice courses at Florida International University, Florida Atlantic University, and the University of Miami, and he is a trainer with the National Crime Prevention Institute at the University of Louisville and the American Insitute of Architects and the American Society of Industrial Security.

He has also conducted CPTED and security audits for the cities of Opa Locka, Albuquerque, Miami, Metro-Dade HUD, and numerous United States HUD Housing Developments, including West Palm Beach, New Bedford, Marin City, Marietta, Paris (Ky.), Cincinnati, Albuquerque, Phoenix, New Bern (N.C.), Clarksdale (Al.), Los Angeles, Covington, Ky., and many others.

Dr. Atlas has been a consultant with the National Institute of Justice, National Institute of Corrections, and the Florida Department of Corrections. He has conducted ADA surveys for private and public sector clients, and served as an expert witness on hundreds of premises liability lawsuits. Dr. Atlas has been a speaker and trainer at security conferences from New Delhi, India to Seattle, Washington and has **several hundred articles** appearing in publications such as:

- ◆ **Protection of Assets Manual**
- ◆ **Security Management**
- ◆ **Security Technology Magazine**

- ◆ **American Jail Magazine**
- ◆ **Corrections Today**
- ◆ **Ergonomics and Design Security Journal**
- ◆ **Professional Safety Magazine**

## EDUCATION:

**Doctorate of Criminology**
Florida State University 1982

**Masters of Architecture**
University of Illinois 1976

**Bachelor of Criminal Justice**
University of South Florida 1976

**Bachelor of Architecture**
University of Florida 1974

## PROFESSIONAL ORGANIZATIONS:

**ASIS Certified Protection Professional** (CPP), #5061

**Registered Architect**
State of Florida #15954

State of Louisiana #5287

**NCARB Registered National Council Architectural Registration Board** #31121

**Registered Emergency Medical Technician** State of Florida #0299

**Registered Real Estate Broker**
State of Florida # 115984

## AFFILIATIONS:

**AMERICAN INSTITUTE OF ARCHITECTS**
Justice Architecture Committee

**AMERICAN CORRECTIONAL ASSOCIATION**
Design and Technology Committee member

**AMERICAN SOCIETY OF INDUSTRIAL SECURITY**
Security Architecture and Engineering Committee

**AMERICAN SOCIETY OF SAFETY ENGINEERS**

**ENVIRONMENTAL DESIGN RESEARCH ASSOCIATION**

**INTERNATIONAL CPTED ASSOCIATION**

**NATIONAL SAFETY COUNCIL**

Falls Prevention Committee

**NATIONAL FIRE PROTECTION ASSOCIATION Premises Security Liability Committee**

**AMERICAN SOCIETY OF TESTING MATERIALS F33 Corrections Committee, S54 Homeland Security**

**HUMAN FACTORS & ERGONOMICS SOCIETY**

**National Institute of Justice Advisory Board on ADA and CPTED**

**FLORIDA CPTED NETWORK**
Board Representative 1999

**Appointed to the Oklahoma City National Memorial Institute of the Prevention of Terrorism peer review panel 2001.**

**U.S. HOUSING URBAN DEVELOPMENT Technical Assistance Consultant on Security and Crime Prevention**

**U.S. Department of Justice NATIONAL INSTITUTE OF CORRECTIONS Technical Assistance Consultant**

**Please click here to read an article written about a class we taught**

# PROJECT EXPERIENCE:

- 
  - CONSULTANT for The Russell Partnership to conduct Threat Risk Vulnerability Assessment for the North Miami City Hall. March 2006
  - CONSULTANT for ATC to conduct Threat Risk Vulnerability Assessment for American Transmission Company (ATC) on DePere, Piwaukee, and Cottage Grove Power Grid facilities in Wisconsin. July – November 2005, May 2006.
  - CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability
  Assessment on the Turner Guiliford Knight Detention Center, Miami, Fl. August 2005
  - CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability
  Assessment on the Metrowest Detention Center, Miami, Fl. August 2005
  - CONSULTANT for A Secure America for Miami Dade County conducting

Homeland Security Risk Vulnerability
Assessment on the Pre-Trial Detention Center, Miami, Fl. August 2005
• CONSULTANT for security and vulnerability assessment for Essex County
Courthouse, Newark , NJ. August, 2005.
• CONSULTANT for ACAI Architects to perform a Security Risk Vulnerability
Assessment of the Ft. Lauderdale
Executive Airport Rescue Firefighting and Emergency Operations Center. Ft.
Lauderdale, Fl. July 2005
• CONSULTANT for RJ. Heisenbottle Associates on the Courthouse Square
Parking Garage and Apartment
Complex for CPTED and security assessment. Miami, Fl. June, 2005
• CONSULTANT for A Secure America for Miami Dade County conducting
Homeland Security Risk Vulnerability
Assessment on the Miami Dade County Inspections and Permit Building,
Miami , Fl. June 2005
• CONSULTANT for A Secure America for Miami Dade County conducting
Homeland Security Risk Vulnerability
Assessment on the Ryder Trauma Center, Miami, Fl. July 2005
• CONSULTANT for A Secure America for Miami Dade County conducting
Homeland Security Risk Vulnerability
Assessment on the Miami Dade County Fleet Maintenance Building,
Homestead, Fl. June 2005
• CONSULTANT for A Secure America for Miami Dade County conducting
Homeland Security Risk Vulnerability
Assessment on the South Dade Government Center, Homestead, Fl. June
2005
• CONSULTANT for A Secure America for Miami Dade County conducting
Homeland Security Risk Vulnerability
Assessment on the Caleb Center Government Building, Miami, Fl. June 2005
• CONSULTANT for A Secure America for Miami Dade County conducting
Homeland Security Risk Vulnerability
Assessment on the Central Facility Support Building, Miami, Fl. June 2005
• CONSULTANT for A Secure America for Miami Dade County conducting
Homeland Security Risk Vulnerability
Assessment on the Hickman Building, Miami, Fl. June 2005
• CONSULTANT for A Secure America for Miami Dade County conducting
Homeland Security Risk Vulnerability
Assessment on the South Miami Hospital, June 2005
• CONSULTANT for A Secure America for Miami Dade County conducting
Homeland Security Risk Vulnerability
Assessment on the Republic Metals Corporation, June 2005.
• CONSULTANT for Medical College of Wisconsin Bio-Medical Laboratory,
Milwaukee , WI. In Association with
Applied Research Associates. Security and CPTED analysis. April 2005.
• CONSULTANT for University of Miami, Due Dilligence Study for ADA
Compliance of Gables One Tower. Aug. 2004

- CONSULTANT for the Hogan Group, Coefficient of Friction test for exterior walkway of 6161 Blue Lagoon Dr. Miami August 2004
- CONSULTANT on CPTED for Ball Construction group for the Houses of Indian Beach. January 2004
- CONSULTANT for Zsycovich Architects for Broward County School Board Homewood Highschool Addition. Dec. 2003
- CONSULTANT for U.S. Dept. Of Justice, National Institute of Corrections, for the Idaho Department of Corrections. ADA Accessibility Compliance Audit. Boise, Idaho. May 18-25, 2003
- CONSULTANT for Los Angeles Housing Authority on CPTED for 15 properties. January - March 2003 in association with SPARTA.
- CONSULTANT for security and CPTED review on the Homewood Middle School, Birmingham Al. for Giattina Fisher Aycock Architects.
- CONSULTANT for U.S. HUD Drug Elimination Grant Program technical Assistance consultant on CPTED for Covington Housing Authority, Covington, KY. Oct. -Dec. 2002
- CONSULTANT for Lee County Electric Cooperative. Threat and Vulnerability Assessment for Power facilities and office building. Ft. Myers, Fl. November 2002.
- CONSULTANT to SPARTA for the New Haven Housing Authority. CPTED assessment of 22 properties. July 2002.
- CONSULTANT for SPARTA to the Los Angeles Housing Authority for a 1 day CPTED training for project managers. June 5, 2002.
- CONSULTANT for the Boys and Girls Club of America, Atlanta, GA. Assessment of three centers and development of security training curriculum. March 20,2002.
- CONSULTANT for Miami Dade Community College, Security Need Assessment and Threat Analysis. Miami, Fl. March, 2002 ¥ SPEAKER at The National American Institute of Architects Convention in Charlotte on Crime Prevention Through Environmental Design, Design Against Premise Liability,and Designing Safe Schools, May 7 -10, 2002
- CONSULTANT for Brand Protection Inc., threat assessment and security survey for MASCO Inc. , Detroit, Mi. October, 2001
- CORRECTIONS PLANNER for Marion County Jail Expansion Master Plan and Program with Jacobs Group, Ocala, Fl. Oct. 2001
- PEER REVIEW PANEL for Oklahoma City National Memorial Institute for Prevention of Terrorism, October 2001.
- CONSULTANT on security for the Palm Springs Hospital in Hialeah, Florida. Security masterplan, policy and procedures and physical security review for the hospital. March 2001.
- CONSULTANT for the University of Colorado Health Sciences Center new campus.Developed a security masterplan for $2 Billion of new construction on former Army base. Denver, Co. Feb. 2001
- TRAINER on CPTED for Phoenix and Tempe Police Departments for a 40 hour National Crime Prevention Institute basic CPTED Course in Tempe , Az. February 2001

- CONSULTANT on Security and CPTED on Seminole County, Florida Courthouse with HKS Architects. December, 2000.
- CONSULTANT Security survey on the Graham Rogall Elderly Apartments for the St. Pete Housing Authority, Nov. 17 2000.
- CONSULTANT on CPTED for New Bern Housing Authority, New Bern North Carolina. CPTED evaluation of two medium sized properties. June 2000.
- CONSULTANT for Corvusier Courts Luxury Apartments, Brickell Key, Miami Florida. Security Survey and Vulnerability Analysis. May 2000.
- CONSULTANT for SONY Corporation. Security Survey of 3 million square foot manufacturing plant in Mt. Pleasant, PA. May, 2000.
- CONSULTANT on CPTED and Security Design for the Discovery Channel Headquarters in Bethesda , MD. A proposed $110 mil building. March 2000.
- CONSULTANT on CPTED and Security for the Florida International University, New School of Architecture , University Park Campus, Miami. $11 mil building with BEA Associates. March 2000
- SECURITY SURVEY for the University of Louisville, downtown campus. A CPTED and security survey of 110 buildings on campus as part of a Prevention of Violence Against Women Grant. Feb. 2000.
- CONSULTANT Fernandino Beach Police Station Programming for Allen Morris Construction. Jan. 2000.
- TECHNICAL ASSISTANCE CONSULTANT for U.S. HUD for Marrietta,GA Housing Authority, June,1999.
- CPTED Consultant on the Streetscape Improvements on Sunrise Boulevard Project, Broward County. With EDSA. March 2000.
- CPTED Consultant for the City of Miami Police Department, Grand Avenue Redevelopment and Safe Neighborhood Project, Coconut Grove, Miami. October, 1998.
- TECHNICAL ASSISTANCE CONSULTANT for U.S. HUD for the Cincinnati Metropolitan Housing Authority for a CPTED Training Video. August 18-20, 1998.
- CPTED SECURITY ANALYSIS for Cincinnati Metropolitan Housing Authority. A study of security signage, graphics and groundrules for the different multi-family properties for almost 5000 residents. January 1998
- CPTED SECURITY ANALYSIS for Housing Authority of Maysville, Ky. August 1997. A security masterplan and security site analysis for establishing defensible space for the residents.
- SUICIDE PREVENTION and SECURITY ANALYSIS for Kane County Juvenile Detention Center, Geneva, Illinois in March 1997.
- CPTED SECURITY ANALYSIS for New Bedford Housing Authority, MA. for U.S. HUD.1996. A security masterplan for eight large housing properties that allowed the different user groups legitimate access when desired. Extensive CPTED site plan analysis.
- CPTED Environmental Security Analysis of Housing Authority of Albuquerque, 4 multi-departmental CPTED Training, and 10 neighborhood CPTED design charettes for the City of Albuquerque, NM. 1996 and 1997.
- CPTED SECURITY ANALYSIS for Paris Ky. Housing Authority for U.S. HUD,

1995. An extensive security masterplan and capital improvement study for housing authority , along with budgeting and phasing of security into long term modernization and renovation program.

- CPTED SECURITY ANALYSIS for Cincinnati Housing Authority with SPARTA, for U.S. HUD,1995. A CPTED analysis of four large housing properties for capital and operational improvements.
- SECURITY ANALYSIS, CPTED STUDY of Metro Dade HUD Elderly Housing Project in Opa Locka, Florida. Conduct crime analysis and develop comprehensive security crime prevention program to protect elderly residents. 1994.
- CPTED ANALYSIS for West Palm Beach, Fl. Housing Authority for U.S. HUD,1995. A CPTED masterplan and site analysis of four housing properties to improve territorial boundaries, and reduce outside infiltration of drug and gang activity.
- CPTED & SECURITY ANALYSIS, Marin County, CA Housing Authority,for U.S. HUD, 1996. A comprehensive CPTED analysis of the Marin City Housing property to reduce drug and gang activity. Study included lighting analysis, fencing plan, operational recommendations, and team building activities with residents.
- CPTED & SECURITY ANALYSIS for Albuquerque, NM. Housing Authority,for U.S. HUD Drug and Crime Elimination Technical Assistance Grant Program,1996.
- CPTED and Security Analysis/ Audit of Barry University, Miami, Florida. March, 1995. An extensive security masterplan of the 80 acre campus to reduce opportunity for crime on campus. The security masterplan was implemented with a $1.2 budget and has dramatically improved operations and security at the University.
- CPTED and CRIME ANALYSIS for City of Coral Gables Police Department. Evaluation of impact of road closures and barricades on crime in eight test sites. 1995.
- DESIGN CHARRETTE for the Dade County Performing Arts Center with Arcqitectonica. Feb.1995. Atlas Safety & Security Design served as the security design and CPTED consultant.
- WYNWOOD INDUSTRIAL PARK CPTED STUDY for the City of Miami. January 1995. Evaluation of crime statistics, development of street closure plan and neighborhood security improvement.
- SECURITY ANALYSIS of University of Miami Residential Colleges. A CPTED study of crime and security measures of campus housing. December 1994.
- SECURITY ANALYSIS of the Florida East Coast Railways shipping yards. A CPTED study to reduce the vulnerabilities of the stock yards to theft, burglary, and pilferage. December , 1994.
- SECURITY ANALYSIS, CPTED STUDY for the Graham Properties in Miami Lakes, including Don Shula's Hotel and resort, the Golf Club, Main Street, Apartments and offices in the Main Street areas, Athletic Center, and parking areas. Scope of work included crime analysis, develop recommendations to reduce threat of car thefts, assaults, and robberies. 1994

- SECURITY ANALYSIS, CPTED STUDY - CLIPPER CLUB CONDOMINIUM, Miami, Fl. Develop security strategy to improve security in resident parking lot to protect against thefts and attacks.
- SECURITY ANALYSIS, CPTED and ADA PLAN REVIEW of North Miami Beach Police Station serving as a consultant to Spillis and Candela. Coral Gables, Fl., 1994.
- SECURITY ANALYSIS, CPTED and ADA PLAN REVIEW of Concourse A , Miami International Airport serving as a consultant to Bermillo Ajamal & Partners , 1994.
- SECURITY ANALYSIS ,CPTED STUDY - WESTLAND PROMENADE, a shopping center in Hialeah. Conducted analysis of security services, lighting, and develop plan to respond to repeated attacks against retail stores. 1994.
- SECURITY ANALYSIS, CPTED STUDY of Emergency Care Center Jackson Memorial Hospital, Miami, Fl. The scope was to evaluate hospital security staff, policy and procedures, the function of Metro Dade Police patrol at the Emergency Room, and develop architectural, technological, and operational changes to improve security in the Emergency Care Center. The threat of workplace violence in hospitals has been increasing and this study was to deal with improving access control, redesign of the screening area, and reducing cross traffic. 1993
- CPTED goes PBS - On July 25, 1993 Dr. Atlas was interviewed at the University of Wisconsin, Madison, by a Public Broadcasting Services TV crew on Crime Prevention Through Environmental Design for a viewer member series on crime prevention.
- DESIGN DISTRICT DESIGN CHARETTE - University of Miami, School of Architecture. Security and crime prevention analysis. May 1994.
- SOUTH POINT DESIGN CHARETTE - Portifino Group, Miami Beach. 12 internationally recognized architectural firms competed to redesign South Pointe Miami Beach for Thomas Kramer. Atlas Safety & Security Design Inc. served as the security consultant to the teams and made a presentation on CPTED.
- ARCHITECTURAL PROGRAMMING - Metro Dade Justice Building Courthouse programming analysis and design of new court facilities, including security design and accessibility analysis with Dan Wiley & Associates and The Russell Partnership. 1995
- SECURITY ANALYSIS AND MASTER PLAN - Village Park Towers, North Miami, Florida. An extensive evaluation and security plan of a 900 unit high-rise apartment complex.
- SECURITY ANALYSIS - Offices of the California Club, Miami.
- SECURITY ANALYSIS - Crocker Center, Palm Beach, Florida.
- CRIME AND SECURITY SYSTEM ANALYSIS: Metrorail and Metromover Rapid Rail System. Metro Dade Transit Agency, Miami, Florida. 1991
- SECURITY DESIGN AND ENGINEERING. Federal GSA Law Enforcement & Courthouse Building. Miami, Florida, with Rodriguez Quiroga Architects. 1990
- POST OCCUPANCY EVALUATION AND ARCHITECTURAL PROGRAM, Metro Dade County Public Defender Building; (with HCDA).

- SECURITY DESIGN & DETENTION EQUIPMENT for Metrowest Phase III Detention Center Expansion, 2250 bed pretrial facility, Miami, Florida with 9001 Venture LTD.
- BUILDING SECURITY ANALYSIS & SECURITY STAFFING; Palm Beach County Courthouse, Palm Beach,Fl.
- SECURITY DESIGN, CRIMINAL JUSTICE PROGRAMMING, Metro-Dade County State Attorney's Building, Miami, Florida (with Ron Frazier Associates).
- TECHNICAL ASSISTANCE CONSULTANT, National Institute of Corrections (NIC) Department of Justice, Boulder,Colorado. Ongoing Assignment.
- COUNTY CRIME PREVENTION MASTER PLAN, Champaign County,Illinois.
- COMMUNITY CRIME PREVENTION PLAN, Alumni Village, Tallahassee, Fl.
- SECURITY EVALUATION, Sheraton Riverhouse Hotel, Miami, Florida.
- SECURITY DESIGN EVALUATION, Ft. Lauderdale Main Post Office, (with Urban Arch.)
- SECURITY AND FIRE SAFETY SYSTEM EVALUATION; C & S Bank Building, Ft. Lauderdale, Florida, for Equitable Life Assurance Real Estate Management.
- SECURITY AND SAFETY EVALUATION; Airliner Hotel, Miami for GSG Hotel Inc.
- MASTER PLAN, Poinciana Industrial Center Crime Prevention Through Environmental Design, for New Century Development Corporation.
- ARCHITECTURAL PROGRAM, City of Ft. Lauderdale Police Department Gun Range (with Smith Korack Hayet Haynie Partnership, Architects/Engineers).
- ARCHITECTURAL PROGRAM AND DESIGN ANALYSIS, City of Miami Police Substation ( with Rodriguez, Khuly, Quiroga, Architects).
- EXPANSION STUDY, Metro Dade Police District Station, (with HCDA).
- CRIME PREVENTION THROUGH ENVIRONMENTAL DESIGN - Crime Security Analyst, Opa Locka Safe Neighborhood Grant.
- SUICIDE RESISTANT DESIGN ANALYSIS - Kane County Jail Expansion, Illinois. with Prisco and Duffy Architects, 1995.
- SECURITY LIGHTING/ FENCING STUDY - Camillus House, Miami, Florida.
- VALUE ENGINEERING STUDY - Queen's Criminal Courthouse Addition. New York

# SEMINARS AND CONFERENCES:

• SPEAKER at the Florida American Institute of Architects Convention of "The ABC's of Security for Architects". Boca Raton, FL July 26, 2006.

• TRAINER for the National Crime Prevention Institute for 40 hour CPTED course. University of Louisville, Dekalb, IL. For Northern Illinois University. June 26-29. 2006
• TRAINER for the American Society of Industrial Security, Facility Security Design Workshop. Memphis, Tennessee. June 19-21, 2006
• SPEAKER at NEOCON on Infrastructure Protection with CPTED. Chicago, IL. June 13, 2006

- TRAINER for Palm Beach County (FL) School Police. 1 day CPTED training. June 7-8, 2006.

- TRAINER for the Tennessee Board of Regents Facility Managers on CPTED and infrastructure Protection. Nashville, TN. March, 2006
- TRAINER for the National Crime Prevention Institute for 40 hour CPTED course. University of Louisville, Louisville , KY. April 10-15. 2006
- TRAINER for Security Solutions Inc. on CPTED and Terrorism. Washington DC, March 2, 2006.
- WORKSHOP TRAINER for Collier County Florida on 1 day security training on CPTED and Homeland Security. Naples, Fl. Nov. 18,2005
- WORKSHOP TRAINER for Carnegie Mellon University course for Security Executives in Washington DC. October 17, 2005. 4 day training seminar on Security for Security Executives.
- SPEAKER at the American Society of Landscape Architects national convention in Ft. Lauderdale, Fl. October 9, 2005. Presentation on Emerging Standards of Care for Security in Landscape Design".
- SPEAKER at the American Society of Industrial Security ASIS National Convention in Orlando, Fl. Sept.13, 2005. "Good Designs Gone bad: What were you thinking?".
- TRAINER for the National Crime Prevention Institute for 40 hour CPTED course. University of Louisville, Louisville , KY. June 27-30. 2005
- SPEAKER at AIA National Convention on Designing Safe and Livable Communities. Las Vegas, NV. May 19, 2005.
- SPEAKER at Florida Dept. Of Transportation Seminar on Designing Safe Streets with CPTED. Ft. Lauderdale. FL. May 11, 2005
- SPEAKER at Miami Chapter AIA on CPTED and Infrastructure Protection. April 28, 2005/
- SPEAKER at the CSI Convention on Homeland Security and Infrastructure Protection with CPTED. Chicago, IL. April 22, 2005.

  - SPEAKER at Construction Specifications Institute CSI Annual Convention presenting " Designing Against Terror and Crime with CPTED". Chicago, Ill April 22, 2005.
  - TRAINER for the National Crime Prevention Institute for 40 hour CPTED course. University of Louisville, Louisville , KY. Oct. 4-7. 2004
  - SPEAKER at American Society of Testing Materials ASTM Symposium on Building Security in an Age of Terrorism. Oct. 3, 2004 Washington DC
  - SPEAKER at American Society of Industrial Security ASIS National Convention. Using Public Art and CPTED to reduce crime in Public Places. Dallas, Tx Sept. 29, 2004
  - PRESENTOR at the American Society of Landscape Architects Workshop: Safe Spaces Designing for Security July 25-26, 2004 Chicago
  - TRAINER for the American Society of Industrial Security ASIS Facility Design Workshop Miami, Fl. July 27 - 30,2004
  - TRAINER for the National Crime Prevention Institute for 40 hour CPTED

course. University of Louisville, Louisville , KY. June 28-30. 2004
- SPEAKER at the NeoCon World's Fair in Chicago on Office Building Security and Design, June 15, 2004
- WORKSHOP presenter 4 hours, at American Institute of Architects Convention on CPTED, Chicago, June 9, 2004
- Presenter at Campus Security Conference on Designing Safe Schools with CPTED. Chicago, April 19,2004
- SPEAKER on CPTED and Multifamily housing at the National Housing and Rehabilitation Association Historic Preservation Development Council Annual meeting March 5, 2004, Ritz Carlton Miami, Fl.
- TRAINER for the National Crime Prevention Institute for 40 hour CPTED course. University of Louisville, Louisville , KY. Feb. 16-20,2004
- WORKSHOP presenter at Harvard Design School on Crime Prevention Through Environmental Design, a two day course, Cambridge, Mass. Jan. 23 -24, 2004
- TRAINER for the National Crime Prevention Institute for 40 hour CPTED course. University of Louisville, Louisville , KY. Oct. 13-17, 2003
- WORKSHOP coordinator and presenter for FAAIA 2 day workshop on Homeland Security called - Designing Against todays threats of crime, workplace violence and terrorism. Miami, FL. Oct 2-3, 2003
- SPEAKER at ASIS Convention on The next generation of design: New Realities in anti-terrorism design. New Orleans, LA. Sept,15,2003
- SPEAKER at Planning Successful Schools for Today and Tomorrow. University of Wisconsin, Madison. College of Engineering. July 14-16,2003
- WORKSHOP presenter at ASSE ( American Society of Safety Engineers) on Homeland Security and Design, Denver, Co. June 25,2003
- TRAINER for the National Crime Prevention Institute for 40 hour CPTED course. University of Louisville, Louisville , KY. June 23-27. 2003
- WORKSHOP presenter at Harvard Design School on Designing Safe Schools, a two day course, Cambridge, Mass. June 18,19, 2003
- SPEAKER at the NeoCon World's Fair in Chicago on Homeland Security and Design, June 17, 2003
- TRAINER for 2 day workshop at ISPE ( International Society for Pharmaceutical Engineering) Conference on Plant Security and Threat Assessment. Washington DC. June 4 - 5. 2003
- SPEAKER on Security Design at the NASA Facilities Engineering and Real Estate Conference, San Diego, May 27-30,2003 ¥ SPEAKER at American Institute of Architects Convention on Designing Safe Schools and Universities, San Diego. May 8-11,2003
- SPEAKER on Security Premises Liability at The Facility Managers (TFM) show in Chicago. April 10.2003.
- WORKSHOP presenter at Harvard Design School on Crime Prevention Through Environmental Design, a two day course, Cambridge, Mass. March 24, 25, 2003
- SPEAKER at Planning and Managing Safe Schools. University of Wisconsin, Madison. College of Engineering. March 26,2003.
- TRAINER for the National Crime Prevention Institute for 40 hour CPTED

course. University of Louisville, Louisville , KY. Feb. 18 -22. 2003
- PRESENTER at the Cultural Property Security Protection Convention for the Smithsonian Institute in Washington DC. Feb. 4, 2003.
- PRESENTER at the Florida Association American Institute of Architects full day workshop on CPTED and Homeland Security in Architecture in St Pete, Fl.. Feb. 3, 2003.
- Presenter at Campus Security Conference on Designing Safe Schools with CPTED. Austin, TX. Feb. 1, 2003.
- SPEAKER at The Campus Safety Conference and Expo in Ontario. Ca. about Designing Safe Schools May 6, 2002
- SPEAKER at The Facility Forum 2002: Design Against Premise Liability in San Diego, April 22,2002
- SPEAKER at The University of Wisconsin-Madison seminar on Planning Against Today Threats of Crime, Workplace Violence, and Terrorism, April 17-19,2002
- SPEAKER at NEOCON World Trade Fair on Designing Against the Threats of Workplace Violence and Crime, Atlanta Ga. April 11, 2002.
- SPEAKER on Designing Safe Schools with CPTED at CAMPUS SECURITY JournalÕs Conference on School Safety in Charlotte,NC. Feb 26.2002.
- TRAINER for a basic CPTED course for NCPI in Louisville,KY on February 25-27,2002.
- KEYNOTE SPEAKER at The American Institute of Architects - Building Security Through Design - conference. Albuquerque, New Mexico. January 10-13,2002.
- TRAINER for American Institute of Architects Louisiana Association Seminar on Personal and Property security: A new imperative for architects, institutions and building owners. New Orleans, La. Dec.13.2001
- TRAINER for a basic CPTED course at NCPI in Louisville, KY on October 8 -12, 2001
- KEYNOTE SPEAKER on CPTED at International CPTED Association Conference in Brisbane, Australia on September 26,2001
- TRAINER for a 40 hour basic CPTED course at Topeka, Kansas on Sept. 10-14, 2001
- SPEAKER on CPTED, Designing Safe Communities at Florida Association American Institute of Architects Conference in St. Pete, Florida on August 1, 2001
- SPEAKER on CPTED, Designing Safe Schools at National Association of School Resource Officers Spring Conference in Miami, Florida on July 17, 2001
- SPEAKER on CPTED, Designing Safe Campuses at International Association of College Law Enforcement Spring Conference in Williamsburg, Virginia on June 25, 2001
- SPEAKER on CPTED, Designing Safe Buildings at NEOCON Conference in Chicago on June 18, 2001
- TRAINER for a basic CPTED course at NCPI in Louisville, KY on June 4-8, 2001
- SPEAKER on CPTED at International Facility Managers Association Spring Conference in Chicago on June 1, 2001
- SPEAKER at FACILITY FORUM on Premises Liability and Building Security.

Dallas, Tx. April 24, 2001.
- TRAINER on CAMPUS CRIME PREVENTION for the Tennessee Board of Regents, Facility Managers Training, April 17, 2001 in Nashville, Tenn.
- SPEAKER at the American Society of Landscape Architects, Security Design Coalition Conference on Design for A Secure Future. New York City Sept. 28,2002.
- SPEAKER at the American Society of Industrial Security seminar in Philadelphia on Crime Prevention Through Environmental Design and Preventing Terrorism , September 10-13, 2002
- SPEAKER at the Florida Association of the American Institute of Architects in Coral Gables, Fl. about Crime Prevention Through Environmental Design Workshop, August 7-11,2002
- SPEAKER on Designing Safe Schools, at the Florida Education Facility Planners conference in Naples, Fl. July 10,2002
- TRAINER for CPTED class for the National Crime Prevention Institute, University of Louisville. June 24,2002
- TRAINER for University of Michigan, Ann Arbor. 1 week CPTED training course to campus police and facility managers. June 17-21,2002
- SPEAKER at the NeoCon World's Fair in Chicago on Designing Against Workplace Violence, June 12, 2002 ¥ SPEAKER at the Infrastructure Security Partnership Conference on Architectural Vulnerability, Washington DC, Nov. 5,2002.
- PRESENTER at the ASIS Facility Security Design Workshop on CPTED. Atlanta, GA. Oct.30,2002
- SPEAKER at the Campus Security & Safety Conference. Workshop on Designing Safe Schools with CPTED. Chicago. Oct.21, 2002
- SPEAKER at the Infrastructure Security Partnership Conference on Architectural Vulnerability, Washington DC, Nov. 5,2002.
- PRESENTER at the ASIS Facility Security Design Workshop on CPTED. Atlanta, GA. Oct.30,2002 ¥ SPEAKER at the Campus Security & Safety Conference. Workshop on Designing Safe Schools with CPTED. Chicago. Oct.21, 2002
- TRAINER at the National Crime Prevention Institute in CPTED, 40 hour class. Louisville, KY. Oct. 2002
- SPEAKER at the American Society of Landscape Architects, Security Design Coalition Conference on Design for A Secure Future. New York City Sept. 28,2002.
- SPEAKER at the American Society of Industrial Security seminar in Philadelphia on Crime Prevention Through Environmental Design and Preventing Terrorism , September 10-13, 2002
- SPEAKER at the Florida Association of the American Institute of Architects in Coral Gables, Fl. about Crime Prevention Through Environmental Design Workshop, August 7-11,2002
- SPEAKER at the NeoCon World's Fair in Chicago on Designing Against Workplace Violence, June 12, 2002
- SPEAKER at The National American Institute of Architects Convention in Charlotte on Crime Prevention Through Environmental Design, Design Against

Premise Liability,and Designing Safe Schools, May 7 -10, 2002 ¥ SPEAKER at The Campus Safety Conference and Expo in Ontario. Ca. about Designing Safe Schools May 6, 2002

- SPEAKER at The Facility Forum 2002: Design Against Premise Liability in San Diego, April 22,2002
- SPEAKER at The University of Wisconsin-Madison seminar on Planning Against Today Threats of Crime, Workplace Violence, and Terrorism, April 17-19,2002
- SPEAKER at NEOCON World Trade Fair on Designing Against the Threats of Workplace Violence and Crime, Atlanta Ga. April 11, 2002.
- PRESENTER at the International CPTED Association Convention on CPTED /Security Audits for Schools. Dec. 7, 2000.
- TRAINER in CPTED for National Crime Prevention Institute, 40 hour class at Farmington Hills, Michigan Police Department. Nov. 13-17,2000.
- TRAINER at Designing Safe CampusÕs Workshop, University of Wisconsin, Madison Nov. 9,2000.
- PRESENTER at the NEOCON New York 2000 Conference by Merchandise Mart Properties, speaking on ÒDesigning Against Terrorism and ViolenceÓ, Nov. 2,2000.
- PRESENTER at the Association of Security Professionals Conference on CPTED and Hotel Security. Oct. 27,2000 in Miami Beach, Fl.
- TRAINER in CPTED on Safe School Design for Florida Association American Institute of Architects State Convention, Boca Raton, Fl. August 12, 2000.
- TRAINER in CPTED for University of Illinois, Chicago Medical Campus. 3 day course. April. 2000.
- TRAINER in CPTED on Safe School Design for American Institute of Architects, Miami Chapter. April 15, 2000.
- TRAINER in CPTED for National Crime Prevention Institute, 40 hour class at University of Louisville and a class for the Miami Beach Police Department. February 2000.
- SPEAKER on CPTED, security and safety features at EDAW sponsored design charette for the Indian Creek Riverwalk Green Space Plan for the City of Miami Beach. June 19, 1999.
- SPEAKER at National Crime Prevention Institute, University of Louisville on CPTED. June 20-23, 1999.
- SPEAKER at U.S HUD Workshop ON CPTED in Public Housing, sponsored by SPARTA. New York, New York. June 18, 1999.
- TRAINER for Ohio State University, Columbus Ohio. 2 day intensive class and design charette on CPTED for the architectural, security, and law enforcement staff for development of CPTED Campus Masterplan. May 24-26,1999
- SPEAKER at U.S HUD Workshop ON CPTED in Public Housing, sponsored by SPARTA. Bethesda , MD. May 12-15, 1999.
- SPEAKER at Design Efficient Court Facilities Workshop, University of Wisconsin, Madison. April 22-23, 1999. Presenter on Security Design Standards and CPTED.
- SPEAKER at American Planning Association Convention in Seattle, Washington, April 28, 1999. Presenter on Designing Safe Neighborhoods and

impact of traffic calming techniques on crime reduction.
- SPEAKER at U.S HUD Workshop ON CPTED in Public Housing, sponsored by SPARTA. Bethesda, MD. May 12-15, 1999.
- TECHNICAL ASSISTANCE CONSULTANT for Ohio State University, Columbus Ohio. Trainer on CPTED for architectural, security and law enforcement staff for development of CPTED Campus Masterplan. May 24-26,1999.
- SPEAKER at Design Efficient Court Facilities Workshop, University of Wisconsin, Madison. April 22-23, 1999. Presenter on Security Design Standards and CPTED.
- SPEAKER at American Planning Association Convention in Seattle, Washington, April 28, 1999. Presenter on Designing Safe Neighborhoods an impact of traffic calming techniques on crime reduction.
- SPEAKER at INTERNATIONAL CPTED CONFERENCE on The Fortressing of America: Gatehouses and Barricades. Washington DC. Dec. 15, 1998.
- SPEAKER at International Mass Retail Association on Safe and Secure Shopping Centers: using CPTED. Orlando, Fl. Nov. 17, 1998.
- SPEAKER at Door Hardware Institute Foundation Education Program on The role of security hardware in 21st century architecture. Orlando, Fl. Oct. 30, 1998
- SPEAKER at U.S. HUD Workshop on CPTED in Public Housing, Newark , NJ Sponsored by SPARTA Inc. Nov. 18-20, 1998
- SPEAKER at U.S. HUD Workshop on CPTED in Public Housing, Dallas, Tx. Sponsored by SPARTA Inc. Sept.16-18, 1998
- SPEAKER at the American Society of Industrial Security (ASIS) Convention on CPTED in Public Sector. Dallas, Tx. Sept. 16, 1998.
- TRAINER in CPTED for the Reno, Nevada Police Department, 1 week course. Aug. 1998. Basic Curse and Trainers Course.
- SPEAKER at Texas Jail Association Training Conference on Jail Suicide Prevention, in South Padre Island, Texas. June 8-10, 1998.
- SPEAKER at U.S. HUD Workshop on CPTED in Public Housing, Bethesda, MD. Sponsored by SPARTA Inc. June 17-19, 1998
- SPEAKER at Greater Miami Chamber of CommerceÕs Crime and Drug Prevention Conference, May 6, 1998 on Crime Prevention Through Environmental Design (CPTED).
- SPEAKER in CEU seminar at Duany Plater Zyberk (DPZ) in Miami on New Urbanism and CPTED, April 1, 1998.
- SPEAKER at American Institute of Architects CEU course on New Urbanism and Defensible Space Planning, Miami, April 23, 1998.
- SPEAKER in Risky Business Security Workshop, ALFA International, American law Firm Association. Dallas Texas, January 29, 1998.
- PARTICIPANT in MayorÕs Economic Conference, Crime Prevention and Reduction Workshop. January 26, 1998, Miami, Florida.
- SPEAKER at International CPTED Conference, Dec. 15, 1998. Wash. DC.
- ATTENDEE at OJJDP National Conference on Juvenile Justice, Dec. 12. 1998. Wash.DC.
- ATTENDEE at U.S. Department of Justice, Crime Mapping Research Center,

Mapping Out Crime, Crime Mapping Research Conference. Dec. 12, 1998. Wash. DC.

- SPEAKER at Greater Miami Chamber of CommerceÕs Crime and Drug Prevention Conference, May 6, 1998 on Crime Prevention Through Environmental Design (CPTED).
- SPEAKER in CEU seminar at Duany Plater Zyberk (DPZ) in Miami on New Urbanism and CPTED, April 1, 1998.
- SPEAKER at American Institute of Architects CEU course on New Urbanism and Defensible Space Planning, Miami, April 23, 1998.
- SPEAKER in Risky Business Security Workshop, ALFA International, American law Firm Association. Dallas Texas, January 29, 1998.
- CPTED TRAINER : Plymouth , Minn., and Louisville,Ky. for the National Crime Prevention Institute, Sept. 1997. Detroit, Mi. CPTED class in November 1997.
- PRESENTER: Courts Technology Conference 5, Detroit ,Mi. Sept. 1997. Anti-terrorism Design and CPTED within Courthouse Environments
- TRAINER : CPTED Technical Assistance Conferences. Reduce Crime in Public Housing. In Bethesda , MD. And Chicago. Sept. 1997 Sponsored by SPARTA & HUD.
- TRAINER : CPTED in Public Housing. Reduce Crime in Public Housing. In Bethesda , MD. And Chicago. 1997. Sponsored by SPARTA & HUD.
- CPTED TRAINING and FACILITATOR for City of Phoenix Planning Department, June 1997. Multi departmental training for Greater Phoenix municipalities on CPTED and neighborhood organization and code development.
- SPEAKER at the Florida CPTED Network and International CPTED Conference in Orlando Florida Dec. 2-5,1997. Presented papers on Terrorism and CPTED and the Future of CPTED.
- SPEAKER at the 5th Court Technology Conference in Detroit, MI in September, 1997 giving a workshop on Designing for Security in Courthouses of the Future.
- TRAINER on CPTED for HUD Public Housing Workshop for SPARTA in Bethesda,MD. July 1997 and Chicago, September ,1997.
- SPEAKER at ASIS sponsored workshop on Security Design Process and CPTED and the Role of the Architect in Albuquerque, NM. On June 5-6,1997.
- TRAINER in CPTED for Phoenix Planning Department. June 1-4, 1997
- SPEAKER at ASIS Security Design Workshop in Albuquerque, NM. June, 1997.
- SPEAKER at the 6th Annual Tourism Safety and Security Seminar on April 9, 1997 speaking on Reducing Premises Liability.
- TRAINER: CPTED Technical Assistance Conferences. Reduce Crime in Housing. In Charlotte,NC.; Boston, Ma.; and Dallas, Tx. 1996. Sponsored by SPARTA & HUD.
- TRAINER: Premises Liability; Security by Design; Design Against Terrorism; ADAÕs Impact of Building Security. Continuing Education Courses for the Florida Association of the American Institute of Architects for architects in the State of Florida. Twelve workshops in 1995/1996.
- PRESENTER at ÒSOLUTIONS 96: SECURITY BY DESIGNÓ for Central Florida Hotel Motel Association in Orlando , Florida, December 1995.

- CPTED TRAINING Workshop for Metro Dade County Housing Authority, 1995. A multi-departmental training on CPTED and impact on proposed capital improvements.
- SPEAKER at the BOMA convention in Denver, Colorado , on June 27, 1995 on Premises Liability and CPTED and security planning.
- SPEAKER at the U.S. Mayors Conference in Miami, June 14, 1995 on CPTED applications in urban planning and road barricades in Miami Shores.
- SPEAKER at Property Management Association continuing education workshop on Anti-terrorism and security design on Office and Apartment Buildings. Bethesda, Maryland. June 3, 1995.
- TRAINER at ASIS Facility Security Design Workshop, San Diego, June 1995.
- SPEAKER at International Mass Retail Association Conference in Boston on May 15, 1995 on Anti terrorism and environmental security in the retail market.
- TRAINER on CPTED for HUD Public Housing Workshop for SPARTA in Atlanta 1995.
- SPEAKER at Access Control Conference in Chicago, March 14, 1995 on topic of ADA and building security and design.
- TRAINER for Crime Prevention Through Environmental Design Course for the Coral Gables Police Department, April 24 -28, 1995.
- SPEAKER at City of Miami Commission, Barricades in Shorecrest Area - Upper East side. 3/21/95.
- SPEAKER at Library Administration and Management Association in Miami Beach on June 24, 1994 on topic of Violence in the Library: Protecting Staff and Patrons.
- SPEAKER at American Society of Industrial Security in Las Vegas on Sept. 19, 1994 on Premises Liability.
- SPEAKER at Miami Society of Commercial Realtors - Crime and Real Property Seminar on Sept. 28, 1994 in Miami Lakes. Presentation on Industry Standards for Security and How to Reduce Premises Liability.
- INSTRUCTOR of " Crime Prevention Through Environmental Design " Dept. of Continuing Ed, University of Miami. January 1991, Spring Semester 1994.
- INSTRUCTOR at National Crime Prevention Institute in Advanced Crime Prevention Through Environmental Design, Louisville Ky. October 1993.
- PRESENTER at National Symposium on Crime Prevention Through Environmental Design, Washington D.C. December 9 - 11, 1993. Paper on the Impact of Barricades on Crime in The City of Miami Shores.
- APPOINTED ADVISORY BOARD, Security by Design: CPTED Research Agenda. National Institute of Justice. Washington D.C. October 9, 1992.
- SPEAKER at the American Society of Industrial Security Conference, Designing Crime Free Environments. San Antonio, 1992.
- SPEAKER at the Indian Institute of Security and Safety Management Loss Prevention Conference, New Delhi, India. 1992. Presentation on CPTED and Anti-terrorism Design
- SPEAKER at the Transit Police Chief's Meeting - Present findings of Metro Dade Transit Study on Miami's use of Private Security to patrol transit

system. 1992.
- SPEAKER and Moderator of the Internal Employee Theft Prevention Workshop presented by the Greater Miami Chamber of Commerce. March 12,1992.
- SPEAKER at Access Control Conference - Impact of Americans With Disability Act 1990 on Security. Cincinnati, Ohio. March 10, 1992.
- FACILITATOR of CRIME PREVENTION THROUGH ENVIRONMENTAL DESIGN (CPTED) TRAINING WORKSHOPS - Hollywood Safe Neighborhood Grant. 1992
- SPEAKER at Building Office Managers Association BOMA Luncheon - Premises Liability and the Building Manager. June 1991.
- PARTICIPANT at Crime Prevention Through Environmental Design Course, August 1988, and CPTED in Housing and Transportation Environments April 1991. Ft. Lauderdale, Florida, sponsored by the Florida Department of Community Affairs.
- INSTRUCTOR for FACILITY SECURITY DESIGN WORKSHOP American Society of Industrial Security, Architect Engineering Committee. Minneapolis , 1990; Reno , 1991.
- PRESENTER of "Offensible Space- Law Obstruction through Environmental Design." Environmental Design Research Association Conference, Champaign, Ill., April 10,1990.
- SPEAKER at Dade County Defense Attorney's Luncheon - Premises Liability and Architecture in Security Liability Cases. July 19, 1990.
- PRESENTER of "Architectural Renovations to Reduce Suicide," at American Jail Association Conference, Reno, Nevada, May 22, 1990.
- SPEAKER at Miami Shores Chamber of Commerce - Crime Analysis of the Miami Shores Barricades. Dec. 14, 1990, Barry College.
- PRESENTER of "Preventing Slips, Trips, and Falls," at Conference on Industrial Loss Prevention and Control-Institute for Life Safety Technology, Orlando, January 17,1990.
- PRESENTER of "The Role of the Architect in Security," at Access Control Conference, Atlanta, Georgia, March 12,1990. * PRESENTER of "Obstruction of Law Enforcement Through Environmental Design" Human Factors Conference, Orlando, October 10,1990.
- PRESENTER of "Designing Security for Colleges" - Florida Campus and Security Administrators Seminar, Hollywood, Florida, July 28,1990.
- SPEAKER at National Youth Crime Prevention Conference, Preventing Juvenile Suicide, Miami, Florida. 1990 * PRESENTER/FACILITATOR at Designing Security for People, Information and Places Seminar, Greater Miami Chamber of Commerce. 1990
- INSTRUCTOR at Suicide Prevention in Jails, Lockups and Holding Centers SEMINAR. Michigan State University, Lansing,MI. 1990
- WORKSHOP CHAIRMAN AND PRESENTER at Suicide Prevention Workshop. Workshop Chairman and Presenter. American Jail Association, May 1989.
- PRESENTER of "Preventing the Spotting Slip and Fall Accidents in Public Use Environments," at National Safety Council Conference, Chicago, November 1,1989.
- PARTICIPANT at Fall Prevention Workshop; Recent Developments. The

National Safety Council Congress, Orlando Convention Center. October, 1988.
- PRESENTER AND MODERATOR of "Are You Confused About Employee Screening & Drug Testing?" Sponsored by Greater Miami Chamber of Commerce. Oct. 14, 1988.
- SPEAKER at 1988 IEEE International Carnahan Conference on Security Technology, The Future of Anti-Crime Technology. Lexington, Kentucky.
- CNN news: "Crime Prevention for the Future," SPEAKER. November 12, 1988.
- PRESENTER on "Environmental Design to Prevent Falling Accidents", Gerontological Society of American Conference, November 22, 1987. Washington, DC.
- American Institute of Architects National 1987 Convention, Security Issues and the Built Environment, Orlando, Florida.
- FBI Crime Resistance Seminar, Lively Police Training Institute, Tallahassee, Florida. 1987
- Post Occupancy Evaluation Training Seminar. Georgia Tech University. 1987

# CORECTIONS PROJECTS

- CONSULTANT AND EXPERT TESTIMONY For the Federal Defender Program Inc., on Lumpkin County Jail , Georgia, jail escapes and negligent security design. Jan. 2004
- CONSULTANT for U.S. Dept. Of Justice, National Institute of Corrections, for the Idaho Department of Corrections. ADA Accessibility Compliance Audit. Boise, Idaho. May 18-25,2003
- Marion County Jail Expansion Master Plan and Program with Jacobs Group, Ocala, Fl. Oct. 2001
- Lake County, Illinois Jail Overcrowding Study. Technical Assistance for the National Institute of Corrections. July 1998.
- Kane County Juvenile Detention Center, Kane County Illinois. 1998
- Palm Beach Stockade: Construction verification analysis. West Palm Beach, Fla. 1996
- Monroe County Jail Expansion Study: Jackson Square vs. Stock Island. Key West, Fla. 1991 with PBSJ.
- Chillicothe Correctional Institution, Ohio; 1000 man podular remote facility and master plan. $50 million (with HDR)
- Folsom State Prison Expansion, California; 1000 man, site adaptation & corrections master plan. (with HDR)
- Yolo County Jail, California; 350 man podular/direct supervision facility & master plan. $35 million (with HDR)
- Dade County Stockade Expansion, Miami, Florida; 1000 man podular/direct supervision facility. $37 million (with Harper & Carreno) $40 million.
- Hillsborough County Detention Facility, Florida; 1,325 man podular/direct supervision facility. $45 million. Consulting for Ranon Bentler & Partners.
- Polk County Correctional Facility, Florida; 600 man facility. $17 million. Consulting for Architects Design Group.
- Miami Metropolitan Correctional Center (Federal Bureau of Prisons), Florida;

New Housing Addition. $5 million. Consulting with Spillis Candela Partners.
- St. Thomas Juvenile Justice Center; St. Thomas, Virgin Islands; $7 million. Consulting with Spillis Candela Partners.
- Duval County Jail; Florida. Programming for New Direct Supervision 624-bed facility. $26.5 million. Consulting with Voinovich & Associates.
- Suffolk County Jail, Boston, Massachusetts; 435 bed podular; programming and schematic design for a remote facility;$43 million. Consulting for Cruz-Stark Associates and Sert Jackson Architects.
- Krome Avenue Detention Service Center Expansion and Renovation, (Immigration Naturalization Services), Florida;$5 million. Consulting for Spillis Candela Partners.
- Congress Building Study as Downtown Miami Jail site, Miami, Florida; Consulting for HCDA.
- Lynwood Regional Justice Center Program Evaluation, Los Angeles, California; with Corrections Services Group.
- Broward County Florida Corrections Master Plan, Building Evaluation. Consulting with Corrections Services Group.
- Montgomery County, Maryland Corrections Master plan, Program Evaluation with Corrections Services Group.
- Metrowest Jail Expansion Phase II & III C, Design, Security Systems & Detention Equipment for two 1000 bed jails. 9001 Venture Ltd. Miami, 1990 - 1993.
- Portage County Criminal Justice Master Plan, Jail Evaluation and Staff Analysis. Development of RFP, Architect Selection Process, Schematic Design. Portage County, Ohio. 1988
- Miami Metropolitan Detention Center, Construction Management Review for CRSS and CSG. Miami,1991.
- Expansion Analysis for Cecil County Community Adult Detention Center for the National Institute of Corrections. March 1987.
- Jail Evaluation and Retrofit Analysis for Harolson County Georgia for the National Institute of Corrections. February 1986.
- Jail Renovation and feasibility Study for the Ft. Lauderdale Police Department for the National Institute of Corrections. September 1984.
- Architectural Program Analysis for Multnomah County Sentenced Offender Facility for the National Institute of Corrections. June 1987.
- Expansion Analysis of the Orange County Jail, Hillsboro North Carolina for the National Institute of Corrections. May 1987.
- Jail Evaluation and Retrofit Analysis for Ashland County, Ohop for the National Institute of Corrections. January 1987.
- Feasibility Study for the Conversion of the Washoe County Detention Annex to a Direct Supervision facility for the National Institute of Corrections. April 1987.
- Conduct a Local Corrections Systems Assessment for the Cecil County SheriffÕs Department in Elkton, Maryland for the National Institute of Corrections. March 1991.
- Expansion Analysis for the Corrections Alternative Center for Essex County

Massachusetts for the National Institute of Corrections. January 1987.
- Cost Analysis and Plan Review for Hillsborough County, new Hampshire for the National Institute of Corrections. March 1986.
- Manatee County, Florida Corrections Master Plan Review for the National Institute of Corrections. June 1985.
- Jail Evaluation and feasibility Analysis for Burke County Georgia for the National Institute of Corrections. July 1985.
- Technical assistance and staffing analysis of the Pueblo County Colorado SheriffÕs Department Detention facility for the National Institute of Corrections. October 1988.
- Jail Evaluation and Overcrowding Analysis for Westmoreland County Pennsylvania for the National Institute of Corrections. May 1986.
- Expansion feasibility study for the INS facility in Florence Arizona for the National Institute of Corrections. August 1984.
- Jail and Courthouse Site Analysis for Martin County Florida for the National Institute of Corrections. May 1985.
- Analysis of the San Miguel County Las Vegas new Mexico Jail for the National Institute of Corrections. June 1987.
- Jail Evaluation and Retrofit Analysis for Montgomery County Ohio for the National Institute of Corrections. January 1987.
- Americans With Disabilities Training to the Louisiana Department of Corrections for the National Institute of Corrections. July 1994.
- Jail Evaluation and Suicide Prevention Program for the Salt River Reservation Detention Center Phoenix Arizona for the National Institute of Corrections. April 1987.
- American with Disabilities Act Training to the Florida Department of Corrections for the National Institute of Corrections. April 1994.

# POLICE PROJECTS:

- GSA Federal Justice Building, Miami. Design/ Build. Consulting with Rodriguiz and Quiroga. $26 million.
- City of Ft. Lauderdale Police Gun & Training Range. Florida. Consulting with SKHHP. 1986
- City of Miami Police Substation, Miami, Florida. Consulting with Rodriguez,Khuly, and Quiroga. 1986.
- Police Violence Reduction for Metro Police Department, Miami, Florida. Consulting with the Police Foundation. 1986.
- District Station Expansion Feasibility Study for Metro-Dade Police, Consulting with HCDA. 1987

# PUBLISHED ARTICLES AND PAPERS

- **"Reducing Premises Liability"** . Police Forum. April , 2006.

- "Architect as Nexus: Cost effective security begins with design". ArchiTech May June 2006. Pp. 30-34.
- "Designing for Security". The Construction Specifier. April 2006. Pp. 83-92.
- **"Security Site Design and Landscaping"**. Planning and Urban Design Standards. Graphic Standards, Wiley Publisher. March 2006
- **"The Security Audit and Premises Liability"**. Spotlight on Security for Real Estate Managers 2nd Edition. IREM, 2005.

  - **Security Design Concepts**. **Security Planning and Design: A Guide for Architecture and Building Design Professionals**. American Institute of Architects, Wiley Publishers. Washington DC. 2004
  - **Designing Safe Communities. Strategies for Safe and Sustainable Communities**. Landscape Architectural Registrations Boards Foundation, Vienna, Virginia, 2004
  - **How are criminals using CPTED ?: Offensible Space**, Security Management Magazine. May 2003
  - **Loss Prevention Returns to its Roots with CPTED** Plant Safety & Maintenance Magazine. April 2003
  - **Designing Safe Campuses**, Campus Security and Safety Journal. Dec. 2002
  - **Creating Safety**, Landscape Architect Magazine. Sept. 2002
  - **The ABCÕs of CPTED** A Florida case study of Barry University. Campus Safety Journal. Aug.2002.
  - Ò**Planting and Shaping Security Success** Security Management Magazine. August 2002.
  - **The Sustainability of CPTED: Less Magic More Science!** The CPTED Journal Vol 1. Issue 1. July 2002.
  - **Barry University a CPTED Case Study** Campus Law Enforcement Journal June 2002
  - **Building Security Through Design** The American Institute of Architects. 1735 New York Ave. NW. Washington DC. 2001
  - **Design Considerations: setting standards in security architecture** Door and Hardware Magazine. June 2000.
  - **ADA: Proposed Final Regulations for Courthouses, Jails and Prisons**." Corrections Today, April 2000.
  - **Security Design:Access Control Technology**. Door and Hardware Magazine, April 1999. P. 49
  - **Secure Facility Design, Environmental Design that prevents crime!**", The Construction Specifier. April 1999.
  - **Stairwell Security**. Door and Hardware Magazine. May , 1999. P. 55.
  - **Designing Against Crime: the Case for CPTED Training for Architects**. Florida Architect, Summer 1998.
  - **Designing for Crime and Terrorism: CPTED Training is Essential**: Security Design and Technology magazine, June , 1998.
  - **Designing Security in School Environments** Library Administration and Management Spring, Vol. 11,#2., 1997
  - **Designing for security in Courthouses of the future**. Court Review Vol.

34 No. 2, Summer 1997. American Judges Association.
- Special Report: **Defensible Space**. Engineering New Record. May 1, 1995.
- **The Impact on Crime of Street Closures and Barricades: A Florida Case Study**". Security Journal., 1994. Vol. 5, No. 3, July.
- **Environmental Barriers to Crime**. Ergonomics in Design, October 1994.
- **Programming Architectural Security in Facilities**". Chapter 20, Professional Practice in Facility Programming. Editor Wolfgang Preiser. Van Nostrand Press, NY. 1993.
- **Impact of ADA on Security**". Protection of Assets Bulletin. Merritt Company. 1992.
- **Handicap accessibility affects security**." Access Control Magazine. Feb., 1992.
- **Successful Security**". Buildings:Facilities Construction & Management Magazine.1992
- **Will ADA Handicap Security?**". Security Management. March, 1992.
- **Need for involving security in building planning!**" Campus Security Report, June 1992.
- **Architect input among first steps in design.**" Access Control Magazine. June 1991.
- "**Need for Security Director and Architect Teamwork**". Hospital Security and Safety Management Newsletter. Vol. 12, #6, October 1991.
- "**Security as Afterthought ensures long-term costs.**" South Florida Business Journal. Focus on Maintenance and Security. March 18, 1991.
- "**Offensible Space: Obstruction of Law Enforcement through Environmental Design**". Security Management Magazine, March 1991.
- "**Code Changes Affect Stair Design: Watch Your Step**". Florida Architects, January/Feb.1990.
- "**Security Design,**" Protection of Assets Manual- Monthly Featured Article on Crime Prevention Through Environmental Design and Architecture, March 1990-1995.
- "**Pay Me Now or Pay Me Later**". Security Management Magazine, April 1990.
- "**Reducing The Opportunity for Inmate Suicide: Design Recommendations**". Psychiatric Quarterly, Vol.60,I. Summer,1989.
- "**Just When You Thought it was Safe**". Professional Safety Magazine, American Society of Safety Engineers. September, 1989.
- "**Building Design can Provide Defensible Space**". Access Control Magazine. Sept. 1989.
- "**Designing for Safety: Building Code Update**". Florida Architects Journal. Nov, 1989.
- "**Secure Homes: The Future of Anti-Crime Technology**". The Futurist. March 1988.
- "**Guidelines for Preventing Liability from Slip and Fall Accidents**". Florida Real Estate Journal, 3/22/88.
- "**To Die By Design**". New Times Weekly, Vol.3, No.22. Miami, September 21-27, 1988.

- **"Designing Security for People, Information, and Property"**. Fla Real Estate Journal. June 14, 1988.
- **"How to protect Your Home"**.Florida Home & Garden Resource Manual. July, P.66. 1988
- **"The Impact of Jail Design on Inmate Management and Suicide Prevention"**. Training Manual on Suicide Detection and Prevention in Jails and Lockups. Editors: L.M. Hayes, J.R. Rowan. National Institute of Corrections, U.S. Department of Justice. 1988
- **"Just when you thought it was safe to go back in the...building!"** Security Management Magazine, Aug. 1988.
- **Prevent Liability from Slip and Fall Accidents: An Architectural Primer**. Atlas & Assoc. Publisher, 1987.
- **Reducing Liability and Opportunity for Inmate Suicide: A Design Guide**. Atlas & Assoc. Publishing, 1987.
- **"The Slip and Fall Primer"**, Florida Architect Journal, July, 1987.
- **"Steps, Stairs, & Slipping"**, Florida Architects Journal, Sept.1987.
- **"Ramps, Railings, & Rounded Edges"**, Florida Architect Journal, November, 1987.
- **"Crime Site Selections for Assaults in Four Florida Prisons"**. The Prison Journal. Volume 9 Number 2. December, 1986.
- **"Crime Prevention Through Building Codes"**. Journal of Security Administration. Volume 9(2),1986.
- **"The Physical Environment of Suicides"**. The Fatal Chain of Events: Suicide Prevention. Editors: D.B. Kalinich, P.S. Embert. KER & Associates. November. 1986
- Editorial Review Board, Environment and Behavior , Environmental Design Research Association 1985 - present.
- **"Old Capital Security Evaluation"**, Florida Architect Journal, August, 1982.
- **"Crime Prevention Through Building Codes"**, Building Security, Editor John Stroik. ASTM, Philadelphia, PA 1981. Pps. 88-97.

# AMERICANS WITH DISABILITY ACT SEMINARS AND PROJECTS

- CONSULTANT for Lauderdale Marketplace for ADA compliance. August 2005.
- CONSULTANT for University of Miami, Due Dilligence Study for ADA Compliance of Gables One Tower. Aug. 2004
- CONSULTANT for the Hogan Group, Coefficient of Friction test for exterior walkway of 6161 Blue Lagoon Dr. Miami August 2004
- CONSULTANT for U.S. Dept. Of Justice, National Institute of Corrections, for the Idaho Department of Corrections. ADA Accessibility Compliance Audit. Boise, Idaho. May 18-25,2003
- "ADA: Proposed Final Regulations for Courthouses, Jails and Prisons."

Corrections Today, April 2000.

- American Corrections Association Design Guide for Juvenile and Adult Facilities, Section of ADA compliance. ACA, January 2000.
- SPEAKER to Access Control Conference , March 13, 1996, Washington DC on ÒImpact of ADA on Business SecurityÓ.
- SPEAKER to the American Society of Industrial Security conference on ÒCPTED and Premises LiabilityÓ, and ÒDesigning Safe Parking GaragesÓ. Sept. 10,1996. Atlanta, Ga.
- ÒThe Impact of ADA Interim Regulations on Correctional Design & Construction". The Keepers Voice. Vol.14,No.4. January, 1995.
- ÒImpact of Title II Final Interim RegulationsÓ. Corrections Today Magazine, April 1995.
- SPEAKER at American Institute of Architects Architecture for Justice Committee Workshop in Austin, Texas on Effects on ADA Final Interim Regulations , 1994.
- SPEAKER to the American Correctional Association Convention , January 13, 1995 on ÒImpact of ADA Final Interim RegulationsÓ, Dallas, Texas.
- SPEAKER to Access Control Conference , March 14, 1995, Chicago, Illinois on ÒImpact of ADA on Business SecurityÓ.
- SPEAKER to ÒHow to design efficient court facilitiesÓ workshop , University of Wisconsin, Dept. Of Professional Engineering. April 3-4, 1995. Topic: Impact of ADA on Courthouse Design.
- SPEAKER to ADA and Historic Preservation Workshop on Impact of ADA on Hotel Security. Miami Beach Hotel and Motel Association. June 15, 1994.
- SPEAKER American Correctional Association Conference on ADA and Violence: Impact on Suicide and Assault in Prisons. August 11, 1994. St. Louis, Missouri.
- SPEAKER to Association For Security Administration Professionals sponsored South Florida Conference for Tourism and Safety and Security in Miami, on Sept, 14, 1994 regarding impact of ADA on Hotel Security.
- SPEAKER to American Society of Industrial Security convention in Las Vegas, Sept. 19, 1994 on the topic of premises liability, building security, and conducting security audits.
- SPEAKER to Miami Society of Commercial REALTORS at Crime and the Real Property Professional talking on "Premises Liability: A Concern for the Many". Sept. 28, 1994.
- SPEAKER to American Society of Safety Engineers Gold Coast Chapter at Safety Seminar on "Designing Security in Buildings with Premises Liability Considerations". Oct. 21, 1994.
- SPEAKER to Risk and Insurance Management Society, Broward Chapter on "The ADA's effect on Business and Security". Oct. 24, 1994.
- ÒImpact of Title II Final Interim RegulationsÓ. Detention Reporter, October 1994.
- ÒImpact of Title II Final Interim RegulationsÓ. Corrections Compendium, November 1994.
- ÒImpact of Title II Final Interim RegulationsÓ. American Jails Magazine, Dec./

Feb. 1994.
- TRAINER to Florida Department of Corrections on ADA for personnel managers and correctional trainers. September 16 and Sept. 30 ,1993, March 2,3,24,25, April 21,22 1994 as a technical assistance consultant from the National Institute of Corrections, Dept. of Justice.
- TRAINER to Louisiana Department of Corrections on ADA July 1994 as a technical assistance consultant from the National Institute of Corrections, Dept. of Justice.
- SPEAKER American Correctional Association Conference on ADA and policy and procedure development for program accessibility. January 18, 1994. Orlando.
- CONSULTANT to The Russell Partnership to review the Dade Justice Courthouse Renovations for ADA compliance. 1993.
- CONSULTANT to Correctional Services Group and DMJM for review of the Riverside Regional Jail, Prince George's County, Virginia for ADA compliance. December 1993.
- SPEAKER to Access Control Conference on ADA and impact on building security. Atlanta, Ga. March 29, 1994. * SPEAKER. Impact of ADA on Corrections. National Institute of Justice Workshop on ADA. American Corrections Association Conference, Miami. 1993.
- PRESENTER American Jail Association Conference, Technical workshop "Impact of ADA on Jails and Prisons", Portland, Oregon May 1993.
- PRESENTER National Institute of Justice Workshops on ADA's IMPACT ON JUSTICE FACILITIES in Austin, Texas; Seattle, Washington; and Washington D.C. Summer 1993.
- SPEAKER National Institute of Corrections Academy workshop "Elderly Inmates and the ADA". Longmont, Colorado. June 16, 1993.
- SPEAKER American Corrections Association Conference, Technical Workshop on "Elderly Inmates and the ADA". Nashville, Tenn. Aug. 1993.
- REVIEWER AND PARTICIPANT American Corrections Association Training Video on the Impact of ADA on Corrections. June 1993.
- CONSULTANT to Florida Department of Corrections on ADA, reviewing their self-evaluation plan, transition plan, conducting a two-day training workshop July 24-26, 1993, and develop training with ADA Task Force on Jail and County Detention for the Inspector General's Office regarding program accessibility and structural accessibility.
- ÒThe Impact of ADA on Correctional Design & Construction". The Keepers Voice. Vol.14, No.4. Fall 1993.
- ADA Title II Training and Audit of Hawaii's Department of Public Safety, Prison System. 1993
- "The Impact of ADA on Corrections." Security Technology Magazine. Sept.1993.
- "American's with Disabilities Act - Impact on Corrections", Detention Reporter Oct. 1992
- "Impact of ADA on Jails." American Jails Magazine. November, 1992.
- Opening All Doors: The ADA Video conference - Accessible Design. Sponsored

by the American Institute of Architects. March 18, 1992. 4 hrs.
- Understanding How to Comply with ADA Title III - Public Accommodations and Commercial Facilities. Sponsored by BOMA and IREM. March 31, 1992. 8 hours.
- ADA Audit of Metrowest Detention Center. Metropolitan Dade County, Fl. April 6, 1992.
- ADA Audit of Women's Detention Center, North Dade Detention Center, Treatment and Rehab Center at the Stockade. Metropolitan Dade County, Fl. July, 1992.
- ADA Compliance Accessibility Survey, Sutton Plaza, 249 Royal Palm Way, Palm Beach. 1992
- US HUD Accessibility Seminar, June 23 & 24, 1992, Miami, Florida. 16 hrs.
- SPEAKER. Facility Access and the ADA. Large Jail Network Meeting, National Institute of Corrections Jail Center, Denver, Co. July 26-28, 1992.
- APPOINTED Advisory Board Member on American's With Disabilities Act, National Institute of Justice, Washington D.C. 1992
- ADA: Regulations to Reality. Florida International University. October 10, 1991. 8 hours * "Renovating Security", Professional Protection Magazine, April, 1983.

[ Back to Top ]





© Copyright Atlas Safety & Security Design, Inc. 1999, 2000, 2001,2002,2003,2004,2005,2006

To send an e-mail to the web master, please click here