# EXHIBIT 10



# Facilities Standards
## for the Public
## Buildings Service

# Table of Contents

ON THE COVER

United States Courthouse
Seattle, Washington
Architect: NBBJ
GSA Project Manager:
Rick D. Thomas

1     General Requirements

2     Site, Landscape and Community Design

3     Architectural and Interior Design

4     Structural Engineering

5     Mechanical Engineering

6     Electrical Engineering

7     Fire Protection & Life Safety

8     Security Design

9     Design Standards for U.S. Court Facilities

A     Appendix
      Submission Requirements

I     Index

The *Facilities Standards* and
other design standards are
also located on the Internet at
http://www.gsa.gov/P100

# 3.0 TABLE OF CONTENTS

## 3.1 Basic Building Planning Principles
53 Building Circulation
53 Planning Grid
53 Technology Infrastructure
54 Space Allocations and Classifications
55 Space Measurement for Rental Purposes
57 Space Measurement for Planning Purposes
58 Conveying Systems
60 Fire Protection
60 Seismic Design
60 Design Issues Affecting Security

## 3.2 Space Planning
63 Public Spaces
65 Building Support Spaces
71 Structured Parking

## 3.3 Commissioning

## 3.4 Special Design Considerations
73 Incorporation of Recycled-Content Materials
73 Daylight and View
75 Acoustics

## 3.5 Building Elements
81 Substructure
81 Exterior Closure
86 Cornerstone
87 Interior Construction
87 Building Specialties
88 Artwork, Signage, and Registry of Designers
91 Emergency Evacuation Route Signage

## 3.6 Interior Finishes
94 General Office Space
   (Open and Enclosed Offices)
95 Training and Conference Rooms
95 Internal Corridors
95 Entrances and Vestibules
95 Elevator and Escalator Lobbies
96 Elevators
97 Stairways (closed)
97 Stairways (open)
97 Public Corridors

## 3.7 Building Support Spaces
98 General Use Toilets
98 Equipment Spaces and Maintenance Shops
98 Staff Locker Rooms and Custodial Spaces
98 Building Engineer's Office
   and Security Control Center
98 Food Service Areas
99 Other Specialty Areas

## 3.8 Alterations in Existing Buildings and Historic Structures
100 Evaluation of Existing Systems
100 Code Requirements for Alterations
101 Placing Mechanical and Electrical Systems in
   Renovated and Rehabilitated Buildings
103 Space Planning Strategies
103 Acoustics
103 Alteration of Building Elements
104 Uncommon Products Used In Rehabilitations

## 3.9 Life Cycle Cost Analysis

### Training and Conference Rooms

These areas should be finished at levels of quality equivalent to but differentiated from the adjacent office areas. The material choices and spatial configurations need to be appropriate for the use of the space. In addition, the application of tackable acoustic wall panels, whiteboard wallcoverings and rails for the display of presentation materials within these spaces is appropriate. Coordinate all lighting, audiovisual, communication and technology requirements with the building systems.

### Internal Corridors

Corridors within general office areas should receive the same finishes as the office areas themselves. Color and material changes compatible with the overall palette may be useful in these areas for orientation.

### Entrances and Vestibules

Entrance lobbies and atria are the focal point of the Federal building. They are the landmark to which all other spaces in the facility relate. They should be an extension of the exterior of the building and the point of transition to interior spaces. These spaces have high levels of visibility and public use and warrant the highest degree of visual detail and finish.

It is desirable to integrate the exterior and interior building design in these areas. Materials shall relate and be of high quality. Choose durable, moisture-resistant materials since these areas are typically exposed to weather. The depth of vestibules should be no less than 2100 mm (7 feet) to minimize air infiltration.

**Floors.** All entrance areas require a means to prevent dirt and moisture from accumulating on the entrance lobby floor. It is desirable to have permanent entry way systems (grilles, grates, etc.) to catch dirt and particulates from entering the building at high volume entry ways. Buildings located in areas with severe weather conditions will require more elaborate entry mat and drainage systems to prevent the tracking of melting snow and rain. Buildings located in more moderate climates may require only a natural or synthetic fiber floor mat. The entrance vestibule may also have a hard surface flooring surrounding the matted area that would be part of the adjoining main entrance area.

**Doors.** Doors at building entrances and vestibules should be glazed to facilitate orientation and safe movement in these high traffic areas.

### Elevator and Escalator Lobbies

These elements are functionally related to the public entrance and lobby areas and, therefore, should be treated with the same level of finish and compatible materials as those spaces. It is appropriate to introduce special floor, wall and ceiling treatments, and distinctive lighting that should be repeated on the upper floors for continuity.

**Floors.** Elevator and escalator lobbies should harmonize with the finishes used in the entrance lobby or atrium. Because of their importance in orientation and movement, floor treatments in these areas should be similar throughout the building.

**Walls.** Use durable, high quality surfaces, and coordinate wall finishes with elevator door and frame finishes.

**Ceilings.** Special treatments are appropriate to visually distinguish elevator lobbies. Provide either high-end accessible ceiling systems or integral access panels to ease access to elements above the ceiling.