# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LUKE FRAZZA, ET AL.** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 06-1410 (CKK) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of defendant's motion for summary judgment and plaintiffs' opposition thereto, the motion is **HEREBY DENIED.**

_____    _____
Date                                      COLLEEN KOLLAR-KOTELLY
                                                United States District Judge