COPY

1

```
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF COLUMBIA
 3
 4  - - - - - - - - - - - x
 5  LUKE FRAZZA              :
 6  and MARY FRAZZA          :
 7       Plaintiffs,         :
 8  vs.                      : Civil Case No: 06-1410 (CKK)
 9  UNITED STATES OF         :
10  AMERICA,                 :
11       Defendant           :
12  - - - - - - - - - - - x
13                           Washington, D.C.
14                           Wednesday, March 14, 2007
15
16
17  Whereupon,
18                    LUKE FRAZZA
19  the Witness, called for examination by Counsel for the
20  Defendant, pursuant to notice and agreement of counsel as to
21  time and place, at 501 3rd Street, Fourth Floor, Washington,
22  D.C., where were present on behalf of the parties:
23
24
25
```

```
 1  photographer who has since moved inside more is Gary Cameron,
 2  C-a-m-e-r-o-n, and he is with Reuters.  He's doing more
 3  editing these days, not covering the White House as much but
 4  we've been around each other for a long time.
 5       Q    Okay.  Anybody else come to mind?
 6       A    Those are, you know, probably my closest friends
 7  and, you know, that I know the best.
 8       Q    Okay.  So you also describe these individuals as
 9  friends in addition to being professional --
10       A    Yes.
11       Q    -- peers?
12       A    Yes.
13       Q    Okay.  Let's go back to talking about the press
14  lunchroom area --
15       A    Okay.
16       Q    -- for a few minutes.  You said you had been in it
17  at least a thousand times, right?
18       A    Probably.
19       Q    Have you ever seen a mat or carpet at the entrance
20  to that foyer that you were talking about?
21       A    You know, I honestly can't remember.
22       Q    Have you ever moved a mat or a carpet placed at that
23  entrance?
24       A    Absolutely not.
25       Q    Have you ever seen anybody else do that?
```