# IGNACIO R. RODRIGUEZ, M.D.

## Neurology Associates

| | |
|---|---|
| 8757 Georgia Avenue | 8415 Bellona Lane |
| Suite 430 | Ruxton Towers - Suite 204 |
| Silver Spring, M.D. 20910 | Towson, Maryland 21204 |
| PH:      301/608-0833 | |
| FAX:    301/608-0835 | (Direct all correspondence to the Silver Spring Office) |

## EDUCATION

| | |
|---|---|
| 07/73 - 07/76 | University of Texas Medical School of Houston, Houston, TX<br>M.D. |
| 09/69 - 06/73 | University of Pennsylvania, Philadelphia, PA<br>B.A., Biology |

## POST-GRADUATE EDUCATION

| | |
|---|---|
| 07/81 - 07/82 | **NEUROLOGY CHIEF RESIDENT**<br>Department of Neurology, University of Kentucky Medical Center<br>Lexington, KY |
| 09/78 - 09/80 | **NEUROLOGY ASSISTANT RESIDENT**<br>Department of Neurology, The Johns Hopkins Hospital<br>Baltimore, MD |
| 06/78 - 08/78 | **ELECTIVE: Electroencephalography Laboratory**<br>The Johns Hopkins Hospital<br>Baltimore, MD |
| 07/77 - 06/78 | **PEDIATRICS ASSISTANT RESIDENT**<br>Children's Medical and Surgical Center<br>The Johns Hopkins Hospital, Baltimore, MD |

IGNACIO R. RODRIGUEZ, M.D.                                           Page 2
Revised: April 2006

## POST-GRADUATE EDUCATION (CONT'D)

| | |
|---|---|
| 07/77 | **CLINICAL ELECTIVE** <br> Samuel Livingston Institute for Epilepsy <br> Baltimore, MD |
| 07/76 - 06/77 | **PEDIATRICS INTERN** <br> Children's Medical and Surgical Center <br> The Johns Hopkins Hospital, Baltimore, MD |
| 04/76 - 06/76 | **SUB-INTERNSHIP: INTERNAL MEDICINE** <br> The William Osler General Medical Clinic <br> The Johns Hopkins Hospital, Baltimore, MD |

## LICENSURE

| | |
|---|---|
| 1990 | Diplomate, Pennsylvania State Board of Medicine |
| 1982 | Diplomate, District of Columbia Commission on Licensure to Practice the Healing Art, Medicine and Surgery |
| 1981 | Diplomate, Kentucky State Board of Medical Licensure |
| 1980 | Diplomate, New York Medical Board |
| 1977 | Diplomate, Maryland Board of Medical Examiners through Federal Licensure Examination (F.L.E.X.) |

IGNACIO R. RODRIGUEZ, M.D.                                Page 3
Revised: April 2006

## SPECIALTY BOARD STATUS

**Board Certified, Neurology**
Maryland State Board of Physician Quality Assurance, 1991

**Board Certified, Quality Assurance and Utilization Review**
American Board of Quality Assurance and Utilization Review Physicians, 1987

## EXPERIENCE

01/93 - Present    **NEUROLOGIST**
                   Neurology Associates, Chevy Chase, MD and Silver Spring, MD

08/91 - 09/99      **ASSOCIATE MEDICAL DIRECTOR**
                   Spectera, Baltimore, MD
                   2811 Lord Baltimore Drive
                   Baltimore, MD 21244-2644
                   PH: 410/265-6033

09/91 - 09/95      **NEUROLOGIST**
                   Rehabilitation and Pain Management Associates, Towson, MD

09/91 - 09/96      **NEUROLOGY CONSULTANT**
                   Delmarva Foundation for Medical Care, Easton, MD

09/90 - 01/93      **NEUROLOGIST**
                   Neurology Services, Inc., Metropolitan Medical Center
                   Washington, D.C.

01/90 - 12/91      **EXECUTIVE VICE PRESIDENT/MEDICAL DIRECTOR**
                   Medical Claims Review, Inc., Bethesda, MD

IGNACIO R. RODRIGUEZ, M.D.                                       Page 4
Revised: April 2006

## EXPERIENCE (CONT'D)

| | |
|---|---|
| 09/88 - 12/89 | **VICE PRESIDENT/MEDICAL DIRECTOR**<br>Medical Claims Review, Inc., Bethesda, MD |
| 04/87 - Present | **NEUROLOGY CONSULTANT**<br>National Medical Advisory Services, Inc., Bethesda, MD |
| 04/87 - 08/88 | **ASSOCIATE MEDICAL DIRECTOR**<br>Medical Claims Review Services, Inc., Bethesda, MD |
| 07/82 - 04/87 | **NEUROLOGIST**<br>Group Health Association, Inc., Washington, D.C. |
| 09/80 - 09/90 | **NEUROLOGY CONSULTANT**<br>Social Security Administration, National Headquarters Office of Medical Evaluation, Washington, D.C. |
| 09/80 - 06/81 | **NEUROLOGIST**<br>Perry Point Veteran's Administration Hospital, Perry Point, MD |
| 09/80 - 06/81 | **NEUROLOGIST**<br>Perry Hall Medical Group, Perry Hall, MD |

## FACULTY APPOINTMENTS

| | |
|---|---|
| 07/82 - 07/96 | **CLINICAL INSTRUCTOR IN NEUROLOGY**<br>George Washington University, Washington, D.C. |

IGNACIO R. RODRIGUEZ, M.D.                                      Page 5
Revised: April 2006

## HOSPITAL STAFF PRIVILEGES

1982 - Present     **George Washington University Medical Center**

1985 - 2006        **Washington Hospital Center**

## PROFESSIONAL AFFILIATIONS

American Medical Association
American College of Utilization Review Physicians
American Academy of Neurology
Johns Hopkins Medical Society
Maryland Medical and Chirurgical Society
Medical Society of the District of Columbia
Montgomery County Medical Society

## HONORARY AND ELECTED POSITIONS

1998 - Present     **QUALITY STANDARDS SUBCOMMITTEE (QSS)
                   AND THE THERAPEUTICS AND TECHNOLOGY
                   ASSESSMENT (TTA) SUBCOMMITTEE (member reviewer)**
                   American Academy of Neurology

1997 - Present     **BOARD OF TRUSTEES**
                   Maryvale Preparatory School, Brooklandwood, MD

1994 - Present     **BOARD OF TRUSTEES**
                   St. Paul's School, Baltimore, MD

IGNACIO R. RODRIGUEZ, M.D.　　　　　　　　　　　　　Page 6
Revised: April 2006

# HONORARY AND ELECTED POSITIONS (CONT'D)

| | |
|---|---|
| 1993 - 1994 | **EDUCATION COMMITTEE**<br>St. Paul's School, Brooklandwood, MD |
| 1991 - 1996 | **PEER REVIEW UTILIZATION COMMITTEE**<br>Medical Society of the District of Columbia, Washington, D.C. |
| 1990 - 1991 | **UNIVERSITY HEARING BOARD**<br>George Washington University, Office of Judicial Affairs<br>Washington, D.C. |
| 1987 - 1991 | **BOARD OF TRUSTEES**<br>Chesapeake Academy, Arnold, MD |
| 1984 - 1987 | **CHAIRMAN, FINANCE COMMITTEE**<br>Chesapeake Academy, Arnold, MD |
| 1984 - 1987 | **TREASURER, CAPITAL ALLIANCE OF PHYSICIANS**<br>Group Health Association, Washington, D.C. |
| 1984 - 1987 | **MEDICAL STAFF REPRESENTATIVE**<br>Board of Trustees, Group Health Association, Washington, D.C. |
| 1984 - 1986 | **LEGISLATIVE COMMITTEE**<br>Medical Society of the District of Columbia, Washington, D.C. |
| 1983 - 1987 | **MEDICAL STAFF REPRESENTATIVE**<br>Finance Committee, Group Health Association, Washington, D.C. |

IGNACIO R. RODRIGUEZ, M.D.  Page 7
Revised: April 2006

## SCIENTIFIC PRESENTATIONS

1. *"Human Epithelial Cell Culture and Chromosome Analysis,"* presented at Interdepartmental Genetics Symposium, University of Texas at Houston
   *December, 1974*

2. *"XO/XXR Mosaicism in a Girl with Short Stature,"* presented at Pediatrics Grand Rounds, University of Texas at Houston
   *September, 1975*

3. *"Acute Management of Status Asthmaticus,"* presented at Trinity Hospital Medical Center, Caracas, Venezuela
   *December, 1977*

4. *"Posterior Urethral Valves and Klebsiella Pneumonia Sepsis in a Newborn,"* presented at Pediatrics Grand Rounds, The Johns Hopkins Hospital
   *February, 1977*

5. *"Idiopathic Cerebral Vasculitis,"* presented at Neurology Grand Rounds, The Johns Hopkins Hospital
   *April, 1979*

6. *"Convulsions in the Newborn,"* presented at the National Conference of Pediatric Neurology and Psychiatry, Barquisimeto, Venezuela
   *July, 1979*

7. *"Intramedullary Tumor in an 11 Year Old Latin-American Boy,"* presented at Clinicopathological Conference, The Johns Hopkins Hospital
   *September, 1979*

8. *"Intracranial Chordoma,"* presented at Clinicopathological Conference, The Johns Hopkins Hospital
   *October, 1979*

IGNACIO R. RODRIGUEZ, M.D.  Page 8
Revised: April 2006

## SCIENTIFIC PRESENTATIONS (CONT'D)

9. *"Receptive Aphasia and Bilateral Temporal Lobe Spikes,"* presented at the American EEG Society Annual Meeting, Boston, MA
   *September, 1980*

10. *"Guillain-Barre Syndrome,"* presented at Neurology Grand Rounds, University of Kentucky Medical Center
    *October, 1981*

11. *"Hyperglycinemia: More Common Than We Think?"* presented at Pediatric Neurology Teaching Conference, University of Kentucky Medical Center
    *October, 1981*

12. *"Subdural Hematoma in Infancy,"* presented at Pediatric Neurology Teaching Conference, University of Kentucky Medical Center
    *November, 1981*

13. *"Indications for CAT Screening,"* presented to the Medical Staff, Group Health Association
    *January, 1983*

14. *"Indications for Electroencephalography,"* presented to the Medical Staff, Group Health Association
    *February, 1984*

15. *"CT Scanning: A Review of Selected Cases,"* presented to the Medical Staff, Group Health Association
    *October, 1984*

16. *"Epilepsy: Basic Concepts and Principles,"* presented to Second-Year Medical School Class, George Washington University Medical School
    *March, 1985*

IGNACIO R. RODRIGUEZ, M.D.  
Revised: April 2006

Page 9

## SCIENTIFIC PRESENTATIONS (CONT'D)

17. *"Brain Tumors in Childhood: A Review of Selected Cases at Group Health Association,"* presented to the Medical Staff, Group Health Association  
    *January, 1996*

18. *"Febrile Seizures: Current Concepts in Clinical Management,"* presented to the Pediatric Department, Group Health Association  
    *July, 1986*

19. *"Non-Surgical Treatment of Degenerative Disc Disease,"* presented to Medical Staff, Group Health Association  
    *November, 1986*

20. *"Evoked Potential Testing: Clinical Indications and Interpretation,"* presented to the Medical Staff, Group Health Association  
    *February, 1987*

21. *"Outpatient Utilization Review and Quality Assurance,"* presented to Georgetown University First Year Medical Student Class  
    *April, 1990*

22. *"Outpatient Treatment of Chronic Back Pain,"* presented to the Medical Staff, United Health Care, Inc.  
    *December, 1991*

23. *"Indications for Neuroimaging Studies (MRI and CT Scanning) in Outpatients,"* presented to the Medical Staff, United Health Care  
    *March 1992*

24. *"Indications for Neurophysiologic Testing in Outpatients (EMG/NCS, EEG, Evoked Potentials),"* presented to the Medical Staff, United Health Care, Inc.  
    *March, 1992*

IGNACIO R. RODRIGUEZ, M.D.  Page 10
Revised: April 2006

## SCIENTIFIC PRESENTATIONS (CONT'D)

25. *"Outpatient Evaluation of Headaches,"* presented to the Medical Staff, United Health Care, Inc.
    *April, 1993*

26. *"Outpatient Physical Therapy and Spinal Manipulation: Indications and Expected Course of Treatment,"* presented to the Medical Staff, United HealthCare, Inc.
    *July, 1993*

27. *"Limitations of Neuroimaging for Evaluation of Herniated Nucleus Pulposus (Slipped Disc),"* presented to the Medical Staff, United Health Care, Inc.
    *February, 1994*

28. *"Inpatient Evaluation of Seizure Disorders, Including Video EEG Monitoring,"* presented to the Medical Staff, United Health Care, Inc.
    *June, 1994*

29. *"Evaluation and Treatment of Carpal Tunnel Syndrome,"* presented to the Medical Staff, United Health Care, Inc.
    *July, 1995*

30. *"MRI Scanning vs. Ct Scanning for Evaluation of Low Back Pain,"* presented to the Medical Staff, United Health Care, Inc.
    *October, 1996*

31. *"Reflex Sympathetic Dystrophy,"* presented to the Medical Staff, United Health Care, Inc.
    *March, 1997*

32. *"Conservative vs. Surgical Treatment of Herniated Nucleus Pulposus in the Back and Neck,"* presented to the Medical Staff, United Health Care, Inc.
    *February, 1998*

IRR-04-06.cv/vlw