**Lynda R. Kopishke, MSN, RN, CLCP**

392 Paper Mill Road
Newark DE 19711
302-528-8484

---

**Employment:**

**10/04 to present** — **Interim Health Care, Branch Director.** Duties: Hiring and supervision of staff for multi-office operation of a national home health and temporary staffing provider. Providing clinical supervision as required for compliance with federal and state home health agency regulations.

**9/03 to 10/04** — **Public Defender's Office State of Delaware.** Forensic nurse grant position analyzing medical records and providing testimony as required for defense firm.

**2003 to present** — **Wilmington College.** Adjunct faculty in MSN program.

**2000 to 2004** — **Widener University, Legal Education Institute.** Adjunct faculty for the Legal Nurse Consulting Certificate Program.

**9/93 to 2003** — **Lynn Associates, Inc., Nurse Consultant.** Duties: medical record review for standards of care, case management of catastrophically injured adult and pediatric clients, and life care planning services. Provide quality assurance consultation for home health agencies. Provide on-site case management for worker's compensation cases and catastrophically injured clients.

**7/87 to 11/93** — **Interim Health Care, Regional Manager.** Duties: Hiring and supervision of staff for multi-office operation of a national home health and temporary staffing provider. Initiated the high tech pediatric and rehabilitation programs for regional area. Direct supervision of staff in area hospitals. Chairperson of Quality Assurance and Utilization Review Committee, and responsible for maintenance of compliance with Medicare/Medicaid Guidelines for home health agencies. Provided direct patient assessment and care as necessary when opening new territories for agency. Taught Certified Geriatric Nurse Aide Program for Cecil County Community College 1987-88.

**12/86 to 7/87** — **Coastal Associates, Inc., Rehabilitation Specialist.** Duties: Case management of worker's' compensation cases, testimony before the industrial accident board, and vocational support services for injured.

| | |
|---|---|
| 7/85 to 12/86 | **Western Medical Services, Nursing Supervisor.** Duties: Direct care of home care clients, supervision of medical staff, initiation of nurse aide training program, industrial nursing assignments, IV therapy and outside sales. Developed and taught nurse aide program for regional offices. |
| 7/81 to 7/85 | **Medical Center of Delaware, Staff/Charge Nurse.** Duties: Direct patient care and Charge Nurse responsibilities for twelve bed intensive care unit from 1981-1982; Staff nurse and charge responsibility for neonatal intensive care unit 1983 to 1985. |
| 12/80 to 7/81 | **St. Francis Hospital, IV Therapy Nurse.** Duties: Direct care of patients requiring intravenous medications, fluids, and blood products. |
| 6/75 to 12/80 | **Union Hospital of Cecil County, Charge Nurse ICU.** Duties: Charge responsibility for ten bed ICU, supervision of staff and participation in patient education programs. |
| 3/74 to 6/75 | **VNA of Delaware, Inc., Community Health Nurse.** Duties: Management of patient population in need of home based services, supervision of team of professionals in care delivery system. |
| 6/73 to 3/74 | **Wilmington Medical Center, Staff/Charge Nurse.** Duties: Direct Care and charge responsibility for twelve bed intensive care unit. |

**Education/CE:**

| | |
|---|---|
| 1970-1973 | **ST. Francis Hospital School of Nursing:** Diploma in Nursing. |
| 1970-1971 | **Neuman College:** Psychology, Sociology, English Comp I, II. |
| 1974 | **Visiting Nurse Association:** Physical Assessment Course. |
| 1998-2001 | **Wilmington College:** BSN degree conferred January 2001. |
| 2001-2002 | **Wilmington College:** MSN degree conferred in May 2002. |
| 1978 | **Union Hospital:** Coronary Care Course |
| 1982; 1988 | **Medical Center of Delaware:** Advanced Cardiac Life Support. |
| 1987 | **American Heart Association:** CPR Instructor. |
| 1987 | **GPS Clinical Services:** IV Therapy Certification |

| | |
|---|---|
| 1988 | **Medical Personnel Pool:** Issues & Programs in High Tech Home Care. |
| 1988 | **Medical Personnel Pool:** Supervision of Field Employees. |
| 1988 | **Medical Personnel Pool:** Quality Assurance Issues. |
| 1988 | **Medical Personnel Pool:** Legal and Ethical Issues in Home Care. |
| 1988 | **Medical Personnel Pool:** High Tech Home Care. |
| 1990 | **Personnel Pool of America:** Defining Performance Expectations and Communicating Work Assignments. |
| 1990 | **Temple University:** Post Traumatic Stress Disorder. |
| 1990 | **Career Track:** How to Make Presentations that Win Approval. |
| 1990 | **National Seminar Group:** How to Win Against Stress. |
| 1990 | **New Medico Head Injury System:** Psychiatric Disorders of Head Injury. |
| 1991 | **Personnel Pool of America:** Account Development Strategies. |
| 1992 | **Excellence Program:** Employee Evaluations & Negotiation. |
| 1992 | **Interim Services:** Total Quality Management. |
| 1992 | **Association of Rehabilitation Nurses:** Professional Liability in Case Management. |
| 1992 | **AI DuPont: Pediatric Rehabilitation:** Management for the Future. |
| 1992 | **Delaware Nurses Association:** Delegation of Nursing Care: A Better Way of Doing it. |
| 1992 | **PNC:** Peripherally Inserted Central Catheter (PICC) Certification. |
| 1992 | **Western Schools:** Nursing & Malpractice Risks. |
| 1993 | **Medical Legal Consulting Institute:** Medical Legal Consulting |
| 1993 | **Western Schools:** AIDS: A Nursing Perspective. |
| 1993 | **Medical Care Management V:** |

        Legal Issues of Informed Consent
        High Risk Pregnancy Management
        Confidentiality: How A Case Manager Can Protect It.
        Contracting for Case Management Services
        Life Care Planning: Overview & Introduction
        Managing Experimental Procedures

**1993**       **Advanced Case Management: Life Care Planning Track I:**
        Clinical interview & History Intake
        Life Care Planning Developing a System
        Wage Loss & Vocational Issues
        Working with the Physician
        Medical & Rehabilitation Aspects for:
            Spinal Cord Injury; Closed Head Injury; Cerebral Palsy
            AIDS; Multiple Trauma; Persistent Vegetative State
            Amputees.

**1994**       **Advanced Case Management: Life Care Planning Track II:**
        Vocational Testing
        Nueropsychological Testing
        Life Care Planning for Vocational Issues

**1994**       **Advanced Case Management: Life Care Planning Track III:**
        Medical Legal Consulting
        Collateral Sources for Funding
        Out Come Data: Documentation & Measurement

**1994**       **American Association of legal Nurse Consultants:**
        Product Liability Review
        Medical Malpractice Review, The Legal Process

**1994**       **Advanced Case Management: Life Care Planning Track IV:**
        Introduction to Forensic Rehabilitation
        Ethics, Mock Trial Demonstration

**1994**       **Advanced Case Management: Life Care Planning Track V:**
        Spinal Cord Injuries
        Traumatic Brain Injury

**1995**       **Advanced Case Management: Life Care Planning Track VI:**
        Pediatric Traumatic Brain Injury

**1995**       **Advanced Case Management: Life Care Planning Track VII:**
        Amputation, MS, Reflex Sympathetic Dystrophy, Autoimmune

| | |
|---|---|
| 1995 | **Advanced Case Management: Life Care Planning Track VIII:** Assistive Technology, Communications |
| 1995 | **Certificate in Catastrophic Case Management & Life Care Planning:** Two year post graduate CE course in Case Management from University of Florida & Rehabilitation Training Institute. |
| 1996 | **Advanced Case Management: Track IX:** Disability Specific Case Management |
| 1996 | **Delaware Nurses Association:** Risk Management for Nurses. |
| 1996 | **Neuroscience Nursing Consultants:** Traumatic Brain Injury for Case Managers. |
| 1996 | **Bryn Mawr Rehab:** Patient Centered Care. |
| 1997 | **duPont Hospital for Children:** Rehabilitation Issues of Children. |
| 1997 | **Delaware Chapter Case Management Society of America:** Case Management: Beyond the Basics. |
| 1997 | **American Association of Legal Nurse Consultants:** Legal Nurse Consulting: Past, Present and Future. |
| 1997 | **Delaware Chapter Case Management Society of America:** Monthly Continuing Education Series: Diabetic Update; AIDS and Women; Asthma Management; Rehabilitation Update. |
| 1998 | **American Association of Legal Nurse Consultants:** The Future is Now. |
| 1998 | **Delaware Health & Social Services:** Implementing OASIS Data Collecting and Reporting for Measuring Outcomes of Home Care. |
| 1998 | **Delaware Hospice:** Hospice Appropriate Non-Cancer Diagnosis |
| 1998 | **Delaware Nurses Association:** Nursing Malpractice: Manage the Risk Not the Crisis. |
| 1998 | **Apria Health Care:** Bone Marrow Transplantation. |
| 1998 | **Magee Rehabilitation:** Urodynamic Studies in the Treatment of Incontinence. |

| | |
|---|---|
| 1999 | **American Association of Legal Nurse Consultants:** A Decade of Learning Stepping Up to the Challenge. |
| 1999 | **Case Management Association of America, Delaware Chapter:** Navigating the Waters Avoiding the Risk: A Legal Analysis of the Standards of Practice for Case Management. |
| 1999 | **CMSA-DE Monthly Meetings:** Mild Traumatic Brain Injury; Recent Advances in Cancer Care: Monoclonal Antibodies; |
| 2000 | **CMSA-DE Monthly Meetings:** Transporting Critically Ill Patients by Air Ambulance; Pressure Wound Assessment; Bone Stimulator |
| 2003 | **Adult Sexual Assault Training:** 40 hour program at University of Pennsylvania. Classroom and didactic experience in determining injury identification for adult sexual assault victims. |
| 2004 | **Forensic Nurse Examiner Program:** 40 hour program at Virginia Commonwealth University, including both classroom and didactic experience in evidence collection and death investigation. |
| 2004 | **Pediatric Sexual Assault Program:** 40 hour program at Hermann Memorial Hospital, Houston Texas, including classroom experience in identifying pediatric sexual assault issues. |

| | |
|---|---|
| **Licensure** | **Delaware, Maryland, Virginia** |

**Certifications:**

| | |
|---|---|
| 1989 | **American Nurses Association:** General Nursing Practice ( RN.,C) |
| 1991 & 1996 | **American Nurses Association:** Certified Rehabilitation Nurse ( CRRN) |
| 1993 & 1998 | **CIRCS:** Certified Case Manager (CCM) |
| 1996 & 1999 | **Commission on Disability Examiner Certification:** Certified Life Care Planner (CLCP) |
| 1997 | **American Nurses Association:** Certified Pediatric Nurse (RN.,C) |

**Honors:**

| | |
|---|---|
| 1988-89 | **Who's Who in American Nursing** |

| | |
|---|---|
| **1989-90** | **Who's Who of Women Executives** |
| **1993-94** | **Who's Who in American Nursing** |
| **2001** | **President's Aware for Leadership from Wilmington College.** |
| **Associations:** | American Association of Legal Nurse Consultants National and Delaware Chapters<br>American Nurses Association<br>Delaware Nurses Association<br>Case Management Society of America<br>Case Management Society of Delaware |

**Committees:**

| | |
|---|---|
| **1993** | **Delaware Association of Home Care:** Annual Meeting Chairperson. |
| **1994** | **Aetna/ICMS Expert Peer Review Panel.** |
| **1994-1995** | **New Castle County Chamber:** Women & Minority Business. |
| **1994-1995** | **American Association of Legal Nurse Consultants:** Chapter Liaison Committee. |
| **1994-2004** | **Delaware Chapter of American Association of Legal Nurse Consultants:** Founding Member & Secretary 1994: President-Elect 1995, Tri-State Educational Committee Chairperson 1995; Chapter President 1999. |
| **1996-2004** | **Case Management Society of America-Delaware Chapter:** Communication Committee; Annual Seminar Committee Chair 1997; Annual Seminar Committee 1998, 1999; President-Elect 1998; President 1999-2000; 2003-2004. |
| **1998-2000** | **American Association of Legal Nurse Consultants:** Annual Education Conference Committee Chairperson |
| **2001-present** | **American Association of Legal Nurse Consultants:** Editorial Board, Journal of Legal Nurse Consulting. Editor (2002-2004) |
| **2001-present** | **American Association of Legal Nurse Consulting:** Member at Large for National Board. |

**Presentations:**

| | |
|---|---|
| 1994 | "**Catastrophic Case Management & Life Care Planning**" for Blue Cross & Blue Shield of Delaware. |
| 1994 | "**Intro to Medical Legal Consulting**"  Presented to Nurse Case Managers Lynn Associates, Inc. |
| 1994 | " **Life Care Planning Strategies for the Legal Nurse Consultant**" for Delaware Chapter American Association of Legal Nurse Consultants. |
| 1995 | "**Chapter Leadership Forum**"  American Association of Legal Nurse Consultants Annual Meeting, Orlando Florida. |
| 1995 | " **Elder Life Care Case Management Issues for Trust Officers**" Presented to all Trust Departments in Wilmington Delaware. |
| 1995 | " **Quality Assurance Seminar**" Presented to Northern Chesapeake Hospice Clinical Staff. |
| 1995 | " **Documentation Issues For RN's**" Presented to Northern Chesapeake Hospice Clinical Staff. |
| 1995 | "**Effective Communications**"  Presented to Northern Chesapeake Hospice Clinical Staff. |
| 1995 | " **Health Care: Past, present & Future**" Presented to Greater Bear Rotary Club. |
| 1996 | " **Documentation Issues for Hospice Nurses**"  Presented to Compassionate Care Hospice of Delaware. |
| 1996 | "**Catastrophic Case Management**" Presented to BNI. |
| 1997 | "**Case Management for Catastrophic Injuries**" Presented to Case Management Society of Delaware. |
| 1997 | "**Life Care Planning: An Overview**" Presented to American Association of Legal Nurse Consultants-Delaware Chapter. |
| 1997 | "**Determining Damages in a Personal Injury Case**" Presented to National Audience during AALNC Annual Education Conference. |
| 1997 | "**Case Management Overview**" Presented for Delaware Nurses Association to Delaware National Guard Nurses. |

| | |
|---|---|
| **1997** | **"Determining Damages through the use of a Life Care Plan"** Presented to Philadelphia Chapter The Association of Nurse Attorneys. |
| **1997** | **"Legal Aspects of Documentation: Protect Yourself and your Patient"** Presented for the Inservice Training Institute. |
| **1997** | **"Basic Documentation Skills"** Presented to State of Delaware Department of Health and Social Services. |
| **1997-1998** | **"Case Management an Overview"** Presented to Delaware National Guard Medical Unit for the Delaware Nurses Association. |
| **1998** | **"Legal Aspects of Documentation for Case Managers"** Presented to Case Management Department of Temple University Hospital. |
| **1998** | **"Documentation and Other Legal Risk Management Strategies"** Presented for Inservice Training Institute. |
| **1999** | **"Legal Issues for Nurses in the New Millenium"** Presented to nurses at Delaware Technical & Community College in conjunction with the Delaware Nurses Association. |
| **1999** | **"Pediatric Acquired Brain Injury"** Presented for University of Florida/Intelicus Life Care Planning Certificate Program. |
| **2000** | **"Pediatric Case Management Issues"** Presented for Mosby's Pediatric Conference. |
| **2000** | **"Life Care Planning"** Presented for Delaware Chapter AALNC. |
| **2000** | **"Mock Deposition"** Presented for St. Joseph's Hospital, Philadelphia, PA. |
| **2000** | **"Anatomy of a Medical Malpractice Case"** Presented for Delaware Chapter AALNC Annual Education Conference. |
| **2002** | **"Risk Management Strategies"** Presented for Delaware Chapter AALNC Annual Education Conference |
| **2002** | **"Mock Trial"** Presented for Delaware Chapter AALNC Annual Education Conference |

| | |
|---|---|
| **Publications:** | **"Documentation: A Critical Element in Home Care"** Published in DNA Reporter. |
| | <u>Case Management Practice Guidelines,</u> Mosby, 1995, Contributing Author. |
| | **Item Writer** for American Association of Legal Nurse Consultants National Certification Test 1997. |
| | **"Unlicensed Assistive Personnel: A Dilemma for Nurses"** Published in the Journal of Legal Nurse Consulting, January 2002. |
| | **"Damages: An Expert Role for the Life Care Planner"** Published in the Journal of Legal Nurse Consulting, July 2002. |
| | **"The LNC and the Project Innocence"** Published in the Journal of Legal Nurse Consulting, Winter 2004. (Co-author Lisa Schwind, RN, Esquire). |