UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LUKE FRAZZA and MARY FRAZZA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No: 06-1410 (CKK) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

**O R D E R**

UPON CONSIDERATION of the Defendant's unopposed motion for independent medical examinations and the entire record of this case, the Court finds that good cause exists for allowing defendant's experts to perform physical examinations of plaintiff Luke Frazza, including taking a medical routine history and present complaints. Accordingly, it is hereby

ORDERED that defendant's motion should be and is hereby GRANTED, and it is

FURTHER ORDERED that Plaintiff Luke Frazza has placed his physical condition at issue in this litigation and shall submit to a complete physical and an x-ray of his back and/or knee as deemed appropriate by Defendant's designated experts Dr. Ignacio Rodriguez and Linda Kopishke, MSN, RN, CLCP. No counsel shall be present at the examinations, which shall not exceed five hours in total; and it is

FURTHER ORDERED that, if the examinations are not already scheduled, Plaintiff Luke Frazza should expeditiously contact the offices of the above listed experts, and arrange an examination to be conducted at a available mutually convenient date and time not later than October 31, 2007. The examination by Dr. Rodriguez will be conducted at his office located on

Georgia Avenue in Silver Spring, Maryland, and the examination by Linda Kopishke will be conducted at Mr. Frazza's home.

_____                          _____
Date                                                                                  COLLEEN KOLLAR-KOTELLY
                                                                                      United States District Judge


Copies Through ECF to Counsel of Record