UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LUKE FRAZZA and MARY FRAZZA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No: 06-1410 (CKK) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

### JOINT MOTION FOR EXTENSION OF DAMAGES DISCOVERY

The parties have completed fact discovery in this case brought under the Federal Tort Claims Act ("FTCA") involving injuries allegedly caused by plaintiff Luke Frazza's slip and fall at the White House on January 23, 2005. Defendant filed a motion for summary judgment on May 18, 2007, and that motion is ripe for resolution by the Court. See Docket Entry Nos. 13-15. No further proceedings have been scheduled. Notwithstanding the pending dispositive motion on liability, the parties have been conducting discovery on the damages phase of this case. The current deadline for completing damages discovery is October 31, 2007. Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, jointly and respectfully move to extend that period by approximately 90 days. Specifically, the parties request that the Court extend damages discovery through January 31, 2008. The grounds for this motion are set forth below and a proposed order is attached.

The current scheduling order did not provide deadlines for the exchange of expert reports. In mid-September, 2007, plaintiffs tendered expert opinions for four expert witnesses. Plaintiffs

submitted these reports at that time because a finding by a rehabilitative specialist that Mr. Frazza had reached maximum medical improvement, and could no longer work as a photographer. Those experts are an orthopaedic surgeon, vocational or rehabilitation specialist, a life-care planner, and an economist. Defendant had retained four experts in these same fields earlier in this case to prepare rebuttal reports. Plaintiffs have provided available medical information for Mr. Frazza relating to his injuries and his medical history. Because a complete picture of plaintiffs' damages case consists of all available information and plaintiffs' four expert reports, defendant's experts are not yet as far along in the preparation of their reports as counsel expected. In addition, defense counsel is still consulting with defendant's experts in order to prepare meaningfully to take the depositions of plaintiffs' experts.

Counsel for the parties have also been resolving certain matters relating to the contents of plaintiffs' expert reports themselves, as well as information considered by plaintiffs' experts. To date, counsel have been able to resolve all or nearly all outstanding issues without involving the Court, but that process and plaintiffs' efforts to follow-up have consumed time beyond which counsel initially anticipated. Two of defendant's experts are currently preparing to conduct independent medical examinations of the plaintiff, pending the Court granting the unopposed motion under Fed. R. Civ. P. 35 being filed herewith.

Plaintiffs' medical experts, whose opinions are considered by the life-care planner and economist, are sensitive to the potentially evolving nature of Mr. Frazza's injuries and the need to present the most accurate information on which to base projections of his future medical condition. Because Mr. Frazza had only just barely reached the period of expected maximum medical improvement following his most recent surgery when the damages discovery period in

this case commenced, plaintiffs' medical experts reasonably approached their evaluation conservatively. Because plaintiffs' experts were afforded several months to provide their reports, defendant's experts should be afforded a reasonable and proportionate amount of time to provide their responsive reports. See Fed. R. Civ. P. 1. The defense experts who are planning to examine Mr. Frazza personally have scheduled appointments with him for October 23 and 30, 2007. Accordingly, it will not be possible for the defense experts to have their reports all completed prior to the current deadline for the close of damages discovery, which is October 31, 2007. The experts, some of whom have to await the reports of others in order to complete their own, anticipate being able to complete their reports by December 7, 2007.

Based on the current schedules of the experts and counsel for the parties, defendant anticipates providing its expert reports to plaintiff no later than December 7, 2007. The parties will then need a reasonable amount of time in which to take up to eight expert depositions. Plaintiffs' counsel is currently scheduled to be in a three-week trial beginning on December 4, 2007, but is cautiously optimistic that the case will be resolved through a settlement or that the trial will be postponed. To facilitate completing the expert depositions needed, counsel for the parties have reserved several dates on which they will make every reasonable effort to schedule depositions in this case: December 17, 19, 2007 and January 3, 10, 16-17. In that way, counsel should have completed all expert discovery by the end of January, 2008.

Good cause exists for granting this motion. The parties continue to make progress consistent with reasonable diligence in light of the complexities and unique circumstances of this case and the other professional commitments that must be attended to in other cases. The extension of damages discovery should not unduly delay the Court's ability to resolve this matter.

WHEREFORE, the parties jointly request that the Court extend the period for completing expert discovery through January 31, 2008. A proposed order is attached.

Dated: October 17, 2007.

Respectfully submitted,

| | |
|---|---|
| /s/ | |
| Patrick A. Malone, Esq. (D.C. Bar # 397142) | Jeffrey A. Taylor (D.C. Bar # 498610) |
| Ari S. Casper, Esq. (D.C. Bar # 471013) | United States Attorney |
| STEIN, MITCHELL, & MEZINES | |
| 1100 Connecticut Avenue, N.W. - Suite 1100 | |
| Washington, D.C. 20036 | |
| Tel. 202-737-7777 | /s/ |
| Fax 202-296-8312 | Rudolph Contreras (D.C. Bar # 434122) |
| | Assistant United States Attorney |
| Attorney for Plaintiffs | |
| | /s/ |
| | Jane M. Lyons (D.C. Bar # 451737) |
| | Assistant United States Attorney |
| | 555 Fourth Street, N.W. - Room E4822 |
| | Washington, D.C. 20530 |
| | Tel. 202-514-7161 |
| | Fax 202-514-8780 |
| | Jane.Lyons@usdoj.gov |
| | |
| | Attorneys for Defendant |