UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LUKE FRAZZA and MARY FRAZZA, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No: 06-1410 (CKK) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER is before the Court on the parties' joint request to extend the discovery period until January 31, 2008. Based on the motion and the entire record in this case, the Court finds that good cause exists for the extension. For these reasons, it is hereby

**ORDERED** that the joint motion for extension of discovery is is **GRANTED**, and it is further

**ORDERED** that the parties complete all discovery in this case by January 31, 2008.

_____                    _____
Date                                                         COLLEEN KOLLAR-KOTELLY
                                                                United States District Judge

Copies to Counsel of Record Through ECF