UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUKE FRAZZA and MARY FRAZZA,

   Plaintiffs,

     v.

UNITED STATES OF AMERICA,

   Defendant.

Civil Action No. 06–1410 (CKK)

**ORDER**
(January 7, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 7th day of January, 2008, hereby

**ORDERED** that [13] Defendant's Motion for Summary Judgment is GRANTED in its entirety; it is also

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED**.

*This is a final, appealable order.*

                                                        */s/*
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge