AO 133 (Rev. For DC 7/99) Bill of Costs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BILL OF COSTS

Luke Frazza, et al.

V.                                            Case Number: 06cv1410 (CKK)

United States of America

Judgment having been entered in the above entitled action on   January 7, 2008   against   Luke Frazza and Mary Frazza
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................................................... | |
| Fees for service of summons and subpoena........................................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $2081.33 |
| Fees and disbursements for printing........................................................................ | |
| Fees for witnesses (itemize on reverse side) ........................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ......... | |
| Docket fees under 28 U.S.C. 1923 .......................................................................... | |
| Costs as shown on Mandate of Court of Appeals ................................................... | |
| Compensation of court-appointed experts .............................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828....... | |
| Other costs (please itemize) .................................................................................... | |
| TOTAL | $2081.33 |

SPECIAL NOTE: Attached to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to   Ari Casper, Esq. STEIN, MITCHELL & MEZINES 1100 Connecticut Avenue, NW, Suite 1100 Washington, DC 20036

Signature of Attorney:   _[signature]_
Name of Attorney   Jane M. Lyons

For:   United States of America                                    Date:   January 28, 2008
                 Name of Claiming Party

Costs and taxed in the amount of _____                       and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk          By:  _____      _____
                                                Deputy Clerk                        Date

**WITNESS FEES (computation, cf. 28 U.S.C.1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| N/A | | | | | | | |
| | | | | | | TOTAL | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September I, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part** as follows:
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54(d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(c)
"Whenever a party has the right or is required to do sonic act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUKE FRAZZA and MARY FRAZZA, )
)
Plaintiffs, )
)
v. ) Civil Action No: 06-1410 (CKK)
)
UNITED STATES OF AMERICA, )
)
Defendant. )

Judgment was entered in the above-entitled action on January 7, 2008. The clerk is requested to tax the following as costs against Plaintiffs Luke Frazza and Mary Frazza, pursuant to Federal Rule of Civil Procedure 54(d)(2) and LCvR 54.1:

**Itemization of Bill of Costs**

1. DEPOSITION TRANSCRIPTS..................................................................$2081.33
    (LCvR 54.1(d)(6))

    L.A.D. Court Reporting:

    | | | |
    |---|---|---|
    | 1/30/07 | Dorrie Taylor | $247.50 |
    | 1/30/07 | Dorothy M. Rose | $112.50 |
    | | Shipping and Handling | $ 15.00 |
    | | Total: | $375.00 |

    Free State Court Reporters:

    | | | |
    |---|---|---|
    | 3/14/07 | Luke Frazza | $729.00 |

    Kresse & Associates, Inc.:

    | | | |
    |---|---|---|
    | 3/22/07 | Randall Atlas, PhD. | $977.33 |

Total..................................................................................................................$2081.33

                Respectfully submitted,

                */s/ Jeffrey A. Taylor (Clerk)*
                JEFFREY A. TAYLOR, D.C. BAR #498-610
                United States Attorney

                */s/*
                RUDOLPH CONTRERAS, D.C. Bar # 434122
                Assistant United States Attorney

                */s/ Jane M. Lyons*
                JANE M. LYONS, D.C. BAR # 451737
                Assistant United States Attorney
                555 4th Street, N.W. - Room E4822
                Washington, D.C. 20530
                (202) 514-7161
                (202) 514-8780 (facsimile)

Date: January 28, 2008

Costs taxed and allowed in amount $_____ on _____, 2008

_____
                Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUKE FRAZZA and MARY FRAZZA, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## DECLARATION

I declare under penalty of perjury, this 28th day of January 2008, that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

_____
Jane M. Lyons
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that an unredacted copy of the foregoing Bill of Costs has been sent by U.S. Mail, postage prepaid, this 28th day of January, 2008, to:

Ari Scott Casper, Esq.
STEIN, MITCHELL & MEZINES, LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036

_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161
(202) 514-8780 (facsimile)