

# CAROL J. THOMAS STENOTYPE
## REPORTING SERVICES, INC.
### 3162 MUSKET COURT
### FAIRFAX, VIRGINIA 22030

*COURT REPORTING*
*AND*
*VIDEO SERVICES*: Washington, D.C.
       Maryland
       Virginia
       ENTIRE U.S.A.
*E-Mail us at carolthomasreporting@cox.net*

*24-hour Message Centers*:

  *MARYLAND: 301-738-7189*
    *VIRGINIA: 703-273-9221*
*WASHINGTON, D.C.: 202-338-9221*
   *Toll Free: 1-800-322-9221*
    *FAX: (703) 273-9217*

*(FED. I.D. NUMBER: 54-1219069)*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PHONE NUMBER: 202-514-7161**     **INVOICE NUMBER**: 52434

             <u>DATED</u>: April 9, 2007

<u>TO</u>: JANE M. LYONS, ESQUIRE
   U.S. ASSISTANT ATTORNEY'S OFFICE,
    CIVIL DIVISION
   555 4TH STREET, NORTHWEST, ROOM E4822
   WASHINGTON, D.C. 20530

<u>RE</u>: LUKE FRAZZA and MARY FRAZZA vs. UNITED STATES OF AMERICA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   Morning (10:00 o'clock, a.m.) appearance of the court
reporter to take the expert witness deposition transcript of
RANDALL ATLAS, Ph.D., taken at the office of the witness,
Miami, Florida, on the date of THURSDAY, MARCH 22, 2007,
in the above-captioned matter . . . . . . . . . . . . . . .$150.00

   121 pages @ $6.50 . . . . . . . . . . . . . . . . .$786.50
E-Mail of the E-Tran file to you at
    jane.lyons@usdoj.gov. . . . . . . . . . . . .$ n/c
shipping & handling of your transcript . . . . . . .$ 15.00
shipping & handling of original exhibits back
    to witness, as per his request. . . . . . . .$ 15.00
xeroxing of exhibits @ $.45. . . . . . . . . . . .$ 10.80

TOTAL DUE . . . .$977.30

**WE ACCEPT VISA AND MASTERCARD**

Rec'd & ok to pay
Jane M. Lyons
6/5/07

<u>THANK YOU FOR YOUR PATRONAGE</u>.

<u>**PLEASE MAKE CHECK PAYABLE TO "CAROL J. THOMAS REPORTING" AND**</u>
<u>**INCLUDE INVOICE NUMBER ON YOUR CHECK**</u>.

LegaLink, Inc. - A Merrill Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 196532 | 02/13/2007 | 01-95874 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/30/2007 | RYANDA | 06-1410 (CKK/ |

**CASE CAPTION**

Frazza, et al -v- The United States of America

**TERMS**

Immediate, sold Merrill FOB facility

Jane M. Lyons, Esquire
United States Department of Justice - Civil Division
555 4th Street  N.W.
Judiciary Center Building
Washington, DC 20530

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Dorie Taylor | 110 Pages | 247.50 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Dorothy M. Rose | 50 Pages | 112.50 |
| Shipping & Handling | | 15.00 |

TOTAL  DUE  >>>>     **375.00**

AFTER 03/15/2007 PAY     412.50

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

TAX ID NO.:  20-2665382                         (202) 514-7238   Fax (202) 514-8780

*Please detach bottom portion and return with payment.*

Jane M. Lyons, Esquire
United States Department of Justice - Civil Division
555 4th Street  N.W.
Judiciary Center Building
Washington, DC 20530

Invoice No.:  196532
Date        :  02/13/2007
**TOTAL DUE  :    375.00**
AFTER 3/15/2007 PAY : 412.50

Job No.    :  01-95874
Case No.   :  06-1410 (CKK/JMF)
Frazza, et al -v- The United States

Remit To:   LegaLink, Inc.
            P.O. Box 630484
            Baltimore, MD 21263

COPY

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF COLUMBIA

 3

 4   - - - - - - - - - - - x

 5   LUKE FRAZZA                 :

 6   and MARY FRAZZA             :

 7           Plaintiffs,         :

 8   vs.                         : Civil Case No: 06-1410 (CKK)

 9   UNITED STATES OF            :

10   AMERICA,                    :

11           Defendant           :

12   - - - - - - - - - - - x

13                         Washington, D.C.

14                         Wednesday, March 14, 2007

15

16

17   Whereupon,

18                   LUKE FRAZZA

19   the Witness, called for examination by Counsel for the

20   Defendant, pursuant to notice and agreement of counsel as to

21   time and place, at 501 3rd Street, Fourth Floor, Washington,

22   D.C., where were present on behalf of the parties:

23

24

25
```

# FREE STATE REPORTING, INC.
1378 Cape St. Claire Road
Annapolis, Maryland, 21409
(410) 974-0947    (301) 261-1902

## PACKING LIST

_____ Superior Court                    _____ District Court

Jury # _____                         USAO-Jury # _____
                                              Antitrust-Jury # _____
                                              Public Integrity-Jury # _____

Type of Delivery:    Regular    (Intermediate)    Daily    Special

Ordered By: _Jane Lyons_____    Division: _____
AUSA _____    Section: _DCCIV_____
Heard On: _3-14-07_____    Case #: _06-1410(CKK)_____

In Re: _Luke & Mary Frazza v. USA_____

| Witness Name | Pages | DCN |
|---|---|---|
| Deposition of Luke Frazz | 91 | G1652006-2339 |
| Condensed Transcript | 91 | G1652006-2339 |
| Index | 10 | G1652006-2339 |
| Disk | 1 | G1652006-2339 |

Received By: _C Balew_____
Date: _3-21-07_____

**BILLING**

***FREE STATE REPORTING, INC.***
*1378 Cape St. Claire Road*
*Annapolis, MD 21409*
*Balt. Annap. Area (410) 974-0947*
*Metro. Wash. Area (301) 261-1902*

Receipt of Goods and Services

Date  5/5/07

# *I N V O I C E*

U.S. Department of Justice
FDSS
600 E Street, Room 4045
Washington, D.C. 20530

Date: APRIL 30, 2007
Invoice No.: 0076-G
Contract No.: 01-C-0277
Contractor's Tax I.D.: 52-1238946

## *Deposition Pages*

| Date | DCN# | Delivery Type | Witness / Attorney | Pages | Amount |
|------|------|---------------|--------------------|-------|--------|
| 02/09/07 | G1652006-2062 | REGULAR | M. BAKER / S. RANIERI | 44 | $198.00 |
| 02/16/07 | G1652006-1772 | REGULAR | S. LOGAN / K. MELNIK | 163 | $733.50 |
| 02/20/07 | G1652006-1912 | REGULAR | D. SCHROER / B. RUSSELL | 138 | $621.00 |
| 02/22/07 | G1652006-1986 | REGULAR | W. BOCKTING / B. RUSSELL | 61 | $274.50 |
| 02/23/07 | G1652006-2063 | REGULAR | D. CRANDELL / S. RANIERI | 18 | $81.00 |
| 02/23/07 | G1652006-2064 | REGULAR | D. BURTON / S. RANIERI | 15 | $67.50 |
| 02/23/07 | G1652006-2065 | REGULAR | D. BURTON / S. RANIERI | 16 | $72.00 |
| 02/27/07 | G1652006-2106 | REGULAR | C. SMITH / D. SULLIVAN | 126 | $567.00 |
| 03/01/07 | G1652006-2221 | REGULAR | E. FERGUSON / Q. LUONG | 207 | $931.50 |
| 03/05/07 | G1652006-2028 | REGULAR | F. WADE / M. JOHNSON | 115 | $517.50 |
| 03/06/07 | G1652006-1478 | REGULAR | K. KELLY / P. SMITH | 158 | $711.00 |
| 03/06/07 | G1652006-1760 | INTERMEDIATE | J. MALLOY / J. LYONS | 156 | $858.00 |
| 03/06/07 | G1652006-2213 | REGULAR | B. LEE / M. BRASWELL | 122 | $549.00 |
| 13/07/07 | G1652006-1579 | REGULAR | K. WIENEKE / S. RANIERI | 57 | $256.50 |
| 3/07/07 | G1652006-2262 | INTERMEDIATE | J. MALLOY / J. LYONS | 82 | $451.00 |
| /14/07 | G1652006-2339 | INTERMEDIATE | L. FRAZZA / J. LYONS | 90 | $495.00 |
| 15/07 | G1652006-2222 | REGULAR | J. NOWAK / R. FIELDS | 115 | $517.50 |
| 22/07 | G1652006-2522 | REGULAR | B. AMMERMAN / S. RANIERI | 49 | $220.50 |
| 3/07 | G1652006-2409 | REGULAR | M. LEVIN / F. HAYES | 34 | $153.00 |
| 6/07 | G1652006-1841 | REGULAR | D. HUNTER / J. LYONS | 138 | $621.00 |
| /07 | G1652006-2579 | REGULAR | M.ZEGARRA / J. MALIS | 46 | $207.00 |

Total for Deposition Pages  $9,103.00

## *Deposition Miscellaneous*

| | Grand Jury# | DCN# | Delivery Type | Witness / Attorney | Pages | Hours | Item | Amount |
|---|-------------|------|---------------|--------------------|-------|-------|------|--------|
| 2/09/07 | | G1652006-2062 | REGULAR | M. BAKER / S. RANIERI | 1 | | APPEAR | $180.00 |
| 2/09/07 | | G1652006-2062 | REGULAR | M. BAKER / S. RANIERI | 1 | | DISK9 | $9.00 |

| Date | Invoice | Type | Attorneys | Qty | Item | Amount |
|---|---|---|---|---|---|---|
| 06/07 | G1652006-1478 | REGULAR | K. KELLY / P. SMITH | 1 | APPEAR | $180.00 |
| 03/06/07 | G1652006-1760 | INTERMEDIATE | J. MALLOY / J. LYONS | 15 | Index | $6.75 |
| 03/06/07 | G1652006-1760 | INTERMEDIATE | J. MALLOY / J. LYONS | 156 | Compressed | $70.20 |
| 03/06/07 | G1652006-1760 | INTERMEDIATE | J. MALLOY / J. LYONS | 1 | DISK9 | $9.00 |
| 03/06/07 | G1652006-1760 | INTERMEDIATE | J. MALLOY / J. LYONS | 1 | APPEAR | $180.00 |
| 03/06/07 | G1652006-2213 | REGULAR | B. LEE / M. BRASWELL | 1 | DISK9 | $9.00 |
| 03/06/07 | G1652006-2213 | REGULAR | B. LEE / MARINA BRASWELL | 11 | Index | $4.95 |
| 03/06/07 | G1652006-2213 | REGULAR | B. LEE / M. BRASWELL | 122 | Compressed | $54.90 |
| 03/06/07 | G1652006-2213 | REGULAR | B.LEE / M. BRASWELL | 1 | APPEAR | $180.00 |
| 03/07/07 | G1652006-1579 | REGULAR | K. WIENEKE / S. RANIERI | 9 | Index | $4.05 |
| 03/07/07 | G1652006-1579 | REGULAR | K. WIENEKE / S. RANIERI | 1 | DISK9 | $9.00 |
| 03/07/07 | G1652006-1579 | REGULAR | K. WIENEKE / S. RANIERI | 1 | APPEAR | $180.00 |
| 03/07/07 | G1652006-1579 | REGULAR | K. WIENEKE / S. RANIERI | 57 | Compressed | $25.65 |
| 03/07/07 | G1652006-2262 | INTERMEDIATE | J. MALLOY / J. LYONS | 1 | DISK9 | $9.00 |
| 03/07/07 | G1652006-2262 | INTERMEDIATE | J. MALLOY / J. LYONS | 82 | Compressed | $36.90 |
| 03/07/07 | G1652006-2262 | INTERMEDIATE | J. MALLOY / J. LYONS | 1 | APPEAR | $180.00 |
| 03/07/07 | G1652006-2262 | INTERMEDIATE | J. MALLOY / J. LYONS | 9 | Index | $4.05 |
| 03/14/07 | G1652006-2339 | INTERMEDIATE | L. FRAZZA / J. LYONS | 1 | APPEAR | $180.00 |
| 03/14/07 | G1652006-2339 | INTERMEDIATE | L. FRAZZA / J. LYONS | 90 | Compressed | $40.50 |
| 03/14/07 | G1652006-2339 | INTERMEDIATE | L. FRAZZA / J. LYONS | 1 | DISK9 | $9.00 |
| 03/14/07 | G1652006-2339 | INTERMEDIATE | L. FRAZZA / J. LYONS | 10 | Index | $4.50 |
| 03/15/07 | G1652006-2222 | REGULAR | J. NOWAK / R. FIELDS | 1 | APPEAR | $180.00 |
| 03/15/07 | G1652006-2222 | REGULAR | J. NOWAK / R. FIELDS | 1 | DISK9 | $9.00 |
| 03/15/07 | G1652006-2222 | REGULAR | J. NOWAK / R. FIELDS | 115 | Compressed | $51.75 |
| 03/15/07 | G1652006-2222 | REGULAR | J. NOWAK / R. FIELDS | 15 | Index | $6.75 |
| 03/16/07 | G1652006-1841 | REGULAR | D. HUNTER / J. LYONS | 1 | DISK9 | $9.00 |
| 03/22/07 | G1652006-2522 | REGULAR | B. AMMERMAN / S. RANIERI | 1 | APPEAR | $180.00 |
| 03/22/07 | G1652006-2522 | REGULAR | B. AMMERMAN / S. RANIERI | 49 | Compressed | $22.05 |
| 03/22/07 | G1652006-2522 | REGULAR | B. AMMERMAN / S. RANIERI | 7 | Index | $3.15 |
| 03/22/07 | G1652006-2522 | REGULAR | B. AMMERMAN / S. RANIERI | 1 | DVD | $135.00 |
| 03/22/07 | G1652006-2522 | REGULAR | B. AMMERMAN / S. RANIERI | 1 | DISK9 | $9.00 |
| 03/23/07 | G1652006-2409 | REGULAR | M LEVIN / F. HAYES | 1 | DISK9 | $9.00 |
| 03/23/07 | G1652006-2409 | REGULAR | M. LEVIN / F. HAYES | 34 | Compressed | $15.30 |
| 03/23/07 | G1652006-2409 | REGULAR | M. LEVIN / F.HAYES | 1 | APPEAR | $180.00 |
| 03/23/07 | G1652006-2409 | REGULAR | M. LEVIN / F. HAYES | 5 | Index | $2.25 |
| 03/26/07 | G1652006-1841 | REGULAR | D. HUNTER / J. LYONS | 138 | Compressed | $62.10 |
| 03/26/07 | G1652006-1841 | REGULAR | D. HUNTER / J. LYONS | 1 | APPEAR | $180.00 |
| 03/26/07 | G1652006-1841 | REGULAR | D. HUNTER / J. LYONS | 13 | Index | $5.85 |
| 03/26/07 | G1652006-1841 | REGULAR | D. HUNTER / J. LYONS | 1 | DISK9 | $9.00 |
| 03/28/07 | G1652006-2498 | REGULAR | T. VINCENT / D. SULLIVAN | 135 | Copy | $60.75 |
| 03/28/07 | G1652006-2498 | REGULAR | T. VINCENT / D. SULLIVAN | 1 | APPEAR | $180.00 |