AO 133 (Rev. For DC 7/99) Bill of Costs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BILL OF COSTS

Luke Frazza, et al.

V.                                              Case Number: 06cv1410 (CKK)

United States of America

Judgment having been entered in the above entitled action on   January 7, 2008   against   Luke Frazza and Mary Frazza
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ............................................................................................................. | |
| Fees for service of summons and subpoena............................................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $2081.33 |
| Fees and disbursements for printing........................................................................... | |
| Fees for witnesses (itemize on reverse side) .............................................................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ......... | |
| Docket fees under 28 U.S.C. 1923 ............................................................................. | |
| Costs as shown on Mandate of Court of Appeals ...................................................... | |
| Compensation of court-appointed experts ................................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828....... | |
| Other costs (please itemize) ....................................................................................... | |
| TOTAL | $2081.33 |

SPECIAL NOTE: Attached to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid
to   Ari Casper, Esq. STEIN, MITCHELL & MEZINES 1100 Connecticut Avenue, NW, Suite 1100 Washington, DC 20036

Signature of Attorney:
Name of Attorney   Jane M. Lyons

For:   United States of America                                     Date:   January 28, 2008
              Name of Claiming Party

Costs are taxed in the amount of   $1,562.30                       and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk     By: Jeffrey Blanchard    4/8/08
                                        Deputy Clerk           Date

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

MEMORANDUM

TO:     JANE LYONS
FROM:   JEFFREY BLANCHARD
CASE:   FRAZZA v. UNITED STATES
        CASE NO. 06-1410
DATE:   APRIL 8, 2008

The taxing of costs has been completed in this case. The full amount for the item listed below was not approved. Following the item is an explanation for the reduction.

|    | ITEM CLAIMED       | AMOUNT CLAIMED | AMOUNT ALLOWED |
|----|--------------------|----------------|----------------|
| 1. | Court Reporter Fees| $ 2,081.33     | $ 1,562.30     |

**Item 1: Under the local rule, the reporter's regular rate is allowed. The intermediate rate for the Frazza deposition was reduced. Charges for shipping and handling, appearance fee, condensed transcript, index and disk are not allowed.**

cc: Opposing counsel